AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Jack R. Dove, III<br><br>Defendant(s) | ) ) ) ) ) ) ) )   Case No.  8:18-MJ-2082 AEP |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 7, 2017__ in the county of __Polk County__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Receipt of child pornography. |
| 18 U.S.C. § 2252(a)(4)(B) | Possession of child pornography. |

This criminal complaint is based on these facts:
See Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Tavey Garcia, Special Agent, HSI
Printed name and title

Sworn to before me and signed in my presence.

Date:  11/30/18

_____
Judge's signature

City and state:  Tampa, Florida     ANTHONY E. PORCELLI, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Tavey Garcia, a Special Agent with Homeland Security Investigations (HSI), being duly sworn, depose and state as follows:

## INTRODUCTION

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"). I have been employed with HSI for nine years. I am currently assigned to HSI, Special Agent in Charge, Tampa, Florida. I have investigated matters involving the online exploitation of children, particularly in relation to violations of Title 18, United States Code, Sections 2422(b), 2251, 2252, and 2252A, which criminalize the use of a facility of interstate/foreign commerce to attempt to knowingly persuade, induce, entice, and coerce a person who had not yet attained the age of 18 to engage in sexual activity for which any person can be charged with a criminal offense, and the production, possession, receipt, and transmission of child pornography. I have made arrests and conducted searches pertaining to these types of investigations. I have attended specialized courses involving computers and child exploitation. As a Special Agent, I am authorized to investigate violations of the laws of the United States and to execute arrest and search warrants issued under the authority of the United States. I have received training for online undercover investigations involving child exploitation and have participated in numerous investigations involving child pornography.

1

2. This affidavit is submitted in support of an application for an arrest warrant for Jack R. Dove, III ("DOVE"). This affidavit does not set forth every fact resulting from the investigation; rather, it sets forth facts sufficient to establish probable cause to believe that DOVE committed violations of 18 U.S.C. §§ 2252(a)(2) and (b)(1), (Receipt of Child Pornography); and 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) (Possession of Child Pornography). As discussed further below, DOVE used a computing device to connect to the internet to receive and possess images and videos depicting child pornography. I am requesting that the Court issue an arrest warrant for DOVE based upon the following information that I have learned in my official capacity, by firsthand observations, as well as by receiving information from federal, local, and foreign law enforcement in reference to this investigation.

## DETAILS OF THE INVESTIGATION

4. On or about August 15, 2017, HSI Colorado Springs received lead information from the United States Attorney's Office and the Internal Revenue Service (IRS) regarding an online pornography website located on the Darknet. Users of the website create a free profile and then generate "points" that can be redeemed to download pornographic videos using bitcoin (BTC) transactions.

5. On or about February 1, 2018, a collateral case was sent to HSI Tampa from HSI Colorado Springs about DOVE, who is a member/associate with the website and has an account to purchase child-pornographic videos.

2

## A. The Website Background

6. "The Website" is an online child pornography website located on the darknet with a Tor-based web address known to law enforcement. On or about September 28, 2016, law enforcement agents accessed The Website and documented its content, as described herein. The Website is used to host and distribute image and video files depicting child pornography and child erotica that may be downloaded by site users. While there may be some images depicting adult pornography accessible on The Website, the overwhelming majority of images and videos observed by law enforcement agents appear to be child pornography or child erotica. In fact, the upload page on The Website clearly mandates: "Do not upload adult porn."

7. Any user has the ability to create a free account on The Website by providing a username and password. After a user has created an account, the user can browse previews of videos that are available for download and post text to The Website. In order to download videos from the site, however, the user must use "points," which are allocated to users by The Website. Once the user has established a username and password, a user can earn points by: (1) uploading videos depicting the sexual exploitation of children; (2) referring new users to The Website; (3) paying for a "VIP" account, which entitles a user to unlimited downloads, lasts for six months and is priced at 0.03 BTC (approximately $125.58 USD as of September 28, 2017); or (4) paying for points incrementally (i.e. 0.02 BTC for 230 points).

8. During the course of the investigation, law enforcement agents accessed The Website on multiple occasions and conducted an undercover purchase of VIP

3

access to The Website. Based on review of that activity, it appears that the Website assigns each user who accesses the site a unique BTC address to which the user can send funds for purchasing account privileges.

9.  Each video available for download has a title, a description (if added by the uploader), "tags" with further descriptions of the video that enable a user to more easily locate a particular category of video using The Website's search function and preview a thumbnail image that contains approximately 16 unique still images taken directly from the video. As of on or about February 8, 2018, The Website had more than 125,000 unique videos available for downloading. In order to prevent duplicate videos from being uploaded, The Website provides an MD5 hash-value[1] check so that the user can compare his or her video to other videos previously uploaded to the site. The Website only allows users to upload videos that have not previously been uploaded to the site. According to law enforcement's viewing of The Website, the videos stored on The Website account for nearly seven terabytes of data that has been downloaded by users approximately 1,030,000 times. As a point of comparison, seven terabytes of data would fill roughly 10,486 CD-ROM discs. As of on or about February 8, 2018, The Website indicated on its download page details that its users have downloaded files on The Website more than one million times.

---

[1] An MD5 hash-value is the equivalent of a digital fingerprint, and is unique to the specific file, program, or device from which it was generated.

4

10. As part of this investigation, law enforcement officers investigating The Website have downloaded and viewed multiple image and video files of child pornography. Examples of video files on The Website that have been downloaded include:

    a. A video entitled "japan rape.avi" that is approximately 10 minutes long. The video depicts a prepubescent Asian girl who appears from her small stature, lack of breast development, and absence of pubic hair to be approximately 9 to 11 years old. The child is naked with her hands duct-taped to her ankles on either side. A naked adult male penetrates the child's vagina with his penis and inserts multiple objects into the child's vagina. This video was uploaded to the site by user "123412" with the description of "Admin Upload." Based on the description of "Admin Upload," it appears that this video was uploaded to the site by the site's administrator.

    b. A video entitled "VID-20140907-WA-001.wmv" that is approximately eight-and-a-half minutes long. A user with the user name "umamed" uploaded the video to the site with the description of "8yo anal fucked pussy." The video depicts a prepubescent girl who appears from her small stature, youthful appearance, and lack of breast development or pubic hair to be between the ages of six and eight years old. The child's underwear is pulled down around her thighs and she is wearing a blue t-shirt. The child is positioned on all fours while a naked adult male penetrates the child's vagina with his penis from behind. The adult male moves

5

the child into several different positions while continuing to penetrate her vagina with his penis.

        c.     A video entitled "rape toddler girl.mpg," which is approximately one minute and twenty-three seconds long. A user named "anonymous" uploaded the video to the site. The video depicts a toddler girl who appears to be between the ages of approximately two and three years old. The video shows the child being anally penetrated by an adult male while she cries into her hands. The video zooms in to focus on the toddler's vaginal area as the adult male's penis penetrates the toddler's anus.

    11.    On the video search page of The Website, law enforcement agents observed a list of keyword search terms and the number of videos associated with those keywords. As of on or about February 8, 2018, some of the top keyword search terms and the associated videos are as follows:

| Keyword | Videos |
| --- | --- |
| PTHC[2] | 10,967 |
| PEDO[3] | 7,407 |
| 2yo% | 4,541 |
| %4yo | 4,205 |
| Rape | 3,671 |

---

[2] PTHC is a commonly used phrase in the child exploitation context to mean preteen hardcore.

[3] PEDO is a commonly used abbreviation for the word pedophile.

6

| Incest | 3,215 |
|--------|-------|

## B. Investigation into The Website BTC "cluster"

12.  As described herein, analysis of the blockchain can reveal additional addresses controlled by the same individual or entity that are part of a "cluster" of BTC addresses. Using the above-identified reliable third-party blockchain analysis software, law enforcement agents analyzed BTC addresses associated with The Website and identified nearly 3,000 unique BTC addresses clustered together ("The Website cluster") that the software concluded to be associated with The Website. Law enforcement agents corroborated this clustering analysis by following a controlled undercover payment of BTC from an agent's BTC wallet to a BTC address on The Website. The third-party blockchain analysis software added this undercover transaction to The Website's cluster.

13.  The third-party blockchain software revealed that from in or around October 2015, to in or around February 2018, The Website cluster has received approximately 411 BTC through 7,786 transactions from 4,255 different BTC addresses worth approximately $324,961. These payments include payments sent to BTC addresses within The Website cluster directly from addresses created through virtual currency exchanges.

14.  Virtual currency exchanges maintain records related to BTC transactions. A subpoena to one U.S. BTC exchanger yielded records for registered accounts that had sent BTC to The Website cluster. The subpoena results revealed

7

customer names as well as additional identifiable information. Most of the individuals reside in the United States. Approximately 22 exchange accounts had BTC sent to The Website with a note connected to the transaction listing what appears to be a username on The Website or other information further connecting the transaction to The Website (e.g., "[The Website] VIP" and "for User: [username] (230 downloads)").

### C. DOVE's Use of The Website

15. Based on the instant investigation as described further herein, there is probable cause that an DOVE has engaged in BTC transactions with BTC addresses within The Website cluster, in amounts that appear to be consistent with payments for "points" on The Website.

16. Business records returned after a subpoena was served on a United States based BTC exchange revealed that a BTC User with ID number 582c6601c8a1db3f8e01471d, created on or about November 16, 2016, was registered to "Jack Dove" ("DOVE") at his residence in Lakeland, Florida. The registration information for the BTC exchange account also included the email address "jdove@totalonguardprotection.com," a telephone number associated with DOVE, and internet protocol (IP) addresses including, but not limited to: 70.127.40.255. The BTC exchange records list eight different BTC addresses as belonging to DOVE. The blockchain analysis software has determined that the BTC addresses linked to DOVE have engaged in at least eight BTC transactions.

8

17. The above-mentioned account also contained the following payment card details:

    a. Master card debit card, ending in 2019, issued by Bank of America with the billing address of DOVE's Lakeland residence.

    b. Master card, ending in 2020, issued by Citibank with the billing address of DOVE's Lakeland residence.

    c. Master card debit card, ending in 2021, issued by Bank of America.

18. The blockchain analysis software determined that the above-mentioned BTC account, registered to DOVE, engaged in transactions with a BTC address within The Website cluster between on or about November 16, 2016, until on or about August 23, 2017. The transactions occurred for approximately 0.52444534 bitcoin bought (valued at approximately $633.55 USD) and 0.06024891 bitcoin sold (valued at approximately $206.25).

19. On or about October 9, 2018, I received additional data that had been extracted from The Website, which revealed that DOVE downloaded approximately 20 child-pornographic videos on or about August 10, 2017, and approximately 18 child-pornographic videos on or about September 3, 2017. Examples of these video files include:

    a. On or about August 10, 2017, DOVE downloaded a video file titled "_2016-09-20_21-37-34 (2).mp4." This video is approximately two minutes and 30 seconds in length. The video depicts an adult male standing over an adult female

9

and fondling her breasts while the adult female has a prepubescent female child (approximately three to six years old). The video shows the child lying over the adult female's lap while another prepubescent child (approximately 8 to 12 years old) vaginally penetrates the female child with his erect penis.

  b. On or about August 10, 2017, DOVE downloaded a video file titled "1st-bj-KO_EDITED 2_.mp4." This video is approximately five minutes and 54 seconds in length. The video depicts a prepubescent female child (approximately 7 to 10 years old) performing fellatio on an adult male's erect penis to ejaculation.

  c. On or about September 3, 2017, DOVE downloaded a video file titled "9yo anal-suck-vaginal-good.mp4." This video is approximately one minute and 57 seconds in length. The video shows a prepubescent child, approximately 8 to 11 years old, being anally, vaginally, and orally penetrated by an adult male's erect penis.

### D. Execution of the Search Warrant at DOVE's Residence

17. On or about November 30, 2018, HSI Tampa agents executed a federal search warrant at DOVE's residence in Lakeland, which is in the Middle District of Florida.

18. Post-*Miranda*, DOVE asked the agents for an attorney and thus an interview was not conducted. DOVE's wife (M.D.), however, did agree to speak with agents post-*Miranda*. During the interview, M.D. identified some of the electronic devices that she is aware of in their home, to include: a desktop computer, her Macbook laptop, DOVE's Alienware computer, and five cellphones (one for

each member of the family including DOVE). M.D. also stated that DOVE's mother (S.G.), who also lives in the home, has several phones.

19. During a forensic preview of the Alienware computer found in DOVE's bedroom, HSI Tampa computer forensic analysists identified .lnk files that were named in a manner that was indicative of child-pornographic materials. For example, one file was named "10yo fuck and cum.mp4.lnk and famsex (pedo-mom).avi.lnk." Upon further examination, the computer forensic analyst determined that the .lnk files were located under the following file path: Users\jdove\appdata\roaming\microsoft\windows\recent and appear to have been accessed from a removable device as recently as on or about November 18, 2018.

20. The computer forensic analyst noted that a removable device with the name "MISC" appeared to have stored the suspected child-pornographic files associated with the .lnk files identified in paragraph 19, and were contained within a folder titled "already watched."

21. A removable storage device (Sandisk thumb drive) found in DOVE's bedroom, which was located approximately eight feet high on a ledge, was examined. The contained a folder titled "MISC," inside of which was a folder named "already watched." This folder contained child-pornographic files described as:

   a. File name: 10yo Fuck and Cum.mp4. File path: 2\already watched\10yo Fuck and Cum.mp4, created on or about March 7, 2017, and last accessed on November 18, 2018. This video is approximately 6 minutes and 53 seconds in length and depicts a prepubescent female child lying on top of an adult

11

male (her back on his chest) and his penis is between her legs while he caresses her. The adult male then penile penetrates the child's vagina to ejaculation.

      b.      File name: Pedomom & 6y.mp4. File path: 2\already watched\Pedomom & 6y.mp4, created on or about March 7, 2017, and last accessed on or about November 18, 2018. This video is approximately 33 minutes in length and depicts a prepubescent female child being vaginally stimulated by an adult female's tongue. The adult female then inserts a foreign object into the child's vagina while she continues to orally stimulate the child's vagina. While a foreign object is inside the child's vagina, the adult female inserts a foreign object into the child's anus. The child then orally stimulates the adult female's vagina while inserting a foreign object into the adult female's vagina. The adult female then digitally penetrates the child's vagina.

      c.      File name: [pthc] 2yo-5yo Toddler Fucking Compilation (46min) – opva new 2014 child pedo baby novinha cumshot.mp4. File path: 2\already watched\[pthc] 2yo-5yo Toddler Fucking Compilation (46min) – opva new 2014 child pedo baby novinha cumshot.mp4, created on or about March 7, 2017, and last accessed on or about November 18, 2018. This compilation video is approximately 45 minutes and 41 seconds in length and depicts several prepubescent female children, toddlers, and babies being sexually exploited. The first two screens of the video are described as: a prepubescent toddler, approximately one year old, manually and orally stimulating an adult male's erect penis then a female toddler, approximately two years old, orally stimulating an adult male's erect penis. The

12

adult male then attempts to vaginally penetrate the child's vagina with his erect penis while he manually stimulates himself.

## CONCLUSION

20. Based on the foregoing, there is probable cause to believe that Jack R. Dove, III committed violations of 18 U.S.C. §§ 2252(a)(2) (Receipt of Child Pornography) and 2252(a)(4)(B) (Possession of Child Pornography).

_____
Tavey Garcia, Special Agent
Homeland Security Investigations

Sworn to and subscribed before me
This 30th day of November 2018.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge