# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

CASE NO. 8:18-mj-2082-T-AEO                             DATE: December 3, 2018

HONORABLE ELIZABETH A. JENKINS                          INTERPRETER   N/A
                                                        LANGUAGE

UNITED STATES OF AMERICA                                    AUSA Lisa Thelwell
v.                                                      Government Counsel

JACK R. DOVE, III                                           Timothy Fitzgerald, Esq.
Defendant                                               Defense Counsel

COURT RPTR/TAPE  Digital                                DEPUTY CLERK  Cathy Morgan

TIME    2:52 - 3:40                    TOTAL   48 min.    COURTROOM   10B

## PROCEEDINGS: **INITIAL APPEARANCE/BOND HEARING**

(Circle proceedings that apply)

| | |
|---|---|
| X | Deft provided w/copy of    Complaint |
| X | ARREST DATE:    December 3, 2018 |
| X | Court summarized charges |
| X | Court advises of Deft's Rule 5 rights |
| X | Govt position on detention - risk of flight/danger to community |
| X | Defendant argues in favor of release |
| X | Defendant request preliminary examination |
| X | Government requests continuance |
| X | Court sets preliminary examination for 12/6 at 9:00 a.m. |
| | |
| X | Court sets bond for defendant |
| X | $50,000.00 property bond co-signed by defendant's wife |
| X | Pretrial Services supervision |
| X | Travel limited to the Middle District of Florida |
| X | No contact with victims and/or witnesses |
| X | Shall reside with his mother at 831 Saddlebrook |
| X | Shall not use and possess any firearms or dangerous weapons |
| X | GPS monitoring |
| X | Can not change her address without prior court approval |
| X | Shall not obtain a passport |
| X | No contact with children under 18 and his wife must be present with their children |
| X | No internet, iphone, computer, gaming device, etc. |
| X | Shall consent to Pretrial Services inspection of devices |
| X | Shall not go to a library or internet cafe |
| X | Defendant shall remain in custody pending the signing of all documents. |