AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Jack R. Dove, III<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. 8:18-MJ-2082 AEP |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jack R. Dove, III,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Receipt of child pornography. Possession of child pornography.

All in violation of: 18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(a)(4)(B)

Date: 11/30/18

*Issuing officer's signature*

City and state: Tampa, Florida

ANTHONY E. PORCELLI, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11-30-2018, and the person was arrested on *(date)* 11-30-2018
at *(city and state)* Lakeland, FL.

Date: 12-3-2018

*Arresting officer's signature*

Tavey Garcia HSI SA
*Printed name and title*