## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### CLERK'S MINUTES

CASE NO.   8:18-mj-2082-T-AEP                    DATE:   December 6, 2018

HONORABLE   AMANDA ARNOLD SANSONE         INTERPRETER   N/A
                                                                    LANGUAGE

UNITED STATES OF AMERICA                            AUSA Lisa Thelwell
v.                                                              Government Counsel

JACK R. DOVE, III                                       Timothy Fitzgerald, Esq.
Defendant                                                   Defense Counsel

COURT RPTR/TAPE   Digital                           DEPUTY CLERK Cathy Morgan

TIME   9:17 - 10:18   Total - 1 hr. 1 min          COURTROOM   10B

## PROCEEDINGS: **BOND HEARING**

|     |     |
| --- | --- |
| X   | Govt position on detention - danger to community |
| X   | Defendant calls Sandra Guimond, witness sworn |
| X   | Court sets bond for defendant |
| X   | $50,000.00 signature bond co-signed by defendant's wife and mother |
| X   | Pretrial Services supervision |
| X   | Drug test and/or treatment at the direction of Pretrial Services |
| X   | Mental health evaluation and/or treatment at the direction of Pretrial Serivces |
| X   | Shall reside with his mother - 891 Saddlewood Blvd, Lakeland, Florida |
| X   | Prohibited from using and/or possessing any firearms or dangerous weapons |
| X   | Electronic monitoring - home detention |
| X   | Third party custody of his mother |
| X   | Fourth Amendment waivers |
| X   | No internet |
| X   | No unsupervised contact with anyone under the age of 18 |
| X   | Can not change his address without prior court approval |
| X   | Shall not obtain a passport |
| X   | DNA Sample - if applicable |
| X   | Travel limited to the State of Florida |
| X   | Defendant waives preliminary examination |

Comments: