FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2018 DEC -6 PM 4:03

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

vs.                                                                  Case No. 8:18-mj-2082-T-AEP

JACK R. DOVE, III
_____/

## WAIVER OF FOURTH AMENDMENT RIGHTS

In consideration of Jack R. Dove, III's release on bail pending further proceedings in this cause and upon the advice of counsel, I hereby freely and voluntarily waive my Fourth Amendment rights and do hereby consent to the search of my person, property, work vehicle and premises at any time by an officer with the United States Pretrial Services or other law enforcement agent at the request of the United States Pretrial Services officer.

Dated this __6th__ day of December, 2018

_____
Sandra Guimond

_____
Witness