**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                           Case No.  8:18-mj-2082-T-AEP

JACK R. DOVE, III

_____/

**THIRD PARTY CUSTODIAN ORDER**

Upon finding that release by bond set by the Court will not by itself reasonably assure the appearance of the Defendant, it is hereby **ORDERED** that the Defendant shall be released on the condition below:

The above named Defendant is placed in the custody of:

(NAME) _____ Sandra Guimond _____
(ADDRESS) _____ 891 Saddlewood Blvd., Lakeland, Florida 33809 _____
(TELEPHONE NUMBER) _____

who agrees (a) to supervise the Defendant in accordance with conditions set by this Court; (b) to use every effort to assure the appearance of the Defendant at all scheduled hearings before this Court; and (c) to notify this Court immediately in the event the Defendant violates any condition of his/her release or cannot be located.

_____
Signature of Custodian

**ACKNOWLEDGMENT BY DEFENDANT**

I, _Jack R. Dove, III_, understand the methods and conditions of my release and the penalties and forfeitures applicable in the event I violate any condition of fail to appear as required.  I agree to comply fully with each of the obligations imposed upon my release and to notify the Court promptly in the event I change the address indicated below:

_____                    ___891 Saddlewood Blvd._____
Signature of Defendant                                                Address

_407-389-9365_____                              ___Lakeland, Florida 33809_____
Telephone Number                                                    City, State, Zip

**RELEASE ORDERED:**

_____
AMANDA ARNOLD SANSONE
UNITED STATES MAGISTRATE JUDGE

Dated:  _December 6, 2018_____