## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              CASE NO. 8:18-mj-2082-T-AEP

JACK R. DOVE, III

    Defendant.
_____/

### AGREEMENT TO EXTEND TIME TO FILE INDICTMENT

I, Jack R. Dove, III having been fully advised by advised by my counsel of my right to a speedy Indictment pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et.seq., and the United States Constitution, hereby agree to extend the time to be indicted within 30 days and agree to extend that time up to and including January 31, 2019.

_____
Jack R. Dove, III

*Timothy J. Fitzgerald*
Timothy Fitzgerald, Esq.
FL Bar No. 0780618
400 N. Tampa St, Suite 950
Tampa, FL 33602
(813) 228-0095
FAX (813) 224-0269

WHEREFORE, the Jack R. Dove, III, hereby waive my right to speedy Indictment.

Respectfully submitted,

FARMER & FITZGERALD, P.A.

*Timothy J. Fitzgerald*
Timothy Fitzgerald, Esq.
FL Bar No. 0780618
400 N. Tampa St, Suite 950
Tampa, FL 33602
(813) 228-0095
FAX (813) 224-0269
fflawpafedtjf@aol.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the __26__ th day of December, 2018:

AUSA Lisa Thelwell