UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:18-mj-2082-T-AEP

JACK R. DOVE, III

**UNITED STATES'** *UNOPPOSED* **MOTION FOR DETERMINATION THAT THE "ENDS OF JUSTICE" WARRANT A TOLLING OF THE SPEEDY INDICTMENT DEADLINE**

The United States of America hereby moves, *unopposed*, for a determination by the Court, pursuant to 18 U.S.C. §§ 3161(h)(1)(G) and 3161(h)(7)(A), that the "ends of justice" warrant a brief delay in the 30-day requirement for charging Jack R. Dove, III, by information or indictment. The grounds for the government's unopposed motion are stated below:

**MEMORANDUM OF LAW**

The Speedy Trial Act, 18 U.S.C. §§ 3161 - 3174, sets specific time limits in which a federal criminal case must be charged and tried. In particular, 18 U.S.C. § 3161(b) provides that "[a]ny information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested or served with a summons in connection with such charges." *See* 18 U.S.C. § 3161(b).

While the Speedy Trial Act is intended to accelerate the prosecution of criminal cases, its provisions provide flexibility to allow the Court, in the

management of the case, to take into account the realities involved during the course of the proceedings. The speedy indictment clock may be tolled pursuant to 18 U.S.C. § 3161(h)(7)(A), where an "ends of justice" finding is made in connection with a party's motion for a continuance:

> (7)(A)   Any period of delay resulting from a continuance *granted by any judge* on [her] own motion or at the request of the defendant or his counsel or at the request of the attorney for the Government, if the judge granted such continuance on the basis of [her] findings that the *ends of justice* served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

*See* 18 U.S.C. § 3161(h)(7)(A) (emphasis added). Both sections 3161(h)(1)(G) and 3161(h)(7)(A) warrant a brief tolling of the time for Dove to be charged by information or indictment on the allegations in the criminal complaint.

On or about November 30, 2018, the FBI executed a search warrant at Dove's residence in Lakeland, Florida. On or about December 3, 2018, Dove was arrested on a criminal complaint charging him with receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2), and possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B). Doc. 1. Dove appeared for an initial appearance on December 3, 2018. Doc. 3. The Court ordered Dove released pending trial. Doc. 11.

During the search warrant at Dove's residence, agents seized multiple electronic devices as evidence. The data from each device must be forensically extracted and reviewed. Dove does not object to the government's request of a

brief extension of the speedy indictment deadline, which expires on January 2, 2019. On December 26, 2018, the Dove filed an Agreement to Extend Time to File Indictment, waiving his right to a speedy indictment until January 31, 2019. Doc. 14.

The government's motion to briefly toll the speedy indictment clock is in the best interest of the parties and the public at large. First, allowing the parties additional time to negotiate a resolution of this matter will give the parties more certainty and control over that process, thereby allowing the opportunity for a resolution of this case, which will be mutually satisfactory to the parties. Second, the public's interest is served by granting this motion because a resolution that avoids indictment necessarily preserves prosecutorial resources. Furthermore, potentially resolving a case by information and plea agreement will avoid the need for trial, thereby preserving finite judicial and public resources. Ultimately, the public interest will be served by granting this motion.

WHEREFORE, the United States respectfully requests that the Court accept defendant Jack R. Dove, III's Waiver of Right to Speedy Indictment and make a determination that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B), the ends of justice served by granting the government's *unopposed* request to briefly toll the speedy indictment clock up through and including January

31, 2019, outweigh the interest of the public and Dove in charging Dove by information or indictment within 30 days of his arrest, as required by 18 U.S.C. § 3161(b).

        Respectfully submitted,

        MARIA CHAPA LOPEZ
        United States Attorney

By:   */s/ Lisa M. Thelwell*
      Lisa M. Thelwell
      Assistant United States Attorney
      Florida Bar No. 0100809
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: Lisa.Thelwell@usdoj.gov

**United States v. Jack R. Dove, III**         Case No. 8:18-mj-2082AEP

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Timothy Fitzgerald, Esq.

> By:   */s/ Lisa M. Thelwell*
> Lisa M. Thelwell
> Assistant United States Attorney
> Florida Bar No. 0100809
> 400 N. Tampa Street, Suite 3200
> Tampa, Florida 33602-4798
> Telephone:   (813) 274-6000
> Facsimile:   (813) 274-6358
> E-mail: Lisa.Thelwell@usdoj.gov