UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                CASE NO. 8:19-cr-33-T-36CPT

v.

JACK R. DOVE, III

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT
FOR ONE WEEK**

The defendant Jack R. Dove III hereby moves this court to continue the arraignment in the above captioned case and in support thereof states:

1. The arraignment in the above captioned case is set for February 12, 2019 at 9:00 a.m.

2. Undersigned counsel anticipates being able to file a general notice of appearance and a written waiver of arraignment on February 19, 2019.

3. The defendant moves this court to continue the arraignment date until February 19, 2019.

4. The government, through assistant United States Attorney Lisa Thelwell has no objection to the relief sought in this motion.

WHEREFORE, the defendant requests this court continue the arraignment in this case until February 19, 2019.

                                                                             Respectfully submitted,

                                                                             FARMER & FITZGERALD, P.A.

*Timothy J. Fitzgerald*
Timothy Fitzgerald, Esq.
FL Bar No. 0780618
400 N. Tampa St, Suite 950
Tampa, FL 33602
(813) 228-0095
FAX (813) 224-0269
fflawpafedtjf@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 5th day of February, 2019:

AUSA Lisa Thelwell