**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.  Case No. 8: 19-cr-33-T-36CPT

JACK R. DOVE, III

### NOTICE OF APPEARANCE

Comes now, __Timothy J. Fitzgerald__, attorney for the Defendant, and hereby enters this Notice of Appearance on (his/her/its) behalf in the above-captioned cause.

### WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, __Jack R Dove__, the above-named defendant, do hereby waive my right to be present at Arraignment and enter a plea of not guilty to the charges. I hereby state that I have received a copy of the charging instrument.

_____    _____
Counsel for Defendant                Defendant

Date: 2-15-19

## REQUEST FOR DISCOVERY

Comes now, _____Jack R. Dove, III_____, by and through his undersigned attorney, and hereby gives notice that (he/she/it) will participate in all discovery allowed by the Federal Rules of Criminal Procedure, in the above-captioned cause.

Timothy J. Fitzgerald
400 N. Tampa St. suite 950
Tampa, FL 33602
813-228-0095
Fla. Bar #0780618
_____
(Counsel for Defendant)
(Address, Phone # & Bar #)

## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

I hereby accept the Waiver of Defendant's Presence at Arraignment and Entry of Not Guilty Plea and direct that the plea of not guilty be received for filing. The matter of discovery will be addressed by separate order.

_____
UNITED STATES MAGISTRATE JUDGE

Date:_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by __cm/ecf__ to the Office of the United States Attorney, this __15th__ day of __February__, 20 __19__.

_____
Timothy J. Fitzgerald, Esquire

2