UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    CASE NO. 8:19-cr-33-T-36CPT

JACK R. DOVE, III

    Defendant.

_____/

**DEFENDANT JACK R. DOVE'S UNOPPOSED MOTION FOR EXTENTION OF TIME TO FILE PRETRIAL MOTIONS**

The defendant Jack R. Dove by and through undersigned attorney hereby moves pursuant to Fed. R. Crim. P. 12(c)(2) for an extension of time to file pretrial motions and in support thereof states:

1. The Pretrial Discovery Order and Notice of Status Conference (Doc. 26) (hereafter "Discovery Order") was issued in the above case on February 19, 2018. (Doc. 26)

2. The discovery Order paragraph F requires the defendant to file pretrial motions covered by Rules 7(d), 7(f), 12(b)(2), or 12(b)(3) to be filed within 21 days from the date of Discovery Order, making the deadline for pretrial motions March 12, 2019.

3. The government conducted extensive forensic analysis to obtain a search warrant for Mr. Dove's home and to file the Indictment in the case. The defense needs additional time to investigate the case and the evidence obtained through the government's analysis which resulted in the issuance of a search warrant and the filing of an Indictment. Accordingly, the defendant requests 60 days (an additional 39 days) from the date the Discovery Order to file pretrial motions covered by Rules 7(d), 7(f), 12(b)(2), or 12(b)(3). The government, Through Assistant United States Attorney Lisa Thelwell has no objection to the motion.

WHEREFORE, the defendant requests authorization to file pretrial motions covered by Rules 7(d), 7(f), 12(b)(2), or 12(b)(3) 60 days from the date of Discovery Order.

Respectfully submitted,

FARMER & FITZGERALD, P.A.


*Timothy J. Fitzgerald*
Timothy Fitzgerald, Esq.
FL Bar No. 0780618
400 N. Tampa St, Suite 950
Tampa, FL 33602
(813) 228-0095
FAX (813) 224-0269
fflawpafedtjf@aol.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 8th day of March 2019:

AUSA Lisa Thelwell
Lisa.Thelwell@usdoj.gov