**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                **CASE NO: 8:19-cr-33-T-36CPT**

**JACK R. DOVE, III**

_____/

## O R D E R

This cause is before the Court following a status conference held on March 19, 2019.  At the hearing, defense counsel moved for a continuance of trial until the June 2019 trial term.  The Government had no objection.

Accordingly, the oral motion is **GRANTED**.  This case is continued until the June 2019 trial term, commencing JUNE 3, 2019.  After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant(s) in a speedy trial.  The Court, therefore, determines that the time from today until the end of the June 2019 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Another status conference is scheduled for **May 21, 2019 at 9:30 a.m.** before the undersigned.

**DONE AND ORDERED** in Tampa, Florida on March 19, 2019.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services