UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                             CASE NO. 8:19-cr-33-T-36CPT

v.

JACK R. DOVE, III

    Defendant.
_____/

**DEFENDANT JACK R. DOVE'S SECOND UNOPPOSED MOTION FOR EXTENTION OF TIME TO FILE PRETRIAL MOTIONS**

The defendant, Jack R. Dove, by and through undersigned attorney hereby moves pursuant to Fed. R. Crim. P. 12(c)(2) for an extension of time to file pretrial motions and in support thereof states:

1. The Pretrial Discovery Order and Notice of Status Conference (Doc. 26) (hereafter "Discovery Order") was issued in the above case on February 19, 2018. (Doc. 26).

2. On March 8, 2019 the defendant filed an unopposed Motion to extend time to file pretrial motions. Doc. 27. The court granted that motion and the current Deadline is April 16, 2019.

3. The government conducted extensive forensic analysis to obtain a search warrant for Mr. Dove's home and to file the Indictment in the case. The defense has requested additional documents and digital information from the government. The government indicates they are waiting for authorization from main justice to release the documents and information. These requested items were used, in part, to obtain a search warrant for the defendant's

home. The defense has retained a forensic expert to examine the government's evidence. Due to the waiting for authorization from Washington and government expert being unavailable to supervise the examination of evidence the defense needs additional time to investigate the case and the evidence. Accordingly, the defendant requests an extension of 60 days from April 16, 2019 or until June 14, 2019. The government, Through Assistant United States Attorney Lisa Thelwell has no objection to the motion.

WHEREFORE, the defendant requests authorization to file pretrial motions in the above captioned case be extended until June 16, 2019.

Respectfully submitted,

FARMER & FITZGERALD, P.A.

*Timothy J. Fitzgerald*
Timothy Fitzgerald, Esq.
FL Bar No. 0780618
400 N. Tampa St, Suite 950
Tampa, FL 33602
(813) 228-0095
FAX (813) 224-0269
fflawpafedtjf@aol.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 15th day of April, 2019:

AUSA Lisa Thelwell