UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                                  Case No.: 8:19-cr-33-T-36CPT

JACK R. DOVE, III

_____/

**ORDER**

This matter comes before the Court upon Defendant Jack R. Dove's Second Unopposed Motion for Extension of Time to File Pretrial Motions (Doc. 33), filed on April 15, 2019. In the motion, counsel for Defendant states that he has requested additional documents and digital information from the Government and that the Government is waiting authorization from Washington to release the documents and information. Counsel further states that he has retained a forensic expert to examine the Government's evidence. Therefore, counsel requests that the deadline to file pretrial motions be extended to June 14, 2019. The Court, having considered the motion and being fully advised in the premises, will grant Defendant Jack R. Dove's Second Unopposed Motion for Extension of Time to File Pretrial Motions.

Accordingly, it is hereby

**ORDERED**:

1. Defendant Jack R. Dove's Second Unopposed Motion for Extension of Time to File Pretrial Motions (Doc. 33) is GRANTED.

2. The deadline to file pretrial motions is extended to and including June 14, 2019.

**DONE AND ORDERED** in Tampa, Florida on April 17, 2019.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any

2