# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CLERK'S MINUTES
**STATUS CONFERENCE**

**Case Number: 8:19-CR-33-T-36CPT**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | | Government Counsel: | Lisa Marie Thelwell |
| Plaintiff, | | | |
| v. | | | |
| **JACK R. DOVE, III** | | Defense Counsel: | Timothy James Fitzgerald |
| Defendant. | | | |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Sharon Miller |
|---|---|---|---|
| Deputy Clerk: | Bettye G. Samuel | Interpreter: | N/A |
| Date: | May 21, 2019 | Time: Total: | 9:52 AM – 9:55 AM 3 minutes |

Counsel identified for the record.  Attorney David Waterman standing in for Attorney Lisa Thelwell.

Defendant's *Oral Motion for Continuance* is GRANTED, for reasons stated on the record. The Government had no objection.

This case is continued for Two (2) cycles to the AUGUST 2019 trial term commencing August 5, 2019.  Criminal Status Conference will be held on July 16, 2019 at 9:30 AM.

After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendant in a speedy trial.