UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    CASE NO. 8:19-cr-33-T-36CPT

JACK R. DOVE, III

    Defendant.

_____/

**DEFENDANT JACK R. DOVE'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS**

The defendant, Jack R. Dove, by and through undersigned attorney hereby moves pursuant to Fed. R. Crim. P. 12(c)(2) for an extension of time to file pretrial motions and in support thereof states:

1. The Pretrial Discovery Order and Notice of Status Conference (Doc. 26) (hereafter "Discovery Order") was issued in the above case on February 19, 2018. (Doc. 26).

2. On March 8, 2019 the defendant filed an unopposed Motion to extend time to file pretrial motions. Doc. 27. The court granted that motion and the gave the defendant a new deadline of April 16, 2019. On April 15, 2019 the defendant filed "Defendant Jack R. Dove's Second Unopposed Motion for Extension of Time to File Pretrial Motions" Doc. 33. On April 17, 2019 the Court granted the motion and extended the deadline to file pretrial motions to June 14, 2019. (Doc. 44).

3. The government recently (May 30, 2019 and June 7, 2019) provided two additional productions of discovery materials. The materials are approximately 3000 pages of

documents. Additionally, the government may also be providing additional data that, if provided, the defense expert would need to analyze.

4. Accordingly, the defendant requests a 45-day extension (from June 14, 2019 to July 29, 2019) of the deadline to file pretrial motions. The government, through Assistant United States Attorney Lisa Thelwell has no objection to the motion.

WHEREFORE, the defendant requests authorization to file pretrial motions in the above captioned case be extended until July 29, 2019.

Respectfully submitted,

FARMER & FITZGERALD, P.A.

*Timothy J. Fitzgerald*
Timothy Fitzgerald, Esq.
FL Bar No. 0780618
400 N. Tampa St, Suite 950
Tampa, FL 33602
(813) 228-0095
FAX (813) 224-0269
fflawpafedtjf@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 10th day of June, 2019:

AUSA Lisa Thelwell