UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                Case No.: 8:19-cr-33-T-36CPT

JACK R. DOVE, III
_____/

**O R D E R**

This matter comes before the Court upon Defendant Jack R. Dove's Third Unopposed Motion for Extension of Time to File Pretrial Motions (Doc. 39), filed on June 10, 2019. In the motion, counsel for Defendant states that he has received additional documents from the Government consisting of approximately 3000 pages. Additionally, counsel indicates the Government may be providing additional data that the Defendant's forensic expert would need to analyze. Therefore, counsel requests that the deadline to file pretrial motions be extended 45 days to July 29, 2019. The Government has no objection to the request made in the motion. The Court, having considered the motion and being fully advised in the premises, will grant Defendant Jack R. Dove's Third Unopposed Motion for Extension of Time to File Pretrial Motions.

Accordingly, it is hereby

**ORDERED**:

1.     Defendant Jack R. Dove's Third Unopposed Motion for Extension of Time to File Pretrial Motions (Doc. 39) is GRANTED.

2.     The deadline to file pretrial motions is extended to and including July 29, 2019.

3.     Absent extraordinary circumstances, it is unlikely that this deadline will be extended again for the same reason.

2

**DONE AND ORDERED** in Tampa, Florida on June 10, 2019.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any