UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

> ### CLERK'S MINUTES
> ### STATUS CONFERENCE

Case Number: 8:19-cr-33-T-36CPT

UNITED STATES OF AMERICA                    Government's Counsel: Lisa M. Thelwell

    Plaintiff,

v.

JACK R. DOVE, III                           Defense Counsel: Timothy J. Fitzgerald (Ret.)

    Defendant.

| Judge: **Charlene Edwards Honeywell** | Court Reporter: Sharon A. Miller |
|---|---|
| Deputy Clerk: Charmaine A. Black | Interpreter: N/A |
| Date: July 16, 2019 | Time: 9:59 A.M. – 10:07 A.M. Total: 8 Minutes |

Counsel identified for the record.

Defendant requests a continuance.  The Government had no objection.

Defendant's Oral Motion for Continuance is GRANTED for reasons set forth on the record.

After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendant in a speedy trial.

Defendant's Oral Motion to Extend the Deadline to File Pretrial Motions is GRANTED for the reasons stated on the record.  The deadline for filing pretrial motions is extended to and including August 19, 2019.

This case is continued for two (2) cycles to the October 2019 trial term commencing October 7, 2019.  Criminal Status Conference will be held on September 20, 2019 at 9:30 A.M.

For the reasons articulated on the record, Defendant's Motion to Prohibit Introduction of Nondisclosed Evidence (Doc. 41) is DENIED without prejudice.