UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.    CASE NO. 8:19-cr-33-T-36CPT

JACK R. DOVE, III

**NOTICE OF APPEARANCE**

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Assistant United States Attorney Candace G. Rich has been assigned as co-counsel in this case.   Please forward all materials in this case to both counsel and co-counsel from this date forward.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:  /s/ Candace Rich
Candace G. Rich
Assistant United States Attorney
Florida Bar No. 027792
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6103
E-mail: candace.rich@usdoj.gov

**U.S. v. Jack R. Dove, III**             **CASE NO. 8:19-cr-33-T-36CPT**

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Timothy Fitzgerald, Esq.

                                       */s/ Candace Rich*
                                       Candace G. Rich
                                       Assistant United States Attorney
                                       Florida Bar No. 027792
                                       400 N. Tampa Street, Suite 3200
                                       Tampa, Florida 33602
                                       Telephone:   (813) 274-6000
                                       Facsimile:    (813) 274-6103
                                       E-mail:   candace.rich@usdoj.gov