# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

```
CLERK'S MINUTES
STATUS CONFERENCE
```

## Case Number: 8:19-CR-33-T-36CPT

**UNITED STATES OF AMERICA**

       Plaintiff,

v.

**JACK R. DOVE, III**

       Defendant.

Government Counsel: Lisa Marie Thelwell

Defense Counsel: Timothy James Fitzgerald

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Sharon Miller |
|---|---|---|---|
| Deputy Clerk: | Bettye G. Samuel | Interpreter: | N/A |
| Date: | September 20, 2019 | Time: Total: | 9:41 AM – 9:44 AM  3 minutes |

Counsel identified for the record

Defendant's *Oral Motion for Continuance* is GRANTED, for reasons stated on the record. The Government had no objection.

This case is continued for Two (2) cycles to the DECEMBER 2019 trial term commencing December 2, 2019. Criminal Status Conference will be held on November 12, 2019 at 9:30 AM.

After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendant in a speedy trial.