

Exhibit D

Homeland Security Investigations
2203 N. Lois Avenue
Suite 600
Tampa, FL 33607





U.S. Immigration and Customs Enforcement

# Cover Sheet

**To:** Charter Communications, Inc.
Legal Response Operations Center
Law Enforcement Paralegal
12405 Powerscourt Drive
Saint Louis, MO 63131-3660
314-394-9702

**Date** 10/31/18
**Electronic Service Methods:**

**Fax:** 314-909-0609

**E-Mail:** leroc@charter.com

**From:** Tavey Garcia

**Phone:** 813-357-7132

☐ Urgent   ☒ Action   ☐ Concurrence   ☐ FYI

**Number of pages including cover:** 3

**Comments:**

Attached is subpoena/summons #: ICE-HSI-TA-2018-00951.

Please respond by October 15, 2018

ACTIVE CHILD EXPLOITATION INVESTIGATION - PLEASE EXPEDITE

DISC-00057

| 1. To (Name, Address, City, State, Zip Code)<br>Charter Communications, Inc.<br>Legal Response Operations Center<br>Law Enforcement Paralegal<br>12405 Powerscourt Drive<br>Saint Louis, MO 63131-3660 | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS**<br><br>to Appear and/or Produce Records<br>19 U.S.C. § 1509 |
|---|---|

Summons Number  ICE-HSI-TA-2018-00951                    TA -500298-1A

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☐ **APPEAR** before the U.S. Customs and Border Protection (CBP) Officer or U.S. Immigration and Customs Enforcement (ICE) Special Agent named in Block 2 at the place, date and time indicated to testify and give information.

(B) ☒ **PRODUCE** the records (including statements, declarations, and other documents) indicated in Block 3 before the CBP Officer or ICE Special Agent named in Block 2 at the place, date and time indicated.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by CBP and ICE.

Failure to comply with this summons will render you liable to proceedings in a U.S. District Court to enforce compliance with this summons as well as other sanctions.

| 2. (A) CBP Officer or ICE Special Agent before whom you are required to appear | (B) Date |
|---|---|
| Name: Tavey Garcia<br>Title: Special Agent<br>Address: Homeland Security Investigations<br>2203 N. Lois Avenue<br>Suite 600<br>Tampa, FL 33607<br>Telephone Number  813-357-7132   Fax Number  813-348-1877 | October 15, 2018<br><br>(C) Time<br><br>9:00 AM |

3. Records required to be produced for inspection

Please see attached continuation page.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede this investigation and thereby interfere with the enforcement of federal law.*
Issued under authority of section 509, Tariff Act of 1930, as amended by Pub. L. No. 95-410 (19 U.S.C. § 1509); 44 F.R. 2217; Homeland Security Act of 2002

| 4. Name of person authorized to serve this summons or any other CBP Officer or ICE Special Agent<br><br>Tavey Garcia | 5. Date of issue  OCT 0 3 2018<br><br>By _____<br>(Signature) |
|---|---|
| <br><br>If you have any questions regarding this summons, contact the CBP Officer or ICE Special Agent identified in Block 2. | 6. Name, title, address and telephone number of person issuing this summons<br>Name: James C. Spero<br>Title: Special Agent In Charge<br>Address: Homeland Security Investigations<br>2203 N. Lois Avenue<br>Suite 300<br>Tampa, FL 33607<br>Telephone Number  813-357-7000 |

DHS Form 3115 (6/09)

| 1. To (Name, Address, City, State, Zip Code)<br>Charter Communications, Inc.<br>Legal Response Operations Center<br>Law Enforcement Paralegal<br>12405 Powerscourt Drive<br>Saint Louis, MO 63131-3660 | DEPARTMENT OF HOMELAND SECURITY<br>**SUMMONS (Continuation)**<br>to Appear and/or Produce Records<br>19 U.S.C. § 1509 |
|---|---|

Summons Number   ICE-HSI-TA-2018-00951

3. Records required to be produced for inspection (continued)

The following applies if checked:

 **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice.

Pursuant to an ongoing child exploitation investigation, please provide any and all records regarding the identification of the current or former subscriber/customer of the Time Warner Cable/Charter Communications account, below, to include, but not limited to: name(s) and address(es), date account created, account status, E-mail address(es), alternate screen name(s)/E-mail address(es), alternate telephone number(s), last known IP address(es), all available IP address logs, all devices (make and model) including Wi-Fi hot spots associated, billing information/method of payment/source of payment (please include credit card and/or bank account numbers), length of service, account logins, and account profile.

IP address: 70.127.40.255
Accessed on 11/16/2016, 11/17/2016, 12/29/2016, 12/30/2016, 01/06/2017, 02/01/2017, 08/06/2017, 08/08/2017, 08/09/2017, 08/13/2017, and 08/23/2017

**Method of Response:**

**Preferred:**

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to Special Agent Tavey Garcia at Tavey.L.Garcia@ice.dhs.gov.

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

**Alternates:**

The records should be delivered to Special Agent Tavey Garcia at U.S. Immigration and Customs Enforcement, Homeland Security Investigations, 2203 N. Lois Avenue, Suite 600, Tampa, FL 33607.

If you have questions, please contact Special Agent Tavey Garcia at 813-357-7132.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede this investigation and thereby interfere with the enforcement of federal law.*

End of Document

Box 3 (continued) – Page 1 of 1