UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:19-cr-33-T-36CPT

JACK R. DOVE, III

_____/

**ORDER OF REFERRAL TO THE MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, Defendant's Motion for a Hearing Pursuant to *Franks v. Delaware* (Doc. 83) is hereby **REFERRED** to Magistrate Judge Christopher P. Tuite who shall enter an order or submit a report and recommendation as to the appropriate disposition of this motion.

**DONE AND ORDERED** in Tampa, Florida on January 6, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Magistrate Judge Christopher P. Tuite
Counsel of Record and Unrepresented Parties, if any