UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:19-cr-33-T-36CPT

JACK R. DOVE, III

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

The United States of America hereby moves to extend the time to respond to the defendant's *Motion for a Hearing Pursuant to Franks v. Delaware* through and including January 27, 2020. In support, the United States states:

1. On January 3, 2020, the defendant filed a Motion for a Hearing Pursuant to *Franks v. Delaware*. Doc. 83.

2. In his motion, the defendant alleges that the search warrant that was issued for the defendant's residence "omitted material facts and contained statements made in reckless disregard for the truth[,] which when omitted/added from/to the affidavit would have changed the magistrate's decision to sign the search warrant authorization." In support of his motion, the defendant cites to various portions of the search warrant affidavit.

3. Because the defendant alleges that the affidavit contains many factual misrepresentations, as well as material omissions, the United States must also consult potential witnesses prior to filing its response.

4. The undersigned requests a brief extension of time to accurately and thoroughly respond to the defendant's motion.

5. The undersigned has communicated with counsel for the defendant, Timothy J, Fitzgerald, who does not object to the United States' request for extension of time to respond to the motion.

WHEREFORE, the United States of America moves for a brief extension through and including January 27, 2020, to file its response to the defendant's motion.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: */s/ Lisa M. Thelwell*
Lisa M. Thelwell
Assistant United States Attorney
Florida Bar No. 100809
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lisa.Thelwell@usdoj.gov

**U.S. v. Dove**                                    **Case No. 8:18-cr-33-T-36CPT**

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Timothy J. Fitzgerald

                                            */s/ Lisa M. Thelwell*
                                            Lisa M. Thelwell
                                            Assistant United States Attorney
                                            Florida Bar No. 100809
                                            400 N. Tampa Street, Suite 3200
                                            Tampa, Florida 33602-4798
                                            Telephone:   (813) 274-6000
                                            Facsimile:   (813) 274-6358
                                            E-mail: Lisa.Thelwell@usdoj.gov