UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 8:19-cr-33-T-36CPT

JACK R. DOVE, III

### UNITED STATES' NOTICE OF FILING DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, hereby files a Declaration of Authentication of Business Records concerning records of Coinbase. The Declaration of Authentication of Business Records is attached as "Attachment A." In filing this notice and attached declaration, and serving same upon the defendant, the United States hereby provides notice that the United States may offer one or more of the records identified in the declaration into evidence at trial or an evidentiary hearing in this case, pursuant to Rule 803(6) and 902(11) of the Federal Rules of Evidence.

Said records are in the government's possession and have been made available to the defendant as part of discovery.

                                                          Respectfully submitted,

                                                          MARIA CHAPA LOPEZ
                                                          United States Attorney

By:   */s/ Lisa M. Thelwell*
       LISA M. THELWELL
       Assistant United States Attorney
       Florida Bar No. 100809
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602
       Telephone:  (813) 274-6000
       Facsimile:   (813) 274-6178
       Email: lisa.thelwell@usdoj.gov

U.S. v. Dove	Case No. 8:19-cr-33-T-36CPT

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Timothy J. Fitzgerald, Esq.

*/s/ Lisa M. Thelwell*
Lisa M. Thelwell
Assistant United States Attorney
Florida Bar No. 100809
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6178
Email: lisa.thelwell@usdoj.gov