# EXHIBIT B - Coinbase Records

## USER ATTRIBUTES ***

| | |
|---|---|
| **USER ID** | 582c6601c8a1db3f8e01471d |
| **NAME** | Jack Dove |
| **EMAIL** | jdove@totalonguardprotection.com |
| **CREATED** | November, 16 2016 05:58am PST |

## IDENTITY ***

FIRST NAME
LAST NAME
SSN
ADDRESS1
ADDRESS2
CITY
STATE
ZIP
COUNTRY
BIRTHDATE M/D/Y

## JUMIO PROFILES ***

| DATE | TYPE | ID NUMBER | STATUS |
|---|---|---|---|
| 2017-08-06T23:07:38.057Z | Driver's License + Photo Verification | D█████████ | completed |
| 2017-08-06T23:02:29.393Z | Driver's License + Photo Verification | | failed |
| 2016-11-16T14:09:19.188Z | Driver's License | D█████████ | completed |

## PERSONAL DETAILS ***

| | |
|---|---|
| **DOB** | █████/1981 |
| **Street Address** | |
| **City, State, ZIP** | FL, |
| **Country** | US |

## EXHIBIT B - Coinbase Records

**PREVIOUS EMAILS \*\*\***

| CHANGED FROM | CHANGED TO | CHANGED AT | CONFIRMED AT |
|---|---|---|---|

**MERCHANT PROFILES \*\*\***

**INSTITUTIONAL EDD APPLICATIONS \*\*\***

| NAME | DBA | WEBSITE | BUSINESS TYPE |
|---|---|---|---|

**PHONE NUMBERS \*\*\***

| NUMBER | COUNTRY | VERIFIED |
|---|---|---|
| ███████4463 | US | TRUE |
| ███1005 (Deleted) | US | TRUE |

**BILLING ADDRESSES \*\*\***

| ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY |
|---|---|---|---|
| 721 powder horn row | | | Lakeland |

**BANK ACCOUNTS \*\*\***

| CUSTOMER NAME | BANK NAME | ACCOUNT NUMBER | ROUTING NUMBER |
|---|---|---|---|

**PAYMENT CARDS \*\*\***

| CUSTOMER NAME | LAST 4 DIGITS | EXPIRATION MONTH | EXPIRATION YEAR |
|---|---|---|---|
| Jack Dove | 3139 | 11 | 2019 |
| Jack dove | 6338 | 11 | 2020 |
| jack dove | 531260\*\*\*\*1726 | 6 | 2021 |

**MANUAL REVIEWS \*\*\***

# EXHIBIT B - Coinbase Records

| CREATED | UPDATED | STATUS | REASON |
|---|---|---|---|
| 11/16/2016 6:17 | 11/20/2016 6:17 rejected | | unapproved_user |
| 11/17/2016 13:10 | 11/21/2016 13:10 rejected | | unapproved_user |
| 11/17/2016 14:10 | 11/21/2016 14:11 rejected | | unapproved_user |
| 11/17/2016 14:55 | 11/21/2016 14:56 rejected | | unapproved_user |
| 11/18/2016 12:02 | 11/22/2016 12:02 rejected | | unapproved_user |
| 12/29/2016 16:41 | 1/2/2017 16:41 rejected | | unapproved_user |
| 12/30/2016 6:31 | 1/3/2017 6:32 rejected | | unapproved_user |
| 1/6/2017 23:16 | 1/10/2017 23:16 rejected | | unapproved_user |
| 2/1/2017 18:20 | 2/5/2017 18:20 rejected | | unapproved_user |
| 8/6/2017 16:10 | 8/8/2017 16:10 approved | | |
| 8/9/2017 16:55 | 8/13/2017 16:55 rejected | | unapproved_user |
| 8/13/2017 6:26 | 8/17/2017 6:27 rejected | | unapproved_user |

## BTC/ETH/LTC ADDRESSES ***

| CREATED | ACCOUNT | NETWORK | ADDRESS |
|---|---|---|---|
| 11/16/2016 6:17 | BTC Wallet | Bitcoin | 1HtxV3XeJMA4BidhB64uXAdqtsCbo4aetj |
| 11/16/2016 14:41 | BTC Wallet | Bitcoin | 1HavtMv5LcjAkvLKGksUS9sEstThS56wkp |
| 11/17/2016 14:57 | BTC Wallet | Bitcoin | 1Jh6Qo3zkbWzfj3ZethVAEVuDPX8nmuf9y |
| 11/17/2016 14:59 | BTC Wallet | Bitcoin | 1mVtwC2GMcUfM4hvSgnt6eaJPUo721S1r |
| 11/17/2016 14:59 | BTC Wallet | Bitcoin | 13ztw9rPvBoTqbVGJQfvizxoEEfG2iZxd5 |
| 12/29/2016 16:42 | BTC Wallet | Bitcoin | 1EQHvGoVk595SEH2KGYyv3ZsKrzHikiag1 |
| 2/1/2017 18:14 | BTC Wallet | Bitcoin | 1JzS3UQNWhRUNdah4FrukNxGa12ZCZhds8 |
| 8/24/2017 8:10 | USD Wallet | Bitcoin | 14UDKjpw1yWeh19YNUNkveT2ejveRd8PtX |

## EXCHANGE TRANSFERS ***

| TIMESTAMP | AMOUNT | CURRENCY | TYPE |
|---|---|---|---|

## MERCHANT ORDERS ***

| TIMESTAMP | NATIVE PRICE | CURRENCY | BTC PRICE |
|---|---|---|---|

## WIRES ***

# EXHIBIT B - Coinbase Records

| BENEFICIARY NAME | BENEFICIARY BANK NAME | BACKING BANK | WIRE AMOUNT |
|---|---|---|---|

**TOTALS *****

| | BTC | EQUIV USD | |
|---|---|---|---|
| **BALANCE** | | 0.00091323 | 4.05 |
| **BOUGHT** | | 0.52444534 | 633.55 |
| **SOLD** | | 0.06024891 | 206.25 |
| **TRANSACTED** | | 0.4903152 N/A | |
| **RECEIVED** | | 0.013516 N/A | |
| **SENT** | | 0.4767992 N/A | |

| | ETH | EQUIV USD | |
|---|---|---|---|
| **BALANCE** | | 0 | 0 |
| **BOUGHT** | | 0 | 0 |
| **SOLD** | | 0 | 0 |
| **TRANSACTED** | | 0 N/A | |
| **RECEIVED** | | 0 N/A | |
| **SENT** | | 0 N/A | |

| | LTC | EQUIV USD | |
|---|---|---|---|
| **BALANCE** | | 0 | 0 |
| **BOUGHT** | | 0 | 0 |
| **SOLD** | | 0 | 0 |
| **TRANSACTED** | | 0 N/A | |
| **RECEIVED** | | 0 N/A | |
| **SENT** | | 0 N/A | |

| | USD | | |
|---|---|---|---|
| **DEPOSITED** | | 0 | |
| **WITHDRAWN** | | 0 | |
| **FRAUD LOSS** | | 0 | |

| | AUD | | |
|---|---|---|---|

# EXHIBIT B - Coinbase Records

| | | | |
|---|---|---|---|
| **DEPOSITED** | | 0 | |
| **WITHDRAWN** | | 0 | |
| **FRAUD LOSS** | N/A | | |
| | **SGD** | | |
| **DEPOSITED** | | 0 | |
| **WITHDRAWN** | | 0 | |
| **FRAUD LOSS** | N/A | | |
| | **CAD** | | |
| **DEPOSITED** | | 0 | |
| **WITHDRAWN** | | 0 | |
| **FRAUD LOSS** | N/A | | |
| | **EUR** | | |
| **DEPOSITED** | | 0 | |
| **WITHDRAWN** | | 0 | |
| **FRAUD LOSS** | N/A | | |
| | **GBP** | | |
| **DEPOSITED** | | 0 | |
| **WITHDRAWN** | | 0 | |
| **FRAUD LOSS** | N/A | | |
| | **IDR** | | |
| **DEPOSITED** | | 0 | |
| **WITHDRAWN** | | 0 | |
| **FRAUD LOSS** | N/A | | |

**TRANSACTIONS \*\*\***

| TIMESTAMP | ACCOUNT NAME | TYPE | STATUS |
|---|---|---|---|
| 11/16/2016 6:17 | BTC Wallet | Buy | completed |
| 11/16/2016 14:42 | BTC Wallet | Send | completed |

# Page 5 of 170

# EXHIBIT B - Coinbase Records

| | | | |
|---|---|---|---|
| 11/17/2016 13:10 | BTC Wallet | Buy | completed |
| 11/17/2016 13:16 | BTC Wallet | Receive | completed |
| 11/17/2016 14:10 | BTC Wallet | Buy | completed |
| 11/17/2016 14:16 | BTC Wallet | Send | completed |
| 11/17/2016 14:55 | BTC Wallet | Buy | completed |
| 11/17/2016 14:58 | BTC Wallet | Send | completed |
| 11/17/2016 14:59 | BTC Wallet | Send | completed |
| 11/18/2016 10:17 | BTC Wallet | Send | completed |
| 11/18/2016 12:02 | BTC Wallet | Buy | completed |
| 11/18/2016 12:06 | BTC Wallet | Send | completed |
| 12/17/2016 16:16 | BTC Wallet | Sell | completed |
| 12/29/2016 16:41 | BTC Wallet | Buy | completed |
| 12/29/2016 16:43 | BTC Wallet | Send | completed |
| 12/30/2016 6:31 | BTC Wallet | Buy | completed |
| 1/6/2017 23:16 | BTC Wallet | Buy | completed |
| 1/6/2017 23:20 | BTC Wallet | Send | completed |
| 2/1/2017 18:14 | BTC Wallet | Send | completed |
| 2/1/2017 18:20 | BTC Wallet | Buy | completed |
| 2/1/2017 18:23 | BTC Wallet | Send | completed |
| 8/9/2017 16:55 | BTC Wallet | Buy | completed |
| 8/9/2017 16:58 | BTC Wallet | Send | completed |
| 8/13/2017 6:24 | BTC Wallet | Sell | completed |
| 8/13/2017 6:26 | BTC Wallet | Buy | completed |
| 8/23/2017 4:07 | BTC Wallet | Sell | completed |
| 12/17/2016 16:16 | USD Wallet | Sold | completed |
| 12/30/2016 6:31 | USD Wallet | Bought | completed |
| 8/13/2017 6:24 | USD Wallet | Receive | completed |

# EXHIBIT B - Coinbase Records

| 8/23/2017 4:07 | USD Wallet | | Receive | completed |
|---|---|---|---|---|

**EVENTS \*\*\***

| TIMESTAMP | ACTION | BALANCE | IP |
|---|---|---|---|
| 11/16/2016 5:58 | password scored | 0 | 70.127.40.255 |
| 11/16/2016 5:58 | user created | 0 | 70.127.40.255 |
| 11/16/2016 5:58 | backing bank change | 0 | 70.127.40.255 |
| 11/16/2016 5:58 | backing bank change | 0 | 70.127.40.255 |
| 11/16/2016 5:58 | accepted user agreement | 0 | 70.127.40.255 |
| 11/16/2016 5:58 | signin | 0 | 70.127.40.255 |
| 11/16/2016 5:58 | house fraud score changed | 0 | |
| 11/16/2016 5:58 | risk score changed | 0 | |
| 11/16/2016 5:58 | email sent | 0 | 70.127.40.255 |
| 11/16/2016 5:58 | email delivered | 0 | 72.21.217.115 |
| 11/16/2016 5:58 | mixpanel imported email | 0 | |
| 11/16/2016 5:58 | verified email | 0 | 70.127.40.255 |
| 11/16/2016 5:59 | region code updated | 0 | 70.127.40.255 |
| 11/16/2016 5:59 | signin | 0 | 70.127.40.255 |
| 11/16/2016 5:59 | house fraud score changed | 0 | |
| 11/16/2016 5:59 | accepted user agreement | 0 | 70.127.40.255 |
| 11/16/2016 5:59 | accepted regional agreement | 0 | 70.127.40.255 |
| 11/16/2016 5:59 | accepted regional agreement | 0 | 70.127.40.255 |
| 11/16/2016 5:59 | backing bank change | 0 | 70.127.40.255 |
| 11/16/2016 5:59 | signin | 0 | 70.127.40.255 |
| 11/16/2016 5:59 | house fraud score changed | 0 | |
| 11/16/2016 5:59 | threatmetrix | 0 | |
| 11/16/2016 6:00 | phone added | 0 | 70.127.40.255 |
| 11/16/2016 6:00 | phone authy user status | 0 | 70.127.40.255 |
| 11/16/2016 6:00 | send telesign sms | 0 | 70.127.40.255 |
| 11/16/2016 6:00 | phone send pin | 0 | 70.127.40.255 |
| 11/16/2016 6:00 | email sent | 0 | |
| 11/16/2016 6:00 | phone verified | 0 | 70.127.40.255 |
| 11/16/2016 6:00 | onelinx lookup | 0 | |

# EXHIBIT B - Coinbase Records

| | | | |
|---|---|---|---|
| 11/16/2016 6:00 | whitepages lookup | 0 | |
| 11/16/2016 6:01 | email delivered | 0 | 72.21.217.164 |
| 11/16/2016 6:01 | card use attempt | 0 | 70.127.40.255 |
| 11/16/2016 6:01 | card ott generated | 0 | 70.127.40.255 |
| 11/16/2016 6:02 | user flag updated | 0 | 70.127.40.255 |
| 11/16/2016 6:02 | user flag updated | 0 | 70.127.40.255 |
| 11/16/2016 6:06 | card use attempt | 0 | 70.127.40.255 |
| 11/16/2016 6:06 | card ott generated | 0 | 70.127.40.255 |
| 11/16/2016 6:06 | card use attempt | 0 | 70.127.40.255 |
| 11/16/2016 6:06 | card added | 0 | 70.127.40.255 |
| 11/16/2016 6:06 | house fraud score changed | 0 | 70.127.40.255 |
| 11/16/2016 6:07 | billing address added | 0 | 70.127.40.255 |
| 11/16/2016 6:07 | card use attempt | 0 | 70.127.40.255 |
| 11/16/2016 6:07 | card address verification result | 0 | 70.127.40.255 |
| 11/16/2016 6:07 | card use attempt | 0 | 70.127.40.255 |
| 11/16/2016 6:07 | card use attempt | 0 | 70.127.40.255 |
| 11/16/2016 6:07 | card use attempt | 0 | 70.127.40.255 |
| 11/16/2016 6:08 | card cdv success | 0 | 70.127.40.255 |
| 11/16/2016 6:08 | house fraud score changed | 0 | 70.127.40.255 |
| 11/16/2016 6:08 | card verified | 0 | 70.127.40.255 |
| 11/16/2016 6:08 | limits increased | 0 | |
| 11/16/2016 6:08 | house fraud score changed | 0 | 70.127.40.255 |
| 11/16/2016 6:09 | email sent | 0 | |
| 11/16/2016 6:09 | email delivered | 0 | 72.21.217.129 |
| 11/16/2016 6:09 | jumio profile added | 0 | 70.127.40.255 |
| 11/16/2016 6:12 | jumio started | 0 | 70.127.40.255 |
| 11/16/2016 6:13 | jumio completed | 0 | 50.57.26.249 |
| 11/16/2016 6:14 | email sent | 0 | |
| 11/16/2016 6:14 | limits increased | 0 | |
| 11/16/2016 6:14 | email delivered | 0 | 72.21.217.163 |
| 11/16/2016 6:14 | house fraud score changed | 0 | |
| 11/16/2016 6:14 | password scored | 0 | 70.127.40.255 |
| 11/16/2016 6:14 | password scored | 0 | 70.127.40.255 |

# EXHIBIT B - Coinbase Records

| | | | |
|---|---|---|---|
| 11/16/2016 6:14 | second factor send sms | 0 | 70.127.40.255 |
| 11/16/2016 6:14 | send telesign sms | 0 | 70.127.40.255 |
| 11/16/2016 6:14 | password scored | 0 | 70.127.40.255 |
| 11/16/2016 6:14 | device confirmation completed | 0 | 70.127.40.255 |
| 11/16/2016 6:14 | backing bank change | 0 | 112.215.171.167 |
| 11/16/2016 6:15 | house fraud score changed | 0 | |
| 11/16/2016 6:15 | user flag updated | 0 | 70.127.40.255 |
| 11/16/2016 6:15 | user flag updated | 0 | 70.127.40.255 |
| 11/16/2016 6:17 | update transfer payout date | 0 | 70.127.40.255 |
| 11/16/2016 6:17 | transfer started | 0 | 70.127.40.255 |
| 11/16/2016 6:17 | card use attempt | 0 | 70.127.40.255 |
| 11/16/2016 6:17 | card use attempt | 0 | 70.127.40.255 |
| 11/16/2016 6:17 | email lookup | 0 | |
| 11/16/2016 6:17 | emailage lookup | 0 | |
| 11/16/2016 6:17 | house fraud score changed | 0 | |
| 11/16/2016 6:17 | email sent | 0 | |
| 11/16/2016 6:17 | received money | 0 | |
| 11/16/2016 6:17 | transfer completed | 0 | |
| 11/16/2016 6:17 | email delivered | 0 | 72.21.217.130 |
| 11/16/2016 6:22 | referral bonus denied | 0 | |
| 11/16/2016 14:42 | user send money | 0 | 70.127.40.255 |
| 11/16/2016 14:42 | sent money | 0 | |
| 11/16/2016 14:42 | email sent | 0 | |
| 11/16/2016 14:42 | email delivered | 0 | 72.21.217.156 |
| 11/17/2016 13:10 | update transfer payout date | 0 | 66.87.149.165 |
| 11/17/2016 13:10 | transfer started | 0 | 66.87.149.165 |
| 11/17/2016 13:10 | card use attempt | 0 | 66.87.149.165 |
| 11/17/2016 13:10 | card use attempt | 0 | 66.87.149.165 |
| 11/17/2016 13:10 | email sent | 0 | |
| 11/17/2016 13:10 | house fraud score changed | 0.04291237 | |
| 11/17/2016 13:10 | transfer completed | 0 | |
| 11/17/2016 13:10 | received money | 0 | |
| 11/17/2016 13:11 | email delivered | 0 | 72.21.217.107 |
| 11/17/2016 13:16 | email sent | 0 | |

# EXHIBIT B - Coinbase Records

| | | | |
|---|---|---|---|
| 11/17/2016 13:16 | received money | 0 | |
| 11/17/2016 13:16 | referree bonus paid | 0.12360206 | |
| 11/17/2016 13:16 | email delivered | 0 | 72.21.217.84 |
| 11/17/2016 14:08 | card use attempt | 0 | 66.87.149.165 |
| 11/17/2016 14:08 | card ott generated | 0 | 66.87.149.165 |
| 11/17/2016 14:08 | card use attempt | 0 | 66.87.149.165 |
| 11/17/2016 14:08 | card use attempt | 0 | 66.87.149.165 |
| 11/17/2016 14:08 | card address verification result | 0 | 66.87.149.165 |
| 11/17/2016 14:08 | card added | 0 | 66.87.149.165 |
| 11/17/2016 14:08 | house fraud score changed | 0 | 66.87.149.165 |
| 11/17/2016 14:08 | card use attempt | 0.13711806 | 66.87.149.165 |
| 11/17/2016 14:08 | card use attempt | 0.13711806 | 66.87.149.165 |
| 11/17/2016 14:08 | card use attempt | 0.13711806 | 66.87.149.165 |
| 11/17/2016 14:08 | card use attempt | 0.13711806 | 66.87.149.165 |
| 11/17/2016 14:09 | card cdv success | 0.13711806 | 70.127.40.255 |
| 11/17/2016 14:09 | house fraud score changed | 0.13711806 | 70.127.40.255 |
| 11/17/2016 14:09 | card verified | 0.13711806 | 70.127.40.255 |
| 11/17/2016 14:10 | update transfer payout date | 0.13711806 | 70.127.40.255 |
| 11/17/2016 14:10 | transfer started | 0.13711806 | 70.127.40.255 |
| 11/17/2016 14:10 | card use attempt | 0.13711806 | 70.127.40.255 |
| 11/17/2016 14:10 | card use attempt | 0.13711806 | 70.127.40.255 |
| 11/17/2016 14:10 | email sent | 0 | |
| 11/17/2016 14:10 | transfer completed | 0 | |
| 11/17/2016 14:10 | house fraud score changed | 0.13711806 | |
| 11/17/2016 14:10 | received money | 0 | |
| 11/17/2016 14:10 | email delivered | 0 | 72.21.217.98 |
| 11/17/2016 14:16 | user send money | 0 | 70.127.40.255 |
| 11/17/2016 14:16 | sent money | 0 | |
| 11/17/2016 14:16 | email sent | 0 | |
| 11/17/2016 14:16 | email delivered | 0 | 72.21.217.70 |
| 11/17/2016 14:55 | update transfer payout date | 0 | 70.127.40.255 |
| 11/17/2016 14:55 | transfer started | 0 | 70.127.40.255 |
| 11/17/2016 14:55 | card use attempt | 0 | 70.127.40.255 |
| 11/17/2016 14:55 | card use attempt | 0 | 70.127.40.255 |

# EXHIBIT B - Coinbase Records

| | | |
|---|---|---|
| 11/17/2016 14:55 | transfer completed | 0 |
| 11/17/2016 14:55 | house fraud score changed | 0.00796049 |
| 11/17/2016 14:55 | email sent | 0 |
| 11/17/2016 14:55 | received money | 0 |
| 11/17/2016 14:55 | email delivered | 0 72.21.217.134 |
| 11/17/2016 14:58 | user send money | 0 70.127.40.255 |
| 11/17/2016 14:58 | email sent | 0 |
| 11/17/2016 14:58 | sent money | 0 |
| 11/17/2016 14:58 | email delivered | 0 72.21.217.115 |
| 11/17/2016 14:59 | user send money | 0 70.127.40.255 |
| 11/17/2016 14:59 | email sent | 0 |
| 11/17/2016 14:59 | sent money | 0 |
| 11/17/2016 15:00 | email delivered | 0 72.21.217.173 |
| 11/18/2016 10:17 | user send money | 0 66.87.148.222 |
| 11/18/2016 10:17 | email sent | 0 |
| 11/18/2016 10:17 | sent money | 0 |
| 11/18/2016 10:17 | email delivered | 0 72.21.217.182 |
| 11/18/2016 12:02 | update transfer payout date | 0 66.87.148.222 |
| 11/18/2016 12:02 | transfer started | 0 66.87.148.222 |
| 11/18/2016 12:02 | card use attempt | 0 66.87.148.222 |
| 11/18/2016 12:02 | card use attempt | 0 66.87.148.222 |
| 11/18/2016 12:02 | house fraud score changed | 0.00376676 |
| 11/18/2016 12:02 | transfer completed | 0 |
| 11/18/2016 12:02 | email sent | 0 |
| 11/18/2016 12:02 | received money | 0 |
| 11/18/2016 12:02 | email delivered | 0 72.21.217.157 |
| 11/18/2016 12:06 | user send money | 0 66.87.148.222 |
| 11/18/2016 12:06 | email sent | 0 |
| 11/18/2016 12:06 | sent money | 0 |
| 11/18/2016 12:06 | email delivered | 0 72.21.217.178 |
| 12/11/2016 14:00 | nps survey sent | 0 |
| 12/17/2016 16:16 | update transfer payout date | 0 66.87.148.254 |
| 12/17/2016 16:16 | sent money | 0 |
| 12/17/2016 16:16 | transfer started | 0 66.87.148.254 |

# EXHIBIT B - Coinbase Records

| | | | |
|---|---|---|---|
| 12/17/2016 16:16 | user send money | 0 | 66.87.148.254 |
| 12/17/2016 16:16 | transfer completed | 0 | 66.87.148.254 |
| 12/17/2016 16:16 | email sent | 0 | |
| 12/17/2016 16:16 | email delivered | 0 | 72.21.217.181 |
| 12/29/2016 16:41 | update transfer payout date | 0 | 70.127.40.255 |
| 12/29/2016 16:41 | transfer started | 0 | 70.127.40.255 |
| 12/29/2016 16:41 | card use attempt | 0 | 70.127.40.255 |
| 12/29/2016 16:41 | card use attempt | 0 | 70.127.40.255 |
| 12/29/2016 16:41 | house fraud score changed | 0 | |
| 12/29/2016 16:41 | transfer completed | 0 | |
| 12/29/2016 16:41 | email sent | 0 | |
| 12/29/2016 16:41 | received money | 0 | |
| 12/29/2016 16:41 | email delivered | 0 | 72.21.217.71 |
| 12/29/2016 16:43 | user send money | 0 | 70.127.40.255 |
| 12/29/2016 16:43 | sent money | 0 | |
| 12/29/2016 16:43 | email sent | 0 | |
| 12/29/2016 16:43 | email delivered | 0 | 72.21.217.156 |
| 12/30/2016 6:31 | update transfer payout date | 0 | 70.127.40.255 |
| 12/30/2016 6:31 | transfer started | 0 | 70.127.40.255 |
| 12/30/2016 6:31 | sent money | 0 | 70.127.40.255 |
| 12/30/2016 6:31 | email sent | 0 | |
| 12/30/2016 6:31 | house fraud score changed | 0 | |
| 12/30/2016 6:31 | received money | 0 | |
| 12/30/2016 6:31 | transfer completed | 0 | |
| 12/30/2016 6:31 | email delivered | 0 | 72.21.217.175 |
| 1/6/2017 23:16 | update transfer payout date | 0 | 70.127.40.255 |
| 1/6/2017 23:16 | transfer started | 0 | 70.127.40.255 |
| 1/6/2017 23:16 | card use attempt | 0 | 70.127.40.255 |
| 1/6/2017 23:16 | card use attempt | 0 | 70.127.40.255 |
| 1/6/2017 23:16 | transfer completed | 0 | |
| 1/6/2017 23:16 | received money | 0 | |
| 1/6/2017 23:16 | house fraud score changed | 0 | |
| 1/6/2017 23:16 | email sent | 0 | |
| 1/6/2017 23:16 | email delivered | 0 | 72.21.217.66 |

# EXHIBIT B - Coinbase Records

| Date/Time | Event | Value | IP Address |
|---|---|---|---|
| 1/6/2017 23:20 | user send money | 0 | 70.127.40.255 |
| 1/6/2017 23:20 | email sent | 0 | |
| 1/6/2017 23:20 | sent money | 0 | |
| 1/6/2017 23:20 | email delivered | 0 | 72.21.217.142 |
| 2/1/2017 18:14 | user send money | 0 | 70.127.40.255 |
| 2/1/2017 18:14 | sent money | 0 | |
| 2/1/2017 18:14 | email sent | 0 | |
| 2/1/2017 18:14 | email delivered | 0 | 72.21.217.70 |
| 2/1/2017 18:20 | update transfer payout date | 0 | 70.127.40.255 |
| 2/1/2017 18:20 | transfer started | 0 | 70.127.40.255 |
| 2/1/2017 18:20 | card use attempt | 0 | 70.127.40.255 |
| 2/1/2017 18:20 | card use attempt | 0 | 70.127.40.255 |
| 2/1/2017 18:20 | house fraud score changed | 0 | |
| 2/1/2017 18:20 | received money | 0 | |
| 2/1/2017 18:20 | transfer completed | 0 | |
| 2/1/2017 18:20 | email sent | 0 | |
| 2/1/2017 18:20 | email delivered | 0 | 72.21.217.134 |
| 2/1/2017 18:23 | user send money | 0 | 70.127.40.255 |
| 2/1/2017 18:23 | email sent | 0 | |
| 2/1/2017 18:23 | sent money | 0 | |
| 2/1/2017 18:23 | email delivered | 0 | 72.21.217.174 |
| 8/6/2017 15:53 | email sent | 0 | 70.127.40.255 |
| 8/6/2017 15:53 | password reset requested | 0 | 70.127.40.255 |
| 8/6/2017 15:53 | email delivered | 0 | 72.21.217.119 |
| 8/6/2017 15:53 | signin failure | 0 | 70.127.40.255 |
| 8/6/2017 15:54 | signin failure | 0 | 70.127.40.255 |
| 8/6/2017 15:54 | password scored | 0 | 70.127.40.255 |
| 8/6/2017 15:54 | second factor prompt token | 0 | 70.127.40.255 |
| 8/6/2017 15:54 | payfone mobile status | 0 | 70.127.40.255 |
| 8/6/2017 15:54 | send telesign sms | 0 | 70.127.40.255 |
| 8/6/2017 15:54 | password scored | 0 | 70.127.40.255 |
| 8/6/2017 15:54 | second factor prompt token | 0 | 70.127.40.255 |
| 8/6/2017 15:54 | send telesign sms | 0 | 70.127.40.255 |
| 8/6/2017 15:54 | password scored | 0 | 70.127.40.255 |

# EXHIBIT B - Coinbase Records

| | | | |
|---|---|---|---|
| 8/6/2017 15:54 | second factor prompt token | 0 | 70.127.40.255 |
| 8/6/2017 15:54 | send telesign sms | 0 | 70.127.40.255 |
| 8/6/2017 15:57 | password scored | 0 | 70.127.40.255 |
| 8/6/2017 15:57 | second factor prompt token | 0 | 70.127.40.255 |
| 8/6/2017 15:57 | send telesign sms | 0 | 70.127.40.255 |
| 8/6/2017 15:57 | password scored | 0 | 70.127.40.255 |
| 8/6/2017 15:57 | second factor failure | 0 | 70.127.40.255 |
| 8/6/2017 15:57 | password scored | 0 | 70.127.40.255 |
| 8/6/2017 15:57 | second factor prompt token | 0 | 70.127.40.255 |
| 8/6/2017 15:57 | send telesign sms | 0 | 70.127.40.255 |
| 8/6/2017 15:58 | password scored | 0 | 70.127.40.255 |
| 8/6/2017 15:58 | second factor prompt token | 0 | 70.127.40.255 |
| 8/6/2017 15:58 | send telesign sms | 0 | 70.127.40.255 |
| 8/6/2017 15:58 | account recovery started | 0 | 70.127.40.255 |
| 8/6/2017 15:59 | send telesign sms | 0 | 70.127.40.255 |
| 8/6/2017 15:59 | verified second factor | 0 | 70.127.40.255 |
| 8/6/2017 16:02 | jumio profile added | 0 | 70.127.40.255 |
| 8/6/2017 16:02 | jumio started | 0 | 70.127.40.255 |
| 8/6/2017 16:02 | jumio failed | 0 | 184.106.91.67 |
| 8/6/2017 16:02 | jumio face match failed | 0 | 184.106.91.67 |
| 8/6/2017 16:02 | email sent | 0 | |
| 8/6/2017 16:02 | house fraud score changed | 0 | |
| 8/6/2017 16:02 | house fraud score changed | 0 | |
| 8/6/2017 16:02 | limit changed | 0 | |
| 8/6/2017 16:02 | limit changed | 0 | |
| 8/6/2017 16:02 | limits increased | 0 | |
| 8/6/2017 16:02 | email sent | 0 | |
| 8/6/2017 16:02 | email delivered | 0 | 72.21.217.135 |
| 8/6/2017 16:02 | email delivered | 0 | 72.21.217.109 |
| 8/6/2017 16:07 | jumio profile added | 0 | 70.127.40.255 |
| 8/6/2017 16:07 | jumio started | 0 | 70.127.40.255 |
| 8/6/2017 16:10 | jumio completed | 0 | 184.106.91.66 |
| 8/6/2017 16:10 | jumio face match completed | 0 | 184.106.91.66 |
| 8/6/2017 16:10 | process specific jumio completed | 0 | 184.106.91.66 |

Page 14 of 170

# EXHIBIT B - Coinbase Records

| | | |
|---|---|---|
| 8/6/2017 16:10 | email sent | 0 |
| 8/6/2017 16:10 | house fraud score changed | 0 |
| 8/6/2017 16:10 | email sent | 0 |
| 8/6/2017 16:10 | email delivered | 0 72.21.217.130 |
| 8/6/2017 16:10 | email delivered | 0 72.21.217.66 |
| 8/6/2017 16:10 | password scored | 0 70.127.40.255 |
| 8/6/2017 16:10 | second factor prompt token | 0 70.127.40.255 |
| 8/6/2017 16:10 | send telesign sms | 0 70.127.40.255 |
| 8/6/2017 16:10 | password scored | 0 70.127.40.255 |
| 8/6/2017 16:10 | second factor prompt token | 0 70.127.40.255 |
| 8/6/2017 16:10 | send telesign sms | 0 70.127.40.255 |
| 8/6/2017 16:11 | password scored | 0 70.127.40.255 |
| 8/6/2017 16:11 | second factor failure | 0 70.127.40.255 |
| 8/6/2017 20:55 | password scored | 0 70.127.40.255 |
| 8/6/2017 20:55 | second factor prompt token | 0 70.127.40.255 |
| 8/6/2017 20:55 | send telesign sms | 0 70.127.40.255 |
| 8/8/2017 0:01 | password scored | 0 70.127.40.255 |
| 8/8/2017 0:01 | second factor prompt token | 0 70.127.40.255 |
| 8/8/2017 0:01 | payfone mobile status | 0 70.127.40.255 |
| 8/8/2017 0:01 | send telesign sms | 0 70.127.40.255 |
| 8/8/2017 0:01 | password scored | 0 70.127.40.255 |
| 8/8/2017 0:01 | second factor prompt token | 0 70.127.40.255 |
| 8/8/2017 0:01 | send telesign sms | 0 70.127.40.255 |
| 8/8/2017 16:10 | phone verified | 0 |
| 8/8/2017 16:10 | email sent | 0 |
| 8/8/2017 16:10 | phone removed | 0 |
| 8/8/2017 16:10 | authy forced disabled | 0 |
| 8/8/2017 16:10 | phone changed | 0 |
| 8/8/2017 16:10 | account recovery success | 0 |
| 8/8/2017 16:10 | house fraud score changed | 0 |
| 8/8/2017 16:10 | email sent | 0 |
| 8/8/2017 16:10 | email sent | 0 |
| 8/8/2017 16:10 | onelinx lookup | 0 |
| 8/8/2017 16:10 | whitepages lookup | 0 |

# EXHIBIT B - Coinbase Records

| | | |
|---|---|---|
| 8/8/2017 16:10 | email delivered | 0 72.21.217.109 |
| 8/8/2017 16:10 | email delivered | 0 72.21.217.74 |
| 8/8/2017 16:10 | email delivered | 0 72.21.217.107 |
| 8/8/2017 16:11 | password scored | 0 70.127.40.255 |
| 8/8/2017 16:11 | second factor prompt token | 0 70.127.40.255 |
| 8/8/2017 16:11 | send telesign sms | 0 70.127.40.255 |
| 8/8/2017 16:11 | password scored | 0 70.127.40.255 |
| 8/8/2017 16:11 | second factor prompt token | 0 70.127.40.255 |
| 8/8/2017 16:11 | send telesign sms | 0 70.127.40.255 |
| 8/8/2017 16:11 | password scored | 0 70.127.40.255 |
| 8/8/2017 16:11 | verified second factor | 0 70.127.40.255 |
| 8/8/2017 16:11 | email sent | 0 70.127.40.255 |
| 8/8/2017 16:11 | house fraud score changed | 0 |
| 8/8/2017 16:11 | email delivered | 0 72.21.217.155 |
| 8/9/2017 14:47 | card destroyed | 0 70.127.40.255 |
| 8/9/2017 14:48 | card use attempt | 0 70.127.40.255 |
| 8/9/2017 14:48 | card ott generated | 0 70.127.40.255 |
| 8/9/2017 14:48 | card use attempt | 0 70.127.40.255 |
| 8/9/2017 14:48 | card use attempt | 0 70.127.40.255 |
| 8/9/2017 14:48 | card address verification result | 0 70.127.40.255 |
| 8/9/2017 14:48 | card added | 0 70.127.40.255 |
| 8/9/2017 14:48 | house fraud score changed | 0 70.127.40.255 |
| 8/9/2017 14:48 | card use attempt | 0 70.127.40.255 |
| 8/9/2017 14:48 | card use attempt | 0 70.127.40.255 |
| 8/9/2017 14:48 | card use attempt | 0 70.127.40.255 |
| 8/9/2017 14:48 | card use attempt | 0 70.127.40.255 |
| 8/9/2017 14:49 | card cdv failure | 0 70.127.40.255 |
| 8/9/2017 14:50 | card cdv success | 0 70.127.40.255 |
| 8/9/2017 14:50 | house fraud score changed | 0 70.127.40.255 |
| 8/9/2017 14:50 | card verified | 0 70.127.40.255 |
| 8/9/2017 16:55 | update transfer payout date | 0 70.127.40.255 |
| 8/9/2017 16:55 | transfer started | 0 70.127.40.255 |
| 8/9/2017 16:55 | house fraud score changed | 0 |
| 8/9/2017 16:55 | card use attempt | 0 |

# EXHIBIT B - Coinbase Records

| Date/Time | Event | Value | IP |
|---|---|---|---|
| 8/9/2017 16:55 | card use attempt | 0 | |
| 8/9/2017 16:55 | transfer completed | 0 | |
| 8/9/2017 16:55 | received money | 0 | |
| 8/9/2017 16:55 | email sent | 0 | |
| 8/9/2017 16:55 | email delivered | 0 | 72.21.217.84 |
| 8/9/2017 16:58 | user send money | 0 | 70.127.40.255 |
| 8/9/2017 16:58 | sent money | 0 | |
| 8/9/2017 16:58 | email sent | 0 | |
| 8/9/2017 16:58 | email delivered | 0 | 72.21.217.84 |
| 8/13/2017 6:24 | update transfer payout date | 0 | 70.127.40.255 |
| 8/13/2017 6:24 | transfer started | 0 | 70.127.40.255 |
| 8/13/2017 6:24 | house fraud score changed | 0 | |
| 8/13/2017 6:24 | user send money | 0 | |
| 8/13/2017 6:24 | sent money | 0 | |
| 8/13/2017 6:24 | received money | 0 | |
| 8/13/2017 6:24 | transfer completed | 0 | |
| 8/13/2017 6:26 | update transfer payout date | 0 | 70.127.40.255 |
| 8/13/2017 6:26 | transfer started | 0 | 70.127.40.255 |
| 8/13/2017 6:26 | house fraud score changed | 0 | |
| 8/13/2017 6:26 | card use attempt | 0 | |
| 8/13/2017 6:26 | card use attempt | 0 | |
| 8/13/2017 6:26 | email sent | 0 | |
| 8/13/2017 6:26 | received money | 0 | |
| 8/13/2017 6:26 | transfer completed | 0 | |
| 8/13/2017 6:26 | email delivered | 0 | 72.21.217.79 |
| 8/23/2017 4:07 | update transfer payout date | 0 | 70.127.40.255 |
| 8/23/2017 4:07 | house fraud score changed | 0 | |
| 8/23/2017 4:07 | transfer started | 0 | 70.127.40.255 |
| 8/23/2017 4:07 | user send money | 0 | |
| 8/23/2017 4:07 | sent money | 0 | |
| 8/23/2017 4:08 | received money | 0 | |
| 8/23/2017 4:08 | transfer completed | 0 | |
| 8/25/2017 11:17 | report added | 0 | |

# EXHIBIT B - Coinbase Records



| NAME | DOB | ADDRESS | UNIT NUMBER |
|------|-----|---------|-------------|
| Jack R Dove Iii | ██ | 1981 streetNumber streetName streetSuffix | |
| Jack R Dove Iii | ██ | /1981 | |

# EXHIBIT B - Coinbase Records

| BUSINESS CATEGORY | BUSINESS DESCRIPTION | PHONE NUMBER | TAX ID NUMBER |
|---|---|---|---|
| | | | |

| STATE | POSTAL CODE | COUNTRY |
|---|---|---|
| FL | 33809 | US |

| ACCOUNT TYPE | VERIFIED | VERIFICATION METHOD |
|---|---|---|
| | | |

| CARD 3D SECURE | ISSUE TYPE | ISSUER | ISSUE COUNTRY |
|---|---|---|---|
| FALSE | MasterCard debit | BANK OF AMERICA, NATIONAL ASSO | US |
| FALSE | MasterCard | CITIBANK N.A. | US |
| FALSE | MasterCard debit | BANK OF AMERICA, NATIONAL ASSO | US |

Page 19 of 170

# EXHIBIT B - Coinbase Records

**REASON VALUE**

**LABEL**          **CALLBACK URL**

| TRACKING CODE | CUSTOM | PAID OUT | STATUS |
|---|---|---|---|

# EXHIBIT B - Coinbase Records

WIRE CURRENCY    TIMESTAMP          REFERENCE CODE

# EXHIBIT B - Coinbase Records

| BALANCE | AMOUNT | CURRENCY | TO |
|---|---|---|---|
| 0.06791237 | 0.06791237 | BTC | 582c6602c8a1db3f8e014726 |
| 0.04291237 | -0.025 | BTC | 3MDrRKa2iRZHYfP15EBRVBZRtxHkpF7mQV |

## EXHIBIT B - Coinbase Records

| | | |
|---|---|---|
| 0.12360206 | 0.08068969 BTC | 582c6602c8a1db3f8e014726 |
| 0.13711806 | 0.013516 BTC | jdove@totalonguardprotection.com |
| 0.27175919 | 0.13464113 BTC | 582c6602c8a1db3f8e014726 |
| 0.00796049 | -0.2637987 BTC | 1NbZVyms11rNJyJ1X2YMk1V57inGgLPnzQ |
| 0.02143408 | 0.01347359 BTC | 582c6602c8a1db3f8e014726 |
| 0.01060703 | -0.01082705 BTC | 1Q6RFyMPoky5uHeN6SWTZig7JXwBVm96Qa |
| 0.01050703 | -0.0001 BTC | 1Q6RFyMPoky5uHeN6SWTZig7JXwBVm96Qa |
| 0.00376676 | -0.00674027 BTC | 1DQM45xMBxWW4JozEzJjJKTPdScCYyj562 |
| 0.04391247 | 0.04014571 BTC | 582c6602c8a1db3f8e014726 |
| 0.01029224 | -0.03362023 BTC | 1HET7f8Vy2wFeqGTrYaqHqvL6q1hmpFuKJ |
| 0.00012082 | -0.01017142 BTC | 5083a5425b4a5b0200000001 |
| 0.02067154 | 0.02055072 BTC | 582c6602c8a1db3f8e014726 |
| 0.01239154 | -0.00828 BTC | 1FscdGPDvudjmWpNhj7StTivFXRk3p9peU |
| 0.02042367 | 0.00803213 BTC | 582c6602c8a1db3f8e014726 |
| 0.07042367 | 0.05 BTC | 582c6602c8a1db3f8e014726 |
| 0.02042367 | -0.05 BTC | 1CcnYqfFv37ZLdexFZP968Ef6GvVSSsGQC |
| 0.01232767 | -0.008096 BTC | 1KFzpzToksZGT7LTt5NZzNpowsydiV9ere |
| 0.05232767 | 0.04 BTC | 582c6602c8a1db3f8e014726 |
| 0.01232767 | -0.04 BTC | 1CcnYqfFv37ZLdexFZP968Ef6GvVSSsGQC |
| 0.05132767 | 0.039 BTC | 582c6602c8a1db3f8e014726 |
| 0.02099072 | -0.03033695 BTC | 1BbCP1myc62BsA37v398kuBRERxEdqQVJn |
| 7.20E-07 | -0.02099 BTC | 5083a5425b4a5b0200000001 |
| 0.03000072 | 0.03 BTC | 582c6602c8a1db3f8e014726 |
| 0.00091323 | -0.02908749 BTC | 5083a5425b4a5b0200000001 |
| 7.88 | 7.88 USD | |
| 0.07 | -7.81 USD | Coinbase |
| 79.43 | 79.36 USD | |

# EXHIBIT B - Coinbase Records

198.44           119.01 USD

| LOCATION | SOURCE | DETAILS |
|---|---|---|
| United States | web | crack_time"=>4920400.0} |
| United States | web | |
| United States | web | old_backing_bank"=>nil, "new_backing_bank"=>"crossriver", "changed_by"=>"set_backing_ba |
| United States | web | old_backing_bank"=>nil, "new_backing_bank"=>"crossriver", "changed_by"=>"set_backing_ba |
| United States | web | country"=>"US", "version"=>"united_states"} |
| United States | web | |
| | | house_fraud_score"=>"0.178246", "feature_vector"=>{"account_email"=>"jdove@totalongua |
| | | old_risk_score"=>nil, "new_risk_score"=>19, "new_score_set"=>{"_composite"=>0.19, "_com |
| United States | web | subject"=>"Please Verify Your Email Address", "recipient"=>"jdove@totalonguardprotection.c |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2016-11-16T13:58:27.577Z", "source |
| | | |
| United States | web | email"=>"jdove@totalonguardprotection.com"} |
| United States | web | state"=>"FL"} |
| United States | web | |
| | | house_fraud_score"=>"0.161318", "feature_vector"=>{"account_email"=>"jdove@totalongua |
| United States | web | country"=>"US", "version"=>"united_states"} |
| United States | web | country_code"=>"US", "region"=>"FL"} |
| United States | web | country_code"=>"US", "region"=>"FL"} |
| United States | web | old_backing_bank"=>nil, "new_backing_bank"=>"crossriver", "changed_by"=>"set_backing_ba |
| United States | web | |
| | | house_fraud_score"=>"0.161318", "feature_vector"=>{"account_email"=>"jdove@totalongua |
| | | tm_account_address_country"=>"us", "tm_account_email"=>"jdove@totalonguardprotection |
| United States | web | id"=>"582c6682a080fd0efc0cb311", "number"=>"4074011005", "country"=>"US", "country_c |
| United States | web | authy_id"=>28369098, "confirmed"=>false, "registered"=>false, "country_code"=>1, "phone_ |
| United States | web | id"=>"582c6682a080fd0efc0cb311", "number"=>"4074011005", "country_code"=>"1", "provi |
| United States | web | id"=>"582c6682a080fd0efc0cb311", "result"=>true, "message"=>"4561B5C1BD200D049042F5 |
| | | subject"=>"Your two factor settings have been changed", "recipient"=>"jdove@totalonguardp |
| United States | web | id"=>"582c6682a080fd0efc0cb311", "number"=>"4074011005", "country"=>"US", "country_c |
| | | phone_id"=>"582c6682a080fd0efc0cb311", "phone_number"=>"+1 407 401 1005", "response |

## EXHIBIT B - Coinbase Records

| | | |
|---|---|---|
| | | phone_id"=>"582c6682a080fd0efc0cb311", "phone_number"=>"+1 407 401 1005", "response |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2016-11-16T14:00:35.202Z", "source |
| United States | web | card_id"=>nil, "request_params"=>{"VersionUsed"=>"6", "TransactionType"=>"RD", "TimeOut |
| United States | web | |
| United States | api | name"=>"hide_apps_box", "value"=>nil, "flag_id"=>"582c66dc1f4e30372066c4aa", "enabled" |
| United States | api | name"=>"hide_apps_box", "value"=>nil, "flag_id"=>"582c66dc1f4e30372066c4aa", "enabled" |
| United States | web | card_id"=>nil, "request_params"=>{"VersionUsed"=>"6", "TransactionType"=>"RD", "TimeOut |
| United States | web | |
| United States | web | card_id"=>"582c67f45e78270671d1ade1", "request_params"=>{"VersionUsed"=>"6", "Transa |
| United States | web | id"=>"582c67f45e78270671d1ade1", "type"=>"CreditDebitCard", "customer_name"=>"Jack D |
| United States | web | house_fraud_score"=>"0.109082", "feature_vector"=>{"account_email"=>"jdove@totalongua |
| United States | web | billing_address_id"=>"582c680c5262eb75a7e2b554", "address1"=>"721 powder horn row", " |
| United States | web | card_id"=>"582c67f45e78270671d1ade1", "request_params"=>{"VersionUsed"=>"3", "Transa |
| United States | web | address"=>"match", "postal_code"=>"match", "error_to_add"=>nil, "id"=>"582c67f45e78270 |
| United States | web | card_id"=>"582c67f45e78270671d1ade1", "request_params"=>{"VersionUsed"=>"REDACTED" |
| United States | web | card_id"=>"582c67f45e78270671d1ade1", "request_params"=>{"VersionUsed"=>"3", "Transa |
| United States | web | card_id"=>"582c67f45e78270671d1ade1", "request_params"=>{"VersionUsed"=>"REDACTED" |
| United States | web | card_id"=>"582c67f45e78270671d1ade1", "request_params"=>{"VersionUsed"=>"3", "Transa |
| United States | web | id"=>"582c67f45e78270671d1ade1", "type"=>"CreditDebitCard", "customer_name"=>"Jack D |
| United States | web | house_fraud_score"=>"0.109082", "feature_vector"=>{"account_email"=>"jdove@totalongua |
| United States | web | id"=>"582c67f45e78270671d1ade1", "type"=>"CreditDebitCard", "customer_name"=>"Jack D |
| | | types"=>["ach", "credit_debit_card", "widget_instant_buy", "paypal_buy"], "old_limits"=>{"bu |
| | | house_fraud_score"=>"0.105499", "feature_vector"=>{"account_email"=>"jdove@totalongua |
| | | subject"=>"You can now buy more digital currency with Coinbase", "recipient"=>"jdove@total |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2016-11-16T14:09:02.998Z", "source |
| United States | web | jumio_profile_id"=>"582c688e5e78270f2dd1abd8", "country_code"=>"US", "capture_method |
| United States | web | jumio_profile_id"=>"582c688e5e78270f2dd1abd8", "country_code"=>"US", "capture_method |
| United States | web | jumio_profile_id"=>"582c688e5e78270f2dd1abd8", "country_code"=>"US", "capture_method |
| | | subject"=>"Your identity has been verified", "recipient"=>"jdove@totalonguardprotection.con |
| | | types"=>["ach", "credit_debit_card"], "old_limits"=>{"buy"=>{"amount"=>"10000.00", "curre |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2016-11-16T14:14:02.770Z", "source |
| | | house_fraud_score"=>"0.123973", "feature_vector"=>{"account_email"=>"jdove@totalongua |
| United States | api | crack_time"=>4920400.0} |
| United States | web | crack_time"=>4920400.0} |

# EXHIBIT B - Coinbase Records

| | | |
|---|---|---|
| United States | web | type"=>"", "force"=>false} |
| United States | web | id"=>"582c6682a080fd0efc0cb311", "number"=>"4074011005", "country_code"=>"1", "provi |
| United States | api | crack_time"=>4920400.0} |
| United States | api | reason"=>"auto confirmed by vetted ip", "device_id"=>nil} |
| Indonesia | api | old_backing_bank"=>nil, "new_backing_bank"=>"crossriver", "changed_by"=>"set_backing_ba |
| | | house_fraud_score"=>"0.123973", "feature_vector"=>{"account_email"=>"jdove@totalongua |
| United States | api | name"=>"hide_fees_error_for_first_transfer", "value"=>nil, "flag_id"=>"582c69ecee8dc517c6 |
| United States | api | name"=>"hide_fees_error_for_first_transfer", "value"=>nil, "flag_id"=>"582c69ecee8dc517c6 |
| United States | api | old_payout_date"=>nil, "new_payout_date"=>"2016-11-16T06:16:55-08:00", "updated_by"=> |
| United States | api | type"=>"Buy", "total"=>"$52.00", "btc"=>"0.06791237 BTC", "id"=>"582c6a58c1604b7e68924 |
| United States | api | card_id"=>"582c67f45e78270671d1ade1", "request_params"=>{"VersionUsed"=>"REDACTED" |
| United States | api | card_id"=>"582c67f45e78270671d1ade1", "request_params"=>{"VersionUsed"=>"3", "Transa |
| | | response"=>{"query"=>{"email"=>"jdove%40totalonguardprotection.com%2b70.127.40.255", |
| | | house_fraud_score"=>"0.055250", "feature_vector"=>{"account_email"=>"jdove@totalongua |
| | | subject"=>"The 0.06791237 BTC you purchased are now available in your account", "recipient |
| | | sender_user_id"=>"5083a5410924750200000001", "amount"=>"0.06791237", "to"=>"582c66 |
| | | type"=>"buy", "api_auth_type"=>"oauth", "api_application"=>"5024c2563aeeab0002000006" |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2016-11-16T14:17:04.992Z", "source |
| | | referred_by"=>"57a4d92bed984327d93b2f99", "amount"=>10.0, "amount_btc"=>0.01364, "r |
| United States | api | recipient_user_id"=>nil, "to"=>"3MDrRKa2iRZHYfP15EBRVBZRtxHkpF7mQV", "amount"=>"0.0 |
| | | recipient_user_id"=>nil, "to"=>"3MDrRKa2iRZHYfP15EBRVBZRtxHkpF7mQV", "amount"=>"0.0 |
| | | subject"=>"You just sent 0.0250 BTC to 3MDrRKa2iRZHYfP15EBRVBZRtxHkpF7mQV", "recipien |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2016-11-16T22:42:25.366Z", "source |
| United States | api | old_payout_date"=>nil, "new_payout_date"=>"2016-11-17T13:10:33-08:00", "updated_by"=> |
| United States | api | type"=>"Buy", "total"=>"$62.39", "btc"=>"0.08068969 BTC", "id"=>"582e1ccae25371008e883 |
| United States | api | card_id"=>"582c67f45e78270671d1ade1", "request_params"=>{"VersionUsed"=>"REDACTED" |
| United States | api | card_id"=>"582c67f45e78270671d1ade1", "request_params"=>{"VersionUsed"=>"3", "Transa |
| | | subject"=>"The 0.08068969 BTC you purchased are now available in your account", "recipient |
| | | house_fraud_score"=>"0.043381", "feature_vector"=>{"account_email"=>"jdove@totalongua |
| | | type"=>"buy", "api_auth_type"=>"oauth", "api_application"=>"5024c2563aeeab0002000006" |
| | | sender_user_id"=>"5083a5410924750200000001", "amount"=>"0.08068969", "to"=>"582c66 |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2016-11-17T21:10:40.551Z", "source |
| | | subject"=>"Coinbase just sent you 0.013516 BTC", "recipient"=>"jdove@totalonguardprotecti |

# EXHIBIT B - Coinbase Records

|  |  | sender_user_id"=>"528ea796cee5ff036300031a", "amount"=>"0.01351600", "to"=>"jdove@t |
|---|---|---|
|  |  | referred_by"=>"57a4d92bed984327d93b2f99", "amount"=>10.0) |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2016-11-17T21:16:04.097Z", "source |
| United States | api | card_id"=>nil, "request_params"=>{"VersionUsed"=>"6", "TransactionType"=>"RD", "TimeOut |
| United States | api | |
| United States | api | card_id"=>"582e2a49238bc802d72e0e57", "request_params"=>{"VersionUsed"=>"6", "Transa |
| United States | api | card_id"=>"582e2a49238bc802d72e0e57", "request_params"=>{"VersionUsed"=>"3", "Transa |
| United States | api | address"=>"match", "postal_code"=>"match", "error_to_add"=>nil, "id"=>"582e2a49238bc80 |
| United States | api | id"=>"582e2a49238bc802d72e0e57", "type"=>"CreditDebitCard", "customer_name"=>"Jack d |
| United States | api | house_fraud_score"=>"0.059399", "feature_vector"=>{"account_email"=>"jdove@totalongua |
| United States | api | card_id"=>"582e2a49238bc802d72e0e57", "request_params"=>{"VersionUsed"=>"REDACTED |
| United States | api | card_id"=>"582e2a49238bc802d72e0e57", "request_params"=>{"VersionUsed"=>"3", "Transa |
| United States | api | card_id"=>"582e2a49238bc802d72e0e57", "request_params"=>{"VersionUsed"=>"REDACTED |
| United States | api | card_id"=>"582e2a49238bc802d72e0e57", "request_params"=>{"VersionUsed"=>"3", "Transa |
| United States | api | id"=>"582e2a49238bc802d72e0e57", "type"=>"CreditDebitCard", "customer_name"=>"Jack d |
| United States | api | house_fraud_score"=>"0.059399", "feature_vector"=>{"account_email"=>"jdove@totalongua |
| United States | api | id"=>"582e2a49238bc802d72e0e57", "type"=>"CreditDebitCard", "customer_name"=>"Jack d |
| United States | api | old_payout_date"=>nil, "new_payout_date"=>"2016-11-17T14:10:30-08:00", "updated_by"=> |
| United States | api | type"=>"Buy", "total"=>"$103.99", "btc"=>"0.13464113 BTC", "id"=>"582ead7b93e11028f16 |
| United States | api | card_id"=>"582e2a49238bc802d72e0e57", "request_params"=>{"VersionUsed"=>"REDACTED |
| United States | api | card_id"=>"582e2a49238bc802d72e0e57", "request_params"=>{"VersionUsed"=>"3", "Transa |
|  |  | subject"=>"The 0.13464113 BTC you purchased are now available in your account", "recipient |
|  |  | type"=>"buy", "api_auth_type"=>"oauth", "api_application"=>"5024c2563aeeab0002000006" |
|  |  | house_fraud_score"=>"0.045560", "feature_vector"=>{"account_email"=>"jdove@totalongua |
|  |  | sender_user_id"=>"5083a5410924750200000001", "amount"=>"0.13464113", "to"=>"582c66 |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2016-11-17T22:10:40.062Z", "source |
| United States | api | recipient_user_id"=>nil, "to"=>"1NbZVyms11rNJyJ1X2YMk1V57inGgLPnzQ", "amount"=>"0.26 |
|  |  | recipient_user_id"=>nil, "to"=>"1NbZVyms11rNJyJ1X2YMk1V57inGgLPnzQ", "amount"=>"0.26 |
|  |  | subject"=>"You just sent 0.2637987 BTC to 1NbZVyms11rNJyJ1X2YMk1V57inGgLPnzQ", "recip |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2016-11-17T22:16:30.173Z", "source |
| United States | api | old_payout_date"=>nil, "new_payout_date"=>"2016-11-17T14:55:31-08:00", "updated_by"=> |
| United States | api | type"=>"Buy", "total"=>"$10.40", "btc"=>"0.01347359 BTC", "id"=>"582e356431ebfe038c115 |
| United States | api | card_id"=>"582e2a49238bc802d72e0e57", "request_params"=>{"VersionUsed"=>"REDACTED |
| United States | api | card_id"=>"582e2a49238bc802d72e0e57", "request_params"=>{"VersionUsed"=>"3", "Transa |

# EXHIBIT B - Coinbase Records

type"=>"buy", "api_auth_type"=>"oauth", "api_application"=>"5024c2563aeeab0002000006"
house_fraud_score"=>"0.056258", "feature_vector"=>{"account_email"=>"jdove@totalongua
subject"=>"The 0.01347359 BTC you purchased are now available in your account", "recipient
sender_user_id"=>"5083a5410924750200000001", "amount"=>"0.01347359", "to"=>"582c66

| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2016-11-17T22:55:38.111Z", "source |
| United States | api | recipient_user_id"=>nil, "to"=>"1Q6RFyMPoky5uHeN6SWTZig7JXwBVm96Qa", "amount"=>"0 |
| | | subject"=>"You just sent 0.01082705 BTC to 1Q6RFyMPoky5uHeN6SWTZig7JXwBVm96Qa", "r |
| | | recipient_user_id"=>nil, "to"=>"1Q6RFyMPoky5uHeN6SWTZig7JXwBVm96Qa", "amount"=>"0 |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2016-11-17T22:58:05.682Z", "source |
| United States | api | recipient_user_id"=>nil, "to"=>"1Q6RFyMPoky5uHeN6SWTZig7JXwBVm96Qa", "amount"=>"0 |
| | | subject"=>"You just sent 0.0001 BTC to 1Q6RFyMPoky5uHeN6SWTZig7JXwBVm96Qa", "recipi |
| | | recipient_user_id"=>nil, "to"=>"1Q6RFyMPoky5uHeN6SWTZig7JXwBVm96Qa", "amount"=>"0 |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2016-11-17T22:59:46.305Z", "source |
| United States | api | recipient_user_id"=>nil, "to"=>"1DQM45xMBxWW4JozEzJjJKTPdScCYyj562", "amount"=>"0.0( |
| | | subject"=>"You just sent 0.00674027 BTC to 1DQM45xMBxWW4JozEzJjJKTPdScCYyj562", "rec |
| | | recipient_user_id"=>nil, "to"=>"1DQM45xMBxWW4JozEzJjJKTPdScCYyj562", "amount"=>"0.0( |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2016-11-18T18:17:52.729Z", "source |
| United States | api | old_payout_date"=>nil, "new_payout_date"=>"2016-11-18T12:01:57-08:00", "updated_by"=> |
| United States | api | type"=>"Buy", "total"=>"$31.20", "btc"=>"0.04014571 BTC", "id"=>"582f5e36cdf96001df77f2 |
| United States | api | card_id"=>"582e2a49238bc802d72e0e57", "request_params"=>{"VersionUsed"=>"REDACTED |
| United States | api | card_id"=>"582e2a49238bc802d72e0e57", "request_params"=>{"VersionUsed"=>"3", "Transa |
| | | house_fraud_score"=>"0.057329", "feature_vector"=>{"account_email"=>"jdove@totalongua |
| | | type"=>"buy", "api_auth_type"=>"oauth", "api_application"=>"5024c2563aeeab0002000006" |
| | | subject"=>"The 0.04014571 BTC you purchased are now available in your account", "recipient |
| | | sender_user_id"=>"5083a5410924750200000001", "amount"=>"0.04014571", "to"=>"582c66 |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2016-11-18T20:02:10.615Z", "source |
| United States | api | recipient_user_id"=>nil, "to"=>"1HET7f8Vy2wFeqGTrYaqHqvL6q1hmpFuKJ", "amount"=>"0.03 |
| | | subject"=>"You just sent 0.03362023 BTC to 1HET7f8Vy2wFeqGTrYaqHqvL6q1hmpFuKJ", "reci |
| | | recipient_user_id"=>nil, "to"=>"1HET7f8Vy2wFeqGTrYaqHqvL6q1hmpFuKJ", "amount"=>"0.03 |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2016-11-18T20:06:38.585Z", "source |
| | | email"=>"jdove@totalonguardprotection.com", "name"=>"Jack Dove", "properties"=>{"count |
| United States | api | old_payout_date"=>nil, "new_payout_date"=>"2016-12-17T16:16:48-08:00", "updated_by"=> |
| | | recipient_user_id"=>"5083a5410924750200000001", "to"=>"5083a5425b4a5b0200000001", |
| United States | api | type"=>"Sell", "total"=>"$7.88", "btc"=>"0.01017142 BTC", "id"=>"5855d5704b766c4dff9648 |

# EXHIBIT B - Coinbase Records

| | | |
|---|---|---|
| United States | api | recipient_user_id"=>"5083a5410924750200000001", "to"=>"5083a5425b4a5b0200000001", |
| United States | api | type"=>"sell", "api_auth_type"=>"oauth", "api_application"=>"5024c2563aeeab0002000006" |
| | | subject"=>"A sell of 0.01017142 BTC has been initiated", "recipient"=>"jdove@totalonguardpr |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2016-12-18T00:16:51.942Z", "source |
| United States | api | old_payout_date"=>nil, "new_payout_date"=>"2016-12-29T16:41:20-08:00", "updated_by"=> |
| United States | api | type"=>"Buy", "total"=>"$20.80", "btc"=>"0.02055072 BTC", "id"=>"5865ad316861ee17e4f6e |
| United States | api | card_id"=>"582c67f45e78270671d1ade1", "request_params"=>{"VersionUsed"=>"REDACTED |
| United States | api | card_id"=>"582c67f45e78270671d1ade1", "request_params"=>{"VersionUsed"=>"3", "Transa |
| | | house_fraud_score"=>"0.035056", "feature_vector"=>{"account_email"=>"jdove@totalonguz |
| | | type"=>"buy", "api_auth_type"=>"oauth", "api_application"=>"5024c2563aeeab0002000006" |
| | | subject"=>"The 0.02055072 BTC you purchased are now available in your account", "recipient |
| | | sender_user_id"=>"5083a5410924750200000001", "amount"=>"0.02055072", "to"=>"582c66 |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2016-12-30T00:41:28.339Z", "source |
| United States | api | recipient_user_id"=>nil, "to"=>"1FscdGPDvudjmWpNhj7StTivFXRk3p9peU", "amount"=>"0.00 |
| | | recipient_user_id"=>nil, "to"=>"1FscdGPDvudjmWpNhj7StTivFXRk3p9peU", "amount"=>"0.00 |
| | | subject"=>"You just sent 0.00828 BTC to 1FscdGPDvudjmWpNhj7StTivFXRk3p9peU", "recipien |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2016-12-30T00:43:03.256Z", "source |
| United States | api | old_payout_date"=>nil, "new_payout_date"=>"2016-12-30T06:31:51-08:00", "updated_by"=> |
| United States | api | type"=>"Buy", "total"=>"$7.81", "btc"=>"0.00803213 BTC", "id"=>"58666fd7ffe0922e81660e5 |
| United States | api | recipient_user_id"=>"5083a5410924750200000001", "to"=>"Coinbase", "amount"=>"7.81", " |
| | | subject"=>"The 0.00803213 BTC you purchased are now available in your account", "recipient |
| | | house_fraud_score"=>"0.037995", "feature_vector"=>{"account_email"=>"jdove@totalongua |
| | | sender_user_id"=>"5083a5410924750200000001", "amount"=>"0.00803213", "to"=>"582c66 |
| | | type"=>"buy", "api_auth_type"=>"oauth", "api_application"=>"5024c2563aeeab0002000006" |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2016-12-30T14:31:56.027Z", "source |
| United States | api | old_payout_date"=>nil, "new_payout_date"=>"2017-01-06T23:15:52-08:00", "updated_by"=> |
| United States | api | type"=>"Buy", "total"=>"$43.82", "btc"=>"0.05000000 BTC", "id"=>"587095a874d6e83e657bc |
| United States | api | card_id"=>"582c67f45e78270671d1ade1", "request_params"=>{"VersionUsed"=>"REDACTED |
| United States | api | card_id"=>"582c67f45e78270671d1ade1", "request_params"=>{"VersionUsed"=>"3", "Transa |
| | | type"=>"buy", "api_auth_type"=>"oauth", "api_application"=>"5024c2563aeeab0002000006" |
| | | sender_user_id"=>"5083a5410924750200000001", "amount"=>"0.05000000", "to"=>"582c66 |
| | | house_fraud_score"=>"0.040121", "feature_vector"=>{"account_email"=>"jdove@totalongua |
| | | subject"=>"The 0.0500 BTC you purchased are now available in your account", "recipient"=>"jc |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2017-01-07T07:16:11.266Z", "source |

# EXHIBIT B - Coinbase Records

| United States | api | recipient_user_id"=>nil, "to"=>"1CcnYqfFv37ZLdexFZP968Ef6GvVSSsGQC", "amount"=>"0.050 |
| | | subject"=>"You just sent 0.0500 BTC to 1CcnYqfFv37ZLdexFZP968Ef6GvVSSsGQC", "recipient |
| | | recipient_user_id"=>nil, "to"=>"1CcnYqfFv37ZLdexFZP968Ef6GvVSSsGQC", "amount"=>"0.050 |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2017-01-07T07:20:26.353Z", "source |
| United States | api | recipient_user_id"=>nil, "to"=>"1KFzpzToksZGT7LTt5NZzNpowsydiV9ere", "amount"=>"0.008 |
| | | recipient_user_id"=>nil, "to"=>"1KFzpzToksZGT7LTt5NZzNpowsydiV9ere", "amount"=>"0.008 |
| | | subject"=>"You just sent 0.008096 BTC to 1KFzpzToksZGT7LTt5NZzNpowsydiV9ere", "recipien |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2017-02-02T02:14:40.342Z", "source |
| United States | api | old_payout_date"=>nil, "new_payout_date"=>"2017-02-01T18:19:56-08:00", "updated_by"=> |
| United States | api | type"=>"Buy", "total"=>"$41.53", "btc"=>"0.04000000 BTC", "id"=>"5892974d6f6e490083808 |
| United States | api | card_id"=>"582c67f45e78270671d1ade1", "request_params"=>{"VersionUsed"=>"REDACTED" |
| United States | api | card_id"=>"582c67f45e78270671d1ade1", "request_params"=>{"VersionUsed"=>"3", "Transa |
| | | house_fraud_score"=>"0.039772", "feature_vector"=>{"account_email"=>"jdove@totalongua |
| | | sender_user_id"=>"5083a5410924750200000001", "amount"=>"0.04000000", "to"=>"582c66 |
| | | type"=>"buy", "api_auth_type"=>"oauth", "api_application"=>"5024c2563aeeab0002000006" |
| | | subject"=>"The 0.0400 BTC you purchased are now available in your account", "recipient"=>j |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2017-02-02T02:20:03.573Z", "source |
| United States | api | recipient_user_id"=>nil, "to"=>"1CcnYqfFv37ZLdexFZP968Ef6GvVSSsGQC", "amount"=>"0.040 |
| | | subject"=>"You just sent 0.0400 BTC to 1CcnYqfFv37ZLdexFZP968Ef6GvVSSsGQC", "recipient" |
| | | recipient_user_id"=>nil, "to"=>"1CcnYqfFv37ZLdexFZP968Ef6GvVSSsGQC", "amount"=>"0.040 |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2017-02-02T02:23:03.171Z", "source |
| United States | web | subject"=>"Resetting Your Password", "recipient"=>"jdove@totalonguardprotection.com"} |
| United States | web | confirmed_device"=>false} |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2017-08-06T22:53:08.977Z", "source |
| United States | api | reason"=>"password_incorrect"} |
| United States | api | reason"=>"password_incorrect"} |
| United States | api | crack_time"=>4920400.0} |
| United States | api | class"=>"User::SecondFactor::Sms", "policy"=>{"restrictions"=>["sms"]}} |
| United States | api | RequestId"=>"coinbase-request-v1", "Status"=>0, "Description"=>"Success.", "Response"=>{"N |
| United States | api | id"=>"582c6682a080fd0efc0cb311", "number"=>"4074011005", "country_code"=>"1", "provi |
| United States | web | crack_time"=>4920400.0} |
| United States | web | class"=>"User::SecondFactor::Sms", "policy"=>{"restrictions"=>["sms"]}} |
| United States | web | id"=>"582c6682a080fd0efc0cb311", "number"=>"4074011005", "country_code"=>"1", "provi |
| United States | web | crack_time"=>4920400.0} |

# EXHIBIT B - Coinbase Records

| United States | web | class"=>"User::SecondFactor::Sms", "policy"=>{"restrictions"=>["sms"]}} |
|---|---|---|
| United States | web | id"=>"582c6682a080fd0efc0cb311", "number"=>"4074011005", "country_code"=>"1", "provi |
| United States | api | crack_time"=>4920400.0} |
| United States | api | class"=>"User::SecondFactor::Sms", "policy"=>{"restrictions"=>["sms"]}} |
| United States | api | id"=>"582c6682a080fd0efc0cb311", "number"=>"4074011005", "country_code"=>"1", "provi |
| United States | api | crack_time"=>4920400.0} |
| United States | api | reason"=>"invalid token entered", "source"=>nil, "token_type"=>"sms"} |
| United States | web | crack_time"=>4920400.0} |
| United States | web | class"=>"User::SecondFactor::Sms", "policy"=>{"restrictions"=>["sms"]}} |
| United States | web | id"=>"582c6682a080fd0efc0cb311", "number"=>"4074011005", "country_code"=>"1", "provi |
| United States | web | crack_time"=>4920400.0} |
| United States | web | class"=>"User::SecondFactor::Sms", "policy"=>{"restrictions"=>["sms"]}} |
| United States | web | id"=>"582c6682a080fd0efc0cb311", "number"=>"4074011005", "country_code"=>"1", "provi |
| United States | web | id"=>"59879f1e8c92f40284966ad9", "type"=>"sms"} |
| United States | web | id"=>"59879f3e57e9cd00a6327f5d", "number"=>"4072694463", "country_code"=>"1", "provi |
| United States | web | token_length"=>7} |
| United States | api | jumio_profile_id"=>"5987a00451bdd101809d2912", "country_code"=>"US", "capture_metho |
| United States | api | jumio_profile_id"=>"5987a00451bdd101809d2912", "country_code"=>"US", "capture_metho |
| United States | web | jumio_profile_id"=>"5987a00451bdd101809d2912", "country_code"=>"US", "capture_metho |
| United States | web | jumio_profile_id"=>"5987a00451bdd101809d2912", "country_code"=>"US", "capture_metho |
| | | subject"=>"Unable to verify your identity + photo", "recipient"=>"jdove@totalonguardprotect |
| | | house_fraud_score"=>"0.061184", "feature_vector"=>{"account_email"=>"jdove@totalongua |
| | | house_fraud_score"=>"0.061184", "feature_vector"=>{"account_email"=>"jdove@totalongua |
| | | type"=>"credit_debit_card", "changes"=>{"calculated"=>[{"cents"=>30000.0, "currency_iso"=> |
| | | type"=>"widget_instant_buy", "changes"=>{"calculated"=>[{"cents"=>600.0, "currency_iso"=> |
| | | types"=>["credit_debit_card", "widget_instant_buy"], "old_limits"=>{"buy"=>{"amount"=>"10 |
| | | subject"=>"You can now buy more digital currency with Coinbase", "recipient"=>"jdove@total |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2017-08-06T23:02:48.238Z", "source |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2017-08-06T23:02:47.855Z", "source |
| United States | api | jumio_profile_id"=>"5987a13455dcea036afdfd45", "country_code"=>"US", "capture_method |
| United States | api | jumio_profile_id"=>"5987a13455dcea036afdfd45", "country_code"=>"US", "capture_method |
| United States | web | jumio_profile_id"=>"5987a13455dcea036afdfd45", "country_code"=>"US", "capture_method |
| United States | web | jumio_profile_id"=>"5987a13455dcea036afdfd45", "country_code"=>"US", "capture_method |
| United States | web | jumio_profile_id"=>"5987a13455dcea036afdfd45", "delayed_transaction"=>false, "account_r |

# EXHIBIT B - Coinbase Records

|               |     |                                                                                                          |
|---------------|-----|----------------------------------------------------------------------------------------------------------|
|               |     | subject"=>"Your identity and photo have been verified", "recipient"=>"jdove@totalonguardpr               |
|               |     | house_fraud_score"=>"0.062998", "feature_vector"=>{"account_email"=>"jdove@totalongua                    |
|               |     | subject"=>"Your Coinbase account recovery is being processed", "recipient"=>"jdove@totalon               |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2017-08-06T23:10:03.125Z", "source                 |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2017-08-06T23:10:05.305Z", "source                 |
| United States | api | crack_time"=>4920400.0}                                                                                   |
| United States | api | class"=>"User::SecondFactor::Sms", "policy"=>{"restrictions"=>["sms"]}}                                   |
| United States | api | id"=>"582c6682a080fd0efc0cb311", "number"=>"4074011005", "country_code"=>"1", "provic                    |
| United States | web | crack_time"=>4920400.0}                                                                                   |
| United States | web | class"=>"User::SecondFactor::Sms", "policy"=>{"restrictions"=>["sms"]}}                                   |
| United States | web | id"=>"582c6682a080fd0efc0cb311", "number"=>"4074011005", "country_code"=>"1", "provic                    |
| United States | api | crack_time"=>4920400.0}                                                                                   |
| United States | api | reason"=>"invalid token entered", "source"=>nil, "token_type"=>"sms"}                                     |
| United States | web | crack_time"=>4920400.0}                                                                                   |
| United States | web | class"=>"User::SecondFactor::Sms", "policy"=>{"restrictions"=>["sms"]}}                                   |
| United States | web | id"=>"582c6682a080fd0efc0cb311", "number"=>"4074011005", "country_code"=>"1", "provic                    |
| United States | api | crack_time"=>4920400.0}                                                                                   |
| United States | api | class"=>"User::SecondFactor::Sms", "policy"=>{"restrictions"=>["sms"]}}                                   |
| United States | api | RequestId"=>"coinbase-request-v1", "Status"=>0, "Description"=>"Success.", "Response"=>{"N                |
| United States | api | id"=>"582c6682a080fd0efc0cb311", "number"=>"4074011005", "country_code"=>"1", "provic                    |
| United States | web | crack_time"=>4920400.0}                                                                                   |
| United States | web | class"=>"User::SecondFactor::Sms", "policy"=>{"restrictions"=>["sms"]}}                                   |
| United States | web | id"=>"582c6682a080fd0efc0cb311", "number"=>"4074011005", "country_code"=>"1", "provic                    |
|               |     | id"=>"598a44ee290956000105c169", "number"=>"4072694463", "country"=>"US", "country_                     |
|               |     | subject"=>"Your two factor settings have been changed", "recipient"=>"jdove@totalonguardp                 |
|               |     | id"=>"582c6682a080fd0efc0cb311", "number"=>"4074011005", "country"=>"US", "country_c                     |
|               |     | from"=>{"number"=>"4074011005", "country_code"=>"US"}, "to"=>{"number"=>"407269446                       |
|               |     | id"=>"59879f1e8c92f40284966ad9"}                                                                          |
|               |     | house_fraud_score"=>"0.062998", "feature_vector"=>{"account_email"=>"jdove@totalongua                    |
|               |     | subject"=>"Your two factor settings have been changed", "recipient"=>"jdove@totalonguardp                 |
|               |     | subject"=>"Your Coinbase account recovery is successful", "recipient"=>"jdove@totalonguard                |
|               |     | phone_id"=>"598a44ee290956000105c169", "phone_number"=>"+1 407 269 4463", "respons                      |
|               |     | phone_id"=>"598a44ee290956000105c169", "phone_number"=>"+1 407 269 4463", "respons                      |

# EXHIBIT B - Coinbase Records

| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2017-08-08T23:10:41.118Z", "source |
|---|---|---|
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2017-08-08T23:10:40.402Z", "source |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2017-08-08T23:10:40.954Z", "source |
| United States | api | crack_time"=>4920400.0} |
| United States | api | class"=>"User::SecondFactor::Sms", "policy"=>{"restrictions"=>["sms"]}} |
| United States | api | id"=>"598a44ee290956000105c169", "number"=>"4072694463", "country_code"=>"1", "prov |
| United States | web | crack_time"=>4920400.0} |
| United States | web | class"=>"User::SecondFactor::Sms", "policy"=>{"restrictions"=>["sms"]}} |
| United States | web | id"=>"598a44ee290956000105c169", "number"=>"4072694463", "country_code"=>"1", "prov |
| United States | api | crack_time"=>4920400.0} |
| United States | api | token_type"=>"sms", "source"=>nil} |
| United States | api | subject"=>"Coinbase for iOS is requesting access to your account", "recipient"=>"jdove@total |
| United States | api | house_fraud_score"=>"0.058017", "feature_vector"=>{"account_email"=>"jdove@totalongua |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2017-08-08T23:11:44.436Z", "source |
| United States | api | id"=>"582c67f45e78270671d1ade1", "type"=>"CreditDebitCard", "customer_name"=>"Jack D |
| United States | api | card_id"=>nil, "request_params"=>{"VersionUsed"=>"6", "TransactionType"=>"RD", "TimeOut |
| United States | api | |
| United States | api | card_id"=>"598b8321ee8dc501ac3841cc", "request_params"=>{"VersionUsed"=>"6", "Transa |
| United States | api | card_id"=>"598b8321ee8dc501ac3841cc", "request_params"=>{"VersionUsed"=>"3", "Transa |
| United States | api | address"=>"not_performed", "postal_code"=>"match", "address1_sent"=>nil, "address2_sent |
| United States | api | id"=>"598b8321ee8dc501ac3841cc", "type"=>"CreditDebitCard", "customer_name"=>"jack d |
| United States | api | house_fraud_score"=>"0.061125", "feature_vector"=>{"account_email"=>"jdove@totalongua |
| United States | api | card_id"=>"598b8321ee8dc501ac3841cc", "request_params"=>{"VersionUsed"=>"REDACTED" |
| United States | api | card_id"=>"598b8321ee8dc501ac3841cc", "request_params"=>{"VersionUsed"=>"3", "Transa |
| United States | api | card_id"=>"598b8321ee8dc501ac3841cc", "request_params"=>{"VersionUsed"=>"REDACTED" |
| United States | api | card_id"=>"598b8321ee8dc501ac3841cc", "request_params"=>{"VersionUsed"=>"3", "Transa |
| United States | api | id"=>"598b8321ee8dc501ac3841cc", "type"=>"CreditDebitCard", "customer_name"=>"jack d |
| United States | api | id"=>"598b8321ee8dc501ac3841cc", "type"=>"CreditDebitCard", "customer_name"=>"jack d |
| United States | api | house_fraud_score"=>"0.061125", "feature_vector"=>{"account_email"=>"jdove@totalongua |
| United States | api | id"=>"598b8321ee8dc501ac3841cc", "type"=>"CreditDebitCard", "customer_name"=>"jack d |
| United States | api | old_payout_date"=>nil, "new_payout_date"=>"2017-08-09T16:55:13-07:00", "updated_by"=> |
| United States | api | type"=>"Buy", "total"=>"$136.25", "btc"=>"0.03900000 BTC", "id"=>"598ba0e26c9e6701c737 |
| United States | api | house_fraud_score"=>"0.061125", "feature_vector"=>{"account_email"=>"jdove@totalongua |
| United States | api | card_id"=>"598b8321ee8dc501ac3841cc", "request_params"=>{"VersionUsed"=>"REDACTED" |

# EXHIBIT B - Coinbase Records

card_id"=>"598b8321ee8dc501ac3841cc", "request_params"=>{"VersionUsed"=>"3", "Transa
type"=>"buy", "api_auth_type"=>"oauth", "api_application"=>"5024c2563aeeab0002000006"
sender_user_id"=>"5083a5410924750200000001", "amount"=>"0.03900000", "to"=>"582c66
subject"=>"The 0.0390 BTC you purchased are now available in your account", "recipient"=>"jc

| | | |
|---|---|---|
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2017-08-09T23:55:22.370Z", "source |
| United States | api | recipient_user_id"=>nil, "to"=>"1BbCP1myc62BsA37v398kuBRERxEdqQVJn", "amount"=>"0.0<br>recipient_user_id"=>nil, "to"=>"1BbCP1myc62BsA37v398kuBRERxEdqQVJn", "amount"=>"0.0<br>subject"=>"You just sent 0.03033695 BTC to 1BbCP1myc62BsA37v398kuBRERxEdqQVJn", "rec |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2017-08-09T23:58:34.550Z", "source |
| United States | api | old_payout_date"=>nil, "new_payout_date"=>"2017-08-13T06:24:52-07:00", "updated_by"=> |
| United States | api | type"=>"Sell", "total"=>"$79.36", "btc"=>"0.02099000 BTC", "id"=>"599053249fb68000a79ef3<br>house_fraud_score"=>"0.048636", "feature_vector"=>{"account_email"=>"jdove@totalongua<br>recipient_user_id"=>"5083a5410924750200000001", "to"=>"5083a5425b4a5b0200000001",<br>recipient_user_id"=>"5083a5410924750200000001", "to"=>"5083a5425b4a5b0200000001",<br>sender_user_id"=>"5083a5410924750200000001", "amount"=>"79.36", "to"=>nil, "notes"=>r<br>type"=>"sell", "api_auth_type"=>"oauth", "api_application"=>"5024c2563aeeab0002000006" |
| United States | api | old_payout_date"=>nil, "new_payout_date"=>"2017-08-13T06:26:15-07:00", "updated_by"=> |
| United States | api | type"=>"Buy", "total"=>"$123.36", "btc"=>"0.03000000 BTC", "id"=>"59905378ba244e008bc9<br>house_fraud_score"=>"0.048636", "feature_vector"=>{"account_email"=>"jdove@totalongua<br>card_id"=>"598b8321ee8dc501ac3841cc", "request_params"=>{"VersionUsed"=>"REDACTED"<br>card_id"=>"598b8321ee8dc501ac3841cc", "request_params"=>{"VersionUsed"=>"3", "Transa<br>subject"=>"The 0.0300 BTC you purchased are now available in your account", "recipient"=>"jc<br>sender_user_id"=>"5083a5410924750200000001", "amount"=>"0.03000000", "to"=>"582c66<br>type"=>"buy", "api_auth_type"=>"oauth", "api_application"=>"5024c2563aeeab0002000006" |
| United States | api | notificationType"=>"Delivery", "mail"=>{"timestamp"=>"2017-08-13T13:26:27.759Z", "source |
| United States | api | old_payout_date"=>nil, "new_payout_date"=>"2017-08-23T04:07:54-07:00", "updated_by"=> |
| United States | api | house_fraud_score"=>"0.045658", "feature_vector"=>{"account_email"=>"jdove@totalongua |
| United States | api | type"=>"Sell", "total"=>"$119.01", "btc"=>"0.02908749 BTC", "id"=>"599d620adc116502a17b<br>recipient_user_id"=>"5083a5410924750200000001", "to"=>"5083a5425b4a5b0200000001",<br>recipient_user_id"=>"5083a5410924750200000001", "to"=>"5083a5425b4a5b0200000001",<br>sender_user_id"=>"5083a5410924750200000001", "amount"=>"119.01", "to"=>nil, "notes"=><br>type"=>"sell", "api_auth_type"=>"oauth", "api_application"=>"5024c2563aeeab0002000006"<br>created_at"=>"2017-08-25T11:17:25-07:00", "type"=>"compliance", "email"=>"dcurtin@coinl |

## EXHIBIT B - Coinbase Records

| CITY | STATE |
|------|-------|
| city | FL |
|      | FL |

# EXHIBIT B - Coinbase Records

TAX ID TYPE                              TAX ID DESCRI

| VERIFIED | REJECTION BL |
|----------|--------------|
| TRUE | FALSE |
| TRUE | FALSE |
| TRUE | FALSE |

# EXHIBIT B - Coinbase Records

BUTTON NAME                                    BUTTON CODE

# EXHIBIT B - Coinbase Records

# EXHIBIT B - Coinbase Records

| NOTES | EQUIV USD |
|---|---|
| Bought 0.06791237 BTC for $52.00 USD. | 52 |
| | -18.4 |

## EXHIBIT B - Coinbase Records

| | |
|---|---:|
| Bought 0.08068969 BTC for $62.39 USD. | 62.39 |
| Congrats! You just earned a $10 bonus for accepting your friend Tom Gerard's Coinbase invite! They also got $10 of bitcoin for telling you about Coinbase. | |
| Find out more on the https://www.coinbase.com/invite_friends page. | 10 |
| Bought 0.13464113 BTC for $103.99 USD. | 103.99 |
| | -194.99 |
| Bought 0.01347359 BTC for $10.40 USD. | 10.4 |
| | -7.99 |
| | -0.07 |
| | -4.99 |
| Bought 0.04014571 BTC for $31.20 USD. | 31.2 |
| | -25.04 |
| 5855d5704b766c4dff964892 | -8.03 |
| Bought 0.02055072 BTC for $20.80 USD. | 20.8 |
| | -8.01 |
| Bought 0.00803213 BTC for $7.81 USD. | 7.81 |
| Bought 0.0500 BTC for $43.82 USD. | 43.82 |
| | -41.8 |
| | -8.04 |
| Bought 0.0400 BTC for $41.53 USD. | 41.53 |
| | -39.73 |
| Bought 0.0390 BTC for $136.25 USD. | 136.25 |
| | -101.3 |
| 599053249fb68000a79ef373 | -82.48 |
| Bought 0.0300 BTC for $123.36 USD. | 123.36 |
| 599d620adc116502a17b24ba | -123.01 |
| Sold 0.01017142 BTC for $7.88 USD. | -7.88 |
| Bought 0.00803213 BTC for $7.81 USD. | 7.81 |
| | 79.36 |

## Page 40 of 170

# EXHIBIT B - Coinbase Records

119.01

ank method", "account_id"=>"582c6602c8a1db3f8e014726"}
ank method", "account_id"=>"582c6602c8a1db3f8e01472a"}

ardprotection.com", "email_domain"=>"totalonguardprotection
posite_type"=>:"max_vs_average-average", "_composite_upda
om"}
"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-e

ardprotection.com", "email_domain"=>"totalonguardprotection

ank method", "account_id"=>"582c663c19c8d03446735e0f"}

ardprotection.com", "email_domain"=>"totalonguardprotection
n.com", "tm_account_email_result"=>"not found", "tm_accoun
ode"=>"1", "authy"=>28369098}
number"=>"XXX-XXX-1005", "devices"=>[], "has_hard_token"=>
der"=>nil, "telesign"=>"4561B5C1BD200D049042F50A3EB346D
50A3EB346DA"}
rotection.com"}
ode"=>"1"}
e"=>{"Response"=>{"StatusCode"=>0, "StatusDescription"=>"Su

# EXHIBIT B - Coinbase Records

e"=>{"results"=>[{"id"=>{"key"=>"Phone.f2fb6fef-a2e0-4b08-cf
"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-e
:"=>"60000", "MerchantId"=>"200186", "UserName"=>"REDAC

=>true, "updated_by"=>nil}
=>true, "updated_by"=>nil}
:"=>"60000", "MerchantId"=>"200186", "UserName"=>"REDAC

ctionType"=>"RD", "TimeOut"=>"60000", "MerchantId"=>"200
ove", "cardid"=>"96882274", "expiration_month"=>"11", "expi
rdprotection.com", "email_domain"=>"totalonguardprotectior
address2"=>"", "address3"=>nil, "city"=>"Lakeland", "state"=>"
ctionType"=>"PT", "TimeOut"=>"60000", "RequestType"=>"A",
671d1ade1", "type"=>"CreditDebitCard", "customer_name"=>"
", "TransactionType"=>"REDACTED", "TimeOut"=>"REDACTED",
ctionType"=>"PT", "TimeOut"=>"60000", "RequestType"=>"A",
", "TransactionType"=>"REDACTED", "TimeOut"=>"REDACTED",
ctionType"=>"PT", "TimeOut"=>"60000", "RequestType"=>"A",
ove", "cardid"=>"96882274", "expiration_month"=>"11", "expi
rdprotection.com", "email_domain"=>"totalonguardprotectior
ove", "cardid"=>"96882274", "expiration_month"=>"11", "expi
ιy"=>{"amount"=>"10000.00", "currency"=>"USD"}, "sell"=>{"aι
rdprotection.com", "email_domain"=>"totalonguardprotectior
longuardprotection.com"}
"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-e
d"=>"ALL", "creation_type"=>"web_netverify", "scan_reference
d"=>"ALL", "creation_type"=>"web_netverify", "scan_reference
d"=>"ALL", "creation_type"=>"web_netverify", "scan_reference
n"}
ncy"=>"USD"}, "sell"=>{"amount"=>"10000.00", "currency"=>"U
"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-e
rdprotection.com", "email_domain"=>"totalonguardprotectior

# EXHIBIT B - Coinbase Records

der"=>"Sprint Spectrum, L.P.", "telesign"=>"4561B5F50F90090∢

ank method", "account_id"=>"582c69ddeab24f600c239dba"}
ardprotection.com", "email_domain"=>"totalonguardprotection
e24db1", "enabled"=>true, "updated_by"=>nil}
e24db1", "enabled"=>true, "updated_by"=>nil}
>"Transfer#started (initial payout_date)", "id"=>"582c6a58c160
5e3"}
", "TransactionType"=>"REDACTED", "TimeOut"=>"REDACTED",
ctionType"=>"PT", "TimeOut"=>"60000", "RequestType"=>"S",

"queryType"=>"EmailIPRisk", "count"=>1, "created"=>"2016-1
ardprotection.com", "email_domain"=>"totalonguardprotection
"=>"jdove@totalonguardprotection.com"}
502c8a1db3f8e014726", "notes"=>"Bought 0.06791237 BTC for
, "total"=>"$52.00", "btc"=>"0.06791237 BTC", "id"=>"582c6a5
"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-∈
eason"=>"Insufficient buy threshold"}
2500000", "amount_currency"=>"BTC", "notes"=>nil, "idem"=>
2500000", "notes"=>nil, "transaction_id"=>"582ce0cebccc1e1e
t"=>"jdove@totalonguardprotection.com"}
"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-∈
>"Transfer#started (initial payout_date)", "id"=>"582e1ccae253
caa"}
", "TransactionType"=>"REDACTED", "TimeOut"=>"REDACTED",
ctionType"=>"PT", "TimeOut"=>"60000", "RequestType"=>"S",
"=>"jdove@totalonguardprotection.com"}
ardprotection.com", "email_domain"=>"totalonguardprotection
, "total"=>"$62.39", "btc"=>"0.08068969 BTC", "id"=>"582e1cc
502c8a1db3f8e014726", "notes"=>"Bought 0.08068969 BTC for
"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-∈
on.com"}

# EXHIBIT B - Coinbase Records

:otalonguardprotection.com", "notes"=>"Congrats! You just ea

"=>no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-e
:"=>"60000", "MerchantId"=>"200186", "UserName"=>REDAC

actionType"=>"RD", "TimeOut"=>"60000", "MerchantId"=>"200
actionType"=>"PT", "TimeOut"=>"60000", "RequestType"=>"A
2d72e0e57", "type"=>"CreditDebitCard", "customer_name"=>
love", "cardid"=>"115429883", "expiration_month"=>"11", "ex
rdprotection.com", "email_domain"=>"totalonguardprotection
", "TransactionType"=>"REDACTED", "TimeOut"=>"REDACTED"
actionType"=>"PT", "TimeOut"=>"60000", "RequestType"=>"A
", "TransactionType"=>"REDACTED", "TimeOut"=>"REDACTED"
actionType"=>"PT", "TimeOut"=>"60000", "RequestType"=>"A
love", "cardid"=>"115429883", "expiration_month"=>"11", "ex
rdprotection.com", "email_domain"=>"totalonguardprotectio
love", "cardid"=>"115429883", "expiration_month"=>"11", "ex
=>"Transfer#started (initial payout_date)", "id"=>"582e2ad7b93e
455a"}
", "TransactionType"=>"REDACTED", "TimeOut"=>"REDACTED"
actionType"=>"PT", "TimeOut"=>"60000", "RequestType"=>"S
"=>jdove@totalonguardprotection.com"}
", "total"=>"$103.99", "btc"=>"0.13464113 BTC", "id"=>"582e2a
rdprotection.com", "email_domain"=>"totalonguardprotectio
502c8a1db3f8e014726", "notes"=>"Bought 0.13464113 BTC for
"=>no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-e
5379870", "amount_currency"=>"BTC", "notes"=>nil, "idem"=>
5379870", "notes"=>nil, "transaction_id"=>"582e2c3bc3a0a700
ient"=>jdove@totalonguardprotection.com"}
"=>no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-e
=>"Transfer#started (initial payout_date)", "id"=>"582e356431el
7e8"}
", "TransactionType"=>"REDACTED", "TimeOut"=>"REDACTED"
actionType"=>"PT", "TimeOut"=>"60000", "RequestType"=>"S

# EXHIBIT B - Coinbase Records

', "total"=>"$10.40", "btc"=>"0.01347359 BTC", "id"=>"582e35(
ardprotection.com", "email_domain"=>"totalonguardprotection
"=>"jdove@totalonguardprotection.com"}
602c8a1db3f8e014726", "notes"=>"Bought 0.01347359 BTC for
"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-€
0.01082705", "amount_currency"=>"BTC", "notes"=>nil, "idem"
ecipient"=>"jdove@totalonguardprotection.com"}
0.01082705", "notes"=>nil, "transaction_id"=>"582e35fae8686!
"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-€
0.00010000", "amount_currency"=>"BTC", "notes"=>nil, "idem"
ent"=>"jdove@totalonguardprotection.com"}
0.00010000", "notes"=>nil, "transaction_id"=>"582e365f705bf2
"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-€
0674027", "amount_currency"=>"BTC", "notes"=>nil, "idem"=>
ipient"=>"jdove@totalonguardprotection.com"}
0674027", "notes"=>nil, "transaction_id"=>"582f45ce2f0c0506￩
"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-€
>"Transfer#started (initial payout_date)", "id"=>"582f5e36cdf9(
55"}
)", "TransactionType"=>"REDACTED", "TimeOut"=>"REDACTED"'
actionType"=>"PT", "TimeOut"=>"60000", "RequestType"=>"S'
ardprotection.com", "email_domain"=>"totalonguardprotection
', "total"=>"$31.20", "btc"=>"0.04014571 BTC", "id"=>"582f5e3
"=>"jdove@totalonguardprotection.com"}
602c8a1db3f8e014726", "notes"=>"Bought 0.04014571 BTC for
"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-€
3362023", "amount_currency"=>"BTC", "notes"=>nil, "idem"=>
ipient"=>"jdove@totalonguardprotection.com"}
3362023", "notes"=>nil, "transaction_id"=>"582f5f4dcdf96001f
"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-€
ry"=>"US", "created_at"=>"2016-11-16", "locale"=>"en", "user_
>"Transfer#started (initial payout_date)", "id"=>"5855d5704b7(
"amount"=>"0.01017142", "notes"=>"5855d5704b766c4dff96￩
32"}

EXHIBIT B - Coinbase Records

"amount"=>"0.01017142", "amount_currency"=>"BTC", "notes
, "total"=>"$7.88", "btc"=>"0.01017142 BTC", "id"=>"5855d570(
rotection.com"}
"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-e
>"Transfer#started (initial payout_date)", "id"=>"5865ad31686.
f5a"}
", "TransactionType"=>"REDACTED", "TimeOut"=>"REDACTED"
ctionType"=>"PT", "TimeOut"=>"60000", "RequestType"=>"S"
rdprotection.com", "email_domain"=>"totalonguardprotectior
, "total"=>"$20.80", "btc"=>"0.02055072 BTC", "id"=>"5865ad.
"=>"jdove@totalonguardprotection.com"}
02c8a1db3f8e014726", "notes"=>"Bought 0.02055072 BTC for
"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-e
828000", "amount_currency"=>"BTC", "notes"=>nil, "idem"=>"
828000", "notes"=>nil, "transaction_id"=>"5865ad943f676a6a
t"=>"jdove@totalonguardprotection.com"}
"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-e
>"Transfer#started (initial payout_date)", "id"=>"58666fd7ffe0!
i6"}
notes"=>"Bought 0.00803213 BTC for $7.81 USD.", "transactior
"=>"jdove@totalonguardprotection.com"}
rdprotection.com", "email_domain"=>"totalonguardprotectior
02c8a1db3f8e014726", "notes"=>"Bought 0.00803213 BTC for
, "total"=>"$7.81", "btc"=>"0.00803213 BTC", "id"=>"58666fd7
"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-e
>"Transfer#started (initial payout_date)", "id"=>"587095a874d
dd7b"}
", "TransactionType"=>"REDACTED", "TimeOut"=>"REDACTED"
ctionType"=>"PT", "TimeOut"=>"60000", "RequestType"=>"S"
, "total"=>"$43.82", "btc"=>"0.05000000 BTC", "id"=>"587095
02c8a1db3f8e014726", "notes"=>"Bought 0.0500 BTC for $43.
rdprotection.com", "email_domain"=>"totalonguardprotectior
dove@totalonguardprotection.com"}
"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-e

## EXHIBIT B - Coinbase Records

00000", "amount_currency"=>"BTC", "notes"=>nil, "idem"=>"5
=>"jdove@totalonguardprotection.com"}
00000", "notes"=>nil, "transaction_id"=>"587096b8b93eb57c8
"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-€
09600", "amount_currency"=>"BTC", "notes"=>nil, "idem"=>"4
09600", "notes"=>nil, "transaction_id"=>"5892960deef34f00e2
t"=>"jdove@totalonguardprotection.com"}
"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-€
>"Transfer#started (initial payout_date)", "id"=>"5892974d6f6e
d83"}
", "TransactionType"=>"REDACTED", "TimeOut"=>"REDACTED",
ctionType"=>"PT", "TimeOut"=>"60000", "RequestType"=>"S",
ardprotection.com", "email_domain"=>"totalonguardprotection
02c8a1db3f8e014726)", "notes"=>"Bought 0.0400 BTC for $41.
", "total"=>"$41.53", "btc"=>"0.04000000 BTC", "id"=>"589297⌐
dove@totalonguardprotection.com"}
"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-€
00000", "amount_currency"=>"BTC", "notes"=>nil, "idem"=>"£
=>"jdove@totalonguardprotection.com"}
00000", "notes"=>nil, "transaction_id"=>"589298050fda9400a
"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-€


"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-€




MobileIdentityCreatedDate"=>"8 to 30 days", "MobileOperator
der"=>"Sprint Spectrum, L.P.", "telesign"=>"2576E7067FB00A0


der"=>"Sprint Spectrum, L.P.", "telesign"=>"2576E70691AC010

# EXHIBIT B - Coinbase Records

der"=>"Sprint Spectrum, L.P.", "telesign"=>"2576E7077A080F0

der"=>"Sprint Spectrum, L.P.", "telesign"=>"2576E711EED40C0

der"=>"Sprint Spectrum, L.P.", "telesign"=>"2576E712C4900B0

der"=>"Sprint Spectrum, L.P.", "telesign"=>"2576E7147580090

ider"=>"Verizon Wireless", "telesign"=>"2576E7183364050490

d"=>"ALL", "creation_type"=>"face_match", "scan_reference"=
d"=>"ALL", "creation_type"=>"face_match", "scan_reference"=
d"=>"ALL", "creation_type"=>"face_match", "scan_reference"=
d"=>"ALL", "creation_type"=>"face_match", "scan_reference"=
ion.com"}
ardprotection.com", "email_domain"=>"totalonguardprotectior
ardprotection.com", "email_domain"=>"totalonguardprotectior
>"USD"}, {"cents"=>50000.0, "currency_iso"=>"USD"}], "update
>"USD"}, {"cents"=>36500.0, "currency_iso"=>"USD"}], "update
000.00", "currency"=>"USD"}, "sell"=>{"amount"=>"10000.00"
longuardprotection.com"}
"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-e
"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-e
"=>"ALL", "creation_type"=>"face_match", "scan_reference"=>
"=>"ALL", "creation_type"=>"face_match", "scan_reference"=>
"=>"ALL", "creation_type"=>"face_match", "scan_reference"=>
"=>"ALL", "creation_type"=>"face_match", "scan_reference"=>
ecovery"=>true}

# EXHIBIT B - Coinbase Records

otection.com"}

rdprotection.com", "email_domain"=>"totalonguardprotectior

guardprotection.com"}

"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-e

"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-e

der"=>"Sprint Spectrum, L.P.", "telesign"=>"2576E742918C120

der"=>"Sprint Spectrum, L.P.", "telesign"=>"2576E7429FDC010

der"=>"Sprint Spectrum, L.P.", "telesign"=>"2576EB56A7B0050

MobileIdentityCreatedDate"=>"8 to 30 days", "MobileOperator

der"=>"Sprint Spectrum, L.P.", "telesign"=>"257702998688090

der"=>"Sprint Spectrum, L.P.", "telesign"=>"2577029995BC110

_code"=>"1"}

rotection.com"}

ode"=>"1"}

3", "country_code"=>"US"}}

rdprotection.com", "email_domain"=>"totalonguardprotectior

rotection.com"}

protection.com"}

se"=>{"Response"=>{"StatusCode"=>301, "StatusDescription"=:

se"=>{"id"=>"Phone.c57f6fef-a2e0-4b08-cfe3-bc7128b7e580.D

# EXHIBIT B - Coinbase Records

"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-e

"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-e

"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-e


vider"=>"Verizon Wireless", "telesign"=>"257710782E18010490


vider"=>"Verizon Wireless", "telesign"=>"2577107844780E0490


onguardprotection.com"}

ardprotection.com", "email_domain"=>"totalonguardprotection

"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-e

ove", "cardid"=>"96882274", "expiration_month"=>"11", "expi

":=>"60000", "MerchantId"=>"200186", "UserName"=>"REDAC


ctionType"=>"RD", "TimeOut"=>"60000", "MerchantId"=>"200

ctionType"=>"PT", "TimeOut"=>"60000", "RequestType"=>"A",

"=>nil, "error_to_add"=>nil, "id"=>"598b8321ee8dc501ac3841

ove", "cardid"=>"312187803", "expiration_month"=>"06", "exp

ardprotection.com", "email_domain"=>"totalonguardprotection

", "TransactionType"=>"REDACTED", "TimeOut"=>"REDACTED",

ctionType"=>"PT", "TimeOut"=>"60000", "RequestType"=>"A",

", "TransactionType"=>"REDACTED", "TimeOut"=>"REDACTED",

ctionType"=>"PT", "TimeOut"=>"60000", "RequestType"=>"A",

ove", "cardid"=>"312187803", "expiration_month"=>"06", "exp

ove", "cardid"=>"312187803", "expiration_month"=>"06", "exp

ardprotection.com", "email_domain"=>"totalonguardprotection

ove", "cardid"=>"312187803", "expiration_month"=>"06", "exp

=>"Transfer#started (initial payout_date)", "id"=>"598ba0e26c9e

'406c"}

ardprotection.com", "email_domain"=>"totalonguardprotection

", "TransactionType"=>"REDACTED", "TimeOut"=>"REDACTED",

# EXHIBIT B - Coinbase Records

ctionType"=>"PT", "TimeOut"=>"60000", "RequestType"=>"S",
', "total"=>"$136.25", "btc"=>"0.03900000 BTC", "id"=>"598ba(
602c8a1db3f8e014726", "notes"=>"Bought 0.0390 BTC for $13(
dove@totalonguardprotection.com"}
"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-€
3000000", "amount_currency"=>"BTC", "max_balance_send"=:
3000000", "notes"=>nil, "transaction_id"=>"598ba1a66c9e670
ipient"=>"jdove@totalonguardprotection.com"}
"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-€
>"Transfer#started (initial payout_date)", "id"=>"599053249fb€
373"}
ardprotection.com", "email_domain"=>"totalonguardprotectio(
"amount"=>"0.02099000", "amount_currency"=>"BTC", "max_
"amount"=>"0.02099000", "notes"=>"599053249fb68000a79€
nil, "transaction_id"=>"5990532abadd300001deb3f5", "hsh"=>
, "total"=>"$79.36", "btc"=>"0.02099000 BTC", "id"=>"5990532
>"Transfer#started (initial payout_date)", "id"=>"59905378ba2{
)cb33"}
ardprotection.com", "email_domain"=>"totalonguardprotectio(
", "TransactionType"=>"REDACTED", "TimeOut"=>"REDACTED",
ctionType"=>"PT", "TimeOut"=>"60000", "RequestType"=>"S",
dove@totalonguardprotection.com"}
602c8a1db3f8e014726", "notes"=>"Bought 0.0300 BTC for $12:
', "total"=>"$123.36", "btc"=>"0.03000000 BTC", "id"=>"59905
"=>"no-reply@coinbase.com", "sourceArn"=>"arn:aws:ses:us-€
>"Transfer#started (initial payout_date)", "id"=>"599d620adc11
ardprotection.com", "email_domain"=>"totalonguardprotectio(
)24ba"}
"amount"=>"0.02908749", "amount_currency"=>"BTC", "max_
"amount"=>"0.02908749", "notes"=>"599d620adc116502a17t
>nil, "transaction_id"=>"599d620f1f3824000173fa5a", "hsh"=>
, "total"=>"$119.01", "btc"=>"0.02908749 BTC", "id"=>"599d62
base.com", "repeat"=>"never", "time_range"=>"all", "callback_

## EXHIBIT B - Coinbase Records

| ZIP | COUNTRY |
|---|---|
| zip | United States of America |
| | United States of America |
| | United States of America |

# EXHIBIT B - Coinbase Records

PTION

| BILLING ADDRESS 1 | BILLING AI | BILLING AI | BILLING CI | BILLING ST | BILLING PC |
|---|---|---|---|---|---|
| 721 powder horn row | | | Lakeland | FL | 33809 |
| 721 powder horn row | | | Lakeland | FL | 33809 |

# EXHIBIT B - Coinbase Records



| CUSTOMER EMAIL | COINBASE | SHIPPING N | SHIPPING A | SHIPPING A | SHIPPING C |
|---|---|---|---|---|---|

# EXHIBIT B - Coinbase Records

# EXHIBIT B - Coinbase Records

| COINBASE ID (visit https://www.coinbase.com/transactions/[id] in your browser) | TRANSACTION HASH |
|---|---|
| 582c6a5e5262eb50ebe2b601 | |
| 582ce0cebccc1e1deab7449b | 98cd5dbfdca23149a314cd984209093b1b910382c4ec41e |

# EXHIBIT B - Coinbase Records

582e1ccf86868e0199c9d502

582e1e13ed98430001900d45
582e2adf0fda9403d2cd6015
582e2c3bc3a0a700865007d2                                        1529ff9f68e81c1030f8de7ce53d17ab066639182c038f5f
582e35685eb42b0225bd6f80
582e35fae8686502b7a9fd73                                        2aad0b4c89cf6a475033955ea2fc6de166c15b663f2b3328
582e365f705bf20209612d14                                        7263b964568e5c30a1ec5f9516a407184ff2249e2c7df1e8
582f45ce2f0c050648fe885f                                        be721b389381b9715a37192c05aac05ffd715baa78b1404
582f5e40b93e110320d6e39f
582f5f4dcdf96001f377f2cd                                        18c64456d6893fbf72aa3f8347d6c3d2a0cf1163ef406561
5855d573804ce945594f6752
5865ad3785c8e3503ffcb7ba
5865ad943f676a6ac63c520a                                        972af85446cfa49ac2feb3f75c794eea60f9b6185d5e70e7
58666fda3f676a5cde3c543b
587095baeb342e0071c9098b
587096b8b93eb57c8d6c3b0a                                        63062c679c766dd90e6eb3df58ab1d5fad7a22060d524ea
5892960deef34f00e20c2330                                        4a89ab16bbcd2c31f3a72dec92d92fbc79bd2ca0534d299
58929751a66a5b02e22661d0
589298050fda9400ab541111                                        1d65466c727164d51a333a89c145dff866c671f3b0831cc2
598ba0e78bfa310001262879
598ba1a66c9e6701c73740bf                                        c1056c6befa0a2694fc7f8b7ef39b6249e4c99d6a2e496c5
59905329badd300001deb3e9
59905381ce741a0001d82ccf
599d620f1f3824000173fa52
5855d573804ce945594f6759
58666fda3f676a5cde3c542f
5990532abadd300001deb3f5

# EXHIBIT B - Coinbase Records

599d620f1f3824000173fa5a



n.com", "password_quality"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source"=>"referral-lir
ated_at"=>2016-11-16 00:00:00 UTC, "_id"=>BSON::ObjectId('582c66028bfa31000121238b'), "_precog"=>0.178246, "_sift"=>0.20887299714822974, "c

east-1:216590794799:identity/coinbase.com", "sendingAccountId"=>"216590794799", "messageId"=>"010001586d6e7df9-0b57291f-8354-4fad-b72d-1

n.com", "password_quality"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source"=>"referral-lir

n.com", "password_quality"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source"=>"referral-lir
t_login"=>"582c6601c8a1db3f8e01471d", "tm_account_login_result"=>"not found", "tm_account_name"=>"jack dove", "tm_account_name_first_seer

>false, "account_disabled"=>false, "id"=>"582c6682a080fd0efc0cb311"}
)A"}

uccess", "Contact"=>{"firstname"=>"JACK", "lastname"=>"DOVE", "address1"=>"", "address2"=>"", "address3"=>"", "city"=>"", "state_province"=>"", "co

## EXHIBIT B - Coinbase Records

e3-bc7128b7e5a8.Durable", "url"=>"https://proapi.whitepages.com/2.1/entity/Phone.f2fb6fef-a2e0-4b08-cfe3-bc7128b7e5a8.Durable.json?api_key=Rl

east-1:216590794799:identity/coinbase.com", "sendingAccountId"=>"216590794799", "messageId"=>"010001586d707082-1d56bcc3-76f7-42fc-bc8e-6i

TED", "UserPassword"=>"REDACTED", "CustomerId"=>"582c6601c8a1db3f8e01471d", "RequestType"=>"G", "Action"=>"A", "IsVerify"=>"1", "OTTRegio


TED", "UserPassword"=>"REDACTED", "CustomerId"=>"582c6601c8a1db3f8e01471d", "RequestType"=>"G", "Action"=>"A", "IsVerify"=>"1", "OTTRegio

186", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED", "OTT"=>"REDACTED", "RequestType"=>"Q"}, "result"=>{"MerchantId"=>"200186", "
iration_year"=>"2019", "masterid"=>"f0ea3188772d73379947bf4164a6c428d21f1a6c", "rejected"=>false, "rejected_at"=>nil, "user_provided_bin"=>"5
n.com", "password_quality"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source"=>"referral-lii
FL", "zip"=>"33809", "country_code"=>"US"}
, "MOP"=>"CC", "TrxSource"=>"4", "Amount"=>"1.00", "REMOTE_ADDR"=>"REDACTED", "CurrencyId"=>"840", "StoreId"=>"10361773", "AcctName"=>"
Jack Dove", "cardid"=>"96882274", "expiration_month"=>"11", "expiration_year"=>"2019", "masterid"=>"f0ea3188772d73379947bf4164a6c428d21f1
, "MOP"=>"REDACTED", "OrderNumber"=>"ZZ8EJ5ES", "MerchantId"=>"REDACTED", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED"}, "res
, "MOP"=>"CC", "TrxSource"=>"4", "Amount"=>"1.52", "REMOTE_ADDR"=>"REDACTED", "CurrencyId"=>"840", "StoreId"=>"10361773", "AcctName"=>"
, "MOP"=>"REDACTED", "OrderNumber"=>"6P643TRE", "MerchantId"=>"REDACTED", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED"}, "res
, "MOP"=>"CC", "TrxSource"=>"4", "Amount"=>"1.80", "REMOTE_ADDR"=>"REDACTED", "CurrencyId"=>"840", "StoreId"=>"10361773", "AcctName"=>"
iration_year"=>"2019", "masterid"=>"f0ea3188772d73379947bf4164a6c428d21f1a6c", "rejected"=>false, "rejected_at"=>nil, "user_provided_bin"=>"5
n.com", "password_quality"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source"=>"referral-lii
iration_year"=>"2019", "masterid"=>"f0ea3188772d73379947bf4164a6c428d21f1a6c", "rejected"=>false, "rejected_at"=>nil, "user_provided_bin"=>"5
amount"=>"10000.00", "currency"=>"USD"}, "ach"=>{"amount"=>"0.00000000", "currency"=>"BTC"}, "instant_buy"=>{"amount"=>"0.00", "currency"=>"
n.com", "password_quality"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source"=>"referral-lii


east-1:216590794799:identity/coinbase.com", "sendingAccountId"=>"216590794799", "messageId"=>"010001586d783016-f36eec1c-b92c-430f-a617-9i
:"=>"f4c06448-c249-4691-9360-1a695447079c", "type"=>nil}
:"=>"f4c06448-c249-4691-9360-1a695447079c", "type"=>"Pending"}
:"=>"f4c06448-c249-4691-9360-1a695447079c", "type"=>"Driver's License"}


USD"}, "ach"=>{"amount"=>"2500.00", "currency"=>"USD"}, "instant_buy"=>{"amount"=>"0.00", "currency"=>"USD"}, "credit_debit_card"=>{"amount"=
east-1:216590794799:identity/coinbase.com", "sendingAccountId"=>"216590794799", "messageId"=>"010001586d7cc312-b93318aa-758e-45a3-b0c3-9
n.com", "password_quality"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source"=>"referral-lii

# EXHIBIT B - Coinbase Records

49044BF9C3F1344D4"}

a.com", "password_quality"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source"=>"referral-lir

04b7e689245e3", "type"=>"Buy", "total"=>"$52.00", "btc"=>"0.06791237 BTC"}

, "MOP"=>"REDACTED", "OrderNumber"=>"O4XCPFPV", "MerchantId"=>"REDACTED", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED"}, "re
   "MOP"=>"CC", "TrxSource"=>"4", "Amount"=>"52.00", "REMOTE_ADDR"=>"REDACTED", "CurrencyId"=>"840", "StoreId"=>"10361773", "AcctName"=>

1-16T14:17:00Z", "lang"=>"en-US", "responseCount"=>1, "results"=>[{"email"=>"jdove%40totalonguardprotection.com", "ipaddress"=>"70.127.40.255'
a.com", "password_quality"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source"=>"referral-lir

 $52.00 USD.", "transaction_id"=>"582c6a5e5262eb50ebe2b601", "hsh"=>nil}
58c1604b7e689245e3"}
east-1:216590794799:identity/coinbase.com", "sendingAccountId"=>"216590794799", "messageId"=>"010001586d7f8ae0-d669d443-8e7d-49f4-9f3a-2

>"85860EB6-115C-4691-9361-7D4A76A910FC", "user_fee"=>"", "transaction_id"=>"582ce0cebccc1e1deab7449b"}
deab7449b", "hsh"=>"98cd5dbfdca23149a314cd984209093b1b910382c4ec41e8ad9570d0f44bde53"}

east-1:216590794799:identity/coinbase.com", "sendingAccountId"=>"216590794799", "messageId"=>"010001586f4e31d6-c84f5ec4-576a-4361-b1fc-7c
871008e883caa", "type"=>"Buy", "total"=>"$62.39", "btc"=>"0.08068969 BTC"}

, "MOP"=>"REDACTED", "OrderNumber"=>"UQZIAQPH", "MerchantId"=>"REDACTED", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED"}, "re
   "MOP"=>"CC", "TrxSource"=>"4", "Amount"=>"62.39", "REMOTE_ADDR"=>"REDACTED", "CurrencyId"=>"840", "StoreId"=>"10361773", "AcctName"=>

a.com", "password_quality"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source"=>"referral-lir
cae25371008e883caa"}
 $62.39 USD.", "transaction_id"=>"582e1ccf86868e0199c9d502", "hsh"=>nil}
east-1:216590794799:identity/coinbase.com", "sendingAccountId"=>"216590794799", "messageId"=>"0100015874208ea7-3bda7f9e-5795-49ba-a160-b

# EXHIBIT B - Coinbase Records

rned a $10 bonus for accepting your friend Tom Gerard's Coinbase invite! They also got $10 of bitcoin for telling you about Coinbase. \n\nFind out more

east-1:216590794799:identity/coinbase.com", "sendingAccountId"=>"216590794799", "messageId"=>"0100015874257e81-2ad86557-74c2-4f57-8233-:
TED", "UserPassword"=>"REDACTED", "CustomerId"=>"582c6601c8a1db3f8e01471d", "RequestType"=>"G", "Action"=>"A", "IsVerify"=>"1", "OTTRegio

0186", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED", "OTT"=>"REDACTED", "RequestType"=>"Q"}, "result"=>{"MerchantId"=>"200186", '
", "MOP"=>"CC", "TrxSource"=>"4", "Amount"=>"1.00", "REMOTE_ADDR"=>"REDACTED", "CurrencyId"=>"840", "StoreId"=>"10361773", "AcctName"=>'
"Jack dove", "cardid"=>"115429883", "expiration_month"=>"11", "expiration_year"=>"2020", "masterid"=>"d485ec8d576be3439b65edf1398a68a826d
piration_year"=>"2020", "masterid"=>"d485ec8d576be3439b65edf1398a68a826d41e20", "rejected"=>false, "rejected_at"=>nil, "user_provided_bin"=>
.com", "password_quality"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source"=>"referral-lin
", "MOP"=>"REDACTED", "OrderNumber"=>"4ZYPVDET", "MerchantId"=>"REDACTED", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED"}, "re
", "MOP"=>"CC", "TrxSource"=>"4", "Amount"=>"1.75", "REMOTE_ADDR"=>"REDACTED", "CurrencyId"=>"840", "StoreId"=>"10361773", "AcctName"=>'
", "MOP"=>"CC", "OrderNumber"=>"ZBOTL5KP", "MerchantId"=>"REDACTED", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED"}, "re
", "MOP"=>"CC", "TrxSource"=>"4", "Amount"=>"1.19", "REMOTE_ADDR"=>"REDACTED", "CurrencyId"=>"840", "StoreId"=>"10361773", "AcctName"=>'
piration_year"=>"2020", "masterid"=>"d485ec8d576be3439b65edf1398a68a826d41e20", "rejected"=>false, "rejected_at"=>nil, "user_provided_bin"=>
.com", "password_quality"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source"=>"referral-lin
piration_year"=>"2020", "masterid"=>"d485ec8d576be3439b65edf1398a68a826d41e20", "rejected"=>false, "rejected_at"=>nil, "user_provided_bin"=>
e11028f16455a", "type"=>"Buy", "total"=>"$103.99", "btc"=>"0.13464113 BTC"}

", "MOP"=>"REDACTED", "OrderNumber"=>"G4Y6WETJ", "MerchantId"=>"REDACTED", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED"}, "re
", "MOP"=>"CC", "TrxSource"=>"4", "Amount"=>"103.99", "REMOTE_ADDR"=>"REDACTED", "CurrencyId"=>"840", "StoreId"=>"10361773", "AcctName"=
ad7b93e11028f16455a"}
.com", "password_quality"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source"=>"referral-lin
$103.99 USD.", "transaction_id"=>"582e2adf0fda9403d2cd6015", "hsh"=>nil}
east-1:216590794799:identity/coinbase.com", "sendingAccountId"=>"216590794799", "messageId"=>"0100015874577b3e-51f83553-2cef-4cb8-be96-1
"7D813113-CE78-4B68-B4CC-8A67563F197E", "user_fee"=>"", "transaction_id"=>"582e2c3bc3a0a700865007d2"}
0865007d2", "hsh"=>"1529ff9f68e81c1030f8de7ce53d17ab066639182c038f5f19ab496c525b9622"}

east-1:216590794799:identity/coinbase.com", "sendingAccountId"=>"216590794799", "messageId"=>"01000158745cd2dd-599bde5a-0be0-4e69-9b80-
bfe038c1157e8", "type"=>"Buy", "total"=>"$10.40", "btc"=>"0.01347359 BTC"}

", "MOP"=>"REDACTED", "OrderNumber"=>"2WV1P14O", "MerchantId"=>"REDACTED", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED"}, "r
", "MOP"=>"CC", "TrxSource"=>"4", "Amount"=>"10.40", "REMOTE_ADDR"=>"REDACTED", "CurrencyId"=>"840", "StoreId"=>"10361773", "AcctName"=:

# EXHIBIT B - Coinbase Records

6431ebfe038c1157e8"}

n.com", "password_quality"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source"=>"referral-lii

"$10.40 USD.", "transaction_id"=>"582e35685eb42b0225bd6f80", "hsh"=>nil}
east-1:216590794799:identity/coinbase.com", "sendingAccountId"=>"216590794799", "messageId"=>"010001587480a67f-4b2af80d-08aa-43a2-8636-3
=>"4EE78B61-024B-4C40-B2EB-F682E3672BC5", "user_fee"=>"", "transaction_id"=>"582e35fae8686502b7a9fd73"}

i02b7a9fd73", "hsh"=>"2aad0b4c89cf6a475033955ea2fc6de166c15b663f2b33283a303b00689102e1"}
east-1:216590794799:identity/coinbase.com", "sendingAccountId"=>"216590794799", "messageId"=>"010001587482e6f2-b130669d-41e1-4ddb-bc5c-6
=>"B3C31410-15FA-4E1B-A721-57AFDFEFD218", "user_fee"=>"", "transaction_id"=>"582e365f705bf20209612d14"}

i0209612d14", "hsh"=>"7263b964568e5c30a1ec5f9516a407184ff2249e2c7df1e8e14f52ab5bc16916"}
east-1:216590794799:identity/coinbase.com", "sendingAccountId"=>"216590794799", "messageId"=>"0100015874847001-3db17ca3-c6f4-43b7-a2f8-ci
"641B1D8B-ED20-458D-9A64-DCED837EDD5C", "user_fee"=>"", "transaction_id"=>"582f45ce2f0c050648fe885f"}

i48fe885f", "hsh"=>"be721b389381b9715a37192c05aac05ffd715baa78b140429a6f55ada8a4e3c1"}
east-1:216590794799:identity/coinbase.com", "sendingAccountId"=>"216590794799", "messageId"=>"0100015878a8b759-9a189dc3-5da9-4e21-b080-
i6001df77f255", "type"=>"Buy", "total"=>"$31.20", "btc"=>"0.04014571 BTC"}

", "MOP"=>"REDACTED", "OrderNumber"=>"OQGDVDJM", "MerchantId"=>"REDACTED", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED"}, "
, "MOP"=>"CC", "TrxSource"=>"4", "Amount"=>"31.20", "REMOTE_ADDR"=>"REDACTED", "CurrencyId"=>"840", "StoreId"=>"10361773", "AcctName"=>
n.com", "password_quality"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source"=>"referral-lii
i6cdf96001df77f255"}

"$31.20 USD.", "transaction_id"=>"582f5e40b93e110320d6e39f", "hsh"=>nil}
east-1:216590794799:identity/coinbase.com", "sendingAccountId"=>"216590794799", "messageId"=>"0100015879083437-d7acd5b2-a30d-4cc5-aeaa-4
"95406ED7-4DD5-4CE2-999D-FDEC3F388800", "user_fee"=>"", "transaction_id"=>"582f5f4dcdf96001f377f2cd"}

i377f2cd", "hsh"=>"18c64456d6893fbf72aa3f8347d6c3d2a0cf1163ef406561f9661e744c388ad9"}
east-1:216590794799:identity/coinbase.com", "sendingAccountId"=>"216590794799", "messageId"=>"01000158790c4af9-908d52d5-8896-48ea-88b3-
_id"=>"582c6601c8a1db3f8e01471d"}, "delay"=>0}
i6c4dff964892", "type"=>"Sell", "total"=>"$7.88", "btc"=>"0.01017142 BTC"}
4892", "transaction_id"=>"5855d573804ce945594f6752", "hsh"=>nil}

# EXHIBIT B - Coinbase Records

;"=>"5855d5704b766c4dff964892", "idem"=>nil, "user_fee"=>"", "transaction_id"=>"5855d573804ce945594f6752"}
)4b766c4dff964892"}

ast-1:216590794799:identity/coinbase.com", "sendingAccountId"=>"216590794799", "messageId"=>"010001590f49cce6-2aec58c5-effd-4f6d-a825-a1!
1ee17e4f6ef5a", "type"=>"Buy", "total"=>"$20.80", "btc"=>"0.02055072 BTC"}

, "MOP"=>"REDACTED", "OrderNumber"=>"ODX636A1", "MerchantId"=>"REDACTED", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED"}, "re
 "MOP"=>"CC", "TrxSource"=>"4", "Amount"=>"20.80", "REMOTE_ADDR"=>"REDACTED", "CurrencyId"=>"840", "StoreId"=>"12972445", "AcctName"=>
1.com", "password_quality"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source"=>"referral-li
316861ee17e4f6ef5a"}

 $20.80 USD.", "transaction_id"=>"5865ad3785c8e3503ffcb7ba", "hsh"=>nil}
ast-1:216590794799:identity/coinbase.com", "sendingAccountId"=>"216590794799", "messageId"=>"010001594d2ca413-3b50486f-ec52-4af8-b739-9
'C0BDC396-88D5-4198-9343-1FDEEE6D77E5", "user_fee"=>"", "transaction_id"=>"5865ad943f676a6ac63c520a"}
c63c520a", "hsh"=>"972af85446cfa49ac2feb3f75c794eea60f9b6185d5e70e772916af013edb3f0"}

ast-1:216590794799:identity/coinbase.com", "sendingAccountId"=>"216590794799", "messageId"=>"010001594d2e16d8-d978934d-950b-4da5-be07-
)22e81660e56", "type"=>"Buy", "total"=>"$7.81", "btc"=>"0.00803213 BTC"}

1_id"=>"58666fda3f676a5cde3c542f", "hsh"=>nil}

1.com", "password_quality"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source"=>"referral-li
 $7.81 USD.", "transaction_id"=>"58666fda3f676a5cde3c543b", "hsh"=>nil}
'ffe0922e81660e56"}
ast-1:216590794799:identity/coinbase.com", "sendingAccountId"=>"216590794799", "messageId"=>"010001595024f37b-88cfa361-c4c7-4556-b7a1-7-
5e83e657bdd7b", "type"=>"Buy", "total"=>"$43.82", "btc"=>"0.05000000 BTC"}

, "MOP"=>"REDACTED", "OrderNumber"=>"G3LI71M6", "MerchantId"=>"REDACTED", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED"}, "re
 "MOP"=>"CC", "TrxSource"=>"4", "Amount"=>"43.82", "REMOTE_ADDR"=>"REDACTED", "CurrencyId"=>"840", "StoreId"=>"12972445", "AcctName"=>
a874d6e83e657bdd7b"}
.82 USD.", "transaction_id"=>"587095baeb342e0071c9098b", "hsh"=>nil}
1.com", "password_quality"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source"=>"referral-li

ast-1:216590794799:identity/coinbase.com", "sendingAccountId"=>"216590794799", "messageId"=>"0100015977c8e382-e22049db-0cb8-4b97-9dbe-

# EXHIBIT B - Coinbase Records

61772071-985D-4167-BA81-1D81DE646728", "user_fee"=>"", "transaction_id"=>"587096b8b93eb57c8d6c3b0a"}

8d6c3b0a", "hsh"=>"63062c679c766dd90e6eb3df58ab1d5fad7a22060d524ea2f8c031126c95a28f"}

east-1:216590794799:identity/coinbase.com", "sendingAccountId"=>"216590794799", "messageId"=>"0100015977ccc7f1-fe9ed86a-417b-4d19-a196-0

B68ACB2-E3C5-40B9-8FFA-8C03B609DB1C", "user_fee"=>"", "transaction_id"=>"5892960deef34f00e20c2330"}

00c2330", "hsh"=>"4a89ab16bbcd2c31f3a72dec92d92fbc79bd2ca0534d2991c25700b9ec7e7849"}

east-1:216590794799:identity/coinbase.com", "sendingAccountId"=>"216590794799", "messageId"=>"01000159fc9a2fd6-d3af5e48-d84e-ab16-ab

490083808d83", "type"=>"Buy", "total"=>"$41.53", "btc"=>"0.04000000 BTC"}

, "MOP"=>"REDACTED", "OrderNumber"=>"UEOI59YF", "MerchantId"=>"REDACTED", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED"}, "res

"MOP"=>"CC", "TrxSource"=>"4", "Amount"=>"41.53", "REMOTE_ADDR"=>"REDACTED", "CurrencyId"=>"840", "StoreId"=>"12972445", "AcctName"=>

n.com", "password_quality"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source"=>"referral-lir

.53 USD.", "transaction_id"=>"58929751a66a5b02e22661d0", "hsh"=>nil}

4d6f6e490083808d83"}

east-1:216590794799:identity/coinbase.com", "sendingAccountId"=>"216590794799", "messageId"=>"01000159fc9f1e75-00af663a-b5dc-4dc2-a5c1-ea

E40521E-A1FC-4B11-B118-A0B29A87FD31", "user_fee"=>"", "transaction_id"=>"589298050fda9400ab541111"}

b541111", "hsh"=>"1d65466c727164d51a333a89c145dff866c671f3b0831cc2736c4c057154abc5"}

east-1:216590794799:identity/coinbase.com", "sendingAccountId"=>"216590794799", "messageId"=>"01000159fca1dc03-4e1a5e67-7d9f-42de-ae06-5

east-1:216590794799:identity/coinbase.com", "sourceIp"=>"54.175.255.204", "sendingAccountId"=>"216590794799", "messageId"=>"0100015db9c087

Name"=>"Verizon", "MobileNumber"=>"14074011005", "PayfoneAlias"=>nil, "MobileStatusTransactionId"=>"1187416310", "StatusIndex"=>"21"}, "Billi

49047F7C86D53617D"}

49042713460A34C1E"}

# EXHIBIT B - Coinbase Records

490478D5130C3731F"}

49042566745C36FB8"}

49045F638C7B370F8"}

4904124E18663692B"}

4198F91D737175"}

=>nil, "type"=>"Error: type unknown"}
=>"0f130afd-253a-4e64-9b4a-e30e063d5206", "type"=>"Pending"}
=>"0f130afd-253a-4e64-9b4a-e30e063d5206", "type"=>"Driver's License + Photo Verification"}
=>"0f130afd-253a-4e64-9b4a-e30e063d5206", "type"=>"Driver's License + Photo Verification", "face_match_score"=>nil}

n.com", "password_crack_time_seconds"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source"
n.com", "password_crack_time_seconds"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source"
d_at"=>["2016-11-16T14:14:05Z", "2017-08-06T23:02:48Z"]}, "trace"=>["lib/limits/limit_calculator.rb:217:in `set_limit'", "lib/limits/limit_calculator.rb:2
d_at"=>["2016-11-16T14:08:32Z", "2017-08-06T23:02:48Z"]}, "trace"=>["lib/limits/limit_calculator.rb:217:in `set_limit'", "lib/limits/limit_calculator.rb:2
, "currency"=>"USD"}, "ach"=>{"amount"=>"5000.00", "currency"=>"USD"}, "instant_buy"=>{"amount"=>"0.00", "currency"=>"USD"}, "credit_debit_car

east-1:216590794799:identity/coinbase.com", "sourceIp"=>"54.175.255.212", "sendingAccountId"=>"216590794799", "messageId"=>"0100015db9c95e
east-1:216590794799:identity/coinbase.com", "sourceIp"=>"54.175.255.212", "sendingAccountId"=>"216590794799", "messageId"=>"0100015db9c95c
nil, "type"=>"Error: type unknown"}
"8d02d844-c409-47d5-a639-453418a25624", "type"=>"Pending"}
"8d02d844-c409-47d5-a639-453418a25624", "type"=>"Driver's License + Photo Verification"}
"8d02d844-c409-47d5-a639-453418a25624", "type"=>"Driver's License + Photo Verification", "face_match_score"=>"92"}

# EXHIBIT B - Coinbase Records

n.com", "password_crack_time_seconds"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source

east-1:216590794799:identity/coinbase.com", "sourceIp"=>"54.175.255.212", "sendingAccountId"=>"216590794799", "messageId"=>"0100015db9d00

east-1:216590794799:identity/coinbase.com", "sourceIp"=>"54.175.255.204", "sendingAccountId"=>"216590794799", "messageId"=>"0100015db9d00

49042465CCB537439"}

49042711730F35AFD"}

4904198E4E9D3BFB6"}

Name"=>"Verizon", "MobileNumber"=>"14074011005", "PayfoneAlias"=>nil, "MobileStatusTransactionId"=>"1188853948", "StatusIndex"=>"21"}, "Billi
4904124E5D7430240"}

490426078D89311F9"}

n.com", "password_crack_time_seconds"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source

>"Contact information not found", "Contact"=>nil, "PhoneType"=>"MOBILE", "Operator"=>"VERIZONUS"}}}
urable", "phone_number"=>"4072694463", "is_valid"=>true, "country_calling_code"=>"1", "line_type"=>"Mobile", "carrier"=>"Verizon Wireless", "is_p

# EXHIBIT B - Coinbase Records

east-1:216590794799:identity/coinbase.com", "sourceIp"=>"54.175.255.212", "sendingAccountId"=>"216590794799", "messageId"=>"0100015dc41d4c
east-1:216590794799:identity/coinbase.com", "sourceIp"=>"54.175.255.198", "sendingAccountId"=>"216590794799", "messageId"=>"0100015dc41d4b
east-1:216590794799:identity/coinbase.com", "sourceIp"=>"54.175.255.212", "sendingAccountId"=>"216590794799", "messageId"=>"0100015dc41d4c


042713F1A8351CF"}


042090962A37AF0"}


n.com", "password_crack_time_seconds"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source'
east-1:216590794799:identity/coinbase.com", "sourceIp"=>"54.175.255.208", "sendingAccountId"=>"216590794799", "messageId"=>"0100015dc41e45
iration_year"=>"2019", "masterid"=>"f0ea3188772d73379947bf4164a6c428d21f1a6c", "rejected"=>false, "rejected_at"=>nil, "user_provided_bin"=>"5
TED", "UserPassword"=>"REDACTED", "StoreId"=>"REDACTED", "CustomerId"=>"582c6601c8a1db3f8e01471d", "RequestType"=>"G", "Action"=>"A", "I

186", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED", "StoreId"=>"REDACTED", "OTT"=>"REDACTED", "RequestType"=>"Q"}, "result"=>{"N
, "MOP"=>"CC", "TrxSource"=>"4", "Amount"=>"1.00", "REMOTE_ADDR"=>"REDACTED", "MerchantId"=>"200186", "UserName"=>"REDACTED", "UserP
cc", "type"=>"CreditDebitCard", "customer_name"=>"jack dove", "cardid"=>"312187803", "expiration_month"=>"06", "expiration_year"=>"2021", "ma
iration_year"=>"2021", "masterid"=>"F2404949A3BE10CDE6B1A592640CB14CC2F82781", "rejected"=>false, "rejected_at"=>nil, "user_provided_bin"=
n.com", "password_crack_time_seconds"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source'
, "MOP"=>"REDACTED", "OrderNumber"=>"OL4RCS8U", "MerchantId"=>"REDACTED", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED"}, "re
, "MOP"=>"CC", "TrxSource"=>"4", "Amount"=>"1.39", "REMOTE_ADDR"=>"REDACTED", "MerchantId"=>"200186", "UserName"=>"REDACTED", "UserP
, "MOP"=>"REDACTED", "OrderNumber"=>"M4EPRHI0", "MerchantId"=>"REDACTED", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED"}, "re
, "MOP"=>"CC", "TrxSource"=>"4", "Amount"=>"1.18", "REMOTE_ADDR"=>"REDACTED", "MerchantId"=>"200186", "UserName"=>"REDACTED", "UserP
iration_year"=>"2021", "masterid"=>"F2404949A3BE10CDE6B1A592640CB14CC2F82781", "rejected"=>false, "rejected_at"=>nil, "user_provided_bin"=
iration_year"=>"2021", "masterid"=>"F2404949A3BE10CDE6B1A592640CB14CC2F82781", "rejected"=>false, "rejected_at"=>nil, "user_provided_bin"=
n.com", "password_crack_time_seconds"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source'
iration_year"=>"2021", "masterid"=>"F2404949A3BE10CDE6B1A592640CB14CC2F82781", "rejected"=>false, "rejected_at"=>nil, "user_provided_bin"=
6701c737406c", "type"=>"Buy", "total"=>"$136.25", "btc"=>"0.03900000 BTC"}


n.com", "password_crack_time_seconds"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source'
, "MOP"=>"REDACTED", "OrderNumber"=>"DHX82ZOV", "MerchantId"=>"REDACTED", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED"}, "re

# EXHIBIT B - Coinbase Records

"MOP"=>"CC", "TrxSource"=>"4", "Amount"=>"136.25", "MerchantId"=>"200186", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED", "Store
0e26c9e6701c737406c"}
6.25 USD.", "transaction_id"=>"598ba0e78bfa310001262879", "hsh"=>nil}

east-1:216590794799:identity/coinbase.com", "sourceIp"=>"54.175.255.212", "sendingAccountId"=>"216590794799", "messageId"=>"0100015dc96c93
=>false, "notes"=>nil, "idem"=>"B1F6F452-B0D2-4DE1-A945-ACA4765FA881", "user_fee"=>"0.00033695", "transaction_id"=>"598ba1a66c9e6701c73740(
1c73740bf", "hsh"=>"c1056c6befa0a2694fc7f8b7ef39b6249e4c99d6a2e496c53c98e9838c8b2b23"}

east-1:216590794799:identity/coinbase.com", "sourceIp"=>"54.175.255.212", "sendingAccountId"=>"216590794799", "messageId"=>"0100015dc96f82
8000a79ef373", "type"=>"Sell", "total"=>"$79.36", "btc"=>"0.02099000 BTC"}

n.com", "password_crack_time_seconds"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source'
balance_send"=>false, "notes"=>"599053249fb68000a79ef373", "idem"=>"59905329badd300001deb3e7", "user_fee"=>"0.00000000", "transaction_id
f373", "transaction_id"=>"59905329badd300001deb3e9", "hsh"=>nil}
nil}
249fb68000a79ef373"}
44e008bc9cb33", "type"=>"Buy", "total"=>"$123.36", "btc"=>"0.03000000 BTC"}

n.com", "password_crack_time_seconds"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source'
, "MOP"=>"REDACTED", "OrderNumber"=>"D9K5YM1W", "MerchantId"=>"REDACTED", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED"}, "r
"MOP"=>"CC", "TrxSource"=>"4", "Amount"=>"123.36", "MerchantId"=>"200186", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED", "Store
3.36 USD.", "transaction_id"=>"59905381ce741a0001d82ccf", "hsh"=>nil}
378ba244e008bc9cb33"}

east-1:216590794799:identity/coinbase.com", "sourceIp"=>"54.175.255.212", "sendingAccountId"=>"216590794799", "messageId"=>"0100015ddbc63a
16502a17b24ba", "type"=>"Sell", "total"=>"$119.01", "btc"=>"0.02908749 BTC"}
n.com", "password_crack_time_seconds"=>4920400.0, "name"=>"Jack Dove", "name_lowercased"=>false, "name_uppercased"=>false, "signup_source'

balance_send"=>false, "notes"=>"599d620adc116502a17b24ba", "idem"=>"599d620f1f3824000173fa50", "user_fee"=>"0.00000000", "transaction_id'
24ba", "transaction_id"=>"599d620f1f3824000173fa52", "hsh"=>nil}
nil}
20adc116502a17b24ba"}
url"=>nil, "s3_key"=>nil, "times"=>-1, "next_run"=>"2017-08-25T11:00:00-07:00", "admin_generated"=>true, "report_id"=>"59a069b564e5cc00015b9k

# EXHIBIT B - Coinbase Records



# EXHIBIT B - Coinbase Records

**BILLING COUNTRY**

US

US

## EXHIBIT B - Coinbase Records



SHIPPING S SHIPPING POSTAL CODE

# EXHIBIT B - Coinbase Records

# EXHIBIT B - Coinbase Records



8ad9570d0f44bde53

# EXHIBIT B - Coinbase Records

l9ab496c525b9622

33a303b00689102e1
e14f52ab5bc16916
29a6f55ada8a4e3c1

f9661e744c388ad9

72916af013edb3f0

2f8c031126c95a28f
1c25700b9ec7e7849

2736c4c057154abc5

3c98e9838c8b2b23

# EXHIBIT B - Coinbase Records



nk", "identity_verified"=>false, "verification_attempts"=>0, "jumio_failure_count"=>0, "jumio_complete"=>false, "jumio_profile_count"=>0, "jumio_s
created_at"=>2016-11-16 13:58:26 UTC, "updated_at"=>2016-11-16 13:58:27 UTC}}

6dec5d400d9-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2016-11-16T13:58:33.561Z", "processi

nk", "identity_verified"=>false, "verification_attempts"=>0, "jumio_failure_count"=>0, "jumio_complete"=>false, "jumio_profile_count"=>0, "jumio_s

nk", "identity_verified"=>false, "verification_attempts"=>0, "jumio_failure_count"=>0, "jumio_complete"=>false, "jumio_profile_count"=>0, "jumio_s
n_distance"=>470, "tm_account_name_first_seen"=>"2015-08-04", "tm_account_name_last_event_distance"=>0, "tm_account_name_last_event"=>

ountry"=>"US", "zip"=>""}, "PhoneType"=>"MOBILE", "Operator"=>"SPRINTUS"}}}

# EXHIBIT B - Coinbase Records

EDACTED", "type"=>"Phone", "uuid"=>"f2fb6fef-a2e0-4b08-cfe3-bc7128b7e5a8", "durability"=>"Durable"}, "line_type"=>"Mobile", "belongs_to"=>[],
8164054a20b-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2016-11-16T14:00:40.361Z", "processi
n"=>"01", "OTTResultUrl"=>"https://www.coinbase.com/wpnotifications/tokenization_cb"}, "result"=>{"MerchantId"=>"200186", "TransactionType":

n"=>"01", "OTTResultUrl"=>"https://www.coinbase.com/wpnotifications/tokenization_cb"}, "result"=>{"MerchantId"=>"200186", "TransactionType":
TransactionType"=>"RD", "OrderNumber"=>"REDACTED", "StrId"=>"2995942411", "RequestType"=>"A", "CustomerId"=>"582c6601c8a1db3f8e0147;
31260"}
nk", "identity_verified"=>false, "verification_attempts"=>0, "jumio_failure_count"=>0, "jumio_complete"=>false, "jumio_profile_count"=>0, "jumio_s

'REDACTED", "CustomerId"=>"REDACTED", "CardId"=>"96882274", "Email"=>"REDACTED", "ZipCode"=>"REDACTED", "Address1"=>"REDACTED", "Add
a6c", "rejected"=>false, "rejected_at"=>nil, "user_provided_bin"=>"531260", "billing_address_id"=>"582c680c5262eb75a7e2b554", "address1"=>"72
ult"=>{"MessageCode"=>"REDACTED", "Message"=>"REDACTED"}}
'REDACTED", "CustomerId"=>"REDACTED", "CardId"=>"96882274", "Email"=>"REDACTED", "ZipCode"=>"REDACTED", "Address1"=>"REDACTED", "Add
ult"=>{"MessageCode"=>"REDACTED", "Message"=>"REDACTED"}}
'REDACTED", "CustomerId"=>"REDACTED", "CardId"=>"96882274", "Email"=>"REDACTED", "ZipCode"=>"REDACTED", "Address1"=>"REDACTED", "Add
31260", "billing_address_id"=>"582c680c5262eb75a7e2b554", "address1"=>"721 powder horn row", "address2"=>"", "address3"=>nil, "city"=>"Lake
nk", "identity_verified"=>false, "verification_attempts"=>0, "jumio_failure_count"=>0, "jumio_complete"=>false, "jumio_profile_count"=>0, "jumio_s
31260", "billing_address_id"=>"582c680c5262eb75a7e2b554", "address1"=>"721 powder horn row", "address2"=>"", "address3"=>nil, "city"=>"Lake
USD"}, "credit_debit_card"=>{"amount"=>"0.00000000", "currency"=>"BTC"}, "exchange_withdraw"=>{"amount"=>"10000.00", "currency"=>"USD"},
nk", "identity_verified"=>false, "verification_attempts"=>0, "jumio_failure_count"=>0, "jumio_complete"=>false, "jumio_profile_count"=>0, "jumio_s

38c62e5bcd0-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2016-11-16T14:09:09.155Z", "processi

>"100.00", "currency"=>"USD"}, "exchange_withdraw"=>{"amount"=>"10000.00", "currency"=>"USD"}, "widget_instant_buy"=>{"amount"=>"6.00",
9d4287ca0a88-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2016-11-16T14:14:07.257Z", "process
nk", "identity_verified"=>false, "verification_attempts"=>0, "jumio_failure_count"=>0, "jumio_complete"=>true, "jumio_profile_count"=>1, "jumio_s

# EXHIBIT B - Coinbase Records

nk", "identity_verified"=>false, "verification_attempts"=>0, "jumio_failure_count"=>0, "jumio_complete"=>true, "jumio_profile_count"=>1, "jumio_s

sult"=>{"MessageCode"=>"REDACTED", "Message"=>"REDACTED"}}
"REDACTED", "CustomerId"=>"REDACTED", "CardId"=>"96882274", "Email"=>"REDACTED", "ZipCode"=>"REDACTED", "Address1"=>"REDACTED", "Ad

", "eName"=>"jdove744", "emailAge"=>"", "domainAge"=>"2014-04-18T07:00:00Z", "firstVerificationDate"=>"2016-02-08T07:00:00Z", "lastVerificatic

nk", "identity_verified"=>false, "verification_attempts"=>0, "jumio_failure_count"=>0, "jumio_complete"=>true, "jumio_profile_count"=>1, "jumio_s

7cfa4758613-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2016-11-16T14:17:11.660Z", "processir

J9f1cfd107c-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2016-11-16T22:42:29.558Z", "processing

sult"=>{"MessageCode"=>"REDACTED", "Message"=>"REDACTED"}}
"REDACTED", "CustomerId"=>"REDACTED", "CardId"=>"96882274", "Email"=>"REDACTED", "ZipCode"=>"REDACTED", "Address1"=>"REDACTED", "Ad

nk", "identity_verified"=>false, "verification_attempts"=>0, "jumio_failure_count"=>0, "jumio_complete"=>true, "jumio_profile_count"=>1, "jumio_s

od8a175da76a-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2016-11-17T21:10:44.857Z", "process

# EXHIBIT B - Coinbase Records

on the https://www.coinbase.com/invite_friends page.", "transaction_id"=>"582e1e13ed98430001900d45", "hsh"=>nil}

Lef70f532109-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2016-11-17T21:16:07.857Z", "processi
n"=>"01", "OTTResultUrl"=>"https://www.coinbase.com/wpnotifications/tokenization_cb"}, "result"=>{"MerchantId"=>"200186", "TransactionType":

'TransactionType"=>"RD", "OrderNumber"=>"REDACTED", "StrId"=>"2922228764", "RequestType"=>"A", "CustomerId"=>"582c6601c8a1db3f8e0147
"REDACTED", "CustomerId"=>"REDACTED", "CardId"=>"115429883", "Email"=>"REDACTED", "ZipCode"=>"REDACTED", "Address1"=>"REDACTED", "A
41e20", "rejected"=>false, "rejected_at"=>nil, "user_provided_bin"=>"542418", "billing_address_id"=>"582c680c5262eb75a7e2b554", "address1"=>'
>"542418", "billing_address_id"=>"582c680c5262eb75a7e2b554", "address1"=>"721 powder horn row", "address2"=>"", "address3"=>nil, "city"=>"La
nk", "identity_verified"=>false, "verification_attempts"=>0, "jumio_failure_count"=>0, "jumio_complete"=>true, "jumio_profile_count"=>1, "jumio_s
esult"=>{"MessageCode"=>"REDACTED", "Message"=>"REDACTED"}}
"REDACTED", "CustomerId"=>"REDACTED", "CardId"=>"115429883", "Email"=>"REDACTED", "ZipCode"=>"REDACTED", "Address1"=>"REDACTED", "A
esult"=>{"MessageCode"=>"REDACTED", "Message"=>"REDACTED"}}
"REDACTED", "CustomerId"=>"REDACTED", "CardId"=>"115429883", "Email"=>"REDACTED", "ZipCode"=>"REDACTED", "Address1"=>"REDACTED", "A
>"542418", "billing_address_id"=>"582c680c5262eb75a7e2b554", "address1"=>"721 powder horn row", "address2"=>"", "address3"=>nil, "city"=>"La
nk", "identity_verified"=>false, "verification_attempts"=>0, "jumio_failure_count"=>0, "jumio_complete"=>true, "jumio_profile_count"=>1, "jumio_s
>"542418", "billing_address_id"=>"582c680c5262eb75a7e2b554", "address1"=>"721 powder horn row", "address2"=>"", "address3"=>nil, "city"=>"La

esult"=>{"MessageCode"=>"REDACTED", "Message"=>"REDACTED"}}
=>"REDACTED", "CustomerId"=>"REDACTED", "CardId"=>"115429883", "Email"=>"REDACTED", "ZipCode"=>"REDACTED", "Address1"=>"REDACTED", '

nk", "identity_verified"=>false, "verification_attempts"=>0, "jumio_failure_count"=>0, "jumio_complete"=>true, "jumio_profile_count"=>1, "jumio_s

22595e3c0bc-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2016-11-17T22:10:44.254Z", "processi

8a3ae15928f8-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2016-11-17T22:16:34.377Z", "process

esult"=>{"MessageCode"=>"REDACTED", "Message"=>"REDACTED"}}
=>"REDACTED", "CustomerId"=>"REDACTED", "CardId"=>"115429883", "Email"=>"REDACTED", "ZipCode"=>"REDACTED", "Address1"=>"REDACTED", "A

# EXHIBIT B - Coinbase Records

nk", "identity_verified"=>false, "verification_attempts"=>0, "jumio_failure_count"=>0, "jumio_complete"=>true, "jumio_profile_count"=>1, "jumio_s

d2b4f5672cb-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2016-11-17T22:55:42.658Z", "processi

5740c684e856-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2016-11-17T22:58:09.357Z", "process

38596553cfa-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2016-11-17T22:59:51.956Z", "processi

48fbf27b63be-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2016-11-18T18:17:56.756Z", "processi

result"=>{"MessageCode"=>"REDACTED", "Message"=>"REDACTED"}}
>"REDACTED", "CustomerId"=>"REDACTED", "CardId"=>"115429883", "Email"=>"REDACTED", "ZipCode"=>"REDACTED", "Address1"=>"REDACTED", "A
nk", "identity_verified"=>false, "verification_attempts"=>0, "jumio_failure_count"=>0, "jumio_complete"=>true, "jumio_profile_count"=>1, "jumio_s

1b6f7ed5967-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2016-11-18T20:02:14.656Z", "processi

d0ce30471f2e-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2016-11-18T20:06:42.355Z", "processi

# EXHIBIT B - Coinbase Records

584f0d6691-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2016-12-18T00:16:57.836Z", "processing

sult"=>{"MessageCode"=>"REDACTED", "Message"=>"REDACTED"}}
"REDACTED", "CustomerId"=>"REDACTED", "CardId"=>"96882274", "Email"=>"REDACTED", "ZipCode"=>"REDACTED", "Address1"=>"REDACTED", "Ad
nk", "identity_verified"=>false, "verification_attempts"=>0, "jumio_failure_count"=>0, "jumio_complete"=>true, "jumio_profile_count"=>1, "jumio_s

343f47c5a36-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2016-12-30T00:41:32.543Z", "processir

f5a2c0620240-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2016-12-30T00:43:07.037Z", "process

nk", "identity_verified"=>false, "verification_attempts"=>0, "jumio_failure_count"=>0, "jumio_complete"=>true, "jumio_profile_count"=>1, "jumio_s

44374095622-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2016-12-30T14:31:59.724Z", "processi

sult"=>{"MessageCode"=>"REDACTED", "Message"=>"REDACTED"}}
"REDACTED", "CustomerId"=>"REDACTED", "CardId"=>"96882274", "Email"=>"REDACTED", "ZipCode"=>"REDACTED", "Address1"=>"REDACTED", "Ad

nk", "identity_verified"=>false, "verification_attempts"=>0, "jumio_failure_count"=>0, "jumio_complete"=>true, "jumio_profile_count"=>1, "jumio_s

0f87bee1ef9b-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2017-01-07T07:16:15.944Z", "processi

# EXHIBIT B - Coinbase Records

7ba742fcd0a-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2017-01-07T07:20:30.997Z", "processin

0f74da58dae-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2017-02-02T02:14:44.028Z", "processin

sult"=>{"MessageCode"=>"REDACTED", "Message"=>"REDACTED"}}
"REDACTED", "CustomerId"=>"REDACTED", "CardId"=>"96882274", "Email"=>"REDACTED", "ZipCode"=>"REDACTED", "Address1"=>"REDACTED", "Ad
nk", "identity_verified"=>false, "verification_attempts"=>0, "jumio_failure_count"=>0, "jumio_complete"=>true, "jumio_profile_count"=>1, "jumio_s

af91f6398f-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2017-02-02T02:20:07.438Z", "processing

27e7641f911-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2017-02-02T02:23:06.837Z", "processin

7f1-f4551aba-efd3-451c-9fa0-a1cb53d195eb-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2017-08

ngType"=>"Unknown", "NetworkStatus"=>"Deactivated", "AccountRole"=>"Unknown", "AccountType"=>"Unknown"}

# EXHIBIT B - Coinbase Records

'=>"referral-link", "identity_verified"=>false, "jumio_failure_count"=>1, "jumio_complete"=>true, "jumio_profile_count"=>1, "jumio_state"=>"FL", "ju
'=>"referral-link", "identity_verified"=>false, "jumio_failure_count"=>1, "jumio_complete"=>true, "jumio_profile_count"=>1, "jumio_state"=>"FL", "ju
230:in `update_calculated_limit'", "lib/limits/limit_calculator.rb:255:in `block in update_fraud_limits'", "lib/limits/limit_calculator.rb:255:in `map!'", "l
230:in `update_calculated_limit'", "lib/limits/limit_calculator.rb:255:in `block in update_fraud_limits'", "lib/limits/limit_calculator.rb:255:in `map!'", "li
d"=>{"amount"=>"300.00", "currency"=>"USD"}, "exchange_withdraw"=>{"amount"=>"10000.00", "currency"=>"USD"}, "widget_instant_buy"=>{"am

ae-1393c619-d781-4669-960d-fe5f46c8e83d-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2017-C
2f-659fb676-b3a8-42dd-adbb-138d0b7a698f-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2017-C

# EXHIBIT B - Coinbase Records



'=>"referral-link", "identity_verified"=>false, "jumio_failure_count"=>1, "jumio_complete"=>true, "jumio_profile_count"=>2, "jumio_state"=>"FL", "ju

175-d3a48296-4639-4bdd-9c11-23a6ee09abd4-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2017-
9f9-7f9488f3-aa29-4e67-b36c-5f7763ac6990-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2017-08

ngType"=>"Unknown", "NetworkStatus"=>"Deactivated", "AccountRole"=>"Unknown", "AccountType"=>"Unknown"}

'=>"referral-link", "identity_verified"=>false, "jumio_failure_count"=>1, "jumio_complete"=>true, "jumio_profile_count"=>2, "jumio_state"=>"FL", "ju

repaid"=>nil, "is_commercial"=>nil, "belongs_to"=>[], "current_addresses"=>[{"id"=>"Location.8768afec-bda5-47ab-8a95-64fad5a492ef.Durable", "lc

# EXHIBIT B - Coinbase Records

ade-b4054731-8bd3-4603-abc3-bb8351516c26-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2017-
012-190f0835-4052-4acc-9a13-9fa230bc50a3-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2017-0
43a-efd7a950-1c8a-4217-9002-2e1561bb0390-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2017-(

'=>"referral-link", "identity_verified"=>false, "jumio_failure_count"=>1, "jumio_complete"=>true, "jumio_profile_count"=>2, "jumio_state"=>"FL", "ju
34-f1091f53-5f28-4c87-95ee-61ffadebcfc3-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2017-08-
31260", "billing_address_id"=>"582c680c5262eb75a7e2b554", "address1"=>"721 powder horn row", "address2"=>"", "address3"=>nil, "city"=>"Lake
sVerify"=>"0", "OTTRegion"=>"01", "OTTResultUrl"=>"https://www.coinbase.com/wpnotifications/tokenization_cb"}, "result"=>{"MerchantId"=>20(

MerchantId"=>"200186", "TransactionType"=>"RD", "OrderNumber"=>"REDACTED", "StrId"=>"4245217831", "RequestType"=>"A", "CustomerId"=>"58
assword"=>"REDACTED", "StoreId"=>"12972445", "CurrencyId"=>"840", "AcctName"=>"REDACTED", "CustomerId"=>"REDACTED", "CardId"=>"31218
sterId"=>"F2404949A3BE10CDE6B1A592640CB14CC2F82781", "rejected"=>false, "rejected_at"=>nil, "user_provided_bin"=>"531260"}
'=>"531260"}
'=>"referral-link", "identity_verified"=>false, "jumio_failure_count"=>1, "jumio_complete"=>true, "jumio_profile_count"=>2, "jumio_state"=>"FL", "ju
sult"=>{"MessageCode"=>"REDACTED", "Message"=>"REDACTED"}}
assword"=>"REDACTED", "StoreId"=>"12972445", "CurrencyId"=>"840", "AcctName"=>"REDACTED", "CustomerId"=>"REDACTED", "CardId"=>"31218
sult"=>{"MessageCode"=>"REDACTED", "Message"=>"REDACTED"}}
assword"=>"REDACTED", "StoreId"=>"12972445", "CurrencyId"=>"840", "AcctName"=>"REDACTED", "CustomerId"=>"REDACTED", "CardId"=>"31218
'=>"531260"}
'=>"531260"}
'=>"referral-link", "identity_verified"=>false, "jumio_failure_count"=>1, "jumio_complete"=>true, "jumio_profile_count"=>2, "jumio_state"=>"FL", "ju
'=>"531260"}

'=>"referral-link", "identity_verified"=>false, "jumio_failure_count"=>1, "jumio_complete"=>true, "jumio_profile_count"=>2, "jumio_state"=>"FL", "ju
esult"=>{"MessageCode"=>"REDACTED", "Message"=>"REDACTED"}}

# EXHIBIT B - Coinbase Records

Id"=>"12972445", "CurrencyId"=>"840", "AcctName"=>"REDACTED", "CustomerId"=>"REDACTED", "CardId"=>"312187803", "Email"=>"REDACTED", "

82-9cc21fd2-e6e5-422a-ba68-61584c1ecfbc-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2017-08
bf"}

36-1e2c17ae-98a5-43ac-9fb2-4860bf2d185e-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2017-08

"=>"referral-link", "identity_verified"=>false, "jumio_failure_count"=>1, "jumio_complete"=>true, "jumio_profile_count"=>2, "jumio_state"=>"FL", "ju
l"=>"59905329badd300001deb3e9"}

"=>"referral-link", "identity_verified"=>false, "jumio_failure_count"=>1, "jumio_complete"=>true, "jumio_profile_count"=>2, "jumio_state"=>"FL", "ju
result"=>{"MessageCode"=>"REDACTED", "Message"=>"REDACTED"}}
Id"=>"12972445", "CurrencyId"=>"840", "AcctName"=>"REDACTED", "CustomerId"=>"REDACTED", "CardId"=>"312187803", "Email"=>"REDACTED", "

aaf-16c9d4a1-409b-49a4-ac4f-f60a0db13d69-000000", "destination"=>["jdove@totalonguardprotection.com"]}, "delivery"=>{"timestamp"=>"2017-08

"=>"referral-link", "identity_verified"=>false, "jumio_failure_count"=>1, "jumio_complete"=>true, "jumio_profile_count"=>2, "jumio_state"=>"FL", "ju
"=>"599d620f1f3824000173fa52"}

off"}

# Page 85 of 170

# EXHIBIT B - Coinbase Records



# EXHIBIT B - Coinbase Records

# EXHIBIT B - Coinbase Records



# EXHIBIT B - Coinbase Records

## EXHIBIT B - Coinbase Records

# EXHIBIT B - Coinbase Records



# EXHIBIT B - Coinbase Records



state"=>nil, "jumio_country"=>nil, "jumio_yob"=>nil, "age"=>nil, "country_code"=>"US", "email_delivery_disabled"=>false, "stalled_transfers"=>false,

ngTimeMillis"=>5984, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 8dyU1u00U0EJ12m01 mail accepted for deliver

state"=>nil, "jumio_country"=>nil, "jumio_yob"=>nil, "age"=>nil, "country_code"=>"US", "email_delivery_disabled"=>false, "stalled_transfers"=>false,

state"=>nil, "jumio_country"=>nil, "jumio_yob"=>nil, "age"=>nil, "country_code"=>"US", "email_delivery_disabled"=>false, "stalled_transfers"=>false,
"2016-11-16", "tm_account_name_last_update_distance"=>0, "tm_account_name_last_update"=>"2016-11-16", "tm_account_name_result"=>"suc

# EXHIBIT B - Coinbase Records

"associated_locations"=>[{"id"=>{"key"=>"Location.547eda27-60a1-4bc9-a488-16acde5fec34.Durable", "url"=>"https://proapi.whitepages.com/2.1/
ngTimeMillis"=>5159, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 8e0c1u04g13VZsu01 mail accepted for delivery'
=>"RD", "OrderNumber"=>"REDACTED", "StrId"=>"2919574553", "RDID"=>"2923235533", "RequestType"=>"G", "MessageCode"=>"7050", "Message'

=>"RD", "OrderNumber"=>"REDACTED", "StrId"=>"2992728182", "RDID"=>"2975561632", "RequestType"=>"G", "MessageCode"=>"7050", "Message'

ld", "CardId"=>"96882274", "AcctNumber"=>"REDACTED", "AcctName"=>"REDACTED", "CreditCardType"=>"MD", "IssueCountry"=>"US", "CardIssuer
state"=>nil, "jumio_country"=>nil, "jumio_yob"=>nil, "age"=>nil, "country_code"=>"US", "email_delivery_disabled"=>false, "stalled_transfers"=>false,

dress2"=>"REDACTED", "City"=>"REDACTED", "StateCode"=>"REDACTED", "CountryCode"=>"REDACTED", "PhoneNumber"=>"REDACTED", "Merchant
21 powder horn row", "address2"=>"", "address3"=>nil, "city"=>"Lakeland", "state"=>"FL", "zip"=>"33809", "country_code"=>"US"}

dress2"=>"REDACTED", "City"=>"REDACTED", "StateCode"=>"REDACTED", "CountryCode"=>"REDACTED", "PhoneNumber"=>"REDACTED", "Merchant

dress2"=>"REDACTED", "City"=>"REDACTED", "StateCode"=>"REDACTED", "CountryCode"=>"REDACTED", "PhoneNumber"=>"REDACTED", "Merchant
land", "state"=>"FL", "zip"=>"33809", "country_code"=>"US"}
state"=>nil, "jumio_country"=>nil, "jumio_yob"=>nil, "age"=>nil, "country_code"=>"US", "email_delivery_disabled"=>false, "stalled_transfers"=>false,
land", "state"=>"FL", "zip"=>"33809", "country_code"=>"US"}
, "widget_instant_buy"=>{"amount"=>"0.00000000", "currency"=>"BTC"}, "paypal_buy"=>{"amount"=>"0.00000000", "currency"=>"BTC"}}, "new_lim
state"=>nil, "jumio_country"=>nil, "jumio_yob"=>nil, "age"=>nil, "country_code"=>"US", "email_delivery_disabled"=>false, "stalled_transfers"=>false,

ngTimeMillis"=>6157, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 8e951u0330rqWqW01 mail accepted for deliver

"currency"=>"USD"}, "paypal_buy"=>{"amount"=>"40.00", "currency"=>"USD"}}, "new_limits"=>{"buy"=>{"amount"=>"10000.00", "currency"=>"USD
ngTimeMillis"=>4487, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 8eE41u00J0x1CBa01 mail accepted for delivery
tate"=>"FL", "jumio_country"=>"USA", "jumio_yob"=>1981, "age"=>35, "country_code"=>"US", "email_delivery_disabled"=>false, "stalled_transfers"

# EXHIBIT B - Coinbase Records

ate"=>"FL", "jumio_country"=>"USA", "jumio_yob"=>1981, "age"=>35, "country_code"=>"US", "email_delivery_disabled"=>false, "stalled_transfers"

ldress2"=>"REDACTED", "City"=>"REDACTED", "StateCode"=>"REDACTED", "CountryCode"=>"REDACTED", "PhoneNumber"=>"REDACTED", "Merchant

onDate"=>"2016-08-12T17:02:38Z", "status"=>"Verified", "country"=>"", "fraudRisk"=>"231 Low", "EAScore"=>"231", "EAReason"=>"Email Created at
ate"=>"FL", "jumio_country"=>"USA", "jumio_yob"=>1981, "age"=>35, "country_code"=>"US", "email_delivery_disabled"=>false, "stalled_transfers"

ngTimeMillis"=>6668, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 8eH81u01y0EJ12m01 mail accepted for delivery

gTimeMillis"=>4192, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 8miS1u01S164uZS01 mail accepted for delivery",

ldress2"=>"REDACTED", "City"=>"REDACTED", "StateCode"=>"REDACTED", "CountryCode"=>"REDACTED", "PhoneNumber"=>"REDACTED", "Merchant

ate"=>"FL", "jumio_country"=>"USA", "jumio_yob"=>1981, "age"=>35, "country_code"=>"US", "email_delivery_disabled"=>false, "stalled_transfers"

ingTimeMillis"=>4306, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 99Ah1u01b10uDCN01 mail accepted for delive

# EXHIBIT B - Coinbase Records

ngTimeMillis"=>3760, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 99G41u02J164uZS01 mail accepted for delivery

=>"RD", "OrderNumber"=>"REDACTED", "StrId"=>"2923103946", "RDID"=>"2906221826", "RequestType"=>"G", "MessageCode"=>"7050", "Message'

1d", "CardId"=>"115429883", "AcctNumber"=>"REDACTED", "AcctName"=>"REDACTED", "CreditCardType"=>"MC", "IssueCountry"=>"US", "CardIssue

ddress2"=>"REDACTED", "City"=>"REDACTED", "StateCode"=>"REDACTED", "CountryCode"=>"REDACTED", "PhoneNumber"=>"REDACTED", "Merchar

"721 powder horn row", "address2"=>"", "address3"=>nil, "city"=>"Lakeland", "state"=>"FL", "zip"=>"33809", "country_code"=>"US"}

akeland", "state"=>"FL", "zip"=>"33809", "country_code"=>"US"}

tate"=>"FL", "jumio_country"=>"USA", "jumio_yob"=>1981, "age"=>35, "country_code"=>"US", "email_delivery_disabled"=>false, "stalled_transfers"

ddress2"=>"REDACTED", "City"=>"REDACTED", "StateCode"=>"REDACTED", "CountryCode"=>"REDACTED", "PhoneNumber"=>"REDACTED", "Merchar

ddress2"=>"REDACTED", "City"=>"REDACTED", "StateCode"=>"REDACTED", "CountryCode"=>"REDACTED", "PhoneNumber"=>"REDACTED", "Merchar

akeland", "state"=>"FL", "zip"=>"33809", "country_code"=>"US"}

tate"=>"FL", "jumio_country"=>"USA", "jumio_yob"=>1981, "age"=>35, "country_code"=>"US", "email_delivery_disabled"=>false, "stalled_transfers"

akeland", "state"=>"FL", "zip"=>"33809", "country_code"=>"US"}

'Address2"=>"REDACTED", "City"=>"REDACTED", "StateCode"=>"REDACTED", "CountryCode"=>"REDACTED", "PhoneNumber"=>"REDACTED", "Merch

tate"=>"FL", "jumio_country"=>"USA", "jumio_yob"=>1981, "age"=>35, "country_code"=>"US", "email_delivery_disabled"=>false, "stalled_transfers"

ngTimeMillis"=>4192, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 9AAh1u00C0LmgwN01 mail accepted for delive

ingTimeMillis"=>4204, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 9AGX1u00K18gFDy01 mail accepted for deliver

Address2"=>"REDACTED", "City"=>"REDACTED", "StateCode"=>"REDACTED", "CountryCode"=>"REDACTED", "PhoneNumber"=>"REDACTED", "Mercha

# EXHIBIT B - Coinbase Records

tate"=>"FL", "jumio_country"=>"USA", "jumio_yob"=>1981, "age"=>35, "country_code"=>"US", "email_delivery_disabled"=>false, "stalled_transfers"

ngTimeMillis"=>4547, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 9Avf1u00r14nEDA01 mail accepted for delivery"

ingTimeMillis"=>3675, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 9Ay61u00Q0vjXrJ01 mail accepted for delivery"

ingTimeMillis"=>5651, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 9Azo1u01f0uRrX201 mail accepted for delivery",

ingTimeMillis"=>4027, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 9WHt1u01V0qYqWE01 mail accepted for delive

Address2"=>"REDACTED", "City"=>"REDACTED", "StateCode"=>"REDACTED", "CountryCode"=>"REDACTED", "PhoneNumber"=>"REDACTED", "Mercha
tate"=>"FL", "jumio_country"=>"USA", "jumio_yob"=>1981, "age"=>35, "country_code"=>"US", "email_delivery_disabled"=>false, "stalled_transfers"

ingTimeMillis"=>4041, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 9Y2B1u00q0vjXrJ01 mail accepted for delivery"

ngTimeMillis"=>3770, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 9Y6f1u00i0pFA9y01 mail accepted for delivery"

# EXHIBIT B - Coinbase Records

gTimeMillis"=>5894, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 MCGu1u01a0rqWqW01 mail accepted for deliver

ldress2"=>"REDACTED", "City"=>"REDACTED", "StateCode"=>"REDACTED", "CountryCode"=>"REDACTED", "PhoneNumber"=>"REDACTED", "Merchant
tate"=>"FL", "jumio_country"=>"USA", "jumio_yob"=>1981, "age"=>35, "country_code"=>"US", "email_delivery_disabled"=>false, "stalled_transfers"

ngTimeMillis"=>4204, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 S0hV1u00k0Vq55y01 mail accepted for delivery"

singTimeMillis"=>3781, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 S0j31u02j0D0LiW01 mail accepted for delivery

tate"=>"FL", "jumio_country"=>"USA", "jumio_yob"=>1981, "age"=>35, "country_code"=>"US", "email_delivery_disabled"=>false, "stalled_transfers"

ngTimeMillis"=>3697, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 SEXw1u01p0Zj66m01 mail accepted for delivery

ldress2"=>"REDACTED", "City"=>"REDACTED", "StateCode"=>"REDACTED", "CountryCode"=>"REDACTED", "PhoneNumber"=>"REDACTED", "Merchant

tate"=>"FL", "jumio_country"=>"USA", "jumio_yob"=>1981, "age"=>36, "country_code"=>"US", "email_delivery_disabled"=>false, "stalled_transfers"

ngTimeMillis"=>4678, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 VKGC1u01L0FbhP201 mail accepted for deliver

<u>EXHIBIT B - Coinbase Records</u>

gTimeMillis"=>4644, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 VKLT1u01Y0yJsXq01 mail accepted for delivery",

gTimeMillis"=>3686, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 feEg1u0220D0LiW01 mail accepted for delivery"

ddress2"=>"REDACTED", "City"=>"REDACTED", "StateCode"=>"REDACTED", "CountryCode"=>"REDACTED", "PhoneNumber"=>"REDACTED", "Merchant
tate"=>"FL", "jumio_country"=>"USA", "jumio_yob"=>1981, "age"=>36, "country_code"=>"US", "email_delivery_disabled"=>false, "stalled_transfers"

TimeMillis"=>3865, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 feL41u00D2oM1EW01 mail accepted for delivery"

gTimeMillis"=>3666, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 feP31u02f12BtYe01 mail accepted for delivery",

-06T22:53:13.778Z", "processingTimeMillis"=>4801, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 tyt91v0100Zj66n

# EXHIBIT B - Coinbase Records

jumio_country"=>"USA", "jumio_yob"=>1981, "age"=>36, "dob_year"=>1981, "account_age_from_creation"=>263, "country_code"=>"US", "email_de
jumio_country"=>"USA", "jumio_yob"=>1981, "age"=>36, "dob_year"=>1981, "account_age_from_creation"=>263, "country_code"=>"US", "email_de
ib/limits/limit_calculator.rb:255:in `update_fraud_limits'", "lib/limits/limit_calculator.rb:170:in `update_limits'", "app/models/concerns/user_limits.rt
ob/limits/limit_calculator.rb:255:in `update_fraud_limits'", "lib/limits/limit_calculator.rb:170:in `update_limits'", "app/models/concerns/user_limits.rt
mount"=>"300.00", "currency"=>"USD"}, "paypal_buy"=>{"amount"=>"40.00", "currency"=>"USD"}}, "new_limits"=>{"buy"=>{"amount"=>"10000.00",

8-06T23:02:52.286Z", "processingTimeMillis"=>4048, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 tz2o1v01h0PMj
8-06T23:02:53.500Z", "processingTimeMillis"=>5645, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 tz2o1v00Y2hsfZ

<u>EXHIBIT B - Coinbase Records</u>

jumio_country"=>"USA", "jumio_yob"=>1981, "age"=>36, "dob_year"=>1981, "account_age_from_creation"=>263, "country_code"=>"US", "email_de

-08-06T23:10:07.176Z", "processingTimeMillis"=>4051, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 tzA31v01i0X7l

3-06T23:10:09.484Z", "processingTimeMillis"=>4179, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 tzA51v01z14nED

jumio_country"=>"USA", "jumio_yob"=>1981, "age"=>36, "dob_year"=>1981, "account_age_from_creation"=>265, "country_code"=>"US", "email_de

ocation_type"=>"PostalCode", "street_line_1"=>nil, "street_line_2"=>nil, "city"=>"Orlando", "postal_code"=>"32828", "zip4"=>nil, "state_code"=>"FL

# EXHIBIT B - Coinbase Records

-08-08T23:10:45.364Z", "processingTimeMillis"=>4246, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 unAh1v02r0Fb

8-08T23:10:44.965Z", "processingTimeMillis"=>4563, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 unAh1v01L0YRR

08-08T23:10:45.565Z", "processingTimeMillis"=>4611, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 unAh1v03V14n

jumio_country"=>"USA", "jumio_yob"=>1981, "age"=>36, "dob_year"=>1981, "account_age_from_creation"=>265, "country_code"=>"US", "email_de

08T23:11:48.649Z", "processingTimeMillis"=>4213, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 unBl1v00n0PMjQ

land", "state"=>"FL", "zip"=>"33809", "country_code"=>"US"}

0186", "TransactionType"=>"RD", "OrderNumber"=>"REDACTED", "StrId"=>"4251324982", "RDID"=>"5251139102", "RequestType"=>"G", "MessageC

32c6601c8a1db3f8e01471d", "CardId"=>"312187803", "AcctNumber"=>"REDACTED", "AcctName"=>"REDACTED", "CreditCardType"=>"MD", "IssueC

7803", "Email"=>"REDACTED", "ZipCode"=>"REDACTED", "PhoneNumber"=>"REDACTED", "IsVerify"=>"1", "CVN"=>"REDACTED"}, "result"=>{"Mercha

jumio_country"=>"USA", "jumio_yob"=>1981, "age"=>36, "dob_year"=>1981, "account_age_from_creation"=>266, "country_code"=>"US", "email_de

7803", "Email"=>"REDACTED", "ZipCode"=>"REDACTED", "PhoneNumber"=>"REDACTED", "NarrativeStatement2"=>"REDACTED", "OrderNumber"=>"

7803", "Email"=>"REDACTED", "ZipCode"=>"REDACTED", "PhoneNumber"=>"REDACTED", "NarrativeStatement2"=>"REDACTED", "OrderNumber"=>"

jumio_country"=>"USA", "jumio_yob"=>1981, "age"=>36, "dob_year"=>1981, "account_age_from_creation"=>266, "country_code"=>"US", "email_de

jumio_country"=>"USA", "jumio_yob"=>1981, "age"=>36, "dob_year"=>1981, "account_age_from_creation"=>266, "country_code"=>"US", "email_de

# EXHIBIT B - Coinbase Records

ZipCode"=>"REDACTED", "PhoneNumber"=>"REDACTED", "NarrativeStatement1"=>"REDACTED", "OrderNumber"=>"DHX82ZOV"}, "result"=>{"Merch

3-09T23:55:26.591Z", "processingTimeMillis"=>4221, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 vBvP1v0081ZG1f

3-09T23:58:38.979Z", "processingTimeMillis"=>4429, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 vByb1v00Q2oM:

umio_country"=>"USA", "jumio_yob"=>1981, "age"=>36, "dob_year"=>1981, "account_age_from_creation"=>270, "country_code"=>"US", "email_de

umio_country"=>"USA", "jumio_yob"=>1981, "age"=>36, "dob_year"=>1981, "account_age_from_creation"=>270, "country_code"=>"US", "email_de

ZipCode"=>"REDACTED", "PhoneNumber"=>"REDACTED", "NarrativeStatement1"=>"REDACTED", "OrderNumber"=>"D9K5YM1W"}, "result"=>{"Merc

3-13T13:26:32.095Z", "processingTimeMillis"=>4336, "recipients"=>["jdove@totalonguardprotection.com"], "smtpResponse"=>"250 wdSU1v01T0Vq5

umio_country"=>"USA", "jumio_yob"=>1981, "age"=>36, "dob_year"=>1981, "account_age_from_creation"=>280, "country_code"=>"US", "email_de

# EXHIBIT B - Coinbase Records



# EXHIBIT B - Coinbase Records



Page 104 of 170

EXHIBIT B - Coinbase Records



Page 105 of 170

# EXHIBIT B - Coinbase Records

## EXHIBIT B - Coinbase Records

# EXHIBIT B - Coinbase Records



# EXHIBIT B - Coinbase Records



"primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at"=>"2016-11-16T05:58:26-08:00", "previous_buy_c

γ", "reportingMTA"=>"a11-11.smtp-out.amazonses.com"}}

"primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at"=>"2016-11-16T05:58:26-08:00", "previous_buy_c

"primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at"=>"2016-11-16T05:58:26-08:00", "previous_buy_c

cess", "tm_account_name_score"=>0, "tm_account_name_worst_score"=>0, "tm_agent_type"=>"browser_mobile", "tm_api_call_datetime_distance

# EXHIBIT B - Coinbase Records

entity/Location.547eda27-60a1-4bc9-a488-16acde5fec34.Durable.json?api_key=REDACTED", "type"=>"Location", "uuid"=>"547eda27-60a1-4bc9-a48
", "reportingMTA"=>"a11-49.smtp-out.amazonses.com"}}

'=>"Request Pending", "CustomerId"=>"582c6601c8a1db3f8e01471d", "OTT"=>"REDACTED", "OTTProcessURL"=>"https://ott9.wpstn.com/live/", "UT

'=>"Request Pending", "CustomerId"=>"582c6601c8a1db3f8e01471d", "OTT"=>"REDACTED", "OTTProcessURL"=>"https://ott9.wpstn.com/live/", "UT

"=>"BANK OF AMERICA, NATIONAL ASSO", "ExpDate"=>"REDACTED", "MasterId"=>"REDACTED", "OTT"=>"REDACTED", "OTTPostBackURL"=>"REDACT

"primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at"=>"2016-11-16T05:58:26-08:00", "previous_buy_cc

Id"=>"200186", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED", "IsVerify"=>"1", "CVN"=>"REDACTED"}, "result"=>{"MerchantId"=>"2001

Id"=>"200186", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED", "NarrativeStatement2"=>"REDACTED", "OrderNumber"=>"ZZ8EJ5ES"}, "r

Id"=>"200186", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED", "NarrativeStatement2"=>"REDACTED", "OrderNumber"=>"6P643TRE"}, '

"primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at"=>"2016-11-16T05:58:26-08:00", "previous_buy_cc

its"=>{"buy"=>{"amount"=>"10000.00", "currency"=>"USD"}, "sell"=>{"amount"=>"10000.00", "currency"=>"USD"}, "ach"=>{"amount"=>"2500.00", '

"primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at"=>"2016-11-16T05:58:26-08:00", "amount_cents"=

γ", "reportingMTA"=>"a11-40.smtp-out.amazonses.com"}}

"}, "sell"=>{"amount"=>"10000.00", "currency"=>"USD"}, "ach"=>{"amount"=>"5000.00", "currency"=>"USD"}, "instant_buy"=>{"amount"=>"0.00", "

', "reportingMTA"=>"a11-44.smtp-out.amazonses.com"}}

=>false, "primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at"=>"2016-11-16T05:58:26-08:00", "amount_

# EXHIBIT B - Coinbase Records

=>false, "primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at"=>"2016-11-16T05:58:26-08:00", "amount_

tId"=>"200186", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED", "NarrativeStatement1"=>"REDACTED", "OrderNumber"=>"O4XCPFPV"}

least 0.8 Years Ago", "EAStatusID"=>"2", "EAReasonID"=>"14", "EAAdviceID"=>"3", "EAAdvice"=>"Lower Fraud Risk", "EARiskBandID"=>"2", "EARiskB
=>false, "primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at"=>"2016-11-16T05:58:26-08:00", "amount_

", "reportingMTA"=>"a11-11.smtp-out.amazonses.com"}}

"reportingMTA"=>"a11-51.smtp-out.amazonses.com"}}

tId"=>"200186", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED", "NarrativeStatement1"=>"REDACTED", "OrderNumber"=>"UQZIAQPH"}

=>false, "primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at"=>"2016-11-16T05:58:26-08:00", "amount_

ry", "reportingMTA"=>"a11-47.smtp-out.amazonses.com"}}

# EXHIBIT B - Coinbase Records

", "reportingMTA"=>"a11-51.smtp-out.amazonses.com"}}

'=>"Request Pending", "CustomerId"=>"582c6601c8a1db3f8e01471d", "OTT"=>"REDACTED", "OTTProcessURL"=>"https://ott9.wpstn.com/live/", "UT

r"=>"CITIBANK N.A.", "ExpDate"=>"REDACTED", "MasterId"=>"REDACTED", "OTT"=>"REDACTED", "OTTPostBackURL"=>"REDACTED", "MessageCode'

ntId"=>"200186", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED", "IsVerify"=>"1", "CVN"=>"REDACTED"}, "result"=>{"MerchantId"=>"20(

=>false, "primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at"=>"2016-11-16T05:58:26-08:00", "amount_

ntId"=>"200186", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED", "NarrativeStatement2"=>"REDACTED", "OrderNumber"=>"4ZYPVDET"}

ntId"=>"200186", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED", "NarrativeStatement2"=>"REDACTED", "OrderNumber"=>"ZBOTL5KP"}

=>false, "primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at"=>"2016-11-16T05:58:26-08:00", "amount_

antId"=>"200186", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED", "NarrativeStatement1"=>"REDACTED", "OrderNumber"=>"G4Y6WET

=>false, "primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at"=>"2016-11-16T05:58:26-08:00", "amount_

ry", "reportingMTA"=>"a12-16.smtp-out.amazonses.com"}}

ry", "reportingMTA"=>"a11-53.smtp-out.amazonses.com"}}

antId"=>"200186", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED", "NarrativeStatement1"=>"REDACTED", "OrderNumber"=>"2WV1P14C

EXHIBIT B - Coinbase Records

=>false, "primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at"=>"2016-11-16T05:58:26-08:00", "amount_

", "reportingMTA"=>"a11-50.smtp-out.amazonses.com"}}

", "reportingMTA"=>"a11-43.smtp-out.amazonses.com"}}

, "reportingMTA"=>"a11-42.smtp-out.amazonses.com"}}

ery", "reportingMTA"=>"a11-39.smtp-out.amazonses.com"}}

ntId"=>"200186", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED", "NarrativeStatement1"=>"REDACTED", "OrderNumber"=>"OQGDVDJI
=>false, "primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at"=>"2016-11-16T05:58:26-08:00", "amount_

, "reportingMTA"=>"a11-43.smtp-out.amazonses.com"}}

, "reportingMTA"=>"a11-38.smtp-out.amazonses.com"}}

# EXHIBIT B - Coinbase Records

y", "reportingMTA"=>"a11-40.smtp-out.amazonses.com"}}


tId"=>"200186", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED", "NarrativeStatement1"=>"REDACTED", "OrderNumber"=>"ODX636A1"}
=>false, "primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at"=>"2016-11-16T05:58:26-08:00", "amount_


", "remoteMtaIp"=>"66.96.140.122", "reportingMTA"=>"a11-23.smtp-out.amazonses.com"}}


'", "remoteMtaIp"=>"66.96.140.123", "reportingMTA"=>"a11-10.smtp-out.amazonses.com"}}


=>false, "primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at"=>"2016-11-16T05:58:26-08:00", "amount_


'", "remoteMtaIp"=>"66.96.140.123", "reportingMTA"=>"a11-26.smtp-out.amazonses.com"}}


tId"=>"200186", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED", "NarrativeStatement1"=>"REDACTED", "OrderNumber"=>"G3LI71M6"},


=>false, "primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at"=>"2016-11-16T05:58:26-08:00", "amount_


y", "remoteMtaIp"=>"66.96.140.123", "reportingMTA"=>"a11-12.smtp-out.amazonses.com"}}

# EXHIBIT B - Coinbase Records



"remoteMtaIp"=>"66.96.140.122", "reportingMTA"=>"a11-45.smtp-out.amazonses.com"}}

, "remoteMtaIp"=>"66.96.140.122", "reportingMTA"=>"a11-10.smtp-out.amazonses.com"}}

tId"=>"200186", "UserName"=>"REDACTED", "UserPassword"=>"REDACTED", "NarrativeStatement1"=>"REDACTED", "OrderNumber"=>"UEOI59YF"},
=>false, "primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at"=>"2016-11-16T05:58:26-08:00", "amount_

, "remoteMtaIp"=>"66.96.140.123", "reportingMTA"=>"a11-130.smtp-out.amazonses.com"}}

, "remoteMtaIp"=>"66.96.140.122", "reportingMTA"=>"a11-48.smtp-out.amazonses.com"}}

n01 mail accepted for delivery", "remoteMtaIp"=>"66.96.140.122", "reportingMTA"=>"a11-26.smtp-out.amazonses.com"}}

# EXHIBIT B - Coinbase Records

livery_disabled"=>false, "stalled_transfers"=>false, "primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at"
livery_disabled"=>false, "stalled_transfers"=>false, "primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at"
:68:in `update_limits'", "app/models/concerns/user_limits.rb:79:in `run_raise_limits_check'", "app/jobs/raise_limit_job.rb:14:in `block in perform'",
:68:in `update_limits'", "app/models/concerns/user_limits.rb:79:in `run_raise_limits_check'", "app/jobs/raise_limit_job.rb:14:in `block in perform'", '
 "currency"=>"USD"}, "sell"=>{"amount"=>"10000.00", "currency"=>"USD"}, "ach"=>{"amount"=>"5000.00", "currency"=>"USD"}, "instant_buy"=>{"a

Qe01 mail accepted for delivery", "remoteMtaIp"=>"66.96.140.122", "reportingMTA"=>"a11-18.smtp-out.amazonses.com"}}
A01 mail accepted for delivery", "remoteMtaIp"=>"66.96.140.123", "reportingMTA"=>"a11-125.smtp-out.amazonses.com"}}

# EXHIBIT B - Coinbase Records



livery_disabled"=>false, "stalled_transfers"=>false, "primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at":

SE01 mail accepted for delivery", "remoteMtaIp"=>"66.96.140.122", "reportingMTA"=>"a11-24.smtp-out.amazonses.com"}}
A01 mail accepted for delivery", "remoteMtaIp"=>"66.96.140.122", "reportingMTA"=>"a11-50.smtp-out.amazonses.com"}}

livery_disabled"=>false, "stalled_transfers"=>false, "primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at":

, "country_code"=>"US", "lat_long"=>{"latitude"=>28.5404, "longitude"=>-81.1664, "accuracy"=>"PostalCode"}, "is_active"=>nil, "delivery_point"=>n

# EXHIBIT B - Coinbase Records

hP201 mail accepted for delivery", "remoteMtaIp"=>"66.96.140.122", "reportingMTA"=>"a11-12.smtp-out.amazonses.com"}}

tmW01 mail accepted for delivery", "remoteMtaIp"=>"66.96.140.122", "reportingMTA"=>"a11-25.smtp-out.amazonses.com"}}

EDA01 mail accepted for delivery", "remoteMtaIp"=>"66.96.140.122", "reportingMTA"=>"a11-50.smtp-out.amazonses.com"}}

livery_disabled"=>false, "stalled_transfers"=>false, "primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at"

e01 mail accepted for delivery", "remoteMtaIp"=>"66.96.140.123", "reportingMTA"=>"a11-18.smtp-out.amazonses.com"}}

ode"=>"7050", "Message"=>"Request Pending", "CustomerId"=>"582c6601c8a1db3f8e01471d", "OTT"=>"REDACTED", "OTTProcessURL"=>"https://o

ountry"=>"US", "CardIssuer"=>"BANK OF AMERICA, NATIONAL ASSO", "ExpDate"=>"REDACTED", "MasterId"=>"REDACTED", "OTT"=>"REDACTED", "OT

ntId"=>"200186", "TransactionType"=>"PT", "OrderNumber"=>"9757108954", "StrId"=>"11764481452", "PTTID"=>"REDACTED", "MOP"=>"CC", "Cur

livery_disabled"=>false, "stalled_transfers"=>false, "primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at"

OL4RCS8U"}, "result"=>{"MerchantId"=>"200186", "TransactionType"=>"PT", "OrderNumber"=>"OL4RCS8U", "StrId"=>"11764481492", "PTTID"=>"RE

M4EPRHI0"}, "result"=>{"MerchantId"=>"200186", "TransactionType"=>"PT", "OrderNumber"=>"M4EPRHI0", "StrId"=>"11542811165", "PTTID"=>"RE

livery_disabled"=>false, "stalled_transfers"=>false, "primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at"

livery_disabled"=>false, "stalled_transfers"=>false, "primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at"

# EXHIBIT B - Coinbase Records

hantId"=>"200186", "TransactionType"=>"PT", "OrderNumber"=>"DHX82ZOV", "StrId"=>"11764781502", "PTTID"=>"REDACTED", "MOP"=>"CC", "Curr

f201 mail accepted for delivery", "remoteMtaIp"=>"66.96.140.123", "reportingMTA"=>"a11-72.smtp-out.amazonses.com"}}

1EW01 mail accepted for delivery", "remoteMtaIp"=>"66.96.140.123", "reportingMTA"=>"a11-130.smtp-out.amazonses.com"}}

livery_disabled"=>false, "stalled_transfers"=>false, "primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at":

livery_disabled"=>false, "stalled_transfers"=>false, "primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at":

hantId"=>"200186", "TransactionType"=>"PT", "OrderNumber"=>"D9K5YM1W", "StrId"=>"11556685585", "PTTID"=>"REDACTED", "MOP"=>"CC", "Cu

55y01 mail accepted for delivery", "remoteMtaIp"=>"66.96.140.122", "reportingMTA"=>"a11-23.smtp-out.amazonses.com"}}

livery_disabled"=>false, "stalled_transfers"=>false, "primary_source_of_funds"=>nil, "current_employer"=>nil, "current_job_title"=>nil, "created_at":

# EXHIBIT B - Coinbase Records



# EXHIBIT B - Coinbase Records



# EXHIBIT B - Coinbase Records



# EXHIBIT B - Coinbase Records

EXHIBIT B - Coinbase Records



## EXHIBIT B - Coinbase Records



# EXHIBIT B - Coinbase Records



ount"=>0, "buy_count"=>0, "previous_buy_volume_cents"=>0, "buy_volume_in_usd"=>0, "previous_buy_volume_btc"=>0.0, "previous_sell_count"=:

ount"=>0, "buy_count"=>0, "previous_buy_volume_cents"=>0, "buy_volume_in_usd"=>0, "previous_buy_volume_btc"=>0.0, "previous_sell_count"=:

ount"=>0, "buy_count"=>0, "previous_buy_volume_cents"=>0, "buy_volume_in_usd"=>0, "previous_buy_volume_btc"=>0.0, "previous_sell_count"=:
:"=>0, "tm_api_call_datetime"=>"2016-11-16 13:59:58.065", "tm_api_version"=>"7.5", "tm_browser"=>"Safari", "tm_browser_language"=>"en-us", "

# EXHIBIT B - Coinbase Records

38-16acde5fec34", "durability"=>"Durable"}, "type"=>"Address", "valid_for"=>nil, "legal_entities_at"=>nil, "city"=>"Lakeland", "postal_code"=>"33809

C"=>"20161116140116"}}

C"=>"20161116140611"}}

ED", "MessageCode"=>"7102", "Message"=>"Customer Information Added", "UTC"=>"20161116140645"}}

ount"=>0, "buy_count"=>0, "previous_buy_volume_cents"=>0, "buy_volume_in_usd"=>0, "previous_buy_volume_btc"=>0.0, "previous_sell_count"=>

186", "TransactionType"=>"PT", "OrderNumber"=>"8262899799", "StrId"=>"8653254204", "PTTID"=>"REDACTED", "MOP"=>"CC", "CurrencyId"=>"84(

result"=>{"MerchantId"=>"200186", "TransactionType"=>"PT", "OrderNumber"=>"ZZ8EJ5ES", "StrId"=>"8551685483", "PTTID"=>"REDACTED", "MOP"

result"=>{"MerchantId"=>"200186", "TransactionType"=>"PT", "OrderNumber"=>"6P643TRE", "StrId"=>"8653255194", "PTTID"=>"REDACTED", "MO

ount"=>0, "buy_count"=>0, "previous_buy_volume_cents"=>0, "buy_volume_in_usd"=>0, "previous_buy_volume_btc"=>0.0, "previous_sell_count"=>

currency"=>"USD"}, "instant_buy"=>{"amount"=>"0.00", "currency"=>"USD"}, "credit_debit_card"=>{"amount"=>"100.00", "currency"=>"USD"}, "exc
=>208, "amount_btc"=>0.0027088, "denominated_in_btc"=>false, "creator_auth_type"=>"oauth", "payment_method_type"=>"CreditDebitCard", "pa

currency"=>"USD"}, "credit_debit_card"=>{"amount"=>"300.00", "currency"=>"USD"}, "exchange_withdraw"=>{"amount"=>"10000.00", "currency"=>

cents"=>208, "amount_btc"=>0.0027088, "denominated_in_btc"=>false, "creator_auth_type"=>"oauth", "payment_method_type"=>"CreditDebitCa

# EXHIBIT B - Coinbase Records



_cents"=>208, "amount_btc"=>0.0027088, "denominated_in_btc"=>false, "creator_auth_type"=>"oauth", "payment_method_type"=>"CreditDebitCa

, "result"=>{"MerchantId"=>"200186", "TransactionType"=>"PT", "OrderNumber"=>"O4XCPFPV", "StrId"=>"8466394245", "PTTID"=>"REDACTED", "M

and"=>"Fraud Score 101 to 300", "source_industry"=>"", "fraud_type"=>"", "dob"=>"", "gender"=>"male", "location"=>"", "smfriends"=>"", "totalhits'
_cents"=>5200, "amount_btc"=>0.06791237, "denominated_in_btc"=>false, "creator_auth_type"=>"oauth", "payment_method_type"=>"CreditDebit

, "result"=>{"MerchantId"=>"200186", "TransactionType"=>"PT", "OrderNumber"=>"UQZIAQPH", "StrId"=>"8658129564", "PTTID"=>"REDACTED", "M

_cents"=>6239, "amount_btc"=>0.08068969, "denominated_in_btc"=>false, "creator_auth_type"=>"oauth", "payment_method_type"=>"CreditDebit

# EXHIBIT B - Coinbase Records

˜C"=>"20161117220805"}}

'=>"7102", "Message"=>"Customer Information Added", "UTC"=>"20161117220809"}}
0186", "TransactionType"=>"PT", "OrderNumber"=>"5166106346", "StrId"=>"8556732483", "PTTID"=>"REDACTED", "MOP"=>"CC", "CurrencyId"=>"8

_cents"=>6239, "amount_btc"=>0.08068969, "denominated_in_btc"=>false, "creator_auth_type"=>"oauth", "payment_method_type"=>"CreditDebit

}, "result"=>{"MerchantId"=>"200186", "TransactionType"=>"PT", "OrderNumber"=>"4ZYPVDET", "StrId"=>"8471410665", "PTTID"=>"REDACTED", "M

}, "result"=>{"MerchantId"=>"200186", "TransactionType"=>"PT", "OrderNumber"=>"ZBOTL5KP", "StrId"=>"8658301214", "PTTID"=>"REDACTED", "M

_cents"=>6239, "amount_btc"=>0.08068969, "denominated_in_btc"=>false, "creator_auth_type"=>"oauth", "payment_method_type"=>"CreditDebit

˜J"}, "result"=>{"MerchantId"=>"200186", "TransactionType"=>"PT", "OrderNumber"=>"G4Y6WETJ", "StrId"=>"8471417755", "PTTID"=>"REDACTED",

_cents"=>10399, "amount_btc"=>0.13464113, "denominated_in_btc"=>false, "creator_auth_type"=>"oauth", "payment_method_type"=>"CreditDeb

˜"}, "result"=>{"MerchantId"=>"200186", "TransactionType"=>"PT", "OrderNumber"=>"2WV1P14O", "StrId"=>"8471535635", "PTTID"=>"REDACTED",



# EXHIBIT B - Coinbase Records

_cents"=>1040, "amount_btc"=>0.01347359, "denominated_in_btc"=>false, "creator_auth_type"=>"oauth", "payment_method_type"=>"CreditDebit

и"}, "result"=>{"MerchantId"=>"200186", "TransactionType"=>"PT", "OrderNumber"=>"OQGDVDJM", "StrId"=>"8560231803", "PTTID"=>"REDACTED
_cents"=>3120, "amount_btc"=>0.04014571, "denominated_in_btc"=>false, "creator_auth_type"=>"oauth", "payment_method_type"=>"CreditDebit

# EXHIBIT B - Coinbase Records



, "result"=>{"MerchantId"=>"200186", "TransactionType"=>"PT", "OrderNumber"=>"ODX636A1", "StrId"=>"8842700904", "PTTID"=>"REDACTED", "M
_cents"=>2080, "amount_btc"=>0.02055072, "denominated_in_btc"=>false, "creator_auth_type"=>"oauth", "payment_method_type"=>"CreditDebit

_cents"=>781, "amount_btc"=>0.00803213, "denominated_in_btc"=>false, "creator_auth_type"=>"oauth", "payment_method_type"=>"CoinbaseFiat

, "result"=>{"MerchantId"=>"200186", "TransactionType"=>"PT", "OrderNumber"=>"G3LI71M6", "StrId"=>"8881381064", "PTTID"=>"REDACTED", "M

_cents"=>4382, "amount_btc"=>0.05, "denominated_in_btc"=>true, "creator_auth_type"=>"oauth", "payment_method_type"=>"CreditDebitCard", "

# EXHIBIT B - Coinbase Records



"result"=>{"MerchantId"=>"200186", "TransactionType"=>"PT", "OrderNumber"=>"UEOI59YF", "StrId"=>"8874180173", "PTTID"=>"REDACTED", "MC_cents"=>4153, "amount_btc"=>0.04, "denominated_in_btc"=>true, "creator_auth_type"=>"oauth", "payment_method_type"=>"CreditDebitCard", "

# EXHIBIT B - Coinbase Records

=>"2016-11-16T05:58:26-08:00", "buy_count"=>9, "buy_volume_in_any_currency"=>373.94, "sell_count"=>1, "sell_volume_in_any_currency"=>7.88
=>"2016-11-16T05:58:26-08:00", "buy_count"=>9, "buy_volume_in_any_currency"=>373.94, "sell_count"=>1, "sell_volume_in_any_currency"=>7.88
"config/initializers/master_lock.rb:31:in `synchronize_with_tracking'", "app/jobs/raise_limit_job.rb:8:in `perform'", "lib/sidekiq/middleware/server/lo
'config/initializers/master_lock.rb:31:in `synchronize_with_tracking'", "app/jobs/raise_limit_job.rb:8:in `perform'", "lib/sidekiq/middleware/server/lo
mount"=>"0.00", "currency"=>"USD"}, "credit_debit_card"=>{"amount"=>"500.00", "currency"=>"USD"}, "exchange_withdraw"=>{"amount"=>"1000

EXHIBIT B - Coinbase Records



=>"2016-11-16T05:58:26-08:00", "buy_count"=>9, "buy_volume_in_any_currency"=>373.94, "sell_count"=>1, "sell_volume_in_any_currency"=>7.88

=>"2016-11-16T05:58:26-08:00", "buy_count"=>9, "buy_volume_in_any_currency"=>373.94, "sell_count"=>1, "sell_volume_in_any_currency"=>7.88

nil, "link_to_person_start_date"=>nil}], "historical_addresses"=>[], "associated_people"=>[], "alternate_phones"=>[], "error"=>nil, "warnings"=>[]}}

# EXHIBIT B - Coinbase Records

=>"2016-11-16T05:58:26-08:00", "buy_count"=>9, "buy_volume_in_any_currency"=>373.94, "sell_count"=>1, "sell_volume_in_any_currency"=>7.88

tt9.wpstn.com/live/", "UTC"=>"20170809214816"}}

‾TPostBackURL"=>"REDACTED", "MessageCode"=>"7102", "Message"=>"Customer Information Added ", "UTC"=>"20170809214817"}}
rencyId"=>"840", "Amount"=>"1.00", "AuthCode"=>"154582", "RequestType"=>"A", "MessageCode"=>"2100", "Message"=>"Transaction Approved",

=>"2016-11-16T05:58:26-08:00", "buy_count"=>9, "buy_volume_in_any_currency"=>373.94, "sell_count"=>1, "sell_volume_in_any_currency"=>7.88

:DACTED", "MOP"=>"CC", "CurrencyId"=>"840", "Amount"=>"1.39", "AuthCode"=>"154284", "RequestType"=>"A", "MessageCode"=>"2100", "Messa

:DACTED", "MOP"=>"CC", "CurrencyId"=>"840", "Amount"=>"1.18", "AuthCode"=>"154188", "RequestType"=>"A", "MessageCode"=>"2100", "Messa

=>"2016-11-16T05:58:26-08:00", "buy_count"=>9, "buy_volume_in_any_currency"=>373.94, "sell_count"=>1, "sell_volume_in_any_currency"=>7.88

=>"2016-11-16T05:58:26-08:00", "buy_count"=>10, "buy_volume_in_any_currency"=>510.19, "sell_count"=>1, "sell_volume_in_any_currency"=>7.8

# EXHIBIT B - Coinbase Records

encyId"=>"840", "Amount"=>"136.25", "AuthCode"=>"105158", "RequestType"=>"S", "MessageCode"=>"2100", "Message"=>"Transaction Approved



=>"2016-11-16T05:58:26-08:00", "buy_count"=>10, "buy_volume_in_any_currency"=>510.19, "sell_count"=>2, "sell_volume_in_any_currency"=>87.

=>"2016-11-16T05:58:26-08:00", "buy_count"=>11, "buy_volume_in_any_currency"=>633.55, "sell_count"=>2, "sell_volume_in_any_currency"=>87.

urrencyId"=>"840", "Amount"=>"123.36", "AuthCode"=>"162964", "RequestType"=>"S", "MessageCode"=>"2100", "Message"=>"Transaction Approve

=>"2016-11-16T05:58:26-08:00", "buy_count"=>11, "buy_volume_in_any_currency"=>633.55, "sell_count"=>3, "sell_volume_in_any_currency"=>20(

# EXHIBIT B - Coinbase Records



# EXHIBIT B - Coinbase Records



## EXHIBIT B - Coinbase Records



# EXHIBIT B - Coinbase Records

# EXHIBIT B - Coinbase Records

Page 141 of 170

# EXHIBIT B - Coinbase Records



# EXHIBIT B - Coinbase Records



>0, "sell_count"=>0, "previous_sell_volume_cents"=>0, "previous_sell_volume_btc"=>0.0, "plaid_name_data"=>"", "plaid_email_domain"=>"", "plaid

>0, "sell_count"=>0, "previous_sell_volume_cents"=>0, "previous_sell_volume_btc"=>0.0, "plaid_name_data"=>"", "plaid_email_domain"=>"", "plaid

>0, "sell_count"=>0, "previous_sell_volume_cents"=>0, "previous_sell_volume_btc"=>0.0, "plaid_name_data"=>"", "plaid_email_domain"=>"", "plaid
tm_browser_string"=>"Mozilla/5.0 (iPhone; CPU iPhone OS 10_0_1 like Mac OS X) AppleWebKit/602.1.50 (KHTML, like Gecko) Version/10.0 Mobile/1

## EXHIBIT B - Coinbase Records

", "zip4"=>"6612", "state_code"=>"FL", "country_code"=>"US", "address"=>"721 Powder Horn Row, Lakeland FL 33809-6612", "house"=>"721", "stre

>0, "sell_count"=>0, "previous_sell_volume_cents"=>0, "previous_sell_volume_btc"=>0.0, "primary_phone_number"=>"4074011005", "primary_pho

)", "Amount"=>"1.00", "AuthCode"=>"160774", "RequestType"=>"A", "MessageCode"=>"2100", "Message"=>"Transaction Approved", "CVNMessag

'=>"CC", "CurrencyId"=>"840", "Amount"=>"1.52", "AuthCode"=>"150774", "RequestType"=>"A", "MessageCode"=>"2100", "Message"=>"Transactio

P"=>"CC", "CurrencyId"=>"840", "Amount"=>"1.80", "AuthCode"=>"170070", "RequestType"=>"A", "MessageCode"=>"2100", "Message"=>"Transacti

>0, "sell_count"=>0, "previous_sell_volume_cents"=>0, "previous_sell_volume_btc"=>0.0, "primary_phone_number"=>"4074011005", "primary_pho

change_withdraw"=>{"amount"=>"10000.00", "currency"=>"USD"}, "widget_instant_buy"=>{"amount"=>"6.00", "currency"=>"USD"}, "paypal_buy"=>
ayment_method_currency"=>"usd", "payment_method_issue_country"=>"US", "previous_buy_count"=>0, "buy_count"=>0, "previous_buy_volume_c

>"USD"}, "widget_instant_buy"=>{"amount"=>"6.00", "currency"=>"USD"}, "paypal_buy"=>{"amount"=>"40.00", "currency"=>"USD"}}, "fraud_score_
rd", "payment_method_currency"=>"usd", "payment_method_issue_country"=>"US", "previous_buy_count"=>0, "buy_count"=>0, "previous_buy_vo

# EXHIBIT B - Coinbase Records

rd", "payment_method_currency"=>"usd", "payment_method_issue_country"=>"US", "previous_buy_count"=>0, "buy_count"=>0, "previous_buy_vo

IOP"=>"CC", "CurrencyId"=>"840", "Amount"=>"52.00", "AuthCode"=>"131674", "RequestType"=>"S", "MessageCode"=>"2100", "Message"=>"Transa

"=>"1", "uniquehits"=>"1", "imageurl"=>"", "emailExists"=>"Yes", "domainExists"=>"Yes", "company"=>"", "title"=>"", "domainname"=>"totalonguard

Card", "payment_method_currency"=>"usd", "payment_method_issue_country"=>"US", "previous_buy_count"=>0, "buy_count"=>0, "previous_buy_



IOP"=>"CC", "CurrencyId"=>"840", "Amount"=>"62.39", "AuthCode"=>"121300", "RequestType"=>"S", "MessageCode"=>"2100", "Message"=>"Trans

Card", "payment_method_currency"=>"usd", "payment_method_issue_country"=>"US", "previous_buy_count"=>1, "buy_count"=>1, "previous_buy_

# EXHIBIT B - Coinbase Records



40", "Amount"=>"1.00", "AuthCode"=>"302936", "RequestType"=>"A", "MessageCode"=>"2100", "Message"=>"Transaction Approved", "CVNMessage

Card", "payment_method_currency"=>"usd", "payment_method_issue_country"=>"US", "previous_buy_count"=>2, "buy_count"=>2, "previous_buy_

IOP"=>"CC", "CurrencyId"=>"840", "Amount"=>"1.75", "AuthCode"=>"331156", "RequestType"=>"A", "MessageCode"=>"2100", "Message"=>"Transa

IOP"=>"CC", "CurrencyId"=>"840", "Amount"=>"1.19", "AuthCode"=>"346306", "RequestType"=>"A", "MessageCode"=>"2100", "Message"=>"Transa

Card", "payment_method_currency"=>"usd", "payment_method_issue_country"=>"US", "previous_buy_count"=>2, "buy_count"=>2, "previous_buy_

"MOP"=>"CC", "CurrencyId"=>"840", "Amount"=>"103.99", "AuthCode"=>"650536", "RequestType"=>"S", "MessageCode"=>"2100", "Message"=>"T

itCard", "payment_method_currency"=>"usd", "payment_method_issue_country"=>"US", "previous_buy_count"=>2, "buy_count"=>2, "previous_buy_

, "MOP"=>"CC", "CurrencyId"=>"840", "Amount"=>"10.40", "AuthCode"=>"074786", "RequestType"=>"S", "MessageCode"=>"2100", "Message"=>"Tr

# EXHIBIT B - Coinbase Records

Card", "payment_method_currency"=>"usd", "payment_method_issue_country"=>"US", "previous_buy_count"=>3, "buy_count"=>3, "previous_buy_

", "MOP"=>"CC", "CurrencyId"=>"840", "Amount"=>"31.20", "AuthCode"=>"876296", "RequestType"=>"S", "MessageCode"=>"2100", "Message"=>"T
Card", "payment_method_currency"=>"usd", "payment_method_issue_country"=>"US", "previous_buy_count"=>4, "buy_count"=>4, "previous_buy_

## EXHIBIT B - Coinbase Records

MOP"=>"CC", "CurrencyId"=>"840", "Amount"=>"20.80", "AuthCode"=>"184218", "RequestType"=>"S", "MessageCode"=>"2100", "Message"=>"Trans
Card", "payment_method_currency"=>"usd", "payment_method_issue_country"=>"US", "previous_buy_count"=>5, "buy_count"=>5, "previous_buy_

Account", "payment_method_currency"=>"usd", "previous_buy_count"=>6, "buy_count"=>6, "previous_buy_volume_cents"=>28078.0, "buy_volum

OP"=>"CC", "CurrencyId"=>"840", "Amount"=>"43.82", "AuthCode"=>"191960", "RequestType"=>"S", "MessageCode"=>"2100", "Message"=>"Transa

payment_method_currency"=>"usd", "payment_method_issue_country"=>"US", "previous_buy_count"=>7, "buy_count"=>7, "previous_buy_volume

# EXHIBIT B - Coinbase Records



OP"=>"CC", "CurrencyId"=>"840", "Amount"=>"41.53", "AuthCode"=>"192800", "RequestType"=>"S", "MessageCode"=>"2100", "Message"=>"Transac
payment_method_currency"=>"usd", "payment_method_issue_country"=>"US", "previous_buy_count"=>9, "buy_count"=>9, "previous_buy_volume

# EXHIBIT B - Coinbase Records

, "time_signup_to_first_buy"=>-0.3094986111111111, "average_buy_in_any_currency"=>41.54888888888889, "buy_amount_variance"=>886.7262€

, "time_signup_to_first_buy"=>-0.3094986111111111, "average_buy_in_any_currency"=>41.54888888888889, "buy_amount_variance"=>886.7262€

ogging.rb:23:in `block in call'", "lib/sidekiq/middleware/server/logging.rb:22:in `call'", "app/middleware/non_r

ogging.rb:23:in `block in call'", "lib/sidekiq/middleware/server/logging.rb:22:in `call'", "app/middleware/non_re

0.00", "currency"=>"USD"}, "widget_instant_buy"=>{"amount"=>"500.00", "currency"=>"USD"}, "paypal_buy"=>{"amount"=>"40.00", "currency"=>"L

<u>EXHIBIT B - Coinbase Records</u>

, "time_signup_to_first_buy"=>-0.3094986111111111, "average_buy_in_any_currency"=>41.54888888888889, "buy_amount_variance"=>886.72626



, "time_signup_to_first_buy"=>-0.3094986111111111, "average_buy_in_any_currency"=>41.54888888888889, "buy_amount_variance"=>886.72626

# EXHIBIT B - Coinbase Records

, "time_signup_to_first_buy"=>-0.3094986111111111, "average_buy_in_any_currency"=>41.54888888888889, "buy_amount_variance"=>886.72626

"CVNMessageCode"=>"2", "CVNMessage"=>"No Data Matched", "CVNMatch"=>"9", "AddressMatch"=>"9", "PostalCodeMatch"=>"1"}}

, "time_signup_to_first_buy"=>-0.3094986111111111, "average_buy_in_any_currency"=>41.54888888888889, "buy_amount_variance"=>886.72626

ge"=>"Transaction Approved"}}

ge"=>"Transaction Approved"}}

, "time_signup_to_first_buy"=>-0.3094986111111111, "average_buy_in_any_currency"=>41.54888888888889, "buy_amount_variance"=>886.72626

8, "time_signup_to_first_buy"=>-0.3094986111111111, "average_buy_in_any_currency"=>51.019, "buy_amount_variance"=>1685.0311655555556,

<u>EXHIBIT B - Coinbase Records</u>

"}}



.24, "time_signup_to_first_buy"=>-0.3094986111111111, "average_buy_in_any_currency"=>51.019, "buy_amount_variance"=>1685.03116555555€

.24, "time_signup_to_first_buy"=>-0.3094986111111111, "average_buy_in_any_currency"=>57.59545454545455, "buy_amount_variance"=>1992.27

ed"}}

5.25, "time_signup_to_first_buy"=>-0.3094986111111111, "average_buy_in_any_currency"=>57.59545454545455, "buy_amount_variance"=>1992.2

# EXHIBIT B - Coinbase Records



# EXHIBIT B - Coinbase Records



EXHIBIT B - Coinbase Records



EXHIBIT B - Coinbase Records

## EXHIBIT B - Coinbase Records



# EXHIBIT B - Coinbase Records

# EXHIBIT B - Coinbase Records



l_email_data"=>"", "plaid_pho

l_email_data"=>"", "plaid_pho

l_email_data"=>"", "plaid_pho
l4A403 Safari/602.1", "tm_browser_string_hash"=>"c9bc8e0c1f81920fabe0

<u>EXHIBIT B - Coinbase Records</u>

eet_name"=>"Powder Horn", "street_type"

ne_type"=>"cellphone", "primary_p

Code"=>"3", "CVNMessage"=>"Address Match only", "CVNMatch"=>"9", "AddressMatch"=>"1", "Pos

n Approved"}}

ion Approved"}}

ne_type"=>"cellphone", "primary_p

>{"amount"=>"40.00", "currency"=>"USD"}}, "fraud_sco

cents"=>0, "buy_volume_in_usd"=>0, "prev

set"=>{"_composite"=>0.15, "_composite_type"=>:"max

olume_cents"=>0, "buy_volume_in_usd"=>0, "pr

<u>EXHIBIT B - Coinbase Records</u>

olume_cents"=>0, "buy_volume_in_usd"=>0, "pr

action Approved"}}

lprotection.com", "domaincomp
_volume_cents"=>0, "buy_volume_in_usd"=>0, "



action Approved"}}

_volume_cents"=>5200.0, "buy_volume_in_usd"=

<u>EXHIBIT B - Coinbase Records</u>

eCode"=>"3", "CVNMessage"=>"Address Match only", "CVNMatch"=>"9", "AddressMatch"=>"1", "Po



_volume_cents"=>11439.0, "buy_volume_in_usd"

ction Approved"}}

ction Approved"}}

_volume_cents"=>11439.0, "buy_volume_in_usd"

ransaction Approved"}}

y_volume_cents"=>11439.0, "buy_volume_in_usd

ansaction Approved"}}

# EXHIBIT B - Coinbase Records

_volume_cents"=>21838.0, "buy_volume_in_usd"

ransaction Approved"}}
_volume_cents"=>22878.0, "buy_volume_in_usd"

# EXHIBIT B - Coinbase Records



saction Approved"}}

_volume_cents"=>25998.0, "buy_volume_in_usd"

e_in_usd"=>280.78, "previous_buy_volume_btc"

iction Approved"}}

_cents"=>28859.0, "buy_volume_in_usd"=>288.5

# EXHIBIT B - Coinbase Records



:tion Approved"}}
_cents"=>37394, "previous_buy_volume_btc"=>0

# EXHIBIT B - Coinbase Records

511111111, "average_sell_in_any_currency"=>7.8
511111111, "average_sell_in_any_currency"=>7.8


JSD"}}, "fraud_score_set"=>{"_composite"=>0.04, "_com

# EXHIBIT B - Coinbase Records

511111111, "average_sell_in_any_currency"=>7.8



511111111, "average_sell_in_any_currency"=>7.8

# EXHIBIT B - Coinbase Records

511111111, "average_sell_in_any_currency"=>7.8

511111111, "average_sell_in_any_currency"=>7.8

511111111, "average_sell_in_any_currency"=>7.8

"average_sell_in_any_currency"=>7.88, "pm_cu

## EXHIBIT B - Coinbase Records



5, "average_sell_in_any_currency"=>43.62, "pm_

753472727272, "average_sell_in_any_currency"=>

2753472727272, "average_sell_in_any_currency"=