UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

     v.                            CASE NO. 8:19-cr-33-T-36CPT

JACK R. DOVE, III

### UNOPPOSED MOTION TO CONTINUE HEARING

The United States of America requests, pursuant to Fed. R. Crim. P. 12(b), that this Court briefly continue the hearing in this case now set for Thursday, February 5, 2020, at 2:00 p.m., and in support of its motion states as follows:

1.      On or about December 3, 2018, HSI arrested Dove pursuant to a criminal complaint charging him with receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2), and possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B). Doc. 1.

2.      Dove appeared for an initial appearance on December 3, 2018, and the court granted conditions of release pending trial. Docs. 3,11.

3.      On or about January 29, 2019, a federal grand jury charged Dove in a two-count indictment. Doc. 17. Count One charges Dove with receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2). Doc. 17. Count

Two charges Dove with possession of child pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2). Doc. 17.

4.      On or about January 3, 2020, Dove filed the instant Motion. Doc. 83.

5.      On or about January 27, 2020, the United States filed its response in opposition to Dove's motion. Doc. 93.

6.      On January 29, 2020, the court scheduled a hearing on Dove's motion for February 6, 2020. Doc. 94.

7.      The undersigned has a scheduling conflict at 2:00 p.m. on February 6, 2020 and will be at initial appearances on other unrelated cases.

8.      The undersigned has consulted with counsel for the defendant and he is not available at any other time on February 6, 2020, but does not oppose the United States' request for a brief continuance to the week of February 10, 2020.

9.      Should the court have availability, the parties are available on Tuesday, February 11, 2020.

WHEREFORE, the United States requests a brief continuance of

Dove's hearing to the week of February 10, 2020.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:    /s/ Lisa M. Thelwell
       Lisa M. Thelwell
       Assistant United States Attorney
       Florida Bar No. 100809
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: lisa.thelwell@usdoj.gov

**U.S. v. Dove**                                        **Case No. 8:19-cr-33-T-36CPT**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 5, 2020, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system, which

will send a notice of electronic filing to the following:

Timothy J. Fitzgerald, Esq.

*/s/ Lisa M. Thelwell*
Lisa M. Thelwell
Assistant United States Attorney
Florida Bar No. 100809
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: lisa.thelwell@usdoj.gov
