UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO.: | 8:19-cr-33-T-36CPT | DATE: | February 18, 2020 |
|---|---|---|---|
| **HONORABLE CHRISTOPHER P. TUITE** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACK R. DOVE, III | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Lisa Thelwell, AUSA | |
| | | **DEFENSE COUNSEL**<br>Tim Fitzgerald, Retained | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Lisa Bingham |
| **TIME:** 2:06 p.m. – 4:06 p.m. | **TOTAL: 2 hours** | **COURTROOM:** | 12B |

**PROCEEDINGS:   MOTION HEARING**

The Court hears oral argument re: Defendant's Motion for a Franks Hearing (Doc. 83).

For the reasons stated on the record, the Court directs the government to exam the case file and discuss with the agent if they have the information desired by defense.   The Court continues this matter for February 25, 2020, at 9:30 a.m.