**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| **CASE NO.:** | 8:19-cr-33-T-36CPT | **DATE:** | February 25, 2020 |
|---|---|---|---|
| **HONORABLE CHRISTOPHER P. TUITE** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACK R. DOVE, III | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Lisa Thelwell, AUSA | |
| | | **DEFENSE COUNSEL**<br>Tim Fitzgerald, Retained | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Lisa Bingham |
| **TIME:** 9:46 a.m. – 9:51 a.m. | **TOTAL:** 5 min. | **COURTROOM:** | 12B |

**PROCEEDINGS:**   MOTION HEARING

This hearing is continued from February 18, 2020 re: Defendant's Motion for a Franks Hearing (Doc. 83).

The Court inquires of the Government as to the status of the information that was requested in the subpoena.   The Government advises that the subpoena did not include credit card account numbers.   The Government further advises that it has since requested the credit card account information.

For the reasons stated on the record, the Court continues this matter for April 2, 2020, at 9:00 a.m.