UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No.: 8:19-cr-33-T-36CPT

JACK R. DOVE, III
_____/

## O R D E R

This matter comes before the Court *sua spone*.  **If** you have traveled to any of the following countries within the last fourteen (14) days:

ITALY

IRAN

SOUTH KOREA

CHINA

Or **if** you reside with or have had close contact with someone who has traveled to one of the above areas within the last 14 days;

Or **if** you have been asked to self-quarantine by any hospital or health agency;

Or **if** you have been diagnosed with or have had contact with anyone who has been diagnosed with COVID-19;

Please do not attend the status conference scheduled for March 17, 2020 at 9:30 a.m.  Instead, file a motion to continue your case by the close of business on March 16, 2020.

If you have any questions or concerns you should contact the Courtroom Deputy Clerk, Bettye Samuel, at 813-301-5061.  Thank you for your immediate attention to this matter.

**DONE AND ORDERED** in Tampa, Florida on March 13, 2020.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any