# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CLERK'S MINUTES
STATUS CONFERENCE

**Case Number: 8:19-CR-33-T-36CPT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Government Counsel: Lisa Marie Thelwell |
| Plaintiff, | |
| v. | |
| **JACK R. DOVE, III** | Defense Counsel: Timothy James Fitzgerald |
| Defendant. | |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Sharon Miller |
|---|---|---|---|
| Deputy Clerk: | Bettye G. Samuel | Interpreter: | N/A |
| Date: | March 17, 2020 | Time: Total: | 9:48 – 9:52 AM 4 minutes |

Court in session.

Counsel identified for the record.

Defendant's *Oral Motion for Continuance* is GRANTED, for reasons stated on the record. The Government had no objection.

This case is continued for Two (2) cycles to the JUNE 2020 trial term commencing June 1, 2020. Criminal Status Conference will be held on May 19, 2020 at 9:30 AM.

After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendant in a speedy trial.