UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    CASE NO. 8:19-cr-33-T-36CPT

JACK R. DOVE, III

    Defendant.
_____/

**NOTICE OF PARTIES' AGREEMENT TO APPEAR TELEPHONICALLY IN THE HEARING SCHEDULED FOR APRIL 2, 2020**

The defendant Jack R. Dove, III., through his undersigned counsel, and Assistant United States Attorney Lisa Thelwell do hereby agree to appear telephonically in the April 2, 2020 hearing in the above captioned case and in support thereof states:

The above captioned case is set for hearing April 2, 2020. On March 29, 2020 the Chief Judge of the Middle District of Florida, Steven Merryday, issued an Administrative Order IN RE: The National Emergency Declared March 13, 2020 allowing defendants to appear by video or telephonically in certain hearings. The hearing scheduled April 2, 2020 in the above case is it appears to be within this court's discretion to allow parties to appear telephonically or by video.

<u>Nature of the Hearing</u>

It is the understanding of the parties that the scheduled hearing is to update the court on the response to subpoenas issued by the government. The hearing may further include the defendant's position on time necessary to file a reply to the government's response in opposition (Doc. 93) to the defendant's motion for a Frank's Hearing (Doc. 83).

<u>Defendant's Position</u>

If the scope of the hearing is limited to the above understanding of the parties the Defendant Jack R. Dove III, would like to appear telephonically at the hearing. The defendant is unable to appear by videoconferencing due to the conditions of pretrial release he is under prohibiting him from possessing electronic devices capable of connecting to the internet. (Doc. 11). Therefore, video conferencing is not reasonably available to Mr. Dove. However, if the scope of the hearing is going to involve additional legal arguments on the issues Mr. Dove wants to be present so he may consult with his attorney, if necessary. Mr. Dove needs to further appraise the court that he is currently ill and it is in the best interest of courtroom personnel that he not be present at a hearing at this time.

<u>Position of Counsel</u>

The attorney for Mr. Dove, Timothy J. Fitzgerald, and the attorney for the government, Lisa Thelwell, request permission to attend the hearing telephonically.

Respectfully submitted,

FARMER & FITZGERALD, P.A.


*Timothy J. Fitzgerald*
Timothy Fitzgerald, Esq.
FL Bar No. 0780618
400 N. Tampa St, Suite 2840
Tampa, FL 33602
(813) 228-0095
FAX (813) 224-0269
fflawpafedtjf@aol.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 31st day of March, 2020:


AUSA Lisa Thelwell
Lisa.Thelwell@usdoj.gov