UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO.: | 8:19-cr-33-T-36CPT | DATE: | April 2, 2020 |
|---|---|---|---|
| **HONORABLE CHRISTOPHER P. TUITE** | | INTERPRETER: | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACK R. DOVE, III | | LANGUAGE: | |
| | | **GOVERNMENT COUNSEL**<br>Lisa Thelwell, AUSA | |
| | | **DEFENSE COUNSEL**<br>Timothy Fitzgerald, Retained | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Lisa Bingham |
| **TIME:** 9:02 a.m. – 9:16 a.m. | **TOTAL:** 14 min. | **COURTROOM:** | 12B |

**PROCEEDINGS:   TELEPHONIC STATUS CONFERENCE**

The Court conducts a status conference re: discovery the government is attempting to retain. Due to the COVID-19 crisis, the Government is having difficulties obtaining same.

For the reasons stated on the record, the Court directs the Government to communicate with legal counsel at BOA.

The Court continues this hearing for April 16, 2020, at 2:00 p.m.