**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| CASE NO.: | 8:19-cr-33-T-36CPT | DATE: | April 16, 2020 |
|---|---|---|---|
| **HONORABLE CHRISTOPHER P. TUITE** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACK R. DOVE, III | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Lisa Thelwell, AUSA | |
| | | **DEFENSE COUNSEL**<br>Timothy Fitzgerald, Retained | |
| **COURT REPORTER:** | Melissa Pierson | **DEPUTY CLERK:** | Lisa Bingham |
| **TIME:** 1:57 p.m. – 2:05 p.m. | **TOTAL:** 8 min. | **COURTROOM:** | 12B (remotely) |

**PROCEEDINGS:   TELEPHONIC STATUS CONFERENCE**

Defendant Jack Dove appeared by telephone. Neither party objected to the defendant appearing by telephone. The parties advised that there are no speedy trial issues and the speedy trial clock remained tolled during the pendency of the motion.

The Court conducts a status conference re: discovery. The Defense updates the Court as to the documents obtained from the subpoena. Defense advises that the defendant is under quarantine and he is unable to meet with his client. Counsel orally requests an extension until May 7, 2020 to reply to the Government's response to Defendant's Motion for a Frank's Hearing (Dkt.83).

For the reasons stated on the record, the Court grants the oral motion and extends the reply time until May 15, 2020.