Exhibit B

# AFFIDAVIT

STATE OF FLORIDA:
COUNTY OF POLK:

I, Jack R. Dove, III, I do hereby swear of affirm that:

1. I have never had a credit or debit card in my name with a credit/debit card number ending in 2019.
2. I have never had a credit or debit card in my name with a credit/debit card number ending in 2020.
3. I have never had a credit or debit card in my name with a credit/debit card number ending in 2021.

_____
Jack R. Dove, III

The foregoing instrument was acknowledged before me this 11th day of May, 2020, by Jack R Dove III, who is personally known to me or has produced FL DL D100-436-81-087-0 as identification and did take an oath.

_____
NOTARY PUBLIC

James C. Bush
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG925548
Expires 10/23/2023