**Exhibit C**



From: **Timothy Fitzgerald** tjfitz@me.com
Subject: Re: U.S. v. Dove
Date: March 12, 2019 at 9:49 AM
To: Lisa Thelwell Lisa.Thelwell@usdoj.gov

Dear Lisa:

I am requesting additional discovery materials after reviewing the search warrant for 721 Powder Horn Rd. Lakeland FL,
Below are the basis for the request and what I am requesting.
The numbered sentences are statements contained in the search warrant affidavit.
The lettered and red colored sentences are the items I am requesting the government produce.

Please contact me with any questions.

## Request

1. Sophisticated commercial software offered by several different blockchain analysis companies to investigate bit coin transactions- Found companies reliable- numerous unrelated investigations

    a. Name of software

    b. Times it has been found reliable and by whom

    c. Any times it has not proven to be reliable

2. Using reliable third party blockchain software agents analyzed BTC addresses and found 3000 clustered together ¶24

    a. Copy of the analysis done and the results

3. Records after subpoena to US based BTC exchange revealed that a BTC user with ID number 582c6601c8a1db3f8e01471d created 11/16/16 was registered to "jack dove" ("DOVE") at the subject premises

    a. Copy of subpoena and response to subpoena

4. Block chain analysis software determined BTC account registered to "DOVE"

engaged in transactions with a BTC address within the cluster between 11/16/16 and 8/23/17. ¶29

    a.   Name of block chain analysis software

    b.   Copy of the results of block chain analysis that concluded "Dove" engaged in the above transactions

5. 11/9/18 "I received additional data that had been extracted from the website. ¶30

    a.   Records of how this data additional was "received"

    b.   Copy of the additional data "received"

6. Data revealed DOVE had downloaded approximately 20 child porn videos on August 10, 2017and 18 on 9/3/17

    a.   Copy of the data revealing DOVE downloaded approximately 20 child porn videos on August 10, 2017and 18 on 9/3/17

With kind regards,

Timothy J. Fitzgerald
Farmer and Fitzgerald, P.A.
400 N. Tampa St. Suite 950
Tampa, FL 33602
813-228-0095
813-445-4713-Direct
Tjfitz@me.com

