| | | |
|---|---|---|
| 2110 First Street, Suite 3-137<br>Fort Myers, Florida 33901<br>239/461-2200<br>239/461-2219 (Fax) |  | 300 N. Hogan Street, Suite 700<br>Jacksonville, Florida 32202<br>904/301-6300<br>904/301-6310 (Fax) |
| | | **Exhibit D** |
| 35 SE 1st Avenue, Suite 300<br>Ocala, Florida 34471<br>352/547-3600<br>352/547-3623 (Fax) | **U.S. Department of Justice**<br>***United States Attorney***<br>***Middle District of Florida*** | 400 West Washington Street, Suite 3100<br>Orlando, Florida 32801<br>407/648-7500<br>407/648-7643 (Fax) |

Main Office<br>
400 North Tampa Street, Suite 3200<br>
Tampa, Florida 33602<br>
813/274-6000<br>
813/274-6358 (Fax)

Reply to: Tampa, FL                                                                                                                       LMT

March 21, 2019

**USAFx**
Timothy James Fitzgerald, Esq.
400 N. Tampa Street, Ste 950
Tampa, FL 33602

      Re:    <u>United States v. Jack R. Dove, III</u>
               Case No. 8:19-cr-33-T-36CPT

Dear Mr. Fitzgerald:

    In connection with the above-captioned case and pursuant to Fed. R. Crim. P. 16(a), I am providing you with supplemental discovery in response to your March 12, 2019 email. The following items are enclosed:

    a. A copy of the blockchain analysis related to DOVE as described in paragraphs 24 and 29 of the residential search warrant.

    b. A copy of the Coinbase response as described in paragraph 27 of the of the residential search warrant.

    c. A copy of the "additional data" as described in paragraph 30 of the residential search warrant.

    We are aware of continuing discovery obligations pursuant to Fed. R. Crim. P. 16(c) and will make you aware of such materials as soon as practicable if such materials come to our attention.

    9.    Pursuant to Fed. R. Crim. P. 16(b), the United States requests the following:

        a.    Books, papers, documents, photographs, tangible objects, or

       copies or portions thereof, which are within the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in chief at the trial.  Fed. R. Crim. P. 16(b)(1)(A).

    b.    Any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with the particular case, or copies thereof, within the possession or control of the defendant, which the defendant intends to introduce as evidence in chief at the trial or which were prepared by a witness whom the defendant intends to call at the trial when the results or reports relate to that witness' testimony.  Fed. R. Crim. P. 16(b)(1)(B).

    c.    A written summary of testimony that the defendant intends to use under Rule 702, 703, or 705 of the Federal Rules of Evidence as evidence at trial, describing the witnesses' opinions, the bases and reasons for those opinions and the witnesses' qualifications.  Fed. R. Crim. P. 16 (b)(1)(C).

If you have any questions concerning any of the foregoing, please do not hesitate to contact the undersigned.

        Sincerely,

        MARIA CHAPA LOPEZ
        United States Attorney

    By:   /s/Lisa M. Thelwell
        Lisa M. Thelwell
        Assistant United States Attorney

Enclosures