| Username | ActivityType | ActivityDate | Video_ID | Video_TempID | Video_Category | Video_FileName | Video_Desc | Video_FileSize | Video_Duration | Video_FileHash | Video_MD5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| notus | Download | 2017-09-03 13:48:20 | 537 | 1264 | Child porn | Pedo (Pthc) - 2 8Yo Mexicans Preteens With Male (Husyfan) (r@ygold) (babyshivid) - music! sound.mpg | | 1500980 | 2766 | f4edcd1cd1190f0ef69f83bed984b0a7.mpg | 82938ee69e93772b5287f8e92366f29 |
| notus | Download | 2017-09-03 13:47:26 | 3483 | 57899 | Uploaded videos | [pthc] 9y Latina Girl Deep Anal + Creampie!!.mpeg | stefy anal creampie | 12495212 | 71908 | 0[5ed63bcc7d01e3bec2b6f6ec2a47b3a.mpeg | f8c2d8fd643b0b66d5a665bf5adc2e9 |
| notus | Download | 2017-09-03 13:47:26 | 3483 | 57899 | Uploaded videos | [pthc] 9y Latina Girl Deep Anal + Creampie!!.mpeg | stefy anal creampie | 12495212 | 71908 | 0[5ed63bcc7d01e3bec2b6f6ec2a47b3a.mpeg | f8c2d8fd643b0b66d5a665bf5adc2e9 |
| notus | Download | 2017-09-03 13:46:32 | 380 | 1084 | Child porn | MOV_0216.mp4 | 2 girl | 101252381 | 131692 | bc3791799824291b6f49be91f7f6801.mp4 | 3656d189418eec6f1437444c6f6a55a |
| notus | Download | 2017-09-03 13:46:07 | 10775 | 229929 | Uploaded videos | 2013-05-29 16 42 13.mp4 | pthc | 134776349 | 116663 | 2746206d6361080c080d0f4402265d62a.mpf | eea3b695eef10c9c31641595e292a9a0 |
| notus | Download | 2017-09-03 13:43:42 | 28791 | 14124 | Uploaded videos | Falko III (with sound) Lolita - 10y.o.mpeg | Lolita | 853x480.mp4 | 383566031 | 1846679435170556bf6993e0c276fd9b1690a7.mp4 | 1596800b02b62633b05d0590a8f886 |
| notus | Download | 2017-09-03 12:55:23 | 54331 | 927449 | Uploaded videos | pussy fuck and cum compilation incest pthc.avi | compilation | 15444982 | 8000067 | 30d4b02d8a5feb48b4635b782e7d51.avi | db2a74632e8c3cf73af103d5320e8e | 
| notus | Download | 2017-09-03 12:53:56 | 53715 | 931694 | Uploaded videos | cop1_235.mpg | pthc penetration | 401113090 | 2291988 | 8efa6ab26b3d4c7acb1a7339eb55312la07.mpg | 9e9af0bb53e822f3122f140d0d1d21aes0 |
| notus | Download | 2017-09-03 12:53:17 | 53713 | 931653 | Uploaded videos | 19ficvid.mpg | pthc penetration | 704344070 | 2968132 | 5b2b3a6573becda5d7acd191d8bc0fed.mpg | 0bc7c761b6a51a1e45108f7b90d1ee1e |
| notus | Download | 2017-09-03 12:46:34 | 58724 | 1008804 | Uploaded videos | PTHC - Animal Farm - Dog fuck team_2.mp4 | pthc dog fuck animal farm 10 yo 10yo | 258193140 | 14883 | 8d6b64334435c155221110c5b3f36595991.mpeg | 7c316017583f2a663a0d1cb5b4ef1df |
| notus | Download | 2017-09-03 12:42:37 | 196290 | 3234285 | Child porn | christa, felicia, anna, joy, go bangbang! (convert-video- | young teen zoo sex dog double team | 121577862 | 1392758 | 234144242e80060333678b2b060b9f221.mp4 | 3827222e9f7d4844dcd5ee89522c24479 |
| notus | Download | 2017-09-03 12:41:44 | 196915 | 3243641 | Child porn | online.com).mp4 | wapka chan jb hebe import3 | 32264415 | 246600 | 48655cff7595c40b65b30f9ed6c41095.mp4 | d3285023b795845d5f848c383b576e3b0 |
| notus | Download | 2017-09-03 12:40:25 | 197407 | 3250993 | Child porn | VID-20120513-WA0215.mp4 | pedomom play daughter shower | 15579401 | 29074 | 3609116e17a216e833ca3531edf7ccb5b.mp4 | c3990277ec8a61320e53a8b1b91d6e47 |
| notus | Download | 2017-09-03 12:39:24 | 198229 | 3263570 | Child porn | pops_11.mp4 | pthc pops | 21329692 | 62932 | 65a31a7ce6f4d0930f5b3b8f4a42ce9.mp4 | 6df75ccaa20881737c8beebcc5e8582 |
| notus | Download | 2017-09-03 12:37:34 | 198722 | 3270913 | Child porn | tmp_2438-NEW 2017 Best C9-Compilation EVER!!!! (Part 3)-643567296.mp4 | Hardcore pussy fucking anal incest sex dad daughter new doggystyle | 292419552 | 2922700 | 5200e13edb3d4b8af2007220c97d027f1.mp4 | de37ebcbc8f65fa2cd2a42c1884f68491 |
| notus | Download | 2017-09-03 12:35:39 | 200112 | 3291697 | Child porn | 2017_2649.wmv | 2017_2649 | 79325492 | 247183 | c74007a5c02a0a06e9391c174e6ed8ededac.avi | dc0bff7249167301a6d7460e06e23a65 |
| notus | Download | 2017-09-03 12:34:38 | 200963 | 3305066 | Child porn | child anal 2017joined.mp4 | 2017 joined | 56368408 | 343500 | cd6950649a0195e568ac6c954a9bdcc6.mp4 | a1b4740bd11108c25d3a6ce8e5382090 |
| notus | Download | 2017-09-03 12:34:05 | 201127 | 3307669 | Child porn | tmp_2438-9yo anal+suck-vaginal-good.mp4 | Latina 9yo anal-suck-vaginal-good daddy play her daughter clit | 21841738 | 117326 | ec3277830a57718384d1b0e4d21a6f4.mp4 | a580567cbee73250464538a50ba0cd2a9 |
| notus | Download | 2017-08-10 10:26:37 | 116556 | 1894520 | Uploaded videos | 02.avi | her first time orgasm | 14625972 | 162160 | d997d6f1c2cb972d1cce0c3d6f7cbd194.avi | 0ce7f08949c205ec4a6140590d431d06 |
| notus | Download | 2017-08-10 10:26:19 | 118800 | 1929295 | Uploaded videos | 1st-bj-KO_EDITED_2.mp4 | Thai girl suck cock and lick balls and ass. First time. It's edited so only the good stuff I left. | 318916967 | 354855 | b3f947d4f90bd9a8d6935acf5224a.mp4 | 2333c764984f54533a15fc6f683de7c1da |
| notus | Download | 2017-08-10 10:03:04 | 105076 | 1720350 | Child porn | 2015 pthc parte 9 !!!! latinas (pt_2).mp4 | babys,hardcore, etc | 41832803 | 203220 | 0e83112a5228372ce47c04a8704d0ab8.mp4 | 55f654a7739bab4f58a66a6ad202ef4a0 |
| notus | Download | 2017-08-10 10:01:23 | 105986 | 1734500 | Child porn | Dad and 6yo Daughter webcam.wmv | tonia e teu | 37537339 | 825000 | cf0fcf33a0b4baebf437451d6bcd596.wmv | 0d80ff708db6b64be2d6ae5f4f256d57f65 |
| notus | Download | 2017-08-10 09:58:50 | 106511 | 1742606 | Child porn | video_2016-09-20_21-37-34 (2).mp4 | Fucked,Incest,Dad,Mom,New,2016,Vip,Star,TPL | 16380809 | 15018 | 20287330075735b3f098a4d9f5aa97898b.mp4 | 0289cb0d0e5a116518b1e7bfb9e1316fe4 |
| notus | Download | 2017-08-10 09:58:50 | 106561 | 1743348 | Child porn | 11Yo Brazilian.avi | 11Yo Brazilian | 17265220 | 20300 | 0a4ae2d433078612edefb6f55147077.avi | 3906d0d20d1192bfbf637b059aa2584c |
| notus | Download | 2017-08-10 09:57:07 | 107724 | 1762268 | Child porn | Im(i/mcgirl-newnumber.wmv | 253 | 70851729 | 243010 | 487d6ca324446b3fa45b30cfee5337.wmv | e689a395a0d47cd202b6f54ab8d4f2 |
| notus | Download | 2017-08-10 09:55:05 | 114944 | 1870308 | Child porn | Chinese_Girl.avi | 5yo fuck | 15916216 | 725042 | ae8fa52ba7ae75fa4c5c7d186a61fce92.avi | f7967cb88b47bee8fc679ea1a1c8c28 |
| notus | Download | 2017-08-10 09:50:36 | 115474 | 1878527 | Child porn | [pthc] NEW 2016 Pedo Childlover 8yo Daddys Little Girl JM 07.mp4 | Girl JM 05,Girl JM 07,bboyjob,loli,cum,cut,2016,new,private,vip | 159346303 | 668309 | 1affa7ab81f24eabc0ce243a987f19a28.mp4 | 355bb165d6578b7067647b1041cb349e |
| notus | Download | 2017-08-10 09:49:31 | 115521 | 1879270 | Child porn | 56789765445722.mp4 | My Little Cum Catch. | 181642733 | 135569 | 0b52084fac3f6072ce4657925809e841.mp4 | 8a5e42085eac63469eb639265d1f6c1 |
| notus | Download | 2017-08-10 09:47:18 | 118879 | 1930585 | Child porn | [Pthc] Tanya - Sleeping Angel Vol 1 (2) (5Yo) Jho - Daddy Wakes Me-(Hard Core With Sound).Xvid.avi | Tanya - Sleeping Angel Vol 1 (2) (5Yo) Jho - Daddy Wakes Me-(Hard Core With Sound) Xvid | 15393736 | 135002 | 94c72a6cb91ed930a9ffba487c7c5ee889.avi | 653f9a34b188fd816af6236a27f67d1 |
| notus | Download | 2017-08-10 09:45:47 | 121596 | 1972840 | Child porn | (-pthc center)-(opva) (2013) toddler stuff 2011 (001-007 merged)(V).avi | | 411617998 | 1797440 | ebbda6123f4d87cdf0711c256ae7102.avi | 42e850c4fa16a4327e04a92a4cb6df |
| notus | Download | 2017-08-10 09:28:20 | 172912 | 2753982 | Child porn | LINE_MOVIE_448019080154.tmp_28101-3.mp4 | | 12931355 | 197400 | 673a65a363e7597934f84a686b22b56.mp4 | 9b6dcedc4c3f1851ab0cb99e100bac1 |
| notus | Download | 2017-08-10 09:10:17 | 189937 | 3112500 | Child porn | Rena®Franco- Karen fucked from behind, cum inside.mov | 8yo girl hard fuck, forced suck anal and manhandling 2017 new pthc karen delightful muffled squeaks Ronald Franco season 3 gr8 whimpering meek.avi | rape little girl pussy anal russia moscow cumshot pedo jailbait R@ygold mom mommy mother dad daddy father uncle sister sis daughter brother son incest loli pthc ptsc sex teen prostitute fuck family blowjob 8yo deepthroat webcam cam penetration orgasm sound tits opva opva2 stickam younow snapchat vine vichatter web cam webcam phone self pre teen pre teen porno sex vagina | 575641014 | 1098933 | 7d06be76500d8defd5a87b63a8fc95c5.avi | 3590ce5283c0517a8d8a8b39a8bbce35d14 |
| notus | Download | 2017-08-10 09:05:58 | 192044 | 3168291 | Child porn | RF and Karen - IMG_9654.mov | Young Latin girl gets penitentiary & fucked deep & hard in her wet pussy, man, girl, mexico, prostitute, uncle. | 42583573 | 59400 | c254e77530958d07a1cca159e48eceb21.mov | 8dda8d693e9a1c727a276b7f1995 |
| notus | Download | 2017-08-10 09:05:05 | 193396 | 3189104 | Child porn | JallieneSexAndBirth.avi | Little 10yo girl gets her tight little wet pussy & ass deeply penetrated by her uncle. then pretends to give birth to doll. incest, man young kid, spanish, Jallene, sound, sex | 586712258 | 3202042 | 0278c5894908f7cac3428d5e1c2b25a.avi | 2e708290311043f7b0c44b0afc7d1f |