

# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

01/08/2019 11:28 EST                                                                 Page 2 of 3

## DETAILS OF INVESTIGATION

On or about November 30, 2018, HSI Tampa special agents executed the federal search warrant at Jack DOVE's (DOVE) residence in Lakeland, Florida. During the execution of the federal search warrant HSI Tampa Special Agents (SA) Tavey Garcia and Tara Towe interviewed Sandra Guimond (Sandra) inside the government owned vehicle of SA Towe. SAs Garcia and Towe identified themselves to Sandra with government issued credentials. This interview was audio recorded and the following is a summary of the interview and does not reflect verbatim statements made by Sandra. Please refer to the recording for full details of the interview.

SA Garcia read the statement of rights to Sandra who stated she understood her rights and agreed to voluntarily speak with the agents.

Sandra identified herself as Sandra Kay Guimond (05/31/1957). Sandra stated she has lived with DOVE since May 2017, after her husband passed away.

Sandra said DOVE was working for ITT Security and the company wanted to downsize so DOVE and a partner (Steve) started Total On Guard Protection and the partner was stealing from the company. DOVE eventually sold that company.

Sandra said she and DOVE are now hauling for Smith Cargo and they are hauling electrical parts to Las Vegas then they go to California for air-conditioning parts then they go to Macy's where they pick up a loaded trailer (Carson City) and take to Macy's in Tampa. Sandra said she and DOVE started driving together in January 2018. She said they use an e-log on the truck and DOVE has some phones they use on the truck. Sandra said she has a tablet and a cell phone and an office computer.

Sandra said DOVE's kids went to their maternal grandmother's home for Thanksgiving except for Kyle who went to his mother's home.

Sandra said her email is shewolf_ronbo@hotmail.com; she cannot recall her telephone number.

Sandra said she uses the internet to go onto some dating sites, to play games, and to access some social media. Sandra denied knowing what the dark web is. Sandra denied knowing what crypto currency is, like bitcoin. Sandra said she doesn't know a lot about computers and mostly plays games.

Sandra said DOVE has a two email addresses, one of which was jackdove@totalonguardprotections.com which is shut down and would have to look at her phone to get his other one.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Jack R. DOVE III et al. -Welcome 2 video | TA07QR18TA0009-008 | 1/8/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DISC-00101




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

---

01/08/2019 11:28 EST                                                                                   Page 3 of 3

```
Sandra defined child pornography as people taking pictures of children and said she knows child
pornography is illegal.  SA Garcia gave a general definition of child pornography and Sandra
agreed to that as being child pornography.

SA Garcia explained the reason for the search warrant is because somebody used her banking
account and their internet at this address to purchase child pornography.  Sandra explained that
somebody in Orlando took her money out of her bank account because they stole her pin number.

Sandra denied purchasing child pornography off the internet.  Sandra said MD (DOVES's wife) has
a card to their bank account.  Sandra said she and DOVE review the bank accounts online, but
they check with each other when someone sees an unknown purchase.

Sandra denied seeing child pornography.  Sandra said she has access to all the computers in the
house but denied accessing them because she has her own.

Sandra said Smith Cargo sends money to Hugo in Miami who owns the truck and Hugo deposits money
into their bank account.  Sandra said they must claim their own taxes (DOVE does).

Sandra gave written consent to search the two vehicles registered in her name.  Sandra also
agreed to allow agents to search the 18-wheeler they are using; that she would take the agents
to it and give them access.  Additionally, Sandra agreed to allow the agents to search her iPad
and her phone.

Sandra identified the weapons that are in the house as having once belonged to her husband; that
DOVE has a Glock handgun in their truck - all weapons were checked and are clear.

Investigation continues.
```

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Jack R. DOVE III et al. -Welcome 2 video | TA07QR18TA0009-008 | 1/8/2019 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DISC-00102