**Exhibit I**



Jessica Hedgpeth
Paralegal

October 5, 2018

Tavey Garcia
Homeland Security Investigations
2203 N. Lois Avenue, Suite 600
Tampa, FL 33607

**Re:** Charter Subscriber Information Request Dated 10/3/2018
**Charter Case ID:** 63882
**Your Reference ID:** JD18-00951

Dear Tavey Garcia,

Charter Communications, Inc., ("Charter") acknowledges receipt of the above referenced request for subscriber information. Pursuant to the specific obligations imposed by 18 U.S.C. §2703, this letter is to advise you that Charter investigated and was able to identify the attached information.

Charter's billing and customer records from which the above information is obtained are subject to human error and Charter cannot always guarantee the accuracy of such records. You should not rely solely on this information and should always independently corroborate the information Charter provides with other information you have concerning the identity of the individual.

We understand this satisfies Charter's obligations in this regard. If you would like to discuss this matter, please contact me at (314) 394-9756. When calling, please reference Charter case number 63882.

Respectfully,

*Jessica Hedgpeth*

Jessica Hedgpeth, Paralegal
jessica.hedgpeth@charter.com
www.charter.com/lea

12405 Powerscourt Dr., St. Louis, MO 63131 T: 314-394-9702 F: 314-909-0609 Email: leroc@charter.com

DISC-00054

**SUBSCRIBER RECORD**

| Target Details | 70.127.40.255, 8/6/2017 12:00:00 AM, Eastern;<br>70.127.40.255, 8/6/2017 11:59:00 PM, Eastern;<br>70.127.40.255, 8/8/2017 12:00:00 AM, Eastern;<br>70.127.40.255, 8/8/2017 11:59:00 PM, Eastern;<br>70.127.40.255, 8/9/2017 12:00:00 AM, Eastern;<br>70.127.40.255, 8/9/2017 11:59:00 PM, Eastern;<br>70.127.40.255, 8/13/2017 12:00:00 AM, Eastern;<br>70.127.40.255, 8/13/2017 11:59:00 PM, Eastern; |
|---|---|

Acct Nbr 4217170-03
Jack Dove

Title  First Name          Last Name
       Jack                Dove
                           Service Phone  86_ _16 6986
721 POWDER HORN ROW        Home Phone     _07 401 1005
LAKELAND, FL 33809-6612    Business P     ____ ___ 0000
                           Other Ph       ____ ___ 0000

| IP Type: | IPv4 address | Original Lease Start: | 6/6/2017 9:35:19 PM |
| IP Address: | 70.127.40.255 | Current Lease Start: | |
| MAC: | 10868cb540a4 | Lease End: | 8/18/2017 7:38:21 AM |
| CM MAC: | 10868cb540a2 | | |

→ Start date (pointing to Original Lease Start)
→ End date (pointing to Lease End)

| Target Details | 70.127.40.255, All remaining dates and times |
|---|---|
| Charter investigated but was unable to identify subscriber information associated with your request. | |

STATE OF MISSOURI    )
                     )
COUNTY OF ST. LOUIS  )

AFFIDAVIT OF RECORDS CUSTODIAN CERTIFYING RECORDS

PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Jessica Hedgpeth, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

I am employed by Charter Communications, Inc., (Charter) and my title is Paralegal. Part of my job responsibilities is to review the records that Charter maintains relating to individual subscriber accounts to specific business records. I have reviewed the attached Charter records for 70.127.40.255, 11/16/2016 12:00:00 AM, Eastern; 70.127.40.255, 11/17/2016 12:00:00 AM, Eastern; 70.127.40.255, 12/29/2016 12:00:00 AM, Eastern; 70.127.40.255, 12/30/2016 12:00:00 AM, Eastern; 70.127.40.255, 1/6/2017 12:00:00 AM, Eastern; 70.127.40.255, 2/1/2017 12:00:00 AM, Eastern; 70.127.40.255, 8/6/2017 12:00:00 AM, Eastern; 70.127.40.255, 8/8/2017 12:00:00 AM, Eastern; 70.127.40.255, 8/9/2017 12:00:00 AM, Eastern; 70.127.40.255, 11/16/2016 11:59:00 PM, Eastern; 70.127.40.255, 11/17/2016 11:59:00 PM, Eastern; 70.127.40.255, 12/29/2016 11:59:00 PM, Eastern;

70.127.40.255, 12/30/2016 11:59:00 PM, Eastern; 70.127.40.255, 1/6/2017 11:59:00 PM, Eastern; 70.127.40.255, 2/1/2017 11:59:00 PM, Eastern; 70.127.40.255, 8/6/2017 11:59:00 PM, Eastern; 70.127.40.255, 8/8/2017 11:59:00 PM, Eastern; 70.127.40.255, 8/9/2017 11:59:00 PM, Eastern; 70.127.40.255, 8/13/2017 11:59:00 PM, Eastern; 70.127.40.255, 8/23/2017 11:59:00 PM, Eastern; 70.127.40.255, 8/13/2017 12:00:00 AM, Eastern; 70.127.40.255, 8/23/2017 12:00:00 AM, Eastern in response to a lawful request dated 10/3/2018 and issued to Charter Communications.

I further state that:

1. All records attached to this certificate were made at or near the time of the occurrence of the activity;
2. These records are kept in the ordinary course of the regularly conducted business activity of Charter Communications and making such records is a regular practice of Charter Communications; and
3. These records were generated by Charter Communications by an electronic process or system that produces an accurate result.

FURTHER AFFIANT SAITH NOT.

10/05/2018
_____
Date

*Jessica Hedgpeth*
_____
Jessica Hedgpeth, Paralegal
Legal Response Operations Center
Charter Communications, Inc.
12405 Powerscourt Drive
St. Louis, Missouri 63131
jessica.hedgpeth@charter.com
www.charter.com/lea