UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    CASE NO. 8:19-cr-33-T-36CPT

JACK R. DOVE, III

    Defendant.
_____/

### DEFENDANT'S MOTION TO FILE EXHIBITS F AND G TO "DEFENDANT'S REPLY TO UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO FOR A HEARING PURSUANT TO *FRANKS V. DELAWARE*" (Doc. 117) UNDER SEAL

Defendant Jack R. Dove, III., through his undersigned counsel, hereby moves pursuant to Local Rule 1.09 to file Exhibits F and G to "Defendant's Reply to United States' Response in Opposition to Defendant's Motion to for a Hearing Pursuant to *Franks v. Delaware*" (Doc. 117) under seal, and in support thereof states:

1. The defendant moves this court for authorization to file exhibits F and G to "Defendant's Reply to United States' Response in Opposition to Defendant's Motion to for a Hearing Pursuant to *Franks v. Delaware*" (Doc. 117) under seal because the exhibits contain information protected by Fed. R. Crim. P. 49.1(a) including addresses, birth dates, social security numbers and financial account numbers.

2. The defendant proposes that the document be remained under seal through the conclusion of the case through all appeals.

3. The government, through Assistant United States Attorney Lisa Thelwell, has no objection to the motion.

## MEMORANDUM OF LAW

1. Trial courts have the inherent authority and discretion to seal records. *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978). Decisions on motions to seal must balance the public's common law right of access against the interests favoring confidentiality. *Id.* at 599. The common law right of access may be overcome by a showing of good cause which requires balancing the asserted right of access against the other parties' interest in keeping the information confidential. *Romero v. Drummond Co. Inc.*, 480 F.3d 1234, 1246 (11th Cir. 2007). Among the factors the court should consider is whether allowing access would impair court functions or harm legitimate privacy interests, the degree of and the likelihood of injury if it were made public, the reliability of the information, whether there will be an opportunity to respond to the information, whether the information concerns public officials or public concerns. *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.* 263 F 3d 1304, 1309 (11th Cir. 2001). Good cause is established by the moving party when disclosure will cause the party to suffer a clearly defined and serious injury. *Vista India, Inc. v. Raaga, LLC* Case No. 07-1262, 2008 WL 834399 *2 (D.N.J. Mar. 27, 2009).

2. The Supreme Court has stated that the "First Amendment does not guarantee the press a constitutional right of special access to information not available to the public generally." *Branzburg v. Hayes,* 408 U.S. 665, 684, 92 S.Ct. 2646 2658, 33 L.Ed.2d 626 (1972) (plurality) (citations omitted); see also *Pell v. Procunier*, 417 U.S. 817, 833-34, 94 S.Ct. 2800 2810, 41 L.Ed.2d 495 (1974). In balancing competing public and private interests in *United States v. Anderson* 799 F. 2d 1438 (11th Cir. 1986) the court upheld the sealing of a bill of particulars because it contained the names of unindicted co-conspirators who had a privacy interest in their names not being in the press unless they were charged and noted, "a bill of particulars is not a

document that the public and the press are entitled to view." *Id.* at 1442.

WHEREFORE, the defendant moves to file the enclosed Exhibits F and G to "Defendant's Reply to United States' Response in Opposition to Defendant's Motion to for a Hearing Pursuant to *Franks v. Delaware* " (Doc. 117) under seal.

Respectfully submitted this 18th day of May, 2020.

FARMER & FITZGERALD, P.A.

_____
Timothy Fitzgerald, Esq.
FL Bar No. 0780618
400 N. Tampa St, Suite 2840
Tampa, FL 33602
(813) 228-0095
FAX (813) 224-0269

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 18th day of May, 2020:

AUSA Lisa Thelwell