UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACK R. DOVE, III

    Defendant.

_____/

CASE NO. 8:19-cr-33-T-36CPT

## ORDER GRANTING "DEFENDANT'S MOTION TO FILE EXHIBITS F AND G TO 'DEFENDANT'S REPLY TO UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO FOR A HEARING PURSUANT TO *FRANKS V. DELAWARE* " (Doc. 117) UNDER SEAL"

THIS CAUSE has come on for consideration of "Defendant's Motion to File Exhibits F and G to 'Exhibits F and G to 'Defendant's Reply to United States' Response in Opposition to Defendant's Motion to for a Hearing Pursuant to *Franks v. Delaware*' (Doc. 117) Under Seal."

UPON DUE CONSIDERATION, it is hereby ORDERED and ADJUDGED that this motion is GRANTED.

DONE AND ORDERED this _____ day of May, 2020.

                                              _____
                                              Hon. Christopher P. Tuite
                                              United States Magistrate Judge