UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:19-cr-33-T-36CPT

JACK R. DOVE, III
_____/

**O R D E R**

Before the Court are the *Defendant's Motion to File Exhibits F and G to "Defendant's Reply to United States' Response in Opposition to Defendant's Motion to [sic] for a Hearing Pursuant to Franks v. Delaware" Under Seal* (Motion to Seal), and an accompanying proposed order.  Upon due consideration of the matter, it is hereby ORDERED:

1.      The Defendant's Motion to Seal is granted for the reasons stated therein.

2.      The Clerk of Court is directed to file the Motion to Seal, the accompanying proposed order, and this Order on the public docket.

3.      The Clerk of Court shall file Exhibits F and G under seal and maintain such seal until further order of the Court.

DONE and ORDERED in Tampa, Florida this 22nd day of May 2020.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record