UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO.: | 8:19-cr-33-T-36CPT | | DATE: | June 15, 2020 |
|---|---|---|---|---|
| **HONORABLE CHRISTOPHER P. TUITE** | | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACK R. DOVE, III | | | **LANGUAGE:** | |
| | | | **GOVERNMENT COUNSEL**<br>Lisa Thelwell, AUSA | |
| | | | **DEFENSE COUNSEL**<br>Tim Fitzgerald, Retained | |
| **COURT REPORTER:** | DIGITAL | | **DEPUTY CLERK:** | Lisa Bingham |
| **TIME:** | 9:03 a.m. – 10:36 a.m. | **TOTAL: 1/33** | **COURTROOM:** | 12B |

**PROCEEDINGS:**   MOTION HEARING

The Court hears oral argument re: Defendant's Motion for a Franks Hearing (Doc. 83).

The Court takes the matter under advisement.