UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**
   Plaintiff,

v.                                   CASE NO. 8:19-cr-33-T-36CPT

**JACK R. DOVE, III**
   Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant Jack R. Dove, III, by and through undersigned counsel, moves the Court for an order modifying his conditions of release.  In support, the defendant states:

1.   Mr. Dove is charged in a two-count indictment. Count One alleges a violation of Title 18 U.S.C. §2252(a)(2) and (b)(1) receipt of a visual depiction involving a minor engaging in sexually explicit conduct and count Two alleges a violation of Title 18 U.S.C. §2252(a)(4)(B) and (b)(2) possession and accessing a visual depiction involving the use of a minor engaging in sexually explicit conduct and the visual depiction a prepubescent minor and a minor who had not attained 12 years of age.

On December 6, 2018 Mr. Dove was granted pretrial release on certain conditions. (Doc. 11) Mr. Dove has abided by all of the conditions of release. Mr. Dove's mother, Sandra Guimond, was ordered to act as third party custodian.  Unfortunately, Mr. Dove's third-party custodian, Sandra Guimond, was tragically killed in a motor vehicle accident on June 23, 2020. Ms. Guimond also was a co-signer on his signature bond. (Doc.11).

2.	Mr. Dove moves to modify the conditions of pretrial release. Mr. Dove requests this Court allow him to remain on the same conditions of release with the elimination of the requirement of a third-party custodian. Mr. Dove had been on pretrial release for 18 months with no violations. He remains on electronic monitoring.

3.	Assistant United States Attorney Lisa Thelwell has no objection to the request to modify the conditions of release.

**WHEREFORE,** the Defendant, Jack R. Dove, III, respectfully requests the Court modify the defendant's conditions of pretrial release as requested herein.

Respectfully submitted,

*s/Timothy J. Fitzgerald*
Farmer and Fitzgerald, P.A.
400 N. Tampa St. Suite 2840
Tampa, FL 33602
813-228-0095 ext. 102
813-445-4713 Direct
tjfitz@me.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 23rd day of June 2020, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to the following:

Lisa Thelwell, AUSA;

*/s/Timothy J. Fitzgerald*