**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.** 8:19-cr-33-T-36CPT | **DATE:** June 25, 2020 |
| **HONORABLE** AMANDA ARNOLD SANSONE | **INTERPRETER** N/A<br>**LANGUAGE** |
| **UNITED STATES OF AMERICA**<br>v. | AUSA Lisa Thelwell<br>**Government Counsel** |
| **JACK R. DOVE, III**<br>**Defendant** | Timothy Fitzgerald. Esq.<br>**Defense Counsel** |
| **DEPUTY CLERK** Cathy Morgan | **COURT RPTR** Bill Jones |
| **TIME** 9:30 - 9:46   **TOTAL** 16 min.   Courtroom   Via Zoom | |

**PROCEEDINGS:**

**MOTION HEARING**

All parties appear through Zoom/Video. Defendant consents to the hearing being held by video/zoom. Court grants the Unopposed Motion to Modify Conditions of Release (Dkt. 128). Court orders additional mental health treatment at the direction of Pretrial Services and approves defendant's wife, Melissa Dove, to act as third party custodian. Court will issue a written order.