**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                                  Case No.: 8:19-cr-33-T-36CPT

**JACK R. DOVE, III**

_____/

**O R D E R**

THIS CAUSE comes on for consideration of the following motion:

Motion: Defendant's Unopposed Motion to Modify Conditions of Release (Dkt. 128)

Disposition: **GRANTED.** Defendant is directed to return for additional mental health treatment at the discretion of Pretrial Services. Further, Melissa Dove, defendant's wife, shall now act as third party custodian. Melissa Dove agrees (1) to supervise Mr. Dove in accordance with all conditions of release, (2) to use every effort to assure the appearance of Mr. Dove at all scheduled Court proceedings, and (3) to notify the Court immediately in the event Mr. Dove violates any conditions of release or disappears. All other conditions of release remain in full force and effect.

**ORDERED** at Tampa, Florida this ___25th___ day of June, 2020.

_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge