# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES
## STATUS CONFERENCE

**Case Number: 8:19-CR-33-T-36CPT**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | | Government Counsel: | Lisa Marie Thelwell |
| Plaintiff, | | | |
| v. | | | |
| **JACK R. DOVE, III** | | Defense Counsel: | Timothy James Fitzgerald |
| Defendant. | | | |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Sharon Miller |
|---|---|---|---|
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | November 17, 2020 | Time: Total: | 9:46 AM- 9:59 AM 13 minutes |

Counsel identified for the record. All parties appeared telephonically for the hearing.

Government's *Oral Motion for Continuance* is GRANTED, for reasons stated on the record. Defense had no objection.

This case is continued for One (1) cycle to the JANUARY 2021 trial term commencing January 4, 2021. Telephonic Criminal Status Conference will be held on December 15, 2020 at 9:30 A.M. It is expected that this case will take 5 days to try.

After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendant in a speedy trial.