# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                      **CASE NO: 8:19-cr-33-T-36CPT**

**JACK R. DOVE, III**
_____/

## O R D E R

This cause is before the Court following a status conference held on November 17, 2020. At the hearing, the Government moved for a continuance of trial until the January 2021 trial term.

Accordingly, the oral motion is **GRANTED**. This case is continued until the January 2021 trial term, commencing JANUARY 4, 2021. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant(s) in a speedy trial. The Court, therefore, determines that the time from today until the end of the January 2021 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

A telephonic status conference is scheduled for **December 15, 2020 at 9:30 a.m.** before the undersigned.

**DONE AND ORDERED** in Tampa, Florida on November 24, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services