UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                        CASE NO. 8:19-cr-33-T-36CPT

JACK R. DOVE, III

## F.R.E. 902(14) NOTICE OF FILING AFFIDAVIT CERTIFYING AUTHENTICITY OF COPY OF ELECTRONIC EVIDENCE

The United States of America respectfully files this notice and attached affidavit certifying, pursuant to Federal Rule of Evidence 902(14), the authenticity of data copied from an electronic device and/or storage medium.

Federal Rule of Evidence 902(14), sets forth a procedure by which parties can authenticate certain electronic evidence other than through the testimony of a foundation witness. The rule applies to data copied from an electronic device, storage medium, or file, if it is authenticated by a digital identification process as shown by certification of a qualified person. Fed. R. Evid. 902(14).

The affidavit attached to this notice, Attachment A, certifies that the data is verified to be a true copy of the original electronic devices and/or storage media by a process of digital identification, which the government intends to offer into evidence. *See* Fed. R. Evid. 902(14).

In filing this notice and the attached affidavit, and having served the same upon counsel for the defendant, the government has provided notice that it may offer one or more of the records identified in the affidavit into evidence at trial in this case under Rule 902(14).

These records are in the government's possession and have been made available as part of discovery.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:    */s/ Lisa M. Thelwell*
       Lisa M. Thelwell
       Assistant United States Attorney
       Florida Bar No. 100809
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone:   (813) 274-6000
       Facsimile:    (813) 274-6358
       E-mail: lisa.thelwell@usdoj.gov

**U.S. v. Jack Dove, III**                    **Case No. 8:19-cr-33-T-36CPT**

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Timothy Fitzgerald, Esq.

/s/ Lisa M. Thelwell
Lisa M. Thelwell
Assistant United States Attorney
Florida Bar No. 100809
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6358
E-mail:  lisa.thelwell@usdoj.gov