## CERTIFICATE OF AUTHENTICITY PURSUANT TO
## FEDERAL EVIDENCE RULE 902(14)

I, Edward Schwaigert, attest, under the penalty of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

I certify that the data described below is a true copy of the original, as shown by the following:

1. I am a Computer Forensic Agent with Homeland Security Investigations, where I have worked for over 13 years. I am currently assigned to Cyber Unit at the Homeland Security Investigations' Denver Field Office. As a Computer Forensic Agent, I am authorized to copy or image digital evidence and perform search/find/extract (SFE) processes on copies of digital evidence. Prior to my position with Homeland Security Investigations I was a Immigration Detention Enforcement Officer and a Police Officer with the City of Cherokee, Iowa.

2. The Computer Forensic Agent certification process involves the completion of several training courses related to computer hardware, software, and forensics. Examinations are conducted under the supervision of a certified Computer Forensic Agent while adhering to Computer Forensic Agent Standard Operating Procedures (SOPs). I also hold several private sector cybersecurity certifications recognized to be industry standards, including Certified Forensic Computer Examiner, EnCase Examiner, and Comp TIA A+.

**ATTACHMENT A**

3. I am familiar with the process for imaging electronic devices and for ensuring that the image is an accurate copy of the original; indeed, making such images is a part of my responsibilities as a Computer Forensic Agent.

4. On or about March 5, 2018, the Korean National Police Agency (KNPA) executed a search warrant at the residence of Jungwoo Sohn, a Korean national accused of running a child exploitation website (hereinafter, "The Website"). During the execution of the search, the KNPA seized a custom-built computer containing four internal hard drives that housed The Website server. While located just outside of Sohn's residence in Korea, I observed the search and seizure of The Website server.

5. On or about March 5, 2018, I received the hard drives' images from The Website server (hereinafter, "the original electronic devices/storage media"), to wit:

| Evidence Designation | Evidence Description |
|---|---|
| Line Item 001 | Image of One (1) Samsung SSD, Model: MZ-7KE512 bearing serial number: S257NXAG60823GH, with a capacity of 512.0 GB |
| Line Item 002 | Image of One (1) Hitachi HDD, Model: 0F12470MRK5Z00P1A, bearing serial number: YFG9S0ZA with a capacity of 2.0 TB |
| Line Item 003 | Image of One (1) Seagate HDD, Model: ST8000AS0002, bearing serial number Z840W89A, with a capacity of 8.0 TB |

**ATTACHMENT A**

| Line Item 004 | Image of One (1) Seagate HDD, Model: ST8000AS0002, bearing serial number Z840E8PG, with a capacity of 8.0 TB |
|---|---|

6. The attached data was verified to be a true copy of the original electronic devices/storage media by a process of digital identification as described below.

7. I created a forensic image of the above-listed digital media. This process entails copying all of the data on the original storage media device. The copies of the forensic images were saved to the following digital media:

| Evidence Designation | Evidence Description |
|---|---|
| Line Item 001 | One (1) Seagate Backup Plus Portable Drive, Model: SRD00F1, bearing serial number: NA9EEGF3, with a capacity of 1.0 TB |
| Line Item 002 | One (1) Seagate HDD, Model: ST4000DM004, bearing serial number: ZFN145YQ, with a capacity of 4.0 TB |
| Line Item 003 | One (1) Seagate HDD, Model: ST10000VX0004, bearing serial number: ZA20WWPS, with a capacity of 10.0 TB |
| Line Item 004 | One (1) Seagate HDD, Model: ST10000VX0004, bearing serial number: ZA20Y05B, with a capacity of 10.0 TB |

**ATTACHMENT A**

8. I then calculated hash values for both the original and copy using one of the most commonly used hash algorithms in digital forensics: Message Digest 5 (MD5). A hash value is a number that is often represented as a sequence of characters and is produced by an algorithm based upon the digital contents of a drive, medium, or file.

9. I then compared the MD5 hash values of the resulting copies to that of the originals. All post copy hash values were exact matches to their original counterparts, which thus reliably attests to the fact that the copy is an exact duplicate of the original.

10. I then copied the images of the Hard Disk Drive's to the following Hard Drives and provided these to HSI Tampa for review. The Hard Drive with Items 001, 002, 004 was provided to HSI Tampa on or about July 8, 2019. The Hard Drive with Item 003 was provided to HSI Tampa on or about July 10, 2019.

| Evidence Designation | Evidence Description |
| --- | --- |
| Line Item 001, 002, 004 | One (1) Seagate HDD, Model: ST8000VN0022, bearing serial number: ZA1B78DW, with a capacity of 8.0 TB |
| Line Item 003 | One (1) Seagate HDD, Model: ST8000VN0022, bearing serial number: ZA1B7CK0, with a capacity of 8.0 TB |

ATTACHMENT A

_____    7/10/2019
Edward Schwaigert, Computer Forensic Analyst    Date
Homeland Security Investigations

**ATTACHMENT A**