# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CLERK'S MINUTES
**STATUS CONFERENCE**

**Case Number: 8:19-CR-33-T-36CPT**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | | Government Counsel: | Lisa Marie Thelwell |
| **Plaintiff,** | | | |
| v. | | | |
| **JACK R. DOVE, III** | | Defense Counsel: | Timothy James Fitzgerald |
| **Defendant.** | | | |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Sharon Miller |
|---|---|---|---|
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | December 14, 2020 | Time: Total: | 2:23 PM – 2:45 PM  22 minutes |

Counsel identified for the record. All parties appeared telephonically for the hearing.

The Court addressed counsel and held discussions as to the jury trial scheduled to commence during the January 2021 trial term.

It is expected that the case will require 5-7 days to try.

The Court *sua sponte* continues this case for One (1) cycle to the FEBRUARY 2021 trial term commencing February 1, 2021. Telephonic Criminal Status Conference will be held on January 19, 2021 at 10:30 A.M.

After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendant in a speedy trial.