# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                         **CASE NO: 8:19-cr-33-T-36CPT**

**JACK R. DOVE, III**

_____/

## O R D E R

This cause is before the Court following a status conference held on December 14, 2020. After discussions with counsel regarding coronavirus-related concerns, pending motions, the availability of witnesses and setting this case for trial, the Court continued the trial until the February 2021 trial term. There was no objection.

Accordingly, this case is continued until the February 2021 trial term, commencing **FEBRUARY 1, 2021**. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant(s) in a speedy trial. The Court, therefore, determines that the time from today until the end of the February 2021 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Another telephonic status conference is scheduled for **January 19, 2021 at 10:30 a.m.** before the undersigned.

**DONE AND ORDERED** in Tampa, Florida on December 16, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services