**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CLERK'S MINUTES
**STATUS CONFERENCE**

Case Number: 8:19-CR-33-T-36CPT

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | | Government Counsel: | Lisa Marie Thelwell |
| Plaintiff, | | | |
| v. | | | |
| **JACK R. DOVE, III** | | Defense Counsel: | Timothy James Fitzgerald |
| Defendant. | | | |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Sharon Miller |
|---|---|---|---|
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | January 19, 2021 | Time: Total: | 11:34 AM – 11:48 AM 14 minutes |

Counsel identified for the record. All parties appeared telephonically for the hearing.

The Court *sua sponte* continues this case for reasons stated on the record. The Government and Defendant had no objection.

This case is continued for One (1) cycle to the MARCH 2021 trial term commencing March 1, 2021. Telephonic Criminal Status Conference will be held on February 16, 2021 at 9:30 A.M.

After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendant in a speedy trial.