# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:19-cr-33-T-36CPT

JACK R. DOVE, III
_____/

## **O R D E R**

This cause is before the Court following a status conference held on January 19, 2021. At the hearing, due to COVID-19 concerns, the Court continued the trial until the March 2021 trial term. The Government had no objection.

Accordingly, this case is continued until the March 2021 trial term, commencing MARCH 1, 2021. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant(s) in a speedy trial. The Court, therefore, determines that the time from today until the end of the March 2021 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Another telephonic status conference is scheduled for **February 16, 2021 at 9:30 a.m.** before the undersigned.

**DONE AND ORDERED** in Tampa, Florida on January 20, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services

2