**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CLERK'S MINUTES
STATUS CONFERENCE

Case Number: 8:19-CR-33-CEH-CPT

**UNITED STATES OF AMERICA**

    Plaintiff,

v.

**JACK R. DOVE, III**

    Defendant.

Government Counsel: Lisa Marie Thelwell

Defense Counsel: Timothy James Fitzgerald

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Sharon Miller |
|---|---|---|---|
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | February 16, 2021 | Time: Total: | 9:45 AM – 9:48 AM 3 minutes |

Counsel identified for the record. All parties appeared telephonically for the hearing.

Defendant's *Oral Motion for Protection* is GRANTED  No trial in this matter will be scheduled April 12 – 20, 2021.

This case shall remain on the Court's MARCH 2021 trial calendar with a tentative date certain of March 22, 2021. Criminal Status Conference will be scheduled by separate notice.