UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:19-cr-33-CEH-CPT

JACK R. DOVE, III

### PROPOSED FORFEITURE JURY INSTRUCTIONS

The United States of America hereby requests that, if the defendant is convicted of the offenses charged in Counts One and/or Two of the Indictment, and, if the Court grants a request by the defendant for a jury determination regarding the forfeiture of the specific assets identified in the Indictment, then the following jury instructions be given during the separate forfeiture hearing following the conviction.

Respectfully Submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:  *s/Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney
Fla. Bar No. 59377
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Tel:   (813) 274-6000
E-mail: suzanne.nebesky@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:19-cr-33- CEH-CPT

JACK R. DOVE, III

SPECIAL JURY CHARGE

**FORFEITURE**

Members Of The Jury:

Your verdict in this case does not complete your jury service, as it would in most cases, because there is another matter you must now consider and decide, namely, whether there is a nexus between certain assets listed in the Indictment, and the crime(s) for which the defendant was convicted.

In a portion of the Indictment not previously disclosed to you, it is alleged that certain assets were used or intended to be used to commit, or to promote the commission of, the defendant's child pornography offenses.   In view of your guilty verdict, you must also decide, under the law I will now explain to you, whether such assets should be forfeited to the United States.

The term "forfeited" simply means for someone to be divested or deprived of the ownership of something as a part of the punishment allowed by law for the commission of certain criminal offenses.

In deciding these issues, you should consider all of the evidence you have already heard during the trial plus the additional evidence that will be presented to you when I finish giving you these instructions.

The forfeiture allegation of the Indictment, a copy of which will be provided to you for your consideration during supplemental deliberations, describes an Alienware laptop computer, a SanDisk thumb drive, and a PNY thumb drive, allegedly subject to forfeiture to the United States, pursuant to 18 U.S.C. § 2253, as property that was used or intended to be used to commit, or to promote the commission of, the defendant's receipt and/or possession of child pornography, or is property traceable to such property.

In order to forfeit the assets above, the United States must prove, by a preponderance of the evidence, that the assets were used to commit, or to promote the commission of, the defendant's receipt and/or possession of child pornography, or is property traceable to such property.

A "preponderance of the evidence" simply means an amount of evidence which is enough to persuade you that a claim or contention is more likely true than not true.

To be "traceable" to something means that the property under consideration must have followed an ascertainable course or trail in successive stages of development or progress from the original source.

While deliberating concerning the issue of forfeiture, you must not reexamine your previous determination regarding the defendant's guilt.

However, all of the instructions previously given to you concerning your consideration of the evidence, the credibility of the witnesses, your duty to deliberate together, your duty to base your verdict solely on the evidence without prejudice, bias or sympathy, and the necessity of a unanimous verdict, will continue to apply during these supplemental deliberations.