UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:19-cr-33-CEH-CPT

JACK R. DOVE, III

**SPECIAL VERDICT FOR FORFEITURE**

Having found the defendant Jack Dove, III, guilty of Counts One and/or Two

of the Indictment, determine whether the assets listed below were used to commit, or

to promote the commission of, the defendant's receipt and/or possession of child

pornography, or is property traceable to such property.

We, the Jury, find that:

      **1.**    **Alienware laptop computer.**

Was used to commit, or to promote the commission of, the
defendant's receipt of child pornography, as charged in Count
One, or is property traceable to such property:

Yes   _____          No   _____

Was used to commit, or to promote the commission of, the
defendant's possession of child pornography, as charged in Count
Two, or is property traceable to such property:

Yes   _____          No   _____

**2.**     **SanDisk thumb drive.**

Was used to commit, or to promote the commission of, the defendant's receipt of child pornography, as charged in Count One, or is property traceable to such property:

Yes  _____              No  _____

Was used to commit, or to promote the commission of, the defendant's possession of child pornography, as charged in Count Two, or is property traceable to such property:

Yes  _____              No  _____

**3.**     **PNY thumb drive.**

Was used to commit, or to promote the commission of, the defendant's receipt of child pornography, as charged in Count One, or is property traceable to such property:

Yes  _____              No  _____

Was used to commit, or to promote the commission of, the defendant's possession of child pornography, as charged in Count Two, or is property traceable to such property:

Yes  _____              No  _____

SO SAY WE ALL:

_____              _____
FOREPERSON                              DATE

2