# CERTIFICATE OF AUTHENTICITY

I, Taeyoung Kim, attest that the information contained in this certification is true and correct. I make this attestation on the understanding that, in respect of the following statement and pursuant to the laws of the Republic of Korea, if I were to intentionally make a false declaration to the Court, I would be liable to criminal prosecution for perjury or making false unsworn declarations.

I certify that the data described below is a true copy of the original, as shown by the following:

## I. Qualifications

I am employed by the Korean National Police Agency (KNPA), a law enforcement agency in the Republic of Korea. My title at the KNPA is Cyber Terror Investigation Team Investigator. I have held that position for 5 years.

My job responsibilities at KNPA include imaging and analyzing electronic evidence, including computer servers. I have received training on computer forensics and imaging. I am authorized to copy or image digital evidence and perform search/find/extract (SFE) processes on copies of digital evidence. I am familiar with and adhere to the appropriate procedures for ensuring the integrity of electronic evidence. While working at KNPA, I have imaged many electronic devices for numerous cases.

I am familiar with the process for imaging electronic devices and for ensuring that the image is an accurate copy of the original; indeed, making such images is a part of my responsibilities at KNPA.

## II. Original Data

On or about March 5, 2018, the KNPA executed a search warrant at the residence of Jungwoo Son, a Korean national accused of running a child exploitation website (hereinafter, "The Website"). During the execution of the search, the KNPA seized a custom-built computer containing four internal hard drives that housed The Website server. These drives are identified as follows:

| Evidence Designation | Evidence Description |
|---|---|
| Line Item 001 | One (1) Samsung SSD, Model: MZ-7KE512 bearing serial number: S257NXAG608236H, with a capacity of 512.0 GB |
| Line Item 002 | One (1) Hitachi HDD, Model: 0F12470MRK5Z00P1A, bearing serial number: YFG9S0ZAZ with a capacity of 2.0 TB |

| Line Item 003 | One (1) Seagate HDD, Model: ST8000AS0002, bearing serial number Z840W89A, with a capacity of 8.0 TB |
| --- | --- |
| Line Item 004 | One (1) Seagate HDD, Model: ST8000AS0002, bearing serial number Z840E8PG, with a capacity of 8.0 TB |

### III. Imaging & Verification

On March 5, 2018, I created a forensic image of the above-listed digital media. The image was generated through an electronic process or system that produces an accurate result, to wit, all of the data on the server was copied and written to a second media device. The records were copied in a manner that ensured that they were true copies of the original server data.

The forensic images were saved to the following digital media, which had been provided by U.S. law enforcement. These drives containing the forensic images were then returned to U.S. law enforcement on March 5, 2018.

| Evidence Designation | Evidence Description |
| --- | --- |
| Line Item 001 | One (1) Seagate Backup Plus Portable Drive, Model: SRD00F1, bearing serial number: NA9EEGF3, with a capacity of 1.0 TB, which contained the image of one (1) Samsung SSD, Model: MZ-7KE512 bearing serial number: S257NXAG60823GH, with a capacity of 512.0 GB |
| Line Item 002 | One (1) Seagate HDD, Model: ST4000DM004, bearing serial number: ZFN145YQ, with a capacity of 4.0 TB, which contained the image of one (1) Hitachi HDD, Model: 0F12470MRK5Z00P1A, bearing serial number: YFG9S0ZA with a capacity of 2.0 TB |
| Line Item 003 | One (1) Seagate HDD, Model: ST10000VX0004, bearing serial number: ZA20WWPS, with a capacity of 10.0 TB, which contained the image of one (1) Seagate HDD, Model: |

|  | ST8000AS0002, bearing serial number Z840W89A, with a capacity of 8.0 TB |
|---|---|
| Line Item 004 | One (1) Seagate HDD, Model: ST10000VX0004, bearing serial number: ZA20Y05B, with a capacity of 10.0 TB, which contained the image of One (1) Seagate HDD, Model: ST8000AS0002, bearing serial number Z840E8PG, with a capacity of 8.0 TB |

The forensic images were verified to be a true copy of the original data by a process of digital identification, to wit:

I calculated hash values for both the original and copy using one of the most commonly used hash algorithms in digital forensics: Message Digest 5 (MD5). A hash value is a number that is often represented as a sequence of characters and is produced by an algorithm based upon the digital contents of a drive, medium, or file.

I then compared the MD5 hash value of the resulting copy to that of the original. All post-copy hash values were exact matches to their original counterparts, which thus reliably attests to the fact that the copy is an exact duplicate of the original.

Signature: _김태영_

Date of execution: _1. 29. 2021_

Place of execution: _KNPA. Cyber Terror Investigation Team._