UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

     v.                        CASE NO. 8:19-cr-33-CEH-CPT

JACK R. DOVE, III

**UNITED STATES' NOTICE OF FILING DECLARATION OF
AUTHENTICATION OF BUSINESS RECORDS**

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, hereby files this Declaration of Authentication of Business Records concerning records of Bank of America, Charter Communications, Coinbase, and Google LLC. The Declarations of Authentication of Business Records are attached as "Attachment A," "Attachment B," "Attachment C," and "Attachment D," respectively. In filing this notice and attached declarations, and serving same upon the defendant, the United States hereby provides notice that the United States may offer one or more of the records identified in the declaration into evidence at trial in this case, pursuant to Rule 803(6) and 902(11) of the Federal Rules of Evidence.

Said records are in the government's possession and have been made available

as part of discovery.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:   */s/ Lisa M. Thelwell*
Lisa M. Thelwell
Assistant United States Attorney
Florida Bar No. 100809
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6178
Email: lisa.thelwell@usdoj.gov

**U.S. v. Jack Dove, III**                    **Case No. 8:19-cr-33-CEH-CPT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 24, 2021, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system, which

will send a notice of electronic filing to the following:

Timothy Fitzgerald, Esq.

*/s/ Lisa M. Thelwell*
Lisa M. Thelwell
Assistant United States Attorney
Florida Bar No. 100809
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6178
Email: lisa.thelwell@usdoj.gov
