**ATTACHMENT B**

STATE OF MISSOURI           )
                            )
COUNTY OF ST. LOUIS         )

AFFIDAVIT OF RECORDS CUSTODIAN CERTIFYING RECORDS

PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Jessica Hedgpeth, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

I am employed by Charter Communications, Inc., (Charter) and my title is Paralegal. Part of my job responsibilities is to review the records that Charter maintains relating to individual subscriber accounts to specific business records. I have reviewed the attached Charter records for 70.127.40.255, 2/15/2018 12:00:00 AM, Eastern; 721 Powder Horn Row, Lakeland, FL, 33809 in response to a lawful request dated 8/16/2018 and issued to Charter Communications.

I further state that:

1. All records attached to this certificate were made at or near the time of the occurrence of the activity;
2. These records are kept in the ordinary course of the regularly conducted business activity of Charter Communications and making such records is a regular practice of Charter Communications; and
3. These records were generated by Charter Communications by an electronic process or system that produces an accurate result.

FURTHER AFFIANT SAITH NOT.

08/20/2018
_____
Date

_____
Jessica Hedgpeth, Paralegal
Legal Response Operations Center
Charter Communications, Inc.
12405 Powerscourt Drive
St. Louis, Missouri 63131
jessica.hedgpeth@charter.com
www.charter.com/lea