ATTACHMENT D

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

2/19/2019

Special Agent Tavey Garcia
ICE
2203 N. Lois Avenue, Ste. 600
Tampa, FL 33607

                **Re: Search Warrant dated January 28, 2019 (Google Ref. No. 2302726)**
                  *18TA0009; 8:19MJ1104TGW*

Dear Special Agent Garcia:

      Pursuant to the Search Warrant issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

      Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *NOTUS52911*, as specified in the Search Warrant. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

      Please note that Google Pay service data is under the control of Google Payment Corporation. Any request for such data must be specifically addressed to Google Payment Corporation and can be served through the email address googlepayments@google.com.

      Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

                                            Regards,

                                            Dylan Reim
                                            Google Legal Investigations Support

ATTACHMENT D

Google LLC  
1600 Amphitheatre Parkway



USLawEnforcement@google.com  
Mountain View, California 94043

# CERTIFICATE OF AUTHENTICITY

I hereby certify:

1. I am employed by Google LLC ("Google"), located in Mountain View, California. I am authorized to submit this affidavit on behalf of Google. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3. Google provides Internet-based services.

4. Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *NOTUS52911*, with Google Ref. No. 2302726 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5. The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6. The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


\_\_\_/s_Dylan Reim_____         Date: 2/19/2019  
(Signature of Records Custodian)


    Dylan Reim  
(Name of Records Custodian)

ATTACHMENT D

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

**Attachment A: Hash Values for Production Files (Google Ref. No. 2302726)**

notus52911.553091029213.LocationHistory.Records_001.zip:

MD5- 25eb79e8d1f7c9bd9f5e28969b110132
SHA512-
bd30b9373d6c621445789296b973f6580fb1733f584dc24a53927fe37782aadfe9beb8c943f60c506f555af1066bd231db060ad3c653e61e7711e3a65c6f9684

notus52911.553091029213.LocationHistory.Tombstones_001.zip:

MD5- 2a7d19b849d26e87111c8bd380163d91
SHA512-
822f176ae01a5d386b0ca8bd0288bbda662fa2e80b58884dac79e0dbb19c959725b35db05b1911c96e1e8275cea42e8878ef3392f6921c5d36ccb8db69fe4c29

notus52911.AccountInfo.Preserved.1.txt:

MD5- da2fde442c7d4c1144466604fb586a15
SHA512-
8656e54356d8d0b3dd95b3c4db2fbd74cf13c7d2300184f493d29eb46096a72bb519b9eede7ba23cdfcce8d7c19e31e05d05ca56f16cd23f23e5f22977b4e507

notus52911.AccountInfo.Preserved.2.txt:

MD5- e536dae500037ea3822dcedb1dcdcd24
SHA512-
99e9642973e2dcfc4f39de9754fcb95af50b7f2db1db952a149d178185e6e75aa9a39d7167c8bbb18e3073db1f35ea2998701715faaa025a5eca364e0bdb9ff7

notus52911.AccountInfo.txt:

MD5- e536dae500037ea3822dcedb1dcdcd24
SHA512-
99e9642973e2dcfc4f39de9754fcb95af50b7f2db1db952a149d178185e6e75aa9a39d7167c8bbb18e3073db1f35ea2998701715faaa025a5eca364e0bdb9ff7

notus52911.Calendar.Events.zip:

MD5- 49e720844640fcd65c9a51813d6a2b7d
SHA512-
a1a9d60ccc20e87a50c513492f4072450e41ed821134e1851655384e142fbe9c9e2298ccc14210aab3751e78e3883847a6fe3393b5b033588114392f79819d48

notus52911.Chats.Preserved.zip:

ATTACHMENT D



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

MD5- 3ae24064939f373ef103d703a460a6e3
SHA512-
0eacdf4ca76ccf8edfa57cf9791ab46e976cad2797ce4c334c5900eec9e3f0c58b0429239dee67533d0
6c3193b1a72259d3348bcbe7b9247a86f8286fce11ed2

notus52911.Chats.zip:

MD5- 88857ffd96863b2775bb11ca06aeeea8
SHA512-
355ed60d77a1a6aeac600e2ada05b55e775be6ecada1a3bd2574b365b907c08a4e5a62bb888a38618
5418be53030b954c06849fd1ae1ca95127546a5ace0aacc

notus52911.Drive.Metadata.Preserved.txt:

MD5- 28682e2ea0c0627e528afc9f57cb877c
SHA512-
a7b026a78e66da3021b4932bdf4180fe8cc4acfb42ddffe2b2287ab9e101ffb64137dbcf24c5200a81
3d6dd1687a5bd76927a7870ebe790358b629ce129363f4

notus52911.Drive.Metadata.txt:

MD5- 28682e2ea0c0627e528afc9f57cb877c
SHA512-
a7b026a78e66da3021b4932bdf4180fe8cc4acfb42ddffe2b2287ab9e101ffb64137dbcf24c5200a81
3d6dd1687a5bd76927a7870ebe790358b629ce129363f4

notus52911.Drive.Preserved.txt:

MD5- f580175fa3dfefc73ebde2ee31fbf036
SHA512-
8e368128f4bc198bd09a8ad32f1d715cb467aff41c8ba9b80f6c72e534064ab530949361d587fb6bff
2c6feb9b0d22fb23325f00afb376fcaab89559f45c07ce

notus52911.Drive.txt:

MD5- f580175fa3dfefc73ebde2ee31fbf036
SHA512-
8e368128f4bc198bd09a8ad32f1d715cb467aff41c8ba9b80f6c72e534064ab530949361d587fb6bff
2c6feb9b0d22fb23325f00afb376fcaab89559f45c07ce

notus52911.Gmail.Contacts.Preserved.vcf:

MD5- d41d8cd98f00b204e9800998ecf8427e
SHA512-
cf83e1357eefb8bdf1542850d66d8007d620e4050b5715dc83f4a921d36ce9ce47d0d13c5d85f2b0ff

**ATTACHMENT D**



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

8318d2877eec2f63b931bd47417a81a538327af927da3e

notus52911.Gmail.Contacts.vcf:

MD5- d41d8cd98f00b204e9800998ecf8427e
SHA512-
cf83e1357eefb8bdf1542850d66d8007d620e4050b5715dc83f4a921d36ce9ce47d0d13c5d85f2b0ff
8318d2877eec2f63b931bd47417a81a538327af927da3e

notus52911.Plus.Activities.zip:

MD5- 76cdb2bad9582d23c1f6f4d868218d6c
SHA512-
5e2f959f36b66df0580a94f384c5fc1ceeec4b2a3925f062d7b68f21758b86581ac2adcfdde73a171a2
8496e758ef1b23ca4951c05455cdae9357cc3b5a5825f

notus52911.Plus.Activities.zip:

MD5- 76cdb2bad9582d23c1f6f4d868218d6c
SHA512-
5e2f959f36b66df0580a94f384c5fc1ceeec4b2a3925f062d7b68f21758b86581ac2adcfdde73a171a2
8496e758ef1b23ca4951c05455cdae9357cc3b5a5825f

notus52911.Plus.Circles.zip:

MD5- 76cdb2bad9582d23c1f6f4d868218d6c
SHA512-
5e2f959f36b66df0580a94f384c5fc1ceeec4b2a3925f062d7b68f21758b86581ac2adcfdde73a171a2
8496e758ef1b23ca4951c05455cdae9357cc3b5a5825f

notus52911.Plus.Profile.html:

MD5- 89d040e12aacc284ab001a7f4630c686
SHA512-
1a55b100a24ee6503902cffba29d85d84be254e4d47e1001a8c51a9ae6305d0ad2b581a99f5b3a744
8c371cfce570b26918a1972cce2f571525cc62fbed1a137

notus52911@gmail.com-Browsing.txt:

MD5- b1e5a5bb57cd7af20d6171ef08b86165
SHA512-
9b20bb5b1ddd09cf9088817cdf2fab55af4e9ce92f30e4c6ffa9e150b10139194f11a918ed89109703
7bd811df57ec8c41ba1866809f0a6ee2a2de04bbfe5a5e

notus52911@gmail.com-Search.txt:

**ATTACHMENT D**



Google LLC  
1600 Amphitheatre Parkway

USLawEnforcement@google.com  
Mountain View, California 94043

MD5- 4e53ae7fdfa0f83b4b261b9276a7b24f  
SHA512- 7d38a6f65e5197079f8915386c4215291a2ae5de40a2360abf33b00cc8af49cf0626531ed1ec28e7795dcf3fe1e2ffafe053b372783d0b8e641f86660e108948

notus52911@gmail.com.Gmail.Content.Preserved.mbox:

MD5- cf615c9c8712b1f13594b380ea179e6d  
SHA512- a4c7bd5b99da1445c4fc0ab8a9b8cfd6617eac402b37e60db97f6949f69c240c3970b7f2465a945919fbc4d9a461105a224807a9f7f2843cb7df3607e59dff1d

notus52911@gmail.com.Gmail.Content.mbox:

MD5- 6ef616b5166114f0ca4856779d99d4b5  
SHA512- e238f1367ed8c6d787c688284b4f81ee185d74687277df90c99338a97b8696abc1bd853bd4c556bd5c196c4d563e3aefe685b4b5224dcbe4fcee38831030e8e0

notus52911@gmail.com.Gmail.Headers.Preserved.mbox:

MD5- 71a2662f25aa4991a448ce699eb3f3a2  
SHA512- 53378b9fa8efbf3f0651899c3594002ec104d77050295da5cb7fc2ddbafc11c5771f0b0bbf3f9b3aa22d14013f2285ce48edde28547a3a6824f949245d2472d2