UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES
PRETRIAL CONFERENCE

Case Number: 8:19-CR-33-CEH-CPT

| UNITED STATES OF AMERICA | Government Counsel: | Lisa Marie Thelwell |
|---|---|---|
| Plaintiff, | | |
| v. | | |
| JACK R. DOVE, III | Defense Counsel: | Timothy James Fitzgerald |
| Defendant. | | |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Sharon Miller |
|---|---|---|---|
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | March 1, 2021 | Time: Total: | 1:30 PM – 2:01 PM 31 minutes |

Court in session and counsel identified for the record. All parties appeared virtually for the hearing.

The Court addressed counsel and held discussions as to the jury trial in this matter and COVID protocols.

On or before March 2, 2021, the Government shall file an *Amended F.R.E. 902(14) Notice of Filing Affidavit Certifying Authenticity of Copy of Electronic Evidence* which includes the attachments. Thereafter, counsel for Defendant shall have one (1) week to file objections, if any.

On or before March 5, 2021, counsel for Defendant shall file his discovery objections, if any. The Government shall respond to the objections by March 12, 2021. Thereafter, the Court will rule on the objections.

- 2 -

Questions for *Voir Dire*, Jury Instructions and Verdict shall be filed on or before March 15, 2021.

This matter is set for Jury Trial commencing Monday, March 22, 2021 (date certain) at 9:30 AM in Courtroom 17.  It is expected that the case will take 5 days to try.

Court adjourned.