# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  　　　　　　　　　　　　　　　　　　CASE NO: 8:19-cr-33-CEH-CPT

JACK R. DOVE, III

_____

## PRETRIAL ORDER

This cause came before the Court at a pretrial conference held on March 1, 2021. Upon consideration, it is **ORDERED** that:

(1) This case is set for trial commencing MARCH 22, 2021 at 9:30 AM. Counsel expect that it will take 5 days to try this case. A typical trial day starts at 9:00 – 9:30 a.m. and ends at 5:00 – 5:30 p.m., with one hour for lunch.

(2) On or before March 2, 2021, the Government shall file an *Amended F.R.E. 902(14) Notice of Filing Affidavit Certifying Authenticity of Copy of Electronic Evidence* which includes the attachments. Counsel for Defendant shall have one week from receipt of the amended notice to file objections.

(3) On or before March 5, 2021, counsel for Defendant shall file objections to discovery, if any. The Government shall respond to the objections by March 12, 2021. Thereafter, the Court will rule on the objections.

(4) On or before March 5, 2021, any other motions regarding this trial, such as motions *in limine* shall be filed. The non-moving party shall respond to the motions no later than one week after receipt of any motions.

(5) The Court will begin the *voir dire* by asking general questions of the panel. Counsel will be permitted to participate in the *voir dire* examination by asking follow-up questions to specific panel members based on the information they provided in response to the general questioning. However, counsel should refrain from asking questions that have already been asked, and the Court will interrupt the *voir dire* examination when necessary to avoid any delay in the proceedings. After the *voir dire* examination is completed, the venire will be excused from the courtroom before counsel will be heard on challenges for cause or otherwise.

(6) Exhibit and Witness Lists shall be filed with the Courtroom Deputy on the first day of trial, prior to *voir dire*, if not previously filed. **Additionally, at the conclusion of the trial, counsel shall provide to the Courtroom Deputy a CD which contains all of the parties' exhibits, individually listed, in pdf format.**

(7) Questions for *voir dire*, Jury Instructions and a Verdict Form shall be filed on or before March 15, 2021.

(8) All jury instructions and verdict forms shall comply substantially with the Pattern Jury Instructions and verdict forms promulgated by the Eleventh

      Circuit. To the extent that any proposed instruction or verdict form deviates from the forms in the Eleventh Circuit Pattern Jury Instructions, the proposed instruction or verdict form shall be clearly denoted as a "modified" jury instruction or verdict form, with appropriate citation of authority. A copy of the jury instructions and verdict form in word format shall be submitted to Chambers_FLMD_honeywell@flmd.uscourts.gov no later than three (3) business days before the start of trial.

(9) The examination of witnesses shall be limited to direct examination, cross-examination and re-direct examination. Re-cross examination is allowed only if something new was raised on re-direct. It is not allowed as a matter of course.

(10) In making objections, the attorney making the objection shall announce the legal basis for the objection without further argument. The responding attorney shall respond accordingly, giving only the legal basis for opposing the objection. Neither attorney shall make any other argument or comment in the presence of the jury other than at side bar conferences on the record, which conferences will be held, if necessary, to assist the Court in its ruling, upon the request of either attorney or upon the Court's own directive.

(11) Each party will be allowed twenty minutes for opening statement. The time allowed for closing arguments will be established after conclusion of the evidence.

(12) It is the responsibility of each attorney to make sure that her/his witnesses are present when needed to testify. It may not be possible to delay the proceedings to accommodate a witness who is tardy or has strayed from the witness room.

It is also counsel's responsibility to make sure that her/his witnesses are properly dressed for appearing in court. In particular, shorts, sweat pants, tank tops, and clothing bearing obscene or other inappropriate words or images are not allowed in the courtroom.

(13) Each attorney shall admonish their client(s) and office staff not to exhibit inappropriate behavior in the presence of the jury. Inappropriate conduct shall include, but not be limited to, facial gestures and audible comments.

(14) <u>Use of surnames only</u>: All counsel are directed to refer to their clients, each other, members of the jury and all witnesses only by surnames and not by their first or given names.

(15) The conduct of this trial shall be pursuant to and consistent with the Florida Bar, Trial Lawyers Section's, Guidelines for Professional Conduct, specifically Section M thereof, "Trial Conduct and Courtroom Decorum," other than as modified herein and Rule 5.03, Local Rules of the Middle District of Florida – Courtroom Decorum.

(16) Counsel are prohibited from arguing with or addressing opposing counsel across the courtroom. Instead, address the Court. Formality and courtesy are valued over informality.

(17) **No gum chewing. Please advise your clients and witnesses.**

(18) Observe Rule 611(c) of the Federal Rules of Evidence regarding leading and non-leading questions. Additionally, please allow witnesses to finish their answers before asking the next question.

(19) Water will not be provided in the courtroom, except for witnesses. You may bring bottled water into the courtroom. You are not permitted to bring other drinks or food into the courtroom.

(20) Any questions about courtroom security or issues regarding defendants in custody, such as providing clothing for a defendant, should be directed to the United States Marshals Service.

**DONE AND ORDERED** in Tampa, Florida on this 1st day of March, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record