

































디지털 증거물 봉인



디지털 증거물 봉인

