# Audit Log

**Vendor:**           Logicube
**Product:**          Falcon
**Software Version:** 3.0u1
**Build Date:**       Jun 13, 2016 14:55:48 PDT
**Unit Serial Number:** 132954
**Time (Local):**     05:03:28 (KST +0900)
**Time (UTC):**       20:03:28
**Date:**             Mar 05, 2018

---

## Operation Parameters

**Mode:**             DriveToFile
**Method:**           E01Capture
**Hash:**             MD5
**Image Path:**       /var/repo/sas-d1
**LBA Count:**        15628053168
**Source Logical Sector Size:** 512
**Segment Size:**     4GB
**Compression Level:** Default
**Hash Enabled:**     True
**Verify Hash:**      False
**Unlock HPA:**       True
**Unlock DCO:**       True
**Drive Trim:**       False
**Error Granularity:** 1
**Result:**           SUCCESS
**Duration:**         15:28:44

---

## Hash Information

**LBA Count:**        15628053168
**Hash Type:**        MD5
**Source Hash:**      4afc5fee850cefee0353ee46f068784d

---

## Case Information

**Case/File Name:**   Son_HDD1_8TB
**Case ID:**
**Examiner:**         LEEGB
**Evidence ID:**
**Case Notes:**

---

## Segment Information

---

**Destination:**      **UID:** SAS_D1/6C68919D287C28E6
                      **Path:** /var/repo/sas-d1/Son_HDD1_8TB
                      **Filesystem:** ntfs
                      **Serial:** ZA21G6T8
**File Name:**        Son_HDD1_8TB.E01
**Partial Hash:**     d780974ee313577c14ce100519aa3d32
**File Name:**        Son_HDD1_8TB.E02
**Partial Hash:**     8e5e60f87f27dc61041f0d328d513231
**File Name:**        Son_HDD1_8TB.E03

**Partial Hash:** f2d9bae48dda657655227bb96ae4524d

**File Name:**   Son_HDD1_8TB.E04

**Partial Hash:** 8754bba84d673b33384f4f826474668d

**File Name:**   Son_HDD1_8TB.E05

**Partial Hash:** 2627b405c85fe054d4267105ec0acbbc

**File Name:**   Son_HDD1_8TB.E06

**Partial Hash:** 1eb522580b0cc230f362c79355ece81f

**File Name:**   Son_HDD1_8TB.E07

**Partial Hash:** e6a01e29108e24584a9a98d2b88aa01f

**File Name:**   Son_HDD1_8TB.E08

**Partial Hash:** 843f0264b236019a7dc73655d1e78c03

**File Name:**   Son_HDD1_8TB.E09

**Partial Hash:** 0f53e96adc5d37796576bfbcce810c2a

**File Name:**   Son_HDD1_8TB.E10

**Partial Hash:** 39120c0fe75f0a4480cea004260b72d1

**File Name:**   Son_HDD1_8TB.E11

**Partial Hash:** d43465c85bffd368e491259e92dd4753

**File Name:**   Son_HDD1_8TB.E12

**Partial Hash:** 6d0aa49e4da00af25f5a9cf354f1d7be

**File Name:**   Son_HDD1_8TB.E13

**Partial Hash:** b0922be7d71759ceb1aa9e34ce8a7c0a

**File Name:**   Son_HDD1_8TB.E14

**Partial Hash:** 04b8c203d05eea12fef272adb1db8345

**File Name:**   Son_HDD1_8TB.E15

**Partial Hash:** c4adc8f992a308dddb4a17ff24b8db93

**File Name:**   Son_HDD1_8TB.E16

**Partial Hash:** f30227fcd99473dabf03c495b4f14137

**File Name:**   Son_HDD1_8TB.E17

**Partial Hash:** 612692805ee911e1b936db5a57865b67

**File Name:**   Son_HDD1_8TB.E18

**Partial Hash:** 94fe8bce1315e76e3adf476315ae3090

**File Name:**   Son_HDD1_8TB.E19

**Partial Hash:** 99c6ac32f8398ecee7576c1bedca8f95

**File Name:**   Son_HDD1_8TB.E20

**Partial Hash:** 0598e1b1d591242a795d1a3f3e568d44

**File Name:**   Son_HDD1_8TB.E21

**Partial Hash:** 28f92d5b421d887b55926b680435f508

**File Name:**   Son_HDD1_8TB.E22

**Partial Hash:** 1da60432a875dda5923a3c9efa530be6

**File Name:**   Son_HDD1_8TB.E23

**Partial Hash:** 2032520ef80b0432e2ca663413b90d92

**File Name:**   Son_HDD1_8TB.E24

**Partial Hash:** 06e907097a464be0c557f79e32189b5e

**File Name:**   Son_HDD1_8TB.E25

**Partial Hash:** eef0ba9ace0ef9c0628d60c9d94db9be

**File Name:**   Son_HDD1_8TB.E26

**Partial Hash:** 47674bb17966e3c558b51e1b8c763c09

**File Name:**   Son_HDD1_8TB.E27

**Partial Hash:** ab049658eb52ff2fb8f9f6054875bcc1

**File Name:**   Son_HDD1_8TB.E28

**Partial Hash:** c1a93ed37edc23d35c2b525fb8d62bbb

**File Name:**   Son_HDD1_8TB.E29

**Partial Hash:** 157985f144c21d17ca09f7c8831bc03f

**File Name:**   Son_HDD1_8TB.E30
**Partial Hash:** 0c2904f6d8532bd16c9438c4a22cf0ac
**File Name:**   Son_HDD1_8TB.E31
**Partial Hash:** c079f97bb4a9bdcfcdd38ad675623ee2
**File Name:**   Son_HDD1_8TB.E32
**Partial Hash:** 0fc2eb478dad46247a4547abd9344230
**File Name:**   Son_HDD1_8TB.E33
**Partial Hash:** b3a0665fac367e8d5a0a2145d139a264
**File Name:**   Son_HDD1_8TB.E34
**Partial Hash:** 49d8eac7af396815be96992b5f5a664d
**File Name:**   Son_HDD1_8TB.E35
**Partial Hash:** f3fe90a21b142ada20e1d16696cca1f9
**File Name:**   Son_HDD1_8TB.E36
**Partial Hash:** 0f3ebcc3490e0c6dec5592d7396f593f
**File Name:**   Son_HDD1_8TB.E37
**Partial Hash:** 07ce19d3ca2b31b77a62e3467e68cdc7
**File Name:**   Son_HDD1_8TB.E38
**Partial Hash:** d2bd4578ee03ad3b6a49ec9a2609a446
**File Name:**   Son_HDD1_8TB.E39
**Partial Hash:** 64d78301430f85a8bae1f975c1de20b5
**File Name:**   Son_HDD1_8TB.E40
**Partial Hash:** f0565d2d8309e1c973dd33e3309bf799
**File Name:**   Son_HDD1_8TB.E41
**Partial Hash:** 98abef6a714e3b6ded2ba4a3590296ab
**File Name:**   Son_HDD1_8TB.E42
**Partial Hash:** ff1be1473b948305b78a8e71023dd0bd
**File Name:**   Son_HDD1_8TB.E43
**Partial Hash:** db84888bd525161e417a15828ca6e806
**File Name:**   Son_HDD1_8TB.E44
**Partial Hash:** c135f2ae5ebda7874d776b572de45c76
**File Name:**   Son_HDD1_8TB.E45
**Partial Hash:** 4635dd3afb7820a7346807871f0bc2b6
**File Name:**   Son_HDD1_8TB.E46
**Partial Hash:** 95df05760e465b59a6f075068ece1ef2
**File Name:**   Son_HDD1_8TB.E47
**Partial Hash:** 49ff81636852bdad30c6943e35872196
**File Name:**   Son_HDD1_8TB.E48
**Partial Hash:** e57e49b4ab1a7e7c6f1fced5874f49c6
**File Name:**   Son_HDD1_8TB.E49
**Partial Hash:** 055efd35bb55f4f605a84eb8f94b88db
**File Name:**   Son_HDD1_8TB.E50
**Partial Hash:** 548fb45efb6f4b86d0a2fa70234d39d7
**File Name:**   Son_HDD1_8TB.E51
**Partial Hash:** 7d2e2220f5d2544ecd9acc2379206896
**File Name:**   Son_HDD1_8TB.E52
**Partial Hash:** c87c154a2aa1be9391cad98ef26fbdfb
**File Name:**   Son_HDD1_8TB.E53
**Partial Hash:** 4c8bc0826faa350edd9a530d7f761f78
**File Name:**   Son_HDD1_8TB.E54
**Partial Hash:** 893429328c2ce03840e29c6f868b5f0d
**File Name:**   Son_HDD1_8TB.E55
**Partial Hash:** 6da900e2c4c48af1848352a311cb57d6
**File Name:**   Son_HDD1_8TB.E56

**Partial Hash:** d2de60dfbd9c7419d4e7c1f95265ecd2

**File Name:**   Son_HDD1_8TB.E57

**Partial Hash:** 3d2742b7a819694e89c8df6255d5a94e

**File Name:**   Son_HDD1_8TB.E58

**Partial Hash:** ae7ba49103cb284b6adc245f28d2cbcf

**File Name:**   Son_HDD1_8TB.E59

**Partial Hash:** e71fc8e737a00ba50638716ecc4669d4

**File Name:**   Son_HDD1_8TB.E60

**Partial Hash:** 328d8412eb82dcd0e2cdbe3ba93117a6

**File Name:**   Son_HDD1_8TB.E61

**Partial Hash:** 02496b87c9e5f63194b02ba5beccc566

**File Name:**   Son_HDD1_8TB.E62

**Partial Hash:** da34b9c2b885690b814e8ded99c5a0ca

**File Name:**   Son_HDD1_8TB.E63

**Partial Hash:** 990fd29ec26c113764327794159281fa

**File Name:**   Son_HDD1_8TB.E64

**Partial Hash:** 09f3352507f6fbe4e4095bd6aa2c60fd

**File Name:**   Son_HDD1_8TB.E65

**Partial Hash:** 238e27bb972c37a905481612a2ae5129

**File Name:**   Son_HDD1_8TB.E66

**Partial Hash:** f629395c2227a409d9bcca1cb49b073e

**File Name:**   Son_HDD1_8TB.E67

**Partial Hash:** 147e7a8f37214d9a584110083d9ce0fe

**File Name:**   Son_HDD1_8TB.E68

**Partial Hash:** 05d9ab973b481f760d981ea8c2415edb

**File Name:**   Son_HDD1_8TB.E69

**Partial Hash:** a4d1ad7d6523243b0d0f5635c9176c4f

**File Name:**   Son_HDD1_8TB.E70

**Partial Hash:** 73b253f610a219dc90bba2d4a5f061c0

**File Name:**   Son_HDD1_8TB.E71

**Partial Hash:** 4a559146061d1f16124891ac1c4d02c5

**File Name:**   Son_HDD1_8TB.E72

**Partial Hash:** 27d27b708b0d82749cc8cbd1340f2af3

**File Name:**   Son_HDD1_8TB.E73

**Partial Hash:** 6636f655ff4234297c788d8e79fc9fc2

**File Name:**   Son_HDD1_8TB.E74

**Partial Hash:** d164f15054ba4d7b17dcabc1b5f54864

**File Name:**   Son_HDD1_8TB.E75

**Partial Hash:** 1e59de2565ed74ed7ab1d0811a2fa54d

**File Name:**   Son_HDD1_8TB.E76

**Partial Hash:** c9c02f37be0b2b27ab0cb2fe70ca70dd

**File Name:**   Son_HDD1_8TB.E77

**Partial Hash:** ef3b1e6f3fd3193843620c4dad60799e

**File Name:**   Son_HDD1_8TB.E78

**Partial Hash:** b1f1d1c4b8e1ec549fd2f9be214ab022

**File Name:**   Son_HDD1_8TB.E79

**Partial Hash:** 22b952f61ff60295e0da9f928ccfc29f

**File Name:**   Son_HDD1_8TB.E80

**Partial Hash:** d421355d4031150043ff3cbc734e4b48

**File Name:**   Son_HDD1_8TB.E81

**Partial Hash:** 1663010e12a5d19897276eee360a3489

**File Name:**   Son_HDD1_8TB.E82

**Partial Hash:** 22e1659847a98f0407be50dcb021b233

**File Name:**   Son_HDD1_8TB.E83

**Partial Hash:** 55c1958a5ff96e608f93ce6b36314939

**File Name:**   Son_HDD1_8TB.E84

**Partial Hash:** e4aa2e9b9a19c2697cb980988fd5245b

**File Name:**   Son_HDD1_8TB.E85

**Partial Hash:** da60348d50238fde0c5a295be1c8fa21

**File Name:**   Son_HDD1_8TB.E86

**Partial Hash:** 75f610d446a9b9b60bd7ec60782cc8cd

**File Name:**   Son_HDD1_8TB.E87

**Partial Hash:** ad55e4af2712a32406085846f0d42604

**File Name:**   Son_HDD1_8TB.E88

**Partial Hash:** edad9e2a1bd07e92cc6fca4049bf9f68

**File Name:**   Son_HDD1_8TB.E89

**Partial Hash:** fc26ade17e4c8eb1d2eb9b384e956eae

**File Name:**   Son_HDD1_8TB.E90

**Partial Hash:** 0f39a026121e5c32b25bc7602ccf4b65

**File Name:**   Son_HDD1_8TB.E91

**Partial Hash:** 73812c656f315afbb37bae6f19ae652d

**File Name:**   Son_HDD1_8TB.E92

**Partial Hash:** 57a612c2020e217946978871898e6f66

**File Name:**   Son_HDD1_8TB.E93

**Partial Hash:** e513f7bb2bbfe2849d80ba208c2b5bd7

**File Name:**   Son_HDD1_8TB.E94

**Partial Hash:** 04d5608ca020023857b385284be8bcea

**File Name:**   Son_HDD1_8TB.E95

**Partial Hash:** 4df2218a1d00f2db2bbd1aa2c89306e3

**File Name:**   Son_HDD1_8TB.E96

**Partial Hash:** 01f486e878b1d985b8d7e7e52e30a1b4

**File Name:**   Son_HDD1_8TB.E97

**Partial Hash:** 71d30714c6ddad564a0094d96eb606ee

**File Name:**   Son_HDD1_8TB.E98

**Partial Hash:** df9bc90879f0f6113f852a64dad8d303

**File Name:**   Son_HDD1_8TB.E99

**Partial Hash:** 7cd391bb2cf60c45eb8b12f5dce1c8fb

**File Name:**   Son_HDD1_8TB.EAA

**Partial Hash:** 17830e767fd8d2327f92a4c71cd27f42

**File Name:**   Son_HDD1_8TB.EAB

**Partial Hash:** 8d690ac58c04bb99bd0a9bbc688b40ff

**File Name:**   Son_HDD1_8TB.EAC

**Partial Hash:** b553c19fd2ed9f2c500b9f539c9f2996

**File Name:**   Son_HDD1_8TB.EAD

**Partial Hash:** 2c9ea50c7797a3fdb06f4f7258c1de91

**File Name:**   Son_HDD1_8TB.EAE

**Partial Hash:** c2c9681cd03759c6c932af122004626c

**File Name:**   Son_HDD1_8TB.EAF

**Partial Hash:** 5351957bbbcdcb94420309951d6ea652

**File Name:**   Son_HDD1_8TB.EAG

**Partial Hash:** 3bbc2446dba77699f2440d4f912bcd02

**File Name:**   Son_HDD1_8TB.EAH

**Partial Hash:** 7bff55d81f01f559abf796c040514a9a

**File Name:**   Son_HDD1_8TB.EAI

**Partial Hash:** 8cdfef279b83970a27a3b7502240eba5

**File Name:**   Son_HDD1_8TB.EAJ

**Partial Hash:** 19d0df5080484f0f319a1775cf84600c

**File Name:**   Son_HDD1_8TB.EAK

**Partial Hash:** a0e826fb5069ed711bddbb42ee60713e

**File Name:**   Son_HDD1_8TB.EAL

**Partial Hash:** 81ee320b7e3efa2775d7262f8e794b15

**File Name:**   Son_HDD1_8TB.EAM

**Partial Hash:** ee2bb64f31f4406ffe7d0b5e0a555bb8

**File Name:**   Son_HDD1_8TB.EAN

**Partial Hash:** fbaad80beb86250bec8772037afa1cdf

**File Name:**   Son_HDD1_8TB.EAO

**Partial Hash:** 85da7cfea7fb2e416d1b37427fa0c4fe

**File Name:**   Son_HDD1_8TB.EAP

**Partial Hash:** 288237f350a01fff4b390f858d946333

**File Name:**   Son_HDD1_8TB.EAQ

**Partial Hash:** cb79da1269b104175e40d50e1cfbc887

**File Name:**   Son_HDD1_8TB.EAR

**Partial Hash:** f52ef6799060a1748cdbe77e1fba5ad5

**File Name:**   Son_HDD1_8TB.EAS

**Partial Hash:** fc99a4e94664066a81c6fecf1a14d98f

**File Name:**   Son_HDD1_8TB.EAT

**Partial Hash:** 3c4e8fdc332f2fe9369a803440efc469

**File Name:**   Son_HDD1_8TB.EAU

**Partial Hash:** 721c55a31a0caa50c9086d29eab8717f

**File Name:**   Son_HDD1_8TB.EAV

**Partial Hash:** b3e5ddea9da92fa757ba256a31405dd9

**File Name:**   Son_HDD1_8TB.EAW

**Partial Hash:** 90ed9ace0b482e11dbd5c56e14d69e22

**File Name:**   Son_HDD1_8TB.EAX

**Partial Hash:** 483ca5f1763b4042f1100ad1af8b42f7

**File Name:**   Son_HDD1_8TB.EAY

**Partial Hash:** 7e6075b205b2af985e98acdc01ffc19f

**File Name:**   Son_HDD1_8TB.EAZ

**Partial Hash:** 7dcd933aa583b5fd15210a46e479d06d

**File Name:**   Son_HDD1_8TB.EBA

**Partial Hash:** 2007a475e599137505a8514da73a7e19

**File Name:**   Son_HDD1_8TB.EBB

**Partial Hash:** 01c126c353ca6abde3fc9dcbc6cb4b60

**File Name:**   Son_HDD1_8TB.EBC

**Partial Hash:** 70da740dfb42749ce6e8c298690a2f4b

**File Name:**   Son_HDD1_8TB.EBD

**Partial Hash:** 9db30a4902aa123692e86411331a1b23

**File Name:**   Son_HDD1_8TB.EBE

**Partial Hash:** af413ce26334592186a465d8c0d76c45

**File Name:**   Son_HDD1_8TB.EBF

**Partial Hash:** f8fd1e735e8e92ee07f5ad41f450ccbf

**File Name:**   Son_HDD1_8TB.EBG

**Partial Hash:** 63e33b270634b6a6c0f11c2434d7fa4c

**File Name:**   Son_HDD1_8TB.EBH

**Partial Hash:** e632f25c39ce5e284ce10380d945f77f

**File Name:**   Son_HDD1_8TB.EBI

**Partial Hash:** 8beea6567653dd7bb9c0850ca487515c

**File Name:**   Son_HDD1_8TB.EBJ

**Partial Hash:** ae23fb79a326b3a559977295695f3f40

**File Name:**  Son_HDD1_8TB.EBK

**Partial Hash:** 53421ba32354b4fda97386d4e61fcd36

**File Name:**  Son_HDD1_8TB.EBL

**Partial Hash:** ac7ef729ad718d6460da5fb5b17a9e37

**File Name:**  Son_HDD1_8TB.EBM

**Partial Hash:** cda8886ed13ecd1d2d650f5784af107e

**File Name:**  Son_HDD1_8TB.EBN

**Partial Hash:** 8e5c8f0136f4605d6bce7a655c6f4469

**File Name:**  Son_HDD1_8TB.EBO

**Partial Hash:** e472fe5ff24a3677338510d41058c779

**File Name:**  Son_HDD1_8TB.EBP

**Partial Hash:** 8c9c1e3306d95bdc232255b1d6e092dd

**File Name:**  Son_HDD1_8TB.EBQ

**Partial Hash:** a68b9d7e3e7876e6e7bf987d3d66bb31

**File Name:**  Son_HDD1_8TB.EBR

**Partial Hash:** 6e5001b5037b1ba322e9e5847f98d0ba

**File Name:**  Son_HDD1_8TB.EBS

**Partial Hash:** 36a0b813a1db93fd0dffb87dca5d9b39

**File Name:**  Son_HDD1_8TB.EBT

**Partial Hash:** bc1ef8213bbf64ce75bf54ea1f07b4fd

**File Name:**  Son_HDD1_8TB.EBU

**Partial Hash:** e80f7815bd2d7ecab60d47f644ddb5a3

**File Name:**  Son_HDD1_8TB.EBV

**Partial Hash:** bd852219973265e320f2ef652200e107

**File Name:**  Son_HDD1_8TB.EBW

**Partial Hash:** b9d42c9777a79aaae2cfd9350b10972d

**File Name:**  Son_HDD1_8TB.EBX

**Partial Hash:** 53bba0f15d3c95ac157514b6692e12c3

**File Name:**  Son_HDD1_8TB.EBY

**Partial Hash:** 05941a32e0676168ef95d7c584c07620

**File Name:**  Son_HDD1_8TB.EBZ

**Partial Hash:** b2260a745bda0a79dc68ff1d3ce55d3e

**File Name:**  Son_HDD1_8TB.ECA

**Partial Hash:** 5db4591d8749de3a68cec0f438fd84e6

**File Name:**  Son_HDD1_8TB.ECB

**Partial Hash:** c108f4f4e845540d8dc90e6f6db6af0f

**File Name:**  Son_HDD1_8TB.ECC

**Partial Hash:** be4ea43d8f35868ba1f48912bf830890

**File Name:**  Son_HDD1_8TB.ECD

**Partial Hash:** 9f55e12415deaa8e6566f5a72eff0857

**File Name:**  Son_HDD1_8TB.ECE

**Partial Hash:** 52c8f7ca19c50bfa03996e2d541a743d

**File Name:**  Son_HDD1_8TB.ECF

**Partial Hash:** 842f411307fa04ddad816d941d32562f

**File Name:**  Son_HDD1_8TB.ECG

**Partial Hash:** 40890465728280aca2e3b31deccb6f2d

**File Name:**  Son_HDD1_8TB.ECH

**Partial Hash:** 832471a99c4cd7924b699b6893d03682

**File Name:**  Son_HDD1_8TB.ECI

**Partial Hash:** 85fbb7cda305bdae7fbe9eb6cc2a7f71

**File Name:**  Son_HDD1_8TB.ECJ

**Partial Hash:** 465ee3e19060b8ff2d80e1e801530e87

**File Name:**  Son_HDD1_8TB.ECK

**Partial Hash:** 9441a5a0b1f95e3f04bc5a0c6a16d605

**File Name:**   Son_HDD1_8TB.ECL

**Partial Hash:** cfc29d9c9b11ab70111300698e4ae82c

**File Name:**   Son_HDD1_8TB.ECM

**Partial Hash:** d67c8ef77246c455609da19b6e13ccaa

**File Name:**   Son_HDD1_8TB.ECN

**Partial Hash:** bbd4dd29fd36342b1f50ded0ce798b12

**File Name:**   Son_HDD1_8TB.ECO

**Partial Hash:** 4649541a692bbf664fbaab51dd7cd57d

**File Name:**   Son_HDD1_8TB.ECP

**Partial Hash:** 32dc9ddf3250fcbcc8dca83f67f651dc

**File Name:**   Son_HDD1_8TB.ECQ

**Partial Hash:** bc0bcdb81d56684de606c6abcd163a67

**File Name:**   Son_HDD1_8TB.ECR

**Partial Hash:** 430270a262ad3c1fbb1013aa7e1b4e20

**File Name:**   Son_HDD1_8TB.ECS

**Partial Hash:** d8debe681dd8094cae078751bfc428bd

**File Name:**   Son_HDD1_8TB.ECT

**Partial Hash:** c1f1470abb20a9a675edb6bcf0dcc7da

**File Name:**   Son_HDD1_8TB.ECU

**Partial Hash:** 2c84d47c9065eaa8fbaa944c51da7551

**File Name:**   Son_HDD1_8TB.ECV

**Partial Hash:** bde0a6c19efabcbc9955936d635f751e

**File Name:**   Son_HDD1_8TB.ECW

**Partial Hash:** 959bdcc33800e7b2eda71176028c993f

**File Name:**   Son_HDD1_8TB.ECX

**Partial Hash:** de52162ad4cb856ccddfd3571a9751aa

**File Name:**   Son_HDD1_8TB.ECY

**Partial Hash:** 599eb817945b499833574fa4bdd11b9b

**File Name:**   Son_HDD1_8TB.ECZ

**Partial Hash:** f12b003dc243c7247b7b5e46a66b0219

**File Name:**   Son_HDD1_8TB.EDA

**Partial Hash:** c97e9c34ee81c8dffb0b299522962765

**File Name:**   Son_HDD1_8TB.EDB

**Partial Hash:** 5fce60c59dde1ad78257f7ccf8c687a5

**File Name:**   Son_HDD1_8TB.EDC

**Partial Hash:** c9cd4185092b685092d230d8703dc775

**File Name:**   Son_HDD1_8TB.EDD

**Partial Hash:** 4124cc6a3f3c66105269f741534832f7

**File Name:**   Son_HDD1_8TB.EDE

**Partial Hash:** 00969e9df13cd6733c5325d2236e79fd

**File Name:**   Son_HDD1_8TB.EDF

**Partial Hash:** 31e1518740866bc3c731385ec7712140

**File Name:**   Son_HDD1_8TB.EDG

**Partial Hash:** 5dad3aa14e9d032391a20831658db9f9

**File Name:**   Son_HDD1_8TB.EDH

**Partial Hash:** f4f96358add37971c217c7568c6b5006

**File Name:**   Son_HDD1_8TB.EDI

**Partial Hash:** 6fb800f31df2a91c9ed4cf7adb8a07b9

**File Name:**   Son_HDD1_8TB.EDJ

**Partial Hash:** a1ce274d0ff3c790d303fae1f1e0bc29

**File Name:**   Son_HDD1_8TB.EDK

**Partial Hash:** 04c652033841670ec0bb08dd18824e2e

**File Name:**   Son_HDD1_8TB.EDL
**Partial Hash:** dd245ed8f1045cf1ab7db7829945d00b
**File Name:**   Son_HDD1_8TB.EDM
**Partial Hash:** ccc097aa66d0febb19f6d8130dad08ba
**File Name:**   Son_HDD1_8TB.EDN
**Partial Hash:** 7d7b24aebc38dc4de37bdcf745efd17b
**File Name:**   Son_HDD1_8TB.EDO
**Partial Hash:** 77db37cd79c03aca55c0271169a3b45d
**File Name:**   Son_HDD1_8TB.EDP
**Partial Hash:** eae20af9df5f1dca554acab1230b9ddd
**File Name:**   Son_HDD1_8TB.EDQ
**Partial Hash:** 1b1304256137bca1bc9ac945f944b5d9
**File Name:**   Son_HDD1_8TB.EDR
**Partial Hash:** 0819a5f215a1aa13a54e61392ab64cb3
**File Name:**   Son_HDD1_8TB.EDS
**Partial Hash:** f90df290893dcf17c243c0d652afb30d
**File Name:**   Son_HDD1_8TB.EDT
**Partial Hash:** b74d51f0e322acdca5661c5df085ad60
**File Name:**   Son_HDD1_8TB.EDU
**Partial Hash:** 74f2d390741d529c7f7020ff6586ca83
**File Name:**   Son_HDD1_8TB.EDV
**Partial Hash:** 083d4792ccee5b9dc99ae99c30f44e3a
**File Name:**   Son_HDD1_8TB.EDW
**Partial Hash:** d78a38f2bda1af19eb41ff500288df93
**File Name:**   Son_HDD1_8TB.EDX
**Partial Hash:** be6ea3f21e6741733d7c825f15e22ac2
**File Name:**   Son_HDD1_8TB.EDY
**Partial Hash:** 5136d42a99db4824d8a96753e0cd1348
**File Name:**   Son_HDD1_8TB.EDZ
**Partial Hash:** 26200514253b4b5cf3bf7d005f497edf
**File Name:**   Son_HDD1_8TB.EEA
**Partial Hash:** 52ee14f14166bf528075f413ab612f41
**File Name:**   Son_HDD1_8TB.EEB
**Partial Hash:** 23db86a06837bb8ade006a96acc02c06
**File Name:**   Son_HDD1_8TB.EEC
**Partial Hash:** b5580dfac877ceed4859417eea4264d8
**File Name:**   Son_HDD1_8TB.EED
**Partial Hash:** 6b21c34c9776ec90a37f71d2e1161f85
**File Name:**   Son_HDD1_8TB.EEE
**Partial Hash:** 30fc34903245500f3d83d8578558980d
**File Name:**   Son_HDD1_8TB.EEF
**Partial Hash:** f2740dfdf121d5ac1a6bcbe14d05a03e
**File Name:**   Son_HDD1_8TB.EEG
**Partial Hash:** f1bbf347fedf77d48c4c283b3510fc89
**File Name:**   Son_HDD1_8TB.EEH
**Partial Hash:** 2526dfaa34737f8bc3a4db167d6538dd
**File Name:**   Son_HDD1_8TB.EEI
**Partial Hash:** 2464033ecaf0f44a7ad5691b272d8cc2
**File Name:**   Son_HDD1_8TB.EEJ
**Partial Hash:** 93cd0e35956ec0ce977a12ef32343029
**File Name:**   Son_HDD1_8TB.EEK
**Partial Hash:** 396560e715ed80089411a386d55b633c
**File Name:**   Son_HDD1_8TB.EEL

**Partial Hash:** e0bea086ed2a29e3c9404ec181506e42
**File Name:**   Son_HDD1_8TB.EEM
**Partial Hash:** a8a542cead30abcb1e00574ac4fe2730
**File Name:**   Son_HDD1_8TB.EEN
**Partial Hash:** 25b0fdd5dde889b3438314a47336421c
**File Name:**   Son_HDD1_8TB.EEO
**Partial Hash:** 3c2114e561b64fb9dc6d5d9d0fca65c0
**File Name:**   Son_HDD1_8TB.EEP
**Partial Hash:** 0ed833ab2598e6e37293148b02eab6a9
**File Name:**   Son_HDD1_8TB.EEQ
**Partial Hash:** 6b13eb7dfe782614e486728b84050966
**File Name:**   Son_HDD1_8TB.EER
**Partial Hash:** f208fd6fd52b9a435610c78b3cbf0c2d
**File Name:**   Son_HDD1_8TB.EES
**Partial Hash:** 65aac89654ca30b6b09abc1c590114ef
**File Name:**   Son_HDD1_8TB.EET
**Partial Hash:** 4b675c17344c4c3ad83972cd12f277bb
**File Name:**   Son_HDD1_8TB.EEU
**Partial Hash:** edc909b5595cd960f99a3de0494a5162
**File Name:**   Son_HDD1_8TB.EEV
**Partial Hash:** f8339e9633026970ac818f871fd380ad
**File Name:**   Son_HDD1_8TB.EEW
**Partial Hash:** fa5788e0905eb6f575353964c11d3dac
**File Name:**   Son_HDD1_8TB.EEX
**Partial Hash:** dd561d590cb09099fc9a35700998b9fb
**File Name:**   Son_HDD1_8TB.EEY
**Partial Hash:** 562ec6af1375607c2214b9944ed02fd6
**File Name:**   Son_HDD1_8TB.EEZ
**Partial Hash:** a04d8e189f5fc408357f90afe20ee770
**File Name:**   Son_HDD1_8TB.EFA
**Partial Hash:** 92bddf8f6921d44800a12f0ea44e53b0
**File Name:**   Son_HDD1_8TB.EFB
**Partial Hash:** 027daf750e520c78b84ba9a6c3b487e1
**File Name:**   Son_HDD1_8TB.EFC
**Partial Hash:** 4a73aeb8b6d6b92cf46cf476a775827e
**File Name:**   Son_HDD1_8TB.EFD
**Partial Hash:** 5fc61298569f79943f37d0f2b52eb106
**File Name:**   Son_HDD1_8TB.EFE
**Partial Hash:** da8f0e49cab34f247a1950d3a88e42fd
**File Name:**   Son_HDD1_8TB.EFF
**Partial Hash:** 31517b203a500685963ab7d673a624af
**File Name:**   Son_HDD1_8TB.EFG
**Partial Hash:** a0c56e7a0830dbf21c3daac6285d86bd
**File Name:**   Son_HDD1_8TB.EFH
**Partial Hash:** 8052f0db7ee5e4512b2d6311d3f82f79
**File Name:**   Son_HDD1_8TB.EFI
**Partial Hash:** 3c2f17a4d198aa54d3e2bb2b4c926182
**File Name:**   Son_HDD1_8TB.EFJ
**Partial Hash:** 4b2b68e63abf7de04cbd636c3e110233
**File Name:**   Son_HDD1_8TB.EFK
**Partial Hash:** e37352eb63ca168d0b620c54e741f890
**File Name:**   Son_HDD1_8TB.EFL
**Partial Hash:** ade997037010368ba09511783afe2be6

**File Name:**   Son_HDD1_8TB.EFM
**Partial Hash:** 51a241544225966322a51f9ff8aa2589
**File Name:**   Son_HDD1_8TB.EFN
**Partial Hash:** ca14e9d46dc68aba09dedc3b1452e53b
**File Name:**   Son_HDD1_8TB.EFO
**Partial Hash:** 4ad5290ea0fb7a39982de8355109559e
**File Name:**   Son_HDD1_8TB.EFP
**Partial Hash:** 5072c1ab81aae3d7db4537e1235c347a
**File Name:**   Son_HDD1_8TB.EFQ
**Partial Hash:** c712597ae87652c110f580c9a991a043
**File Name:**   Son_HDD1_8TB.EFR
**Partial Hash:** 360eb496491d5baca25dc8d7e23a729c
**File Name:**   Son_HDD1_8TB.EFS
**Partial Hash:** 72501dbd927fa8aecea1af23c718d218
**File Name:**   Son_HDD1_8TB.EFT
**Partial Hash:** b777b02fe0345b0b03dffd143112946e
**File Name:**   Son_HDD1_8TB.EFU
**Partial Hash:** 3e09a926a2480a310f5583bc9f883819
**File Name:**   Son_HDD1_8TB.EFV
**Partial Hash:** 07f6bdac050500c3a04b220536477951
**File Name:**   Son_HDD1_8TB.EFW
**Partial Hash:** 340d071bf72728b4fae6a1b10ac0f51f
**File Name:**   Son_HDD1_8TB.EFX
**Partial Hash:** ab663ee8be716b5f575707d9424e6e75
**File Name:**   Son_HDD1_8TB.EFY
**Partial Hash:** 85f141877445fd5910e5b16073f56a8d
**File Name:**   Son_HDD1_8TB.EFZ
**Partial Hash:** 1a0b01a0ba5e62420cbb04256d4e4d19
**File Name:**   Son_HDD1_8TB.EGA
**Partial Hash:** 9c3a02df622c015cd20dcd8b1a5a6907
**File Name:**   Son_HDD1_8TB.EGB
**Partial Hash:** 727f2b62ffa8dfc3a8605b1adc4cc37a
**File Name:**   Son_HDD1_8TB.EGC
**Partial Hash:** 88d5714f6ceaaff2969c0429a29ac00a
**File Name:**   Son_HDD1_8TB.EGD
**Partial Hash:** d412211bfc61425e3df0e192274345c0
**File Name:**   Son_HDD1_8TB.EGE
**Partial Hash:** 1824f43dac8029e0f6039df6cee6c7e3
**File Name:**   Son_HDD1_8TB.EGF
**Partial Hash:** 86d0aef605782d5c3b6fae62b88e1218
**File Name:**   Son_HDD1_8TB.EGG
**Partial Hash:** 71fd269b5cdf415c812a12396d4dbe20
**File Name:**   Son_HDD1_8TB.EGH
**Partial Hash:** 579e843a1311778dc46e1935074a8e18
**File Name:**   Son_HDD1_8TB.EGI
**Partial Hash:** f5521eff35a74b136f9a0479a34463de
**File Name:**   Son_HDD1_8TB.EGJ
**Partial Hash:** 0c6c2f764855bf61fb5f5c3b77a5619b
**File Name:**   Son_HDD1_8TB.EGK
**Partial Hash:** d059202b5d86f92fb3cd4cfa12b4ff9f
**File Name:**   Son_HDD1_8TB.EGL
**Partial Hash:** 022b8c9c37ae9452394f9d8c3c388dc2
**File Name:**   Son_HDD1_8TB.EGM

**Partial Hash:** 1615845a376b60d1f420fbd8e85c0fe3

**File Name:**   Son_HDD1_8TB.EGN

**Partial Hash:** fa4645251c9b87022879998980d82090

**File Name:**   Son_HDD1_8TB.EGO

**Partial Hash:** 015892d8092fa991196739d74695b7f0

**File Name:**   Son_HDD1_8TB.EGP

**Partial Hash:** 77ebd15d708bbb2a9885c139db4cc67b

**File Name:**   Son_HDD1_8TB.EGQ

**Partial Hash:** 882f621b06a14372ee26b8578c347932

**File Name:**   Son_HDD1_8TB.EGR

**Partial Hash:** 21d42e0810adaa3e3a5418fed994e14e

**File Name:**   Son_HDD1_8TB.EGS

**Partial Hash:** 1e50934f15d9bc3f825ee525a3019466

**File Name:**   Son_HDD1_8TB.EGT

**Partial Hash:** c0a9acf197739e5d0d369a2ea2d0bd4d

**File Name:**   Son_HDD1_8TB.EGU

**Partial Hash:** 752b1af5ef32e38f3471bfb24ab21660

**File Name:**   Son_HDD1_8TB.EGV

**Partial Hash:** 394141eca50d5e7dd9faf95a6870902a

**File Name:**   Son_HDD1_8TB.EGW

**Partial Hash:** 62676573a909351ffe1dc5e21c79d56d

**File Name:**   Son_HDD1_8TB.EGX

**Partial Hash:** 405e30d1314f33bd78fc4da747a44da7

**File Name:**   Son_HDD1_8TB.EGY

**Partial Hash:** 4345e8a4a560992121a37f943616c3ca

**File Name:**   Son_HDD1_8TB.EGZ

**Partial Hash:** ad074f64191a465b362b76bb6919f6b4

**File Name:**   Son_HDD1_8TB.EHA

**Partial Hash:** e33fae4d0d9e33939785e1f7e6ebf7c9

**File Name:**   Son_HDD1_8TB.EHB

**Partial Hash:** b00e0a19b639eed58b7347e2d17270fe

**File Name:**   Son_HDD1_8TB.EHC

**Partial Hash:** acb6479695de20ea60d9e332ce59645d

**File Name:**   Son_HDD1_8TB.EHD

**Partial Hash:** d06ad8a65221e58da7a50f09ad849310

**File Name:**   Son_HDD1_8TB.EHE

**Partial Hash:** 19df1a5325269cbee7fb17d6890fcbb2

**File Name:**   Son_HDD1_8TB.EHF

**Partial Hash:** 1ab9cd7af582043ff8438efcf28b6919

**File Name:**   Son_HDD1_8TB.EHG

**Partial Hash:** cfc6107cd98182c6bd05edacc0af4ad5

**File Name:**   Son_HDD1_8TB.EHH

**Partial Hash:** d855bad580bab667b09c9855d2391e55

**File Name:**   Son_HDD1_8TB.EHI

**Partial Hash:** b5dc1af2a455bac159fad6ac2a743b11

**File Name:**   Son_HDD1_8TB.EHJ

**Partial Hash:** e06ce966bc51c62a02725c5cf2f4c5e9

**File Name:**   Son_HDD1_8TB.EHK

**Partial Hash:** 813fb594f8532ae89fdc0def59892439

**File Name:**   Son_HDD1_8TB.EHL

**Partial Hash:** 58696b02a7d4366f52a0f5884bb1e86a

**File Name:**   Son_HDD1_8TB.EHM

**Partial Hash:** 1eab369e7c82de9184e55a559ab1969e

**File Name:** Son_HDD1_8TB.EHN
**Partial Hash:** b3f8e3fc3e2e8fae614bbd8f161624fa
**File Name:** Son_HDD1_8TB.EHO
**Partial Hash:** aa6a80ce35b6b4847162b519e8e871f3
**File Name:** Son_HDD1_8TB.EHP
**Partial Hash:** 3e6562148cc6bafb7cd6b6d1b824daa0
**File Name:** Son_HDD1_8TB.EHQ
**Partial Hash:** 4b07537b2dc62897ce593dbdd247ff7d
**File Name:** Son_HDD1_8TB.EHR
**Partial Hash:** c011b862e23551838d894328ac56de1f
**File Name:** Son_HDD1_8TB.EHS
**Partial Hash:** e3b54f7c4f21705a78a68408b3a1ff7d
**File Name:** Son_HDD1_8TB.EHT
**Partial Hash:** 58fbaffce7a55022033da9e77849be00
**File Name:** Son_HDD1_8TB.EHU
**Partial Hash:** a1e5c8d597c008a7398100d7cd0e0168
**File Name:** Son_HDD1_8TB.EHV
**Partial Hash:** 8523578767c11917009d5bf64412dfd0
**File Name:** Son_HDD1_8TB.EHW
**Partial Hash:** 478fe26f3271cb50e04194d2b1353e39
**File Name:** Son_HDD1_8TB.EHX
**Partial Hash:** 4cd231b61789710af8028be7b9a454af
**File Name:** Son_HDD1_8TB.EHY
**Partial Hash:** 629203b290d840a8bd0f724da312acd8
**File Name:** Son_HDD1_8TB.EHZ
**Partial Hash:** 70fcf4f4bc64710ce73f9fe42ea98f92
**File Name:** Son_HDD1_8TB.EIA
**Partial Hash:** b90e1f40095b1052af569fdbe5d227ec
**File Name:** Son_HDD1_8TB.EIB
**Partial Hash:** 1448cbd52a00f8f6db36d200634b2d12
**File Name:** Son_HDD1_8TB.EIC
**Partial Hash:** 623259acfc778f22ba2b5903d838c768
**File Name:** Son_HDD1_8TB.EID
**Partial Hash:** 40b074ebbf029834fd306b6612bab795
**File Name:** Son_HDD1_8TB.EIE
**Partial Hash:** 592046000c489121a5b6b2da32f6bc0f
**File Name:** Son_HDD1_8TB.EIF
**Partial Hash:** 5f39d89e7f25f40c351da4b3ccea8abe
**File Name:** Son_HDD1_8TB.EIG
**Partial Hash:** 1bd6dfdfb7dfda7ae52f873f3645d192
**File Name:** Son_HDD1_8TB.EIH
**Partial Hash:** 186202c435d0f58b51f26b84a3036c1e
**File Name:** Son_HDD1_8TB.EII
**Partial Hash:** 9330c2cd9ebf395e29b6405017b6ccad
**File Name:** Son_HDD1_8TB.EIJ
**Partial Hash:** fc1560a117d2665e79a8b6349bbf435e
**File Name:** Son_HDD1_8TB.EIK
**Partial Hash:** f6432c470eac51a936d023d3981e9e1f
**File Name:** Son_HDD1_8TB.EIL
**Partial Hash:** 1bb6a37ad98ed67ca4907d4a2fcd7f4b
**File Name:** Son_HDD1_8TB.EIM
**Partial Hash:** 610702e751b3ef810614ea065e53709d
**File Name:** Son_HDD1_8TB.EIN

**Partial Hash:** 0834064cb26cc452281871a013ab26de

**File Name:**   Son_HDD1_8TB.EIO

**Partial Hash:** e4f1e1c4ad2ef60537b73d98e7416b31

**File Name:**   Son_HDD1_8TB.EIP

**Partial Hash:** 2d7d7b3dc420deca5960b4f81ee27b0c

**File Name:**   Son_HDD1_8TB.EIQ

**Partial Hash:** 6fbf252c7c4faab78149c9549923007c

**File Name:**   Son_HDD1_8TB.EIR

**Partial Hash:** bcb5129b83b04a6dd246321031338c2a

**File Name:**   Son_HDD1_8TB.EIS

**Partial Hash:** b410ec89093b41ffd1a9a12a35217607

**File Name:**   Son_HDD1_8TB.EIT

**Partial Hash:** e3de3ef39678a6780e4245d327e011df

**File Name:**   Son_HDD1_8TB.EIU

**Partial Hash:** 47ddbb12ff99970e002059d447f9aea1

**File Name:**   Son_HDD1_8TB.EIV

**Partial Hash:** b93cd019786dd33071d6fe8c7bf5d896

**File Name:**   Son_HDD1_8TB.EIW

**Partial Hash:** b8bc248a7be84004da7c239607fe94d3

**File Name:**   Son_HDD1_8TB.EIX

**Partial Hash:** ebce6cc64fceec89bab109dd1cd767a6

**File Name:**   Son_HDD1_8TB.EIY

**Partial Hash:** 786427aec72b22bed1ff1de018e925e8

**File Name:**   Son_HDD1_8TB.EIZ

**Partial Hash:** 557fc1a2a97b426e75eb6134c103b547

**File Name:**   Son_HDD1_8TB.EJA

**Partial Hash:** e56a25ac9f9b17070cd01a4322126eee

**File Name:**   Son_HDD1_8TB.EJB

**Partial Hash:** b74c41f1ddf7c75d088686e7ed9eaea1

**File Name:**   Son_HDD1_8TB.EJC

**Partial Hash:** 2b51135ed83c1aa64b6da9b4456b266d

**File Name:**   Son_HDD1_8TB.EJD

**Partial Hash:** a5a806a5d0dcc8fd94189b28e1eaa356

**File Name:**   Son_HDD1_8TB.EJE

**Partial Hash:** 2a769c2383927fe21d339eed780356ab

**File Name:**   Son_HDD1_8TB.EJF

**Partial Hash:** 910fc3d58f73bee13fa7e78e98137074

**File Name:**   Son_HDD1_8TB.EJG

**Partial Hash:** 113e9619d08822b2bece9ac81217542c

**File Name:**   Son_HDD1_8TB.EJH

**Partial Hash:** 5773a191f10682e1b8060fdd560a10a7

**File Name:**   Son_HDD1_8TB.EJI

**Partial Hash:** f40a2349bd15c0fc729a53bbef21e7b0

**File Name:**   Son_HDD1_8TB.EJJ

**Partial Hash:** f26e32118075683c4ae5c252e10a18aa

**File Name:**   Son_HDD1_8TB.EJK

**Partial Hash:** 97b47e4afa711cd24f91d33994f78919

**File Name:**   Son_HDD1_8TB.EJL

**Partial Hash:** 469a9ff5f2ceabcce9855dd1d57fb082

**File Name:**   Son_HDD1_8TB.EJM

**Partial Hash:** ac14b182262d407c25afdc2291652255

**File Name:**   Son_HDD1_8TB.EJN

**Partial Hash:** 744ab394e6374183ce9810e136db924b

**File Name:**   Son_HDD1_8TB.EJO
**Partial Hash:** b6b1ba3726b3b7b54893cd717b954502
**File Name:**   Son_HDD1_8TB.EJP
**Partial Hash:** 368e458f1c1e01bf2c904b3fb56d08da
**File Name:**   Son_HDD1_8TB.EJQ
**Partial Hash:** 446d74c28db4ecbb0c24e9d3762d30d0
**File Name:**   Son_HDD1_8TB.EJR
**Partial Hash:** 556d204f4ca0f32a1c82fc43863794cf
**File Name:**   Son_HDD1_8TB.EJS
**Partial Hash:** 5eb49ed3f85a62967b9b81d4cda84538
**File Name:**   Son_HDD1_8TB.EJT
**Partial Hash:** bc2b1872f5ad5e6d33306ba267a1f4f9
**File Name:**   Son_HDD1_8TB.EJU
**Partial Hash:** 75f58953f40ad1ae08c58f2b263e3409
**File Name:**   Son_HDD1_8TB.EJV
**Partial Hash:** b325068ae4ac489772f9ed418991e8c9
**File Name:**   Son_HDD1_8TB.EJW
**Partial Hash:** 89736a0c0bd5e1613af94d51178ab9a4
**File Name:**   Son_HDD1_8TB.EJX
**Partial Hash:** bab90f0635aab02360a63393ef8b5309
**File Name:**   Son_HDD1_8TB.EJY
**Partial Hash:** 9b46f56e2067089af51fa72f2f51481b
**File Name:**   Son_HDD1_8TB.EJZ
**Partial Hash:** b1889bf26763bd8fda279486d5ffd82e
**File Name:**   Son_HDD1_8TB.EKA
**Partial Hash:** e9c92f57adbe287d8b2658ef35f2313d
**File Name:**   Son_HDD1_8TB.EKB
**Partial Hash:** 3c81a4738daa58d0abe232adb19636b7
**File Name:**   Son_HDD1_8TB.EKC
**Partial Hash:** 943ee8e1b27198d87c5f623cb9a34375
**File Name:**   Son_HDD1_8TB.EKD
**Partial Hash:** f47be34f1d40da40953ec17b377f2274
**File Name:**   Son_HDD1_8TB.EKE
**Partial Hash:** 16fba19f10018c87c54b0dffec085448
**File Name:**   Son_HDD1_8TB.EKF
**Partial Hash:** 312fc814566f5d8d5a4a5bd6560b6f4f
**File Name:**   Son_HDD1_8TB.EKG
**Partial Hash:** 9917f527b9efaa511ee95a1176b14e7d
**File Name:**   Son_HDD1_8TB.EKH
**Partial Hash:** a049181ce6f39ae8975035b9ff4f1755
**File Name:**   Son_HDD1_8TB.EKI
**Partial Hash:** 6d29925db56090d99b45668139b2b372
**File Name:**   Son_HDD1_8TB.EKJ
**Partial Hash:** 440efc3fd949a133c6c3aebf4ce61f56
**File Name:**   Son_HDD1_8TB.EKK
**Partial Hash:** 533b42436f7aafe6c3f73f045acd67fb
**File Name:**   Son_HDD1_8TB.EKL
**Partial Hash:** ddd9fe8fb32b5bac3eaa523861690c75
**File Name:**   Son_HDD1_8TB.EKM
**Partial Hash:** 2090e09c3dac28cc152a8fe9f288ec43
**File Name:**   Son_HDD1_8TB.EKN
**Partial Hash:** fb74fdf3e854184d7882de8e883ba933
**File Name:**   Son_HDD1_8TB.EKO

**Partial Hash:** 95f008257419c180b39a9a6d3e56882d

**File Name:**   Son_HDD1_8TB.EKP

**Partial Hash:** 8c43d97cf3e8914d167bd69d5cbc85f9

**File Name:**   Son_HDD1_8TB.EKQ

**Partial Hash:** 2f697e6a25a9e5b59819005d8a729158

**File Name:**   Son_HDD1_8TB.EKR

**Partial Hash:** cc016c04f3acd7e9d812fedf39b3cfc5

**File Name:**   Son_HDD1_8TB.EKS

**Partial Hash:** 7761bd215807953e7e49b05108704e6c

**File Name:**   Son_HDD1_8TB.EKT

**Partial Hash:** 9205d189bc5494fd8573eb8264f9c745

**File Name:**   Son_HDD1_8TB.EKU

**Partial Hash:** 69831fb78349fc2b57ca65587720f3aa

**File Name:**   Son_HDD1_8TB.EKV

**Partial Hash:** 0cdf3c956f8e9c97375bd2931ceca590

**File Name:**   Son_HDD1_8TB.EKW

**Partial Hash:** 791463c568955eb42e02a151d95f1ada

**File Name:**   Son_HDD1_8TB.EKX

**Partial Hash:** b8134c56608f495145e6a0155b472e07

**File Name:**   Son_HDD1_8TB.EKY

**Partial Hash:** 5e9c974dce0c4aea32ae5bde4065058d

**File Name:**   Son_HDD1_8TB.EKZ

**Partial Hash:** 8c3d9d7623a596d743825b3d17823e2a

**File Name:**   Son_HDD1_8TB.ELA

**Partial Hash:** c52dd4e2ef2d63ac9680e2aa0f1e76b1

**File Name:**   Son_HDD1_8TB.ELB

**Partial Hash:** e84fea3ca8737d089e9ec908f6a1b092

**File Name:**   Son_HDD1_8TB.ELC

**Partial Hash:** df1241f1ca784d8f559ba30437708eac

**File Name:**   Son_HDD1_8TB.ELD

**Partial Hash:** b46dbfb6c21c6bf147226f593b02f5ab

**File Name:**   Son_HDD1_8TB.ELE

**Partial Hash:** cae91d063a1ffb95182c3c493cadd606

**File Name:**   Son_HDD1_8TB.ELF

**Partial Hash:** 5c1030984a5b4b063b057f261dff8e64

**File Name:**   Son_HDD1_8TB.ELG

**Partial Hash:** b9c19b8fea5015d69e8654cc676d548d

**File Name:**   Son_HDD1_8TB.ELH

**Partial Hash:** 1f434d4087268d53eb67802c243bd911

**File Name:**   Son_HDD1_8TB.ELI

**Partial Hash:** 650bc5587d16f4f4603019e9f557225b

**File Name:**   Son_HDD1_8TB.ELJ

**Partial Hash:** 2e81f56ed03ead736d8673f5d0d726f1

**File Name:**   Son_HDD1_8TB.ELK

**Partial Hash:** c2115305f6bf97a4f1226943e4b685fc

**File Name:**   Son_HDD1_8TB.ELL

**Partial Hash:** f073d673cd4177d86cc73e92cee9068b

**File Name:**   Son_HDD1_8TB.ELM

**Partial Hash:** 01b6e8ac5f7262cb3a5d25e8d735eb78

**File Name:**   Son_HDD1_8TB.ELN

**Partial Hash:** e00f87e298900698190dc77bbb680d9f

**File Name:**   Son_HDD1_8TB.ELO

**Partial Hash:** 2d5c5c6721006eb555002a1e43e7f4e7

**File Name:**   Son_HDD1_8TB.ELP
**Partial Hash:** 8f5db307b73458494f08fd3d85829803
**File Name:**   Son_HDD1_8TB.ELQ
**Partial Hash:** cb482f37b68cec69106f21a22fb8cafc
**File Name:**   Son_HDD1_8TB.ELR
**Partial Hash:** a2eab50c27c4232ed00504d6e2906b72
**File Name:**   Son_HDD1_8TB.ELS
**Partial Hash:** a335c3c13a31aa2cc2995f4ef1104c26
**File Name:**   Son_HDD1_8TB.ELT
**Partial Hash:** ce61d8f06dcfd450f2673cec99851782
**File Name:**   Son_HDD1_8TB.ELU
**Partial Hash:** db13f6192402d285859fbcf36a290f0b
**File Name:**   Son_HDD1_8TB.ELV
**Partial Hash:** ed6df0a2f63c560b3ae5265ee8a16b5e
**File Name:**   Son_HDD1_8TB.ELW
**Partial Hash:** 2b015747925a0bb6ef8c9334331743f8
**File Name:**   Son_HDD1_8TB.ELX
**Partial Hash:** 0b0d7c054d7728af39ed4d45fbfee764
**File Name:**   Son_HDD1_8TB.ELY
**Partial Hash:** 2327aaca5b7be97592601d68e0c74a5b
**File Name:**   Son_HDD1_8TB.ELZ
**Partial Hash:** ef0fdb3426a25837019b8514e2bb8d17
**File Name:**   Son_HDD1_8TB.EMA
**Partial Hash:** b9227e2612635054e2ba59d0ff549f93
**File Name:**   Son_HDD1_8TB.EMB
**Partial Hash:** 52998b660ef5d393da7989f9bfe72fed
**File Name:**   Son_HDD1_8TB.EMC
**Partial Hash:** 25817fd8e0711cb012094ff785b7fd46
**File Name:**   Son_HDD1_8TB.EMD
**Partial Hash:** 156fd865409c62d1484e246aaeebc13f
**File Name:**   Son_HDD1_8TB.EME
**Partial Hash:** dfefdceee928cd0f39e31ca36b33b682
**File Name:**   Son_HDD1_8TB.EMF
**Partial Hash:** b6f37e425bc4d62593f73a86c264d85c
**File Name:**   Son_HDD1_8TB.EMG
**Partial Hash:** 6e20f94013041ba737c2130ee4c4be00
**File Name:**   Son_HDD1_8TB.EMH
**Partial Hash:** 00793d0676b88fe7b967fb71862415ed
**File Name:**   Son_HDD1_8TB.EMI
**Partial Hash:** 91ac045b90b186fb083823e439a3d9cb
**File Name:**   Son_HDD1_8TB.EMJ
**Partial Hash:** 68697399f27a9375f8830212db0c596c
**File Name:**   Son_HDD1_8TB.EMK
**Partial Hash:** 44937516ec8a9c3236b4bdeb765a03de
**File Name:**   Son_HDD1_8TB.EML
**Partial Hash:** a7262cdaf93690d63a1fc010848cf66e
**File Name:**   Son_HDD1_8TB.EMM
**Partial Hash:** bae56bb359012b281da3443a67256c49
**File Name:**   Son_HDD1_8TB.EMN
**Partial Hash:** a24217423afff95c320611bd5f1a7a79
**File Name:**   Son_HDD1_8TB.EMO
**Partial Hash:** f81e17dcf7118676dd9bc263443274e1
**File Name:**   Son_HDD1_8TB.EMP

**Partial Hash:** f0ba3ea6086f8594f11f79b8a42640f6

**File Name:**   Son_HDD1_8TB.EMQ

**Partial Hash:** 91f57dbf74817f69f090c93ffcb6661c

**File Name:**   Son_HDD1_8TB.EMR

**Partial Hash:** 93eca4903ba84b9da6be853391e79f35

**File Name:**   Son_HDD1_8TB.EMS

**Partial Hash:** 06ef010749ecca8ed42acbe0fbc45a34

**File Name:**   Son_HDD1_8TB.EMT

**Partial Hash:** 6f5b7a84e7b678bcb45b217fa0f61bca

**File Name:**   Son_HDD1_8TB.EMU

**Partial Hash:** 7a2cb1be7a439725c22269f347ad1669

**File Name:**   Son_HDD1_8TB.EMV

**Partial Hash:** 303c41f142565e2be37b3a30ec5fa063

**File Name:**   Son_HDD1_8TB.EMW

**Partial Hash:** e0a7c5fb69dc688274719f08c5f65bba

**File Name:**   Son_HDD1_8TB.EMX

**Partial Hash:** 1efbb1ef255bf61b134319e959742349

**File Name:**   Son_HDD1_8TB.EMY

**Partial Hash:** c488f1333c6ee732f5bababa319991ee

**File Name:**   Son_HDD1_8TB.EMZ

**Partial Hash:** 115127c5ccfccbac41ad8e500f4a56b4

**File Name:**   Son_HDD1_8TB.ENA

**Partial Hash:** 3840fafbcd5b519e2fed1826f74ca1f8

**File Name:**   Son_HDD1_8TB.ENB

**Partial Hash:** 4e6ceca43eea5d72874a8870677a81b6

**File Name:**   Son_HDD1_8TB.ENC

**Partial Hash:** e61ccaf988f2426f55d014cd9e48c5e7

**File Name:**   Son_HDD1_8TB.END

**Partial Hash:** 98d8183fec0730011704c567a558fd59

**File Name:**   Son_HDD1_8TB.ENE

**Partial Hash:** 01a68143310afc3493e3460ad44b6834

**File Name:**   Son_HDD1_8TB.ENF

**Partial Hash:** 72c5fba3d02a82bcad945b45bd58c42e

**File Name:**   Son_HDD1_8TB.ENG

**Partial Hash:** 5a90f7a5efa31680adba4d168825d9b4

**File Name:**   Son_HDD1_8TB.ENH

**Partial Hash:** 71ec9d9e5dcf942afa7ded7678b1b061

**File Name:**   Son_HDD1_8TB.ENI

**Partial Hash:** 96693919756c587e09330df171fee45f

**File Name:**   Son_HDD1_8TB.ENJ

**Partial Hash:** 584a4a90de69754d392e1249e024de06

**File Name:**   Son_HDD1_8TB.ENK

**Partial Hash:** 48eb4a6c7758c832e89ef52ce9340418

**File Name:**   Son_HDD1_8TB.ENL

**Partial Hash:** 41d7ec2cd25af62636488868fa2e3e51

**File Name:**   Son_HDD1_8TB.ENM

**Partial Hash:** 61ae167310d85eaa97b9d98d70948235

**File Name:**   Son_HDD1_8TB.ENN

**Partial Hash:** 73155048a3231e93c6eac163aa5cdb81

**File Name:**   Son_HDD1_8TB.ENO

**Partial Hash:** a817f29e528d2df5ed1505117b287b80

**File Name:**   Son_HDD1_8TB.ENP

**Partial Hash:** 133205990942508b5617fde7136c444c

**File Name:**   Son_HDD1_8TB.ENQ
**Partial Hash:** d4eb18a8b163b9bf106d430daef596b3
**File Name:**   Son_HDD1_8TB.ENR
**Partial Hash:** 3454927907864bc40c10fb3bd80090b8
**File Name:**   Son_HDD1_8TB.ENS
**Partial Hash:** 89c98c9fea170df89dc2222eb5301021
**File Name:**   Son_HDD1_8TB.ENT
**Partial Hash:** e17f63c6b44d051ba9e3c95999d0c321
**File Name:**   Son_HDD1_8TB.ENU
**Partial Hash:** 132066255caabf1c617620252fb99fe6
**File Name:**   Son_HDD1_8TB.ENV
**Partial Hash:** db9a13641f8ab9922baec711ed920d62
**File Name:**   Son_HDD1_8TB.ENW
**Partial Hash:** 92afb868d9d236355611627b504b4474
**File Name:**   Son_HDD1_8TB.ENX
**Partial Hash:** 6a4cfade8a0e17c72496dab87c158c50
**File Name:**   Son_HDD1_8TB.ENY
**Partial Hash:** 8e88eca6039d4b89929900116badb4cd
**File Name:**   Son_HDD1_8TB.ENZ
**Partial Hash:** aaa98da3d70c20f7da15eb524218fd73
**File Name:**   Son_HDD1_8TB.EOA
**Partial Hash:** 4ae6b1d9285fa402ed53e64b3c5d82c0
**File Name:**   Son_HDD1_8TB.EOB
**Partial Hash:** a79cd5e25221c6c43f186525d13c868d
**File Name:**   Son_HDD1_8TB.EOC
**Partial Hash:** dd14460ee71f82169c9e876fabffb6a9
**File Name:**   Son_HDD1_8TB.EOD
**Partial Hash:** bdd5d3599ed44ec0972f65754ae17eba
**File Name:**   Son_HDD1_8TB.EOE
**Partial Hash:** 032450e5d527d417383772baa4704902
**File Name:**   Son_HDD1_8TB.EOF
**Partial Hash:** d34310fcdc71e9041650ed1789c8d6c2
**File Name:**   Son_HDD1_8TB.EOG
**Partial Hash:** 8e42a2f2b4c650ee1fef77ec65989ab7
**File Name:**   Son_HDD1_8TB.EOH
**Partial Hash:** 634001bef704947c8c7560be6f2925a5
**File Name:**   Son_HDD1_8TB.EOI
**Partial Hash:** c13696b1afde6017c7c7c2431b594e1a
**File Name:**   Son_HDD1_8TB.EOJ
**Partial Hash:** cbf7d6507c90c32d9ab2e20fcc064bf1
**File Name:**   Son_HDD1_8TB.EOK
**Partial Hash:** b0564224f2d35ba254cf0c69c9880e1a
**File Name:**   Son_HDD1_8TB.EOL
**Partial Hash:** 5340f21ae24e8954d544151198354429
**File Name:**   Son_HDD1_8TB.EOM
**Partial Hash:** ef464965289fbf34cc8779c1ae7dbeb6
**File Name:**   Son_HDD1_8TB.EON
**Partial Hash:** eb6b89e53c0fb84938ef738e359cd934
**File Name:**   Son_HDD1_8TB.EOO
**Partial Hash:** 53de11dd0cc499ef7f95c18ba49a87e7
**File Name:**   Son_HDD1_8TB.EOP
**Partial Hash:** f56297f7f23b371e96d417015cc881a4
**File Name:**   Son_HDD1_8TB.EOQ

**Partial Hash:** c0d68f2b45f6bd94adaaf1096194a077

**File Name:**   Son_HDD1_8TB.EOR

**Partial Hash:** e2d2114871e8c93dc543506ea8477c46

**File Name:**   Son_HDD1_8TB.EOS

**Partial Hash:** ada1ed3748c97385df7ef005e87e2469

**File Name:**   Son_HDD1_8TB.EOT

**Partial Hash:** 27de2ec630f289248cc62a639d772924

**File Name:**   Son_HDD1_8TB.EOU

**Partial Hash:** 3b0964ac0f9853db52f1349aaebf7fe9

**File Name:**   Son_HDD1_8TB.EOV

**Partial Hash:** 4df850ae6b1fe84d1256ac48a37f3e2c

**File Name:**   Son_HDD1_8TB.EOW

**Partial Hash:** 13bddbb1a8c49fde5b632f4dfa3091f1

**File Name:**   Son_HDD1_8TB.EOX

**Partial Hash:** b43f313937d91c512d78cc286c49bdda

**File Name:**   Son_HDD1_8TB.EOY

**Partial Hash:** e3f849e9563d7d8d68f6ca9e05add8f8

**File Name:**   Son_HDD1_8TB.EOZ

**Partial Hash:** 68a6c6128ce36ea1d5c4b26b5c044db3

**File Name:**   Son_HDD1_8TB.EPA

**Partial Hash:** 6044f17af7aaffbe9be2860dcb56e4fb

**File Name:**   Son_HDD1_8TB.EPB

**Partial Hash:** 63e20b3aa025dd68370f9de87663115e

**File Name:**   Son_HDD1_8TB.EPC

**Partial Hash:** 70a08a90f47fa9b1a6aa44428ad713b5

**File Name:**   Son_HDD1_8TB.EPD

**Partial Hash:** 37278ced53706e0252d46c09e14761d2

**File Name:**   Son_HDD1_8TB.EPE

**Partial Hash:** c98c1fa1cb49fc8c9925f93dc9efeafb

**File Name:**   Son_HDD1_8TB.EPF

**Partial Hash:** d9e651fc213aa9e31dc3c614b286e746

**File Name:**   Son_HDD1_8TB.EPG

**Partial Hash:** 092ce698ef5a9ee2eb2d678223565498

**File Name:**   Son_HDD1_8TB.EPH

**Partial Hash:** 5542969522ad30bb1cb56873acbb9ef4

**File Name:**   Son_HDD1_8TB.EPI

**Partial Hash:** c3c5f60e0c874e49244edfc945935b26

**File Name:**   Son_HDD1_8TB.EPJ

**Partial Hash:** 76497587dc8248e330993b7eb4e40625

**File Name:**   Son_HDD1_8TB.EPK

**Partial Hash:** a2e4d18e3b87916cf0f40674da7774df

**File Name:**   Son_HDD1_8TB.EPL

**Partial Hash:** 4f5897d0346dc02cfe2e3822be572c55

**File Name:**   Son_HDD1_8TB.EPM

**Partial Hash:** 03df96d3f64176776a84e889fb5a93b7

**File Name:**   Son_HDD1_8TB.EPN

**Partial Hash:** 6cd0a27a67e3cc9d674c09d2bd9c02ab

**File Name:**   Son_HDD1_8TB.EPO

**Partial Hash:** 0541f13c07ebdc2f1a05da1842118539

**File Name:**   Son_HDD1_8TB.EPP

**Partial Hash:** 75ce2052168634a46863fc9081a5f58e

**File Name:**   Son_HDD1_8TB.EPQ

**Partial Hash:** a0ac07b8a28311fa4c6e80d025229f9c

**File Name:** Son_HDD1_8TB.EPR

**Partial Hash:** 58cfdbf8cbfc69439d3bcbc2df292ba9

**File Name:** Son_HDD1_8TB.EPS

**Partial Hash:** e88f0b1de3d8066b38a66b23e258a3c3

**File Name:** Son_HDD1_8TB.EPT

**Partial Hash:** 06baa0be4265166b12a41db18fba7035

**File Name:** Son_HDD1_8TB.EPU

**Partial Hash:** 6e2c8cfdddc2172ad83aa524ed6371c9

**File Name:** Son_HDD1_8TB.EPV

**Partial Hash:** 723935333bc847d4c0b1bcd1b5292baa

**File Name:** Son_HDD1_8TB.EPW

**Partial Hash:** e264431cd71ce3d8269f1fbb400e2c86

**File Name:** Son_HDD1_8TB.EPX

**Partial Hash:** 4dfd50af77721d350858ecc9c5910426

**File Name:** Son_HDD1_8TB.EPY

**Partial Hash:** d5fea9ae1f1803a5eedde9253ca2d2ea

**File Name:** Son_HDD1_8TB.EPZ

**Partial Hash:** a66f68f87f2489901475a764cda50d69

**File Name:** Son_HDD1_8TB.EQA

**Partial Hash:** 13e686342bd79941bc8f3307a9b15305

**File Name:** Son_HDD1_8TB.EQB

**Partial Hash:** f4c3363539bf6cfb90500cd12e931e58

**File Name:** Son_HDD1_8TB.EQC

**Partial Hash:** 1750cf69892fc55a457041793ec1f8bc

**File Name:** Son_HDD1_8TB.EQD

**Partial Hash:** ae8c959abc4328b798e883e1687d8ff5

**File Name:** Son_HDD1_8TB.EQE

**Partial Hash:** c972685d14398dfcfebef83d19ce44bb

**File Name:** Son_HDD1_8TB.EQF

**Partial Hash:** 2b8c98547e919b17d9f09a09141441a9

**File Name:** Son_HDD1_8TB.EQG

**Partial Hash:** 3066f5f631d2acf1f8a7b3bdf7d353cf

**File Name:** Son_HDD1_8TB.EQH

**Partial Hash:** 43e209d052b691741da9fe9ea9182037

**File Name:** Son_HDD1_8TB.EQI

**Partial Hash:** 9f70040e525dee07e00113e370e19ea6

**File Name:** Son_HDD1_8TB.EQJ

**Partial Hash:** 3697ecb5dc0831c8df926ebee2fa4ee9

**File Name:** Son_HDD1_8TB.EQK

**Partial Hash:** 6cf68e0ccbdfc83532208a7d5b2d32ad

**File Name:** Son_HDD1_8TB.EQL

**Partial Hash:** 0cdeaa95969e4e81f23f7cd21d088af8

**File Name:** Son_HDD1_8TB.EQM

**Partial Hash:** d1f9b19721c59a1c4648414d323d4b81

**File Name:** Son_HDD1_8TB.EQN

**Partial Hash:** d16b77d62a52d39dfafb136ee95cfdf0

**File Name:** Son_HDD1_8TB.EQO

**Partial Hash:** a16793ee6fffc4012635b2d96ee836ba

**File Name:** Son_HDD1_8TB.EQP

**Partial Hash:** 7c9e0409ca1f2e6a19a75826dd88ca75

**File Name:** Son_HDD1_8TB.EQQ

**Partial Hash:** c48542a2b44d61a2a14d837ba752750e

**File Name:** Son_HDD1_8TB.EQR

**Partial Hash:** 15b56c9e61bcfb98b0534cce43ec6bbf

**File Name:**   Son_HDD1_8TB.EQS

**Partial Hash:** f0d26329023a2d2efdfdfbb190b9764a

**File Name:**   Son_HDD1_8TB.EQT

**Partial Hash:** b74c10b46bcd6b48ece24b92a4a31a29

**File Name:**   Son_HDD1_8TB.EQU

**Partial Hash:** d1df0904c40a8fc56e61501ead66237f

**File Name:**   Son_HDD1_8TB.EQV

**Partial Hash:** 0ce907bf2ed423b98b3fd48e2c37aafb

**File Name:**   Son_HDD1_8TB.EQW

**Partial Hash:** 40023c9c9d8720c1f55a3b87b33dd963

**File Name:**   Son_HDD1_8TB.EQX

**Partial Hash:** cd1f6539825a0ff6c01669825561af45

**File Name:**   Son_HDD1_8TB.EQY

**Partial Hash:** 5d812e09211f8751e59d9ec59a924146

**File Name:**   Son_HDD1_8TB.EQZ

**Partial Hash:** f8eb17945de64bfad33cf4cb73320074

**File Name:**   Son_HDD1_8TB.ERA

**Partial Hash:** 3a48042fbd0d7b81e2215f9930651d93

**File Name:**   Son_HDD1_8TB.ERB

**Partial Hash:** f621e5d5791d0d822e126a88fa037555

**File Name:**   Son_HDD1_8TB.ERC

**Partial Hash:** 6acb6a7a6d235b90cf3b2a97b3b08892

**File Name:**   Son_HDD1_8TB.ERD

**Partial Hash:** 4868a0cf943c86e413f092ad5937b568

**File Name:**   Son_HDD1_8TB.ERE

**Partial Hash:** ee2423fae49380a5b0338d2b3a9e9551

**File Name:**   Son_HDD1_8TB.ERF

**Partial Hash:** 0185021a11005eb89c6014337b9262c4

**File Name:**   Son_HDD1_8TB.ERG

**Partial Hash:** 8245a763eb8029d648dd14607d933a61

**File Name:**   Son_HDD1_8TB.ERH

**Partial Hash:** 114372ae748aeb08583204faac54ea7d

**File Name:**   Son_HDD1_8TB.ERI

**Partial Hash:** afcb2678977f994744123a79e071f22c

**File Name:**   Son_HDD1_8TB.ERJ

**Partial Hash:** d86aa0ce3e3ef5a747dfca2bb8e22221

**File Name:**   Son_HDD1_8TB.ERK

**Partial Hash:** b93f6c9a7403a5ccd1a8a2e45051d7ca

**File Name:**   Son_HDD1_8TB.ERL

**Partial Hash:** 2e4f6e033c03f56f44d93cfd1caeb21a

**File Name:**   Son_HDD1_8TB.ERM

**Partial Hash:** e0e8e37a4bdfd7b8ed5127c2347a5e6e

**File Name:**   Son_HDD1_8TB.ERN

**Partial Hash:** 71a06d6086187dd39f3be97d1cfc61ff

**File Name:**   Son_HDD1_8TB.ERO

**Partial Hash:** 51b4a2c3b601f1817d60807901427fac

**File Name:**   Son_HDD1_8TB.ERP

**Partial Hash:** 931809592a5d30c870d0758ea9c80d4c

**File Name:**   Son_HDD1_8TB.ERQ

**Partial Hash:** 20bdced331c6cd6543b7f611af3efdba

**File Name:**   Son_HDD1_8TB.ERR

**Partial Hash:** eeb7983ebf6959b037960052adad7a21

**File Name:**   Son_HDD1_8TB.ERS

**Partial Hash:** 96dfb06ed4138cb0d230ac21d13107b4

**File Name:**   Son_HDD1_8TB.ERT

**Partial Hash:** 50803581f0da6ee02a4375aae11d3cbe

**File Name:**   Son_HDD1_8TB.ERU

**Partial Hash:** 376581f0ce52de41bf51f6ec3ca72cd4

**File Name:**   Son_HDD1_8TB.ERV

**Partial Hash:** 0331c9dbb2aff8377459fd80f0dea02a

**File Name:**   Son_HDD1_8TB.ERW

**Partial Hash:** 815810789679850d91a644a29dd7b524

**File Name:**   Son_HDD1_8TB.ERX

**Partial Hash:** 1641ec974a9d93061bb5d5c16e2e0d98

**File Name:**   Son_HDD1_8TB.ERY

**Partial Hash:** c3f3eacb53a7cfd61a73a8225c9bdbc4

**File Name:**   Son_HDD1_8TB.ERZ

**Partial Hash:** 41cacdd806c008216c63a8a441050230

**File Name:**   Son_HDD1_8TB.ESA

**Partial Hash:** 169dc54188ffc72f4c9f37244702d402

**File Name:**   Son_HDD1_8TB.ESB

**Partial Hash:** 2cccf749b02481bc5a5541f582a2a9b9

**File Name:**   Son_HDD1_8TB.ESC

**Partial Hash:** 830d85f24317a15017cce3cfc03b2a09

**File Name:**   Son_HDD1_8TB.ESD

**Partial Hash:** f8dbc5fd3ae3d0b6b7cf01726483292a

**File Name:**   Son_HDD1_8TB.ESE

**Partial Hash:** f738bf9593ebfed36014b2c1e2cd70bf

**File Name:**   Son_HDD1_8TB.ESF

**Partial Hash:** ba52cfe41e0fb37da341c867b28b383c

**File Name:**   Son_HDD1_8TB.ESG

**Partial Hash:** db47e4e3325cd9a0bc15ff24060307cf

**File Name:**   Son_HDD1_8TB.ESH

**Partial Hash:** 42f93746be5be68d0f1018a73fcfc333

**File Name:**   Son_HDD1_8TB.ESI

**Partial Hash:** 2c3dd2a07dc0ee47a4b2f5360f4b4d8a

**File Name:**   Son_HDD1_8TB.ESJ

**Partial Hash:** 41cd744e7af0642fcefaa0f20b5bf360

**File Name:**   Son_HDD1_8TB.ESK

**Partial Hash:** cedb0b6a1ca972c833676aea59d1d21b

**File Name:**   Son_HDD1_8TB.ESL

**Partial Hash:** 45d737cda2b8cd77a38c66f740ee57b9

**File Name:**   Son_HDD1_8TB.ESM

**Partial Hash:** a0f08f775883b37ba87a267be2081a82

**File Name:**   Son_HDD1_8TB.ESN

**Partial Hash:** 307bd408c4094e16b918adee6ebeee23

**File Name:**   Son_HDD1_8TB.ESO

**Partial Hash:** cfeb3d2f88ebc095cf6a7360b2ef62d8

**File Name:**   Son_HDD1_8TB.ESP

**Partial Hash:** d8d90ea537cc93a4734c9b93f2b5fa40

**File Name:**   Son_HDD1_8TB.ESQ

**Partial Hash:** 695c8e6e03fa3c5f40a42d5d3cc791b4

**File Name:**   Son_HDD1_8TB.ESR

**Partial Hash:** 51302b1855bdacc7e83abb179da63dc7

**File Name:**   Son_HDD1_8TB.ESS

**Partial Hash:** 66726fca1da0675b3f42517124504de3

**File Name:**   Son_HDD1_8TB.EST

**Partial Hash:** 3e2adca6fb051ba14380672ff510553a

**File Name:**   Son_HDD1_8TB.ESU

**Partial Hash:** d9ac07866a43d20ed9ee72f9c256f0e5

**File Name:**   Son_HDD1_8TB.ESV

**Partial Hash:** d1ad754fc9ec192e3cb2edb57f4ba02d

**File Name:**   Son_HDD1_8TB.ESW

**Partial Hash:** a576f2a33ed9be8376eac14b1f412806

**File Name:**   Son_HDD1_8TB.ESX

**Partial Hash:** 16fc8de66c66d0a5e7baf23cd186440c

**File Name:**   Son_HDD1_8TB.ESY

**Partial Hash:** 08266271a721d2845de4d13e20dd0d02

**File Name:**   Son_HDD1_8TB.ESZ

**Partial Hash:** 29e3608ee83d561226364e55bf3c3edd

**File Name:**   Son_HDD1_8TB.ETA

**Partial Hash:** 7c5fbb00a46d62adc70a2a05d091e640

**File Name:**   Son_HDD1_8TB.ETB

**Partial Hash:** 75035495b041b144583baf7bc620627d

**File Name:**   Son_HDD1_8TB.ETC

**Partial Hash:** 83e9ddd07c386ebd7258f5dd0b65753c

**File Name:**   Son_HDD1_8TB.ETD

**Partial Hash:** bec5e6a67d24e3b2fec0f07b8e6a9ce4

**File Name:**   Son_HDD1_8TB.ETE

**Partial Hash:** 1a1026af8413528213a405829e3da111

**File Name:**   Son_HDD1_8TB.ETF

**Partial Hash:** cf6b9aefe9a968d1bad19b4de549518a

**File Name:**   Son_HDD1_8TB.ETG

**Partial Hash:** 315874655dd16fb7f39f8d8344e75b85

**File Name:**   Son_HDD1_8TB.ETH

**Partial Hash:** c625ff638df1d7f8f84afc09a3b58889

**File Name:**   Son_HDD1_8TB.ETI

**Partial Hash:** c95abac77eaba147731c2b698a451ff4

**File Name:**   Son_HDD1_8TB.ETJ

**Partial Hash:** f22b5da2086158741e3a9b423cc8dbc1

**File Name:**   Son_HDD1_8TB.ETK

**Partial Hash:** 2f27b05f74735fcaea336bc924ed6e95

**File Name:**   Son_HDD1_8TB.ETL

**Partial Hash:** 4867aba9d86535b54914028597737f2f

**File Name:**   Son_HDD1_8TB.ETM

**Partial Hash:** c9ed3bebb11e5dc3507c511d53374e9c

**File Name:**   Son_HDD1_8TB.ETN

**Partial Hash:** 41501a8291744dfde34fec242c3eebfe

**File Name:**   Son_HDD1_8TB.ETO

**Partial Hash:** 0aad0596359a985fa61b1d16215b7710

**File Name:**   Son_HDD1_8TB.ETP

**Partial Hash:** 7bb35fd40e66be001575d2932a51ea0a

**File Name:**   Son_HDD1_8TB.ETQ

**Partial Hash:** 53e68aa25a989adaa7233066999dc353

**File Name:**   Son_HDD1_8TB.ETR

**Partial Hash:** 07fd3600d8e81ba7a8d7b65b95aed8cc

**File Name:**   Son_HDD1_8TB.ETS

**Partial Hash:** df8235886e0e707001526e12c8da0f9a

**File Name:** Son_HDD1_8TB.ETT
**Partial Hash:** c4769c27913c6259e4a6258a0bdd082f
**File Name:** Son_HDD1_8TB.ETU
**Partial Hash:** 0fa40adaa601c52bd6d066f7feec1e5d
**File Name:** Son_HDD1_8TB.ETV
**Partial Hash:** 6155659089ecc34ba992966080d0bcdf
**File Name:** Son_HDD1_8TB.ETW
**Partial Hash:** dd3a0d0bc0ff4073eddc6f607cf25956
**File Name:** Son_HDD1_8TB.ETX
**Partial Hash:** 722ad65a8890bd66dd26ae73309ab313
**File Name:** Son_HDD1_8TB.ETY
**Partial Hash:** b7441f8e4c39a1fc77bb242d16af656c
**File Name:** Son_HDD1_8TB.ETZ
**Partial Hash:** 42bab1838448d27395031750dea86248
**File Name:** Son_HDD1_8TB.EUA
**Partial Hash:** 93e1d884fe4e03eea1f16e0a9fbe563f
**File Name:** Son_HDD1_8TB.EUB
**Partial Hash:** a062060a1e41eaba75b615e4c4723c30
**File Name:** Son_HDD1_8TB.EUC
**Partial Hash:** 5ce79271db7e2013ddb76dcb4062899e
**File Name:** Son_HDD1_8TB.EUD
**Partial Hash:** 3d1c0e0c1b2a51019ec201e08855a0d8
**File Name:** Son_HDD1_8TB.EUE
**Partial Hash:** c8976fc67e3ea734f4e10b11df169a22
**File Name:** Son_HDD1_8TB.EUF
**Partial Hash:** a9b6df7200e4970a34db0b4a202817b3
**File Name:** Son_HDD1_8TB.EUG
**Partial Hash:** e8c295c45066b6c891851624251c7dd4
**File Name:** Son_HDD1_8TB.EUH
**Partial Hash:** 99335e33eb42af2a9da52b5ec9a91571
**File Name:** Son_HDD1_8TB.EUI
**Partial Hash:** 87a7005363e6ea86c1d61eada8b36224
**File Name:** Son_HDD1_8TB.EUJ
**Partial Hash:** 7b9cf2ea3a4229771b05363b789b87fa
**File Name:** Son_HDD1_8TB.EUK
**Partial Hash:** 3ebf18e4702946431d72fb9cf22645e0
**File Name:** Son_HDD1_8TB.EUL
**Partial Hash:** 1c5416be5800a0345649b988f1260b2b
**File Name:** Son_HDD1_8TB.EUM
**Partial Hash:** cc348eaedb192ec10d5b85359b1af89a
**File Name:** Son_HDD1_8TB.EUN
**Partial Hash:** 366cfad9a7e787aa36daf1c5a389c98b
**File Name:** Son_HDD1_8TB.EUO
**Partial Hash:** 543ef55f7f6b9c9c5829057f58a763a2
**File Name:** Son_HDD1_8TB.EUP
**Partial Hash:** 667e4fa04ea5ad46e7bfeb7a5e8174f2
**File Name:** Son_HDD1_8TB.EUQ
**Partial Hash:** 7ded0fae5e93d29446fda25357ff152a
**File Name:** Son_HDD1_8TB.EUR
**Partial Hash:** c0a5528320b9d0e02720f15f4b8bdc86
**File Name:** Son_HDD1_8TB.EUS
**Partial Hash:** 162250f7ddbd50b066b782e731a07084
**File Name:** Son_HDD1_8TB.EUT

**Partial Hash:** feb2bca533d73aa50815abae6ffbb466

**File Name:**   Son_HDD1_8TB.EUU

**Partial Hash:** ba2c2f7b69bee6d3054ad285b17d918a

**File Name:**   Son_HDD1_8TB.EUV

**Partial Hash:** 9063d47e4ec7066890c8b45cfda25b64

**File Name:**   Son_HDD1_8TB.EUW

**Partial Hash:** 34cf63e9fdc4e0c086f227d3a151b056

**File Name:**   Son_HDD1_8TB.EUX

**Partial Hash:** 4c090c5344a879f8f52318cbc1813f7a

**File Name:**   Son_HDD1_8TB.EUY

**Partial Hash:** 751f75457f615c43f83084be5312fa4a

**File Name:**   Son_HDD1_8TB.EUZ

**Partial Hash:** 482167139780a16e477ae83672f23af6

**File Name:**   Son_HDD1_8TB.EVA

**Partial Hash:** e982103f4f4c025f95eb5ea3cc3b165d

**File Name:**   Son_HDD1_8TB.EVB

**Partial Hash:** e6c7f0ef4e09a6aac0e970a61957d7a7

**File Name:**   Son_HDD1_8TB.EVC

**Partial Hash:** f6299dfbd1618f9280d1d6ee68af2ac6

**File Name:**   Son_HDD1_8TB.EVD

**Partial Hash:** f90c010c4ffc1f226cb812316a66c011

**File Name:**   Son_HDD1_8TB.EVE

**Partial Hash:** 0810616c38ef240f472921746e8f26fd

**File Name:**   Son_HDD1_8TB.EVF

**Partial Hash:** 0d542186573da9934bec9c5ebea5b3eb

**File Name:**   Son_HDD1_8TB.EVG

**Partial Hash:** 003b7a369b0e08a3147e740bc9d3a3b6

**File Name:**   Son_HDD1_8TB.EVH

**Partial Hash:** 9163876a4134535dbfb6102d2576ba2c

**File Name:**   Son_HDD1_8TB.EVI

**Partial Hash:** 09d2e61489f308ff75294003df1a3051

**File Name:**   Son_HDD1_8TB.EVJ

**Partial Hash:** 1d55b70b8451e1ddd04e5435fcdc7bf0

**File Name:**   Son_HDD1_8TB.EVK

**Partial Hash:** 7fb0ea1dbf3cfc3da4e9bb2e2487aaeb

**File Name:**   Son_HDD1_8TB.EVL

**Partial Hash:** 37d9b0e3365c91dd503995d8d0cd5985

**File Name:**   Son_HDD1_8TB.EVM

**Partial Hash:** 79afd14d3b29829704f850374d215a16

**File Name:**   Son_HDD1_8TB.EVN

**Partial Hash:** 267d3cc53ecbedb9bb774c6fe10419cd

**File Name:**   Son_HDD1_8TB.EVO

**Partial Hash:** c47efbc4643cf489ad32b60db233a6e7

**File Name:**   Son_HDD1_8TB.EVP

**Partial Hash:** afb96b23c9480abfbf223d47180dc56d

**File Name:**   Son_HDD1_8TB.EVQ

**Partial Hash:** 8593cecc1d3156914d8becf3c36302e2

**File Name:**   Son_HDD1_8TB.EVR

**Partial Hash:** 0ad565daa1b94c5e9e1c26e4d6d5e484

**File Name:**   Son_HDD1_8TB.EVS

**Partial Hash:** ff10e5fd4a347049035abe6ee2d58b03

**File Name:**   Son_HDD1_8TB.EVT

**Partial Hash:** 482f0ffb3eaabc60a4c5cc4858926572

**File Name:**    Son_HDD1_8TB.EVU

**Partial Hash:** 0c9a7af9c02998a878086115ceca4b94

**File Name:**    Son_HDD1_8TB.EVV

**Partial Hash:** 5291b573ecfd2f05e7bc0cf973e78bbb

**File Name:**    Son_HDD1_8TB.EVW

**Partial Hash:** 3ba2488f438e957c17bcd2ddbaef4033

**File Name:**    Son_HDD1_8TB.EVX

**Partial Hash:** 704954a793d6eb3a209d125cf3f264d0

**File Name:**    Son_HDD1_8TB.EVY

**Partial Hash:** f3dcab357c1304a91f9c97707b1d2883

**File Name:**    Son_HDD1_8TB.EVZ

**Partial Hash:** a5f0711ad4c289e0ee74e37f58b0f3aa

**File Name:**    Son_HDD1_8TB.EWA

**Partial Hash:** 8db9384b706baff5a6bcd0e99febb8a6

**File Name:**    Son_HDD1_8TB.EWB

**Partial Hash:** 2b156e9ecd7bd1ed6d2424ad6ca924b5

**File Name:**    Son_HDD1_8TB.EWC

**Partial Hash:** a4c75f5552047f8718c59f23f8c20e3e

**File Name:**    Son_HDD1_8TB.EWD

**Partial Hash:** 03cc5ffa9cd26c81a5d4b40c58d96306

**File Name:**    Son_HDD1_8TB.EWE

**Partial Hash:** 3e1de1895f0791cc1da7766fc1b5e829

**File Name:**    Son_HDD1_8TB.EWF

**Partial Hash:** d09076b8c8eb57cb52637d6d2d1c68df

**File Name:**    Son_HDD1_8TB.EWG

**Partial Hash:** c2e21caf33844d772bd0baf8ee8948df

**File Name:**    Son_HDD1_8TB.EWH

**Partial Hash:** 8866680bc07c35e31f9d0fd91792a863

**File Name:**    Son_HDD1_8TB.EWI

**Partial Hash:** e7afd8b6bfde58e7a66319869d0367cb

**File Name:**    Son_HDD1_8TB.EWJ

**Partial Hash:** e8ee41f6d4d72055daf02354a28beff9

**File Name:**    Son_HDD1_8TB.EWK

**Partial Hash:** 7af1d84e1f3cfccb1b55c5fdd977395f

**File Name:**    Son_HDD1_8TB.EWL

**Partial Hash:** fac26d97cf3c58ae19521c7b816a09a9

**File Name:**    Son_HDD1_8TB.EWM

**Partial Hash:** 1fecf8905143945125bb8ece9bc9075c

**File Name:**    Son_HDD1_8TB.EWN

**Partial Hash:** d56013c800b7ce673cea76309396af91

**File Name:**    Son_HDD1_8TB.EWO

**Partial Hash:** ffa4d77f34814f4e1cdec71bb708a7c4

**File Name:**    Son_HDD1_8TB.EWP

**Partial Hash:** e78e0dcbe0bf76a6d5df190144744395

**File Name:**    Son_HDD1_8TB.EWQ

**Partial Hash:** 8dd9d28427cde9d5f0df22c4449eb7f4

**File Name:**    Son_HDD1_8TB.EWR

**Partial Hash:** 166bb620968ed3e246d8e155efc29353

**File Name:**    Son_HDD1_8TB.EWS

**Partial Hash:** c59a5273ba440729b184a094e88040ab

**File Name:**    Son_HDD1_8TB.EWT

**Partial Hash:** 0141033fed0b27e364715b927795fb45

**File Name:**    Son_HDD1_8TB.EWU

**Partial Hash:** 2770f5af3cff9ac3f615590b0966c86a

**File Name:**   Son_HDD1_8TB.EWV

**Partial Hash:** aa5b24ef678d79b864af36d66b70c43d

**File Name:**   Son_HDD1_8TB.EWW

**Partial Hash:** 0204b0ee489cd595996b943110014431

**File Name:**   Son_HDD1_8TB.EWX

**Partial Hash:** d62f2dd34ef5529ed94b339e2e4dd765

**File Name:**   Son_HDD1_8TB.EWY

**Partial Hash:** 83bc8800c77eb2a170d6bf7e0ea12675

**File Name:**   Son_HDD1_8TB.EWZ

**Partial Hash:** 202e3df509901bb4cfc740ce33603e23

**File Name:**   Son_HDD1_8TB.EXA

**Partial Hash:** 7e3c3449318f06ad10d9741b2858df26

**File Name:**   Son_HDD1_8TB.EXB

**Partial Hash:** c334c2817d39f7f59dc22b72fe3f8cc8

**File Name:**   Son_HDD1_8TB.EXC

**Partial Hash:** 81f646fce7f49baa460ecdf13ee7c7c2

**File Name:**   Son_HDD1_8TB.EXD

**Partial Hash:** cf44f4546ba960708b1e69bd55b524bc

**File Name:**   Son_HDD1_8TB.EXE

**Partial Hash:** d4e52717e2193f11f09f1faa74ef13ce

**File Name:**   Son_HDD1_8TB.EXF

**Partial Hash:** dbc8ab0a19fe010bf429122caa1f9f0d

**File Name:**   Son_HDD1_8TB.EXG

**Partial Hash:** 923fdfdead64799fdf5addfceea3ac72

**File Name:**   Son_HDD1_8TB.EXH

**Partial Hash:** ef78b2f0983083e071f5bc9a41469230

**File Name:**   Son_HDD1_8TB.EXI

**Partial Hash:** e3d46b6d8a167dce28e7fcdf3e2362a5

**File Name:**   Son_HDD1_8TB.EXJ

**Partial Hash:** c049bd6c565088e16ffd88f1abd8d332

**File Name:**   Son_HDD1_8TB.EXK

**Partial Hash:** e5578a445a7677e156f5a7b49460c2aa

**File Name:**   Son_HDD1_8TB.EXL

**Partial Hash:** 5c38b071a0fee7b136768448a0edbce8

**File Name:**   Son_HDD1_8TB.EXM

**Partial Hash:** 621a188cd9df6572fc3c4dd109d7d78a

**File Name:**   Son_HDD1_8TB.EXN

**Partial Hash:** a3f39bbf66c1f1d47c1b8a174c5e12a5

**File Name:**   Son_HDD1_8TB.EXO

**Partial Hash:** 77ac7acd7df923aad9bbd4842c5189a9

**File Name:**   Son_HDD1_8TB.EXP

**Partial Hash:** 5a2075a782088468f3bb12bd0b29ade6

**File Name:**   Son_HDD1_8TB.EXQ

**Partial Hash:** 58cfae00c015de85a0fdf7a7d02fce49

**File Name:**   Son_HDD1_8TB.EXR

**Partial Hash:** 6dad70446d85a04ca5fb9e14866109f1

**File Name:**   Son_HDD1_8TB.EXS

**Partial Hash:** 80b5663467e9140c9a492a59470974bc

**File Name:**   Son_HDD1_8TB.EXT

**Partial Hash:** 11296d6f7f37989e1829bc4f5c11c3fa

**File Name:**   Son_HDD1_8TB.EXU

**Partial Hash:** 1f1389e0f3c85f4385861a53ccf6274b

**File Name:** Son_HDD1_8TB.EXV
**Partial Hash:** ea031551a6b0675950887e33821fa7ac
**File Name:** Son_HDD1_8TB.EXW
**Partial Hash:** 5d606d3ca9bb96bf7c2e6e40953b28bc
**File Name:** Son_HDD1_8TB.EXX
**Partial Hash:** ca3fd7db5c3690303f92ae090697b1e2
**File Name:** Son_HDD1_8TB.EXY
**Partial Hash:** e6df347e984cc7736b1249e84961313f
**File Name:** Son_HDD1_8TB.EXZ
**Partial Hash:** ba50a1a9cee8e1b0ac1aa5efe56b2bad
**File Name:** Son_HDD1_8TB.EYA
**Partial Hash:** ed88b7fcd528785d0847c31245203150
**File Name:** Son_HDD1_8TB.EYB
**Partial Hash:** d0cedacb71dbd73595fee78bdcdc618c
**File Name:** Son_HDD1_8TB.EYC
**Partial Hash:** 489ae4c4509825b39c487818da5349a5
**File Name:** Son_HDD1_8TB.EYD
**Partial Hash:** 176ff534fea6904a475f80c520e3ae59
**File Name:** Son_HDD1_8TB.EYE
**Partial Hash:** ce453b801ec427c21f39fffe49dc7f10
**File Name:** Son_HDD1_8TB.EYF
**Partial Hash:** e538901eda7eec51a14df7cc33d1683e
**File Name:** Son_HDD1_8TB.EYG
**Partial Hash:** 16ee20f958a10a39a05e4e61d616a97d
**File Name:** Son_HDD1_8TB.EYH
**Partial Hash:** bf484f950f04a330ce3f26cabf16d16e
**File Name:** Son_HDD1_8TB.EYI
**Partial Hash:** ff5c0abdd516bb056fef4b001c5c52c1
**File Name:** Son_HDD1_8TB.EYJ
**Partial Hash:** 10070b6c10482d8471c1f2a507b8d749
**File Name:** Son_HDD1_8TB.EYK
**Partial Hash:** 250043c85e5f78abef4bf84397721a96
**File Name:** Son_HDD1_8TB.EYL
**Partial Hash:** 4ba122ccd9f31f428c322a86da14238a
**File Name:** Son_HDD1_8TB.EYM
**Partial Hash:** 96768bee6afea052fd500b1850aa1592
**File Name:** Son_HDD1_8TB.EYN
**Partial Hash:** ece0fbac91713e908adae09badd7f077
**File Name:** Son_HDD1_8TB.EYO
**Partial Hash:** 6c95b2eec8abe9207ff0698d3fcf4e88
**File Name:** Son_HDD1_8TB.EYP
**Partial Hash:** eab46874192caafd19a6893bc5aa6755
**File Name:** Son_HDD1_8TB.EYQ
**Partial Hash:** 500201017f5ef980a21a32c130e18db6
**File Name:** Son_HDD1_8TB.EYR
**Partial Hash:** 057ffbc9bc933e027ddd634c67c7c878
**File Name:** Son_HDD1_8TB.EYS
**Partial Hash:** 4c7e24f4577bdf121f355b7ed74f8fe8
**File Name:** Son_HDD1_8TB.EYT
**Partial Hash:** 063e30dedee063fb5833f95062bfb16e
**File Name:** Son_HDD1_8TB.EYU
**Partial Hash:** ccb4fa97bafe845455f160e87c9a7f60
**File Name:** Son_HDD1_8TB.EYV

**Partial Hash:** 276a3c7451cba4c5ac3fd30079f4c020

**File Name:**   Son_HDD1_8TB.EYW

**Partial Hash:** afdd7b4321a2d1693c6c19dafeebb0a7

**File Name:**   Son_HDD1_8TB.EYX

**Partial Hash:** ed4081634e548a5d76981eed2323a499

**File Name:**   Son_HDD1_8TB.EYY

**Partial Hash:** 544429ffd63964c6d06405709fb7e815

**File Name:**   Son_HDD1_8TB.EYZ

**Partial Hash:** bfe28c7a6ce70230fa47fa1ffc47e1d5

**File Name:**   Son_HDD1_8TB.EZA

**Partial Hash:** 22131b150e18d76fb2ee70dcf9df3a6e

**File Name:**   Son_HDD1_8TB.EZB

**Partial Hash:** 6d8e9c2b3ab47e785521ee63fb920c05

**File Name:**   Son_HDD1_8TB.EZC

**Partial Hash:** cdda47316995e79498589053a06fb1a0

**File Name:**   Son_HDD1_8TB.EZD

**Partial Hash:** e77f208ce5ffb66c0e9ad20b117a5683

**File Name:**   Son_HDD1_8TB.EZE

**Partial Hash:** 36e53155a58fca95de6aa36325931a81

**File Name:**   Son_HDD1_8TB.EZF

**Partial Hash:** eb7ad8797cc033c5c7aab011ce6a7115

**File Name:**   Son_HDD1_8TB.EZG

**Partial Hash:** 04071f9f0be3636f6667402af034e9df

**File Name:**   Son_HDD1_8TB.EZH

**Partial Hash:** 6f70003d045fd0d49421e3d32e81ecd3

**File Name:**   Son_HDD1_8TB.EZI

**Partial Hash:** 9e6eb4e26abdebfca5d47e039a6fbb5c

**File Name:**   Son_HDD1_8TB.EZJ

**Partial Hash:** 87aabaf5c659dd0e086dd1a1f2f69e01

**File Name:**   Son_HDD1_8TB.EZK

**Partial Hash:** 47fa34b5b9a02f0dcb4264337da07851

**File Name:**   Son_HDD1_8TB.EZL

**Partial Hash:** 84254e33ef73930769b20d5b959704d5

**File Name:**   Son_HDD1_8TB.EZM

**Partial Hash:** 64d5e461cd36daac4489df88aa2814cd

**File Name:**   Son_HDD1_8TB.EZN

**Partial Hash:** 093dc2fed5a4c5545f9c365b0110d27e

**File Name:**   Son_HDD1_8TB.EZO

**Partial Hash:** ccdab797e04e40fa12f86fdc5c3baa5a

**File Name:**   Son_HDD1_8TB.EZP

**Partial Hash:** e845d513c87deb7c5cb70f600d41343f

**File Name:**   Son_HDD1_8TB.EZQ

**Partial Hash:** 15f31cf47a190c468837b5721c445920

**File Name:**   Son_HDD1_8TB.EZR

**Partial Hash:** bb6671780677d694d6feca846d30d502

**File Name:**   Son_HDD1_8TB.EZS

**Partial Hash:** fb3e0bec68cb3de7108b4d187ea49d29

**File Name:**   Son_HDD1_8TB.EZT

**Partial Hash:** 2f94fc36949645820652a85584bdbe1b

**File Name:**   Son_HDD1_8TB.EZU

**Partial Hash:** e4c91b7bcdcc89e5087d252787fca8a7

**File Name:**   Son_HDD1_8TB.EZV

**Partial Hash:** 89eeb7585b009cbd1d348cb37cc5bc3a

**File Name:** Son_HDD1_8TB.EZW

**Partial Hash:** 49588f3e084fb36ec91c5d02c37db401

**File Name:** Son_HDD1_8TB.EZX

**Partial Hash:** 8b764e5116e6f5e3eca3a22578d2d8a1

**File Name:** Son_HDD1_8TB.EZY

**Partial Hash:** 179c641c854da675f2c9cf35e0810209

**File Name:** Son_HDD1_8TB.EZZ

**Partial Hash:** c9f9bb063b88aa179fa132695a59f8dc

**File Name:** Son_HDD1_8TB.FAA

**Partial Hash:** fc0fe6805d9598a8e56090cbf01f5627

**File Name:** Son_HDD1_8TB.FAB

**Partial Hash:** aee864ebd4c3c528bf29198d2afe3759

**File Name:** Son_HDD1_8TB.FAC

**Partial Hash:** 29821f6ee280ab73a8d72316bd1e0581

**File Name:** Son_HDD1_8TB.FAD

**Partial Hash:** 5509499e1f0889106fb1384e827e6dee

**File Name:** Son_HDD1_8TB.FAE

**Partial Hash:** f808fee4308a3d3bd28f75324610e595

**File Name:** Son_HDD1_8TB.FAF

**Partial Hash:** b12145d88e5c9085c8bf682b12d1e6c5

**File Name:** Son_HDD1_8TB.FAG

**Partial Hash:** 52b9577e08ef2b3666bc98c62376693a

**File Name:** Son_HDD1_8TB.FAH

**Partial Hash:** 4538ba08c2a74e85a23ac7a6a9bdb9f3

**File Name:** Son_HDD1_8TB.FAI

**Partial Hash:** 704843a9a348a9c77c1b7a7b26c1b599

**File Name:** Son_HDD1_8TB.FAJ

**Partial Hash:** 3e1d211a584a1b734d3bd91178573597

**File Name:** Son_HDD1_8TB.FAK

**Partial Hash:** 8b575d88e8d92b3d5d43978d2b880bf6

**File Name:** Son_HDD1_8TB.FAL

**Partial Hash:** 04391adb51d92bc5c32ed8e625197df4

**File Name:** Son_HDD1_8TB.FAM

**Partial Hash:** db6ba61245e22e53aa6a00739b2de5b5

**File Name:** Son_HDD1_8TB.FAN

**Partial Hash:** f49d34bf5b9547ae718ee9e51eacdda6

**File Name:** Son_HDD1_8TB.FAO

**Partial Hash:** d16a48631570bfce3fa295c8d39cc46e

**File Name:** Son_HDD1_8TB.FAP

**Partial Hash:** 82c3ced8e2bb16853192462993cf2ef1

**File Name:** Son_HDD1_8TB.FAQ

**Partial Hash:** 6f6835b182803266b688da342e10392b

**File Name:** Son_HDD1_8TB.FAR

**Partial Hash:** 6f5e7d66c53a2ca23300c7ce7754e7bb

**File Name:** Son_HDD1_8TB.FAS

**Partial Hash:** ca4f2191065a63a61e2fc1ed16c0d4d2

**File Name:** Son_HDD1_8TB.FAT

**Partial Hash:** 5c4bcb594d4572847b4c7abfaf497ff0

**File Name:** Son_HDD1_8TB.FAU

**Partial Hash:** 19c688be096940688c3428c3c1d998d6

**File Name:** Son_HDD1_8TB.FAV

**Partial Hash:** 96ce598d048806b2c11353c62a31f58b

**File Name:** Son_HDD1_8TB.FAW

**Partial Hash:** 3f3b29395677e2de758f5addf57fe7f6

**File Name:**   Son_HDD1_8TB.FAX

**Partial Hash:** 72209963d0c9305a8875be3799ea8cd7

**File Name:**   Son_HDD1_8TB.FAY

**Partial Hash:** fd73918ce3e144a0c2f1b878e47bbb2a

**File Name:**   Son_HDD1_8TB.FAZ

**Partial Hash:** 334447efeda1850eee1a8efdcedbac1e

**File Name:**   Son_HDD1_8TB.FBA

**Partial Hash:** 970c20d8bb0ecd36871778b95f5d88af

**File Name:**   Son_HDD1_8TB.FBB

**Partial Hash:** 9278c7ea48a06b23450679891815403f

**File Name:**   Son_HDD1_8TB.FBC

**Partial Hash:** cc532f9f0528178bb3bac9104676821b

**File Name:**   Son_HDD1_8TB.FBD

**Partial Hash:** ba3bbb5567d400ff09f3235822afa343

**File Name:**   Son_HDD1_8TB.FBE

**Partial Hash:** b7d92a07a45865d9c8b479b321c12a2f

**File Name:**   Son_HDD1_8TB.FBF

**Partial Hash:** 022d352bde2f01f9226206519005139f

**File Name:**   Son_HDD1_8TB.FBG

**Partial Hash:** 7494ad9f65282679fef0e2a810c2eb8a

**File Name:**   Son_HDD1_8TB.FBH

**Partial Hash:** 24f025632ee71be525e47347ec542102

**File Name:**   Son_HDD1_8TB.FBI

**Partial Hash:** a2a40dbbcca4ccd43b048ef70f76ff81

**File Name:**   Son_HDD1_8TB.FBJ

**Partial Hash:** cfddad6ea293a10c63e16e42a323adc1

**File Name:**   Son_HDD1_8TB.FBK

**Partial Hash:** 2818fa7f6866d07998cc77bb9da5f9b9

**File Name:**   Son_HDD1_8TB.FBL

**Partial Hash:** 5cd204da776c655e0b9fe864b83e2924

**File Name:**   Son_HDD1_8TB.FBM

**Partial Hash:** 3fd80831601f518aebc21a8a9554049c

**File Name:**   Son_HDD1_8TB.FBN

**Partial Hash:** 55610f94d01834b4516d4a9a77c0ee37

**File Name:**   Son_HDD1_8TB.FBO

**Partial Hash:** 34a9435ee0de8c8f941edf0be5533228

**File Name:**   Son_HDD1_8TB.FBP

**Partial Hash:** a4598d444a8598544773a182a72a7103

**File Name:**   Son_HDD1_8TB.FBQ

**Partial Hash:** c32aad11b359d8e06ff07a6c79077bb5

**File Name:**   Son_HDD1_8TB.FBR

**Partial Hash:** 6d29a85eecbafba4c27cc8bae117b173

**File Name:**   Son_HDD1_8TB.FBS

**Partial Hash:** 8de64d1115ccaabee013379d3f292465

**File Name:**   Son_HDD1_8TB.FBT

**Partial Hash:** c9da26d7e89003775e834a275ff2b2a6

**File Name:**   Son_HDD1_8TB.FBU

**Partial Hash:** 9b921efd90e4ecb17cdb4e98a353c8ff

**File Name:**   Son_HDD1_8TB.FBV

**Partial Hash:** 523f33d9d9b83b522dfc63ab3462e789

**File Name:**   Son_HDD1_8TB.FBW

**Partial Hash:** 60a00efb3f008b4f73e890ce57bad2c4

**File Name:**   Son_HDD1_8TB.FBX

**Partial Hash:** 4e182c37265453cf94fc3fec3e6a8981

**File Name:**   Son_HDD1_8TB.FBY

**Partial Hash:** b99243aae242484ccef127deaf090def

**File Name:**   Son_HDD1_8TB.FBZ

**Partial Hash:** 76b369ec97d7ef458c5a87e3349372a7

**File Name:**   Son_HDD1_8TB.FCA

**Partial Hash:** d98db3c35d87da7ce136d1ff439daaef

**File Name:**   Son_HDD1_8TB.FCB

**Partial Hash:** 19ead4f40f74c73236fc38469633bdac

**File Name:**   Son_HDD1_8TB.FCC

**Partial Hash:** bbf43ed5530927f7462776a441319e02

**File Name:**   Son_HDD1_8TB.FCD

**Partial Hash:** 9fb47c6e15093a33d181bdbd050b11f4

**File Name:**   Son_HDD1_8TB.FCE

**Partial Hash:** f5ee0d6f7ba13a8b9a78d741a228ae05

**File Name:**   Son_HDD1_8TB.FCF

**Partial Hash:** 02f0a5fb48e9f5776cd7a2bca45b810c

**File Name:**   Son_HDD1_8TB.FCG

**Partial Hash:** 37d712829573f8dfa403aebf73a19057

**File Name:**   Son_HDD1_8TB.FCH

**Partial Hash:** 6fab1881a6415c90fe004ee47036bbb5

**File Name:**   Son_HDD1_8TB.FCI

**Partial Hash:** f2f0b87ce0852aabc31343577f6aa5c1

**File Name:**   Son_HDD1_8TB.FCJ

**Partial Hash:** 18feb510c08100b08ff87b72b76bfbff

**File Name:**   Son_HDD1_8TB.FCK

**Partial Hash:** e32db91b1e2cd22b4b50cef6dc66b1e6

**File Name:**   Son_HDD1_8TB.FCL

**Partial Hash:** f49a5f8bd5f178660423cdcbed075d0f

**File Name:**   Son_HDD1_8TB.FCM

**Partial Hash:** 97a99f2d8e9bffb5ae43f299e86e30d2

**File Name:**   Son_HDD1_8TB.FCN

**Partial Hash:** 637c1388a03581bcbef2dabd1d614a1d

**File Name:**   Son_HDD1_8TB.FCO

**Partial Hash:** 32a0a6cd8a32156e88efc5b62d5e2e3e

**File Name:**   Son_HDD1_8TB.FCP

**Partial Hash:** 6168f62bbe089d824fc1227969b2daba

**File Name:**   Son_HDD1_8TB.FCQ

**Partial Hash:** 6d66ffec071bf4a1290057a7bcec0c09

**File Name:**   Son_HDD1_8TB.FCR

**Partial Hash:** 095474806acb4f283178e934915671b2

**File Name:**   Son_HDD1_8TB.FCS

**Partial Hash:** f290abb8f94c7f9441c210ae71830d8e

**File Name:**   Son_HDD1_8TB.FCT

**Partial Hash:** dbeefdcb7ab59994a5c2c49dc7941bd1

**File Name:**   Son_HDD1_8TB.FCU

**Partial Hash:** 3519a35e1ca95f6ac46f5be4fef50e0d

**File Name:**   Son_HDD1_8TB.FCV

**Partial Hash:** fe8c8acaec673e9ff019aaa6e13c7155

**File Name:**   Son_HDD1_8TB.FCW

**Partial Hash:** 73f2c4275342b83a09267db7d7e396f7

**File Name:**   Son_HDD1_8TB.FCX

**Partial Hash:** ee3e19d2e62188c302b035bc8704d799

**File Name:**   Son_HDD1_8TB.FCY

**Partial Hash:** c7ad3e298e72fcda5a800bd2f3faf00f

**File Name:**   Son_HDD1_8TB.FCZ

**Partial Hash:** 280fdfaa51a8cb92a782acbd8a110c46

**File Name:**   Son_HDD1_8TB.FDA

**Partial Hash:** 1d3b6d7b6aed8290689aa36ab801ff28

**File Name:**   Son_HDD1_8TB.FDB

**Partial Hash:** 00d1d10785c083f78f54990228ec8092

**File Name:**   Son_HDD1_8TB.FDC

**Partial Hash:** 4683cb113e977ebea4973758bf4461f8

**File Name:**   Son_HDD1_8TB.FDD

**Partial Hash:** b4c5bc85d4608183b0b57b95248c3349

**File Name:**   Son_HDD1_8TB.FDE

**Partial Hash:** 7fb4257d5593742a6dc1cd7293ab9f48

**File Name:**   Son_HDD1_8TB.FDF

**Partial Hash:** db6f1aaf02c47a662b6f4c1191b09519

**File Name:**   Son_HDD1_8TB.FDG

**Partial Hash:** 99123e0b8253c3f3b52d3d4f9eb6c769

**File Name:**   Son_HDD1_8TB.FDH

**Partial Hash:** 3a5b34c77696256466a8512b38c606bc

**File Name:**   Son_HDD1_8TB.FDI

**Partial Hash:** 03385054c895ae05917ac84f6de4c0fb

**File Name:**   Son_HDD1_8TB.FDJ

**Partial Hash:** 209a3cd71fab24a0fba62e516b517e42

**File Name:**   Son_HDD1_8TB.FDK

**Partial Hash:** 2a698c66fbc8418ca15c516f76213d06

**File Name:**   Son_HDD1_8TB.FDL

**Partial Hash:** a2771cf27e8a96249a505c980f049490

**File Name:**   Son_HDD1_8TB.FDM

**Partial Hash:** 71f32b68a29108d56632939493aa981a

**File Name:**   Son_HDD1_8TB.FDN

**Partial Hash:** 01c0cfe331b7aeeb6195c5ae1770edcf

**File Name:**   Son_HDD1_8TB.FDO

**Partial Hash:** 569ea40cedcf9ceadcd8c6a4005e0c8d

**File Name:**   Son_HDD1_8TB.FDP

**Partial Hash:** 90303f5778e0bbe61682c1c96205e6e3

**File Name:**   Son_HDD1_8TB.FDQ

**Partial Hash:** ec6710a6a9013d6751da2e789d369e82

**File Name:**   Son_HDD1_8TB.FDR

**Partial Hash:** 359bbb802d567cd98a3bb3dd397101b3

**File Name:**   Son_HDD1_8TB.FDS

**Partial Hash:** 6fe1d71e079bafc895f1fad628f3168f

**File Name:**   Son_HDD1_8TB.FDT

**Partial Hash:** c6d8dfa6b5b67a405c63276698bdeb54

**File Name:**   Son_HDD1_8TB.FDU

**Partial Hash:** 5b6e30ece3c9c762023f4fbbbfdd1a58

**File Name:**   Son_HDD1_8TB.FDV

**Partial Hash:** 8190f65d559cae023aca46551d496751

**File Name:**   Son_HDD1_8TB.FDW

**Partial Hash:** 88b8f60041f6ccef34be585b3edac377

**File Name:**   Son_HDD1_8TB.FDX

**Partial Hash:** bef7a896c7ffe2c7989f1e50b9c8018b

**File Name:**   Son_HDD1_8TB.FDY
**Partial Hash:** acd8527fcc25cd572b7795f7e1893c43
**File Name:**   Son_HDD1_8TB.FDZ
**Partial Hash:** 8a9beee6a6f0b54cd6480cad09320d0b
**File Name:**   Son_HDD1_8TB.FEA
**Partial Hash:** fc6d45d8e259c8eea8fa7b42df61809b
**File Name:**   Son_HDD1_8TB.FEB
**Partial Hash:** bea0d6f0fb2517733f6ec433dee5d4f4
**File Name:**   Son_HDD1_8TB.FEC
**Partial Hash:** 3f9cae079127573d9643262bff3b19b6
**File Name:**   Son_HDD1_8TB.FED
**Partial Hash:** 4c3279cc55cd49e877617e39265a6a92
**File Name:**   Son_HDD1_8TB.FEE
**Partial Hash:** a2178e2bf0b633419f72a44165329121
**File Name:**   Son_HDD1_8TB.FEF
**Partial Hash:** 6e9ed27dfc189a2aabd42f4b8cc452fd
**File Name:**   Son_HDD1_8TB.FEG
**Partial Hash:** b23f9a908d20d676fa840324802a1938
**File Name:**   Son_HDD1_8TB.FEH
**Partial Hash:** 2ed0177293a9a459643bbef97ce48e57
**File Name:**   Son_HDD1_8TB.FEI
**Partial Hash:** 8e1c58cde44d914a2ac0caa51cd2008a
**File Name:**   Son_HDD1_8TB.FEJ
**Partial Hash:** b4067d8dcc2ebdc058ea696be82fb3de
**File Name:**   Son_HDD1_8TB.FEK
**Partial Hash:** c716412416d4e337e89e59383d124be0
**File Name:**   Son_HDD1_8TB.FEL
**Partial Hash:** 0d3145af902f47e1cc52a33b34332537
**File Name:**   Son_HDD1_8TB.FEM
**Partial Hash:** ae44bdaafbf2711e7355f3608baace98
**File Name:**   Son_HDD1_8TB.FEN
**Partial Hash:** 94ce102c1aee79920a4bb657b7338f8f
**File Name:**   Son_HDD1_8TB.FEO
**Partial Hash:** b6f653eba306933f1a27e68ffb283d5c
**File Name:**   Son_HDD1_8TB.FEP
**Partial Hash:** 8df1e01dfe6b407c1e0a26c743031ed3
**File Name:**   Son_HDD1_8TB.FEQ
**Partial Hash:** f4d15840976dac52b7d5aac0144769c0
**File Name:**   Son_HDD1_8TB.FER
**Partial Hash:** c42acb4c766f4a1b58f7e83dfaf3e60d
**File Name:**   Son_HDD1_8TB.FES
**Partial Hash:** 894d7cdec58f8b7e921edaa05dc7736e
**File Name:**   Son_HDD1_8TB.FET
**Partial Hash:** e9e2f0fe2604cf8501610eb73f146f0c
**File Name:**   Son_HDD1_8TB.FEU
**Partial Hash:** ed271934b57cb6a13eaec115acb1c195
**File Name:**   Son_HDD1_8TB.FEV
**Partial Hash:** c1dfae66962afec96c5a4f86abc76748
**File Name:**   Son_HDD1_8TB.FEW
**Partial Hash:** 90c8fbd567b515aba00bf3578a8a780a
**File Name:**   Son_HDD1_8TB.FEX
**Partial Hash:** 44a2cfd5c01c64d81f126100c6646923
**File Name:**   Son_HDD1_8TB.FEY

**Partial Hash:** b10452ef84e49eb6229f070560e80fb4

**File Name:**   Son_HDD1_8TB.FEZ

**Partial Hash:** 18de380f7b70835ce1abb5d5d04becca

**File Name:**   Son_HDD1_8TB.FFA

**Partial Hash:** 23e34485a69f4d1e28f7814b5292f840

**File Name:**   Son_HDD1_8TB.FFB

**Partial Hash:** df2f0ba46233a9208fb42293dc134d88

**File Name:**   Son_HDD1_8TB.FFC

**Partial Hash:** 141325759d164ca252506cfabfc4b644

**File Name:**   Son_HDD1_8TB.FFD

**Partial Hash:** b48304cb35fd514a0cede6d8bd6b8fb9

**File Name:**   Son_HDD1_8TB.FFE

**Partial Hash:** 38e5af9a2dcefe0eb7b07e71cdd201af

**File Name:**   Son_HDD1_8TB.FFF

**Partial Hash:** 90367971b9420efa5e996d551a62453e

**File Name:**   Son_HDD1_8TB.FFG

**Partial Hash:** 006eb94967b20f366d3bf80310c1c6a2

**File Name:**   Son_HDD1_8TB.FFH

**Partial Hash:** c3fc663d9ff9ce711c6e937cc624c84e

**File Name:**   Son_HDD1_8TB.FFI

**Partial Hash:** bad336cb68c83f6c82a396e059894f61

**File Name:**   Son_HDD1_8TB.FFJ

**Partial Hash:** 5f2f2c6211b79abda9bb5283caeaf847

**File Name:**   Son_HDD1_8TB.FFK

**Partial Hash:** e85990f7cf802692f0dd4bb0f45d4dff

**File Name:**   Son_HDD1_8TB.FFL

**Partial Hash:** d79cec1f9ff413c1acbf86d229faff4d

**File Name:**   Son_HDD1_8TB.FFM

**Partial Hash:** ac599a9bac2e7ad73c8956912f236631

**File Name:**   Son_HDD1_8TB.FFN

**Partial Hash:** f3ae2b161d37d40dd25e45361f32a6f4

**File Name:**   Son_HDD1_8TB.FFO

**Partial Hash:** 5c58944aab976e6da0d7ae16ffd88fcf

**File Name:**   Son_HDD1_8TB.FFP

**Partial Hash:** d54c376fcfb48b3f26a97111052d72cb

**File Name:**   Son_HDD1_8TB.FFQ

**Partial Hash:** 001deeaad0a441e548adf3d8526a43a8

**File Name:**   Son_HDD1_8TB.FFR

**Partial Hash:** a065dce1438854dc8d2e97b7640a378e

**File Name:**   Son_HDD1_8TB.FFS

**Partial Hash:** 374f8bafdb89ec95c8a3f8ddb218a7a4

**File Name:**   Son_HDD1_8TB.FFT

**Partial Hash:** 609e4cea87b33f391376d27117633abf

**File Name:**   Son_HDD1_8TB.FFU

**Partial Hash:** 67a32b83f9b7adf1b70eeb300f62d20f

**File Name:**   Son_HDD1_8TB.FFV

**Partial Hash:** 43d3a51ddd528ecc2256343fb34d3a3f

**File Name:**   Son_HDD1_8TB.FFW

**Partial Hash:** 2a5c5c19898c62c40ce6f9d1ca6e6945

**File Name:**   Son_HDD1_8TB.FFX

**Partial Hash:** 7e70c163f209a971f3b26accc80f6c79

**File Name:**   Son_HDD1_8TB.FFY

**Partial Hash:** f50246d7903e895e98e07cc2416e08d0

**File Name:**   Son_HDD1_8TB.FFZ

**Partial Hash:** ab4bc38479fcf6df5e14cb88deeea570

**File Name:**   Son_HDD1_8TB.FGA

**Partial Hash:** 7f9b67a025f1ddde1b34e769105ac2c3

**File Name:**   Son_HDD1_8TB.FGB

**Partial Hash:** c801a04704519e550835987a73e9f95c

**File Name:**   Son_HDD1_8TB.FGC

**Partial Hash:** 0c87908ce5bdc063e988bda262e50278

**File Name:**   Son_HDD1_8TB.FGD

**Partial Hash:** 4d32bb8fb94e8fe6a33b882ef403f4d1

**File Name:**   Son_HDD1_8TB.FGE

**Partial Hash:** 96d3b1e70650ba5e6be4e1b5373ad82d

**File Name:**   Son_HDD1_8TB.FGF

**Partial Hash:** 94463dcb0d7cc8974b317c467f0b3988

**File Name:**   Son_HDD1_8TB.FGG

**Partial Hash:** 5bd3b267097b75d8600f2b54bf9fb1f7

**File Name:**   Son_HDD1_8TB.FGH

**Partial Hash:** 60d7acd5d5eed4ca85c43cfb7a4576c5

**File Name:**   Son_HDD1_8TB.FGI

**Partial Hash:** 6f6ac446b519c753bcbfc46619f2bb42

**File Name:**   Son_HDD1_8TB.FGJ

**Partial Hash:** cf1200c70a6f91b58e44d2d4518fd240

**File Name:**   Son_HDD1_8TB.FGK

**Partial Hash:** b9f0ac83a0ba3c3af4b514ff3f67ddf2

**File Name:**   Son_HDD1_8TB.FGL

**Partial Hash:** 2da73fbc38ebcca879fb34e3a60dfa10

**File Name:**   Son_HDD1_8TB.FGM

**Partial Hash:** 53e95fa02538b3dd3d3a408d53cc49bf

**File Name:**   Son_HDD1_8TB.FGN

**Partial Hash:** ea88e459572351252bf142388c170afd

**File Name:**   Son_HDD1_8TB.FGO

**Partial Hash:** e2b3358a44aeda1e6efee436f3859b60

**File Name:**   Son_HDD1_8TB.FGP

**Partial Hash:** c51bec6a86355ae58cadc04144d168ba

**File Name:**   Son_HDD1_8TB.FGQ

**Partial Hash:** 5c90e0d08f15f1e477ba06df739680d0

**File Name:**   Son_HDD1_8TB.FGR

**Partial Hash:** c44b61366fab3517db4ddd8406292a5e

**File Name:**   Son_HDD1_8TB.FGS

**Partial Hash:** 0d9c26e3fc5f8e14df336ed325e1122b

**File Name:**   Son_HDD1_8TB.FGT

**Partial Hash:** 7dedd505a2dacc535c633b069b668bda

**File Name:**   Son_HDD1_8TB.FGU

**Partial Hash:** 3c52fddc92df4544dc8730f0866fa078

**File Name:**   Son_HDD1_8TB.FGV

**Partial Hash:** c0f07d323418386c3b91d96a8c09b05f

**File Name:**   Son_HDD1_8TB.FGW

**Partial Hash:** 314e5b600270eac2d8ae136a6085177f

**File Name:**   Son_HDD1_8TB.FGX

**Partial Hash:** 5e011851daf91bff345ecb4e6334ac2c

**File Name:**   Son_HDD1_8TB.FGY

**Partial Hash:** 09c6ea854451b4562070d3caaf777553

**File Name:**   Son_HDD1_8TB.FGZ

**Partial Hash:** f47306abab3bc63d139ab1154e925e5d

**File Name:**   Son_HDD1_8TB.FHA

**Partial Hash:** f8d9197f70821b4dcbfaa868fbcde969

**File Name:**   Son_HDD1_8TB.FHB

**Partial Hash:** 0a9d7d57a182604bc25d54118dcdebcd

**File Name:**   Son_HDD1_8TB.FHC

**Partial Hash:** c67e11ba34715fe6af2c624e0dd2c6a7

**File Name:**   Son_HDD1_8TB.FHD

**Partial Hash:** cb1912c0eae3f3063f26bfabe45e8072

**File Name:**   Son_HDD1_8TB.FHE

**Partial Hash:** 0a59c1dff01f154a8862b6466a6972c2

**File Name:**   Son_HDD1_8TB.FHF

**Partial Hash:** 8958f245a372b4442908e4273a4eff62

**File Name:**   Son_HDD1_8TB.FHG

**Partial Hash:** df20b78db0a3b6bca7aae913a29b57e1

**File Name:**   Son_HDD1_8TB.FHH

**Partial Hash:** 9d96e28945b0af98e1248e7193f6cba1

**File Name:**   Son_HDD1_8TB.FHI

**Partial Hash:** 3864ce936f7acd6c84836c96b22524b6

**File Name:**   Son_HDD1_8TB.FHJ

**Partial Hash:** a76f7928f87c6adae0f083ab3ccffb1f

**File Name:**   Son_HDD1_8TB.FHK

**Partial Hash:** 774576f69049e54b45e4720ad069e01b

**File Name:**   Son_HDD1_8TB.FHL

**Partial Hash:** a010e713bbb2f4368b8161be4d2382ea

**File Name:**   Son_HDD1_8TB.FHM

**Partial Hash:** 6c848738f5b399e7eeccac558f5f95df

**File Name:**   Son_HDD1_8TB.FHN

**Partial Hash:** ffd97d15b057e0b8fb013ea28071f6cb

**File Name:**   Son_HDD1_8TB.FHO

**Partial Hash:** f882ca20cd26bdbce90eb789feb077e9

**File Name:**   Son_HDD1_8TB.FHP

**Partial Hash:** 36848604e4b1dbad24eac6a37f6f8ab8

**File Name:**   Son_HDD1_8TB.FHQ

**Partial Hash:** 436a7422f8d9515c518efd65bb3c21cc

**File Name:**   Son_HDD1_8TB.FHR

**Partial Hash:** 70b36d22fd08c819db2a593b1aa55d4f

**File Name:**   Son_HDD1_8TB.FHS

**Partial Hash:** 3e1faae6b9c89784f6ba1cf0a14fd4d8

**File Name:**   Son_HDD1_8TB.FHT

**Partial Hash:** 98a64605ac24320f264769ab773e900f

**File Name:**   Son_HDD1_8TB.FHU

**Partial Hash:** 99f516d3a333decc298e407932dd77c6

**File Name:**   Son_HDD1_8TB.FHV

**Partial Hash:** 4c3e5c4f3f09575bf4a42d70f3c37276

**File Name:**   Son_HDD1_8TB.FHW

**Partial Hash:** 70889dd1ab0b79293b1f4fdee625c509

**File Name:**   Son_HDD1_8TB.FHX

**Partial Hash:** 1a0b1ad9e5866c67e570571a59975061

**File Name:**   Son_HDD1_8TB.FHY

**Partial Hash:** d68361166925f48b4227402c7d35ea73

**File Name:**   Son_HDD1_8TB.FHZ

**Partial Hash:** c7fde79aae5edf5600e20b04093a0baf

**File Name:**   Son_HDD1_8TB.FIA
**Partial Hash:** 08327fd10053d679d20c7818a114d086
**File Name:**   Son_HDD1_8TB.FIB
**Partial Hash:** 8880c146d731e3e37beadc9194b2c857
**File Name:**   Son_HDD1_8TB.FIC
**Partial Hash:** 6cdf76ef8063ddadabe5a767e96ca952
**File Name:**   Son_HDD1_8TB.FID
**Partial Hash:** 18a46dd64181396b2560026451e5b78a
**File Name:**   Son_HDD1_8TB.FIE
**Partial Hash:** 8bcdbf005696006158694d3613a29005
**File Name:**   Son_HDD1_8TB.FIF
**Partial Hash:** ed3de7369dbfb32ee5acd4b016fefbc6
**File Name:**   Son_HDD1_8TB.FIG
**Partial Hash:** 990680dea67a8fe3165ee25b03014507
**File Name:**   Son_HDD1_8TB.FIH
**Partial Hash:** fe58d9a907c2fb9fa4044c85495bd2f3
**File Name:**   Son_HDD1_8TB.FII
**Partial Hash:** 2ff02f3fb09aa6baa4180d2fea82d519
**File Name:**   Son_HDD1_8TB.FIJ
**Partial Hash:** dfdfac9a33c63c028f612837c5edd559
**File Name:**   Son_HDD1_8TB.FIK
**Partial Hash:** d11bc08ae7aa7d9887dcb421aa4d1365
**File Name:**   Son_HDD1_8TB.FIL
**Partial Hash:** 10cbb88e327fc4d19c34e741d6cc5958
**File Name:**   Son_HDD1_8TB.FIM
**Partial Hash:** 7d471e5e1939af8f6fd8d5f0bc63a0bd
**File Name:**   Son_HDD1_8TB.FIN
**Partial Hash:** 3505455ee3eed986f37bae1ea37cdbde
**File Name:**   Son_HDD1_8TB.FIO
**Partial Hash:** 488bd1f65b07590f3b8ed06eb91bfe15
**File Name:**   Son_HDD1_8TB.FIP
**Partial Hash:** c68c0646e6984651d0b3b2ce86e224c9
**File Name:**   Son_HDD1_8TB.FIQ
**Partial Hash:** faef8386c30aac278e2132ca9364a992
**File Name:**   Son_HDD1_8TB.FIR
**Partial Hash:** 785e6e3aa4e46399e7f3e62d18193b00
**File Name:**   Son_HDD1_8TB.FIS
**Partial Hash:** f29120058d5b13533181df15bf5b7b81
**File Name:**   Son_HDD1_8TB.FIT
**Partial Hash:** 085d2f1e59f830f16240dad3a603e7c9
**File Name:**   Son_HDD1_8TB.FIU
**Partial Hash:** fd8aea085da9db56b17c2dae0f68e33f
**File Name:**   Son_HDD1_8TB.FIV
**Partial Hash:** 67efffe871035e4d3b31071277dd64a5
**File Name:**   Son_HDD1_8TB.FIW
**Partial Hash:** 795a2077f47679f26fe48f644ef2f760
**File Name:**   Son_HDD1_8TB.FIX
**Partial Hash:** 95b91ddd61a231bfbf64d968908a7b1a
**File Name:**   Son_HDD1_8TB.FIY
**Partial Hash:** 6eacac27ca717c56f20b1e9e0e42b299
**File Name:**   Son_HDD1_8TB.FIZ
**Partial Hash:** 55da95a7cb7179ecc3d464183b73a2b8
**File Name:**   Son_HDD1_8TB.FJA

**Partial Hash:** 4f41a621e461b165e6698c622aa15c83

**File Name:** Son_HDD1_8TB.FJB

**Partial Hash:** 26a6a5e1c9f996f204f072d60f25b7b2

**File Name:** Son_HDD1_8TB.FJC

**Partial Hash:** 2b464411a20b71221fcaae97fc132ddc

**File Name:** Son_HDD1_8TB.FJD

**Partial Hash:** 52bb1ecc75cf7486e2854e06982f56bd

**File Name:** Son_HDD1_8TB.FJE

**Partial Hash:** 3cb066ae018e8045db4359a16f5db236

**File Name:** Son_HDD1_8TB.FJF

**Partial Hash:** 1e4a72549e023b4016e6109be0515771

**File Name:** Son_HDD1_8TB.FJG

**Partial Hash:** 5968ebd82c03fcbd7de8832a3e412890

**File Name:** Son_HDD1_8TB.FJH

**Partial Hash:** 50dabf09563725934829331d6e15d42f

**File Name:** Son_HDD1_8TB.FJI

**Partial Hash:** 0b56f6c529a4318b638af16fa89267ad

**File Name:** Son_HDD1_8TB.FJJ

**Partial Hash:** 024a77e54a0e57a8fa7ea0bfc789d9bb

**File Name:** Son_HDD1_8TB.FJK

**Partial Hash:** e70c9778391987ba6484bcdd1271ded2

**File Name:** Son_HDD1_8TB.FJL

**Partial Hash:** de3c686e6e1d6fb99a62719ab52ed538

**File Name:** Son_HDD1_8TB.FJM

**Partial Hash:** e24b2a19e1bc8de9c5a3b7cd0d9ed82b

**File Name:** Son_HDD1_8TB.FJN

**Partial Hash:** 10c75716fb7242fa9495d3d7f1522ff4

**File Name:** Son_HDD1_8TB.FJO

**Partial Hash:** 4ec58152726e612836f2fc6ceefd8cd8

**File Name:** Son_HDD1_8TB.FJP

**Partial Hash:** 500ba51c672f64d3e1221c0228a1c631

**File Name:** Son_HDD1_8TB.FJQ

**Partial Hash:** 579f08f78aa235f535d8075b15ea6128

**File Name:** Son_HDD1_8TB.FJR

**Partial Hash:** bd2e6357c801928a0fad60c00cbd608e

**File Name:** Son_HDD1_8TB.FJS

**Partial Hash:** f881b3b3794fa0c86ad81105ef56c7d5

**File Name:** Son_HDD1_8TB.FJT

**Partial Hash:** f090fa3c913eded767019c0639a879a0

**File Name:** Son_HDD1_8TB.FJU

**Partial Hash:** a294b1254952e114566b18eaa1d147d0

**File Name:** Son_HDD1_8TB.FJV

**Partial Hash:** 31844e4af4dd8a0032cfbf5843bf5b8f

**File Name:** Son_HDD1_8TB.FJW

**Partial Hash:** bf3e9d5cd3efea9b4be1d3394bc905dc

**File Name:** Son_HDD1_8TB.FJX

**Partial Hash:** d8aef33755d024be918c883896381118

**File Name:** Son_HDD1_8TB.FJY

**Partial Hash:** c4be80761897ef33aa1e4b3f64222269

**File Name:** Son_HDD1_8TB.FJZ

**Partial Hash:** 656f0e569a433f96fd2567f52e8cc80f

**File Name:** Son_HDD1_8TB.FKA

**Partial Hash:** 9bcf3ca3b590034c6b8e8244787bb2f0

**File Name:**   Son_HDD1_8TB.FKB
**Partial Hash:** 1074785c54e66a93e5d266542e922d23
**File Name:**   Son_HDD1_8TB.FKC
**Partial Hash:** 3b6249cee93e6593203fe7b3dcdf6677
**File Name:**   Son_HDD1_8TB.FKD
**Partial Hash:** a2c57beb18a3be959aa922347983cfd9
**File Name:**   Son_HDD1_8TB.FKE
**Partial Hash:** 580dd5fe269b7e110a7412e5fae4149f
**File Name:**   Son_HDD1_8TB.FKF
**Partial Hash:** b4a3e85c951499b4436b40db6eb82ba9
**File Name:**   Son_HDD1_8TB.FKG
**Partial Hash:** a1a12f63b0506ac77ee1d57f9c21af1f
**File Name:**   Son_HDD1_8TB.FKH
**Partial Hash:** 358c04e0598f132d274c49ba3b8602b3
**File Name:**   Son_HDD1_8TB.FKI
**Partial Hash:** e2dae8fd850f3eb8f9c989f94de64738
**File Name:**   Son_HDD1_8TB.FKJ
**Partial Hash:** 96e88f0e19c4f93fb0bafdd33dffbda7
**File Name:**   Son_HDD1_8TB.FKK
**Partial Hash:** 4dac2e1e97256c0d125198b62aab55df
**File Name:**   Son_HDD1_8TB.FKL
**Partial Hash:** effa9577626038c96075ff64f17772d1
**File Name:**   Son_HDD1_8TB.FKM
**Partial Hash:** d4cba41a3c8613f4fd85a78cfb75e78a
**File Name:**   Son_HDD1_8TB.FKN
**Partial Hash:** c6a5a5ba714e7fc6068be2702561b753
**File Name:**   Son_HDD1_8TB.FKO
**Partial Hash:** 1ea2b465968bea834c06f91fbfee7511
**File Name:**   Son_HDD1_8TB.FKP
**Partial Hash:** 1a651966a9e7c33e98f462764b0a051b
**File Name:**   Son_HDD1_8TB.FKQ
**Partial Hash:** 3e9b46d25e32cee46b33433fed9ad9ae
**File Name:**   Son_HDD1_8TB.FKR
**Partial Hash:** 90820962471a74975dfade132d30f4f7
**File Name:**   Son_HDD1_8TB.FKS
**Partial Hash:** 72c614c1091f9cba4ac9f476a6a5313b
**File Name:**   Son_HDD1_8TB.FKT
**Partial Hash:** 2ed0af0e333558369ef77632a62231da
**File Name:**   Son_HDD1_8TB.FKU
**Partial Hash:** 40a2782723c43b1d016c15470f6ae67b
**File Name:**   Son_HDD1_8TB.FKV
**Partial Hash:** 01d6fa1cbccab8fd0461e9f3de6e76bb
**File Name:**   Son_HDD1_8TB.FKW
**Partial Hash:** 31aa3674ea9ecbbefc7fe4aa7e46023f
**File Name:**   Son_HDD1_8TB.FKX
**Partial Hash:** 5a5631788346df75c37dbb12d7f9d2f2
**File Name:**   Son_HDD1_8TB.FKY
**Partial Hash:** 430f43b6296a0b1832dc649ca1d95908
**File Name:**   Son_HDD1_8TB.FKZ
**Partial Hash:** 73278b228e6150a63cc79bddc5675909
**File Name:**   Son_HDD1_8TB.FLA
**Partial Hash:** 12dd2379d0fb97857c1a85a50cb45ce6
**File Name:**   Son_HDD1_8TB.FLB

**Partial Hash:** e557d75cadc62f86742e84c5bcdb200d
**File Name:**   Son_HDD1_8TB.FLC
**Partial Hash:** bd179c312d4366a137d3eaf0f9e34545
**File Name:**   Son_HDD1_8TB.FLD
**Partial Hash:** bedff938b2c9eb25d97d7d80298ea5b9
**File Name:**   Son_HDD1_8TB.FLE
**Partial Hash:** 1e57387fec67b5590fa580a9add742e5
**File Name:**   Son_HDD1_8TB.FLF
**Partial Hash:** f1ac0f44eac708160c7a5079a78d60e1
**File Name:**   Son_HDD1_8TB.FLG
**Partial Hash:** 25ea2d1852c7fca4e79e2dfdd7e90be8
**File Name:**   Son_HDD1_8TB.FLH
**Partial Hash:** 851b451281b7329f94a4e22ee8ff20ad
**File Name:**   Son_HDD1_8TB.FLI
**Partial Hash:** a3942d378812122fd9a9f42f9c602d37
**File Name:**   Son_HDD1_8TB.FLJ
**Partial Hash:** 064bf33c04c15d612d72391d6a986565
**File Name:**   Son_HDD1_8TB.FLK
**Partial Hash:** 5d037ba2d085ec24682636f0aa60d6b8
**File Name:**   Son_HDD1_8TB.FLL
**Partial Hash:** 1aa0ef6b4b05327307c1829227a95e96
**File Name:**   Son_HDD1_8TB.FLM
**Partial Hash:** 2198b9456f4708545f3aaf715d7d15da
**File Name:**   Son_HDD1_8TB.FLN
**Partial Hash:** eccc6791dbec2872a6ff1eeea69fe550
**File Name:**   Son_HDD1_8TB.FLO
**Partial Hash:** fb806aa788865d906db043f7b5225209
**File Name:**   Son_HDD1_8TB.FLP
**Partial Hash:** 002143106a60ddda24c0734d9659be07
**File Name:**   Son_HDD1_8TB.FLQ
**Partial Hash:** ac5f8ce576a4066986c46a931e43e855
**File Name:**   Son_HDD1_8TB.FLR
**Partial Hash:** 9e7a9b7e9945627581764410277301af
**File Name:**   Son_HDD1_8TB.FLS
**Partial Hash:** 4ad4813b9e9b714d1d8483db94c25ca5
**File Name:**   Son_HDD1_8TB.FLT
**Partial Hash:** d51a75997aaf8ea8066cf5607547f331
**File Name:**   Son_HDD1_8TB.FLU
**Partial Hash:** 431e5f7edfbf39a1c428df447bd292f0
**File Name:**   Son_HDD1_8TB.FLV
**Partial Hash:** a76d61d9e633d60602edee99ba6d379c
**File Name:**   Son_HDD1_8TB.FLW
**Partial Hash:** 8c78e1172a3ab958f64231adde9eac37
**File Name:**   Son_HDD1_8TB.FLX
**Partial Hash:** 14d47ade62d13618eb0bfa3cad5881bd
**File Name:**   Son_HDD1_8TB.FLY
**Partial Hash:** c788fbc565a072481b5bfddb6e0efc36
**File Name:**   Son_HDD1_8TB.FLZ
**Partial Hash:** 7f281832675b31c2730614c99b0f5d15
**File Name:**   Son_HDD1_8TB.FMA
**Partial Hash:** aae0c1f0f12793fe753cdbff1405c668
**File Name:**   Son_HDD1_8TB.FMB
**Partial Hash:** dc178c6b1dcf866cad54f7f477081650

**File Name:**   Son_HDD1_8TB.FMC
**Partial Hash:** 540e1d31795cdf57b982ccbd2a03908a
**File Name:**   Son_HDD1_8TB.FMD
**Partial Hash:** 8cc3eac968fac241fbc016c5c064fddd
**File Name:**   Son_HDD1_8TB.FME
**Partial Hash:** e802687bcbfaddce55775bfda7b7127a
**File Name:**   Son_HDD1_8TB.FMF
**Partial Hash:** 0dfd74e8650edb2a474b0e5c4920d542
**File Name:**   Son_HDD1_8TB.FMG
**Partial Hash:** c097381bec93fc6c20388fb73c14b6b6
**File Name:**   Son_HDD1_8TB.FMH
**Partial Hash:** 213ec9cb2cf2bd00272789bbd8cfd2cc
**File Name:**   Son_HDD1_8TB.FMI
**Partial Hash:** 9aee9408fd50c70f9571d9a6857c42b0
**File Name:**   Son_HDD1_8TB.FMJ
**Partial Hash:** a43de46322f5903822f238c32de229c3
**File Name:**   Son_HDD1_8TB.FMK
**Partial Hash:** 46f0951d94ba9e54bd573b865f166a18
**File Name:**   Son_HDD1_8TB.FML
**Partial Hash:** 816ec0dd7e8135ff1397b15f2a8a6d51
**File Name:**   Son_HDD1_8TB.FMM
**Partial Hash:** 11f374f0971bb46fb9ad1abe03f3384c
**File Name:**   Son_HDD1_8TB.FMN
**Partial Hash:** 4d3999b1061f8f996fedbbf859308b00
**File Name:**   Son_HDD1_8TB.FMO
**Partial Hash:** bd9cdcb6ab58c78ad46094951d6d7855
**File Name:**   Son_HDD1_8TB.FMP
**Partial Hash:** 7c38253776bf940472f826e7a4860be3
**File Name:**   Son_HDD1_8TB.FMQ
**Partial Hash:** ee37444fa27edee3d056ccd46096b2d2
**File Name:**   Son_HDD1_8TB.FMR
**Partial Hash:** 52ba4b6d05cddf1075002f19dd33858f
**File Name:**   Son_HDD1_8TB.FMS
**Partial Hash:** be2431e689c492542e949328e7095b33
**File Name:**   Son_HDD1_8TB.FMT
**Partial Hash:** 8de00bf8f1962c6594c35651cec924d1
**File Name:**   Son_HDD1_8TB.FMU
**Partial Hash:** 805530ac1e2ab541d1fbff6af95a1fe0
**File Name:**   Son_HDD1_8TB.FMV
**Partial Hash:** d823c0aa4923d6f9988fb3612a92daaf
**File Name:**   Son_HDD1_8TB.FMW
**Partial Hash:** 31cde381627ab59923418d05f1dfae67
**File Name:**   Son_HDD1_8TB.FMX
**Partial Hash:** 9d04a28d0c1ad89218fcd8a634b4cdd7
**File Name:**   Son_HDD1_8TB.FMY
**Partial Hash:** 5a26646822c120b15a1fb4f58fd964d3
**File Name:**   Son_HDD1_8TB.FMZ
**Partial Hash:** b1b670c9333f60d199771e1eec05ed28
**File Name:**   Son_HDD1_8TB.FNA
**Partial Hash:** 37c41bbf756fe56917998726d67f52d0
**File Name:**   Son_HDD1_8TB.FNB
**Partial Hash:** 62b5ca7b4e062601fadef9e810f5049e
**File Name:**   Son_HDD1_8TB.FNC

**Partial Hash:** be7a3d265b43bc83b122038762568530

**File Name:**   Son_HDD1_8TB.FND

**Partial Hash:** 585d13737961e188de47d5a02b582007

**File Name:**   Son_HDD1_8TB.FNE

**Partial Hash:** 61f66c7fa2643688c2b6a405c5554ff8

**File Name:**   Son_HDD1_8TB.FNF

**Partial Hash:** a0f523553c3136e1e944fb7c911b4a9d

**File Name:**   Son_HDD1_8TB.FNG

**Partial Hash:** fdfe1b68ed5eca75df2576c13c0b1067

**File Name:**   Son_HDD1_8TB.FNH

**Partial Hash:** 52d826a296dc5f6a6b2210867236ffb1

**File Name:**   Son_HDD1_8TB.FNI

**Partial Hash:** 6fa9d4c51de9faf9269155f989e2852f

**File Name:**   Son_HDD1_8TB.FNJ

**Partial Hash:** 0be98b9016fbc7c662761d2fae5551d5

**File Name:**   Son_HDD1_8TB.FNK

**Partial Hash:** edb5c4907b3882e77804947674b982f6

**File Name:**   Son_HDD1_8TB.FNL

**Partial Hash:** 8a9df121819f55d10ba90069049ed0bf

**File Name:**   Son_HDD1_8TB.FNM

**Partial Hash:** 553bcf6c4de606556fa2b42dbf262f88

**File Name:**   Son_HDD1_8TB.FNN

**Partial Hash:** 369b0424991d8f127a8e5d1db2cec3e6

**File Name:**   Son_HDD1_8TB.FNO

**Partial Hash:** 6f442fcf7689394a562bfa5b8c113e00

**File Name:**   Son_HDD1_8TB.FNP

**Partial Hash:** 527491e1eceeb72f779ec104b3225c27

**File Name:**   Son_HDD1_8TB.FNQ

**Partial Hash:** 11ca6606f421db57f7d4c36b3e17a23c

**File Name:**   Son_HDD1_8TB.FNR

**Partial Hash:** 013852658009358fd8b95b1d61b602a5

**File Name:**   Son_HDD1_8TB.FNS

**Partial Hash:** 817abfac217dc0bbbc11b4713dd430a6

**File Name:**   Son_HDD1_8TB.FNT

**Partial Hash:** f3c2d76ecc04c6a6a38a555b40f261c1

**File Name:**   Son_HDD1_8TB.FNU

**Partial Hash:** 33b4847fbd0af0891ff90ba63d70b467

**File Name:**   Son_HDD1_8TB.FNV

**Partial Hash:** 2aae8c5a0eaedbe7051208d0b269f626

**File Name:**   Son_HDD1_8TB.FNW

**Partial Hash:** bf220b3b9867a6573f8639c63fd86f50

**File Name:**   Son_HDD1_8TB.FNX

**Partial Hash:** 76374bdf71baafdf9a47cf7209fc64cc

**File Name:**   Son_HDD1_8TB.FNY

**Partial Hash:** 9d2a15c75f160fecceed6838d785c052

**File Name:**   Son_HDD1_8TB.FNZ

**Partial Hash:** 681984872822eeddd45d48479ecf5eba

**File Name:**   Son_HDD1_8TB.FOA

**Partial Hash:** 1be863d3df802e7811d032d6c68d4ca8

**File Name:**   Son_HDD1_8TB.FOB

**Partial Hash:** 5fc9c04df3e1be862496866fef991955

**File Name:**   Son_HDD1_8TB.FOC

**Partial Hash:** 59cbfbbea3ff0c2abdd26792c1f50942

**File Name:**   Son_HDD1_8TB.FOD
**Partial Hash:** b93cfd9ca84574d94b87dafeba9a03bf
**File Name:**   Son_HDD1_8TB.FOE
**Partial Hash:** 5a5ae0d794be1481567c91b4f16b8c07
**File Name:**   Son_HDD1_8TB.FOF
**Partial Hash:** e8da9d178d98cd6abd39cb176cac2a70
**File Name:**   Son_HDD1_8TB.FOG
**Partial Hash:** 8a7be41341baa42c77f2e55ceee9c378
**File Name:**   Son_HDD1_8TB.FOH
**Partial Hash:** 71cca00867f4b2dd632ed351fa7b3d6a
**File Name:**   Son_HDD1_8TB.FOI
**Partial Hash:** 3cd472ac3c6f448459e5bd183850e805
**File Name:**   Son_HDD1_8TB.FOJ
**Partial Hash:** 8e27e9540cc402f4360905ea590da83a
**File Name:**   Son_HDD1_8TB.FOK
**Partial Hash:** b87a8d007a05fcc4f523e7dcbf512e4d
**File Name:**   Son_HDD1_8TB.FOL
**Partial Hash:** b755be5618828e36433d1538b37e98f1
**File Name:**   Son_HDD1_8TB.FOM
**Partial Hash:** 58887b11bb9d42ea3b080343e4751515
**File Name:**   Son_HDD1_8TB.FON
**Partial Hash:** 654b8d607ff668bbd4f8f19eea222285
**File Name:**   Son_HDD1_8TB.FOO
**Partial Hash:** a0bb1ab3c392fc6487452fbec76e58f1
**File Name:**   Son_HDD1_8TB.FOP
**Partial Hash:** 707d528f7da8ed0948111558b9c215d2
**File Name:**   Son_HDD1_8TB.FOQ
**Partial Hash:** f76260957a3a74edadcb67409c173394
**File Name:**   Son_HDD1_8TB.FOR
**Partial Hash:** 988600400e59232b7cc5ab6005c69281
**File Name:**   Son_HDD1_8TB.FOS
**Partial Hash:** 438c7f101ddbcf392c816d4e8b0becdf
**File Name:**   Son_HDD1_8TB.FOT
**Partial Hash:** 8cdeb36111aa9d33004d17eed56ec367
**File Name:**   Son_HDD1_8TB.FOU
**Partial Hash:** cb491cf52f9b6224ed217b07c6785121
**File Name:**   Son_HDD1_8TB.FOV
**Partial Hash:** f32e25f01084d85a4328c6381bb4e883
**File Name:**   Son_HDD1_8TB.FOW
**Partial Hash:** 570771782c9b459161f79438dfeec764
**File Name:**   Son_HDD1_8TB.FOX
**Partial Hash:** 2625005d0d55ae4bd7d6e684e28d3a20
**File Name:**   Son_HDD1_8TB.FOY
**Partial Hash:** 0c2d7c63aca63ba33ab33b330d3a6195
**File Name:**   Son_HDD1_8TB.FOZ
**Partial Hash:** 6bdb1c8926a1543f5b7fe32eff07dc85
**File Name:**   Son_HDD1_8TB.FPA
**Partial Hash:** 137a5586e47eb7f50a0e65273d435294
**File Name:**   Son_HDD1_8TB.FPB
**Partial Hash:** 85b873cbaf2a263b4f27ea3240e61fbd
**File Name:**   Son_HDD1_8TB.FPC
**Partial Hash:** c820e0fed71d88d1af3c9fbbdfed88be
**File Name:**   Son_HDD1_8TB.FPD

**Partial Hash:** 780d6356efe10d274f76b5faf7a339bf

**File Name:**   Son_HDD1_8TB.FPE

**Partial Hash:** 1dbddb87b2a57910d873f442e0176b67

**File Name:**   Son_HDD1_8TB.FPF

**Partial Hash:** 0eb5630430c34b0227082340d2bff523

**File Name:**   Son_HDD1_8TB.FPG

**Partial Hash:** 487d50da29941b7d6d39ad9d2368eb3b

**File Name:**   Son_HDD1_8TB.FPH

**Partial Hash:** 9ee69d3811573ac58181431d30c29dcc

**File Name:**   Son_HDD1_8TB.FPI

**Partial Hash:** b569075ff619fdd6803b2d3fec102929

**File Name:**   Son_HDD1_8TB.FPJ

**Partial Hash:** cfea1d0c9df7a8f83d210d19c09cc176

**File Name:**   Son_HDD1_8TB.FPK

**Partial Hash:** 6ab122e48c36b56478e5131ede19e0f0

**File Name:**   Son_HDD1_8TB.FPL

**Partial Hash:** c44b8abc1aafe22e282bdb490da80180

**File Name:**   Son_HDD1_8TB.FPM

**Partial Hash:** 1856fe82d4d201c2213e42d82d97dd0b

**File Name:**   Son_HDD1_8TB.FPN

**Partial Hash:** dc64741e6529c9b23840a764f949a8f0

**File Name:**   Son_HDD1_8TB.FPO

**Partial Hash:** 83757334247510721  84b1049662385a6

**File Name:**   Son_HDD1_8TB.FPP

**Partial Hash:** c52b95ea1856bd85bc6556b5b3122816

**File Name:**   Son_HDD1_8TB.FPQ

**Partial Hash:** 569e4b2e1db8f3c967d2bcc18a978a39

**File Name:**   Son_HDD1_8TB.FPR

**Partial Hash:** a7630a4998cd5a40b67c26b49090d6fe

**File Name:**   Son_HDD1_8TB.FPS

**Partial Hash:** b1da4a9ed31c83789174c6dec1d160da

**File Name:**   Son_HDD1_8TB.FPT

**Partial Hash:** 049cceb5d34b4531b0bcddc7762d9409

**File Name:**   Son_HDD1_8TB.FPU

**Partial Hash:** ff65c86ffb4c886aa7ffd8e0dc8ea3d8

**File Name:**   Son_HDD1_8TB.FPV

**Partial Hash:** 703c578570f8dca33f2e4098488e49d2

**File Name:**   Son_HDD1_8TB.FPW

**Partial Hash:** 5d2f3441e2f8ed0fa01b47246b58cbd7

**File Name:**   Son_HDD1_8TB.FPX

**Partial Hash:** a24d39d54a6b7fe968b161eb1bc5cb61

**File Name:**   Son_HDD1_8TB.FPY

**Partial Hash:** f214b56b3d5372e0b81b35f93c842f61

**File Name:**   Son_HDD1_8TB.FPZ

**Partial Hash:** c44142269408573518ac83f3ff426e64

**File Name:**   Son_HDD1_8TB.FQA

**Partial Hash:** 667534fb9cc3795d99436d50d87f933b

**File Name:**   Son_HDD1_8TB.FQB

**Partial Hash:** 1e012421640420d6039c71f2d1b57b37

**File Name:**   Son_HDD1_8TB.FQC

**Partial Hash:** c0dca6143e028f681d3c6827b869bbc1

**File Name:**   Son_HDD1_8TB.FQD

**Partial Hash:** e86919f4af75c8fd1ec48f45f15a8907

**File Name:** Son_HDD1_8TB.FQE

**Partial Hash:** 1f611a2b1a3afbca6a3a1c2158db961a

**File Name:** Son_HDD1_8TB.FQF

**Partial Hash:** a1604eb9cafeeacc66ae234363433e67

**File Name:** Son_HDD1_8TB.FQG

**Partial Hash:** bc2cca75a295fbb4a0efa268cb0605fe

**File Name:** Son_HDD1_8TB.FQH

**Partial Hash:** ed7179f98c1b651c06b53d9b4b9ee641

**File Name:** Son_HDD1_8TB.FQI

**Partial Hash:** c982fc4c97919d5f398471c307e24d0f

**File Name:** Son_HDD1_8TB.FQJ

**Partial Hash:** c7b1fa6103978d94f805917647744c35

**File Name:** Son_HDD1_8TB.FQK

**Partial Hash:** 45741211251d3e0a89b7b7f222bc4972

**File Name:** Son_HDD1_8TB.FQL

**Partial Hash:** 8d4e922e9d61dd03ae2d56e5d312e674

**File Name:** Son_HDD1_8TB.FQM

**Partial Hash:** 02523d1c5128e51b9c59171a6d52ed53

**File Name:** Son_HDD1_8TB.FQN

**Partial Hash:** 9614d9f22012e0dbd09256fbb9d7536a

**File Name:** Son_HDD1_8TB.FQO

**Partial Hash:** d53049227f0805f1dc7df28e582e357e

**File Name:** Son_HDD1_8TB.FQP

**Partial Hash:** 97d504c9156404788765cfec1f3b06a0

**File Name:** Son_HDD1_8TB.FQQ

**Partial Hash:** 265a349fdbf854f88542f5823efcb779

**File Name:** Son_HDD1_8TB.FQR

**Partial Hash:** ceb5eb4bcc62562b4f9fc46683a09ed4

**File Name:** Son_HDD1_8TB.FQS

**Partial Hash:** ab5f3ffaf123364cfd26ca8a31954175

**File Name:** Son_HDD1_8TB.FQT

**Partial Hash:** c75fe06e3d8329a1ff8fb73cfa588f68

**File Name:** Son_HDD1_8TB.FQU

**Partial Hash:** 73ed3a2b80abe5b6a0f64d2cf2f5a5d8

**File Name:** Son_HDD1_8TB.FQV

**Partial Hash:** 8ba327d1da9b1a6e9f113674ff840906

**File Name:** Son_HDD1_8TB.FQW

**Partial Hash:** 7c87ae77954a3b65b29bc2282b1c5f93

**File Name:** Son_HDD1_8TB.FQX

**Partial Hash:** 13c99f119823a8477780f0127cfdaa18

**File Name:** Son_HDD1_8TB.FQY

**Partial Hash:** c5f4355f38644a03aa4f1fd3ba10a11c

**File Name:** Son_HDD1_8TB.FQZ

**Partial Hash:** ce8396f27e7050f04dacab4d0f89cc46

**File Name:** Son_HDD1_8TB.FRA

**Partial Hash:** 0bfdab72639859e4291ea1f513ddd3e3

**File Name:** Son_HDD1_8TB.FRB

**Partial Hash:** 41848f83ff681f96f986e417bcf1a936

**File Name:** Son_HDD1_8TB.FRC

**Partial Hash:** d75bce7c7230bf5646d404142096e5c5

**File Name:** Son_HDD1_8TB.FRD

**Partial Hash:** d534316e2844752cda846812a7b67683

**File Name:** Son_HDD1_8TB.FRE

**Partial Hash:** 83eec922c4a97af2d429840fa2e9d03b

**File Name:** Son_HDD1_8TB.FRF

**Partial Hash:** 6fb3bdf36754934d4c11f33db93ab4ef

**File Name:** Son_HDD1_8TB.FRG

**Partial Hash:** 3b1594f8015d8d320da5c62eb6e411cc

**File Name:** Son_HDD1_8TB.FRH

**Partial Hash:** 234653f34b0fe59ac154875003abc49c

**File Name:** Son_HDD1_8TB.FRI

**Partial Hash:** daa6df8e63c59ca18f3cfdad0e52004f

**File Name:** Son_HDD1_8TB.FRJ

**Partial Hash:** 44dec0f90c9887f023dd7f98282d0a67

**File Name:** Son_HDD1_8TB.FRK

**Partial Hash:** 8dd7a70cf78423dd756da8bf87b757c3

**File Name:** Son_HDD1_8TB.FRL

**Partial Hash:** a51a3be083bcc3af9d7c9299c033785e

**File Name:** Son_HDD1_8TB.FRM

**Partial Hash:** 476f3d5e77c7f8170e1cd562d8741c3c

**File Name:** Son_HDD1_8TB.FRN

**Partial Hash:** c19dd1d80a1a862bb9bdbba7778aa892

**File Name:** Son_HDD1_8TB.FRO

**Partial Hash:** fd36978fa4685e540e53ae3c2d2550a0

**File Name:** Son_HDD1_8TB.FRP

**Partial Hash:** 7b9b856bba2cff0810600d25183aa21d

**File Name:** Son_HDD1_8TB.FRQ

**Partial Hash:** ef5c31fa088c2c5bdd16095d9b9cb50f

**File Name:** Son_HDD1_8TB.FRR

**Partial Hash:** 575308df23b80e32fc0a9198b5bc129c

**File Name:** Son_HDD1_8TB.FRS

**Partial Hash:** afb311f17f737b5fb2abece9d35113d7

**File Name:** Son_HDD1_8TB.FRT

**Partial Hash:** 19cd4c58a6c894ce06e13e142e902d49

**File Name:** Son_HDD1_8TB.FRU

**Partial Hash:** 2ff909a38e062b672249838cfefd7039

**File Name:** Son_HDD1_8TB.FRV

**Partial Hash:** 2d8eb92db7dab7597c0e52d4e091276f

**File Name:** Son_HDD1_8TB.FRW

**Partial Hash:** cfc28f3eae5f6942d22353ddb6de9976

**File Name:** Son_HDD1_8TB.FRX

**Partial Hash:** b851216445647f68ae0d1a5e2b515d8b

**File Name:** Son_HDD1_8TB.FRY

**Partial Hash:** c14beac242972dd0a2429ff0eb088619

**File Name:** Son_HDD1_8TB.FRZ

**Partial Hash:** e782638153925f372f285c7be7d2dd7b

**File Name:** Son_HDD1_8TB.FSA

**Partial Hash:** 4663b9e29453262bfb45eaa4d5620235

**File Name:** Son_HDD1_8TB.FSB

**Partial Hash:** b92ce212efb4d3cdfb585b5721b41ed8

**File Name:** Son_HDD1_8TB.FSC

**Partial Hash:** 32d928cc43e299ebfaa622b3cbe35096

**File Name:** Son_HDD1_8TB.FSD

**Partial Hash:** 220ba2b4b477dd7f8b10ebc51cbd0a24

**File Name:** Son_HDD1_8TB.FSE

**Partial Hash:** 631f1f3191aa57db2f3e3b949e06e67a

**File Name:**   Son_HDD1_8TB.FSF

**Partial Hash:** 2a1b96d7c4d0b3503c77274af2e23d37

**File Name:**   Son_HDD1_8TB.FSG

**Partial Hash:** 364a0f7cc9af665cbed2992fd0a0ffef

**File Name:**   Son_HDD1_8TB.FSH

**Partial Hash:** d15a98c8deb2b33e935cd855b493595d

**File Name:**   Son_HDD1_8TB.FSI

**Partial Hash:** dc824caeb5d513eb1587ee3ebd9e1c37

**File Name:**   Son_HDD1_8TB.FSJ

**Partial Hash:** 6c99ecd45c532984a757f121d6868b0b

**File Name:**   Son_HDD1_8TB.FSK

**Partial Hash:** fdc718484e4ae66407680b5e27d079ef

**File Name:**   Son_HDD1_8TB.FSL

**Partial Hash:** 68f190a91c5bea9d4932281f59ae52a1

**File Name:**   Son_HDD1_8TB.FSM

**Partial Hash:** 7da2e8f619270ab25134d77a80c84881

**File Name:**   Son_HDD1_8TB.FSN

**Partial Hash:** e67e90490ade4fd435d6927d246e7b56

**File Name:**   Son_HDD1_8TB.FSO

**Partial Hash:** c8e14a6fe317b956094b3047369d586c

**File Name:**   Son_HDD1_8TB.FSP

**Partial Hash:** 8acb8188c82474b995bd8f6dfb896a7c

**File Name:**   Son_HDD1_8TB.FSQ

**Partial Hash:** eb6e73eb90e2e33e673d11c63484ffce

**File Name:**   Son_HDD1_8TB.FSR

**Partial Hash:** 97669f04e0151cef3aa8b18538d88dba

**File Name:**   Son_HDD1_8TB.FSS

**Partial Hash:** cc996d0d1952831c19ba028df9fa82b8

**File Name:**   Son_HDD1_8TB.FST

**Partial Hash:** 093c7278a6d9bb8809ac18741015b789

**File Name:**   Son_HDD1_8TB.FSU

**Partial Hash:** 47df1af8cfef4baf707ba5694d43b9fe

**File Name:**   Son_HDD1_8TB.FSV

**Partial Hash:** daadcd4b227159ca450b14bcaa53a5f7

**File Name:**   Son_HDD1_8TB.FSW

**Partial Hash:** 83a6343a20486cebe864f7258f867eea

**File Name:**   Son_HDD1_8TB.FSX

**Partial Hash:** 7f58a3c31146ad2d0d5747d89f6e8f27

**File Name:**   Son_HDD1_8TB.FSY

**Partial Hash:** 273972992c5c3d2132ad4abcf9e45b1c

**File Name:**   Son_HDD1_8TB.FSZ

**Partial Hash:** c3e46d94dc54b80e6e6e0079db8f1f58

**File Name:**   Son_HDD1_8TB.FTA

**Partial Hash:** 16cf9ab4ce395a2a3a500967a8e13b75

**File Name:**   Son_HDD1_8TB.FTB

**Partial Hash:** 32037b0964ba7b619b559eef2c3dd2b0

**File Name:**   Son_HDD1_8TB.FTC

**Partial Hash:** 95ba4beec79614ee0a8100776491ac09

**File Name:**   Son_HDD1_8TB.FTD

**Partial Hash:** d47cf0f0aa208e25d93a2a261622b844

**File Name:**   Son_HDD1_8TB.FTE

**Partial Hash:** a79ab4640f8cca0984a77a700aca150c

**File Name:**   Son_HDD1_8TB.FTF

**Partial Hash:** ba9ccb6097ee2d80aa1bb3ff288e34f0

**File Name:**   Son_HDD1_8TB.FTG

**Partial Hash:** 31412f2fa2451a414f62f3f7bd6c738f

**File Name:**   Son_HDD1_8TB.FTH

**Partial Hash:** ecc1c5610c8e8bd0e4a544b2345974d0

**File Name:**   Son_HDD1_8TB.FTI

**Partial Hash:** eb669a486e9ab200b201cddc6fe2f9c2

**File Name:**   Son_HDD1_8TB.FTJ

**Partial Hash:** 181c120cfc9e363050fe01f5b502b0ef

**File Name:**   Son_HDD1_8TB.FTK

**Partial Hash:** 3d965639dc6da24ba13917bbbc5a872a

**File Name:**   Son_HDD1_8TB.FTL

**Partial Hash:** ee533131957856a565bcea6015468fa3

**File Name:**   Son_HDD1_8TB.FTM

**Partial Hash:** 0e16e253ea04c75d71f290b453825e9f

**File Name:**   Son_HDD1_8TB.FTN

**Partial Hash:** 46b78528bd7479f15dd924f7450ddf44

**File Name:**   Son_HDD1_8TB.FTO

**Partial Hash:** e8cbbeee2f6179113826c8cc27c5df75

**File Name:**   Son_HDD1_8TB.FTP

**Partial Hash:** f7b6a68da1b1472a7afda3aa73b76e87

**File Name:**   Son_HDD1_8TB.FTQ

**Partial Hash:** c40eeca968b218b8fab286ad979ac1e4

**File Name:**   Son_HDD1_8TB.FTR

**Partial Hash:** 6df3580e55f05a83f7f11b20fdea0646

**File Name:**   Son_HDD1_8TB.FTS

**Partial Hash:** a26dae208034d00710bdb3f9c80de483

**File Name:**   Son_HDD1_8TB.FTT

**Partial Hash:** 81fe156c691bb28efaf06024a71ac906

**File Name:**   Son_HDD1_8TB.FTU

**Partial Hash:** d575f7b8af71f22be6ab543f56a52e4b

**File Name:**   Son_HDD1_8TB.FTV

**Partial Hash:** 4a5a1789ff313039cbe9017e849a8e5d

**File Name:**   Son_HDD1_8TB.FTW

**Partial Hash:** 665b47fadab6581f076f220b637b1357

**File Name:**   Son_HDD1_8TB.FTX

**Partial Hash:** 7828de38f76acd4ba07d71275b3c5f3a

**File Name:**   Son_HDD1_8TB.FTY

**Partial Hash:** 9d71fc441392102d6be68081984ea8db

**File Name:**   Son_HDD1_8TB.FTZ

**Partial Hash:** d36be1e0ae38df05541f0ab11371f531

**File Name:**   Son_HDD1_8TB.FUA

**Partial Hash:** 71db39e96f657428a57359ed8d5ad0cd

**File Name:**   Son_HDD1_8TB.FUB

**Partial Hash:** 74d29694deec1e3670e04a85f34bbef5

**File Name:**   Son_HDD1_8TB.FUC

**Partial Hash:** d0410e628f1cd31d870b1510659f4b7f

**File Name:**   Son_HDD1_8TB.FUD

**Partial Hash:** 754e57d3d46e40157079fd0b9e818500

**File Name:**   Son_HDD1_8TB.FUE

**Partial Hash:** af64acb0a20d111ccbc35cc3680e5e2e

**File Name:**   Son_HDD1_8TB.FUF

**Partial Hash:** 5bcea62f33ea3a7d32031ad41c102549

**File Name:**   Son_HDD1_8TB.FUG

**Partial Hash:** 3ad35101f76d31eb0db477ceef14f57b

**File Name:**   Son_HDD1_8TB.FUH

**Partial Hash:** 9d30f237ce9c2f5bbb601577450edd1b

**File Name:**   Son_HDD1_8TB.FUI

**Partial Hash:** 198c4351e48c263812f0312e66a890bf

**File Name:**   Son_HDD1_8TB.FUJ

**Partial Hash:** e9c9b1a122de7c88055d102997ad4879

**File Name:**   Son_HDD1_8TB.FUK

**Partial Hash:** 372662aaeab902b8c40af717f30cd372

**File Name:**   Son_HDD1_8TB.FUL

**Partial Hash:** 60f22bf7e3136c2095a28e22ec5b1b27

**File Name:**   Son_HDD1_8TB.FUM

**Partial Hash:** 7f0a0ba852e082b3b0462f6920cd6685

**File Name:**   Son_HDD1_8TB.FUN

**Partial Hash:** 7c176613d87520fe15e4dfe46ee2b0c8

**File Name:**   Son_HDD1_8TB.FUO

**Partial Hash:** 30e7596a37be0b6c5b8127f0478b96f2

**File Name:**   Son_HDD1_8TB.FUP

**Partial Hash:** 28436b25705419f39056cf431c5e8e5e

**File Name:**   Son_HDD1_8TB.FUQ

**Partial Hash:** c84836f589155eb44573e85ef2d6993b

**File Name:**   Son_HDD1_8TB.FUR

**Partial Hash:** cca252ca33c0e23615590924ee8d42f6

**File Name:**   Son_HDD1_8TB.FUS

**Partial Hash:** 855f8f9e73c9f8a9cd7965255ab2bb33

**File Name:**   Son_HDD1_8TB.FUT

**Partial Hash:** fdf253fcc6a4b02d7498b632ccff940a

**File Name:**   Son_HDD1_8TB.FUU

**Partial Hash:** 670cc23a05801a7ed46528da867336ea

**File Name:**   Son_HDD1_8TB.FUV

**Partial Hash:** 0a0c32c2290b5304cea2b44b93ffca5f

**File Name:**   Son_HDD1_8TB.FUW

**Partial Hash:** 9a128603996a4b747b4d38763c88c4c2

**File Name:**   Son_HDD1_8TB.FUX

**Partial Hash:** 8cf3159eed214d828044617f8a352d36

**File Name:**   Son_HDD1_8TB.FUY

**Partial Hash:** b5c9382d2b872ae511d5b01a5a87636f

**File Name:**   Son_HDD1_8TB.FUZ

**Partial Hash:** 47d65b2f79f268287c472f067f397748

**File Name:**   Son_HDD1_8TB.FVA

**Partial Hash:** 96d780aac7bdab3189e0a192f7caee3e

**File Name:**   Son_HDD1_8TB.FVB

**Partial Hash:** c3e7f7f05ab4521f80e690ce541f57ab

**File Name:**   Son_HDD1_8TB.FVC

**Partial Hash:** 1277f9723e41f410478b9961b4b38b39

**File Name:**   Son_HDD1_8TB.FVD

**Partial Hash:** 90342e6adb0d08d1a9338aad2ba3b19c

**File Name:**   Son_HDD1_8TB.FVE

**Partial Hash:** 343943eee866e82b14bbd1f86a8abf9d

**File Name:**   Son_HDD1_8TB.FVF

**Partial Hash:** d2c8e667bef17a1fcfb51c9a2437d389

**File Name:**   Son_HDD1_8TB.FVG

**Partial Hash:** 8799c884e7cfa177415ed18ba1dddc3d

**File Name:** Son_HDD1_8TB.FVH

**Partial Hash:** f21c03df73a9beb7b2ebca26e64e3fbc

**File Name:** Son_HDD1_8TB.FVI

**Partial Hash:** a1d3bd3eaabf7993f8cf0a3a3cdb1fe6

**File Name:** Son_HDD1_8TB.FVJ

**Partial Hash:** 0fc5d1541f21f2f38956b9a4cd30af77

**File Name:** Son_HDD1_8TB.FVK

**Partial Hash:** d63da650bbff12fc94e6f996ef4cec2f

**File Name:** Son_HDD1_8TB.FVL

**Partial Hash:** e6c63d7795cd15768950669ed7ecb70d

**File Name:** Son_HDD1_8TB.FVM

**Partial Hash:** 6045a0982615fe0883a2ce37aef80bea

**File Name:** Son_HDD1_8TB.FVN

**Partial Hash:** 310ef39b97cfa9e170a7fde93a785b1a

**File Name:** Son_HDD1_8TB.FVO

**Partial Hash:** c5e0952a506e2b9dd7891692f19cd22e

**File Name:** Son_HDD1_8TB.FVP

**Partial Hash:** bca675f4d29c519eac7c7c8dc61c45ed

**File Name:** Son_HDD1_8TB.FVQ

**Partial Hash:** 060b905d84e7608c780851b26c099ac4

**File Name:** Son_HDD1_8TB.FVR

**Partial Hash:** a038974fee97eeb1821d6ef5bd704d98

**File Name:** Son_HDD1_8TB.FVS

**Partial Hash:** 08cba8be803a0302059d729974c1faf4

**File Name:** Son_HDD1_8TB.FVT

**Partial Hash:** 041ca8350814435973078d13dfed85fb

**File Name:** Son_HDD1_8TB.FVU

**Partial Hash:** 6c4c5a75223629c2c97630acc01a0f5d

**File Name:** Son_HDD1_8TB.FVV

**Partial Hash:** b27bad88a1d0bb39fd77578f4a40e068

**File Name:** Son_HDD1_8TB.FVW

**Partial Hash:** 65e57865bcc4e7d57786939c90f72674

**File Name:** Son_HDD1_8TB.FVX

**Partial Hash:** 27c17a50b4e679b4a720fd036aa0b35e

**File Name:** Son_HDD1_8TB.FVY

**Partial Hash:** 84873ed62005ccbf460515e02b4844e4

**File Name:** Son_HDD1_8TB.FVZ

**Partial Hash:** b1bbcc4dd6f008ee967418261fd58cdf

**File Name:** Son_HDD1_8TB.FWA

**Partial Hash:** db67deb78fd6dca8b74d91975076dc53

**File Name:** Son_HDD1_8TB.FWB

**Partial Hash:** 438ea52f1cbcb279a77cd71806e79e39

**File Name:** Son_HDD1_8TB.FWC

**Partial Hash:** 3eaa68726c66759081bf60c5e193b203

**File Name:** Son_HDD1_8TB.FWD

**Partial Hash:** 615ff24964f7aa0a8af11022b4322838

**File Name:** Son_HDD1_8TB.FWE

**Partial Hash:** e56719668145777eb47cc02251193055

**File Name:** Son_HDD1_8TB.FWF

**Partial Hash:** 63a3f28a9e22317631cc58b72a70a45b

**File Name:** Son_HDD1_8TB.FWG

**Partial Hash:** a9af05578af866804f7a51646134dbdc

**File Name:**   Son_HDD1_8TB.FWH
**Partial Hash:** 31656a7bda111fe66d2be5b856b95a60
**File Name:**   Son_HDD1_8TB.FWI
**Partial Hash:** d34d8b3348e28cc78eddc047e50e3818
**File Name:**   Son_HDD1_8TB.FWJ
**Partial Hash:** 54d63fdd741e6a7f0638fb42bb9b363d
**File Name:**   Son_HDD1_8TB.FWK
**Partial Hash:** 05240ab00b394a8334371f714626d773
**File Name:**   Son_HDD1_8TB.FWL
**Partial Hash:** 66835dfdc7eb79a9c61ac9f41b84de89
**File Name:**   Son_HDD1_8TB.FWM
**Partial Hash:** 21b62a6dd4e37e0d4dfc98e38a3b6755
**File Name:**   Son_HDD1_8TB.FWN
**Partial Hash:** d04592bd02de0d8964bd8f66553cc905
**File Name:**   Son_HDD1_8TB.FWO
**Partial Hash:** a85df6458b642b6e08d36078458d7939
**File Name:**   Son_HDD1_8TB.FWP
**Partial Hash:** 713e234ab786f453355a11c053729a10
**File Name:**   Son_HDD1_8TB.FWQ
**Partial Hash:** b4fab9c218f3d339c8b6ceec27960368
**File Name:**   Son_HDD1_8TB.FWR
**Partial Hash:** c3a16114d52aadad744da56e6fd2cc37
**File Name:**   Son_HDD1_8TB.FWS
**Partial Hash:** 29bc673d346c4d2200213f6a44c2814b
**File Name:**   Son_HDD1_8TB.FWT
**Partial Hash:** 7b9cd01b9a7216433009eb54be9f76a6
**File Name:**   Son_HDD1_8TB.FWU
**Partial Hash:** b560c5887f774ad1df0d1dd910407c3b
**File Name:**   Son_HDD1_8TB.FWV
**Partial Hash:** 1a4c2f87d343503c39ac8d05bdd8efac
**File Name:**   Son_HDD1_8TB.FWW
**Partial Hash:** 951cb236b2c9ce0bdec4a80d876826f3
**File Name:**   Son_HDD1_8TB.FWX
**Partial Hash:** b38c4b223383edde8df259e991dd3978
**File Name:**   Son_HDD1_8TB.FWY
**Partial Hash:** d513d7d382ed49d9fba2b55f241d9bb2
**File Name:**   Son_HDD1_8TB.FWZ
**Partial Hash:** 1ac3425bc61182277114ab944b3d3a29
**File Name:**   Son_HDD1_8TB.FXA
**Partial Hash:** 691992d20809f0f03f6fbd72e2cb1a43
**File Name:**   Son_HDD1_8TB.FXB
**Partial Hash:** 96e9a7f13f586bf7fac3ffe98c2e04b1
**File Name:**   Son_HDD1_8TB.FXC
**Partial Hash:** cc21f8f3b15eee4086fb8f560a652bfe
**File Name:**   Son_HDD1_8TB.FXD
**Partial Hash:** 7ee99d17d31a2264783cca07b5fbcb61
**File Name:**   Son_HDD1_8TB.FXE
**Partial Hash:** d70863ed79da687b78fba1d49f454aea
**File Name:**   Son_HDD1_8TB.FXF
**Partial Hash:** ff3ee8a53d7bf7b21c6fded24b6bd1e4
**File Name:**   Son_HDD1_8TB.FXG
**Partial Hash:** 9ca81ed026fe3852bd4e28453be1792c
**File Name:**   Son_HDD1_8TB.FXH

**Partial Hash:** c672c31576af4d00e08ebf0bff5b8122

**File Name:**   Son_HDD1_8TB.FXI

**Partial Hash:** a84052a8c3d36a7516be2647ba8fd5ed

**File Name:**   Son_HDD1_8TB.FXJ

**Partial Hash:** f25aab0c0b81624fa39b9604c66276eb

**File Name:**   Son_HDD1_8TB.FXK

**Partial Hash:** 0983a1f730804ec69dbc89a09e249e67

**File Name:**   Son_HDD1_8TB.FXL

**Partial Hash:** f8782de4017170c7ef68b91e63911afa

**File Name:**   Son_HDD1_8TB.FXM

**Partial Hash:** f503a0b017997302f434502447fa6b95

**File Name:**   Son_HDD1_8TB.FXN

**Partial Hash:** 0ab59fbed23d6d6a18a3ab8972122575

**File Name:**   Son_HDD1_8TB.FXO

**Partial Hash:** 148824a3daa04aac0d66f160c9f3bccd

**File Name:**   Son_HDD1_8TB.FXP

**Partial Hash:** 3094a2ab4d39ad9a928a5f048a25f77c

**File Name:**   Son_HDD1_8TB.FXQ

**Partial Hash:** d0905aaef994d3982a5d707b0f10a4e5

**File Name:**   Son_HDD1_8TB.FXR

**Partial Hash:** a0739b24588021a5ce8110a5c748079b

**File Name:**   Son_HDD1_8TB.FXS

**Partial Hash:** 58f919a9be2687478d47349e5c764795

**File Name:**   Son_HDD1_8TB.FXT

**Partial Hash:** 490c1cbb798aac63336e005c0dc7ed2a

**File Name:**   Son_HDD1_8TB.FXU

**Partial Hash:** e866761c7126d71308e069f4aecf0ae1

**File Name:**   Son_HDD1_8TB.FXV

**Partial Hash:** fa61884cd20acddf251c4a890946b689

**File Name:**   Son_HDD1_8TB.FXW

**Partial Hash:** 3f4b01271640b0cc105107b9489a7fc9

**File Name:**   Son_HDD1_8TB.FXX

**Partial Hash:** 1351b0f49daf4bf8e526e107eeb6bd34

**File Name:**   Son_HDD1_8TB.FXY

**Partial Hash:** f768a208c81b73982c33dcd44a57f03e

**File Name:**   Son_HDD1_8TB.FXZ

**Partial Hash:** 0e70c0ced275de7d4aecef3d96314b54

**File Name:**   Son_HDD1_8TB.FYA

**Partial Hash:** 5e861e2633c8039a4770d2552567067e

**File Name:**   Son_HDD1_8TB.FYB

**Partial Hash:** 52fc1df03eac42e26168054b59635727

**File Name:**   Son_HDD1_8TB.FYC

**Partial Hash:** d3e6f45df9e9bc3b4dea1d921dc246e9

**File Name:**   Son_HDD1_8TB.FYD

**Partial Hash:** 6fb2649bb02e41e07407c5c0272857c0

**File Name:**   Son_HDD1_8TB.FYE

**Partial Hash:** 292da15b9ca2d073f6540217dc576656

**File Name:**   Son_HDD1_8TB.FYF

**Partial Hash:** f358513e265ce0aa4ec08d88e52a3a92

**File Name:**   Son_HDD1_8TB.FYG

**Partial Hash:** 82e7f1196fd49a4068e41b8defaf02d8

**File Name:**   Son_HDD1_8TB.FYH

**Partial Hash:** 941b1dd0a8c818de583ddede55c0dd62

**File Name:**   Son_HDD1_8TB.FYI
**Partial Hash:** e96a120821700063570e9d4e211f2ff2
**File Name:**   Son_HDD1_8TB.FYJ
**Partial Hash:** f7045a5372ec0bcd2de72c54e16b4711
**File Name:**   Son_HDD1_8TB.FYK
**Partial Hash:** 37caa21466f69c1615360adc8cc3165b
**File Name:**   Son_HDD1_8TB.FYL
**Partial Hash:** df0fcc4d8aaa8f18f2e2259a82818996
**File Name:**   Son_HDD1_8TB.FYM
**Partial Hash:** 26fb6c0991118fd156f6c970c891d1d5
**File Name:**   Son_HDD1_8TB.FYN
**Partial Hash:** a3accbfd4ba8a2946f5cf7886e700a50
**File Name:**   Son_HDD1_8TB.FYO
**Partial Hash:** e6caf29ccafaf09ad391ed3f38392f47
**File Name:**   Son_HDD1_8TB.FYP
**Partial Hash:** 00bb6b7d14fbfe7084d444c40217b5be
**File Name:**   Son_HDD1_8TB.FYQ
**Partial Hash:** bede2b5e21b9124fd8c817284fafdb1b
**File Name:**   Son_HDD1_8TB.FYR
**Partial Hash:** 14a97a22cc48970d752a0d26378d6bd3
**File Name:**   Son_HDD1_8TB.FYS
**Partial Hash:** 110978e10d6cb7cae1df6cea00545f60
**File Name:**   Son_HDD1_8TB.FYT
**Partial Hash:** b13e0a19d3324ede1a2fe83536aa67ad
**File Name:**   Son_HDD1_8TB.FYU
**Partial Hash:** bdcc283913c5df40a708941027acb3f9
**File Name:**   Son_HDD1_8TB.FYV
**Partial Hash:** 4acba0e1434d007a12871910e647c26d
**File Name:**   Son_HDD1_8TB.FYW
**Partial Hash:** 86aa5a8c154d97c8bf3ff41014f3f979
**File Name:**   Son_HDD1_8TB.FYX
**Partial Hash:** 33361dac0d14c0c659c58440480c595c
**File Name:**   Son_HDD1_8TB.FYY
**Partial Hash:** c4bf98fef13e4099fc8d8100756e80be
**File Name:**   Son_HDD1_8TB.FYZ
**Partial Hash:** c6f5f681d8ecb35d6fda671d84c6249a
**File Name:**   Son_HDD1_8TB.FZA
**Partial Hash:** 9caed8b39886de2367d5caeb05d4850d
**File Name:**   Son_HDD1_8TB.FZB
**Partial Hash:** 2fbbb7f583a3094c98aa5292b1e87d39
**File Name:**   Son_HDD1_8TB.FZC
**Partial Hash:** 46592fb4206e97e96f40bfdda4d47ee8
**File Name:**   Son_HDD1_8TB.FZD
**Partial Hash:** b8a313311aa42cd1a99cde168a4cdf79
**File Name:**   Son_HDD1_8TB.FZE
**Partial Hash:** 1a3c4a644a293af367a51dad731b0502
**File Name:**   Son_HDD1_8TB.FZF
**Partial Hash:** 24bc37507f734f3dd4fdeb8ea90a61b3
**File Name:**   Son_HDD1_8TB.FZG
**Partial Hash:** b449aa96a5ff7fc443c2bc4d2cf088af
**File Name:**   Son_HDD1_8TB.FZH
**Partial Hash:** 7a6cb92ea19e39e7da5187c167e095f5
**File Name:**   Son_HDD1_8TB.FZI

**Partial Hash:** eafa4686458347272f9aca414ffb9396

**File Name:**   Son_HDD1_8TB.FZJ

**Partial Hash:** e9e71e77d2ef39bcf0d5e6813f54a870

**File Name:**   Son_HDD1_8TB.FZK

**Partial Hash:** e1e9b20f28a74452b986a5e2468f0a6e

**File Name:**   Son_HDD1_8TB.FZL

**Partial Hash:** acf80bdc87e850a213f1558e020d5711

**File Name:**   Son_HDD1_8TB.FZM

**Partial Hash:** fad43b7cd2da42dac6286fa76e73febd

**File Name:**   Son_HDD1_8TB.FZN

**Partial Hash:** 4d0cc327c7186db4e1e235d7c1cf5d90

**File Name:**   Son_HDD1_8TB.FZO

**Partial Hash:** 5a623bd4559d99c84a7852a5d3247240

**File Name:**   Son_HDD1_8TB.FZP

**Partial Hash:** 4d9f6a7d72f4054acb9c1bb49b5bbdf4

**File Name:**   Son_HDD1_8TB.FZQ

**Partial Hash:** af80f73e1d0f6b05f28a6571d14179e8

**File Name:**   Son_HDD1_8TB.FZR

**Partial Hash:** 8d9cc6eb24cd440bc93da99f64d5552e

**File Name:**   Son_HDD1_8TB.FZS

**Partial Hash:** 5bef19db4bdd51bd98aeb590ea45f14d

**File Name:**   Son_HDD1_8TB.FZT

**Partial Hash:** 6cfbe6d88c625eb299f817d0e4b4dc94

**File Name:**   Son_HDD1_8TB.FZU

**Partial Hash:** 0d8cb596652d597f2ea70fa23e21afe2

**File Name:**   Son_HDD1_8TB.FZV

**Partial Hash:** 63fe2cb0fb2c693c83188181a5414e3f

**File Name:**   Son_HDD1_8TB.FZW

**Partial Hash:** 49852e1aac695a1b0b53416f1c8f86f7

**File Name:**   Son_HDD1_8TB.FZX

**Partial Hash:** 7c59ce9757a23ac59e3cc67a47703796

**File Name:**   Son_HDD1_8TB.FZY

**Partial Hash:** 24271403661b523df0c69bc3519c333c

**File Name:**   Son_HDD1_8TB.FZZ

**Partial Hash:** a88bca02ef0eceff3be1e909f07580a3

**File Name:**   Son_HDD1_8TB.GAA

**Partial Hash:** 7a5675b3df13bac0d49348adbad80df6

**File Name:**   Son_HDD1_8TB.GAB

**Partial Hash:** 3d2abfb71574a9f0922780b5b85075d9

**File Name:**   Son_HDD1_8TB.GAC

**Partial Hash:** 45c626e7142623db805aafa137504bd2

**File Name:**   Son_HDD1_8TB.GAD

**Partial Hash:** 3e38d177efa06ef6c1120d0c38472ab0

**File Name:**   Son_HDD1_8TB.GAE

**Partial Hash:** 9718f9eeb2a6433ad6933680b174a92e

**File Name:**   Son_HDD1_8TB.GAF

**Partial Hash:** 59206579095fcbe7eb78d1ad42d3460b

**File Name:**   Son_HDD1_8TB.GAG

**Partial Hash:** 9b7aff473e7699971d2c9495b28cc44b

**File Name:**   Son_HDD1_8TB.GAH

**Partial Hash:** a2f104bddb6a3be54cede2659d02054f

**File Name:**   Son_HDD1_8TB.GAI

**Partial Hash:** d67f3a793c9e16523c34e0a86fb6a171

**File Name:**   Son_HDD1_8TB.GAJ

**Partial Hash:** 421967e55ba5d2bf7ab07cf2d5771fed

**File Name:**   Son_HDD1_8TB.GAK

**Partial Hash:** 0280521921c7e4f80a3bda2d229eaf57

**File Name:**   Son_HDD1_8TB.GAL

**Partial Hash:** 9def135d014f4aba8778dafd4546b8cf

**File Name:**   Son_HDD1_8TB.GAM

**Partial Hash:** 5f8399a27c55d1fffcbb9e20f40a9539

**File Name:**   Son_HDD1_8TB.GAN

**Partial Hash:** a05286153faf55fce8cde1125ffebc36

**File Name:**   Son_HDD1_8TB.GAO

**Partial Hash:** a678c35b856ce5d7d10ad488efb48fc3

**File Name:**   Son_HDD1_8TB.GAP

**Partial Hash:** 3187814fec62ffae014015f22de91793

**File Name:**   Son_HDD1_8TB.GAQ

**Partial Hash:** 9335ba919c42ef766a2887378ef0fae3

**File Name:**   Son_HDD1_8TB.GAR

**Partial Hash:** 8c69ba91f38efe6f3d6f935b2c7d41d7

**File Name:**   Son_HDD1_8TB.GAS

**Partial Hash:** 5e5b4853da687332e83b587aacdd28ae

**File Name:**   Son_HDD1_8TB.GAT

**Partial Hash:** 77a972eb2c138997517903d00b32861d

**File Name:**   Son_HDD1_8TB.GAU

**Partial Hash:** 8fc7b952f404bfb26dad83ecd845b496

**File Name:**   Son_HDD1_8TB.GAV

**Partial Hash:** 596c668cd74f77db8c0c6274a3e6532f

**File Name:**   Son_HDD1_8TB.GAW

**Partial Hash:** 020ef0e7b57db61436c6c28faa3a4a36

**File Name:**   Son_HDD1_8TB.GAX

**Partial Hash:** 5cdc48e11f83e046cb07da6b770f8781

**File Name:**   Son_HDD1_8TB.GAY

**Partial Hash:** d7ae73a25169a5c7ea2d08607f725cf6

**File Name:**   Son_HDD1_8TB.GAZ

**Partial Hash:** 455ee576a12e1bdb275146c1af5cd726

**File Name:**   Son_HDD1_8TB.GBA

**Partial Hash:** 096cf1a61da45e7b4a1b8c6ce9d81d54

**File Name:**   Son_HDD1_8TB.GBB

**Partial Hash:** 63b65222b0fa10cef364fa9e67343f45

**File Name:**   Son_HDD1_8TB.GBC

**Partial Hash:** 183031b5e504e713bd5fdee444759ebb

**File Name:**   Son_HDD1_8TB.GBD

**Partial Hash:** 6f5f6aa502dbd59ac144f04496a04d9d

**File Name:**   Son_HDD1_8TB.GBE

**Partial Hash:** cb16c4b7ff829400b36df3946e2aac0e

**File Name:**   Son_HDD1_8TB.GBF

**Partial Hash:** 2d21260e92ef8f3c441db0b43250a49b

**File Name:**   Son_HDD1_8TB.GBG

**Partial Hash:** 3910d43eb8616d67abdec3483a28d24c

**File Name:**   Son_HDD1_8TB.GBH

**Partial Hash:** fbb046a6004c4ded6fc6b3ab4a31460e

**File Name:**   Son_HDD1_8TB.GBI

**Partial Hash:** a86b5670766b2ecf1d5621b17797ccf9

**File Name:**   Son_HDD1_8TB.GBJ

**Partial Hash:** 5dad5c3192dd58f82916dc1cfd69078f

**File Name:**   Son_HDD1_8TB.GBK

**Partial Hash:** 4bd1fb4f72810df7ed2df6c7f3ac23d9

**File Name:**   Son_HDD1_8TB.GBL

**Partial Hash:** b637f554c6e636ac2f75201869bb6281

**File Name:**   Son_HDD1_8TB.GBM

**Partial Hash:** 2bcd29c98393b961d47dd3ae2df3a67a

**File Name:**   Son_HDD1_8TB.GBN

**Partial Hash:** 6d55ad57980cb9b66307ddd6b528d14b

**File Name:**   Son_HDD1_8TB.GBO

**Partial Hash:** 92381d367dac5fcd0c722f6a04d2f441

**File Name:**   Son_HDD1_8TB.GBP

**Partial Hash:** 61124a53172bc9f39fd938aaf9116f67

**File Name:**   Son_HDD1_8TB.GBQ

**Partial Hash:** b18f30e027d1fc7c55bcb0066db7694c

**File Name:**   Son_HDD1_8TB.GBR

**Partial Hash:** 43c5c3210abcdce28aaae579d28038e6

**File Name:**   Son_HDD1_8TB.GBS

**Partial Hash:** e2dc41f150e7e1b1ccc9a34dda5e2c0e

**File Name:**   Son_HDD1_8TB.GBT

**Partial Hash:** af956ffb810d9643556ee11248b80c82

**File Name:**   Son_HDD1_8TB.GBU

**Partial Hash:** d2e532a8580dc0da0aa994ea3f3c61fe

**File Name:**   Son_HDD1_8TB.GBV

**Partial Hash:** 25f3e3fed3e53807a95da469a95ba89f

**File Name:**   Son_HDD1_8TB.GBW

**Partial Hash:** 3d8d96f26f85cbe663a7089c2e3e0578

**File Name:**   Son_HDD1_8TB.GBX

**Partial Hash:** 036f5b6cadce77ee9e2834cd92b7a3a7

**File Name:**   Son_HDD1_8TB.GBY

**Partial Hash:** ec986162cce93b6eab3fb70fdbf434fc

**File Name:**   Son_HDD1_8TB.GBZ

**Partial Hash:** 5300dca201cea0ba0b874087cd03fcb0

**File Name:**   Son_HDD1_8TB.GCA

**Partial Hash:** 798fdd2752104fa0088f8254729b0866

**File Name:**   Son_HDD1_8TB.GCB

**Partial Hash:** 6ccedbda8538fdabe6a827d31dc46f0f

**File Name:**   Son_HDD1_8TB.GCC

**Partial Hash:** 239d944e52e6dec76830b43f80fdb9b9

**File Name:**   Son_HDD1_8TB.GCD

**Partial Hash:** 7240cf7b8349ed4b5f3bc16978e0f14e

**File Name:**   Son_HDD1_8TB.GCE

**Partial Hash:** 5af6d2739706aed07cd716e325d9bdde

**File Name:**   Son_HDD1_8TB.GCF

**Partial Hash:** 20a529e88d8810d3a2c864dfcb54f034

**File Name:**   Son_HDD1_8TB.GCG

**Partial Hash:** 68c212397c9ffd8da8040482ca8c67fd

**File Name:**   Son_HDD1_8TB.GCH

**Partial Hash:** 0db903706ffdb8f209fd55145fd0e024

**File Name:**   Son_HDD1_8TB.GCI

**Partial Hash:** 7eafa6d283d2ec276cfc52d1f2664820

**File Name:**   Son_HDD1_8TB.GCJ

**Partial Hash:** 17fe7209d880bc71a365493a94709189

**File Name:**   Son_HDD1_8TB.GCK

**Partial Hash:** 249d7cd320be34d14f7ced2958a4f4d7

**File Name:**   Son_HDD1_8TB.GCL

**Partial Hash:** 024bdb2a7d37e54280bbdf00e0788b07

**File Name:**   Son_HDD1_8TB.GCM

**Partial Hash:** 79ce9b7718920083bb0cff9b360ed857

**File Name:**   Son_HDD1_8TB.GCN

**Partial Hash:** 5df18eaa2e339511d9b27e963856d67b

**File Name:**   Son_HDD1_8TB.GCO

**Partial Hash:** a9c8610e65184b4d1cddac199f9251e8

**File Name:**   Son_HDD1_8TB.GCP

**Partial Hash:** 397e25c6c7853220820488daf86624c4

**File Name:**   Son_HDD1_8TB.GCQ

**Partial Hash:** 5ef3d342a03de9d845c51bf51a960b5c

**File Name:**   Son_HDD1_8TB.GCR

**Partial Hash:** f5a607ec2a4b352cb5e9e0c50c6b98ad

**File Name:**   Son_HDD1_8TB.GCS

**Partial Hash:** 71398bf9a0b0b248509803f2131a331d

**File Name:**   Son_HDD1_8TB.GCT

**Partial Hash:** 631076acd4d28c503e74bf170c8f181f

**File Name:**   Son_HDD1_8TB.GCU

**Partial Hash:** 76cba73959fe4033ae81b8f52f5052cc

**File Name:**   Son_HDD1_8TB.GCV

**Partial Hash:** 4d04b41625cbec7fbb76f116612e2674

**File Name:**   Son_HDD1_8TB.GCW

**Partial Hash:** 4d66e12c7e8dfd030480e1b4140c4d93

**File Name:**   Son_HDD1_8TB.GCX

**Partial Hash:** 9860cd5aea299c923f7e1d59f95e58a9

**File Name:**   Son_HDD1_8TB.GCY

**Partial Hash:** cfd1e13c26a3af07c29e34712680d5b6

**File Name:**   Son_HDD1_8TB.GCZ

**Partial Hash:** 25e5c66cf8fd4cd43ae63f934713121b

**File Name:**   Son_HDD1_8TB.GDA

**Partial Hash:** 7df86b4667dccceee812457e8a868bbe

**File Name:**   Son_HDD1_8TB.GDB

**Partial Hash:** b92aeffff7420469b2173d29afc3fd71

**File Name:**   Son_HDD1_8TB.GDC

**Partial Hash:** cfbc404d1c0975d51e678b6dc2d76876

**File Name:**   Son_HDD1_8TB.GDD

**Partial Hash:** c16d965a87cc6885164139d6503abfbf

**File Name:**   Son_HDD1_8TB.GDE

**Partial Hash:** f084a34fe8dde7dbb689ab232e7faea0

**File Name:**   Son_HDD1_8TB.GDF

**Partial Hash:** d0cd64a3e949fc242fbaa308b444fd24

**File Name:**   Son_HDD1_8TB.GDG

**Partial Hash:** 49275f5ed16ec5f98307cb8445fe446d

**File Name:**   Son_HDD1_8TB.GDH

**Partial Hash:** fc5a0e4760bfae77bd3fe94285595588

**File Name:**   Son_HDD1_8TB.GDI

**Partial Hash:** 682b2a1a59ee0a864be0d26f736f0e25

**File Name:**   Son_HDD1_8TB.GDJ

**Partial Hash:** 3fa676694057d24cb0aed0cb6ca4f685

**File Name:**   Son_HDD1_8TB.GDK

**Partial Hash:** 45cd6ad11d43749633dfb72392049ffc

**File Name:** Son_HDD1_8TB.GDL

**Partial Hash:** b38a9504b513c1760f4f42d19b5a99c7

**File Name:** Son_HDD1_8TB.GDM

**Partial Hash:** 1c00fe5ce339d1254eeec6fa9afe933c

**File Name:** Son_HDD1_8TB.GDN

**Partial Hash:** 4336c07fabd7acc73d5f7cf7d5b27a70

**File Name:** Son_HDD1_8TB.GDO

**Partial Hash:** 52c0492dc338bd992ad164809ebc1bc4

**File Name:** Son_HDD1_8TB.GDP

**Partial Hash:** 672837d647565b5d57ee9eee7aac7117

**File Name:** Son_HDD1_8TB.GDQ

**Partial Hash:** 8dcc3e89084122e8bd5896085a74770d

**File Name:** Son_HDD1_8TB.GDR

**Partial Hash:** c2ee29790c810e09d495cec90bb73ec0

**File Name:** Son_HDD1_8TB.GDS

**Partial Hash:** f06ca30ef3f90743f4391710f9afbb67

**File Name:** Son_HDD1_8TB.GDT

**Partial Hash:** 1e83401dc3d33432a215b2c15fe246c2

**File Name:** Son_HDD1_8TB.GDU

**Partial Hash:** eff8969e08ea155538985e640f4badc0

**File Name:** Son_HDD1_8TB.GDV

**Partial Hash:** 4d54b2d0287851085e78b8b864ead691

**File Name:** Son_HDD1_8TB.GDW

**Partial Hash:** 85ed87287574c747cce27d1789076a50

**File Name:** Son_HDD1_8TB.GDX

**Partial Hash:** c70509ee5c3d5c21acecd64b87a89038

**File Name:** Son_HDD1_8TB.GDY

**Partial Hash:** b6110eeabf35ea7910308d78e603593e

**File Name:** Son_HDD1_8TB.GDZ

**Partial Hash:** 4f1559f204fa4f9aa8725ddbb61005f1

**File Name:** Son_HDD1_8TB.GEA

**Partial Hash:** b8f356415e224f7e7eeee1e561a2842e

**File Name:** Son_HDD1_8TB.GEB

**Partial Hash:** dbce7a3cf9671bf107703d57bca71192

**File Name:** Son_HDD1_8TB.GEC

**Partial Hash:** 13c83af3eb7cc471048381d093e898b6

**File Name:** Son_HDD1_8TB.GED

**Partial Hash:** 04b673888295de20de004e38b4829e26

**File Name:** Son_HDD1_8TB.GEE

**Partial Hash:** ef3dbf6a3eb333fc538757c2a20bc409

**File Name:** Son_HDD1_8TB.GEF

**Partial Hash:** c3b768c69c43926e07a3100b380a39e8

**File Name:** Son_HDD1_8TB.GEG

**Partial Hash:** 7344953de71461402af1255d19518a3b

**File Name:** Son_HDD1_8TB.GEH

**Partial Hash:** 020096748ae64d1a18a16bed8bb7558b

**File Name:** Son_HDD1_8TB.GEI

**Partial Hash:** bdfd29f01432fa4e3ca5c983f059c664

**File Name:** Son_HDD1_8TB.GEJ

**Partial Hash:** d20b79f8de7f2c307420d7d0ef0484d7

**File Name:** Son_HDD1_8TB.GEK

**Partial Hash:** 6dcc1b87d160563a35e197105eb9ebf7

**File Name:**   Son_HDD1_8TB.GEL

**Partial Hash:** 3c5eef33732f04d1499e2ac4983425dd

**File Name:**   Son_HDD1_8TB.GEM

**Partial Hash:** a14e8e0fb162326edacdade36b47ef11

**File Name:**   Son_HDD1_8TB.GEN

**Partial Hash:** 9d3104789286c93f83c102c2afd8eb83

**File Name:**   Son_HDD1_8TB.GEO

**Partial Hash:** 8b85df5e4b1a19afbf6c8319291660fc

**File Name:**   Son_HDD1_8TB.GEP

**Partial Hash:** 0e5cff80cc313d3742b27f1dee055eaa

**File Name:**   Son_HDD1_8TB.GEQ

**Partial Hash:** 60613a471f4f42cdc9ee5ced10ca097c

**File Name:**   Son_HDD1_8TB.GER

**Partial Hash:** 517e2e9dc8d8e354fd21be68b47c2fc7

**File Name:**   Son_HDD1_8TB.GES

**Partial Hash:** 8d6d968ca05b938a1dac3aea06bd7d66

**File Name:**   Son_HDD1_8TB.GET

**Partial Hash:** 2275ad40e7b9c075d78b58f1fe5dacbe

**File Name:**   Son_HDD1_8TB.GEU

**Partial Hash:** 6def0ad31d217913027327fa42f70d09

**File Name:**   Son_HDD1_8TB.GEV

**Partial Hash:** 5223f4b7e0eddf23eb40638ae68271ae

**File Name:**   Son_HDD1_8TB.GEW

**Partial Hash:** 8f9e5c596ae1c36864e866d5083aabb6

**File Name:**   Son_HDD1_8TB.GEX

**Partial Hash:** 29bc537ff0aba9334c45df4fe21d5a73

**File Name:**   Son_HDD1_8TB.GEY

**Partial Hash:** 18758f4cd9f2c9d3d3bac8cb08fef9c1

**File Name:**   Son_HDD1_8TB.GEZ

**Partial Hash:** 4ed782d06e1f62b2b58034fdfd5b9ac3

**File Name:**   Son_HDD1_8TB.GFA

**Partial Hash:** 445438e7e0a1b6d982e0188a724b0fbe

**File Name:**   Son_HDD1_8TB.GFB

**Partial Hash:** 33534b5a774affbfc0865e8802afe877

**File Name:**   Son_HDD1_8TB.GFC

**Partial Hash:** 72beb862ce88f43b554389dc4420e95f

**File Name:**   Son_HDD1_8TB.GFD

**Partial Hash:** de01a987a3bdac438feb3d8275f4e317

**File Name:**   Son_HDD1_8TB.GFE

**Partial Hash:** aa9539524031f201439aee0e421acc13

**File Name:**   Son_HDD1_8TB.GFF

**Partial Hash:** 721549a1a78e84c76f39c41bb1360b2c

**File Name:**   Son_HDD1_8TB.GFG

**Partial Hash:** 8159dc5f4c17dffc5d5b2ebf23ce8528

**File Name:**   Son_HDD1_8TB.GFH

**Partial Hash:** f2dc70cfdb7f74037e80e817d75eabba

**File Name:**   Son_HDD1_8TB.GFI

**Partial Hash:** 5c4a04079371b0d350cdcd6253958fae

**File Name:**   Son_HDD1_8TB.GFJ

**Partial Hash:** 701eed21ed701ad24b9b3fe4342e088f

**File Name:**   Son_HDD1_8TB.GFK

**Partial Hash:** 2aa37fbb6cf116d9f511400af386b7d6

**File Name:**   Son_HDD1_8TB.GFL

**Partial Hash:** b21b3bdb4d2c32dc2ce09a27f90ef893

**File Name:**   Son_HDD1_8TB.GFM

**Partial Hash:** 726300c178ff6e1e3c2ba237d4f70a42

**File Name:**   Son_HDD1_8TB.GFN

**Partial Hash:** a2cc2229d365ff9a9dcdd3762726e91e

**File Name:**   Son_HDD1_8TB.GFO

**Partial Hash:** eebd6bcd0bb1a9066601b0ec60df7c77

**File Name:**   Son_HDD1_8TB.GFP

**Partial Hash:** 5f9c3a8142bf91092a61068c919992fe

**File Name:**   Son_HDD1_8TB.GFQ

**Partial Hash:** 267e9ed905d51cbb1c4b57375e52f468

**File Name:**   Son_HDD1_8TB.GFR

**Partial Hash:** 67407c780f3a98dab393291344bd8cf8

**File Name:**   Son_HDD1_8TB.GFS

**Partial Hash:** b8993005898f4564f149321247df954e

**File Name:**   Son_HDD1_8TB.GFT

**Partial Hash:** 8f389c1568b50c1bbde0e6e56c2ecb8b

**File Name:**   Son_HDD1_8TB.GFU

**Partial Hash:** b9716d2bd47246d6e4bbedbf4b6eeb5c

**File Name:**   Son_HDD1_8TB.GFV

**Partial Hash:** 3bc9916f46d4fb01d45ef10a0129faa0

**File Name:**   Son_HDD1_8TB.GFW

**Partial Hash:** 48d03fda59c85d04e6e1c80329d74d8b

**File Name:**   Son_HDD1_8TB.GFX

**Partial Hash:** 7556d0a2ce3451a33fbdf804f6f8608e

**File Name:**   Son_HDD1_8TB.GFY

**Partial Hash:** b3bb8f8fa26b948f0c331faa4eb50c94

**File Name:**   Son_HDD1_8TB.GFZ

**Partial Hash:** eeb2e163613f98013b6550dc8adf977b

**File Name:**   Son_HDD1_8TB.GGA

**Partial Hash:** c4ae82296df51dfa9819f1e768b3130a

**File Name:**   Son_HDD1_8TB.GGB

**Partial Hash:** 5b1e1e69e18ba1640a2ced5d784ee28a

**File Name:**   Son_HDD1_8TB.GGC

**Partial Hash:** 2eef537ac08c3fa6a0563ad0cfce3618

**File Name:**   Son_HDD1_8TB.GGD

**Partial Hash:** 6eac8a460e43eec2a11c7e852b0eeaec

**File Name:**   Son_HDD1_8TB.GGE

**Partial Hash:** 6674a4417405f90deea40e58be1d4c7d

**File Name:**   Son_HDD1_8TB.GGF

**Partial Hash:** 2e90261d9517a3f6314005495c8858f3

**File Name:**   Son_HDD1_8TB.GGG

**Partial Hash:** e33b41b45ea9a920c73d68e73d8c9d7e

**File Name:**   Son_HDD1_8TB.GGH

**Partial Hash:** ea3b74b6d0d1b6cd8475cbdd5c606794

**File Name:**   Son_HDD1_8TB.GGI

**Partial Hash:** d57213577a6e1bf7a2a089861f08edd8

**File Name:**   Son_HDD1_8TB.GGJ

**Partial Hash:** 0f0b93322507078708c7bb1d62ca4847

**File Name:**   Son_HDD1_8TB.GGK

**Partial Hash:** 2c72fb9e33ad86dfe88850853a61f659

**File Name:**   Son_HDD1_8TB.GGL

**Partial Hash:** 5cda302e925e77bf3a030d3ae9433753

**File Name:**   Son_HDD1_8TB.GGM
**Partial Hash:** 00437f8f6a90753c2f009adbf2c38f8d
**File Name:**   Son_HDD1_8TB.GGN
**Partial Hash:** 6cc410aebfa3fe5d9d12b5d97fa2b773
**File Name:**   Son_HDD1_8TB.GGO
**Partial Hash:** 23739fc026b2c26ac563c8be79e907be
**File Name:**   Son_HDD1_8TB.GGP
**Partial Hash:** e9d9b4692f5c993acf83424928d32a7f
**File Name:**   Son_HDD1_8TB.GGQ
**Partial Hash:** 7e31187f819ebf6aa7139fe13c720237
**File Name:**   Son_HDD1_8TB.GGR
**Partial Hash:** 5c1061a359d567b0e5e810745f34d1fc
**File Name:**   Son_HDD1_8TB.GGS
**Partial Hash:** 2330de07f79db3c83a77225a54d6b380
**File Name:**   Son_HDD1_8TB.GGT
**Partial Hash:** 88b40343bdadd0370e8948ea0cc18932
**File Name:**   Son_HDD1_8TB.GGU
**Partial Hash:** e855b4c2b8d52ab6f40d914dbf49e3e7
**File Name:**   Son_HDD1_8TB.GGV
**Partial Hash:** 0dcc33d54d7f9f670661e4b1a6b2d364
**File Name:**   Son_HDD1_8TB.GGW
**Partial Hash:** c8bad6f2d94e7b0d70e3ed056bfbfb46
**File Name:**   Son_HDD1_8TB.GGX
**Partial Hash:** 47c15760b0d29ced2e6f6eda10e11c53
**File Name:**   Son_HDD1_8TB.GGY
**Partial Hash:** 0c00b60d3bea4ab440605125da1a883e
**File Name:**   Son_HDD1_8TB.GGZ
**Partial Hash:** 7517ab272908ac88bd08fdc2f5973337
**File Name:**   Son_HDD1_8TB.GHA
**Partial Hash:** 0a5cbb32bb0ff5711304330617a860de
**File Name:**   Son_HDD1_8TB.GHB
**Partial Hash:** 2b14db865764be6a628144e62413a6eb
**File Name:**   Son_HDD1_8TB.GHC
**Partial Hash:** 73448cc6738d5861dfbd6d3ee474a1db
**File Name:**   Son_HDD1_8TB.GHD
**Partial Hash:** b16ebec213cbf72332d04218ba948e69
**File Name:**   Son_HDD1_8TB.GHE
**Partial Hash:** 37b02eb6ec3f76cda3d4caa9e422da47
**File Name:**   Son_HDD1_8TB.GHF
**Partial Hash:** a8e3c0533ac925cd65d89192992f5e06
**File Name:**   Son_HDD1_8TB.GHG
**Partial Hash:** 73366b6b2b7806022c40a3b483fb9e9c
**File Name:**   Son_HDD1_8TB.GHH
**Partial Hash:** f43e03ebc4cc745d92ceb29ecd89fc0b
**File Name:**   Son_HDD1_8TB.GHI
**Partial Hash:** e7460afad881d9d9b0c49d627ac648ee
**File Name:**   Son_HDD1_8TB.GHJ
**Partial Hash:** cd842aac2114a02cccf77bc6890e8328
**File Name:**   Son_HDD1_8TB.GHK
**Partial Hash:** 832f65c849e93f776d4f88a7160e54d7
**File Name:**   Son_HDD1_8TB.GHL
**Partial Hash:** 6fc3b392a2670d66027746bdd10857a2
**File Name:**   Son_HDD1_8TB.GHM

**Partial Hash:** b51d67baf4b8a5d6da46fb05942c6f96

**File Name:**   Son_HDD1_8TB.GHN

**Partial Hash:** 9005f99b83e9e4c5ed2a76c39c87d942

**File Name:**   Son_HDD1_8TB.GHO

**Partial Hash:** 59df2adfee13cbaebcd975e0abe447d0

**File Name:**   Son_HDD1_8TB.GHP

**Partial Hash:** 2d57d4ad0e779862ce435dbb8f6e6b17

**File Name:**   Son_HDD1_8TB.GHQ

**Partial Hash:** c496188fe810017df8b1b42307175c91

**File Name:**   Son_HDD1_8TB.GHR

**Partial Hash:** 5c2458e3b2dc064c267e215a6c13acee

**File Name:**   Son_HDD1_8TB.GHS

**Partial Hash:** ec9ef55b820e0b3bf0889acb84bb0fbc

**File Name:**   Son_HDD1_8TB.GHT

**Partial Hash:** 1b27c6843de2c06be047f59a126ce6d0

**File Name:**   Son_HDD1_8TB.GHU

**Partial Hash:** 4177332069f7467db400aef7fae92840

**File Name:**   Son_HDD1_8TB.GHV

**Partial Hash:** 79126847fe29ba4541eafba7db79b150

**File Name:**   Son_HDD1_8TB.GHW

**Partial Hash:** 503d579a9c876b1489dfb70300ba81da

**File Name:**   Son_HDD1_8TB.GHX

**Partial Hash:** cd8545fe5c480d333b3021e617918f4b

**File Name:**   Son_HDD1_8TB.GHY

**Partial Hash:** 8ee550ab79a5391fdd57fedbaa7a4132

**File Name:**   Son_HDD1_8TB.GHZ

**Partial Hash:** 426d183977be5e9db23d661d45ceb38f

**File Name:**   Son_HDD1_8TB.GIA

**Partial Hash:** 28f560124a6c3f54626ef98a371788cf

**File Name:**   Son_HDD1_8TB.GIB

**Partial Hash:** bad5cc4a24ae2c8a80fdd9b25b7395bb

**File Name:**   Son_HDD1_8TB.GIC

**Partial Hash:** 77ea663961cc769e94856f318253f8a5

**File Name:**   Son_HDD1_8TB.GID

**Partial Hash:** 6aa1fee5d6732c6e78a95df652d50a38

**File Name:**   Son_HDD1_8TB.GIE

**Partial Hash:** c98eda219085a33601e8534fc7ce788c

**File Name:**   Son_HDD1_8TB.GIF

**Partial Hash:** 3182a927175c04893644cc3f83ea8f92

**File Name:**   Son_HDD1_8TB.GIG

**Partial Hash:** 88284acc135da97b639589542e2f56df

**File Name:**   Son_HDD1_8TB.GIH

**Partial Hash:** b500f717894efe4cad5bd3d963d80789

**File Name:**   Son_HDD1_8TB.GII

**Partial Hash:** 77dc077a11d43d0ba1256c85a706a444

**File Name:**   Son_HDD1_8TB.GIJ

**Partial Hash:** 7bbf162aaca12348cf28573bd27b0dab

**File Name:**   Son_HDD1_8TB.GIK

**Partial Hash:** 61af2c3ec34c4bba20bb8649e21c9699

**File Name:**   Son_HDD1_8TB.GIL

**Partial Hash:** 771d2ef4412b1a88f0c3b2f92bbcd790

**File Name:**   Son_HDD1_8TB.GIM

**Partial Hash:** c9d13e80db798ef43960ffe422d1031a

**File Name:**   Son_HDD1_8TB.GIN

**Partial Hash:** 27906d1a2758abb470dc6855eb564c5e

**File Name:**   Son_HDD1_8TB.GIO

**Partial Hash:** 31c77881cb52c7f5341522b6d9e2771e

**File Name:**   Son_HDD1_8TB.GIP

**Partial Hash:** dda55a1a7ddf9b3c279170fd50618ba6

**File Name:**   Son_HDD1_8TB.GIQ

**Partial Hash:** ab2c25cea46df07a859bd322465a7498

**File Name:**   Son_HDD1_8TB.GIR

**Partial Hash:** 6691db0ab7bac52d0ef0b51535ef8d7e

**File Name:**   Son_HDD1_8TB.GIS

**Partial Hash:** b8a5a8dbdd8aea555756b061aa615017

**File Name:**   Son_HDD1_8TB.GIT

**Partial Hash:** 8b20e8dea14063c15ccf9cf656709216

**File Name:**   Son_HDD1_8TB.GIU

**Partial Hash:** fc2c34fc76c09895e58c1930242eba0a

**File Name:**   Son_HDD1_8TB.GIV

**Partial Hash:** 4f5697c71400424f5c01687de1ab5c63

**File Name:**   Son_HDD1_8TB.GIW

**Partial Hash:** 8c34190349bd487d2dd515db36f9ed7f

**File Name:**   Son_HDD1_8TB.GIX

**Partial Hash:** c65384efaaff0db28f9e5ab8788c21f7

**File Name:**   Son_HDD1_8TB.GIY

**Partial Hash:** 6613e800df3ed436e1c8269a2de4f0f9

**File Name:**   Son_HDD1_8TB.GIZ

**Partial Hash:** 14b9fd4699a669eb2a3284413d4717e7

**File Name:**   Son_HDD1_8TB.GJA

**Partial Hash:** 996555dc465619b2a9f1cdd33965b27b

**File Name:**   Son_HDD1_8TB.GJB

**Partial Hash:** 159cf505c1e4f41207a0fb701051bf77

**File Name:**   Son_HDD1_8TB.GJC

**Partial Hash:** f61f03ee1b280bf9ebb107cd9612da65

**File Name:**   Son_HDD1_8TB.GJD

**Partial Hash:** a8d76d0e8414898cb55f6250e86b36ae

**File Name:**   Son_HDD1_8TB.GJE

**Partial Hash:** 08d4a2a60f47a90b62940b0af7f23543

**File Name:**   Son_HDD1_8TB.GJF

**Partial Hash:** 8b79b092da14eadb3f44f2c2dd6f02b2

**File Name:**   Son_HDD1_8TB.GJG

**Partial Hash:** 6472a7498337a538ace9070efee9a7ed

**File Name:**   Son_HDD1_8TB.GJH

**Partial Hash:** aadf24d72beb439a5a251ce47c3bfa32

**File Name:**   Son_HDD1_8TB.GJI

**Partial Hash:** d278ce23589d1f2ba4f69abcecd25e96

**File Name:**   Son_HDD1_8TB.GJJ

**Partial Hash:** 75bf95b42ba8d8b0d285e93d303e2532

**File Name:**   Son_HDD1_8TB.GJK

**Partial Hash:** c8120ed492d5c795b44710a491c37149

**File Name:**   Son_HDD1_8TB.GJL

**Partial Hash:** 04a83de17d5794dec375bf65da8aef65

**File Name:**   Son_HDD1_8TB.GJM

**Partial Hash:** dd579146d26c63070f52ab525f669e85

**File Name:**   Son_HDD1_8TB.GJN

**Partial Hash:** cc74a3bfc95537406fcc2d1a99d594b2

**File Name:**   Son_HDD1_8TB.GJO

**Partial Hash:** 9a9c7c71f9a0e20fef1e8e5d7e585b17

**File Name:**   Son_HDD1_8TB.GJP

**Partial Hash:** 7317d1c276d9e7db105b40d6f862c373

**File Name:**   Son_HDD1_8TB.GJQ

**Partial Hash:** efaa5ccb65b5f1062cca5adb87e656fb

**File Name:**   Son_HDD1_8TB.GJR

**Partial Hash:** e866cb02c34589a66f23cb2d077dd077

**File Name:**   Son_HDD1_8TB.GJS

**Partial Hash:** 47dab7347ba1d8efc8f2aacf1b1120ac

**File Name:**   Son_HDD1_8TB.GJT

**Partial Hash:** d088b12fc42fe87035c9bd051de602e7

**File Name:**   Son_HDD1_8TB.GJU

**Partial Hash:** 77e719dd293a786efdae5193aa41b972

**File Name:**   Son_HDD1_8TB.GJV

**Partial Hash:** 27aec5f562079410acd51eb3be2d1b2c

**File Name:**   Son_HDD1_8TB.GJW

**Partial Hash:** c6e7ce1654848ba206dfdbd2b7d8702b

**File Name:**   Son_HDD1_8TB.GJX

**Partial Hash:** eb669e95377b5bea15905df9670b3b96

**File Name:**   Son_HDD1_8TB.GJY

**Partial Hash:** d9099eb25ac729b7fb742c4e2860312d

**File Name:**   Son_HDD1_8TB.GJZ

**Partial Hash:** f5af83c18750921a7a6a5283b1737bc1

**File Name:**   Son_HDD1_8TB.GKA

**Partial Hash:** 709b737fe82c4fbd160afcc037a1a262

**File Name:**   Son_HDD1_8TB.GKB

**Partial Hash:** 2669a1263db8d9d89481ff22e8e20fce

**File Name:**   Son_HDD1_8TB.GKC

**Partial Hash:** a5d655b736f1844e0de0aac3ee31e817

**File Name:**   Son_HDD1_8TB.GKD

**Partial Hash:** a86a34e9eaaf20295d495ec54ac4df4f

**File Name:**   Son_HDD1_8TB.GKE

**Partial Hash:** 9297b5dc5122c4f8aa19dc0d62be027e

**File Name:**   Son_HDD1_8TB.GKF

**Partial Hash:** 2ff51e1b3a8c891d6f908465935a401c

**File Name:**   Son_HDD1_8TB.GKG

**Partial Hash:** 24142e2bba0869b70e2e957f48f7e4b3

**File Name:**   Son_HDD1_8TB.GKH

**Partial Hash:** ce08fde0501f0932e95eccb37bfe6cbe

**File Name:**   Son_HDD1_8TB.GKI

**Partial Hash:** cf5b38e270efe3c35643670c6e063132

**File Name:**   Son_HDD1_8TB.GKJ

**Partial Hash:** 9966e184ac4c2d6f56360c883f04d995

**File Name:**   Son_HDD1_8TB.GKK

**Partial Hash:** c575b6e9435ad193cbee30c15954542d

**File Name:**   Son_HDD1_8TB.GKL

**Partial Hash:** 3907660b77174987e6acf85a35cc9e1e

**File Name:**   Son_HDD1_8TB.GKM

**Partial Hash:** 0cf5768a52ecc0eec2cf549ff27461dd

**File Name:**   Son_HDD1_8TB.GKN

**Partial Hash:** 79e5ebd430ac548f6e4d9be954d13f9b

**File Name:**   Son_HDD1_8TB.GKO

**Partial Hash:** df9dbd677fbe8af1d4da0d7c9aea5447

**File Name:**   Son_HDD1_8TB.GKP

**Partial Hash:** 1f8e32c80956d15af0a1834fe011e673

**File Name:**   Son_HDD1_8TB.GKQ

**Partial Hash:** 2fa1d1c41150ec451f26dc3d99c24b26

**File Name:**   Son_HDD1_8TB.GKR

**Partial Hash:** 949c2a3420c74826dcb47aeaea9d06fd

**File Name:**   Son_HDD1_8TB.GKS

**Partial Hash:** 95593b2a7c148f8acb69867be2663c4e

**File Name:**   Son_HDD1_8TB.GKT

**Partial Hash:** 1687f9c1c3fe48be4dd16c28534f1c34

**File Name:**   Son_HDD1_8TB.GKU

**Partial Hash:** f21483dd1231f290d4693d30f7680969

**File Name:**   Son_HDD1_8TB.GKV

**Partial Hash:** 64fdf351c38a9345fffbb81b36dfb67e

**File Name:**   Son_HDD1_8TB.GKW

**Partial Hash:** 25a200161c06ef5ef89d97c2eb89a068

**File Name:**   Son_HDD1_8TB.GKX

**Partial Hash:** 6aadd00008d9a3253ebebf08b778b036

**File Name:**   Son_HDD1_8TB.GKY

**Partial Hash:** c21c882586c1c759750ce0e2b98ca428

**File Name:**   Son_HDD1_8TB.GKZ

**Partial Hash:** 94cc6149bacfa95005523323121eef84

**File Name:**   Son_HDD1_8TB.GLA

**Partial Hash:** 6801cc8803d2df9721d1cffc96b06fdf

**File Name:**   Son_HDD1_8TB.GLB

**Partial Hash:** e5dd7fc3deaef4b4b82a7a73d81e6f80

**File Name:**   Son_HDD1_8TB.GLC

**Partial Hash:** 13f2e6d287a7a8320876197a97037510

**File Name:**   Son_HDD1_8TB.GLD

**Partial Hash:** 81e9960dec77bd5f90d4289fb2232623

**File Name:**   Son_HDD1_8TB.GLE

**Partial Hash:** 7e6afc8ef217829b50b241681d6d884a

**File Name:**   Son_HDD1_8TB.GLF

**Partial Hash:** d232a0896680a95e1cec7e5d0b998a6a

**File Name:**   Son_HDD1_8TB.GLG

**Partial Hash:** cbf6f9160fdd16c976668e0734cf10c0

**File Name:**   Son_HDD1_8TB.GLH

**Partial Hash:** c23ef48ee2f670039353aaefa888ec6c

**File Name:**   Son_HDD1_8TB.GLI

**Partial Hash:** e911f443992cb1927ae88550bc99afe1

**File Name:**   Son_HDD1_8TB.GLJ

**Partial Hash:** 427d0b63bace03c8512f6ad61fddd4b9

**File Name:**   Son_HDD1_8TB.GLK

**Partial Hash:** 6df04f4afea2872d8a059ee5646c7eba

**File Name:**   Son_HDD1_8TB.GLL

**Partial Hash:** 859b24e48bb9c69c72a0e2ea224230a2

**File Name:**   Son_HDD1_8TB.GLM

**Partial Hash:** 7423a5e0048de3b7ca2b94bad3498a09

**File Name:**   Son_HDD1_8TB.GLN

**Partial Hash:** 88b5c8c8bb2ab93d8749ed323fc46b44

**File Name:**   Son_HDD1_8TB.GLO

**Partial Hash:** 28149b1d341caaef69a6eb7adfbc217e

**File Name:**   Son_HDD1_8TB.GLP

**Partial Hash:** 33a86d3e565b27cd1b7ff193855a086f

**File Name:**   Son_HDD1_8TB.GLQ

**Partial Hash:** 26a7d0b315be39d031da435ee5bf9c76

**File Name:**   Son_HDD1_8TB.GLR

**Partial Hash:** 4505634726fe2cfca2eb07614bcffd62

**File Name:**   Son_HDD1_8TB.GLS

**Partial Hash:** 987ddbb66973a3974541051142c2ccb5

**File Name:**   Son_HDD1_8TB.GLT

**Partial Hash:** 9c769185cc8207ec5ab70da555d970e2

**File Name:**   Son_HDD1_8TB.GLU

**Partial Hash:** a60be22bcec83f09edcfc9cb97cadadb

**File Name:**   Son_HDD1_8TB.GLV

**Partial Hash:** 394755224f25aae678847146152d82a6

**File Name:**   Son_HDD1_8TB.GLW

**Partial Hash:** 944a6e03a46e258049273de94287ea11

**File Name:**   Son_HDD1_8TB.GLX

**Partial Hash:** b41e5063c827b0d640e8610c4d22c558

**File Name:**   Son_HDD1_8TB.GLY

**Partial Hash:** 330011315631a7f889ab5d72eb7111ed

**File Name:**   Son_HDD1_8TB.GLZ

**Partial Hash:** 59ad133e42cd6fe2fd9270a502ea154c

**File Name:**   Son_HDD1_8TB.GMA

**Partial Hash:** 625ea3528ae7cda0968f131d45bd0212

**File Name:**   Son_HDD1_8TB.GMB

**Partial Hash:** 8ee3de025c7178dd479cda57e3799950

**File Name:**   Son_HDD1_8TB.GMC

**Partial Hash:** 9c328793f0028a449cdc08a83481bdf7

**File Name:**   Son_HDD1_8TB.GMD

**Partial Hash:** f564211e0a183146addb70ccbdf3aaa5

**File Name:**   Son_HDD1_8TB.GME

**Partial Hash:** 3823f2f1dc96936b3b9298b13391a78a

**File Name:**   Son_HDD1_8TB.GMF

**Partial Hash:** 69acb9f1e18538d0b0913a8657c9af4c

**File Name:**   Son_HDD1_8TB.GMG

**Partial Hash:** 671c4471b4a2ea1cbadcd20845eb17d9

**File Name:**   Son_HDD1_8TB.GMH

**Partial Hash:** 97933781c5d4f1be9fbba93e210c3f6c

**File Name:**   Son_HDD1_8TB.GMI

**Partial Hash:** 019e76176aedf20828e52a5f353550c2

**File Name:**   Son_HDD1_8TB.GMJ

**Partial Hash:** 7444d7c9793ad59d77817337d3866521

**File Name:**   Son_HDD1_8TB.GMK

**Partial Hash:** ec52b2291026a200102fe9dfa97c1864

**File Name:**   Son_HDD1_8TB.GML

**Partial Hash:** fa4b634c98bd4c87ba50a42a2d47bb99

**File Name:**   Son_HDD1_8TB.GMM

**Partial Hash:** 589e3b34fae8aa61462e8e201c713eab

**File Name:**   Son_HDD1_8TB.GMN

**Partial Hash:** 8c50bf1b8a4eff15c8df23de022ee538

**File Name:**   Son_HDD1_8TB.GMO

**Partial Hash:** 50c9d4015a3b04449446a32072c26cf5

**File Name:**   Son_HDD1_8TB.GMP

**Partial Hash:** 6ed2fe7e6ede3ba1a2429c34a8d2fea7

**File Name:**   Son_HDD1_8TB.GMQ

**Partial Hash:** a4ef84546498a86f5c552f9287a00c36

**File Name:**   Son_HDD1_8TB.GMR

**Partial Hash:** d7ff5303ad1001d60a954445bd6fa8cb

**File Name:**   Son_HDD1_8TB.GMS

**Partial Hash:** 50457bbf79391904eca9b0bdd06c9875

**File Name:**   Son_HDD1_8TB.GMT

**Partial Hash:** 11cc4144eee247f32a6a89231ffb41d2

**File Name:**   Son_HDD1_8TB.GMU

**Partial Hash:** f79b9da1b1981344272aac2140b9346d

**File Name:**   Son_HDD1_8TB.GMV

**Partial Hash:** 04c60c0e4eccd0d9ce40e18e28c82be5

**File Name:**   Son_HDD1_8TB.GMW

**Partial Hash:** 1aa4ab9802befa94c744b4ceb3c910bc

**File Name:**   Son_HDD1_8TB.GMX

**Partial Hash:** 00709fc31b610750a3639c4518cd6792

**File Name:**   Son_HDD1_8TB.GMY

**Partial Hash:** 4f7658e2ff885e6432d20b796012bf40

**File Name:**   Son_HDD1_8TB.GMZ

**Partial Hash:** 411ed2f35f6ebafc21c9473d86479cfb

**File Name:**   Son_HDD1_8TB.GNA

**Partial Hash:** 3b1526dae34db75d6b9af9f51a299b00

**File Name:**   Son_HDD1_8TB.GNB

**Partial Hash:** 5cf149a639c3b78ffed691c34f0af526

**File Name:**   Son_HDD1_8TB.GNC

**Partial Hash:** 570a8c22829b498864ecfb9b5f2d905b

**File Name:**   Son_HDD1_8TB.GND

**Partial Hash:** f7e2fcfcb80db30d61fd0514d53d121e

**File Name:**   Son_HDD1_8TB.GNE

**Partial Hash:** f4c45ac76589a1531f2a3335131946d9

**File Name:**   Son_HDD1_8TB.GNF

**Partial Hash:** 55fe4766474ab41de297771f1e39f913

**File Name:**   Son_HDD1_8TB.GNG

**Partial Hash:** 9d4a1f78cf954739169f82e5c25beb68

**File Name:**   Son_HDD1_8TB.GNH

**Partial Hash:** 995296537963a078a7c86aa0cbeac422

**File Name:**   Son_HDD1_8TB.GNI

**Partial Hash:** 2f70510faf65b81c0d96e5e0e753d481

**File Name:**   Son_HDD1_8TB.GNJ

**Partial Hash:** c97234416650362d42727116fc6ca66e

**File Name:**   Son_HDD1_8TB.GNK

**Partial Hash:** 2806085c65893208f1fc5eaa70e5ad95

**File Name:**   Son_HDD1_8TB.GNL

**Partial Hash:** 95d79263052b55ff9151c903ae7fd034

**File Name:**   Son_HDD1_8TB.GNM

**Partial Hash:** b962d51d142307a882c5c567e4f7d570

**File Name:**   Son_HDD1_8TB.GNN

**Partial Hash:** 9fcd859dc0ae0917f727e1d2990d60be

**File Name:**   Son_HDD1_8TB.GNO

**Partial Hash:** db67b3a60bcde70b8d6d7aa9e26d5945

**File Name:**   Son_HDD1_8TB.GNP

**Partial Hash:** 8f78be4d55b6a892839b7fd0687153e8

**File Name:**   Son_HDD1_8TB.GNQ

**Partial Hash:** 99645ce90443591b8c9d924a38a6c7b7

**File Name:**   Son_HDD1_8TB.GNR

**Partial Hash:** 7d5f12826aefc5f1b28253d0689a9d53

**File Name:**   Son_HDD1_8TB.GNS

**Partial Hash:** b18cfb871bd01dfc598722a696fa478d

**File Name:**   Son_HDD1_8TB.GNT

**Partial Hash:** 1e8b347eeaa17c55adf94dfe41381aed

**File Name:**   Son_HDD1_8TB.GNU

**Partial Hash:** ece9b093b485ae5b6f1262576e6c275c

**File Name:**   Son_HDD1_8TB.GNV

**Partial Hash:** 9bae8164fbc2a73a8d0bce2a14f252ee

**File Name:**   Son_HDD1_8TB.GNW

**Partial Hash:** 29711f04ecee48b06ff3dbe1118f9d39

**File Name:**   Son_HDD1_8TB.GNX

**Partial Hash:** c19c33ef486d3eabcbcdb447b6a97707

**File Name:**   Son_HDD1_8TB.GNY

**Partial Hash:** 0fa3fa1cfa463510c00edad566bca063

**File Name:**   Son_HDD1_8TB.GNZ

**Partial Hash:** e6dd56d16130f14b68729c96eb788ad6

**File Name:**   Son_HDD1_8TB.GOA

**Partial Hash:** 5163f283294bca4612eb7154065515e4

**File Name:**   Son_HDD1_8TB.GOB

**Partial Hash:** 78b5c12e5c46f38fd4e85ac1eb6ac95a

**File Name:**   Son_HDD1_8TB.GOC

**Partial Hash:** cfc040d10bd3ccea28c07f8eb4cd0c77

**File Name:**   Son_HDD1_8TB.GOD

**Partial Hash:** 4453ff248f6586d624a02113a9ea8512

**File Name:**   Son_HDD1_8TB.GOE

**Partial Hash:** 6926c778f7777575a19f5eca70c64990

**File Name:**   Son_HDD1_8TB.GOF

**Partial Hash:** 2ae75189d516a652c6d28eb892ed4d25

**File Name:**   Son_HDD1_8TB.GOG

**Partial Hash:** 5b1c4d717db255c7b8abe105c8957540

**File Name:**   Son_HDD1_8TB.GOH

**Partial Hash:** 96782260c3a328d49fe6dfb486dd7ed1

**File Name:**   Son_HDD1_8TB.GOI

**Partial Hash:** 102a1de337f0f1755d44f53f6b76ca0d

**File Name:**   Son_HDD1_8TB.GOJ

**Partial Hash:** da7bd117084a51f36742e6559652ba7f

**File Name:**   Son_HDD1_8TB.GOK

**Partial Hash:** 165b309bfdb89d45c5f23eda0b6f0d85

**File Name:**   Son_HDD1_8TB.GOL

**Partial Hash:** 96b0c57ac6b0516312302ffb069c06f6

**File Name:**   Son_HDD1_8TB.GOM

**Partial Hash:** 782b915e9ef538c94dc0d4f1acb4c51a

**File Name:**   Son_HDD1_8TB.GON

**Partial Hash:** 3bea45f86b7f8c719b19a160e3ebed6c

**File Name:**   Son_HDD1_8TB.GOO

**Partial Hash:** 5d65264bc49ac2801c5db811788e0aad

**File Name:**   Son_HDD1_8TB.GOP

**Partial Hash:** f6507a4c9fef4d441038f6b7e7539b8e

**File Name:**   Son_HDD1_8TB.GOQ

**Partial Hash:** 3308f146cffe5c575baf3933eedb61c0

**File Name:**   Son_HDD1_8TB.GOR

**Partial Hash:** bcb84b436aeb3478477a98a082cbefeb

**File Name:**   Son_HDD1_8TB.GOS

**Partial Hash:** 61c1ccfcd9ef8ec33ff002fc7e541b1b

**File Name:**   Son_HDD1_8TB.GOT

**Partial Hash:** d0e7befba0637aad00d494db1ad217aa

**File Name:**   Son_HDD1_8TB.GOU

**Partial Hash:** 1876e5c343407433ec46af83612de885

**File Name:**   Son_HDD1_8TB.GOV

**Partial Hash:** 5869e3cff79b58154f23cb2691248b26

**File Name:**   Son_HDD1_8TB.GOW

**Partial Hash:** 364dcff1d836570263e077cb880c40a8

**File Name:**   Son_HDD1_8TB.GOX

**Partial Hash:** 48bea71f9c7aec6a155e286b3650a745

**File Name:**   Son_HDD1_8TB.GOY

**Partial Hash:** b0fc957ecbb1c6a42fe79ea9da1e261f

**File Name:**   Son_HDD1_8TB.GOZ

**Partial Hash:** 49c5987d6a50a400bb71806d75de2b74

**File Name:**   Son_HDD1_8TB.GPA

**Partial Hash:** 9927afcca31f2b810463f17e358de778

**File Name:**   Son_HDD1_8TB.GPB

**Partial Hash:** 12da10fd5d2b71dd0d67500e677bce5b

**File Name:**   Son_HDD1_8TB.GPC

**Partial Hash:** e56ca3708306e65d5148425d66fb1b41

**File Name:**   Son_HDD1_8TB.GPD

**Partial Hash:** 9a4892e57acfa07ff807eca9bd6ebe56

**File Name:**   Son_HDD1_8TB.GPE

**Partial Hash:** 1ccda308323805d6a149e40a7b786943

**File Name:**   Son_HDD1_8TB.GPF

**Partial Hash:** 192d77b0e0e185ad8ce679b3c2b56561

**File Name:**   Son_HDD1_8TB.GPG

**Partial Hash:** 1583dd50e1ffcdfe0b5fe2642931be68

**File Name:**   Son_HDD1_8TB.GPH

**Partial Hash:** 8c466ff8b4e3af06cc114b89cbcc917f

**File Name:**   Son_HDD1_8TB.GPI

**Partial Hash:** 05f23cef2218b18cc379d72ea3751b08

**File Name:**   Son_HDD1_8TB.GPJ

**Partial Hash:** 8a39384d7987dea7c7b0ab0ddb447458

**File Name:**   Son_HDD1_8TB.GPK

**Partial Hash:** 18a04d6827ec544cefdaa2e2eb5c72a2

**File Name:**   Son_HDD1_8TB.GPL

**Partial Hash:** 0a5ef2b62c4b68d60030e22979f6aa84

**File Name:**   Son_HDD1_8TB.GPM

**Partial Hash:** 468cd7cfcc0cad12b5946502b297b38b

**File Name:**   Son_HDD1_8TB.GPN

**Partial Hash:** 6c48c01cae2e40625105720ebe8c6d95

**File Name:**   Son_HDD1_8TB.GPO

**Partial Hash:** 633c43454ae312a0fa5547346210013a

**File Name:**   Son_HDD1_8TB.GPP

**Partial Hash:** 46da0b536800e2af002bf8a416b1f77a

**File Name:**   Son_HDD1_8TB.GPQ

**Partial Hash:** 805788f81fb01ebe90b813306fde2b92

**File Name:**   Son_HDD1_8TB.GPR

**Partial Hash:** 9202aa950b60342941a5d313678b3c02

**File Name:**   Son_HDD1_8TB.GPS

**Partial Hash:** 1bdd09c62891adbf4e794c7d11d6fef6

**File Name:**   Son_HDD1_8TB.GPT

**Partial Hash:** b91e91c3ab09e37a5da5b2b32334668e

**File Name:**   Son_HDD1_8TB.GPU

**Partial Hash:** 212d9bd56baebb2b3c808a8b63322007

**File Name:**   Son_HDD1_8TB.GPV

**Partial Hash:** c899314cdc5bba4d558bef9a190612cf

**File Name:**   Son_HDD1_8TB.GPW

**Partial Hash:** c0a8bae552e44d6bef24ee3ac004753a

**File Name:**   Son_HDD1_8TB.GPX

**Partial Hash:** 66f611a737049bc1550e16e62fcb4250

**File Name:**   Son_HDD1_8TB.GPY

**Partial Hash:** 976023565dbf547fea0e628181449fa3

**File Name:**   Son_HDD1_8TB.GPZ

**Partial Hash:** 88a39f6749466cda83c51f973db8e82e

**File Name:**   Son_HDD1_8TB.GQA

**Partial Hash:** e3cc4951985c07f2cf50d8d722e15ffb

**File Name:**   Son_HDD1_8TB.GQB

**Partial Hash:** b375287cc9601517d653021fcbf28f83

**File Name:**   Son_HDD1_8TB.GQC

**Partial Hash:** c97d7e9e16d4d6a49ecd95b6960ccdbc

**File Name:**   Son_HDD1_8TB.GQD

**Partial Hash:** cbbeb6aaf2631e06a2c538797a5f59de

**File Name:**   Son_HDD1_8TB.GQE

**Partial Hash:** a68c08fad70650e227f11a075fba70f8

**File Name:**   Son_HDD1_8TB.GQF

**Partial Hash:** 8a130f7b848f64acf62a539d157764bf

**File Name:**   Son_HDD1_8TB.GQG

**Partial Hash:** 1bbfca48895aa406629abe8755d088d4

**File Name:**   Son_HDD1_8TB.GQH

**Partial Hash:** 372a76b7e85898f3f625127ca33c16c9

**File Name:**   Son_HDD1_8TB.GQI

**Partial Hash:** 651d0dd7f3913dad8d7df68de8fd5409

**File Name:**   Son_HDD1_8TB.GQJ

**Partial Hash:** 5d26fb3bfdfd395ade017d10d12bb72f

**File Name:**   Son_HDD1_8TB.GQK

**Partial Hash:** 3968b8245945910c278a4117f6b605da

**File Name:**   Son_HDD1_8TB.GQL

**Partial Hash:** 7beec621505043ff791caeb3b0d986d8

**File Name:**   Son_HDD1_8TB.GQM

**Partial Hash:** 82c7387143e29ae2b03fb0c274e8db90

**File Name:**   Son_HDD1_8TB.GQN

**Partial Hash:** 9701a15afd7e266b20b83f24099a70a9

**File Name:**   Son_HDD1_8TB.GQO

**Partial Hash:** d54cbefbbf9d6ac4f985aa9d1bcaf725

**File Name:**   Son_HDD1_8TB.GQP

**Partial Hash:** e9192160bc37cce5612273ce1d4b51f5

**File Name:**   Son_HDD1_8TB.GQQ

**Partial Hash:** aaaf89222c668a4852fee838aafb08af

**File Name:**   Son_HDD1_8TB.GQR
**Partial Hash:** 6d135d81d20bcbf2134b2767dd37f748
**File Name:**   Son_HDD1_8TB.GQS
**Partial Hash:** 6660728b221cc12c3c50ce235e4f56e7
**File Name:**   Son_HDD1_8TB.GQT
**Partial Hash:** 6831cd5e177bde06b837476899349cdf
**File Name:**   Son_HDD1_8TB.GQU
**Partial Hash:** 1c1c4efbad6cee8c69259e2176924289
**File Name:**   Son_HDD1_8TB.GQV
**Partial Hash:** a27c79da8d8e0157a6a8e699c7edaaa0
**File Name:**   Son_HDD1_8TB.GQW
**Partial Hash:** 3df8a560745ee230e5cf77a84f9fbfcb
**File Name:**   Son_HDD1_8TB.GQX
**Partial Hash:** a1f6fa654a2cce1ae9947067951dae04
**File Name:**   Son_HDD1_8TB.GQY
**Partial Hash:** b72eb8b49907be5b5580c124a2b71b97
**File Name:**   Son_HDD1_8TB.GQZ
**Partial Hash:** 996593dc0b223866b4f8d3c39a105c14
**File Name:**   Son_HDD1_8TB.GRA
**Partial Hash:** 21db961244297f4645c7f32b74b6d1f6
**File Name:**   Son_HDD1_8TB.GRB
**Partial Hash:** 8e9fd2ec84e42a35fd327cc2d6706e8e
**File Name:**   Son_HDD1_8TB.GRC
**Partial Hash:** 850a66a66a564a32d39425274ada5ada
**File Name:**   Son_HDD1_8TB.GRD
**Partial Hash:** 06aeb5d3ff38659406d296105a79a0b2
**File Name:**   Son_HDD1_8TB.GRE
**Partial Hash:** 76991185e1a35e22228d14dbcf66e336
**File Name:**   Son_HDD1_8TB.GRF
**Partial Hash:** 32317d6e9e3dfb415d8998ca69fec151
**File Name:**   Son_HDD1_8TB.GRG
**Partial Hash:** 11104e7a99c3a6fbd51c6843f7753424
**File Name:**   Son_HDD1_8TB.GRH
**Partial Hash:** ac333d588c2e9220e9cbd22d603ff971
**File Name:**   Son_HDD1_8TB.GRI
**Partial Hash:** f5e02d5a819d18975bd3d888f4c9b8bd
**File Name:**   Son_HDD1_8TB.GRJ
**Partial Hash:** 771f6e3b4fd7f07246edd442179146db
**File Name:**   Son_HDD1_8TB.GRK
**Partial Hash:** f4ecfd7a45838bb67db7b687e477e48a
**File Name:**   Son_HDD1_8TB.GRL
**Partial Hash:** d8f8f41f6bffaf00624fa5ab761cf285
**File Name:**   Son_HDD1_8TB.GRM
**Partial Hash:** 96059bea7350051b7750205881d7d288
**File Name:**   Son_HDD1_8TB.GRN
**Partial Hash:** aa3da3b0ca11aad41ec0408781b061e6
**File Name:**   Son_HDD1_8TB.GRO
**Partial Hash:** 43349268657eb4d15eff8d1e50659dc3
**File Name:**   Son_HDD1_8TB.GRP
**Partial Hash:** 092567aead9ed7f95b9b780c15720403
**File Name:**   Son_HDD1_8TB.GRQ
**Partial Hash:** b23e5ceea6d5c18ccf072ca0156e858f

**Destination:**
**UID:** SAS_D2/42CE3B6F3C17AB1D
**Path:** /var/repo/sas-d2/Son_HDD1_8TB
**Filesystem:** ntfs
**Serial:** ZA20WWPS

**File Name:**   Son_HDD1_8TB.E01
**Partial Hash:** d780974ee313577c14ce100519aa3d32
**File Name:**   Son_HDD1_8TB.E02
**Partial Hash:** 8e5e60f87f27dc61041f0d328d513231
**File Name:**   Son_HDD1_8TB.E03
**Partial Hash:** f2d9bae48dda657655227bb96ae4524d
**File Name:**   Son_HDD1_8TB.E04
**Partial Hash:** 8754bba84d673b33384f4f826474668d
**File Name:**   Son_HDD1_8TB.E05
**Partial Hash:** 2627b405c85fe054d4267105ec0acbbc
**File Name:**   Son_HDD1_8TB.E06
**Partial Hash:** 1eb522580b0cc230f362c79355ece81f
**File Name:**   Son_HDD1_8TB.E07
**Partial Hash:** e6a01e29108e24584a9a98d2b88aa01f
**File Name:**   Son_HDD1_8TB.E08
**Partial Hash:** 843f0264b236019a7dc73655d1e78c03
**File Name:**   Son_HDD1_8TB.E09
**Partial Hash:** 0f53e96adc5d37796576bfbcce810c2a
**File Name:**   Son_HDD1_8TB.E10
**Partial Hash:** 39120c0fe75f0a4480cea004260b72d1
**File Name:**   Son_HDD1_8TB.E11
**Partial Hash:** d43465c85bffd368e491259e92dd4753
**File Name:**   Son_HDD1_8TB.E12
**Partial Hash:** 6d0aa49e4da00af25f5a9cf354f1d7be
**File Name:**   Son_HDD1_8TB.E13
**Partial Hash:** b0922be7d71759ceb1aa9e34ce8a7c0a
**File Name:**   Son_HDD1_8TB.E14
**Partial Hash:** 04b8c203d05eea12fef272adb1db8345
**File Name:**   Son_HDD1_8TB.E15
**Partial Hash:** c4adc8f992a308dddb4a17ff24b8db93
**File Name:**   Son_HDD1_8TB.E16
**Partial Hash:** f30227fcd99473dabf03c495b4f14137
**File Name:**   Son_HDD1_8TB.E17
**Partial Hash:** 612692805ee911e1b936db5a57865b67
**File Name:**   Son_HDD1_8TB.E18
**Partial Hash:** 94fe8bce1315e76e3adf476315ae3090
**File Name:**   Son_HDD1_8TB.E19
**Partial Hash:** 99c6ac32f8398ecee7576c1bedca8f95
**File Name:**   Son_HDD1_8TB.E20
**Partial Hash:** 0598e1b1d591242a795d1a3f3e568d44
**File Name:**   Son_HDD1_8TB.E21
**Partial Hash:** 28f92d5b421d887b55926b680435f508
**File Name:**   Son_HDD1_8TB.E22
**Partial Hash:** 1da60432a875dda5923a3c9efa530be6
**File Name:**   Son_HDD1_8TB.E23
**Partial Hash:** 2032520ef80b0432e2ca663413b90d92
**File Name:**   Son_HDD1_8TB.E24
**Partial Hash:** 06e907097a464be0c557f79e32189b5e

**File Name:**   Son_HDD1_8TB.E25

**Partial Hash:** eef0ba9ace0ef9c0628d60c9d94db9be

**File Name:**   Son_HDD1_8TB.E26

**Partial Hash:** 47674bb17966e3c558b51e1b8c763c09

**File Name:**   Son_HDD1_8TB.E27

**Partial Hash:** ab049658eb52ff2fb8f9f6054875bcc1

**File Name:**   Son_HDD1_8TB.E28

**Partial Hash:** c1a93ed37edc23d35c2b525fb8d62bbb

**File Name:**   Son_HDD1_8TB.E29

**Partial Hash:** 157985f144c21d17ca09f7c8831bc03f

**File Name:**   Son_HDD1_8TB.E30

**Partial Hash:** 0c2904f6d8532bd16c9438c4a22cf0ac

**File Name:**   Son_HDD1_8TB.E31

**Partial Hash:** c079f97bb4a9bdcfcdd38ad675623ee2

**File Name:**   Son_HDD1_8TB.E32

**Partial Hash:** 0fc2eb478dad46247a4547abd9344230

**File Name:**   Son_HDD1_8TB.E33

**Partial Hash:** b3a0665fac367e8d5a0a2145d139a264

**File Name:**   Son_HDD1_8TB.E34

**Partial Hash:** 49d8eac7af396815be96992b5f5a664d

**File Name:**   Son_HDD1_8TB.E35

**Partial Hash:** f3fe90a21b142ada20e1d16696cca1f9

**File Name:**   Son_HDD1_8TB.E36

**Partial Hash:** 0f3ebcc3490e0c6dec5592d7396f593f

**File Name:**   Son_HDD1_8TB.E37

**Partial Hash:** 07ce19d3ca2b31b77a62e3467e68cdc7

**File Name:**   Son_HDD1_8TB.E38

**Partial Hash:** d2bd4578ee03ad3b6a49ec9a2609a446

**File Name:**   Son_HDD1_8TB.E39

**Partial Hash:** 64d78301430f85a8bae1f975c1de20b5

**File Name:**   Son_HDD1_8TB.E40

**Partial Hash:** f0565d2d8309e1c973dd33e3309bf799

**File Name:**   Son_HDD1_8TB.E41

**Partial Hash:** 98abef6a714e3b6ded2ba4a3590296ab

**File Name:**   Son_HDD1_8TB.E42

**Partial Hash:** ff1be1473b948305b78a8e71023dd0bd

**File Name:**   Son_HDD1_8TB.E43

**Partial Hash:** db84888bd525161e417a15828ca6e806

**File Name:**   Son_HDD1_8TB.E44

**Partial Hash:** c135f2ae5ebda7874d776b572de45c76

**File Name:**   Son_HDD1_8TB.E45

**Partial Hash:** 4635dd3afb7820a7346807871f0bc2b6

**File Name:**   Son_HDD1_8TB.E46

**Partial Hash:** 95df05760e465b59a6f075068ece1ef2

**File Name:**   Son_HDD1_8TB.E47

**Partial Hash:** 49ff81636852bdad30c6943e35872196

**File Name:**   Son_HDD1_8TB.E48

**Partial Hash:** e57e49b4ab1a7e7c6f1fced5874f49c6

**File Name:**   Son_HDD1_8TB.E49

**Partial Hash:** 055efd35bb55f4f605a84eb8f94b88db

**File Name:**   Son_HDD1_8TB.E50

**Partial Hash:** 548fb45efb6f4b86d0a2fa70234d39d7

**File Name:**   Son_HDD1_8TB.E51

**Partial Hash:** 7d2e2220f5d2544ecd9acc2379206896

**File Name:**   Son_HDD1_8TB.E52

**Partial Hash:** c87c154a2aa1be9391cad98ef26fbdfb

**File Name:**   Son_HDD1_8TB.E53

**Partial Hash:** 4c8bc0826faa350edd9a530d7f761f78

**File Name:**   Son_HDD1_8TB.E54

**Partial Hash:** 893429328c2ce03840e29c6f868b5f0d

**File Name:**   Son_HDD1_8TB.E55

**Partial Hash:** 6da900e2c4c48af1848352a311cb57d6

**File Name:**   Son_HDD1_8TB.E56

**Partial Hash:** d2de60dfbd9c7419d4e7c1f95265ecd2

**File Name:**   Son_HDD1_8TB.E57

**Partial Hash:** 3d2742b7a819694e89c8df6255d5a94e

**File Name:**   Son_HDD1_8TB.E58

**Partial Hash:** ae7ba49103cb284b6adc245f28d2cbcf

**File Name:**   Son_HDD1_8TB.E59

**Partial Hash:** e71fc8e737a00ba50638716ecc4669d4

**File Name:**   Son_HDD1_8TB.E60

**Partial Hash:** 328d8412eb82dcd0e2cdbe3ba93117a6

**File Name:**   Son_HDD1_8TB.E61

**Partial Hash:** 02496b87c9e5f63194b02ba5beccc566

**File Name:**   Son_HDD1_8TB.E62

**Partial Hash:** da34b9c2b885690b814e8ded99c5a0ca

**File Name:**   Son_HDD1_8TB.E63

**Partial Hash:** 990fd29ec26c113764327794159281fa

**File Name:**   Son_HDD1_8TB.E64

**Partial Hash:** 09f3352507f6fbe4e4095bd6aa2c60fd

**File Name:**   Son_HDD1_8TB.E65

**Partial Hash:** 238e27bb972c37a905481612a2ae5129

**File Name:**   Son_HDD1_8TB.E66

**Partial Hash:** f629395c2227a409d9bcca1cb49b073e

**File Name:**   Son_HDD1_8TB.E67

**Partial Hash:** 147e7a8f37214d9a584110083d9ce0fe

**File Name:**   Son_HDD1_8TB.E68

**Partial Hash:** 05d9ab973b481f760d981ea8c2415edb

**File Name:**   Son_HDD1_8TB.E69

**Partial Hash:** a4d1ad7d6523243b0d0f5635c9176c4f

**File Name:**   Son_HDD1_8TB.E70

**Partial Hash:** 73b253f610a219dc90bba2d4a5f061c0

**File Name:**   Son_HDD1_8TB.E71

**Partial Hash:** 4a559146061d1f16124891ac1c4d02c5

**File Name:**   Son_HDD1_8TB.E72

**Partial Hash:** 27d27b708b0d82749cc8cbd1340f2af3

**File Name:**   Son_HDD1_8TB.E73

**Partial Hash:** 6636f655ff4234297c788d8e79fc9fc2

**File Name:**   Son_HDD1_8TB.E74

**Partial Hash:** d164f15054ba4d7b17dcabc1b5f54864

**File Name:**   Son_HDD1_8TB.E75

**Partial Hash:** 1e59de2565ed74ed7ab1d0811a2fa54d

**File Name:**   Son_HDD1_8TB.E76

**Partial Hash:** c9c02f37be0b2b27ab0cb2fe70ca70dd

**File Name:**   Son_HDD1_8TB.E77

**Partial Hash:** ef3b1e6f3fd3193843620c4dad60799e

**File Name:**   Son_HDD1_8TB.E78

**Partial Hash:** b1f1d1c4b8e1ec549fd2f9be214ab022

**File Name:**   Son_HDD1_8TB.E79

**Partial Hash:** 22b952f61ff60295e0da9f928ccfc29f

**File Name:**   Son_HDD1_8TB.E80

**Partial Hash:** d421355d4031150043ff3cbc734e4b48

**File Name:**   Son_HDD1_8TB.E81

**Partial Hash:** 1663010e12a5d19897276eee360a3489

**File Name:**   Son_HDD1_8TB.E82

**Partial Hash:** 22e1659847a98f0407be50dcb021b233

**File Name:**   Son_HDD1_8TB.E83

**Partial Hash:** 55c1958a5ff96e608f93ce6b36314939

**File Name:**   Son_HDD1_8TB.E84

**Partial Hash:** e4aa2e9b9a19c2697cb980988fd5245b

**File Name:**   Son_HDD1_8TB.E85

**Partial Hash:** da60348d50238fde0c5a295be1c8fa21

**File Name:**   Son_HDD1_8TB.E86

**Partial Hash:** 75f610d446a9b9b60bd7ec60782cc8cd

**File Name:**   Son_HDD1_8TB.E87

**Partial Hash:** ad55e4af2712a32406085846f0d42604

**File Name:**   Son_HDD1_8TB.E88

**Partial Hash:** edad9e2a1bd07e92cc6fca4049bf9f68

**File Name:**   Son_HDD1_8TB.E89

**Partial Hash:** fc26ade17e4c8eb1d2eb9b384e956eae

**File Name:**   Son_HDD1_8TB.E90

**Partial Hash:** 0f39a026121e5c32b25bc7602ccf4b65

**File Name:**   Son_HDD1_8TB.E91

**Partial Hash:** 73812c656f315afbb37bae6f19ae652d

**File Name:**   Son_HDD1_8TB.E92

**Partial Hash:** 57a612c2020e217946978871898e6f66

**File Name:**   Son_HDD1_8TB.E93

**Partial Hash:** e513f7bb2bbfe2849d80ba208c2b5bd7

**File Name:**   Son_HDD1_8TB.E94

**Partial Hash:** 04d5608ca020023857b385284be8bcea

**File Name:**   Son_HDD1_8TB.E95

**Partial Hash:** 4df2218a1d00f2db2bbd1aa2c89306e3

**File Name:**   Son_HDD1_8TB.E96

**Partial Hash:** 01f486e878b1d985b8d7e7e52e30a1b4

**File Name:**   Son_HDD1_8TB.E97

**Partial Hash:** 71d30714c6ddad564a0094d96eb606ee

**File Name:**   Son_HDD1_8TB.E98

**Partial Hash:** df9bc90879f0f6113f852a64dad8d303

**File Name:**   Son_HDD1_8TB.E99

**Partial Hash:** 7cd391bb2cf60c45eb8b12f5dce1c8fb

**File Name:**   Son_HDD1_8TB.EAA

**Partial Hash:** 17830e767fd8d2327f92a4c71cd27f42

**File Name:**   Son_HDD1_8TB.EAB

**Partial Hash:** 8d690ac58c04bb99bd0a9bbc688b40ff

**File Name:**   Son_HDD1_8TB.EAC

**Partial Hash:** b553c19fd2ed9f2c500b9f539c9f2996

**File Name:**   Son_HDD1_8TB.EAD

**Partial Hash:** 2c9ea50c7797a3fdb06f4f7258c1de91

**File Name:**   Son_HDD1_8TB.EAE

**Partial Hash:** c2c9681cd03759c6c932af122004626c

**File Name:**   Son_HDD1_8TB.EAF

**Partial Hash:** 5351957bbbcdcb94420309951d6ea652

**File Name:**   Son_HDD1_8TB.EAG

**Partial Hash:** 3bbc2446dba77699f2440d4f912bcd02

**File Name:**   Son_HDD1_8TB.EAH

**Partial Hash:** 7bff55d81f01f559abf796c040514a9a

**File Name:**   Son_HDD1_8TB.EAI

**Partial Hash:** 8cdfef279b83970a27a3b7502240eba5

**File Name:**   Son_HDD1_8TB.EAJ

**Partial Hash:** 19d0df5080484f0f319a1775cf84600c

**File Name:**   Son_HDD1_8TB.EAK

**Partial Hash:** a0e826fb5069ed711bddbb42ee60713e

**File Name:**   Son_HDD1_8TB.EAL

**Partial Hash:** 81ee320b7e3efa2775d7262f8e794b15

**File Name:**   Son_HDD1_8TB.EAM

**Partial Hash:** ee2bb64f31f4406ffe7d0b5e0a555bb8

**File Name:**   Son_HDD1_8TB.EAN

**Partial Hash:** fbaad80beb86250bec8772037afa1cdf

**File Name:**   Son_HDD1_8TB.EAO

**Partial Hash:** 85da7cfea7fb2e416d1b37427fa0c4fe

**File Name:**   Son_HDD1_8TB.EAP

**Partial Hash:** 288237f350a01fff4b390f858d946333

**File Name:**   Son_HDD1_8TB.EAQ

**Partial Hash:** cb79da1269b104175e40d50e1cfbc887

**File Name:**   Son_HDD1_8TB.EAR

**Partial Hash:** f52ef6799060a1748cdbe77e1fba5ad5

**File Name:**   Son_HDD1_8TB.EAS

**Partial Hash:** fc99a4e94664066a81c6fecf1a14d98f

**File Name:**   Son_HDD1_8TB.EAT

**Partial Hash:** 3c4e8fdc332f2fe9369a803440efc469

**File Name:**   Son_HDD1_8TB.EAU

**Partial Hash:** 721c55a31a0caa50c9086d29eab8717f

**File Name:**   Son_HDD1_8TB.EAV

**Partial Hash:** b3e5ddea9da92fa757ba256a31405dd9

**File Name:**   Son_HDD1_8TB.EAW

**Partial Hash:** 90ed9ace0b482e11dbd5c56e14d69e22

**File Name:**   Son_HDD1_8TB.EAX

**Partial Hash:** 483ca5f1763b4042f1100ad1af8b42f7

**File Name:**   Son_HDD1_8TB.EAY

**Partial Hash:** 7e6075b205b2af985e98acdc01ffc19f

**File Name:**   Son_HDD1_8TB.EAZ

**Partial Hash:** 7dcd933aa583b5fd15210a46e479d06d

**File Name:**   Son_HDD1_8TB.EBA

**Partial Hash:** 2007a475e599137505a8514da73a7e19

**File Name:**   Son_HDD1_8TB.EBB

**Partial Hash:** 01c126c353ca6abde3fc9dcbc6cb4b60

**File Name:**   Son_HDD1_8TB.EBC

**Partial Hash:** 70da740dfb42749ce6e8c298690a2f4b

**File Name:**   Son_HDD1_8TB.EBD

**Partial Hash:** 9db30a4902aa123692e86411331a1b23

**File Name:**   Son_HDD1_8TB.EBE

**Partial Hash:** af413ce26334592186a465d8c0d76c45

**File Name:** Son_HDD1_8TB.EBF
**Partial Hash:** f8fd1e735e8e92ee07f5ad41f450ccbf
**File Name:** Son_HDD1_8TB.EBG
**Partial Hash:** 63e33b270634b6a6c0f11c2434d7fa4c
**File Name:** Son_HDD1_8TB.EBH
**Partial Hash:** e632f25c39ce5e284ce10380d945f77f
**File Name:** Son_HDD1_8TB.EBI
**Partial Hash:** 8beea6567653dd7bb9c0850ca487515c
**File Name:** Son_HDD1_8TB.EBJ
**Partial Hash:** ae23fb79a326b3a559977295695f3f40
**File Name:** Son_HDD1_8TB.EBK
**Partial Hash:** 53421ba32354b4fda97386d4e61fcd36
**File Name:** Son_HDD1_8TB.EBL
**Partial Hash:** ac7ef729ad718d6460da5fb5b17a9e37
**File Name:** Son_HDD1_8TB.EBM
**Partial Hash:** cda8886ed13ecd1d2d650f5784af107e
**File Name:** Son_HDD1_8TB.EBN
**Partial Hash:** 8e5c8f0136f4605d6bce7a655c6f4469
**File Name:** Son_HDD1_8TB.EBO
**Partial Hash:** e472fe5ff24a3677338510d41058c779
**File Name:** Son_HDD1_8TB.EBP
**Partial Hash:** 8c9c1e3306d95bdc232255b1d6e092dd
**File Name:** Son_HDD1_8TB.EBQ
**Partial Hash:** a68b9d7e3e7876e6e7bf987d3d66bb31
**File Name:** Son_HDD1_8TB.EBR
**Partial Hash:** 6e5001b5037b1ba322e9e5847f98d0ba
**File Name:** Son_HDD1_8TB.EBS
**Partial Hash:** 36a0b813a1db93fd0dffb87dca5d9b39
**File Name:** Son_HDD1_8TB.EBT
**Partial Hash:** bc1ef8213bbf64ce75bf54ea1f07b4fd
**File Name:** Son_HDD1_8TB.EBU
**Partial Hash:** e80f7815bd2d7ecab60d47f644ddb5a3
**File Name:** Son_HDD1_8TB.EBV
**Partial Hash:** bd852219973265e320f2ef652200e107
**File Name:** Son_HDD1_8TB.EBW
**Partial Hash:** b9d42c9777a79aaae2cfd9350b10972d
**File Name:** Son_HDD1_8TB.EBX
**Partial Hash:** 53bba0f15d3c95ac157514b6692e12c3
**File Name:** Son_HDD1_8TB.EBY
**Partial Hash:** 05941a32e0676168ef95d7c584c07620
**File Name:** Son_HDD1_8TB.EBZ
**Partial Hash:** b2260a745bda0a79dc68ff1d3ce55d3e
**File Name:** Son_HDD1_8TB.ECA
**Partial Hash:** 5db4591d8749de3a68cec0f438fd84e6
**File Name:** Son_HDD1_8TB.ECB
**Partial Hash:** c108f4f4e845540d8dc90e6f6db6af0f
**File Name:** Son_HDD1_8TB.ECC
**Partial Hash:** be4ea43d8f35868ba1f48912bf830890
**File Name:** Son_HDD1_8TB.ECD
**Partial Hash:** 9f55e12415deaa8e6566f5a72eff0857
**File Name:** Son_HDD1_8TB.ECE
**Partial Hash:** 52c8f7ca19c50bfa03996e2d541a743d
**File Name:** Son_HDD1_8TB.ECF

**Partial Hash:** 842f411307fa04ddad816d941d32562f

**File Name:**   Son_HDD1_8TB.ECG

**Partial Hash:** 40890465728280aca2e3b31deccb6f2d

**File Name:**   Son_HDD1_8TB.ECH

**Partial Hash:** 832471a99c4cd7924b699b6893d03682

**File Name:**   Son_HDD1_8TB.ECI

**Partial Hash:** 85fbb7cda305bdae7fbe9eb6cc2a7f71

**File Name:**   Son_HDD1_8TB.ECJ

**Partial Hash:** 465ee3e19060b8ff2d80e1e801530e87

**File Name:**   Son_HDD1_8TB.ECK

**Partial Hash:** 9441a5a0b1f95e3f04bc5a0c6a16d605

**File Name:**   Son_HDD1_8TB.ECL

**Partial Hash:** cfc29d9c9b11ab70111300698e4ae82c

**File Name:**   Son_HDD1_8TB.ECM

**Partial Hash:** d67c8ef77246c455609da19b6e13ccaa

**File Name:**   Son_HDD1_8TB.ECN

**Partial Hash:** bbd4dd29fd36342b1f50ded0ce798b12

**File Name:**   Son_HDD1_8TB.ECO

**Partial Hash:** 4649541a692bbf664fbaab51dd7cd57d

**File Name:**   Son_HDD1_8TB.ECP

**Partial Hash:** 32dc9ddf3250fcbcc8dca83f67f651dc

**File Name:**   Son_HDD1_8TB.ECQ

**Partial Hash:** bc0bcdb81d56684de606c6abcd163a67

**File Name:**   Son_HDD1_8TB.ECR

**Partial Hash:** 430270a262ad3c1fbb1013aa7e1b4e20

**File Name:**   Son_HDD1_8TB.ECS

**Partial Hash:** d8debe681dd8094cae078751bfc428bd

**File Name:**   Son_HDD1_8TB.ECT

**Partial Hash:** c1f1470abb20a9a675edb6bcf0dcc7da

**File Name:**   Son_HDD1_8TB.ECU

**Partial Hash:** 2c84d47c9065eaa8fbaa944c51da7551

**File Name:**   Son_HDD1_8TB.ECV

**Partial Hash:** bde0a6c19efabcbc9955936d635f751e

**File Name:**   Son_HDD1_8TB.ECW

**Partial Hash:** 959bdcc33800e7b2eda71176028c993f

**File Name:**   Son_HDD1_8TB.ECX

**Partial Hash:** de52162ad4cb856ccddfd3571a9751aa

**File Name:**   Son_HDD1_8TB.ECY

**Partial Hash:** 599eb817945b499833574fa4bdd11b9b

**File Name:**   Son_HDD1_8TB.ECZ

**Partial Hash:** f12b003dc243c7247b7b5e46a66b0219

**File Name:**   Son_HDD1_8TB.EDA

**Partial Hash:** c97e9c34ee81c8dffb0b299522962765

**File Name:**   Son_HDD1_8TB.EDB

**Partial Hash:** 5fce60c59dde1ad78257f7ccf8c687a5

**File Name:**   Son_HDD1_8TB.EDC

**Partial Hash:** c9cd4185092b685092d230d8703dc775

**File Name:**   Son_HDD1_8TB.EDD

**Partial Hash:** 4124cc6a3f3c66105269f741534832f7

**File Name:**   Son_HDD1_8TB.EDE

**Partial Hash:** 00969e9df13cd6733c5325d2236e79fd

**File Name:**   Son_HDD1_8TB.EDF

**Partial Hash:** 31e1518740866bc3c731385ec7712140

**File Name:**   Son_HDD1_8TB.EDG

**Partial Hash:** 5dad3aa14e9d032391a20831658db9f9

**File Name:**   Son_HDD1_8TB.EDH

**Partial Hash:** f4f96358add37971c217c7568c6b5006

**File Name:**   Son_HDD1_8TB.EDI

**Partial Hash:** 6fb800f31df2a91c9ed4cf7adb8a07b9

**File Name:**   Son_HDD1_8TB.EDJ

**Partial Hash:** a1ce274d0ff3c790d303fae1f1e0bc29

**File Name:**   Son_HDD1_8TB.EDK

**Partial Hash:** 04c652033841670ec0bb08dd18824e2e

**File Name:**   Son_HDD1_8TB.EDL

**Partial Hash:** dd245ed8f1045cf1ab7db7829945d00b

**File Name:**   Son_HDD1_8TB.EDM

**Partial Hash:** ccc097aa66d0febb19f6d8130dad08ba

**File Name:**   Son_HDD1_8TB.EDN

**Partial Hash:** 7d7b24aebc38dc4de37bdcf745efd17b

**File Name:**   Son_HDD1_8TB.EDO

**Partial Hash:** 77db37cd79c03aca55c0271169a3b45d

**File Name:**   Son_HDD1_8TB.EDP

**Partial Hash:** eae20af9df5f1dca554acab1230b9ddd

**File Name:**   Son_HDD1_8TB.EDQ

**Partial Hash:** 1b1304256137bca1bc9ac945f944b5d9

**File Name:**   Son_HDD1_8TB.EDR

**Partial Hash:** 0819a5f215a1aa13a54e61392ab64cb3

**File Name:**   Son_HDD1_8TB.EDS

**Partial Hash:** f90df290893dcf17c243c0d652afb30d

**File Name:**   Son_HDD1_8TB.EDT

**Partial Hash:** b74d51f0e322acdca5661c5df085ad60

**File Name:**   Son_HDD1_8TB.EDU

**Partial Hash:** 74f2d390741d529c7f7020ff6586ca83

**File Name:**   Son_HDD1_8TB.EDV

**Partial Hash:** 083d4792ccee5b9dc99ae99c30f44e3a

**File Name:**   Son_HDD1_8TB.EDW

**Partial Hash:** d78a38f2bda1af19eb41ff500288df93

**File Name:**   Son_HDD1_8TB.EDX

**Partial Hash:** be6ea3f21e6741733d7c825f15e22ac2

**File Name:**   Son_HDD1_8TB.EDY

**Partial Hash:** 5136d42a99db4824d8a96753e0cd1348

**File Name:**   Son_HDD1_8TB.EDZ

**Partial Hash:** 26200514253b4b5cf3bf7d005f497edf

**File Name:**   Son_HDD1_8TB.EEA

**Partial Hash:** 52ee14f14166bf528075f413ab612f41

**File Name:**   Son_HDD1_8TB.EEB

**Partial Hash:** 23db86a06837bb8ade006a96acc02c06

**File Name:**   Son_HDD1_8TB.EEC

**Partial Hash:** b5580dfac877ceed4859417eea4264d8

**File Name:**   Son_HDD1_8TB.EED

**Partial Hash:** 6b21c34c9776ec90a37f71d2e1161f85

**File Name:**   Son_HDD1_8TB.EEE

**Partial Hash:** 30fc34903245500f3d83d8578558980d

**File Name:**   Son_HDD1_8TB.EEF

**Partial Hash:** f2740dfdf121d5ac1a6bcbe14d05a03e

**File Name:**   Son_HDD1_8TB.EEG

**Partial Hash:** f1bbf347fedf77d48c4c283b3510fc89

**File Name:**   Son_HDD1_8TB.EEH

**Partial Hash:** 2526dfaa34737f8bc3a4db167d6538dd

**File Name:**   Son_HDD1_8TB.EEI

**Partial Hash:** 2464033ecaf0f44a7ad5691b272d8cc2

**File Name:**   Son_HDD1_8TB.EEJ

**Partial Hash:** 93cd0e35956ec0ce977a12ef32343029

**File Name:**   Son_HDD1_8TB.EEK

**Partial Hash:** 396560e715ed80089411a386d55b633c

**File Name:**   Son_HDD1_8TB.EEL

**Partial Hash:** e0bea086ed2a29e3c9404ec181506e42

**File Name:**   Son_HDD1_8TB.EEM

**Partial Hash:** a8a542cead30abcb1e00574ac4fe2730

**File Name:**   Son_HDD1_8TB.EEN

**Partial Hash:** 25b0fdd5dde889b3438314a47336421c

**File Name:**   Son_HDD1_8TB.EEO

**Partial Hash:** 3c2114e561b64fb9dc6d5d9d0fca65c0

**File Name:**   Son_HDD1_8TB.EEP

**Partial Hash:** 0ed833ab2598e6e37293148b02eab6a9

**File Name:**   Son_HDD1_8TB.EEQ

**Partial Hash:** 6b13eb7dfe782614e486728b84050966

**File Name:**   Son_HDD1_8TB.EER

**Partial Hash:** f208fd6fd52b9a435610c78b3cbf0c2d

**File Name:**   Son_HDD1_8TB.EES

**Partial Hash:** 65aac89654ca30b6b09abc1c590114ef

**File Name:**   Son_HDD1_8TB.EET

**Partial Hash:** 4b675c17344c4c3ad83972cd12f277bb

**File Name:**   Son_HDD1_8TB.EEU

**Partial Hash:** edc909b5595cd960f99a3de0494a5162

**File Name:**   Son_HDD1_8TB.EEV

**Partial Hash:** f8339e9633026970ac818f871fd380ad

**File Name:**   Son_HDD1_8TB.EEW

**Partial Hash:** fa5788e0905eb6f575353964c11d3dac

**File Name:**   Son_HDD1_8TB.EEX

**Partial Hash:** dd561d590cb09099fc9a35700998b9fb

**File Name:**   Son_HDD1_8TB.EEY

**Partial Hash:** 562ec6af1375607c2214b9944ed02fd6

**File Name:**   Son_HDD1_8TB.EEZ

**Partial Hash:** a04d8e189f5fc408357f90afe20ee770

**File Name:**   Son_HDD1_8TB.EFA

**Partial Hash:** 92bddf8f6921d44800a12f0ea44e53b0

**File Name:**   Son_HDD1_8TB.EFB

**Partial Hash:** 027daf750e520c78b84ba9a6c3b487e1

**File Name:**   Son_HDD1_8TB.EFC

**Partial Hash:** 4a73aeb8b6d6b92cf46cf476a775827e

**File Name:**   Son_HDD1_8TB.EFD

**Partial Hash:** 5fc61298569f79943f37d0f2b52eb106

**File Name:**   Son_HDD1_8TB.EFE

**Partial Hash:** da8f0e49cab34f247a1950d3a88e42fd

**File Name:**   Son_HDD1_8TB.EFF

**Partial Hash:** 31517b203a500685963ab7d673a624af

**File Name:**   Son_HDD1_8TB.EFG

**Partial Hash:** a0c56e7a0830dbf21c3daac6285d86bd

**File Name:**   Son_HDD1_8TB.EFH
**Partial Hash:** 8052f0db7ee5e4512b2d6311d3f82f79
**File Name:**   Son_HDD1_8TB.EFI
**Partial Hash:** 3c2f17a4d198aa54d3e2bb2b4c926182
**File Name:**   Son_HDD1_8TB.EFJ
**Partial Hash:** 4b2b68e63abf7de04cbd636c3e110233
**File Name:**   Son_HDD1_8TB.EFK
**Partial Hash:** e37352eb63ca168d0b620c54e741f890
**File Name:**   Son_HDD1_8TB.EFL
**Partial Hash:** ade997037010368ba09511783afe2be6
**File Name:**   Son_HDD1_8TB.EFM
**Partial Hash:** 51a241544225966322a51f9ff8aa2589
**File Name:**   Son_HDD1_8TB.EFN
**Partial Hash:** ca14e9d46dc68aba09dedc3b1452e53b
**File Name:**   Son_HDD1_8TB.EFO
**Partial Hash:** 4ad5290ea0fb7a39982de8355109559e
**File Name:**   Son_HDD1_8TB.EFP
**Partial Hash:** 5072c1ab81aae3d7db4537e1235c347a
**File Name:**   Son_HDD1_8TB.EFQ
**Partial Hash:** c712597ae87652c110f580c9a991a043
**File Name:**   Son_HDD1_8TB.EFR
**Partial Hash:** 360eb496491d5baca25dc8d7e23a729c
**File Name:**   Son_HDD1_8TB.EFS
**Partial Hash:** 72501dbd927fa8aecea1af23c718d218
**File Name:**   Son_HDD1_8TB.EFT
**Partial Hash:** b777b02fe0345b0b03dffd143112946e
**File Name:**   Son_HDD1_8TB.EFU
**Partial Hash:** 3e09a926a2480a310f5583bc9f883819
**File Name:**   Son_HDD1_8TB.EFV
**Partial Hash:** 07f6bdac050500c3a04b220536477951
**File Name:**   Son_HDD1_8TB.EFW
**Partial Hash:** 340d071bf72728b4fae6a1b10ac0f51f
**File Name:**   Son_HDD1_8TB.EFX
**Partial Hash:** ab663ee8be716b5f575707d9424e6e75
**File Name:**   Son_HDD1_8TB.EFY
**Partial Hash:** 85f141877445fd5910e5b16073f56a8d
**File Name:**   Son_HDD1_8TB.EFZ
**Partial Hash:** 1a0b01a0ba5e62420cbb04256d4e4d19
**File Name:**   Son_HDD1_8TB.EGA
**Partial Hash:** 9c3a02df622c015cd20dcd8b1a5a6907
**File Name:**   Son_HDD1_8TB.EGB
**Partial Hash:** 727f2b62ffa8dfc3a8605b1adc4cc37a
**File Name:**   Son_HDD1_8TB.EGC
**Partial Hash:** 88d5714f6ceaaff2969c0429a29ac00a
**File Name:**   Son_HDD1_8TB.EGD
**Partial Hash:** d412211bfc61425e3df0e192274345c0
**File Name:**   Son_HDD1_8TB.EGE
**Partial Hash:** 1824f43dac8029e0f6039df6cee6c7e3
**File Name:**   Son_HDD1_8TB.EGF
**Partial Hash:** 86d0aef605782d5c3b6fae62b88e1218
**File Name:**   Son_HDD1_8TB.EGG
**Partial Hash:** 71fd269b5cdf415c812a12396d4dbe20
**File Name:**   Son_HDD1_8TB.EGH

**Partial Hash:** 579e843a1311778dc46e1935074a8e18

**File Name:**   Son_HDD1_8TB.EGI

**Partial Hash:** f5521eff35a74b136f9a0479a34463de

**File Name:**   Son_HDD1_8TB.EGJ

**Partial Hash:** 0c6c2f764855bf61fb5f5c3b77a5619b

**File Name:**   Son_HDD1_8TB.EGK

**Partial Hash:** d059202b5d86f92fb3cd4cfa12b4ff9f

**File Name:**   Son_HDD1_8TB.EGL

**Partial Hash:** 022b8c9c37ae9452394f9d8c3c388dc2

**File Name:**   Son_HDD1_8TB.EGM

**Partial Hash:** 1615845a376b60d1f420fbd8e85c0fe3

**File Name:**   Son_HDD1_8TB.EGN

**Partial Hash:** fa4645251c9b87022879998980d82090

**File Name:**   Son_HDD1_8TB.EGO

**Partial Hash:** 015892d8092fa991196739d74695b7f0

**File Name:**   Son_HDD1_8TB.EGP

**Partial Hash:** 77ebd15d708bbb2a9885c139db4cc67b

**File Name:**   Son_HDD1_8TB.EGQ

**Partial Hash:** 882f621b06a14372ee26b8578c347932

**File Name:**   Son_HDD1_8TB.EGR

**Partial Hash:** 21d42e0810adaa3e3a5418fed994e14e

**File Name:**   Son_HDD1_8TB.EGS

**Partial Hash:** 1e50934f15d9bc3f825ee525a3019466

**File Name:**   Son_HDD1_8TB.EGT

**Partial Hash:** c0a9acf197739e5d0d369a2ea2d0bd4d

**File Name:**   Son_HDD1_8TB.EGU

**Partial Hash:** 752b1af5ef32e38f3471bfb24ab21660

**File Name:**   Son_HDD1_8TB.EGV

**Partial Hash:** 394141eca50d5e7dd9faf95a6870902a

**File Name:**   Son_HDD1_8TB.EGW

**Partial Hash:** 62676573a909351ffe1dc5e21c79d56d

**File Name:**   Son_HDD1_8TB.EGX

**Partial Hash:** 405e30d1314f33bd78fc4da747a44da7

**File Name:**   Son_HDD1_8TB.EGY

**Partial Hash:** 4345e8a4a560992121a37f943616c3ca

**File Name:**   Son_HDD1_8TB.EGZ

**Partial Hash:** ad074f64191a465b362b76bb6919f6b4

**File Name:**   Son_HDD1_8TB.EHA

**Partial Hash:** e33fae4d0d9e33939785e1f7e6ebf7c9

**File Name:**   Son_HDD1_8TB.EHB

**Partial Hash:** b00e0a19b639eed58b7347e2d17270fe

**File Name:**   Son_HDD1_8TB.EHC

**Partial Hash:** acb6479695de20ea60d9e332ce59645d

**File Name:**   Son_HDD1_8TB.EHD

**Partial Hash:** d06ad8a65221e58da7a50f09ad849310

**File Name:**   Son_HDD1_8TB.EHE

**Partial Hash:** 19df1a5325269cbee7fb17d6890fcbb2

**File Name:**   Son_HDD1_8TB.EHF

**Partial Hash:** 1ab9cd7af582043ff8438efcf28b6919

**File Name:**   Son_HDD1_8TB.EHG

**Partial Hash:** cfc6107cd98182c6bd05edacc0af4ad5

**File Name:**   Son_HDD1_8TB.EHH

**Partial Hash:** d855bad580bab667b09c9855d2391e55

**File Name:** Son_HDD1_8TB.EHI
**Partial Hash:** b5dc1af2a455bac159fad6ac2a743b11
**File Name:** Son_HDD1_8TB.EHJ
**Partial Hash:** e06ce966bc51c62a02725c5cf2f4c5e9
**File Name:** Son_HDD1_8TB.EHK
**Partial Hash:** 813fb594f8532ae89fdc0def59892439
**File Name:** Son_HDD1_8TB.EHL
**Partial Hash:** 58696b02a7d4366f52a0f5884bb1e86a
**File Name:** Son_HDD1_8TB.EHM
**Partial Hash:** 1eab369e7c82de9184e55a559ab1969e
**File Name:** Son_HDD1_8TB.EHN
**Partial Hash:** b3f8e3fc3e2e8fae614bbd8f161624fa
**File Name:** Son_HDD1_8TB.EHO
**Partial Hash:** aa6a80ce35b6b4847162b519e8e871f3
**File Name:** Son_HDD1_8TB.EHP
**Partial Hash:** 3e6562148cc6bafb7cd6b6d1b824daa0
**File Name:** Son_HDD1_8TB.EHQ
**Partial Hash:** 4b07537b2dc62897ce593dbdd247ff7d
**File Name:** Son_HDD1_8TB.EHR
**Partial Hash:** c011b862e23551838d894328ac56de1f
**File Name:** Son_HDD1_8TB.EHS
**Partial Hash:** e3b54f7c4f21705a78a68408b3a1ff7d
**File Name:** Son_HDD1_8TB.EHT
**Partial Hash:** 58fbaffce7a55022033da9e77849be00
**File Name:** Son_HDD1_8TB.EHU
**Partial Hash:** a1e5c8d597c008a7398100d7cd0e0168
**File Name:** Son_HDD1_8TB.EHV
**Partial Hash:** 8523578767c11917009d5bf64412dfd0
**File Name:** Son_HDD1_8TB.EHW
**Partial Hash:** 478fe26f3271cb50e04194d2b1353e39
**File Name:** Son_HDD1_8TB.EHX
**Partial Hash:** 4cd231b61789710af8028be7b9a454af
**File Name:** Son_HDD1_8TB.EHY
**Partial Hash:** 629203b290d840a8bd0f724da312acd8
**File Name:** Son_HDD1_8TB.EHZ
**Partial Hash:** 70fcf4f4bc64710ce73f9fe42ea98f92
**File Name:** Son_HDD1_8TB.EIA
**Partial Hash:** b90e1f40095b1052af569fdbe5d227ec
**File Name:** Son_HDD1_8TB.EIB
**Partial Hash:** 1448cbd52a00f8f6db36d200634b2d12
**File Name:** Son_HDD1_8TB.EIC
**Partial Hash:** 623259acfc778f22ba2b5903d838c768
**File Name:** Son_HDD1_8TB.EID
**Partial Hash:** 40b074ebbf029834fd306b6612bab795
**File Name:** Son_HDD1_8TB.EIE
**Partial Hash:** 592046000c489121a5b6b2da32f6bc0f
**File Name:** Son_HDD1_8TB.EIF
**Partial Hash:** 5f39d89e7f25f40c351da4b3ccea8abe
**File Name:** Son_HDD1_8TB.EIG
**Partial Hash:** 1bd6dfdfb7dfda7ae52f873f3645d192
**File Name:** Son_HDD1_8TB.EIH
**Partial Hash:** 186202c435d0f58b51f26b84a3036c1e
**File Name:** Son_HDD1_8TB.EII

**Partial Hash:** 9330c2cd9ebf395e29b6405017b6ccad

**File Name:**   Son_HDD1_8TB.EIJ

**Partial Hash:** fc1560a117d2665e79a8b6349bbf435e

**File Name:**   Son_HDD1_8TB.EIK

**Partial Hash:** f6432c470eac51a936d023d3981e9e1f

**File Name:**   Son_HDD1_8TB.EIL

**Partial Hash:** 1bb6a37ad98ed67ca4907d4a2fcd7f4b

**File Name:**   Son_HDD1_8TB.EIM

**Partial Hash:** 610702e751b3ef810614ea065e53709d

**File Name:**   Son_HDD1_8TB.EIN

**Partial Hash:** 0834064cb26cc452281871a013ab26de

**File Name:**   Son_HDD1_8TB.EIO

**Partial Hash:** e4f1e1c4ad2ef60537b73d98e7416b31

**File Name:**   Son_HDD1_8TB.EIP

**Partial Hash:** 2d7d7b3dc420deca5960b4f81ee27b0c

**File Name:**   Son_HDD1_8TB.EIQ

**Partial Hash:** 6fbf252c7c4faab78149c9549923007c

**File Name:**   Son_HDD1_8TB.EIR

**Partial Hash:** bcb5129b83b04a6dd246321031338c2a

**File Name:**   Son_HDD1_8TB.EIS

**Partial Hash:** b410ec89093b41ffd1a9a12a35217607

**File Name:**   Son_HDD1_8TB.EIT

**Partial Hash:** e3de3ef39678a6780e4245d327e011df

**File Name:**   Son_HDD1_8TB.EIU

**Partial Hash:** 47ddbb12ff99970e002059d447f9aea1

**File Name:**   Son_HDD1_8TB.EIV

**Partial Hash:** b93cd019786dd33071d6fe8c7bf5d896

**File Name:**   Son_HDD1_8TB.EIW

**Partial Hash:** b8bc248a7be84004da7c239607fe94d3

**File Name:**   Son_HDD1_8TB.EIX

**Partial Hash:** ebce6cc64fceec89bab109dd1cd767a6

**File Name:**   Son_HDD1_8TB.EIY

**Partial Hash:** 786427aec72b22bed1ff1de018e925e8

**File Name:**   Son_HDD1_8TB.EIZ

**Partial Hash:** 557fc1a2a97b426e75eb6134c103b547

**File Name:**   Son_HDD1_8TB.EJA

**Partial Hash:** e56a25ac9f9b17070cd01a4322126eee

**File Name:**   Son_HDD1_8TB.EJB

**Partial Hash:** b74c41f1ddf7c75d088686e7ed9eaea1

**File Name:**   Son_HDD1_8TB.EJC

**Partial Hash:** 2b51135ed83c1aa64b6da9b4456b266d

**File Name:**   Son_HDD1_8TB.EJD

**Partial Hash:** a5a806a5d0dcc8fd94189b28e1eaa356

**File Name:**   Son_HDD1_8TB.EJE

**Partial Hash:** 2a769c2383927fe21d339eed780356ab

**File Name:**   Son_HDD1_8TB.EJF

**Partial Hash:** 910fc3d58f73bee13fa7e78e98137074

**File Name:**   Son_HDD1_8TB.EJG

**Partial Hash:** 113e9619d08822b2bece9ac81217542c

**File Name:**   Son_HDD1_8TB.EJH

**Partial Hash:** 5773a191f10682e1b8060fdd560a10a7

**File Name:**   Son_HDD1_8TB.EJI

**Partial Hash:** f40a2349bd15c0fc729a53bbef21e7b0

**File Name:** Son_HDD1_8TB.EJJ

**Partial Hash:** f26e32118075683c4ae5c252e10a18aa

**File Name:** Son_HDD1_8TB.EJK

**Partial Hash:** 97b47e4afa711cd24f91d33994f78919

**File Name:** Son_HDD1_8TB.EJL

**Partial Hash:** 469a9ff5f2ceabcce9855dd1d57fb082

**File Name:** Son_HDD1_8TB.EJM

**Partial Hash:** ac14b182262d407c25afdc2291652255

**File Name:** Son_HDD1_8TB.EJN

**Partial Hash:** 744ab394e6374183ce9810e136db924b

**File Name:** Son_HDD1_8TB.EJO

**Partial Hash:** b6b1ba3726b3b7b54893cd717b954502

**File Name:** Son_HDD1_8TB.EJP

**Partial Hash:** 368e458f1c1e01bf2c904b3fb56d08da

**File Name:** Son_HDD1_8TB.EJQ

**Partial Hash:** 446d74c28db4ecbb0c24e9d3762d30d0

**File Name:** Son_HDD1_8TB.EJR

**Partial Hash:** 556d204f4ca0f32a1c82fc43863794cf

**File Name:** Son_HDD1_8TB.EJS

**Partial Hash:** 5eb49ed3f85a62967b9b81d4cda84538

**File Name:** Son_HDD1_8TB.EJT

**Partial Hash:** bc2b1872f5ad5e6d33306ba267a1f4f9

**File Name:** Son_HDD1_8TB.EJU

**Partial Hash:** 75f58953f40ad1ae08c58f2b263e3409

**File Name:** Son_HDD1_8TB.EJV

**Partial Hash:** b325068ae4ac489772f9ed418991e8c9

**File Name:** Son_HDD1_8TB.EJW

**Partial Hash:** 89736a0c0bd5e1613af94d51178ab9a4

**File Name:** Son_HDD1_8TB.EJX

**Partial Hash:** bab90f0635aab02360a63393ef8b5309

**File Name:** Son_HDD1_8TB.EJY

**Partial Hash:** 9b46f56e2067089af51fa72f2f51481b

**File Name:** Son_HDD1_8TB.EJZ

**Partial Hash:** b1889bf26763bd8fda279486d5ffd82e

**File Name:** Son_HDD1_8TB.EKA

**Partial Hash:** e9c92f57adbe287d8b2658ef35f2313d

**File Name:** Son_HDD1_8TB.EKB

**Partial Hash:** 3c81a4738daa58d0abe232adb19636b7

**File Name:** Son_HDD1_8TB.EKC

**Partial Hash:** 943ee8e1b27198d87c5f623cb9a34375

**File Name:** Son_HDD1_8TB.EKD

**Partial Hash:** f47be34f1d40da40953ec17b377f2274

**File Name:** Son_HDD1_8TB.EKE

**Partial Hash:** 16fba19f10018c87c54b0dffec085448

**File Name:** Son_HDD1_8TB.EKF

**Partial Hash:** 312fc814566f5d8d5a4a5bd6560b6f4f

**File Name:** Son_HDD1_8TB.EKG

**Partial Hash:** 9917f527b9efaa511ee95a1176b14e7d

**File Name:** Son_HDD1_8TB.EKH

**Partial Hash:** a049181ce6f39ae8975035b9ff4f1755

**File Name:** Son_HDD1_8TB.EKI

**Partial Hash:** 6d29925db56090d99b45668139b2b372

**File Name:** Son_HDD1_8TB.EKJ

**Partial Hash:** 440efc3fd949a133c6c3aebf4ce61f56

**File Name:**   Son_HDD1_8TB.EKK

**Partial Hash:** 533b42436f7aafe6c3f73f045acd67fb

**File Name:**   Son_HDD1_8TB.EKL

**Partial Hash:** ddd9fe8fb32b5bac3eaa523861690c75

**File Name:**   Son_HDD1_8TB.EKM

**Partial Hash:** 2090e09c3dac28cc152a8fe9f288ec43

**File Name:**   Son_HDD1_8TB.EKN

**Partial Hash:** fb74fdf3e854184d7882de8e883ba933

**File Name:**   Son_HDD1_8TB.EKO

**Partial Hash:** 95f008257419c180b39a9a6d3e56882d

**File Name:**   Son_HDD1_8TB.EKP

**Partial Hash:** 8c43d97cf3e8914d167bd69d5cbc85f9

**File Name:**   Son_HDD1_8TB.EKQ

**Partial Hash:** 2f697e6a25a9e5b59819005d8a729158

**File Name:**   Son_HDD1_8TB.EKR

**Partial Hash:** cc016c04f3acd7e9d812fedf39b3cfc5

**File Name:**   Son_HDD1_8TB.EKS

**Partial Hash:** 7761bd215807953e7e49b05108704e6c

**File Name:**   Son_HDD1_8TB.EKT

**Partial Hash:** 9205d189bc5494fd8573eb8264f9c745

**File Name:**   Son_HDD1_8TB.EKU

**Partial Hash:** 69831fb78349fc2b57ca65587720f3aa

**File Name:**   Son_HDD1_8TB.EKV

**Partial Hash:** 0cdf3c956f8e9c97375bd2931ceca590

**File Name:**   Son_HDD1_8TB.EKW

**Partial Hash:** 791463c568955eb42e02a151d95f1ada

**File Name:**   Son_HDD1_8TB.EKX

**Partial Hash:** b8134c56608f495145e6a0155b472e07

**File Name:**   Son_HDD1_8TB.EKY

**Partial Hash:** 5e9c974dce0c4aea32ae5bde4065058d

**File Name:**   Son_HDD1_8TB.EKZ

**Partial Hash:** 8c3d9d7623a596d743825b3d17823e2a

**File Name:**   Son_HDD1_8TB.ELA

**Partial Hash:** c52dd4e2ef2d63ac9680e2aa0f1e76b1

**File Name:**   Son_HDD1_8TB.ELB

**Partial Hash:** e84fea3ca8737d089e9ec908f6a1b092

**File Name:**   Son_HDD1_8TB.ELC

**Partial Hash:** df1241f1ca784d8f559ba30437708eac

**File Name:**   Son_HDD1_8TB.ELD

**Partial Hash:** b46dbfb6c21c6bf147226f593b02f5ab

**File Name:**   Son_HDD1_8TB.ELE

**Partial Hash:** cae91d063a1ffb95182c3c493cadd606

**File Name:**   Son_HDD1_8TB.ELF

**Partial Hash:** 5c1030984a5b4b063b057f261dff8e64

**File Name:**   Son_HDD1_8TB.ELG

**Partial Hash:** b9c19b8fea5015d69e8654cc676d548d

**File Name:**   Son_HDD1_8TB.ELH

**Partial Hash:** 1f434d4087268d53eb67802c243bd911

**File Name:**   Son_HDD1_8TB.ELI

**Partial Hash:** 650bc5587d16f4f4603019e9f557225b

**File Name:**   Son_HDD1_8TB.ELJ

**Partial Hash:** 2e81f56ed03ead736d8673f5d0d726f1

**File Name:**  Son_HDD1_8TB.ELK
**Partial Hash:** c2115305f6bf97a4f1226943e4b685fc
**File Name:**  Son_HDD1_8TB.ELL
**Partial Hash:** f073d673cd4177d86cc73e92cee9068b
**File Name:**  Son_HDD1_8TB.ELM
**Partial Hash:** 01b6e8ac5f7262cb3a5d25e8d735eb78
**File Name:**  Son_HDD1_8TB.ELN
**Partial Hash:** e00f87e298900698190dc77bbb680d9f
**File Name:**  Son_HDD1_8TB.ELO
**Partial Hash:** 2d5c5c6721006eb555002a1e43e7f4e7
**File Name:**  Son_HDD1_8TB.ELP
**Partial Hash:** 8f5db307b73458494f08fd3d85829803
**File Name:**  Son_HDD1_8TB.ELQ
**Partial Hash:** cb482f37b68cec69106f21a22fb8cafc
**File Name:**  Son_HDD1_8TB.ELR
**Partial Hash:** a2eab50c27c4232ed00504d6e2906b72
**File Name:**  Son_HDD1_8TB.ELS
**Partial Hash:** a335c3c13a31aa2cc2995f4ef1104c26
**File Name:**  Son_HDD1_8TB.ELT
**Partial Hash:** ce61d8f06dcfd450f2673cec99851782
**File Name:**  Son_HDD1_8TB.ELU
**Partial Hash:** db13f6192402d285859fbcf36a290f0b
**File Name:**  Son_HDD1_8TB.ELV
**Partial Hash:** ed6df0a2f63c560b3ae5265ee8a16b5e
**File Name:**  Son_HDD1_8TB.ELW
**Partial Hash:** 2b015747925a0bb6ef8c9334331743f8
**File Name:**  Son_HDD1_8TB.ELX
**Partial Hash:** 0b0d7c054d7728af39ed4d45fbfee764
**File Name:**  Son_HDD1_8TB.ELY
**Partial Hash:** 2327aaca5b7be97592601d68e0c74a5b
**File Name:**  Son_HDD1_8TB.ELZ
**Partial Hash:** ef0fdb3426a25837019b8514e2bb8d17
**File Name:**  Son_HDD1_8TB.EMA
**Partial Hash:** b9227e2612635054e2ba59d0ff549f93
**File Name:**  Son_HDD1_8TB.EMB
**Partial Hash:** 52998b660ef5d393da7989f9bfe72fed
**File Name:**  Son_HDD1_8TB.EMC
**Partial Hash:** 25817fd8e0711cb012094ff785b7fd46
**File Name:**  Son_HDD1_8TB.EMD
**Partial Hash:** 156fd865409c62d1484e246aaeebc13f
**File Name:**  Son_HDD1_8TB.EME
**Partial Hash:** dfefdceee928cd0f39e31ca36b33b682
**File Name:**  Son_HDD1_8TB.EMF
**Partial Hash:** b6f37e425bc4d62593f73a86c264d85c
**File Name:**  Son_HDD1_8TB.EMG
**Partial Hash:** 6e20f94013041ba737c2130ee4c4be00
**File Name:**  Son_HDD1_8TB.EMH
**Partial Hash:** 00793d0676b88fe7b967fb71862415ed
**File Name:**  Son_HDD1_8TB.EMI
**Partial Hash:** 91ac045b90b186fb083823e439a3d9cb
**File Name:**  Son_HDD1_8TB.EMJ
**Partial Hash:** 68697399f27a9375f8830212db0c596c
**File Name:**  Son_HDD1_8TB.EMK

**Partial Hash:** 44937516ec8a9c3236b4bdeb765a03de

**File Name:**   Son_HDD1_8TB.EML

**Partial Hash:** a7262cdaf93690d63a1fc010848cf66e

**File Name:**   Son_HDD1_8TB.EMM

**Partial Hash:** bae56bb359012b281da3443a67256c49

**File Name:**   Son_HDD1_8TB.EMN

**Partial Hash:** a24217423afff95c320611bd5f1a7a79

**File Name:**   Son_HDD1_8TB.EMO

**Partial Hash:** f81e17dcf7118676dd9bc263443274e1

**File Name:**   Son_HDD1_8TB.EMP

**Partial Hash:** f0ba3ea6086f8594f11f79b8a42640f6

**File Name:**   Son_HDD1_8TB.EMQ

**Partial Hash:** 91f57dbf74817f69f090c93ffcb6661c

**File Name:**   Son_HDD1_8TB.EMR

**Partial Hash:** 93eca4903ba84b9da6be853391e79f35

**File Name:**   Son_HDD1_8TB.EMS

**Partial Hash:** 06ef010749ecca8ed42acbe0fbc45a34

**File Name:**   Son_HDD1_8TB.EMT

**Partial Hash:** 6f5b7a84e7b678bcb45b217fa0f61bca

**File Name:**   Son_HDD1_8TB.EMU

**Partial Hash:** 7a2cb1be7a439725c22269f347ad1669

**File Name:**   Son_HDD1_8TB.EMV

**Partial Hash:** 303c41f142565e2be37b3a30ec5fa063

**File Name:**   Son_HDD1_8TB.EMW

**Partial Hash:** e0a7c5fb69dc688274719f08c5f65bba

**File Name:**   Son_HDD1_8TB.EMX

**Partial Hash:** 1efbb1ef255bf61b134319e959742349

**File Name:**   Son_HDD1_8TB.EMY

**Partial Hash:** c488f1333c6ee732f5bababa319991ee

**File Name:**   Son_HDD1_8TB.EMZ

**Partial Hash:** 115127c5ccfccbac41ad8e500f4a56b4

**File Name:**   Son_HDD1_8TB.ENA

**Partial Hash:** 3840fafbcd5b519e2fed1826f74ca1f8

**File Name:**   Son_HDD1_8TB.ENB

**Partial Hash:** 4e6ceca43eea5d72874a8870677a81b6

**File Name:**   Son_HDD1_8TB.ENC

**Partial Hash:** e61ccaf988f2426f55d014cd9e48c5e7

**File Name:**   Son_HDD1_8TB.END

**Partial Hash:** 98d8183fec0730011704c567a558fd59

**File Name:**   Son_HDD1_8TB.ENE

**Partial Hash:** 01a68143310afc3493e3460ad44b6834

**File Name:**   Son_HDD1_8TB.ENF

**Partial Hash:** 72c5fba3d02a82bcad945b45bd58c42e

**File Name:**   Son_HDD1_8TB.ENG

**Partial Hash:** 5a90f7a5efa31680adba4d168825d9b4

**File Name:**   Son_HDD1_8TB.ENH

**Partial Hash:** 71ec9d9e5dcf942afa7ded7678b1b061

**File Name:**   Son_HDD1_8TB.ENI

**Partial Hash:** 96693919756c587e09330df171fee45f

**File Name:**   Son_HDD1_8TB.ENJ

**Partial Hash:** 584a4a90de69754d392e1249e024de06

**File Name:**   Son_HDD1_8TB.ENK

**Partial Hash:** 48eb4a6c7758c832e89ef52ce9340418

**File Name:** Son_HDD1_8TB.ENL
**Partial Hash:** 41d7ec2cd25af62636488868fa2e3e51
**File Name:** Son_HDD1_8TB.ENM
**Partial Hash:** 61ae167310d85eaa97b9d98d70948235
**File Name:** Son_HDD1_8TB.ENN
**Partial Hash:** 73155048a3231e93c6eac163aa5cdb81
**File Name:** Son_HDD1_8TB.ENO
**Partial Hash:** a817f29e528d2df5ed1505117b287b80
**File Name:** Son_HDD1_8TB.ENP
**Partial Hash:** 1332059909425086b5617fde7136c444c
**File Name:** Son_HDD1_8TB.ENQ
**Partial Hash:** d4eb18a8b163b9bf106d430daef596b3
**File Name:** Son_HDD1_8TB.ENR
**Partial Hash:** 3454927907864bc40c10fb3bd80090b8
**File Name:** Son_HDD1_8TB.ENS
**Partial Hash:** 89c98c9fea170df89dc2222eb5301021
**File Name:** Son_HDD1_8TB.ENT
**Partial Hash:** e17f63c6b44d051ba9e3c95999d0c321
**File Name:** Son_HDD1_8TB.ENU
**Partial Hash:** 132066255caabf1c617620252fb99fe6
**File Name:** Son_HDD1_8TB.ENV
**Partial Hash:** db9a13641f8ab9922baec711ed920d62
**File Name:** Son_HDD1_8TB.ENW
**Partial Hash:** 92afb868d9d236355611627b504b4474
**File Name:** Son_HDD1_8TB.ENX
**Partial Hash:** 6a4cfade8a0e17c72496dab87c158c50
**File Name:** Son_HDD1_8TB.ENY
**Partial Hash:** 8e88eca6039d4b89929900116badb4cd
**File Name:** Son_HDD1_8TB.ENZ
**Partial Hash:** aaa98da3d70c20f7da15eb524218fd73
**File Name:** Son_HDD1_8TB.EOA
**Partial Hash:** 4ae6b1d9285fa402ed53e64b3c5d82c0
**File Name:** Son_HDD1_8TB.EOB
**Partial Hash:** a79cd5e25221c6c43f186525d13c868d
**File Name:** Son_HDD1_8TB.EOC
**Partial Hash:** dd14460ee71f82169c9e876fabffb6a9
**File Name:** Son_HDD1_8TB.EOD
**Partial Hash:** bdd5d3599ed44ec0972f65754ae17eba
**File Name:** Son_HDD1_8TB.EOE
**Partial Hash:** 032450e5d527d417383772baa4704902
**File Name:** Son_HDD1_8TB.EOF
**Partial Hash:** d34310fcdc71e9041650ed1789c8d6c2
**File Name:** Son_HDD1_8TB.EOG
**Partial Hash:** 8e42a2f2b4c650ee1fef77ec65989ab7
**File Name:** Son_HDD1_8TB.EOH
**Partial Hash:** 634001bef704947c8c7560be6f2925a5
**File Name:** Son_HDD1_8TB.EOI
**Partial Hash:** c13696b1afde6017c7c7c2431b594e1a
**File Name:** Son_HDD1_8TB.EOJ
**Partial Hash:** cbf7d6507c90c32d9ab2e20fcc064bf1
**File Name:** Son_HDD1_8TB.EOK
**Partial Hash:** b0564224f2d35ba254cf0c69c9880e1a
**File Name:** Son_HDD1_8TB.EOL

**Partial Hash:** 5340f21ae24e8954d544151198354429

**File Name:**   Son_HDD1_8TB.EOM

**Partial Hash:** ef464965289fbf34cc8779c1ae7dbeb6

**File Name:**   Son_HDD1_8TB.EON

**Partial Hash:** eb6b89e53c0fb84938ef738e359cd934

**File Name:**   Son_HDD1_8TB.EOO

**Partial Hash:** 53de11dd0cc499ef7f95c18ba49a87e7

**File Name:**   Son_HDD1_8TB.EOP

**Partial Hash:** f56297f7f23b371e96d417015cc881a4

**File Name:**   Son_HDD1_8TB.EOQ

**Partial Hash:** c0d68f2b45f6bd94adaaf1096194a077

**File Name:**   Son_HDD1_8TB.EOR

**Partial Hash:** e2d2114871e8c93dc543506ea8477c46

**File Name:**   Son_HDD1_8TB.EOS

**Partial Hash:** ada1ed3748c97385df7ef005e87e2469

**File Name:**   Son_HDD1_8TB.EOT

**Partial Hash:** 27de2ec630f289248cc62a639d772924

**File Name:**   Son_HDD1_8TB.EOU

**Partial Hash:** 3b0964ac0f9853db52f1349aaebf7fe9

**File Name:**   Son_HDD1_8TB.EOV

**Partial Hash:** 4df850ae6b1fe84d1256ac48a37f3e2c

**File Name:**   Son_HDD1_8TB.EOW

**Partial Hash:** 13bddbb1a8c49fde5b632f4dfa3091f1

**File Name:**   Son_HDD1_8TB.EOX

**Partial Hash:** b43f313937d91c512d78cc286c49bdda

**File Name:**   Son_HDD1_8TB.EOY

**Partial Hash:** e3f849e9563d7d8d68f6ca9e05add8f8

**File Name:**   Son_HDD1_8TB.EOZ

**Partial Hash:** 68a6c6128ce36ea1d5c4b26b5c044db3

**File Name:**   Son_HDD1_8TB.EPA

**Partial Hash:** 6044f17af7aaffbe9be2860dcb56e4fb

**File Name:**   Son_HDD1_8TB.EPB

**Partial Hash:** 63e20b3aa025dd68370f9de87663115e

**File Name:**   Son_HDD1_8TB.EPC

**Partial Hash:** 70a08a90f47fa9b1a6aa44428ad713b5

**File Name:**   Son_HDD1_8TB.EPD

**Partial Hash:** 37278ced53706e0252d46c09e14761d2

**File Name:**   Son_HDD1_8TB.EPE

**Partial Hash:** c98c1fa1cb49fc8c9925f93dc9efeafb

**File Name:**   Son_HDD1_8TB.EPF

**Partial Hash:** d9e651fc213aa9e31dc3c614b286e746

**File Name:**   Son_HDD1_8TB.EPG

**Partial Hash:** 092ce698ef5a9ee2eb2d678223565498

**File Name:**   Son_HDD1_8TB.EPH

**Partial Hash:** 5542969522ad30bb1cb56873acbb9ef4

**File Name:**   Son_HDD1_8TB.EPI

**Partial Hash:** c3c5f60e0c874e49244edfc945935b26

**File Name:**   Son_HDD1_8TB.EPJ

**Partial Hash:** 76497587dc8248e330993b7eb4e40625

**File Name:**   Son_HDD1_8TB.EPK

**Partial Hash:** a2e4d18e3b87916cf0f40674da7774df

**File Name:**   Son_HDD1_8TB.EPL

**Partial Hash:** 4f5897d0346dc02cfe2e3822be572c55

**File Name:**   Son_HDD1_8TB.EPM

**Partial Hash:** 03df96d3f64176776a84e889fb5a93b7

**File Name:**   Son_HDD1_8TB.EPN

**Partial Hash:** 6cd0a27a67e3cc9d674c09d2bd9c02ab

**File Name:**   Son_HDD1_8TB.EPO

**Partial Hash:** 0541f13c07ebdc2f1a05da1842118539

**File Name:**   Son_HDD1_8TB.EPP

**Partial Hash:** 75ce2052168634a46863fc9081a5f58e

**File Name:**   Son_HDD1_8TB.EPQ

**Partial Hash:** a0ac07b8a28311fa4c6e80d025229f9c

**File Name:**   Son_HDD1_8TB.EPR

**Partial Hash:** 58cfdbf8cbfc69439d3bcbc2df292ba9

**File Name:**   Son_HDD1_8TB.EPS

**Partial Hash:** e88f0b1de3d8066b38a66b23e258a3c3

**File Name:**   Son_HDD1_8TB.EPT

**Partial Hash:** 06baa0be4265166b12a41db18fba7035

**File Name:**   Son_HDD1_8TB.EPU

**Partial Hash:** 6e2c8cfdddc2172ad83aa524ed6371c9

**File Name:**   Son_HDD1_8TB.EPV

**Partial Hash:** 723935333bc847d4c0b1bcd1b5292baa

**File Name:**   Son_HDD1_8TB.EPW

**Partial Hash:** e264431cd71ce3d8269f1fbb400e2c86

**File Name:**   Son_HDD1_8TB.EPX

**Partial Hash:** 4dfd50af77721d350858ecc9c5910426

**File Name:**   Son_HDD1_8TB.EPY

**Partial Hash:** d5fea9ae1f1803a5eedde9253ca2d2ea

**File Name:**   Son_HDD1_8TB.EPZ

**Partial Hash:** a66f68f87f2489901475a764cda50d69

**File Name:**   Son_HDD1_8TB.EQA

**Partial Hash:** 13e686342bd79941bc8f3307a9b15305

**File Name:**   Son_HDD1_8TB.EQB

**Partial Hash:** f4c3363539bf6cfb90500cd12e931e58

**File Name:**   Son_HDD1_8TB.EQC

**Partial Hash:** 1750cf69892fc55a457041793ec1f8bc

**File Name:**   Son_HDD1_8TB.EQD

**Partial Hash:** ae8c959abc4328b798e883e1687d8ff5

**File Name:**   Son_HDD1_8TB.EQE

**Partial Hash:** c972685d14398dfcfebef83d19ce44bb

**File Name:**   Son_HDD1_8TB.EQF

**Partial Hash:** 2b8c98547e919b17d9f09a09141441a9

**File Name:**   Son_HDD1_8TB.EQG

**Partial Hash:** 3066f5f631d2acf1f8a7b3bdf7d353cf

**File Name:**   Son_HDD1_8TB.EQH

**Partial Hash:** 43e209d052b691741da9fe9ea9182037

**File Name:**   Son_HDD1_8TB.EQI

**Partial Hash:** 9f70040e525dee07e00113e370e19ea6

**File Name:**   Son_HDD1_8TB.EQJ

**Partial Hash:** 3697ecb5dc0831c8df926ebee2fa4ee9

**File Name:**   Son_HDD1_8TB.EQK

**Partial Hash:** 6cf68e0ccbdfc83532208a7d5b2d32ad

**File Name:**   Son_HDD1_8TB.EQL

**Partial Hash:** 0cdeaa95969e4e81f23f7cd21d088af8

**File Name:**   Son_HDD1_8TB.EQM

**Partial Hash:** d1f9b19721c59a1c4648414d323d4b81

**File Name:**   Son_HDD1_8TB.EQN

**Partial Hash:** d16b77d62a52d39dfafb136ee95cfdf0

**File Name:**   Son_HDD1_8TB.EQO

**Partial Hash:** a16793ee6fffc4012635b2d96ee836ba

**File Name:**   Son_HDD1_8TB.EQP

**Partial Hash:** 7c9e0409ca1f2e6a19a75826dd88ca75

**File Name:**   Son_HDD1_8TB.EQQ

**Partial Hash:** c48542a2b44d61a2a14d837ba752750e

**File Name:**   Son_HDD1_8TB.EQR

**Partial Hash:** 15b56c9e61bcfb98b0534cce43ec6bbf

**File Name:**   Son_HDD1_8TB.EQS

**Partial Hash:** f0d26329023a2d2efdfdfbb190b9764a

**File Name:**   Son_HDD1_8TB.EQT

**Partial Hash:** b74c10b46bcd6b48ece24b92a4a31a29

**File Name:**   Son_HDD1_8TB.EQU

**Partial Hash:** d1df0904c40a8fc56e61501ead66237f

**File Name:**   Son_HDD1_8TB.EQV

**Partial Hash:** 0ce907bf2ed423b98b3fd48e2c37aafb

**File Name:**   Son_HDD1_8TB.EQW

**Partial Hash:** 40023c9c9d8720c1f55a3b87b33dd963

**File Name:**   Son_HDD1_8TB.EQX

**Partial Hash:** cd1f6539825a0ff6c01669825561af45

**File Name:**   Son_HDD1_8TB.EQY

**Partial Hash:** 5d812e09211f8751e59d9ec59a924146

**File Name:**   Son_HDD1_8TB.EQZ

**Partial Hash:** f8eb17945de64bfad33cf4cb73320074

**File Name:**   Son_HDD1_8TB.ERA

**Partial Hash:** 3a48042fbd0d7b81e2215f9930651d93

**File Name:**   Son_HDD1_8TB.ERB

**Partial Hash:** f621e5d5791d0d822e126a88fa037555

**File Name:**   Son_HDD1_8TB.ERC

**Partial Hash:** 6acb6a7a6d235b90cf3b2a97b3b08892

**File Name:**   Son_HDD1_8TB.ERD

**Partial Hash:** 4868a0cf943c86e413f092ad5937b568

**File Name:**   Son_HDD1_8TB.ERE

**Partial Hash:** ee2423fae49380a5b0338d2b3a9e9551

**File Name:**   Son_HDD1_8TB.ERF

**Partial Hash:** 0185021a11005eb89c6014337b9262c4

**File Name:**   Son_HDD1_8TB.ERG

**Partial Hash:** 8245a763eb8029d648dd14607d933a61

**File Name:**   Son_HDD1_8TB.ERH

**Partial Hash:** 114372ae748aeb08583204faac54ea7d

**File Name:**   Son_HDD1_8TB.ERI

**Partial Hash:** afcb2678977f994744123a79e071f22c

**File Name:**   Son_HDD1_8TB.ERJ

**Partial Hash:** d86aa0ce3e3ef5a747dfca2bb8e22221

**File Name:**   Son_HDD1_8TB.ERK

**Partial Hash:** b93f6c9a7403a5ccd1a8a2e45051d7ca

**File Name:**   Son_HDD1_8TB.ERL

**Partial Hash:** 2e4f6e033c03f56f44d93cfd1caeb21a

**File Name:**   Son_HDD1_8TB.ERM

**Partial Hash:** e0e8e37a4bdfd7b8ed5127c2347a5e6e

**File Name:**   Son_HDD1_8TB.ERN
**Partial Hash:** 71a06d6086187dd39f3be97d1cfc61ff
**File Name:**   Son_HDD1_8TB.ERO
**Partial Hash:** 51b4a2c3b601f1817d60807901427fac
**File Name:**   Son_HDD1_8TB.ERP
**Partial Hash:** 931809592a5d30c870d0758ea9c80d4c
**File Name:**   Son_HDD1_8TB.ERQ
**Partial Hash:** 20bdced331c6cd6543b7f611af3efdba
**File Name:**   Son_HDD1_8TB.ERR
**Partial Hash:** eeb7983ebf6959b037960052adad7a21
**File Name:**   Son_HDD1_8TB.ERS
**Partial Hash:** 96dfb06ed4138cb0d230ac21d13107b4
**File Name:**   Son_HDD1_8TB.ERT
**Partial Hash:** 50803581f0da6ee02a4375aae11d3cbe
**File Name:**   Son_HDD1_8TB.ERU
**Partial Hash:** 376581f0ce52de41bf51f6ec3ca72cd4
**File Name:**   Son_HDD1_8TB.ERV
**Partial Hash:** 0331c9dbb2aff8377459fd80f0dea02a
**File Name:**   Son_HDD1_8TB.ERW
**Partial Hash:** 815810789679850d91a644a29dd7b524
**File Name:**   Son_HDD1_8TB.ERX
**Partial Hash:** 1641ec974a9d93061bb5d5c16e2e0d98
**File Name:**   Son_HDD1_8TB.ERY
**Partial Hash:** c3f3eacb53a7cfd61a73a8225c9bdbc4
**File Name:**   Son_HDD1_8TB.ERZ
**Partial Hash:** 41cacdd806c008216c63a8a441050230
**File Name:**   Son_HDD1_8TB.ESA
**Partial Hash:** 169dc54188ffc72f4c9f37244702d402
**File Name:**   Son_HDD1_8TB.ESB
**Partial Hash:** 2cccf749b02481bc5a5541f582a2a9b9
**File Name:**   Son_HDD1_8TB.ESC
**Partial Hash:** 830d85f24317a15017cce3cfc03b2a09
**File Name:**   Son_HDD1_8TB.ESD
**Partial Hash:** f8dbc5fd3ae3d0b6b7cf01726483292a
**File Name:**   Son_HDD1_8TB.ESE
**Partial Hash:** f738bf9593ebfed36014b2c1e2cd70bf
**File Name:**   Son_HDD1_8TB.ESF
**Partial Hash:** ba52cfe41e0fb37da341c867b28b383c
**File Name:**   Son_HDD1_8TB.ESG
**Partial Hash:** db47e4e3325cd9a0bc15ff24060307cf
**File Name:**   Son_HDD1_8TB.ESH
**Partial Hash:** 42f93746be5be68d0f1018a73fcfc333
**File Name:**   Son_HDD1_8TB.ESI
**Partial Hash:** 2c3dd2a07dc0ee47a4b2f5360f4b4d8a
**File Name:**   Son_HDD1_8TB.ESJ
**Partial Hash:** 41cd744e7af0642fcefaa0f20b5bf360
**File Name:**   Son_HDD1_8TB.ESK
**Partial Hash:** cedb0b6a1ca972c833676aea59d1d21b
**File Name:**   Son_HDD1_8TB.ESL
**Partial Hash:** 45d737cda2b8cd77a38c66f740ee57b9
**File Name:**   Son_HDD1_8TB.ESM
**Partial Hash:** a0f08f775883b37ba87a267be2081a82
**File Name:**   Son_HDD1_8TB.ESN

**Partial Hash:** 307bd408c4094e16b918adee6ebeee23

**File Name:**   Son_HDD1_8TB.ESO

**Partial Hash:** cfeb3d2f88ebc095cf6a7360b2ef62d8

**File Name:**   Son_HDD1_8TB.ESP

**Partial Hash:** d8d90ea537cc93a4734c9b93f2b5fa40

**File Name:**   Son_HDD1_8TB.ESQ

**Partial Hash:** 695c8e6e03fa3c5f40a42d5d3cc791b4

**File Name:**   Son_HDD1_8TB.ESR

**Partial Hash:** 51302b1855bdacc7e83abb179da63dc7

**File Name:**   Son_HDD1_8TB.ESS

**Partial Hash:** 66726fca1da0675b3f42517124504de3

**File Name:**   Son_HDD1_8TB.EST

**Partial Hash:** 3e2adca6fb051ba14380672ff510553a

**File Name:**   Son_HDD1_8TB.ESU

**Partial Hash:** d9ac07866a43d20ed9ee72f9c256f0e5

**File Name:**   Son_HDD1_8TB.ESV

**Partial Hash:** d1ad754fc9ec192e3cb2edb57f4ba02d

**File Name:**   Son_HDD1_8TB.ESW

**Partial Hash:** a576f2a33ed9be8376eac14b1f412806

**File Name:**   Son_HDD1_8TB.ESX

**Partial Hash:** 16fc8de66c66d0a5e7baf23cd186440c

**File Name:**   Son_HDD1_8TB.ESY

**Partial Hash:** 08266271a721d2845de4d13e20dd0d02

**File Name:**   Son_HDD1_8TB.ESZ

**Partial Hash:** 29e3608ee83d561226364e55bf3c3edd

**File Name:**   Son_HDD1_8TB.ETA

**Partial Hash:** 7c5fbb00a46d62adc70a2a05d091e640

**File Name:**   Son_HDD1_8TB.ETB

**Partial Hash:** 75035495b041b144583baf7bc620627d

**File Name:**   Son_HDD1_8TB.ETC

**Partial Hash:** 83e9ddd07c386ebd7258f5dd0b65753c

**File Name:**   Son_HDD1_8TB.ETD

**Partial Hash:** bec5e6a67d24e3b2fec0f07b8e6a9ce4

**File Name:**   Son_HDD1_8TB.ETE

**Partial Hash:** 1a1026af8413528213a405829e3da111

**File Name:**   Son_HDD1_8TB.ETF

**Partial Hash:** cf6b9aefe9a968d1bad19b4de549518a

**File Name:**   Son_HDD1_8TB.ETG

**Partial Hash:** 315874655dd16fb7f39f8d8344e75b85

**File Name:**   Son_HDD1_8TB.ETH

**Partial Hash:** c625ff638df1d7f8f84afc09a3b58889

**File Name:**   Son_HDD1_8TB.ETI

**Partial Hash:** c95abac77eaba147731c2b698a451ff4

**File Name:**   Son_HDD1_8TB.ETJ

**Partial Hash:** f22b5da2086158741e3a9b423cc8dbc1

**File Name:**   Son_HDD1_8TB.ETK

**Partial Hash:** 2f27b05f74735fcaea336bc924ed6e95

**File Name:**   Son_HDD1_8TB.ETL

**Partial Hash:** 4867aba9d86535b54914028597737f2f

**File Name:**   Son_HDD1_8TB.ETM

**Partial Hash:** c9ed3bebb11e5dc3507c511d53374e9c

**File Name:**   Son_HDD1_8TB.ETN

**Partial Hash:** 41501a8291744dfde34fec242c3eebfe

**File Name:**   Son_HDD1_8TB.ETO
**Partial Hash:** 0aad0596359a985fa61b1d16215b7710
**File Name:**   Son_HDD1_8TB.ETP
**Partial Hash:** 7bb35fd40e66be001575d2932a51ea0a
**File Name:**   Son_HDD1_8TB.ETQ
**Partial Hash:** 53e68aa25a989adaa7233066999dc353
**File Name:**   Son_HDD1_8TB.ETR
**Partial Hash:** 07fd3600d8e81ba7a8d7b65b95aed8cc
**File Name:**   Son_HDD1_8TB.ETS
**Partial Hash:** df8235886e0e707001526e12c8da0f9a
**File Name:**   Son_HDD1_8TB.ETT
**Partial Hash:** c4769c27913c6259e4a6258a0bdd082f
**File Name:**   Son_HDD1_8TB.ETU
**Partial Hash:** 0fa40adaa601c52bd6d066f7feec1e5d
**File Name:**   Son_HDD1_8TB.ETV
**Partial Hash:** 6155659089ecc34ba992966080d0bcdf
**File Name:**   Son_HDD1_8TB.ETW
**Partial Hash:** dd3a0d0bc0ff4073eddc6f607cf25956
**File Name:**   Son_HDD1_8TB.ETX
**Partial Hash:** 722ad65a8890bd66dd26ae73309ab313
**File Name:**   Son_HDD1_8TB.ETY
**Partial Hash:** b7441f8e4c39a1fc77bb242d16af656c
**File Name:**   Son_HDD1_8TB.ETZ
**Partial Hash:** 42bab1838448d27395031750dea86248
**File Name:**   Son_HDD1_8TB.EUA
**Partial Hash:** 93e1d884fe4e03eea1f16e0a9fbe563f
**File Name:**   Son_HDD1_8TB.EUB
**Partial Hash:** a062060a1e41eaba75b615e4c4723c30
**File Name:**   Son_HDD1_8TB.EUC
**Partial Hash:** 5ce79271db7e2013ddb76dcb4062899e
**File Name:**   Son_HDD1_8TB.EUD
**Partial Hash:** 3d1c0e0c1b2a51019ec201e08855a0d8
**File Name:**   Son_HDD1_8TB.EUE
**Partial Hash:** c8976fc67e3ea734f4e10b11df169a22
**File Name:**   Son_HDD1_8TB.EUF
**Partial Hash:** a9b6df7200e4970a34db0b4a202817b3
**File Name:**   Son_HDD1_8TB.EUG
**Partial Hash:** e8c295c45066b6c891851624251c7dd4
**File Name:**   Son_HDD1_8TB.EUH
**Partial Hash:** 99335e33eb42af2a9da52b5ec9a91571
**File Name:**   Son_HDD1_8TB.EUI
**Partial Hash:** 87a7005363e6ea86c1d61eada8b36224
**File Name:**   Son_HDD1_8TB.EUJ
**Partial Hash:** 7b9cf2ea3a4229771b05363b789b87fa
**File Name:**   Son_HDD1_8TB.EUK
**Partial Hash:** 3ebf18e4702946431d72fb9cf22645e0
**File Name:**   Son_HDD1_8TB.EUL
**Partial Hash:** 1c5416be5800a0345649b988f1260b2b
**File Name:**   Son_HDD1_8TB.EUM
**Partial Hash:** cc348eaedb192ec10d5b85359b1af89a
**File Name:**   Son_HDD1_8TB.EUN
**Partial Hash:** 366cfad9a7e787aa36daf1c5a389c98b
**File Name:**   Son_HDD1_8TB.EUO

**Partial Hash:** 543ef55f7f6b9c9c5829057f58a763a2

**File Name:**   Son_HDD1_8TB.EUP

**Partial Hash:** 667e4fa04ea5ad46e7bfeb7a5e8174f2

**File Name:**   Son_HDD1_8TB.EUQ

**Partial Hash:** 7ded0fae5e93d29446fda25357ff152a

**File Name:**   Son_HDD1_8TB.EUR

**Partial Hash:** c0a5528320b9d0e02720f15f4b8bdc86

**File Name:**   Son_HDD1_8TB.EUS

**Partial Hash:** 162250f7ddbd50b066b782e731a07084

**File Name:**   Son_HDD1_8TB.EUT

**Partial Hash:** feb2bca533d73aa50815abae6ffbb466

**File Name:**   Son_HDD1_8TB.EUU

**Partial Hash:** ba2c2f7b69bee6d3054ad285b17d918a

**File Name:**   Son_HDD1_8TB.EUV

**Partial Hash:** 9063d47e4ec7066890c8b45cfda25b64

**File Name:**   Son_HDD1_8TB.EUW

**Partial Hash:** 34cf63e9fdc4e0c086f227d3a151b056

**File Name:**   Son_HDD1_8TB.EUX

**Partial Hash:** 4c090c5344a879f8f52318cbc1813f7a

**File Name:**   Son_HDD1_8TB.EUY

**Partial Hash:** 751f75457f615c43f83084be5312fa4a

**File Name:**   Son_HDD1_8TB.EUZ

**Partial Hash:** 482167139780a16e477ae83672f23af6

**File Name:**   Son_HDD1_8TB.EVA

**Partial Hash:** e982103f4f4c025f95eb5ea3cc3b165d

**File Name:**   Son_HDD1_8TB.EVB

**Partial Hash:** e6c7f0ef4e09a6aac0e970a61957d7a7

**File Name:**   Son_HDD1_8TB.EVC

**Partial Hash:** f6299dfbd1618f9280d1d6ee68af2ac6

**File Name:**   Son_HDD1_8TB.EVD

**Partial Hash:** f90c010c4ffc1f226cb812316a66c011

**File Name:**   Son_HDD1_8TB.EVE

**Partial Hash:** 0810616c38ef240f472921746e8f26fd

**File Name:**   Son_HDD1_8TB.EVF

**Partial Hash:** 0d542186573da9934bec9c5ebea5b3eb

**File Name:**   Son_HDD1_8TB.EVG

**Partial Hash:** 003b7a369b0e08a3147e740bc9d3a3b6

**File Name:**   Son_HDD1_8TB.EVH

**Partial Hash:** 9163876a4134535dbfb6102d2576ba2c

**File Name:**   Son_HDD1_8TB.EVI

**Partial Hash:** 09d2e61489f308ff75294003df1a3051

**File Name:**   Son_HDD1_8TB.EVJ

**Partial Hash:** 1d55b70b8451e1ddd04e5435fcdc7bf0

**File Name:**   Son_HDD1_8TB.EVK

**Partial Hash:** 7fb0ea1dbf3cfc3da4e9bb2e2487aaeb

**File Name:**   Son_HDD1_8TB.EVL

**Partial Hash:** 37d9b0e3365c91dd503995d8d0cd5985

**File Name:**   Son_HDD1_8TB.EVM

**Partial Hash:** 79afd14d3b29829704f850374d215a16

**File Name:**   Son_HDD1_8TB.EVN

**Partial Hash:** 267d3cc53ecbedb9bb774c6fe10419cd

**File Name:**   Son_HDD1_8TB.EVO

**Partial Hash:** c47efbc4643cf489ad32b60db233a6e7

**File Name:**   Son_HDD1_8TB.EVP

**Partial Hash:** afb96b23c9480abfbf223d47180dc56d

**File Name:**   Son_HDD1_8TB.EVQ

**Partial Hash:** 8593cecc1d3156914d8becf3c36302e2

**File Name:**   Son_HDD1_8TB.EVR

**Partial Hash:** 0ad565daa1b94c5e9e1c26e4d6d5e484

**File Name:**   Son_HDD1_8TB.EVS

**Partial Hash:** ff10e5fd4a347049035abe6ee2d58b03

**File Name:**   Son_HDD1_8TB.EVT

**Partial Hash:** 482f0ffb3eaabc60a4c5cc4858926572

**File Name:**   Son_HDD1_8TB.EVU

**Partial Hash:** 0c9a7af9c02998a878086115ceca4b94

**File Name:**   Son_HDD1_8TB.EVV

**Partial Hash:** 5291b573ecfd2f05e7bc0cf973e78bbb

**File Name:**   Son_HDD1_8TB.EVW

**Partial Hash:** 3ba2488f438e957c17bcd2ddbaef4033

**File Name:**   Son_HDD1_8TB.EVX

**Partial Hash:** 704954a793d6eb3a209d125cf3f264d0

**File Name:**   Son_HDD1_8TB.EVY

**Partial Hash:** f3dcab357c1304a91f9c97707b1d2883

**File Name:**   Son_HDD1_8TB.EVZ

**Partial Hash:** a5f0711ad4c289e0ee74e37f58b0f3aa

**File Name:**   Son_HDD1_8TB.EWA

**Partial Hash:** 8db9384b706baff5a6bcd0e99febb8a6

**File Name:**   Son_HDD1_8TB.EWB

**Partial Hash:** 2b156e9ecd7bd1ed6d2424ad6ca924b5

**File Name:**   Son_HDD1_8TB.EWC

**Partial Hash:** a4c75f5552047f8718c59f23f8c20e3e

**File Name:**   Son_HDD1_8TB.EWD

**Partial Hash:** 03cc5ffa9cd26c81a5d4b40c58d96306

**File Name:**   Son_HDD1_8TB.EWE

**Partial Hash:** 3e1de1895f0791cc1da7766fc1b5e829

**File Name:**   Son_HDD1_8TB.EWF

**Partial Hash:** d09076b8c8eb57cb52637d6d2d1c68df

**File Name:**   Son_HDD1_8TB.EWG

**Partial Hash:** c2e21caf33844d772bd0baf8ee8948df

**File Name:**   Son_HDD1_8TB.EWH

**Partial Hash:** 8866680bc07c35e31f9d0fd91792a863

**File Name:**   Son_HDD1_8TB.EWI

**Partial Hash:** e7afd8b6bfde58e7a66319869d0367cb

**File Name:**   Son_HDD1_8TB.EWJ

**Partial Hash:** e8ee41f6d4d72055daf02354a28beff9

**File Name:**   Son_HDD1_8TB.EWK

**Partial Hash:** 7af1d84e1f3cfccb1b55c5fdd977395f

**File Name:**   Son_HDD1_8TB.EWL

**Partial Hash:** fac26d97cf3c58ae19521c7b816a09a9

**File Name:**   Son_HDD1_8TB.EWM

**Partial Hash:** 1fecf8905143945125bb8ece9bc9075c

**File Name:**   Son_HDD1_8TB.EWN

**Partial Hash:** d56013c800b7ce673cea76309396af91

**File Name:**   Son_HDD1_8TB.EWO

**Partial Hash:** ffa4d77f34814f4e1cdec71bb708a7c4

**File Name:**   Son_HDD1_8TB.EWP

**Partial Hash:** e78e0dcbe0bf76a6d5df190144744395
**File Name:**   Son_HDD1_8TB.EWQ
**Partial Hash:** 8dd9d28427cde9d5f0df22c4449eb7f4
**File Name:**   Son_HDD1_8TB.EWR
**Partial Hash:** 166bb620968ed3e246d8e155efc29353
**File Name:**   Son_HDD1_8TB.EWS
**Partial Hash:** c59a5273ba440729b184a094e88040ab
**File Name:**   Son_HDD1_8TB.EWT
**Partial Hash:** 0141033fed0b27e364715b927795fb45
**File Name:**   Son_HDD1_8TB.EWU
**Partial Hash:** 2770f5af3cff9ac3f615590b0966c86a
**File Name:**   Son_HDD1_8TB.EWV
**Partial Hash:** aa5b24ef678d79b864af36d66b70c43d
**File Name:**   Son_HDD1_8TB.EWW
**Partial Hash:** 0204b0ee489cd595996b943110014431
**File Name:**   Son_HDD1_8TB.EWX
**Partial Hash:** d62f2dd34ef5529ed94b339e2e4dd765
**File Name:**   Son_HDD1_8TB.EWY
**Partial Hash:** 83bc8800c77eb2a170d6bf7e0ea12675
**File Name:**   Son_HDD1_8TB.EWZ
**Partial Hash:** 202e3df509901bb4cfc740ce33603e23
**File Name:**   Son_HDD1_8TB.EXA
**Partial Hash:** 7e3c3449318f06ad10d9741b2858df26
**File Name:**   Son_HDD1_8TB.EXB
**Partial Hash:** c334c2817d39f7f59dc22b72fe3f8cc8
**File Name:**   Son_HDD1_8TB.EXC
**Partial Hash:** 81f646fce7f49baa460ecdf13ee7c7c2
**File Name:**   Son_HDD1_8TB.EXD
**Partial Hash:** cf44f4546ba960708b1e69bd55b524bc
**File Name:**   Son_HDD1_8TB.EXE
**Partial Hash:** d4e52717e2193f11f09f1faa74ef13ce
**File Name:**   Son_HDD1_8TB.EXF
**Partial Hash:** dbc8ab0a19fe010bf429122caa1f9f0d
**File Name:**   Son_HDD1_8TB.EXG
**Partial Hash:** 923fdfdead64799fdf5addfceea3ac72
**File Name:**   Son_HDD1_8TB.EXH
**Partial Hash:** ef78b2f0983083e071f5bc9a41469230
**File Name:**   Son_HDD1_8TB.EXI
**Partial Hash:** e3d46b6d8a167dce28e7fcdf3e2362a5
**File Name:**   Son_HDD1_8TB.EXJ
**Partial Hash:** c049bd6c565088e16ffd88f1abd8d332
**File Name:**   Son_HDD1_8TB.EXK
**Partial Hash:** e5578a445a7677e156f5a7b49460c2aa
**File Name:**   Son_HDD1_8TB.EXL
**Partial Hash:** 5c38b071a0fee7b136768448a0edbce8
**File Name:**   Son_HDD1_8TB.EXM
**Partial Hash:** 621a188cd9df6572fc3c4dd109d7d78a
**File Name:**   Son_HDD1_8TB.EXN
**Partial Hash:** a3f39bbf66c1f1d47c1b8a174c5e12a5
**File Name:**   Son_HDD1_8TB.EXO
**Partial Hash:** 77ac7acd7df923aad9bbd4842c5189a9
**File Name:**   Son_HDD1_8TB.EXP
**Partial Hash:** 5a2075a782088468f3bb12bd0b29ade6

**File Name:**   Son_HDD1_8TB.EXQ
**Partial Hash:** 58cfae00c015de85a0fdf7a7d02fce49
**File Name:**   Son_HDD1_8TB.EXR
**Partial Hash:** 6dad70446d85a04ca5fb9e14866109f1
**File Name:**   Son_HDD1_8TB.EXS
**Partial Hash:** 80b5663467e9140c9a492a59470974bc
**File Name:**   Son_HDD1_8TB.EXT
**Partial Hash:** 11296d6f7f37989e1829bc4f5c11c3fa
**File Name:**   Son_HDD1_8TB.EXU
**Partial Hash:** 1f1389e0f3c85f4385861a53ccf6274b
**File Name:**   Son_HDD1_8TB.EXV
**Partial Hash:** ea031551a6b0675950887e33821fa7ac
**File Name:**   Son_HDD1_8TB.EXW
**Partial Hash:** 5d606d3ca9bb96bf7c2e6e40953b28bc
**File Name:**   Son_HDD1_8TB.EXX
**Partial Hash:** ca3fd7db5c3690303f92ae090697b1e2
**File Name:**   Son_HDD1_8TB.EXY
**Partial Hash:** e6df347e984cc7736b1249e84961313f
**File Name:**   Son_HDD1_8TB.EXZ
**Partial Hash:** ba50a1a9cee8e1b0ac1aa5efe56b2bad
**File Name:**   Son_HDD1_8TB.EYA
**Partial Hash:** ed88b7fcd528785d0847c31245203150
**File Name:**   Son_HDD1_8TB.EYB
**Partial Hash:** d0cedacb71dbd73595fee78bdcdc618c
**File Name:**   Son_HDD1_8TB.EYC
**Partial Hash:** 489ae4c4509825b39c487818da5349a5
**File Name:**   Son_HDD1_8TB.EYD
**Partial Hash:** 176ff534fea6904a475f80c520e3ae59
**File Name:**   Son_HDD1_8TB.EYE
**Partial Hash:** ce453b801ec427c21f39fffe49dc7f10
**File Name:**   Son_HDD1_8TB.EYF
**Partial Hash:** e538901eda7eec51a14df7cc33d1683e
**File Name:**   Son_HDD1_8TB.EYG
**Partial Hash:** 16ee20f958a10a39a05e4e61d616a97d
**File Name:**   Son_HDD1_8TB.EYH
**Partial Hash:** bf484f950f04a330ce3f26cabf16d16e
**File Name:**   Son_HDD1_8TB.EYI
**Partial Hash:** ff5c0abdd516bb056fef4b001c5c52c1
**File Name:**   Son_HDD1_8TB.EYJ
**Partial Hash:** 10070b6c10482d8471c1f2a507b8d749
**File Name:**   Son_HDD1_8TB.EYK
**Partial Hash:** 250043c85e5f78abef4bf84397721a96
**File Name:**   Son_HDD1_8TB.EYL
**Partial Hash:** 4ba122ccd9f31f428c322a86da14238a
**File Name:**   Son_HDD1_8TB.EYM
**Partial Hash:** 96768bee6afea052fd500b1850aa1592
**File Name:**   Son_HDD1_8TB.EYN
**Partial Hash:** ece0fbac91713e908adae09badd7f077
**File Name:**   Son_HDD1_8TB.EYO
**Partial Hash:** 6c95b2eec8abe9207ff0698d3fcf4e88
**File Name:**   Son_HDD1_8TB.EYP
**Partial Hash:** eab46874192caafd19a6893bc5aa6755
**File Name:**   Son_HDD1_8TB.EYQ

**Partial Hash:** 500201017f5ef980a21a32c130e18db6
**File Name:**   Son_HDD1_8TB.EYR
**Partial Hash:** 057ffbc9bc933e027ddd634c67c7c878
**File Name:**   Son_HDD1_8TB.EYS
**Partial Hash:** 4c7e24f4577bdf121f355b7ed74f8fe8
**File Name:**   Son_HDD1_8TB.EYT
**Partial Hash:** 063e30dedee063fb5833f95062bfb16e
**File Name:**   Son_HDD1_8TB.EYU
**Partial Hash:** ccb4fa97bafe845455f160e87c9a7f60
**File Name:**   Son_HDD1_8TB.EYV
**Partial Hash:** 276a3c7451cba4c5ac3fd30079f4c020
**File Name:**   Son_HDD1_8TB.EYW
**Partial Hash:** afdd7b4321a2d1693c6c19dafeebb0a7
**File Name:**   Son_HDD1_8TB.EYX
**Partial Hash:** ed4081634e548a5d76981eed2323a499
**File Name:**   Son_HDD1_8TB.EYY
**Partial Hash:** 544429ffd63964c6d06405709fb7e815
**File Name:**   Son_HDD1_8TB.EYZ
**Partial Hash:** bfe28c7a6ce70230fa47fa1ffc47e1d5
**File Name:**   Son_HDD1_8TB.EZA
**Partial Hash:** 22131b150e18d76fb2ee70dcf9df3a6e
**File Name:**   Son_HDD1_8TB.EZB
**Partial Hash:** 6d8e9c2b3ab47e785521ee63fb920c05
**File Name:**   Son_HDD1_8TB.EZC
**Partial Hash:** cdda47316995e79498589053a06fb1a0
**File Name:**   Son_HDD1_8TB.EZD
**Partial Hash:** e77f208ce5ffb66c0e9ad20b117a5683
**File Name:**   Son_HDD1_8TB.EZE
**Partial Hash:** 36e53155a58fca95de6aa36325931a81
**File Name:**   Son_HDD1_8TB.EZF
**Partial Hash:** eb7ad8797cc033c5c7aab011ce6a7115
**File Name:**   Son_HDD1_8TB.EZG
**Partial Hash:** 04071f9f0be3636f6667402af034e9df
**File Name:**   Son_HDD1_8TB.EZH
**Partial Hash:** 6f70003d045fd0d49421e3d32e81ecd3
**File Name:**   Son_HDD1_8TB.EZI
**Partial Hash:** 9e6eb4e26abdebfca5d47e039a6fbb5c
**File Name:**   Son_HDD1_8TB.EZJ
**Partial Hash:** 87aabaf5c659dd0e086dd1a1f2f69e01
**File Name:**   Son_HDD1_8TB.EZK
**Partial Hash:** 47fa34b5b9a02f0dcb4264337da07851
**File Name:**   Son_HDD1_8TB.EZL
**Partial Hash:** 84254e33ef73930769b20d5b959704d5
**File Name:**   Son_HDD1_8TB.EZM
**Partial Hash:** 64d5e461cd36daac4489df88aa2814cd
**File Name:**   Son_HDD1_8TB.EZN
**Partial Hash:** 093dc2fed5a4c5545f9c365b0110d27e
**File Name:**   Son_HDD1_8TB.EZO
**Partial Hash:** ccdab797e04e40fa12f86fdc5c3baa5a
**File Name:**   Son_HDD1_8TB.EZP
**Partial Hash:** e845d513c87deb7c5cb70f600d41343f
**File Name:**   Son_HDD1_8TB.EZQ
**Partial Hash:** 15f31cf47a190c468837b5721c445920

**File Name:**   Son_HDD1_8TB.EZR
**Partial Hash:** bb6671780677d694d6feca846d30d502
**File Name:**   Son_HDD1_8TB.EZS
**Partial Hash:** fb3e0bec68cb3de7108b4d187ea49d29
**File Name:**   Son_HDD1_8TB.EZT
**Partial Hash:** 2f94fc36949645820652a85584bdbe1b
**File Name:**   Son_HDD1_8TB.EZU
**Partial Hash:** e4c91b7bcdcc89e5087d252787fca8a7
**File Name:**   Son_HDD1_8TB.EZV
**Partial Hash:** 89eeb7585b009cbd1d348cb37cc5bc3a
**File Name:**   Son_HDD1_8TB.EZW
**Partial Hash:** 49588f3e084fb36ec91c5d02c37db401
**File Name:**   Son_HDD1_8TB.EZX
**Partial Hash:** 8b764e5116e6f5e3eca3a22578d2d8a1
**File Name:**   Son_HDD1_8TB.EZY
**Partial Hash:** 179c641c854da675f2c9cf35e0810209
**File Name:**   Son_HDD1_8TB.EZZ
**Partial Hash:** c9f9bb063b88aa179fa132695a59f8dc
**File Name:**   Son_HDD1_8TB.FAA
**Partial Hash:** fc0fe6805d9598a8e56090cbf01f5627
**File Name:**   Son_HDD1_8TB.FAB
**Partial Hash:** aee864ebd4c3c528bf29198d2afe3759
**File Name:**   Son_HDD1_8TB.FAC
**Partial Hash:** 29821f6ee280ab73a8d72316bd1e0581
**File Name:**   Son_HDD1_8TB.FAD
**Partial Hash:** 5509499e1f0889106fb1384e827e6dee
**File Name:**   Son_HDD1_8TB.FAE
**Partial Hash:** f808fee4308a3d3bd28f75324610e595
**File Name:**   Son_HDD1_8TB.FAF
**Partial Hash:** b12145d88e5c9085c8bf682b12d1e6c5
**File Name:**   Son_HDD1_8TB.FAG
**Partial Hash:** 52b9577e08ef2b3666bc98c62376693a
**File Name:**   Son_HDD1_8TB.FAH
**Partial Hash:** 4538ba08c2a74e85a23ac7a6a9bdb9f3
**File Name:**   Son_HDD1_8TB.FAI
**Partial Hash:** 704843a9a348a9c77c1b7a7b26c1b599
**File Name:**   Son_HDD1_8TB.FAJ
**Partial Hash:** 3e1d211a584a1b734d3bd91178573597
**File Name:**   Son_HDD1_8TB.FAK
**Partial Hash:** 8b575d88e8d92b3d5d43978d2b880bf6
**File Name:**   Son_HDD1_8TB.FAL
**Partial Hash:** 04391adb51d92bc5c32ed8e625197df4
**File Name:**   Son_HDD1_8TB.FAM
**Partial Hash:** db6ba61245e22e53aa6a00739b2de5b5
**File Name:**   Son_HDD1_8TB.FAN
**Partial Hash:** f49d34bf5b9547ae718ee9e51eacdda6
**File Name:**   Son_HDD1_8TB.FAO
**Partial Hash:** d16a48631570bfce3fa295c8d39cc46e
**File Name:**   Son_HDD1_8TB.FAP
**Partial Hash:** 82c3ced8e2bb16853192462993cf2ef1
**File Name:**   Son_HDD1_8TB.FAQ
**Partial Hash:** 6f6835b182803266b688da342e10392b
**File Name:**   Son_HDD1_8TB.FAR

**Partial Hash:** 6f5e7d66c53a2ca23300c7ce7754e7bb

**File Name:**   Son_HDD1_8TB.FAS

**Partial Hash:** ca4f2191065a63a61e2fc1ed16c0d4d2

**File Name:**   Son_HDD1_8TB.FAT

**Partial Hash:** 5c4bcb594d4572847b4c7abfaf497ff0

**File Name:**   Son_HDD1_8TB.FAU

**Partial Hash:** 19c688be096940688c3428c3c1d998d6

**File Name:**   Son_HDD1_8TB.FAV

**Partial Hash:** 96ce598d048806b2c11353c62a31f58b

**File Name:**   Son_HDD1_8TB.FAW

**Partial Hash:** 3f3b29395677e2de758f5addf57fe7f6

**File Name:**   Son_HDD1_8TB.FAX

**Partial Hash:** 72209963d0c9305a8875be3799ea8cd7

**File Name:**   Son_HDD1_8TB.FAY

**Partial Hash:** fd73918ce3e144a0c2f1b878e47bbb2a

**File Name:**   Son_HDD1_8TB.FAZ

**Partial Hash:** 334447efeda1850eee1a8efdcedbac1e

**File Name:**   Son_HDD1_8TB.FBA

**Partial Hash:** 970c20d8bb0ecd36871778b95f5d88af

**File Name:**   Son_HDD1_8TB.FBB

**Partial Hash:** 9278c7ea48a06b23450679891815403f

**File Name:**   Son_HDD1_8TB.FBC

**Partial Hash:** cc532f9f0528178bb3bac9104676821b

**File Name:**   Son_HDD1_8TB.FBD

**Partial Hash:** ba3bbb5567d400ff09f3235822afa343

**File Name:**   Son_HDD1_8TB.FBE

**Partial Hash:** b7d92a07a45865d9c8b479b321c12a2f

**File Name:**   Son_HDD1_8TB.FBF

**Partial Hash:** 022d352bde2f01f9226206519005139f

**File Name:**   Son_HDD1_8TB.FBG

**Partial Hash:** 7494ad9f65282679fef0e2a810c2eb8a

**File Name:**   Son_HDD1_8TB.FBH

**Partial Hash:** 24f025632ee71be525e47347ec542102

**File Name:**   Son_HDD1_8TB.FBI

**Partial Hash:** a2a40dbbcca4ccd43b048ef70f76ff81

**File Name:**   Son_HDD1_8TB.FBJ

**Partial Hash:** cfddad6ea293a10c63e16e42a323adc1

**File Name:**   Son_HDD1_8TB.FBK

**Partial Hash:** 2818fa7f6866d07998cc77bb9da5f9b9

**File Name:**   Son_HDD1_8TB.FBL

**Partial Hash:** 5cd204da776c655e0b9fe864b83e2924

**File Name:**   Son_HDD1_8TB.FBM

**Partial Hash:** 3fd80831601f518aebc21a8a9554049c

**File Name:**   Son_HDD1_8TB.FBN

**Partial Hash:** 55610f94d01834b4516d4a9a77c0ee37

**File Name:**   Son_HDD1_8TB.FBO

**Partial Hash:** 34a9435ee0de8c8f941edf0be5533228

**File Name:**   Son_HDD1_8TB.FBP

**Partial Hash:** a4598d444a8598544773a182a72a7103

**File Name:**   Son_HDD1_8TB.FBQ

**Partial Hash:** c32aad11b359d8e06ff07a6c79077bb5

**File Name:**   Son_HDD1_8TB.FBR

**Partial Hash:** 6d29a85eecbafba4c27cc8bae117b173

**File Name:**   Son_HDD1_8TB.FBS

**Partial Hash:** 8de64d1115ccaabee013379d3f292465

**File Name:**   Son_HDD1_8TB.FBT

**Partial Hash:** c9da26d7e89003775e834a275ff2b2a6

**File Name:**   Son_HDD1_8TB.FBU

**Partial Hash:** 9b921efd90e4ecb17cdb4e98a353c8ff

**File Name:**   Son_HDD1_8TB.FBV

**Partial Hash:** 523f33d9d9b83b522dfc63ab3462e789

**File Name:**   Son_HDD1_8TB.FBW

**Partial Hash:** 60a00efb3f008b4f73e890ce57bad2c4

**File Name:**   Son_HDD1_8TB.FBX

**Partial Hash:** 4e182c37265453cf94fc3fec3e6a8981

**File Name:**   Son_HDD1_8TB.FBY

**Partial Hash:** b99243aae242484ccef127deaf090def

**File Name:**   Son_HDD1_8TB.FBZ

**Partial Hash:** 76b369ec97d7ef458c5a87e3349372a7

**File Name:**   Son_HDD1_8TB.FCA

**Partial Hash:** d98db3c35d87da7ce136d1ff439daaef

**File Name:**   Son_HDD1_8TB.FCB

**Partial Hash:** 19ead4f40f74c73236fc38469633bdac

**File Name:**   Son_HDD1_8TB.FCC

**Partial Hash:** bbf43ed5530927f7462776a441319e02

**File Name:**   Son_HDD1_8TB.FCD

**Partial Hash:** 9fb47c6e15093a33d181bdbd050b11f4

**File Name:**   Son_HDD1_8TB.FCE

**Partial Hash:** f5ee0d6f7ba13a8b9a78d741a228ae05

**File Name:**   Son_HDD1_8TB.FCF

**Partial Hash:** 02f0a5fb48e9f5776cd7a2bca45b810c

**File Name:**   Son_HDD1_8TB.FCG

**Partial Hash:** 37d712829573f8dfa403aebf73a19057

**File Name:**   Son_HDD1_8TB.FCH

**Partial Hash:** 6fab1881a6415c90fe004ee47036bbb5

**File Name:**   Son_HDD1_8TB.FCI

**Partial Hash:** f2f0b87ce0852aabc31343577f6aa5c1

**File Name:**   Son_HDD1_8TB.FCJ

**Partial Hash:** 18feb510c08100b08ff87b72b76bfbff

**File Name:**   Son_HDD1_8TB.FCK

**Partial Hash:** e32db91b1e2cd22b4b50cef6dc66b1e6

**File Name:**   Son_HDD1_8TB.FCL

**Partial Hash:** f49a5f8bd5f178660423cdcbed075d0f

**File Name:**   Son_HDD1_8TB.FCM

**Partial Hash:** 97a99f2d8e9bffb5ae43f299e86e30d2

**File Name:**   Son_HDD1_8TB.FCN

**Partial Hash:** 637c1388a03581bcbef2dabd1d614a1d

**File Name:**   Son_HDD1_8TB.FCO

**Partial Hash:** 32a0a6cd8a32156e88efc5b62d5e2e3e

**File Name:**   Son_HDD1_8TB.FCP

**Partial Hash:** 6168f62bbe089d824fc1227969b2daba

**File Name:**   Son_HDD1_8TB.FCQ

**Partial Hash:** 6d66ffec071bf4a1290057a7bcec0c09

**File Name:**   Son_HDD1_8TB.FCR

**Partial Hash:** 095474806acb4f283178e934915671b2

**File Name:**   Son_HDD1_8TB.FCS

**Partial Hash:** f290abb8f94c7f9441c210ae71830d8e

**File Name:** Son_HDD1_8TB.FCT

**Partial Hash:** dbeefdcb7ab59994a5c2c49dc7941bd1

**File Name:** Son_HDD1_8TB.FCU

**Partial Hash:** 3519a35e1ca95f6ac46f5be4fef50e0d

**File Name:** Son_HDD1_8TB.FCV

**Partial Hash:** fe8c8acaec673e9ff019aaa6e13c7155

**File Name:** Son_HDD1_8TB.FCW

**Partial Hash:** 73f2c4275342b83a09267db7d7e396f7

**File Name:** Son_HDD1_8TB.FCX

**Partial Hash:** ee3e19d2e62188c302b035bc8704d799

**File Name:** Son_HDD1_8TB.FCY

**Partial Hash:** c7ad3e298e72fcda5a800bd2f3faf00f

**File Name:** Son_HDD1_8TB.FCZ

**Partial Hash:** 280fdfaa51a8cb92a782acbd8a110c46

**File Name:** Son_HDD1_8TB.FDA

**Partial Hash:** 1d3b6d7b6aed8290689aa36ab801ff28

**File Name:** Son_HDD1_8TB.FDB

**Partial Hash:** 00d1d10785c083f78f54990228ec8092

**File Name:** Son_HDD1_8TB.FDC

**Partial Hash:** 4683cb113e977ebea4973758bf4461f8

**File Name:** Son_HDD1_8TB.FDD

**Partial Hash:** b4c5bc85d4608183b0b57b95248c3349

**File Name:** Son_HDD1_8TB.FDE

**Partial Hash:** 7fb4257d5593742a6dc1cd7293ab9f48

**File Name:** Son_HDD1_8TB.FDF

**Partial Hash:** db6f1aaf02c47a662b6f4c1191b09519

**File Name:** Son_HDD1_8TB.FDG

**Partial Hash:** 99123e0b8253c3f3b52d3d4f9eb6c769

**File Name:** Son_HDD1_8TB.FDH

**Partial Hash:** 3a5b34c77696256466a8512b38c606bc

**File Name:** Son_HDD1_8TB.FDI

**Partial Hash:** 03385054c895ae05917ac84f6de4c0fb

**File Name:** Son_HDD1_8TB.FDJ

**Partial Hash:** 209a3cd71fab24a0fba62e516b517e42

**File Name:** Son_HDD1_8TB.FDK

**Partial Hash:** 2a698c66fbc8418ca15c516f76213d06

**File Name:** Son_HDD1_8TB.FDL

**Partial Hash:** a2771cf27e8a96249a505c980f049490

**File Name:** Son_HDD1_8TB.FDM

**Partial Hash:** 71f32b68a29108d56632939493aa981a

**File Name:** Son_HDD1_8TB.FDN

**Partial Hash:** 01c0cfe331b7aeeb6195c5ae1770edcf

**File Name:** Son_HDD1_8TB.FDO

**Partial Hash:** 569ea40cedcf9ceadcd8c6a4005e0c8d

**File Name:** Son_HDD1_8TB.FDP

**Partial Hash:** 90303f5778e0bbe61682c1c96205e6e3

**File Name:** Son_HDD1_8TB.FDQ

**Partial Hash:** ec6710a6a9013d6751da2e789d369e82

**File Name:** Son_HDD1_8TB.FDR

**Partial Hash:** 359bbb802d567cd98a3bb3dd397101b3

**File Name:** Son_HDD1_8TB.FDS

**Partial Hash:** 6fe1d71e079bafc895f1fad628f3168f

**File Name:**   Son_HDD1_8TB.FDT
**Partial Hash:** c6d8dfa6b5b67a405c63276698bdeb54
**File Name:**   Son_HDD1_8TB.FDU
**Partial Hash:** 5b6e30ece3c9c762023f4fbbbfdd1a58
**File Name:**   Son_HDD1_8TB.FDV
**Partial Hash:** 8190f65d559cae023aca46551d496751
**File Name:**   Son_HDD1_8TB.FDW
**Partial Hash:** 88b8f60041f6ccef34be585b3edac377
**File Name:**   Son_HDD1_8TB.FDX
**Partial Hash:** bef7a896c7ffe2c7989f1e50b9c8018b
**File Name:**   Son_HDD1_8TB.FDY
**Partial Hash:** acd8527fcc25cd572b7795f7e1893c43
**File Name:**   Son_HDD1_8TB.FDZ
**Partial Hash:** 8a9beee6a6f0b54cd6480cad09320d0b
**File Name:**   Son_HDD1_8TB.FEA
**Partial Hash:** fc6d45d8e259c8eea8fa7b42df61809b
**File Name:**   Son_HDD1_8TB.FEB
**Partial Hash:** bea0d6f0fb2517733f6ec433dee5d4f4
**File Name:**   Son_HDD1_8TB.FEC
**Partial Hash:** 3f9cae079127573d9643262bff3b19b6
**File Name:**   Son_HDD1_8TB.FED
**Partial Hash:** 4c3279cc55cd49e877617e39265a6a92
**File Name:**   Son_HDD1_8TB.FEE
**Partial Hash:** a2178e2bf0b633419f72a44165329121
**File Name:**   Son_HDD1_8TB.FEF
**Partial Hash:** 6e9ed27dfc189a2aabd42f4b8cc452fd
**File Name:**   Son_HDD1_8TB.FEG
**Partial Hash:** b23f9a908d20d676fa840324802a1938
**File Name:**   Son_HDD1_8TB.FEH
**Partial Hash:** 2ed0177293a9a459643bbef97ce48e57
**File Name:**   Son_HDD1_8TB.FEI
**Partial Hash:** 8e1c58cde44d914a2ac0caa51cd2008a
**File Name:**   Son_HDD1_8TB.FEJ
**Partial Hash:** b4067d8dcc2ebdc058ea696be82fb3de
**File Name:**   Son_HDD1_8TB.FEK
**Partial Hash:** c716412416d4e337e89e59383d124be0
**File Name:**   Son_HDD1_8TB.FEL
**Partial Hash:** 0d3145af902f47e1cc52a33b34332537
**File Name:**   Son_HDD1_8TB.FEM
**Partial Hash:** ae44bdaafbf2711e7355f3608baace98
**File Name:**   Son_HDD1_8TB.FEN
**Partial Hash:** 94ce102c1aee79920a4bb657b7338f8f
**File Name:**   Son_HDD1_8TB.FEO
**Partial Hash:** b6f653eba306933f1a27e68ffb283d5c
**File Name:**   Son_HDD1_8TB.FEP
**Partial Hash:** 8df1e01dfe6b407c1e0a26c743031ed3
**File Name:**   Son_HDD1_8TB.FEQ
**Partial Hash:** f4d15840976dac52b7d5aac0144769c0
**File Name:**   Son_HDD1_8TB.FER
**Partial Hash:** c42acb4c766f4a1b58f7e83dfaf3e60d
**File Name:**   Son_HDD1_8TB.FES
**Partial Hash:** 894d7cdec58f8b7e921edaa05dc7736e
**File Name:**   Son_HDD1_8TB.FET

**Partial Hash:** e9e2f0fe2604cf8501610eb73f146f0c

**File Name:**   Son_HDD1_8TB.FEU

**Partial Hash:** ed271934b57cb6a13eaec115acb1c195

**File Name:**   Son_HDD1_8TB.FEV

**Partial Hash:** c1dfae66962afec96c5a4f86abc76748

**File Name:**   Son_HDD1_8TB.FEW

**Partial Hash:** 90c8fbd567b515aba00bf3578a8a780a

**File Name:**   Son_HDD1_8TB.FEX

**Partial Hash:** 44a2cfd5c01c64d81f126100c6646923

**File Name:**   Son_HDD1_8TB.FEY

**Partial Hash:** b10452ef84e49eb6229f070560e80fb4

**File Name:**   Son_HDD1_8TB.FEZ

**Partial Hash:** 18de380f7b70835ce1abb5d5d04becca

**File Name:**   Son_HDD1_8TB.FFA

**Partial Hash:** 23e34485a69f4d1e28f7814b5292f840

**File Name:**   Son_HDD1_8TB.FFB

**Partial Hash:** df2f0ba46233a9208fb42293dc134d88

**File Name:**   Son_HDD1_8TB.FFC

**Partial Hash:** 141325759d164ca252506cfabfc4b644

**File Name:**   Son_HDD1_8TB.FFD

**Partial Hash:** b48304cb35fd514a0cede6d8bd6b8fb9

**File Name:**   Son_HDD1_8TB.FFE

**Partial Hash:** 38e5af9a2dcefe0eb7b07e71cdd201af

**File Name:**   Son_HDD1_8TB.FFF

**Partial Hash:** 90367971b9420efa5e996d551a62453e

**File Name:**   Son_HDD1_8TB.FFG

**Partial Hash:** 006eb94967b20f366d3bf80310c1c6a2

**File Name:**   Son_HDD1_8TB.FFH

**Partial Hash:** c3fc663d9ff9ce711c6e937cc624c84e

**File Name:**   Son_HDD1_8TB.FFI

**Partial Hash:** bad336cb68c83f6c82a396e059894f61

**File Name:**   Son_HDD1_8TB.FFJ

**Partial Hash:** 5f2f2c6211b79abda9bb5283caeaf847

**File Name:**   Son_HDD1_8TB.FFK

**Partial Hash:** e85990f7cf802692f0dd4bb0f45d4dff

**File Name:**   Son_HDD1_8TB.FFL

**Partial Hash:** d79cec1f9ff413c1acbf86d229faff4d

**File Name:**   Son_HDD1_8TB.FFM

**Partial Hash:** ac599a9bac2e7ad73c8956912f236631

**File Name:**   Son_HDD1_8TB.FFN

**Partial Hash:** f3ae2b161d37d40dd25e45361f32a6f4

**File Name:**   Son_HDD1_8TB.FFO

**Partial Hash:** 5c58944aab976e6da0d7ae16ffd88fcf

**File Name:**   Son_HDD1_8TB.FFP

**Partial Hash:** d54c376fcfb48b3f26a97111052d72cb

**File Name:**   Son_HDD1_8TB.FFQ

**Partial Hash:** 001deeaad0a441e548adf3d8526a43a8

**File Name:**   Son_HDD1_8TB.FFR

**Partial Hash:** a065dce1438854dc8d2e97b7640a378e

**File Name:**   Son_HDD1_8TB.FFS

**Partial Hash:** 374f8bafdb89ec95c8a3f8ddb218a7a4

**File Name:**   Son_HDD1_8TB.FFT

**Partial Hash:** 609e4cea87b33f391376d27117633abf

**File Name:**   Son_HDD1_8TB.FFU
**Partial Hash:** 67a32b83f9b7adf1b70eeb300f62d20f
**File Name:**   Son_HDD1_8TB.FFV
**Partial Hash:** 43d3a51ddd528ecc2256343fb34d3a3f
**File Name:**   Son_HDD1_8TB.FFW
**Partial Hash:** 2a5c5c19898c62c40ce6f9d1ca6e6945
**File Name:**   Son_HDD1_8TB.FFX
**Partial Hash:** 7e70c163f209a971f3b26accc80f6c79
**File Name:**   Son_HDD1_8TB.FFY
**Partial Hash:** f50246d7903e895e98e07cc2416e08d0
**File Name:**   Son_HDD1_8TB.FFZ
**Partial Hash:** ab4bc38479fcf6df5e14cb88deeea570
**File Name:**   Son_HDD1_8TB.FGA
**Partial Hash:** 7f9b67a025f1ddde1b34e769105ac2c3
**File Name:**   Son_HDD1_8TB.FGB
**Partial Hash:** c801a04704519e550835987a73e9f95c
**File Name:**   Son_HDD1_8TB.FGC
**Partial Hash:** 0c87908ce5bdc063e988bda262e50278
**File Name:**   Son_HDD1_8TB.FGD
**Partial Hash:** 4d32bb8fb94e8fe6a33b882ef403f4d1
**File Name:**   Son_HDD1_8TB.FGE
**Partial Hash:** 96d3b1e70650ba5e6be4e1b5373ad82d
**File Name:**   Son_HDD1_8TB.FGF
**Partial Hash:** 94463dcb0d7cc8974b317c467f0b3988
**File Name:**   Son_HDD1_8TB.FGG
**Partial Hash:** 5bd3b267097b75d8600f2b54bf9fb1f7
**File Name:**   Son_HDD1_8TB.FGH
**Partial Hash:** 60d7acd5d5eed4ca85c43cfb7a4576c5
**File Name:**   Son_HDD1_8TB.FGI
**Partial Hash:** 6f6ac446b519c753bcbfc46619f2bb42
**File Name:**   Son_HDD1_8TB.FGJ
**Partial Hash:** cf1200c70a6f91b58e44d2d4518fd240
**File Name:**   Son_HDD1_8TB.FGK
**Partial Hash:** b9f0ac83a0ba3c3af4b514ff3f67ddf2
**File Name:**   Son_HDD1_8TB.FGL
**Partial Hash:** 2da73fbc38ebcca879fb34e3a60dfa10
**File Name:**   Son_HDD1_8TB.FGM
**Partial Hash:** 53e95fa02538b3dd3d3a408d53cc49bf
**File Name:**   Son_HDD1_8TB.FGN
**Partial Hash:** ea88e459572351252bf142388c170afd
**File Name:**   Son_HDD1_8TB.FGO
**Partial Hash:** e2b3358a44aeda1e6efee436f3859b60
**File Name:**   Son_HDD1_8TB.FGP
**Partial Hash:** c51bec6a86355ae58cadc04144d168ba
**File Name:**   Son_HDD1_8TB.FGQ
**Partial Hash:** 5c90e0d08f15f1e477ba06df739680d0
**File Name:**   Son_HDD1_8TB.FGR
**Partial Hash:** c44b61366fab3517db4ddd8406292a5e
**File Name:**   Son_HDD1_8TB.FGS
**Partial Hash:** 0d9c26e3fc5f8e14df336ed325e1122b
**File Name:**   Son_HDD1_8TB.FGT
**Partial Hash:** 7dedd505a2dacc535c633b069b668bda
**File Name:**   Son_HDD1_8TB.FGU

**Partial Hash:** 3c52fddc92df4544dc8730f0866fa078

**File Name:**   Son_HDD1_8TB.FGV

**Partial Hash:** c0f07d323418386c3b91d96a8c09b05f

**File Name:**   Son_HDD1_8TB.FGW

**Partial Hash:** 314e5b600270eac2d8ae136a6085177f

**File Name:**   Son_HDD1_8TB.FGX

**Partial Hash:** 5e011851daf91bff345ecb4e6334ac2c

**File Name:**   Son_HDD1_8TB.FGY

**Partial Hash:** 09c6ea854451b4562070d3caaf777553

**File Name:**   Son_HDD1_8TB.FGZ

**Partial Hash:** f47306abab3bc63d139ab1154e925e5d

**File Name:**   Son_HDD1_8TB.FHA

**Partial Hash:** f8d9197f70821b4dcbfaa868fbcde969

**File Name:**   Son_HDD1_8TB.FHB

**Partial Hash:** 0a9d7d57a182604bc25d54118dcdebcd

**File Name:**   Son_HDD1_8TB.FHC

**Partial Hash:** c67e11ba34715fe6af2c624e0dd2c6a7

**File Name:**   Son_HDD1_8TB.FHD

**Partial Hash:** cb1912c0eae3f3063f26bfabe45e8072

**File Name:**   Son_HDD1_8TB.FHE

**Partial Hash:** 0a59c1dff01f154a8862b6466a6972c2

**File Name:**   Son_HDD1_8TB.FHF

**Partial Hash:** 8958f245a372b4442908e4273a4eff62

**File Name:**   Son_HDD1_8TB.FHG

**Partial Hash:** df20b78db0a3b6bca7aae913a29b57e1

**File Name:**   Son_HDD1_8TB.FHH

**Partial Hash:** 9d96e28945b0af98e1248e7193f6cba1

**File Name:**   Son_HDD1_8TB.FHI

**Partial Hash:** 3864ce936f7acd6c84836c96b22524b6

**File Name:**   Son_HDD1_8TB.FHJ

**Partial Hash:** a76f7928f87c6adae0f083ab3ccffb1f

**File Name:**   Son_HDD1_8TB.FHK

**Partial Hash:** 774576f69049e54b45e4720ad069e01b

**File Name:**   Son_HDD1_8TB.FHL

**Partial Hash:** a010e713bbb2f4368b8161be4d2382ea

**File Name:**   Son_HDD1_8TB.FHM

**Partial Hash:** 6c848738f5b399e7eeccac558f5f95df

**File Name:**   Son_HDD1_8TB.FHN

**Partial Hash:** ffd97d15b057e0b8fb013ea28071f6cb

**File Name:**   Son_HDD1_8TB.FHO

**Partial Hash:** f882ca20cd26bdbce90eb789feb077e9

**File Name:**   Son_HDD1_8TB.FHP

**Partial Hash:** 36848604e4b1dbad24eac6a37f6f8ab8

**File Name:**   Son_HDD1_8TB.FHQ

**Partial Hash:** 436a7422f8d9515c518efd65bb3c21cc

**File Name:**   Son_HDD1_8TB.FHR

**Partial Hash:** 70b36d22fd08c819db2a593b1aa55d4f

**File Name:**   Son_HDD1_8TB.FHS

**Partial Hash:** 3e1faae6b9c89784f6ba1cf0a14fd4d8

**File Name:**   Son_HDD1_8TB.FHT

**Partial Hash:** 98a64605ac24320f264769ab773e900f

**File Name:**   Son_HDD1_8TB.FHU

**Partial Hash:** 99f516d3a333decc298e407932dd77c6

**File Name:**   Son_HDD1_8TB.FHV
**Partial Hash:** 4c3e5c4f3f09575bf4a42d70f3c37276
**File Name:**   Son_HDD1_8TB.FHW
**Partial Hash:** 70889dd1ab0b79293b1f4fdee625c509
**File Name:**   Son_HDD1_8TB.FHX
**Partial Hash:** 1a0b1ad9e5866c67e570571a59975061
**File Name:**   Son_HDD1_8TB.FHY
**Partial Hash:** d68361166925f48b4227402c7d35ea73
**File Name:**   Son_HDD1_8TB.FHZ
**Partial Hash:** c7fde79aae5edf5600e20b04093a0baf
**File Name:**   Son_HDD1_8TB.FIA
**Partial Hash:** 08327fd10053d679d20c7818a114d086
**File Name:**   Son_HDD1_8TB.FIB
**Partial Hash:** 8880c146d731e3e37beadc9194b2c857
**File Name:**   Son_HDD1_8TB.FIC
**Partial Hash:** 6cdf76ef8063ddadabe5a767e96ca952
**File Name:**   Son_HDD1_8TB.FID
**Partial Hash:** 18a46dd64181396b2560026451e5b78a
**File Name:**   Son_HDD1_8TB.FIE
**Partial Hash:** 8bcdbf005696006158694d3613a29005
**File Name:**   Son_HDD1_8TB.FIF
**Partial Hash:** ed3de7369dbfb32ee5acd4b016fefbc6
**File Name:**   Son_HDD1_8TB.FIG
**Partial Hash:** 990680dea67a8fe3165ee25b03014507
**File Name:**   Son_HDD1_8TB.FIH
**Partial Hash:** fe58d9a907c2fb9fa4044c85495bd2f3
**File Name:**   Son_HDD1_8TB.FII
**Partial Hash:** 2ff02f3fb09aa6baa4180d2fea82d519
**File Name:**   Son_HDD1_8TB.FIJ
**Partial Hash:** dfdfac9a33c63c028f612837c5edd559
**File Name:**   Son_HDD1_8TB.FIK
**Partial Hash:** d11bc08ae7aa7d9887dcb421aa4d1365
**File Name:**   Son_HDD1_8TB.FIL
**Partial Hash:** 10cbb88e327fc4d19c34e741d6cc5958
**File Name:**   Son_HDD1_8TB.FIM
**Partial Hash:** 7d471e5e1939af8f6fd8d5f0bc63a0bd
**File Name:**   Son_HDD1_8TB.FIN
**Partial Hash:** 3505455ee3eed986f37bae1ea37cdbde
**File Name:**   Son_HDD1_8TB.FIO
**Partial Hash:** 488bd1f65b07590f3b8ed06eb91bfe15
**File Name:**   Son_HDD1_8TB.FIP
**Partial Hash:** c68c0646e6984651d0b3b2ce86e224c9
**File Name:**   Son_HDD1_8TB.FIQ
**Partial Hash:** faef8386c30aac278e2132ca9364a992
**File Name:**   Son_HDD1_8TB.FIR
**Partial Hash:** 785e6e3aa4e46399e7f3e62d18193b00
**File Name:**   Son_HDD1_8TB.FIS
**Partial Hash:** f29120058d5b13533181df15bf5b7b81
**File Name:**   Son_HDD1_8TB.FIT
**Partial Hash:** 085d2f1e59f830f16240dad3a603e7c9
**File Name:**   Son_HDD1_8TB.FIU
**Partial Hash:** fd8aea085da9db56b17c2dae0f68e33f
**File Name:**   Son_HDD1_8TB.FIV

**Partial Hash:** 67efffe871035e4d3b31071277dd64a5

**File Name:**   Son_HDD1_8TB.FIW

**Partial Hash:** 795a2077f47679f26fe48f644ef2f760

**File Name:**   Son_HDD1_8TB.FIX

**Partial Hash:** 95b91ddd61a231bfbf64d968908a7b1a

**File Name:**   Son_HDD1_8TB.FIY

**Partial Hash:** 6eacac27ca717c56f20b1e9e0e42b299

**File Name:**   Son_HDD1_8TB.FIZ

**Partial Hash:** 55da95a7cb7179ecc3d464183b73a2b8

**File Name:**   Son_HDD1_8TB.FJA

**Partial Hash:** 4f41a621e461b165e6698c622aa15c83

**File Name:**   Son_HDD1_8TB.FJB

**Partial Hash:** 26a6a5e1c9f996f204f072d60f25b7b2

**File Name:**   Son_HDD1_8TB.FJC

**Partial Hash:** 2b464411a20b71221fcaae97fc132ddc

**File Name:**   Son_HDD1_8TB.FJD

**Partial Hash:** 52bb1ecc75cf7486e2854e06982f56bd

**File Name:**   Son_HDD1_8TB.FJE

**Partial Hash:** 3cb066ae018e8045db4359a16f5db236

**File Name:**   Son_HDD1_8TB.FJF

**Partial Hash:** 1e4a72549e023b4016e6109be0515771

**File Name:**   Son_HDD1_8TB.FJG

**Partial Hash:** 5968ebd82c03fcbd7de8832a3e412890

**File Name:**   Son_HDD1_8TB.FJH

**Partial Hash:** 50dabf09563725934829331d6e15d42f

**File Name:**   Son_HDD1_8TB.FJI

**Partial Hash:** 0b56f6c529a4318b638af16fa89267ad

**File Name:**   Son_HDD1_8TB.FJJ

**Partial Hash:** 024a77e54a0e57a8fa7ea0bfc789d9bb

**File Name:**   Son_HDD1_8TB.FJK

**Partial Hash:** e70c9778391987ba6484bcdd1271ded2

**File Name:**   Son_HDD1_8TB.FJL

**Partial Hash:** de3c686e6e1d6fb99a62719ab52ed538

**File Name:**   Son_HDD1_8TB.FJM

**Partial Hash:** e24b2a19e1bc8de9c5a3b7cd0d9ed82b

**File Name:**   Son_HDD1_8TB.FJN

**Partial Hash:** 10c75716fb7242fa9495d3d7f1522ff4

**File Name:**   Son_HDD1_8TB.FJO

**Partial Hash:** 4ec58152726e612836f2fc6ceefd8cd8

**File Name:**   Son_HDD1_8TB.FJP

**Partial Hash:** 500ba51c672f64d3e1221c0228a1c631

**File Name:**   Son_HDD1_8TB.FJQ

**Partial Hash:** 579f08f78aa235f535d8075b15ea6128

**File Name:**   Son_HDD1_8TB.FJR

**Partial Hash:** bd2e6357c801928a0fad60c00cbd608e

**File Name:**   Son_HDD1_8TB.FJS

**Partial Hash:** f881b3b3794fa0c86ad81105ef56c7d5

**File Name:**   Son_HDD1_8TB.FJT

**Partial Hash:** f090fa3c913eded767019c0639a879a0

**File Name:**   Son_HDD1_8TB.FJU

**Partial Hash:** a294b1254952e114566b18eaa1d147d0

**File Name:**   Son_HDD1_8TB.FJV

**Partial Hash:** 31844e4af4dd8a0032cfbf5843bf5b8f

**File Name:** Son_HDD1_8TB.FJW
**Partial Hash:** bf3e9d5cd3efea9b4be1d3394bc905dc
**File Name:** Son_HDD1_8TB.FJX
**Partial Hash:** d8aef33755d024be918c883896381118
**File Name:** Son_HDD1_8TB.FJY
**Partial Hash:** c4be80761897ef33aa1e4b3f64222269
**File Name:** Son_HDD1_8TB.FJZ
**Partial Hash:** 656f0e569a433f96fd2567f52e8cc80f
**File Name:** Son_HDD1_8TB.FKA
**Partial Hash:** 9bcf3ca3b590034c6b8e8244787bb2f0
**File Name:** Son_HDD1_8TB.FKB
**Partial Hash:** 1074785c54e66a93e5d266542e922d23
**File Name:** Son_HDD1_8TB.FKC
**Partial Hash:** 3b6249cee93e6593203fe7b3dcdf6677
**File Name:** Son_HDD1_8TB.FKD
**Partial Hash:** a2c57beb18a3be959aa922347983cfd9
**File Name:** Son_HDD1_8TB.FKE
**Partial Hash:** 580dd5fe269b7e110a7412e5fae4149f
**File Name:** Son_HDD1_8TB.FKF
**Partial Hash:** b4a3e85c951499b4436b40db6eb82ba9
**File Name:** Son_HDD1_8TB.FKG
**Partial Hash:** a1a12f63b0506ac77ee1d57f9c21af1f
**File Name:** Son_HDD1_8TB.FKH
**Partial Hash:** 358c04e0598f132d274c49ba3b8602b3
**File Name:** Son_HDD1_8TB.FKI
**Partial Hash:** e2dae8fd850f3eb8f9c989f94de64738
**File Name:** Son_HDD1_8TB.FKJ
**Partial Hash:** 96e88f0e19c4f93fb0bafdd33dffbda7
**File Name:** Son_HDD1_8TB.FKK
**Partial Hash:** 4dac2e1e97256c0d125198b62aab55df
**File Name:** Son_HDD1_8TB.FKL
**Partial Hash:** effa9577626038c96075ff64f17772d1
**File Name:** Son_HDD1_8TB.FKM
**Partial Hash:** d4cba41a3c8613f4fd85a78cfb75e78a
**File Name:** Son_HDD1_8TB.FKN
**Partial Hash:** c6a5a5ba714e7fc6068be2702561b753
**File Name:** Son_HDD1_8TB.FKO
**Partial Hash:** 1ea2b465968bea834c06f91fbfee7511
**File Name:** Son_HDD1_8TB.FKP
**Partial Hash:** 1a651966a9e7c33e98f462764b0a051b
**File Name:** Son_HDD1_8TB.FKQ
**Partial Hash:** 3e9b46d25e32cee46b33433fed9ad9ae
**File Name:** Son_HDD1_8TB.FKR
**Partial Hash:** 90820962471a74975dfade132d30f4f7
**File Name:** Son_HDD1_8TB.FKS
**Partial Hash:** 72c614c1091f9cba4ac9f476a6a5313b
**File Name:** Son_HDD1_8TB.FKT
**Partial Hash:** 2ed0af0e333558369ef77632a62231da
**File Name:** Son_HDD1_8TB.FKU
**Partial Hash:** 40a2782723c43b1d016c15470f6ae67b
**File Name:** Son_HDD1_8TB.FKV
**Partial Hash:** 01d6fa1cbccab8fd0461e9f3de6e76bb
**File Name:** Son_HDD1_8TB.FKW

**Partial Hash:** 31aa3674ea9ecbbefc7fe4aa7e46023f
**File Name:**   Son_HDD1_8TB.FKX
**Partial Hash:** 5a5631788346df75c37dbb12d7f9d2f2
**File Name:**   Son_HDD1_8TB.FKY
**Partial Hash:** 430f43b6296a0b1832dc649ca1d95908
**File Name:**   Son_HDD1_8TB.FKZ
**Partial Hash:** 73278b228e6150a63cc79bddc5675909
**File Name:**   Son_HDD1_8TB.FLA
**Partial Hash:** 12dd2379d0fb97857c1a85a50cb45ce6
**File Name:**   Son_HDD1_8TB.FLB
**Partial Hash:** e557d75cadc62f86742e84c5bcdb200d
**File Name:**   Son_HDD1_8TB.FLC
**Partial Hash:** bd179c312d4366a137d3eaf0f9e34545
**File Name:**   Son_HDD1_8TB.FLD
**Partial Hash:** bedff938b2c9eb25d97d7d80298ea5b9
**File Name:**   Son_HDD1_8TB.FLE
**Partial Hash:** 1e57387fec67b5590fa580a9add742e5
**File Name:**   Son_HDD1_8TB.FLF
**Partial Hash:** f1ac0f44eac708160c7a5079a78d60e1
**File Name:**   Son_HDD1_8TB.FLG
**Partial Hash:** 25ea2d1852c7fca4e79e2dfdd7e90be8
**File Name:**   Son_HDD1_8TB.FLH
**Partial Hash:** 851b451281b7329f94a4e22ee8ff20ad
**File Name:**   Son_HDD1_8TB.FLI
**Partial Hash:** a3942d378812122fd9a9f42f9c602d37
**File Name:**   Son_HDD1_8TB.FLJ
**Partial Hash:** 064bf33c04c15d612d72391d6a986565
**File Name:**   Son_HDD1_8TB.FLK
**Partial Hash:** 5d037ba2d085ec24682636f0aa60d6b8
**File Name:**   Son_HDD1_8TB.FLL
**Partial Hash:** 1aa0ef6b4b05327307c1829227a95e96
**File Name:**   Son_HDD1_8TB.FLM
**Partial Hash:** 2198b9456f4708545f3aaf715d7d15da
**File Name:**   Son_HDD1_8TB.FLN
**Partial Hash:** eccc6791dbec2872a6ff1eeea69fe550
**File Name:**   Son_HDD1_8TB.FLO
**Partial Hash:** fb806aa788865d906db043f7b5225209
**File Name:**   Son_HDD1_8TB.FLP
**Partial Hash:** 002143106a60ddda24c0734d9659be07
**File Name:**   Son_HDD1_8TB.FLQ
**Partial Hash:** ac5f8ce576a4066986c46a931e43e855
**File Name:**   Son_HDD1_8TB.FLR
**Partial Hash:** 9e7a9b7e9945627581764410277301af
**File Name:**   Son_HDD1_8TB.FLS
**Partial Hash:** 4ad4813b9e9b714d1d8483db94c25ca5
**File Name:**   Son_HDD1_8TB.FLT
**Partial Hash:** d51a75997aaf8ea8066cf5607547f331
**File Name:**   Son_HDD1_8TB.FLU
**Partial Hash:** 431e5f7edfbf39a1c428df447bd292f0
**File Name:**   Son_HDD1_8TB.FLV
**Partial Hash:** a76d61d9e633d60602edee99ba6d379c
**File Name:**   Son_HDD1_8TB.FLW
**Partial Hash:** 8c78e1172a3ab958f64231adde9eac37

**File Name:**   Son_HDD1_8TB.FLX

**Partial Hash:** 14d47ade62d13618eb0bfa3cad5881bd

**File Name:**   Son_HDD1_8TB.FLY

**Partial Hash:** c788fbc565a072481b5bfddb6e0efc36

**File Name:**   Son_HDD1_8TB.FLZ

**Partial Hash:** 7f281832675b31c2730614c99b0f5d15

**File Name:**   Son_HDD1_8TB.FMA

**Partial Hash:** aae0c1f0f12793fe753cdbff1405c668

**File Name:**   Son_HDD1_8TB.FMB

**Partial Hash:** dc178c6b1dcf866cad54f7f477081650

**File Name:**   Son_HDD1_8TB.FMC

**Partial Hash:** 540e1d31795cdf57b982ccbd2a03908a

**File Name:**   Son_HDD1_8TB.FMD

**Partial Hash:** 8cc3eac968fac241fbc016c5c064fddd

**File Name:**   Son_HDD1_8TB.FME

**Partial Hash:** e802687bcbfaddce55775bfda7b7127a

**File Name:**   Son_HDD1_8TB.FMF

**Partial Hash:** 0dfd74e8650edb2a474b0e5c4920d542

**File Name:**   Son_HDD1_8TB.FMG

**Partial Hash:** c097381bec93fc6c20388fb73c14b6b6

**File Name:**   Son_HDD1_8TB.FMH

**Partial Hash:** 213ec9cb2cf2bd00272789bbd8cfd2cc

**File Name:**   Son_HDD1_8TB.FMI

**Partial Hash:** 9aee9408fd50c70f9571d9a6857c42b0

**File Name:**   Son_HDD1_8TB.FMJ

**Partial Hash:** a43de46322f5903822f238c32de229c3

**File Name:**   Son_HDD1_8TB.FMK

**Partial Hash:** 46f0951d94ba9e54bd573b865f166a18

**File Name:**   Son_HDD1_8TB.FML

**Partial Hash:** 816ec0dd7e8135ff1397b15f2a8a6d51

**File Name:**   Son_HDD1_8TB.FMM

**Partial Hash:** 11f374f0971bb46fb9ad1abe03f3384c

**File Name:**   Son_HDD1_8TB.FMN

**Partial Hash:** 4d3999b1061f8f996fedbbf859308b00

**File Name:**   Son_HDD1_8TB.FMO

**Partial Hash:** bd9cdcb6ab58c78ad46094951d6d7855

**File Name:**   Son_HDD1_8TB.FMP

**Partial Hash:** 7c38253776bf940472f826e7a4860be3

**File Name:**   Son_HDD1_8TB.FMQ

**Partial Hash:** ee37444fa27edee3d056ccd46096b2d2

**File Name:**   Son_HDD1_8TB.FMR

**Partial Hash:** 52ba4b6d05cddf1075002f19dd33858f

**File Name:**   Son_HDD1_8TB.FMS

**Partial Hash:** be2431e689c492542e949328e7095b33

**File Name:**   Son_HDD1_8TB.FMT

**Partial Hash:** 8de00bf8f1962c6594c35651cec924d1

**File Name:**   Son_HDD1_8TB.FMU

**Partial Hash:** 805530ac1e2ab541d1fbff6af95a1fe0

**File Name:**   Son_HDD1_8TB.FMV

**Partial Hash:** d823c0aa4923d6f9988fb3612a92daaf

**File Name:**   Son_HDD1_8TB.FMW

**Partial Hash:** 31cde381627ab59923418d05f1dfae67

**File Name:**   Son_HDD1_8TB.FMX

**Partial Hash:** 9d04a28d0c1ad89218fcd8a634b4cdd7

**File Name:**   Son_HDD1_8TB.FMY

**Partial Hash:** 5a26646822c120b15a1fb4f58fd964d3

**File Name:**   Son_HDD1_8TB.FMZ

**Partial Hash:** b1b670c9333f60d199771e1eec05ed28

**File Name:**   Son_HDD1_8TB.FNA

**Partial Hash:** 37c41bbf756fe56917998726d67f52d0

**File Name:**   Son_HDD1_8TB.FNB

**Partial Hash:** 62b5ca7b4e062601fadef9e810f5049e

**File Name:**   Son_HDD1_8TB.FNC

**Partial Hash:** be7a3d265b43bc83b122038762568530

**File Name:**   Son_HDD1_8TB.FND

**Partial Hash:** 585d13737961e188de47d5a02b582007

**File Name:**   Son_HDD1_8TB.FNE

**Partial Hash:** 61f66c7fa2643688c2b6a405c5554ff8

**File Name:**   Son_HDD1_8TB.FNF

**Partial Hash:** a0f523553c3136e1e944fb7c911b4a9d

**File Name:**   Son_HDD1_8TB.FNG

**Partial Hash:** fdfe1b68ed5eca75df2576c13c0b1067

**File Name:**   Son_HDD1_8TB.FNH

**Partial Hash:** 52d826a296dc5f6a6b2210867236ffb1

**File Name:**   Son_HDD1_8TB.FNI

**Partial Hash:** 6fa9d4c51de9faf9269155f989e2852f

**File Name:**   Son_HDD1_8TB.FNJ

**Partial Hash:** 0be98b9016fbc7c662761d2fae5551d5

**File Name:**   Son_HDD1_8TB.FNK

**Partial Hash:** edb5c4907b3882e77804947674b982f6

**File Name:**   Son_HDD1_8TB.FNL

**Partial Hash:** 8a9df121819f55d10ba90069049ed0bf

**File Name:**   Son_HDD1_8TB.FNM

**Partial Hash:** 553bcf6c4de606556fa2b42dbf262f88

**File Name:**   Son_HDD1_8TB.FNN

**Partial Hash:** 369b0424991d8f127a8e5d1db2cec3e6

**File Name:**   Son_HDD1_8TB.FNO

**Partial Hash:** 6f442fcf7689394a562bfa5b8c113e00

**File Name:**   Son_HDD1_8TB.FNP

**Partial Hash:** 527491e1eceeb72f779ec104b3225c27

**File Name:**   Son_HDD1_8TB.FNQ

**Partial Hash:** 11ca6606f421db57f7d4c36b3e17a23c

**File Name:**   Son_HDD1_8TB.FNR

**Partial Hash:** 013852658009358fd8b95b1d61b602a5

**File Name:**   Son_HDD1_8TB.FNS

**Partial Hash:** 817abfac217dc0bbbc11b4713dd430a6

**File Name:**   Son_HDD1_8TB.FNT

**Partial Hash:** f3c2d76ecc04c6a6a38a555b40f261c1

**File Name:**   Son_HDD1_8TB.FNU

**Partial Hash:** 33b4847fbd0af0891ff90ba63d70b467

**File Name:**   Son_HDD1_8TB.FNV

**Partial Hash:** 2aae8c5a0eaedbe7051208d0b269f626

**File Name:**   Son_HDD1_8TB.FNW

**Partial Hash:** bf220b3b9867a6573f8639c63fd86f50

**File Name:**   Son_HDD1_8TB.FNX

**Partial Hash:** 76374bdf71baafdf9a47cf7209fc64cc

**File Name:** Son_HDD1_8TB.FNY

**Partial Hash:** 9d2a15c75f160fecceed6838d785c052

**File Name:** Son_HDD1_8TB.FNZ

**Partial Hash:** 681984872822eeddd45d48479ecf5eba

**File Name:** Son_HDD1_8TB.FOA

**Partial Hash:** 1be863d3df802e7811d032d6c68d4ca8

**File Name:** Son_HDD1_8TB.FOB

**Partial Hash:** 5fc9c04df3e1be862496866fef991955

**File Name:** Son_HDD1_8TB.FOC

**Partial Hash:** 59cbfbbea3ff0c2abdd26792c1f50942

**File Name:** Son_HDD1_8TB.FOD

**Partial Hash:** b93cfd9ca84574d94b87dafeba9a03bf

**File Name:** Son_HDD1_8TB.FOE

**Partial Hash:** 5a5ae0d794be1481567c91b4f16b8c07

**File Name:** Son_HDD1_8TB.FOF

**Partial Hash:** e8da9d178d98cd6abd39cb176cac2a70

**File Name:** Son_HDD1_8TB.FOG

**Partial Hash:** 8a7be41341baa42c77f2e55ceee9c378

**File Name:** Son_HDD1_8TB.FOH

**Partial Hash:** 71cca00867f4b2dd632ed351fa7b3d6a

**File Name:** Son_HDD1_8TB.FOI

**Partial Hash:** 3cd472ac3c6f448459e5bd183850e805

**File Name:** Son_HDD1_8TB.FOJ

**Partial Hash:** 8e27e9540cc402f4360905ea590da83a

**File Name:** Son_HDD1_8TB.FOK

**Partial Hash:** b87a8d007a05fcc4f523e7dcbf512e4d

**File Name:** Son_HDD1_8TB.FOL

**Partial Hash:** b755be5618828e36433d1538b37e98f1

**File Name:** Son_HDD1_8TB.FOM

**Partial Hash:** 58887b11bb9d42ea3b080343e4751515

**File Name:** Son_HDD1_8TB.FON

**Partial Hash:** 654b8d607ff668bbd4f8f19eea222285

**File Name:** Son_HDD1_8TB.FOO

**Partial Hash:** a0bb1ab3c392fc6487452fbec76e58f1

**File Name:** Son_HDD1_8TB.FOP

**Partial Hash:** 707d528f7da8ed0948111558b9c215d2

**File Name:** Son_HDD1_8TB.FOQ

**Partial Hash:** f76260957a3a74edadcb67409c173394

**File Name:** Son_HDD1_8TB.FOR

**Partial Hash:** 988600400e59232b7cc5ab6005c69281

**File Name:** Son_HDD1_8TB.FOS

**Partial Hash:** 438c7f101ddbcf392c816d4e8b0becdf

**File Name:** Son_HDD1_8TB.FOT

**Partial Hash:** 8cdeb36111aa9d33004d17eed56ec367

**File Name:** Son_HDD1_8TB.FOU

**Partial Hash:** cb491cf52f9b6224ed217b07c6785121

**File Name:** Son_HDD1_8TB.FOV

**Partial Hash:** f32e25f01084d85a4328c6381bb4e883

**File Name:** Son_HDD1_8TB.FOW

**Partial Hash:** 570771782c9b459161f79438dfeec764

**File Name:** Son_HDD1_8TB.FOX

**Partial Hash:** 2625005d0d55ae4bd7d6e684e28d3a20

**File Name:** Son_HDD1_8TB.FOY

**Partial Hash:** 0c2d7c63aca63ba33ab33b330d3a6195

**File Name:**   Son_HDD1_8TB.FOZ

**Partial Hash:** 6bdb1c8926a1543f5b7fe32eff07dc85

**File Name:**   Son_HDD1_8TB.FPA

**Partial Hash:** 137a5586e47eb7f50a0e65273d435294

**File Name:**   Son_HDD1_8TB.FPB

**Partial Hash:** 85b873cbaf2a263b4f27ea3240e61fbd

**File Name:**   Son_HDD1_8TB.FPC

**Partial Hash:** c820e0fed71d88d1af3c9fbbdfed88be

**File Name:**   Son_HDD1_8TB.FPD

**Partial Hash:** 780d6356efe10d274f76b5faf7a339bf

**File Name:**   Son_HDD1_8TB.FPE

**Partial Hash:** 1dbddb87b2a57910d873f442e0176b67

**File Name:**   Son_HDD1_8TB.FPF

**Partial Hash:** 0eb5630430c34b0227082340d2bff523

**File Name:**   Son_HDD1_8TB.FPG

**Partial Hash:** 487d50da29941b7d6d39ad9d2368eb3b

**File Name:**   Son_HDD1_8TB.FPH

**Partial Hash:** 9ee69d3811573ac58181431d30c29dcc

**File Name:**   Son_HDD1_8TB.FPI

**Partial Hash:** b569075ff619fdd6803b2d3fec102929

**File Name:**   Son_HDD1_8TB.FPJ

**Partial Hash:** cfea1d0c9df7a8f83d210d19c09cc176

**File Name:**   Son_HDD1_8TB.FPK

**Partial Hash:** 6ab122e48c36b56478e5131ede19e0f0

**File Name:**   Son_HDD1_8TB.FPL

**Partial Hash:** c44b8abc1aafe22e282bdb490da80180

**File Name:**   Son_HDD1_8TB.FPM

**Partial Hash:** 1856fe82d4d201c2213e42d82d97dd0b

**File Name:**   Son_HDD1_8TB.FPN

**Partial Hash:** dc64741e6529c9b23840a764f949a8f0

**File Name:**   Son_HDD1_8TB.FPO

**Partial Hash:** 8375733424751072184b1049662385a6

**File Name:**   Son_HDD1_8TB.FPP

**Partial Hash:** c52b95ea1856bd85bc6556b5b3122816

**File Name:**   Son_HDD1_8TB.FPQ

**Partial Hash:** 569e4b2e1db8f3c967d2bcc18a978a39

**File Name:**   Son_HDD1_8TB.FPR

**Partial Hash:** a7630a4998cd5a40b67c26b49090d6fe

**File Name:**   Son_HDD1_8TB.FPS

**Partial Hash:** b1da4a9ed31c83789174c6dec1d160da

**File Name:**   Son_HDD1_8TB.FPT

**Partial Hash:** 049cceb5d34b4531b0bcddc7762d9409

**File Name:**   Son_HDD1_8TB.FPU

**Partial Hash:** ff65c86ffb4c886aa7ffd8e0dc8ea3d8

**File Name:**   Son_HDD1_8TB.FPV

**Partial Hash:** 703c578570f8dca33f2e4098488e49d2

**File Name:**   Son_HDD1_8TB.FPW

**Partial Hash:** 5d2f3441e2f8ed0fa01b47246b58cbd7

**File Name:**   Son_HDD1_8TB.FPX

**Partial Hash:** a24d39d54a6b7fe968b161eb1bc5cb61

**File Name:**   Son_HDD1_8TB.FPY

**Partial Hash:** f214b56b3d5372e0b81b35f93c842f61

**File Name:**   Son_HDD1_8TB.FPZ
**Partial Hash:** c44142269408573518ac83f3ff426e64
**File Name:**   Son_HDD1_8TB.FQA
**Partial Hash:** 667534fb9cc3795d99436d50d87f933b
**File Name:**   Son_HDD1_8TB.FQB
**Partial Hash:** 1e012421640420d6039c71f2d1b57b37
**File Name:**   Son_HDD1_8TB.FQC
**Partial Hash:** c0dca6143e028f681d3c6827b869bbc1
**File Name:**   Son_HDD1_8TB.FQD
**Partial Hash:** e86919f4af75c8fd1ec48f45f15a8907
**File Name:**   Son_HDD1_8TB.FQE
**Partial Hash:** 1f611a2b1a3afbca6a3a1c2158db961a
**File Name:**   Son_HDD1_8TB.FQF
**Partial Hash:** a1604eb9cafeeacc66ae234363433e67
**File Name:**   Son_HDD1_8TB.FQG
**Partial Hash:** bc2cca75a295fbb4a0efa268cb0605fe
**File Name:**   Son_HDD1_8TB.FQH
**Partial Hash:** ed7179f98c1b651c06b53d9b4b9ee641
**File Name:**   Son_HDD1_8TB.FQI
**Partial Hash:** c982fc4c97919d5f398471c307e24d0f
**File Name:**   Son_HDD1_8TB.FQJ
**Partial Hash:** c7b1fa6103978d94f805917647744c35
**File Name:**   Son_HDD1_8TB.FQK
**Partial Hash:** 45741211251d3e0a89b7b7f222bc4972
**File Name:**   Son_HDD1_8TB.FQL
**Partial Hash:** 8d4e922e9d61dd03ae2d56e5d312e674
**File Name:**   Son_HDD1_8TB.FQM
**Partial Hash:** 02523d1c5128e51b9c59171a6d52ed53
**File Name:**   Son_HDD1_8TB.FQN
**Partial Hash:** 9614d9f22012e0dbd09256fbb9d7536a
**File Name:**   Son_HDD1_8TB.FQO
**Partial Hash:** d53049227f0805f1dc7df28e582e357e
**File Name:**   Son_HDD1_8TB.FQP
**Partial Hash:** 97d504c9156404788765cfec1f3b06a0
**File Name:**   Son_HDD1_8TB.FQQ
**Partial Hash:** 265a349fdbf854f88542f5823efcb779
**File Name:**   Son_HDD1_8TB.FQR
**Partial Hash:** ceb5eb4bcc62562b4f9fc46683a09ed4
**File Name:**   Son_HDD1_8TB.FQS
**Partial Hash:** ab5f3ffaf123364cfd26ca8a31954175
**File Name:**   Son_HDD1_8TB.FQT
**Partial Hash:** c75fe06e3d8329a1ff8fb73cfa588f68
**File Name:**   Son_HDD1_8TB.FQU
**Partial Hash:** 73ed3a2b80abe5b6a0f64d2cf2f5a5d8
**File Name:**   Son_HDD1_8TB.FQV
**Partial Hash:** 8ba327d1da9b1a6e9f113674ff840906
**File Name:**   Son_HDD1_8TB.FQW
**Partial Hash:** 7c87ae77954a3b65b29bc2282b1c5f93
**File Name:**   Son_HDD1_8TB.FQX
**Partial Hash:** 13c99f119823a8477780f0127cfdaa18
**File Name:**   Son_HDD1_8TB.FQY
**Partial Hash:** c5f4355f38644a03aa4f1fd3ba10a11c
**File Name:**   Son_HDD1_8TB.FQZ

**Partial Hash:** ce8396f27e7050f04dacab4d0f89cc46

**File Name:**   Son_HDD1_8TB.FRA

**Partial Hash:** 0bfdab72639859e4291ea1f513ddd3e3

**File Name:**   Son_HDD1_8TB.FRB

**Partial Hash:** 41848f83ff681f96f986e417bcf1a936

**File Name:**   Son_HDD1_8TB.FRC

**Partial Hash:** d75bce7c7230bf5646d404142096e5c5

**File Name:**   Son_HDD1_8TB.FRD

**Partial Hash:** d534316e2844752cda846812a7b67683

**File Name:**   Son_HDD1_8TB.FRE

**Partial Hash:** 83eec922c4a97af2d429840fa2e9d03b

**File Name:**   Son_HDD1_8TB.FRF

**Partial Hash:** 6fb3bdf36754934d4c11f33db93ab4ef

**File Name:**   Son_HDD1_8TB.FRG

**Partial Hash:** 3b1594f8015d8d320da5c62eb6e411cc

**File Name:**   Son_HDD1_8TB.FRH

**Partial Hash:** 234653f34b0fe59ac154875003abc49c

**File Name:**   Son_HDD1_8TB.FRI

**Partial Hash:** daa6df8e63c59ca18f3cfdad0e52004f

**File Name:**   Son_HDD1_8TB.FRJ

**Partial Hash:** 44dec0f90c9887f023dd7f98282d0a67

**File Name:**   Son_HDD1_8TB.FRK

**Partial Hash:** 8dd7a70cf78423dd756da8bf87b757c3

**File Name:**   Son_HDD1_8TB.FRL

**Partial Hash:** a51a3be083bcc3af9d7c9299c033785e

**File Name:**   Son_HDD1_8TB.FRM

**Partial Hash:** 476f3d5e77c7f8170e1cd562d8741c3c

**File Name:**   Son_HDD1_8TB.FRN

**Partial Hash:** c19dd1d80a1a862bb9bdbba7778aa892

**File Name:**   Son_HDD1_8TB.FRO

**Partial Hash:** fd36978fa4685e540e53ae3c2d2550a0

**File Name:**   Son_HDD1_8TB.FRP

**Partial Hash:** 7b9b856bba2cff0810600d25183aa21d

**File Name:**   Son_HDD1_8TB.FRQ

**Partial Hash:** ef5c31fa088c2c5bdd16095d9b9cb50f

**File Name:**   Son_HDD1_8TB.FRR

**Partial Hash:** 575308df23b80e32fc0a9198b5bc129c

**File Name:**   Son_HDD1_8TB.FRS

**Partial Hash:** afb311f17f737b5fb2abece9d35113d7

**File Name:**   Son_HDD1_8TB.FRT

**Partial Hash:** 19cd4c58a6c894ce06e13e142e902d49

**File Name:**   Son_HDD1_8TB.FRU

**Partial Hash:** 2ff909a38e062b672249838cfefd7039

**File Name:**   Son_HDD1_8TB.FRV

**Partial Hash:** 2d8eb92db7dab7597c0e52d4e091276f

**File Name:**   Son_HDD1_8TB.FRW

**Partial Hash:** cfc28f3eae5f6942d22353ddb6de9976

**File Name:**   Son_HDD1_8TB.FRX

**Partial Hash:** b851216445647f68ae0d1a5e2b515d8b

**File Name:**   Son_HDD1_8TB.FRY

**Partial Hash:** c14beac242972dd0a2429ff0eb088619

**File Name:**   Son_HDD1_8TB.FRZ

**Partial Hash:** e782638153925f372f285c7be7d2dd7b

**File Name:**   Son_HDD1_8TB.FSA

**Partial Hash:** 4663b9e29453262bfb45eaa4d5620235

**File Name:**   Son_HDD1_8TB.FSB

**Partial Hash:** b92ce212efb4d3cdfb585b5721b41ed8

**File Name:**   Son_HDD1_8TB.FSC

**Partial Hash:** 32d928cc43e299ebfaa622b3cbe35096

**File Name:**   Son_HDD1_8TB.FSD

**Partial Hash:** 220ba2b4b477dd7f8b10ebc51cbd0a24

**File Name:**   Son_HDD1_8TB.FSE

**Partial Hash:** 631f1f3191aa57db2f3e3b949e06e67a

**File Name:**   Son_HDD1_8TB.FSF

**Partial Hash:** 2a1b96d7c4d0b3503c77274af2e23d37

**File Name:**   Son_HDD1_8TB.FSG

**Partial Hash:** 364a0f7cc9af665cbed2992fd0a0ffef

**File Name:**   Son_HDD1_8TB.FSH

**Partial Hash:** d15a98c8deb2b33e935cd855b493595d

**File Name:**   Son_HDD1_8TB.FSI

**Partial Hash:** dc824caeb5d513eb1587ee3ebd9e1c37

**File Name:**   Son_HDD1_8TB.FSJ

**Partial Hash:** 6c99ecd45c532984a757f121d6868b0b

**File Name:**   Son_HDD1_8TB.FSK

**Partial Hash:** fdc718484e4ae66407680b5e27d079ef

**File Name:**   Son_HDD1_8TB.FSL

**Partial Hash:** 68f190a91c5bea9d4932281f59ae52a1

**File Name:**   Son_HDD1_8TB.FSM

**Partial Hash:** 7da2e8f619270ab25134d77a80c84881

**File Name:**   Son_HDD1_8TB.FSN

**Partial Hash:** e67e90490ade4fd435d6927d246e7b56

**File Name:**   Son_HDD1_8TB.FSO

**Partial Hash:** c8e14a6fe317b956094b3047369d586c

**File Name:**   Son_HDD1_8TB.FSP

**Partial Hash:** 8acb8188c82474b995bd8f6dfb896a7c

**File Name:**   Son_HDD1_8TB.FSQ

**Partial Hash:** eb6e73eb90e2e33e673d11c63484ffce

**File Name:**   Son_HDD1_8TB.FSR

**Partial Hash:** 97669f04e0151cef3aa8b18538d88dba

**File Name:**   Son_HDD1_8TB.FSS

**Partial Hash:** cc996d0d1952831c19ba028df9fa82b8

**File Name:**   Son_HDD1_8TB.FST

**Partial Hash:** 093c7278a6d9bb8809ac18741015b789

**File Name:**   Son_HDD1_8TB.FSU

**Partial Hash:** 47df1af8cfef4baf707ba5694d43b9fe

**File Name:**   Son_HDD1_8TB.FSV

**Partial Hash:** daadcd4b227159ca450b14bcaa53a5f7

**File Name:**   Son_HDD1_8TB.FSW

**Partial Hash:** 83a6343a20486cebe864f7258f867eea

**File Name:**   Son_HDD1_8TB.FSX

**Partial Hash:** 7f58a3c31146ad2d0d5747d89f6e8f27

**File Name:**   Son_HDD1_8TB.FSY

**Partial Hash:** 273972992c5c3d2132ad4abcf9e45b1c

**File Name:**   Son_HDD1_8TB.FSZ

**Partial Hash:** c3e46d94dc54b80e6e6e0079db8f1f58

**File Name:**   Son_HDD1_8TB.FTA

**Partial Hash:** 16cf9ab4ce395a2a3a500967a8e13b75

**File Name:**   Son_HDD1_8TB.FTB

**Partial Hash:** 32037b0964ba7b619b559eef2c3dd2b0

**File Name:**   Son_HDD1_8TB.FTC

**Partial Hash:** 95ba4beec79614ee0a8100776491ac09

**File Name:**   Son_HDD1_8TB.FTD

**Partial Hash:** d47cf0f0aa208e25d93a2a261622b844

**File Name:**   Son_HDD1_8TB.FTE

**Partial Hash:** a79ab4640f8cca0984a77a700aca150c

**File Name:**   Son_HDD1_8TB.FTF

**Partial Hash:** ba9ccb6097ee2d80aa1bb3ff288e34f0

**File Name:**   Son_HDD1_8TB.FTG

**Partial Hash:** 31412f2fa2451a414f62f3f7bd6c738f

**File Name:**   Son_HDD1_8TB.FTH

**Partial Hash:** ecc1c5610c8e8bd0e4a544b2345974d0

**File Name:**   Son_HDD1_8TB.FTI

**Partial Hash:** eb669a486e9ab200b201cddc6fe2f9c2

**File Name:**   Son_HDD1_8TB.FTJ

**Partial Hash:** 181c120cfc9e363050fe01f5b502b0ef

**File Name:**   Son_HDD1_8TB.FTK

**Partial Hash:** 3d965639dc6da24ba13917bbbc5a872a

**File Name:**   Son_HDD1_8TB.FTL

**Partial Hash:** ee533131957856a565bcea6015468fa3

**File Name:**   Son_HDD1_8TB.FTM

**Partial Hash:** 0e16e253ea04c75d71f290b453825e9f

**File Name:**   Son_HDD1_8TB.FTN

**Partial Hash:** 46b78528bd7479f15dd924f7450ddf44

**File Name:**   Son_HDD1_8TB.FTO

**Partial Hash:** e8cbbeee2f6179113826c8cc27c5df75

**File Name:**   Son_HDD1_8TB.FTP

**Partial Hash:** f7b6a68da1b1472a7afda3aa73b76e87

**File Name:**   Son_HDD1_8TB.FTQ

**Partial Hash:** c40eeca968b218b8fab286ad979ac1e4

**File Name:**   Son_HDD1_8TB.FTR

**Partial Hash:** 6df3580e55f05a83f7f11b20fdea0646

**File Name:**   Son_HDD1_8TB.FTS

**Partial Hash:** a26dae208034d00710bdb3f9c80de483

**File Name:**   Son_HDD1_8TB.FTT

**Partial Hash:** 81fe156c691bb28efaf06024a71ac906

**File Name:**   Son_HDD1_8TB.FTU

**Partial Hash:** d575f7b8af71f22be6ab543f56a52e4b

**File Name:**   Son_HDD1_8TB.FTV

**Partial Hash:** 4a5a1789ff313039cbe9017e849a8e5d

**File Name:**   Son_HDD1_8TB.FTW

**Partial Hash:** 665b47fadab6581f076f220b637b1357

**File Name:**   Son_HDD1_8TB.FTX

**Partial Hash:** 7828de38f76acd4ba07d71275b3c5f3a

**File Name:**   Son_HDD1_8TB.FTY

**Partial Hash:** 9d71fc441392102d6be68081984ea8db

**File Name:**   Son_HDD1_8TB.FTZ

**Partial Hash:** d36be1e0ae38df05541f0ab11371f531

**File Name:**   Son_HDD1_8TB.FUA

**Partial Hash:** 71db39e96f657428a57359ed8d5ad0cd

**File Name:**   Son_HDD1_8TB.FUB
**Partial Hash:** 74d29694deec1e3670e04a85f34bbef5
**File Name:**   Son_HDD1_8TB.FUC
**Partial Hash:** d0410e628f1cd31d870b1510659f4b7f
**File Name:**   Son_HDD1_8TB.FUD
**Partial Hash:** 754e57d3d46e40157079fd0b9e818500
**File Name:**   Son_HDD1_8TB.FUE
**Partial Hash:** af64acb0a20d111ccbc35cc3680e5e2e
**File Name:**   Son_HDD1_8TB.FUF
**Partial Hash:** 5bcea62f33ea3a7d32031ad41c102549
**File Name:**   Son_HDD1_8TB.FUG
**Partial Hash:** 3ad35101f76d31eb0db477ceef14f57b
**File Name:**   Son_HDD1_8TB.FUH
**Partial Hash:** 9d30f237ce9c2f5bbb601577450edd1b
**File Name:**   Son_HDD1_8TB.FUI
**Partial Hash:** 198c4351e48c263812f0312e66a890bf
**File Name:**   Son_HDD1_8TB.FUJ
**Partial Hash:** e9c9b1a122de7c88055d102997ad4879
**File Name:**   Son_HDD1_8TB.FUK
**Partial Hash:** 372662aaeab902b8c40af717f30cd372
**File Name:**   Son_HDD1_8TB.FUL
**Partial Hash:** 60f22bf7e3136c2095a28e22ec5b1b27
**File Name:**   Son_HDD1_8TB.FUM
**Partial Hash:** 7f0a0ba852e082b3b0462f6920cd6685
**File Name:**   Son_HDD1_8TB.FUN
**Partial Hash:** 7c176613d87520fe15e4dfe46ee2b0c8
**File Name:**   Son_HDD1_8TB.FUO
**Partial Hash:** 30e7596a37be0b6c5b8127f0478b96f2
**File Name:**   Son_HDD1_8TB.FUP
**Partial Hash:** 28436b25705419f39056cf431c5e8e5e
**File Name:**   Son_HDD1_8TB.FUQ
**Partial Hash:** c84836f589155eb44573e85ef2d6993b
**File Name:**   Son_HDD1_8TB.FUR
**Partial Hash:** cca252ca33c0e23615590924ee8d42f6
**File Name:**   Son_HDD1_8TB.FUS
**Partial Hash:** 855f8f9e73c9f8a9cd7965255ab2bb33
**File Name:**   Son_HDD1_8TB.FUT
**Partial Hash:** fdf253fcc6a4b02d7498b632ccff940a
**File Name:**   Son_HDD1_8TB.FUU
**Partial Hash:** 670cc23a05801a7ed46528da867336ea
**File Name:**   Son_HDD1_8TB.FUV
**Partial Hash:** 0a0c32c2290b5304cea2b44b93ffca5f
**File Name:**   Son_HDD1_8TB.FUW
**Partial Hash:** 9a128603996a4b747b4d38763c88c4c2
**File Name:**   Son_HDD1_8TB.FUX
**Partial Hash:** 8cf3159eed214d828044617f8a352d36
**File Name:**   Son_HDD1_8TB.FUY
**Partial Hash:** b5c9382d2b872ae511d5b01a5a87636f
**File Name:**   Son_HDD1_8TB.FUZ
**Partial Hash:** 47d65b2f79f268287c472f067f397748
**File Name:**   Son_HDD1_8TB.FVA
**Partial Hash:** 96d780aac7bdab3189e0a192f7caee3e
**File Name:**   Son_HDD1_8TB.FVB

**Partial Hash:** c3e7f7f05ab4521f80e690ce541f57ab
**File Name:**   Son_HDD1_8TB.FVC
**Partial Hash:** 1277f9723e41f410478b9961b4b38b39
**File Name:**   Son_HDD1_8TB.FVD
**Partial Hash:** 90342e6adb0d08d1a9338aad2ba3b19c
**File Name:**   Son_HDD1_8TB.FVE
**Partial Hash:** 343943eee866e82b14bbd1f86a8abf9d
**File Name:**   Son_HDD1_8TB.FVF
**Partial Hash:** d2c8e667bef17a1fcfb51c9a2437d389
**File Name:**   Son_HDD1_8TB.FVG
**Partial Hash:** 8799c884e7cfa177415ed18ba1dddc3d
**File Name:**   Son_HDD1_8TB.FVH
**Partial Hash:** f21c03df73a9beb7b2ebca26e64e3fbc
**File Name:**   Son_HDD1_8TB.FVI
**Partial Hash:** a1d3bd3eaabf7993f8cf0a3a3cdb1fe6
**File Name:**   Son_HDD1_8TB.FVJ
**Partial Hash:** 0fc5d1541f21f2f38956b9a4cd30af77
**File Name:**   Son_HDD1_8TB.FVK
**Partial Hash:** d63da650bbff12fc94e6f996ef4cec2f
**File Name:**   Son_HDD1_8TB.FVL
**Partial Hash:** e6c63d7795cd15768950669ed7ecb70d
**File Name:**   Son_HDD1_8TB.FVM
**Partial Hash:** 6045a0982615fe0883a2ce37aef80bea
**File Name:**   Son_HDD1_8TB.FVN
**Partial Hash:** 310ef39b97cfa9e170a7fde93a785b1a
**File Name:**   Son_HDD1_8TB.FVO
**Partial Hash:** c5e0952a506e2b9dd7891692f19cd22e
**File Name:**   Son_HDD1_8TB.FVP
**Partial Hash:** bca675f4d29c519eac7c7c8dc61c45ed
**File Name:**   Son_HDD1_8TB.FVQ
**Partial Hash:** 060b905d84e7608c780851b26c099ac4
**File Name:**   Son_HDD1_8TB.FVR
**Partial Hash:** a038974fee97eeb1821d6ef5bd704d98
**File Name:**   Son_HDD1_8TB.FVS
**Partial Hash:** 08cba8be803a0302059d729974c1faf4
**File Name:**   Son_HDD1_8TB.FVT
**Partial Hash:** 041ca8350814435973078d13dfed85fb
**File Name:**   Son_HDD1_8TB.FVU
**Partial Hash:** 6c4c5a75223629c2c97630acc01a0f5d
**File Name:**   Son_HDD1_8TB.FVV
**Partial Hash:** b27bad88a1d0bb39fd77578f4a40e068
**File Name:**   Son_HDD1_8TB.FVW
**Partial Hash:** 65e57865bcc4e7d57786939c90f72674
**File Name:**   Son_HDD1_8TB.FVX
**Partial Hash:** 27c17a50b4e679b4a720fd036aa0b35e
**File Name:**   Son_HDD1_8TB.FVY
**Partial Hash:** 84873ed62005ccbf460515e02b4844e4
**File Name:**   Son_HDD1_8TB.FVZ
**Partial Hash:** b1bbcc4dd6f008ee967418261fd58cdf
**File Name:**   Son_HDD1_8TB.FWA
**Partial Hash:** db67deb78fd6dca8b74d91975076dc53
**File Name:**   Son_HDD1_8TB.FWB
**Partial Hash:** 438ea52f1cbcb279a77cd71806e79e39

**File Name:**   Son_HDD1_8TB.FWC
**Partial Hash:** 3eaa68726c66759081bf60c5e193b203
**File Name:**   Son_HDD1_8TB.FWD
**Partial Hash:** 615ff24964f7aa0a8af11022b4322838
**File Name:**   Son_HDD1_8TB.FWE
**Partial Hash:** e56719668145777eb47cc02251193055
**File Name:**   Son_HDD1_8TB.FWF
**Partial Hash:** 63a3f28a9e22317631cc58b72a70a45b
**File Name:**   Son_HDD1_8TB.FWG
**Partial Hash:** a9af05578af866804f7a51646134dbdc
**File Name:**   Son_HDD1_8TB.FWH
**Partial Hash:** 31656a7bda111fe66d2be5b856b95a60
**File Name:**   Son_HDD1_8TB.FWI
**Partial Hash:** d34d8b3348e28cc78eddc047e50e3818
**File Name:**   Son_HDD1_8TB.FWJ
**Partial Hash:** 54d63fdd741e6a7f0638fb42bb9b363d
**File Name:**   Son_HDD1_8TB.FWK
**Partial Hash:** 05240ab00b394a8334371f714626d773
**File Name:**   Son_HDD1_8TB.FWL
**Partial Hash:** 66835dfdc7eb79a9c61ac9f41b84de89
**File Name:**   Son_HDD1_8TB.FWM
**Partial Hash:** 21b62a6dd4e37e0d4dfc98e38a3b6755
**File Name:**   Son_HDD1_8TB.FWN
**Partial Hash:** d04592bd02de0d8964bd8f66553cc905
**File Name:**   Son_HDD1_8TB.FWO
**Partial Hash:** a85df6458b642b6e08d36078458d7939
**File Name:**   Son_HDD1_8TB.FWP
**Partial Hash:** 713e234ab786f453355a11c053729a10
**File Name:**   Son_HDD1_8TB.FWQ
**Partial Hash:** b4fab9c218f3d339c8b6ceec27960368
**File Name:**   Son_HDD1_8TB.FWR
**Partial Hash:** c3a16114d52aadad744da56e6fd2cc37
**File Name:**   Son_HDD1_8TB.FWS
**Partial Hash:** 29bc673d346c4d2200213f6a44c2814b
**File Name:**   Son_HDD1_8TB.FWT
**Partial Hash:** 7b9cd01b9a7216433009eb54be9f76a6
**File Name:**   Son_HDD1_8TB.FWU
**Partial Hash:** b560c5887f774ad1df0d1dd910407c3b
**File Name:**   Son_HDD1_8TB.FWV
**Partial Hash:** 1a4c2f87d343503c39ac8d05bdd8efac
**File Name:**   Son_HDD1_8TB.FWW
**Partial Hash:** 951cb236b2c9ce0bdec4a80d876826f3
**File Name:**   Son_HDD1_8TB.FWX
**Partial Hash:** b38c4b223383edde8df259e991dd3978
**File Name:**   Son_HDD1_8TB.FWY
**Partial Hash:** d513d7d382ed49d9fba2b55f241d9bb2
**File Name:**   Son_HDD1_8TB.FWZ
**Partial Hash:** 1ac3425bc61182277114ab944b3d3a29
**File Name:**   Son_HDD1_8TB.FXA
**Partial Hash:** 691992d20809f0f03f6fbd72e2cb1a43
**File Name:**   Son_HDD1_8TB.FXB
**Partial Hash:** 96e9a7f13f586bf7fac3ffe98c2e04b1
**File Name:**   Son_HDD1_8TB.FXC

**Partial Hash:** cc21f8f3b15eee4086fb8f560a652bfe

**File Name:**   Son_HDD1_8TB.FXD

**Partial Hash:** 7ee99d17d31a2264783cca07b5fbcb61

**File Name:**   Son_HDD1_8TB.FXE

**Partial Hash:** d70863ed79da687b78fba1d49f454aea

**File Name:**   Son_HDD1_8TB.FXF

**Partial Hash:** ff3ee8a53d7bf7b21c6fded24b6bd1e4

**File Name:**   Son_HDD1_8TB.FXG

**Partial Hash:** 9ca81ed026fe3852bd4e28453be1792c

**File Name:**   Son_HDD1_8TB.FXH

**Partial Hash:** c672c31576af4d00e08ebf0bff5b8122

**File Name:**   Son_HDD1_8TB.FXI

**Partial Hash:** a84052a8c3d36a7516be2647ba8fd5ed

**File Name:**   Son_HDD1_8TB.FXJ

**Partial Hash:** f25aab0c0b81624fa39b9604c66276eb

**File Name:**   Son_HDD1_8TB.FXK

**Partial Hash:** 0983a1f730804ec69dbc89a09e249e67

**File Name:**   Son_HDD1_8TB.FXL

**Partial Hash:** f8782de4017170c7ef68b91e63911afa

**File Name:**   Son_HDD1_8TB.FXM

**Partial Hash:** f503a0b017997302f434502447fa6b95

**File Name:**   Son_HDD1_8TB.FXN

**Partial Hash:** 0ab59fbed23d6d6a18a3ab8972122575

**File Name:**   Son_HDD1_8TB.FXO

**Partial Hash:** 148824a3daa04aac0d66f160c9f3bccd

**File Name:**   Son_HDD1_8TB.FXP

**Partial Hash:** 3094a2ab4d39ad9a928a5f048a25f77c

**File Name:**   Son_HDD1_8TB.FXQ

**Partial Hash:** d0905aaef994d3982a5d707b0f10a4e5

**File Name:**   Son_HDD1_8TB.FXR

**Partial Hash:** a0739b24588021a5ce8110a5c748079b

**File Name:**   Son_HDD1_8TB.FXS

**Partial Hash:** 58f919a9be2687478d47349e5c764795

**File Name:**   Son_HDD1_8TB.FXT

**Partial Hash:** 490c1cbb798aac63336e005c0dc7ed2a

**File Name:**   Son_HDD1_8TB.FXU

**Partial Hash:** e866761c7126d71308e069f4aecf0ae1

**File Name:**   Son_HDD1_8TB.FXV

**Partial Hash:** fa61884cd20acddf251c4a890946b689

**File Name:**   Son_HDD1_8TB.FXW

**Partial Hash:** 3f4b01271640b0cc105107b9489a7fc9

**File Name:**   Son_HDD1_8TB.FXX

**Partial Hash:** 1351b0f49daf4bf8e526e107eeb6bd34

**File Name:**   Son_HDD1_8TB.FXY

**Partial Hash:** f768a208c81b73982c33dcd44a57f03e

**File Name:**   Son_HDD1_8TB.FXZ

**Partial Hash:** 0e70c0ced275de7d4aecef3d96314b54

**File Name:**   Son_HDD1_8TB.FYA

**Partial Hash:** 5e861e2633c8039a4770d2552567067e

**File Name:**   Son_HDD1_8TB.FYB

**Partial Hash:** 52fc1df03eac42e26168054b59635727

**File Name:**   Son_HDD1_8TB.FYC

**Partial Hash:** d3e6f45df9e9bc3b4dea1d921dc246e9

**File Name:**   Son_HDD1_8TB.FYD
**Partial Hash:** 6fb2649bb02e41e07407c5c0272857c0
**File Name:**   Son_HDD1_8TB.FYE
**Partial Hash:** 292da15b9ca2d073f6540217dc576656
**File Name:**   Son_HDD1_8TB.FYF
**Partial Hash:** f358513e265ce0aa4ec08d88e52a3a92
**File Name:**   Son_HDD1_8TB.FYG
**Partial Hash:** 82e7f1196fd49a4068e41b8defaf02d8
**File Name:**   Son_HDD1_8TB.FYH
**Partial Hash:** 941b1dd0a8c818de583ddede55c0dd62
**File Name:**   Son_HDD1_8TB.FYI
**Partial Hash:** e96a120821700063570e9d4e211f2ff2
**File Name:**   Son_HDD1_8TB.FYJ
**Partial Hash:** f7045a5372ec0bcd2de72c54e16b4711
**File Name:**   Son_HDD1_8TB.FYK
**Partial Hash:** 37caa21466f69c1615360adc8cc3165b
**File Name:**   Son_HDD1_8TB.FYL
**Partial Hash:** df0fcc4d8aaa8f18f2e2259a82818996
**File Name:**   Son_HDD1_8TB.FYM
**Partial Hash:** 26fb6c0991118fd156f6c970c891d1d5
**File Name:**   Son_HDD1_8TB.FYN
**Partial Hash:** a3accbfd4ba8a2946f5cf7886e700a50
**File Name:**   Son_HDD1_8TB.FYO
**Partial Hash:** e6caf29ccafaf09ad391ed3f38392f47
**File Name:**   Son_HDD1_8TB.FYP
**Partial Hash:** 00bb6b7d14fbfe7084d444c40217b5be
**File Name:**   Son_HDD1_8TB.FYQ
**Partial Hash:** bede2b5e21b9124fd8c817284fafdb1b
**File Name:**   Son_HDD1_8TB.FYR
**Partial Hash:** 14a97a22cc48970d752a0d26378d6bd3
**File Name:**   Son_HDD1_8TB.FYS
**Partial Hash:** 110978e10d6cb7cae1df6cea00545f60
**File Name:**   Son_HDD1_8TB.FYT
**Partial Hash:** b13e0a19d3324ede1a2fe83536aa67ad
**File Name:**   Son_HDD1_8TB.FYU
**Partial Hash:** bdcc283913c5df40a708941027acb3f9
**File Name:**   Son_HDD1_8TB.FYV
**Partial Hash:** 4acba0e1434d007a12871910e647c26d
**File Name:**   Son_HDD1_8TB.FYW
**Partial Hash:** 86aa5a8c154d97c8bf3ff41014f3f979
**File Name:**   Son_HDD1_8TB.FYX
**Partial Hash:** 33361dac0d14c0c659c58440480c595c
**File Name:**   Son_HDD1_8TB.FYY
**Partial Hash:** c4bf98fef13e4099fc8d8100756e80be
**File Name:**   Son_HDD1_8TB.FYZ
**Partial Hash:** c6f5f681d8ecb35d6fda671d84c6249a
**File Name:**   Son_HDD1_8TB.FZA
**Partial Hash:** 9caed8b39886de2367d5caeb05d4850d
**File Name:**   Son_HDD1_8TB.FZB
**Partial Hash:** 2fbbb7f583a3094c98aa5292b1e87d39
**File Name:**   Son_HDD1_8TB.FZC
**Partial Hash:** 46592fb4206e97e96f40bfdda4d47ee8
**File Name:**   Son_HDD1_8TB.FZD

**Partial Hash:** b8a313311aa42cd1a99cde168a4cdf79

**File Name:**   Son_HDD1_8TB.FZE

**Partial Hash:** 1a3c4a644a293af367a51dad731b0502

**File Name:**   Son_HDD1_8TB.FZF

**Partial Hash:** 24bc37507f734f3dd4fdeb8ea90a61b3

**File Name:**   Son_HDD1_8TB.FZG

**Partial Hash:** b449aa96a5ff7fc443c2bc4d2cf088af

**File Name:**   Son_HDD1_8TB.FZH

**Partial Hash:** 7a6cb92ea19e39e7da5187c167e095f5

**File Name:**   Son_HDD1_8TB.FZI

**Partial Hash:** eafa4686458347272f9aca414ffb9396

**File Name:**   Son_HDD1_8TB.FZJ

**Partial Hash:** e9e71e77d2ef39bcf0d5e6813f54a870

**File Name:**   Son_HDD1_8TB.FZK

**Partial Hash:** e1e9b20f28a74452b986a5e2468f0a6e

**File Name:**   Son_HDD1_8TB.FZL

**Partial Hash:** acf80bdc87e850a213f1558e020d5711

**File Name:**   Son_HDD1_8TB.FZM

**Partial Hash:** fad43b7cd2da42dac6286fa76e73febd

**File Name:**   Son_HDD1_8TB.FZN

**Partial Hash:** 4d0cc327c7186db4e1e235d7c1cf5d90

**File Name:**   Son_HDD1_8TB.FZO

**Partial Hash:** 5a623bd4559d99c84a7852a5d3247240

**File Name:**   Son_HDD1_8TB.FZP

**Partial Hash:** 4d9f6a7d72f4054acb9c1bb49b5bbdf4

**File Name:**   Son_HDD1_8TB.FZQ

**Partial Hash:** af80f73e1d0f6b05f28a6571d14179e8

**File Name:**   Son_HDD1_8TB.FZR

**Partial Hash:** 8d9cc6eb24cd440bc93da99f64d5552e

**File Name:**   Son_HDD1_8TB.FZS

**Partial Hash:** 5bef19db4bdd51bd98aeb590ea45f14d

**File Name:**   Son_HDD1_8TB.FZT

**Partial Hash:** 6cfbe6d88c625eb299f817d0e4b4dc94

**File Name:**   Son_HDD1_8TB.FZU

**Partial Hash:** 0d8cb596652d597f2ea70fa23e21afe2

**File Name:**   Son_HDD1_8TB.FZV

**Partial Hash:** 63fe2cb0fb2c693c83188181a5414e3f

**File Name:**   Son_HDD1_8TB.FZW

**Partial Hash:** 49852e1aac695a1b0b53416f1c8f86f7

**File Name:**   Son_HDD1_8TB.FZX

**Partial Hash:** 7c59ce9757a23ac59e3cc67a47703796

**File Name:**   Son_HDD1_8TB.FZY

**Partial Hash:** 24271403661b523df0c69bc3519c333c

**File Name:**   Son_HDD1_8TB.FZZ

**Partial Hash:** a88bca02ef0eceff3be1e909f07580a3

**File Name:**   Son_HDD1_8TB.GAA

**Partial Hash:** 7a5675b3df13bac0d49348adbad80df6

**File Name:**   Son_HDD1_8TB.GAB

**Partial Hash:** 3d2abfb71574a9f0922780b5b85075d9

**File Name:**   Son_HDD1_8TB.GAC

**Partial Hash:** 45c626e7142623db805aafa137504bd2

**File Name:**   Son_HDD1_8TB.GAD

**Partial Hash:** 3e38d177efa06ef6c1120d0c38472ab0

**File Name:**   Son_HDD1_8TB.GAE
**Partial Hash:** 9718f9eeb2a6433ad6933680b174a92e
**File Name:**   Son_HDD1_8TB.GAF
**Partial Hash:** 59206579095fcbe7eb78d1ad42d3460b
**File Name:**   Son_HDD1_8TB.GAG
**Partial Hash:** 9b7aff473e7699971d2c9495b28cc44b
**File Name:**   Son_HDD1_8TB.GAH
**Partial Hash:** a2f104bddb6a3be54cede2659d02054f
**File Name:**   Son_HDD1_8TB.GAI
**Partial Hash:** d67f3a793c9e16523c34e0a86fb6a171
**File Name:**   Son_HDD1_8TB.GAJ
**Partial Hash:** 421967e55ba5d2bf7ab07cf2d5771fed
**File Name:**   Son_HDD1_8TB.GAK
**Partial Hash:** 0280521921c7e4f80a3bda2d229eaf57
**File Name:**   Son_HDD1_8TB.GAL
**Partial Hash:** 9def135d014f4aba8778dafd4546b8cf
**File Name:**   Son_HDD1_8TB.GAM
**Partial Hash:** 5f8399a27c55d1fffcbb9e20f40a9539
**File Name:**   Son_HDD1_8TB.GAN
**Partial Hash:** a05286153faf55fce8cde1125ffebc36
**File Name:**   Son_HDD1_8TB.GAO
**Partial Hash:** a678c35b856ce5d7d10ad488efb48fc3
**File Name:**   Son_HDD1_8TB.GAP
**Partial Hash:** 3187814fec62ffae014015f22de91793
**File Name:**   Son_HDD1_8TB.GAQ
**Partial Hash:** 9335ba919c42ef766a2887378ef0fae3
**File Name:**   Son_HDD1_8TB.GAR
**Partial Hash:** 8c69ba91f38efe6f3d6f935b2c7d41d7
**File Name:**   Son_HDD1_8TB.GAS
**Partial Hash:** 5e5b4853da687332e83b587aacdd28ae
**File Name:**   Son_HDD1_8TB.GAT
**Partial Hash:** 77a972eb2c138997517903d00b32861d
**File Name:**   Son_HDD1_8TB.GAU
**Partial Hash:** 8fc7b952f404bfb26dad83ecd845b496
**File Name:**   Son_HDD1_8TB.GAV
**Partial Hash:** 596c668cd74f77db8c0c6274a3e6532f
**File Name:**   Son_HDD1_8TB.GAW
**Partial Hash:** 020ef0e7b57db61436c6c28faa3a4a36
**File Name:**   Son_HDD1_8TB.GAX
**Partial Hash:** 5cdc48e11f83e046cb07da6b770f8781
**File Name:**   Son_HDD1_8TB.GAY
**Partial Hash:** d7ae73a25169a5c7ea2d08607f725cf6
**File Name:**   Son_HDD1_8TB.GAZ
**Partial Hash:** 455ee576a12e1bdb275146c1af5cd726
**File Name:**   Son_HDD1_8TB.GBA
**Partial Hash:** 096cf1a61da45e7b4a1b8c6ce9d81d54
**File Name:**   Son_HDD1_8TB.GBB
**Partial Hash:** 63b65222b0fa10cef364fa9e67343f45
**File Name:**   Son_HDD1_8TB.GBC
**Partial Hash:** 183031b5e504e713bd5fdee444759ebb
**File Name:**   Son_HDD1_8TB.GBD
**Partial Hash:** 6f5f6aa502dbd59ac144f04496a04d9d
**File Name:**   Son_HDD1_8TB.GBE

**Partial Hash:** cb16c4b7ff829400b36df3946e2aac0e

**File Name:**  Son_HDD1_8TB.GBF

**Partial Hash:** 2d21260e92ef8f3c441db0b43250a49b

**File Name:**  Son_HDD1_8TB.GBG

**Partial Hash:** 3910d43eb8616d67abdec3483a28d24c

**File Name:**  Son_HDD1_8TB.GBH

**Partial Hash:** fbb046a6004c4ded6fc6b3ab4a31460e

**File Name:**  Son_HDD1_8TB.GBI

**Partial Hash:** a86b5670766b2ecf1d5621b17797ccf9

**File Name:**  Son_HDD1_8TB.GBJ

**Partial Hash:** 5dad5c3192dd58f82916dc1cfd69078f

**File Name:**  Son_HDD1_8TB.GBK

**Partial Hash:** 4bd1fb4f72810df7ed2df6c7f3ac23d9

**File Name:**  Son_HDD1_8TB.GBL

**Partial Hash:** b637f554c6e636ac2f75201869bb6281

**File Name:**  Son_HDD1_8TB.GBM

**Partial Hash:** 2bcd29c98393b961d47dd3ae2df3a67a

**File Name:**  Son_HDD1_8TB.GBN

**Partial Hash:** 6d55ad57980cb9b66307ddd6b528d14b

**File Name:**  Son_HDD1_8TB.GBO

**Partial Hash:** 92381d367dac5fcd0c722f6a04d2f441

**File Name:**  Son_HDD1_8TB.GBP

**Partial Hash:** 61124a53172bc9f39fd938aaf9116f67

**File Name:**  Son_HDD1_8TB.GBQ

**Partial Hash:** b18f30e027d1fc7c55bcb0066db7694c

**File Name:**  Son_HDD1_8TB.GBR

**Partial Hash:** 43c5c3210abcdce28aaae579d28038e6

**File Name:**  Son_HDD1_8TB.GBS

**Partial Hash:** e2dc41f150e7e1b1ccc9a34dda5e2c0e

**File Name:**  Son_HDD1_8TB.GBT

**Partial Hash:** af956ffb810d9643556ee11248b80c82

**File Name:**  Son_HDD1_8TB.GBU

**Partial Hash:** d2e532a8580dc0da0aa994ea3f3c61fe

**File Name:**  Son_HDD1_8TB.GBV

**Partial Hash:** 25f3e3fed3e53807a95da469a95ba89f

**File Name:**  Son_HDD1_8TB.GBW

**Partial Hash:** 3d8d96f26f85cbe663a7089c2e3e0578

**File Name:**  Son_HDD1_8TB.GBX

**Partial Hash:** 036f5b6cadce77ee9e2834cd92b7a3a7

**File Name:**  Son_HDD1_8TB.GBY

**Partial Hash:** ec986162cce93b6eab3fb70fdbf434fc

**File Name:**  Son_HDD1_8TB.GBZ

**Partial Hash:** 5300dca201cea0ba0b874087cd03fcb0

**File Name:**  Son_HDD1_8TB.GCA

**Partial Hash:** 798fdd2752104fa0088f8254729b0866

**File Name:**  Son_HDD1_8TB.GCB

**Partial Hash:** 6ccedbda8538fdabe6a827d31dc46f0f

**File Name:**  Son_HDD1_8TB.GCC

**Partial Hash:** 239d944e52e6dec76830b43f80fdb9b9

**File Name:**  Son_HDD1_8TB.GCD

**Partial Hash:** 7240cf7b8349ed4b5f3bc16978e0f14e

**File Name:**  Son_HDD1_8TB.GCE

**Partial Hash:** 5af6d2739706aed07cd716e325d9bdde

**File Name:**   Son_HDD1_8TB.GCF
**Partial Hash:** 20a529e88d8810d3a2c864dfcb54f034
**File Name:**   Son_HDD1_8TB.GCG
**Partial Hash:** 68c212397c9ffd8da8040482ca8c67fd
**File Name:**   Son_HDD1_8TB.GCH
**Partial Hash:** 0db903706ffdb8f209fd55145fd0e024
**File Name:**   Son_HDD1_8TB.GCI
**Partial Hash:** 7eafa6d283d2ec276cfc52d1f2664820
**File Name:**   Son_HDD1_8TB.GCJ
**Partial Hash:** 17fe7209d880bc71a365493a94709189
**File Name:**   Son_HDD1_8TB.GCK
**Partial Hash:** 249d7cd320be34d14f7ced2958a4f4d7
**File Name:**   Son_HDD1_8TB.GCL
**Partial Hash:** 024bdb2a7d37e54280bbdf00e0788b07
**File Name:**   Son_HDD1_8TB.GCM
**Partial Hash:** 79ce9b7718920083bb0cff9b360ed857
**File Name:**   Son_HDD1_8TB.GCN
**Partial Hash:** 5df18eaa2e339511d9b27e963856d67b
**File Name:**   Son_HDD1_8TB.GCO
**Partial Hash:** a9c8610e65184b4d1cddac199f9251e8
**File Name:**   Son_HDD1_8TB.GCP
**Partial Hash:** 397e25c6c7853220820488daf86624c4
**File Name:**   Son_HDD1_8TB.GCQ
**Partial Hash:** 5ef3d342a03de9d845c51bf51a960b5c
**File Name:**   Son_HDD1_8TB.GCR
**Partial Hash:** f5a607ec2a4b352cb5e9e0c50c6b98ad
**File Name:**   Son_HDD1_8TB.GCS
**Partial Hash:** 71398bf9a0b0b248509803f2131a331d
**File Name:**   Son_HDD1_8TB.GCT
**Partial Hash:** 631076acd4d28c503e74bf170c8f181f
**File Name:**   Son_HDD1_8TB.GCU
**Partial Hash:** 76cba73959fe4033ae81b8f52f5052cc
**File Name:**   Son_HDD1_8TB.GCV
**Partial Hash:** 4d04b41625cbec7fbb76f116612e2674
**File Name:**   Son_HDD1_8TB.GCW
**Partial Hash:** 4d66e12c7e8dfd030480e1b4140c4d93
**File Name:**   Son_HDD1_8TB.GCX
**Partial Hash:** 9860cd5aea299c923f7e1d59f95e58a9
**File Name:**   Son_HDD1_8TB.GCY
**Partial Hash:** cfd1e13c26a3af07c29e34712680d5b6
**File Name:**   Son_HDD1_8TB.GCZ
**Partial Hash:** 25e5c66cf8fd4cd43ae63f934713121b
**File Name:**   Son_HDD1_8TB.GDA
**Partial Hash:** 7df86b4667dccceee812457e8a868bbe
**File Name:**   Son_HDD1_8TB.GDB
**Partial Hash:** b92aeffff7420469b2173d29afc3fd71
**File Name:**   Son_HDD1_8TB.GDC
**Partial Hash:** cfbc404d1c0975d51e678b6dc2d76876
**File Name:**   Son_HDD1_8TB.GDD
**Partial Hash:** c16d965a87cc6885164139d6503abfbf
**File Name:**   Son_HDD1_8TB.GDE
**Partial Hash:** f084a34fe8dde7dbb689ab232e7faea0
**File Name:**   Son_HDD1_8TB.GDF

**Partial Hash:** d0cd64a3e949fc242fbaa308b444fd24

**File Name:**   Son_HDD1_8TB.GDG

**Partial Hash:** 49275f5ed16ec5f98307cb8445fe446d

**File Name:**   Son_HDD1_8TB.GDH

**Partial Hash:** fc5a0e4760bfae77bd3fe94285595588

**File Name:**   Son_HDD1_8TB.GDI

**Partial Hash:** 682b2a1a59ee0a864be0d26f736f0e25

**File Name:**   Son_HDD1_8TB.GDJ

**Partial Hash:** 3fa676694057d24cb0aed0cb6ca4f685

**File Name:**   Son_HDD1_8TB.GDK

**Partial Hash:** 45cd6ad11d43749633dfb72392049ffc

**File Name:**   Son_HDD1_8TB.GDL

**Partial Hash:** b38a9504b513c1760f4f42d19b5a99c7

**File Name:**   Son_HDD1_8TB.GDM

**Partial Hash:** 1c00fe5ce339d1254eeec6fa9afe933c

**File Name:**   Son_HDD1_8TB.GDN

**Partial Hash:** 4336c07fabd7acc73d5f7cf7d5b27a70

**File Name:**   Son_HDD1_8TB.GDO

**Partial Hash:** 52c0492dc338bd992ad164809ebc1bc4

**File Name:**   Son_HDD1_8TB.GDP

**Partial Hash:** 672837d647565b5d57ee9eee7aac7117

**File Name:**   Son_HDD1_8TB.GDQ

**Partial Hash:** 8dcc3e89084122e8bd5896085a74770d

**File Name:**   Son_HDD1_8TB.GDR

**Partial Hash:** c2ee29790c810e09d495cec90bb73ec0

**File Name:**   Son_HDD1_8TB.GDS

**Partial Hash:** f06ca30ef3f90743f4391710f9afbb67

**File Name:**   Son_HDD1_8TB.GDT

**Partial Hash:** 1e83401dc3d33432a215b2c15fe246c2

**File Name:**   Son_HDD1_8TB.GDU

**Partial Hash:** eff8969e08ea155538985e640f4badc0

**File Name:**   Son_HDD1_8TB.GDV

**Partial Hash:** 4d54b2d0287851085e78b8b864ead691

**File Name:**   Son_HDD1_8TB.GDW

**Partial Hash:** 85ed87287574c747cce27d1789076a50

**File Name:**   Son_HDD1_8TB.GDX

**Partial Hash:** c70509ee5c3d5c21acecd64b87a89038

**File Name:**   Son_HDD1_8TB.GDY

**Partial Hash:** b6110eeabf35ea7910308d78e603593e

**File Name:**   Son_HDD1_8TB.GDZ

**Partial Hash:** 4f1559f204fa4f9aa8725ddbb61005f1

**File Name:**   Son_HDD1_8TB.GEA

**Partial Hash:** b8f356415e224f7e7eeee1e561a2842e

**File Name:**   Son_HDD1_8TB.GEB

**Partial Hash:** dbce7a3cf9671bf107703d57bca71192

**File Name:**   Son_HDD1_8TB.GEC

**Partial Hash:** 13c83af3eb7cc471048381d093e898b6

**File Name:**   Son_HDD1_8TB.GED

**Partial Hash:** 04b673888295de20de004e38b4829e26

**File Name:**   Son_HDD1_8TB.GEE

**Partial Hash:** ef3dbf6a3eb333fc538757c2a20bc409

**File Name:**   Son_HDD1_8TB.GEF

**Partial Hash:** c3b768c69c43926e07a3100b380a39e8

**File Name:**   Son_HDD1_8TB.GEG
**Partial Hash:** 7344953de71461402af1255d19518a3b
**File Name:**   Son_HDD1_8TB.GEH
**Partial Hash:** 020096748ae64d1a18a16bed8bb7558b
**File Name:**   Son_HDD1_8TB.GEI
**Partial Hash:** bdfd29f01432fa4e3ca5c983f059c664
**File Name:**   Son_HDD1_8TB.GEJ
**Partial Hash:** d20b79f8de7f2c307420d7d0ef0484d7
**File Name:**   Son_HDD1_8TB.GEK
**Partial Hash:** 6dcc1b87d160563a35e197105eb9ebf7
**File Name:**   Son_HDD1_8TB.GEL
**Partial Hash:** 3c5eef33732f04d1499e2ac4983425dd
**File Name:**   Son_HDD1_8TB.GEM
**Partial Hash:** a14e8e0fb162326edacdade36b47ef11
**File Name:**   Son_HDD1_8TB.GEN
**Partial Hash:** 9d3104789286c93f83c102c2afd8eb83
**File Name:**   Son_HDD1_8TB.GEO
**Partial Hash:** 8b85df5e4b1a19afbf6c8319291660fc
**File Name:**   Son_HDD1_8TB.GEP
**Partial Hash:** 0e5cff80cc313d3742b27f1dee055eaa
**File Name:**   Son_HDD1_8TB.GEQ
**Partial Hash:** 60613a471f4f42cdc9ee5ced10ca097c
**File Name:**   Son_HDD1_8TB.GER
**Partial Hash:** 517e2e9dc8d8e354fd21be68b47c2fc7
**File Name:**   Son_HDD1_8TB.GES
**Partial Hash:** 8d6d968ca05b938a1dac3aea06bd7d66
**File Name:**   Son_HDD1_8TB.GET
**Partial Hash:** 2275ad40e7b9c075d78b58f1fe5dacbe
**File Name:**   Son_HDD1_8TB.GEU
**Partial Hash:** 6def0ad31d217913027327fa42f70d09
**File Name:**   Son_HDD1_8TB.GEV
**Partial Hash:** 5223f4b7e0eddf23eb40638ae68271ae
**File Name:**   Son_HDD1_8TB.GEW
**Partial Hash:** 8f9e5c596ae1c36864e866d5083aabb6
**File Name:**   Son_HDD1_8TB.GEX
**Partial Hash:** 29bc537ff0aba9334c45df4fe21d5a73
**File Name:**   Son_HDD1_8TB.GEY
**Partial Hash:** 18758f4cd9f2c9d3d3bac8cb08fef9c1
**File Name:**   Son_HDD1_8TB.GEZ
**Partial Hash:** 4ed782d06e1f62b2b58034fdfd5b9ac3
**File Name:**   Son_HDD1_8TB.GFA
**Partial Hash:** 445438e7e0a1b6d982e0188a724b0fbe
**File Name:**   Son_HDD1_8TB.GFB
**Partial Hash:** 33534b5a774affbfc0865e8802afe877
**File Name:**   Son_HDD1_8TB.GFC
**Partial Hash:** 72beb862ce88f43b554389dc4420e95f
**File Name:**   Son_HDD1_8TB.GFD
**Partial Hash:** de01a987a3bdac438feb3d8275f4e317
**File Name:**   Son_HDD1_8TB.GFE
**Partial Hash:** aa9539524031f201439aee0e421acc13
**File Name:**   Son_HDD1_8TB.GFF
**Partial Hash:** 721549a1a78e84c76f39c41bb1360b2c
**File Name:**   Son_HDD1_8TB.GFG

**Partial Hash:** 8159dc5f4c17dffc5d5b2ebf23ce8528

**File Name:**   Son_HDD1_8TB.GFH

**Partial Hash:** f2dc70cfdb7f74037e80e817d75eabba

**File Name:**   Son_HDD1_8TB.GFI

**Partial Hash:** 5c4a04079371b0d350cdcd6253958fae

**File Name:**   Son_HDD1_8TB.GFJ

**Partial Hash:** 701eed21ed701ad24b9b3fe4342e088f

**File Name:**   Son_HDD1_8TB.GFK

**Partial Hash:** 2aa37fbb6cf116d9f511400af386b7d6

**File Name:**   Son_HDD1_8TB.GFL

**Partial Hash:** b21b3bdb4d2c32dc2ce09a27f90ef893

**File Name:**   Son_HDD1_8TB.GFM

**Partial Hash:** 726300c178ff6e1e3c2ba237d4f70a42

**File Name:**   Son_HDD1_8TB.GFN

**Partial Hash:** a2cc2229d365ff9a9dcdd3762726e91e

**File Name:**   Son_HDD1_8TB.GFO

**Partial Hash:** eebd6bcd0bb1a9066601b0ec60df7c77

**File Name:**   Son_HDD1_8TB.GFP

**Partial Hash:** 5f9c3a8142bf91092a61068c919992fe

**File Name:**   Son_HDD1_8TB.GFQ

**Partial Hash:** 267e9ed905d51cbb1c4b57375e52f468

**File Name:**   Son_HDD1_8TB.GFR

**Partial Hash:** 67407c780f3a98dab393291344bd8cf8

**File Name:**   Son_HDD1_8TB.GFS

**Partial Hash:** b8993005898f4564f149321247df954e

**File Name:**   Son_HDD1_8TB.GFT

**Partial Hash:** 8f389c1568b50c1bbde0e6e56c2ecb8b

**File Name:**   Son_HDD1_8TB.GFU

**Partial Hash:** b9716d2bd47246d6e4bbedbf4b6eeb5c

**File Name:**   Son_HDD1_8TB.GFV

**Partial Hash:** 3bc9916f46d4fb01d45ef10a0129faa0

**File Name:**   Son_HDD1_8TB.GFW

**Partial Hash:** 48d03fda59c85d04e6e1c80329d74d8b

**File Name:**   Son_HDD1_8TB.GFX

**Partial Hash:** 7556d0a2ce3451a33fbdf804f6f8608e

**File Name:**   Son_HDD1_8TB.GFY

**Partial Hash:** b3bb8f8fa26b948f0c331faa4eb50c94

**File Name:**   Son_HDD1_8TB.GFZ

**Partial Hash:** eeb2e163613f98013b6550dc8adf977b

**File Name:**   Son_HDD1_8TB.GGA

**Partial Hash:** c4ae82296df51dfa9819f1e768b3130a

**File Name:**   Son_HDD1_8TB.GGB

**Partial Hash:** 5b1e1e69e18ba1640a2ced5d784ee28a

**File Name:**   Son_HDD1_8TB.GGC

**Partial Hash:** 2eef537ac08c3fa6a0563ad0cfce3618

**File Name:**   Son_HDD1_8TB.GGD

**Partial Hash:** 6eac8a460e43eec2a11c7e852b0eeaec

**File Name:**   Son_HDD1_8TB.GGE

**Partial Hash:** 6674a4417405f90deea40e58be1d4c7d

**File Name:**   Son_HDD1_8TB.GGF

**Partial Hash:** 2e90261d9517a3f6314005495c8858f3

**File Name:**   Son_HDD1_8TB.GGG

**Partial Hash:** e33b41b45ea9a920c73d68e73d8c9d7e

**File Name:**   Son_HDD1_8TB.GGH

**Partial Hash:** ea3b74b6d0d1b6cd8475cbdd5c606794

**File Name:**   Son_HDD1_8TB.GGI

**Partial Hash:** d57213577a6e1bf7a2a089861f08edd8

**File Name:**   Son_HDD1_8TB.GGJ

**Partial Hash:** 0f0b93322507078708c7bb1d62ca4847

**File Name:**   Son_HDD1_8TB.GGK

**Partial Hash:** 2c72fb9e33ad86dfe88850853a61f659

**File Name:**   Son_HDD1_8TB.GGL

**Partial Hash:** 5cda302e925e77bf3a030d3ae9433753

**File Name:**   Son_HDD1_8TB.GGM

**Partial Hash:** 00437f8f6a90753c2f009adbf2c38f8d

**File Name:**   Son_HDD1_8TB.GGN

**Partial Hash:** 6cc410aebfa3fe5d9d12b5d97fa2b773

**File Name:**   Son_HDD1_8TB.GGO

**Partial Hash:** 23739fc026b2c26ac563c8be79e907be

**File Name:**   Son_HDD1_8TB.GGP

**Partial Hash:** e9d9b4692f5c993acf83424928d32a7f

**File Name:**   Son_HDD1_8TB.GGQ

**Partial Hash:** 7e31187f819ebf6aa7139fe13c720237

**File Name:**   Son_HDD1_8TB.GGR

**Partial Hash:** 5c1061a359d567b0e5e810745f34d1fc

**File Name:**   Son_HDD1_8TB.GGS

**Partial Hash:** 2330de07f79db3c83a77225a54d6b380

**File Name:**   Son_HDD1_8TB.GGT

**Partial Hash:** 88b40343bdadd0370e8948ea0cc18932

**File Name:**   Son_HDD1_8TB.GGU

**Partial Hash:** e855b4c2b8d52ab6f40d914dbf49e3e7

**File Name:**   Son_HDD1_8TB.GGV

**Partial Hash:** 0dcc33d54d7f9f670661e4b1a6b2d364

**File Name:**   Son_HDD1_8TB.GGW

**Partial Hash:** c8bad6f2d94e7b0d70e3ed056bfbfb46

**File Name:**   Son_HDD1_8TB.GGX

**Partial Hash:** 47c15760b0d29ced2e6f6eda10e11c53

**File Name:**   Son_HDD1_8TB.GGY

**Partial Hash:** 0c00b60d3bea4ab440605125da1a883e

**File Name:**   Son_HDD1_8TB.GGZ

**Partial Hash:** 7517ab272908ac88bd08fdc2f5973337

**File Name:**   Son_HDD1_8TB.GHA

**Partial Hash:** 0a5cbb32bb0ff5711304330617a860de

**File Name:**   Son_HDD1_8TB.GHB

**Partial Hash:** 2b14db865764be6a628144e62413a6eb

**File Name:**   Son_HDD1_8TB.GHC

**Partial Hash:** 73448cc6738d5861dfbd6d3ee474a1db

**File Name:**   Son_HDD1_8TB.GHD

**Partial Hash:** b16ebec213cbf72332d04218ba948e69

**File Name:**   Son_HDD1_8TB.GHE

**Partial Hash:** 37b02eb6ec3f76cda3d4caa9e422da47

**File Name:**   Son_HDD1_8TB.GHF

**Partial Hash:** a8e3c0533ac925cd65d89192992f5e06

**File Name:**   Son_HDD1_8TB.GHG

**Partial Hash:** 73366b6b2b7806022c40a3b483fb9e9c

**File Name:**   Son_HDD1_8TB.GHH

**Partial Hash:** f43e03ebc4cc745d92ceb29ecd89fc0b

**File Name:**   Son_HDD1_8TB.GHI

**Partial Hash:** e7460afad881d9d9b0c49d627ac648ee

**File Name:**   Son_HDD1_8TB.GHJ

**Partial Hash:** cd842aac2114a02cccf77bc6890e8328

**File Name:**   Son_HDD1_8TB.GHK

**Partial Hash:** 832f65c849e93f776d4f88a7160e54d7

**File Name:**   Son_HDD1_8TB.GHL

**Partial Hash:** 6fc3b392a2670d66027746bdd10857a2

**File Name:**   Son_HDD1_8TB.GHM

**Partial Hash:** b51d67baf4b8a5d6da46fb05942c6f96

**File Name:**   Son_HDD1_8TB.GHN

**Partial Hash:** 9005f99b83e9e4c5ed2a76c39c87d942

**File Name:**   Son_HDD1_8TB.GHO

**Partial Hash:** 59df2adfee13cbaebcd975e0abe447d0

**File Name:**   Son_HDD1_8TB.GHP

**Partial Hash:** 2d57d4ad0e779862ce435dbb8f6e6b17

**File Name:**   Son_HDD1_8TB.GHQ

**Partial Hash:** c496188fe810017df8b1b42307175c91

**File Name:**   Son_HDD1_8TB.GHR

**Partial Hash:** 5c2458e3b2dc064c267e215a6c13acee

**File Name:**   Son_HDD1_8TB.GHS

**Partial Hash:** ec9ef55b820e0b3bf0889acb84bb0fbc

**File Name:**   Son_HDD1_8TB.GHT

**Partial Hash:** 1b27c6843de2c06be047f59a126ce6d0

**File Name:**   Son_HDD1_8TB.GHU

**Partial Hash:** 4177332069f7467db400aef7fae92840

**File Name:**   Son_HDD1_8TB.GHV

**Partial Hash:** 79126847fe29ba4541eafba7db79b150

**File Name:**   Son_HDD1_8TB.GHW

**Partial Hash:** 503d579a9c876b1489dfb70300ba81da

**File Name:**   Son_HDD1_8TB.GHX

**Partial Hash:** cd8545fe5c480d333b3021e617918f4b

**File Name:**   Son_HDD1_8TB.GHY

**Partial Hash:** 8ee550ab79a5391fdd57fedbaa7a4132

**File Name:**   Son_HDD1_8TB.GHZ

**Partial Hash:** 426d183977be5e9db23d661d45ceb38f

**File Name:**   Son_HDD1_8TB.GIA

**Partial Hash:** 28f560124a6c3f54626ef98a371788cf

**File Name:**   Son_HDD1_8TB.GIB

**Partial Hash:** bad5cc4a24ae2c8a80fdd9b25b7395bb

**File Name:**   Son_HDD1_8TB.GIC

**Partial Hash:** 77ea663961cc769e94856f318253f8a5

**File Name:**   Son_HDD1_8TB.GID

**Partial Hash:** 6aa1fee5d6732c6e78a95df652d50a38

**File Name:**   Son_HDD1_8TB.GIE

**Partial Hash:** c98eda219085a33601e8534fc7ce788c

**File Name:**   Son_HDD1_8TB.GIF

**Partial Hash:** 3182a927175c04893644cc3f83ea8f92

**File Name:**   Son_HDD1_8TB.GIG

**Partial Hash:** 88284acc135da97b639589542e2f56df

**File Name:**   Son_HDD1_8TB.GIH

**Partial Hash:** b500f717894efe4cad5bd3d963d80789

**File Name:**   Son_HDD1_8TB.GII
**Partial Hash:** 77dc077a11d43d0ba1256c85a706a444
**File Name:**   Son_HDD1_8TB.GIJ
**Partial Hash:** 7bbf162aaca12348cf28573bd27b0dab
**File Name:**   Son_HDD1_8TB.GIK
**Partial Hash:** 61af2c3ec34c4bba20bb8649e21c9699
**File Name:**   Son_HDD1_8TB.GIL
**Partial Hash:** 771d2ef4412b1a88f0c3b2f92bbcd790
**File Name:**   Son_HDD1_8TB.GIM
**Partial Hash:** c9d13e80db798ef43960ffe422d1031a
**File Name:**   Son_HDD1_8TB.GIN
**Partial Hash:** 27906d1a2758abb470dc6855eb564c5e
**File Name:**   Son_HDD1_8TB.GIO
**Partial Hash:** 31c77881cb52c7f5341522b6d9e2771e
**File Name:**   Son_HDD1_8TB.GIP
**Partial Hash:** dda55a1a7ddf9b3c279170fd50618ba6
**File Name:**   Son_HDD1_8TB.GIQ
**Partial Hash:** ab2c25cea46df07a859bd322465a7498
**File Name:**   Son_HDD1_8TB.GIR
**Partial Hash:** 6691db0ab7bac52d0ef0b51535ef8d7e
**File Name:**   Son_HDD1_8TB.GIS
**Partial Hash:** b8a5a8dbdd8aea555756b061aa615017
**File Name:**   Son_HDD1_8TB.GIT
**Partial Hash:** 8b20e8dea14063c15ccf9cf656709216
**File Name:**   Son_HDD1_8TB.GIU
**Partial Hash:** fc2c34fc76c09895e58c1930242eba0a
**File Name:**   Son_HDD1_8TB.GIV
**Partial Hash:** 4f5697c71400424f5c01687de1ab5c63
**File Name:**   Son_HDD1_8TB.GIW
**Partial Hash:** 8c34190349bd487d2dd515db36f9ed7f
**File Name:**   Son_HDD1_8TB.GIX
**Partial Hash:** c65384efaaff0db28f9e5ab8788c21f7
**File Name:**   Son_HDD1_8TB.GIY
**Partial Hash:** 6613e800df3ed436e1c8269a2de4f0f9
**File Name:**   Son_HDD1_8TB.GIZ
**Partial Hash:** 14b9fd4699a669eb2a3284413d4717e7
**File Name:**   Son_HDD1_8TB.GJA
**Partial Hash:** 996555dc465619b2a9f1cdd33965b27b
**File Name:**   Son_HDD1_8TB.GJB
**Partial Hash:** 159cf505c1e4f41207a0fb701051bf77
**File Name:**   Son_HDD1_8TB.GJC
**Partial Hash:** f61f03ee1b280bf9ebb107cd9612da65
**File Name:**   Son_HDD1_8TB.GJD
**Partial Hash:** a8d76d0e8414898cb55f6250e86b36ae
**File Name:**   Son_HDD1_8TB.GJE
**Partial Hash:** 08d4a2a60f47a90b62940b0af7f23543
**File Name:**   Son_HDD1_8TB.GJF
**Partial Hash:** 8b79b092da14eadb3f44f2c2dd6f02b2
**File Name:**   Son_HDD1_8TB.GJG
**Partial Hash:** 6472a7498337a538ace9070efee9a7ed
**File Name:**   Son_HDD1_8TB.GJH
**Partial Hash:** aadf24d72beb439a5a251ce47c3bfa32
**File Name:**   Son_HDD1_8TB.GJI

**Partial Hash:** d278ce23589d1f2ba4f69abcecd25e96

**File Name:**   Son_HDD1_8TB.GJJ

**Partial Hash:** 75bf95b42ba8d8b0d285e93d303e2532

**File Name:**   Son_HDD1_8TB.GJK

**Partial Hash:** c8120ed492d5c795b44710a491c37149

**File Name:**   Son_HDD1_8TB.GJL

**Partial Hash:** 04a83de17d5794dec375bf65da8aef65

**File Name:**   Son_HDD1_8TB.GJM

**Partial Hash:** dd579146d26c63070f52ab525f669e85

**File Name:**   Son_HDD1_8TB.GJN

**Partial Hash:** cc74a3bfc95537406fcc2d1a99d594b2

**File Name:**   Son_HDD1_8TB.GJO

**Partial Hash:** 9a9c7c71f9a0e20fef1e8e5d7e585b17

**File Name:**   Son_HDD1_8TB.GJP

**Partial Hash:** 7317d1c276d9e7db105b40d6f862c373

**File Name:**   Son_HDD1_8TB.GJQ

**Partial Hash:** efaa5ccb65b5f1062cca5adb87e656fb

**File Name:**   Son_HDD1_8TB.GJR

**Partial Hash:** e866cb02c34589a66f23cb2d077dd077

**File Name:**   Son_HDD1_8TB.GJS

**Partial Hash:** 47dab7347ba1d8efc8f2aacf1b1120ac

**File Name:**   Son_HDD1_8TB.GJT

**Partial Hash:** d088b12fc42fe87035c9bd051de602e7

**File Name:**   Son_HDD1_8TB.GJU

**Partial Hash:** 77e719dd293a786efdae5193aa41b972

**File Name:**   Son_HDD1_8TB.GJV

**Partial Hash:** 27aec5f562079410acd51eb3be2d1b2c

**File Name:**   Son_HDD1_8TB.GJW

**Partial Hash:** c6e7ce1654848ba206dfdbd2b7d8702b

**File Name:**   Son_HDD1_8TB.GJX

**Partial Hash:** eb669e95377b5bea15905df9670b3b96

**File Name:**   Son_HDD1_8TB.GJY

**Partial Hash:** d9099eb25ac729b7fb742c4e2860312d

**File Name:**   Son_HDD1_8TB.GJZ

**Partial Hash:** f5af83c18750921a7a6a5283b1737bc1

**File Name:**   Son_HDD1_8TB.GKA

**Partial Hash:** 709b737fe82c4fbd160afcc037a1a262

**File Name:**   Son_HDD1_8TB.GKB

**Partial Hash:** 2669a1263db8d9d89481ff22e8e20fce

**File Name:**   Son_HDD1_8TB.GKC

**Partial Hash:** a5d655b736f1844e0de0aac3ee31e817

**File Name:**   Son_HDD1_8TB.GKD

**Partial Hash:** a86a34e9eaaf20295d495ec54ac4df4f

**File Name:**   Son_HDD1_8TB.GKE

**Partial Hash:** 9297b5dc5122c4f8aa19dc0d62be027e

**File Name:**   Son_HDD1_8TB.GKF

**Partial Hash:** 2ff51e1b3a8c891d6f908465935a401c

**File Name:**   Son_HDD1_8TB.GKG

**Partial Hash:** 24142e2bba0869b70e2e957f48f7e4b3

**File Name:**   Son_HDD1_8TB.GKH

**Partial Hash:** ce08fde0501f0932e95eccb37bfe6cbe

**File Name:**   Son_HDD1_8TB.GKI

**Partial Hash:** cf5b38e270efe3c35643670c6e063132

**File Name:**   Son_HDD1_8TB.GKJ

**Partial Hash:** 9966e184ac4c2d6f56360c883f04d995

**File Name:**   Son_HDD1_8TB.GKK

**Partial Hash:** c575b6e9435ad193cbee30c15954542d

**File Name:**   Son_HDD1_8TB.GKL

**Partial Hash:** 3907660b77174987e6acf85a35cc9e1e

**File Name:**   Son_HDD1_8TB.GKM

**Partial Hash:** 0cf5768a52ecc0eec2cf549ff27461dd

**File Name:**   Son_HDD1_8TB.GKN

**Partial Hash:** 79e5ebd430ac548f6e4d9be954d13f9b

**File Name:**   Son_HDD1_8TB.GKO

**Partial Hash:** df9dbd677fbe8af1d4da0d7c9aea5447

**File Name:**   Son_HDD1_8TB.GKP

**Partial Hash:** 1f8e32c80956d15af0a1834fe011e673

**File Name:**   Son_HDD1_8TB.GKQ

**Partial Hash:** 2fa1d1c41150ec451f26dc3d99c24b26

**File Name:**   Son_HDD1_8TB.GKR

**Partial Hash:** 949c2a3420c74826dcb47aeaea9d06fd

**File Name:**   Son_HDD1_8TB.GKS

**Partial Hash:** 95593b2a7c148f8acb69867be2663c4e

**File Name:**   Son_HDD1_8TB.GKT

**Partial Hash:** 1687f9c1c3fe48be4dd16c28534f1c34

**File Name:**   Son_HDD1_8TB.GKU

**Partial Hash:** f21483dd1231f290d4693d30f7680969

**File Name:**   Son_HDD1_8TB.GKV

**Partial Hash:** 64fdf351c38a9345fffbb81b36dfb67e

**File Name:**   Son_HDD1_8TB.GKW

**Partial Hash:** 25a200161c06ef5ef89d97c2eb89a068

**File Name:**   Son_HDD1_8TB.GKX

**Partial Hash:** 6aadd00008d9a3253ebebf08b778b036

**File Name:**   Son_HDD1_8TB.GKY

**Partial Hash:** c21c882586c1c759750ce0e2b98ca428

**File Name:**   Son_HDD1_8TB.GKZ

**Partial Hash:** 94cc6149bacfa95005523323121eef84

**File Name:**   Son_HDD1_8TB.GLA

**Partial Hash:** 6801cc8803d2df9721d1cffc96b06fdf

**File Name:**   Son_HDD1_8TB.GLB

**Partial Hash:** e5dd7fc3deaef4b4b82a7a73d81e6f80

**File Name:**   Son_HDD1_8TB.GLC

**Partial Hash:** 13f2e6d287a7a8320876197a97037510

**File Name:**   Son_HDD1_8TB.GLD

**Partial Hash:** 81e9960dec77bd5f90d4289fb2232623

**File Name:**   Son_HDD1_8TB.GLE

**Partial Hash:** 7e6afc8ef217829b50b241681d6d884a

**File Name:**   Son_HDD1_8TB.GLF

**Partial Hash:** d232a0896680a95e1cec7e5d0b998a6a

**File Name:**   Son_HDD1_8TB.GLG

**Partial Hash:** cbf6f9160fdd16c976668e0734cf10c0

**File Name:**   Son_HDD1_8TB.GLH

**Partial Hash:** c23ef48ee2f670039353aaefa888ec6c

**File Name:**   Son_HDD1_8TB.GLI

**Partial Hash:** e911f443992cb1927ae88550bc99afe1

**File Name:**   Son_HDD1_8TB.GLJ

**Partial Hash:** 427d0b63bace03c8512f6ad61fddd4b9

**File Name:**   Son_HDD1_8TB.GLK

**Partial Hash:** 6df04f4afea2872d8a059ee5646c7eba

**File Name:**   Son_HDD1_8TB.GLL

**Partial Hash:** 859b24e48bb9c69c72a0e2ea224230a2

**File Name:**   Son_HDD1_8TB.GLM

**Partial Hash:** 7423a5e0048de3b7ca2b94bad3498a09

**File Name:**   Son_HDD1_8TB.GLN

**Partial Hash:** 88b5c8c8bb2ab93d8749ed323fc46b44

**File Name:**   Son_HDD1_8TB.GLO

**Partial Hash:** 28149b1d341caaef69a6eb7adfbc217e

**File Name:**   Son_HDD1_8TB.GLP

**Partial Hash:** 33a86d3e565b27cd1b7ff193855a086f

**File Name:**   Son_HDD1_8TB.GLQ

**Partial Hash:** 26a7d0b315be39d031da435ee5bf9c76

**File Name:**   Son_HDD1_8TB.GLR

**Partial Hash:** 4505634726fe2cfca2eb07614bcffd62

**File Name:**   Son_HDD1_8TB.GLS

**Partial Hash:** 987ddbb66973a3974541051142c2ccb5

**File Name:**   Son_HDD1_8TB.GLT

**Partial Hash:** 9c769185cc8207ec5ab70da555d970e2

**File Name:**   Son_HDD1_8TB.GLU

**Partial Hash:** a60be22bcec83f09edcfc9cb97cadadb

**File Name:**   Son_HDD1_8TB.GLV

**Partial Hash:** 394755224f25aae678847146152d82a6

**File Name:**   Son_HDD1_8TB.GLW

**Partial Hash:** 944a6e03a46e258049273de94287ea11

**File Name:**   Son_HDD1_8TB.GLX

**Partial Hash:** b41e5063c827b0d640e8610c4d22c558

**File Name:**   Son_HDD1_8TB.GLY

**Partial Hash:** 330011315631a7f889ab5d72eb7111ed

**File Name:**   Son_HDD1_8TB.GLZ

**Partial Hash:** 59ad133e42cd6fe2fd9270a502ea154c

**File Name:**   Son_HDD1_8TB.GMA

**Partial Hash:** 625ea3528ae7cda0968f131d45bd0212

**File Name:**   Son_HDD1_8TB.GMB

**Partial Hash:** 8ee3de025c7178dd479cda57e3799950

**File Name:**   Son_HDD1_8TB.GMC

**Partial Hash:** 9c328793f0028a449cdc08a83481bdf7

**File Name:**   Son_HDD1_8TB.GMD

**Partial Hash:** f564211e0a183146addb70ccbdf3aaa5

**File Name:**   Son_HDD1_8TB.GME

**Partial Hash:** 3823f2f1dc96936b3b9298b13391a78a

**File Name:**   Son_HDD1_8TB.GMF

**Partial Hash:** 69acb9f1e18538d0b0913a8657c9af4c

**File Name:**   Son_HDD1_8TB.GMG

**Partial Hash:** 671c4471b4a2ea1cbadcd20845eb17d9

**File Name:**   Son_HDD1_8TB.GMH

**Partial Hash:** 97933781c5d4f1be9fbba93e210c3f6c

**File Name:**   Son_HDD1_8TB.GMI

**Partial Hash:** 019e76176aedf20828e52a5f353550c2

**File Name:**   Son_HDD1_8TB.GMJ

**Partial Hash:** 7444d7c9793ad59d77817337d3866521

**File Name:** Son_HDD1_8TB.GMK

**Partial Hash:** ec52b2291026a200102fe9dfa97c1864

**File Name:** Son_HDD1_8TB.GML

**Partial Hash:** fa4b634c98bd4c87ba50a42a2d47bb99

**File Name:** Son_HDD1_8TB.GMM

**Partial Hash:** 589e3b34fae8aa61462e8e201c713eab

**File Name:** Son_HDD1_8TB.GMN

**Partial Hash:** 8c50bf1b8a4eff15c8df23de022ee538

**File Name:** Son_HDD1_8TB.GMO

**Partial Hash:** 50c9d4015a3b04449446a32072c26cf5

**File Name:** Son_HDD1_8TB.GMP

**Partial Hash:** 6ed2fe7e6ede3ba1a2429c34a8d2fea7

**File Name:** Son_HDD1_8TB.GMQ

**Partial Hash:** a4ef84546498a86f5c552f9287a00c36

**File Name:** Son_HDD1_8TB.GMR

**Partial Hash:** d7ff5303ad1001d60a954445bd6fa8cb

**File Name:** Son_HDD1_8TB.GMS

**Partial Hash:** 50457bbf79391904eca9b0bdd06c9875

**File Name:** Son_HDD1_8TB.GMT

**Partial Hash:** 11cc4144eee247f32a6a89231ffb41d2

**File Name:** Son_HDD1_8TB.GMU

**Partial Hash:** f79b9da1b1981344272aac2140b9346d

**File Name:** Son_HDD1_8TB.GMV

**Partial Hash:** 04c60c0e4eccd0d9ce40e18e28c82be5

**File Name:** Son_HDD1_8TB.GMW

**Partial Hash:** 1aa4ab9802befa94c744b4ceb3c910bc

**File Name:** Son_HDD1_8TB.GMX

**Partial Hash:** 00709fc31b610750a3639c4518cd6792

**File Name:** Son_HDD1_8TB.GMY

**Partial Hash:** 4f7658e2ff885e6432d20b796012bf40

**File Name:** Son_HDD1_8TB.GMZ

**Partial Hash:** 411ed2f35f6ebafc21c9473d86479cfb

**File Name:** Son_HDD1_8TB.GNA

**Partial Hash:** 3b1526dae34db75d6b9af9f51a299b00

**File Name:** Son_HDD1_8TB.GNB

**Partial Hash:** 5cf149a639c3b78ffed691c34f0af526

**File Name:** Son_HDD1_8TB.GNC

**Partial Hash:** 570a8c22829b498864ecfb9b5f2d905b

**File Name:** Son_HDD1_8TB.GND

**Partial Hash:** f7e2fcfcb80db30d61fd0514d53d121e

**File Name:** Son_HDD1_8TB.GNE

**Partial Hash:** f4c45ac76589a1531f2a3335131946d9

**File Name:** Son_HDD1_8TB.GNF

**Partial Hash:** 55fe4766474ab41de297771f1e39f913

**File Name:** Son_HDD1_8TB.GNG

**Partial Hash:** 9d4a1f78cf954739169f82e5c25beb68

**File Name:** Son_HDD1_8TB.GNH

**Partial Hash:** 995296537963a078a7c86aa0cbeac422

**File Name:** Son_HDD1_8TB.GNI

**Partial Hash:** 2f70510faf65b81c0d96e5e0e753d481

**File Name:** Son_HDD1_8TB.GNJ

**Partial Hash:** c97234416650362d42727116fc6ca66e

**File Name:** Son_HDD1_8TB.GNK

**Partial Hash:** 2806085c65893208f1fc5eaa70e5ad95

**File Name:**   Son_HDD1_8TB.GNL

**Partial Hash:** 95d79263052b55ff9151c903ae7fd034

**File Name:**   Son_HDD1_8TB.GNM

**Partial Hash:** b962d51d142307a882c5c567e4f7d570

**File Name:**   Son_HDD1_8TB.GNN

**Partial Hash:** 9fcd859dc0ae0917f727e1d2990d60be

**File Name:**   Son_HDD1_8TB.GNO

**Partial Hash:** db67b3a60bcde70b8d6d7aa9e26d5945

**File Name:**   Son_HDD1_8TB.GNP

**Partial Hash:** 8f78be4d55b6a892839b7fd0687153e8

**File Name:**   Son_HDD1_8TB.GNQ

**Partial Hash:** 99645ce90443591b8c9d924a38a6c7b7

**File Name:**   Son_HDD1_8TB.GNR

**Partial Hash:** 7d5f12826aefc5f1b28253d0689a9d53

**File Name:**   Son_HDD1_8TB.GNS

**Partial Hash:** b18cfb871bd01dfc598722a696fa478d

**File Name:**   Son_HDD1_8TB.GNT

**Partial Hash:** 1e8b347eeaa17c55adf94dfe41381aed

**File Name:**   Son_HDD1_8TB.GNU

**Partial Hash:** ece9b093b485ae5b6f1262576e6c275c

**File Name:**   Son_HDD1_8TB.GNV

**Partial Hash:** 9bae8164fbc2a73a8d0bce2a14f252ee

**File Name:**   Son_HDD1_8TB.GNW

**Partial Hash:** 29711f04ecee48b06ff3dbe1118f9d39

**File Name:**   Son_HDD1_8TB.GNX

**Partial Hash:** c19c33ef486d3eabcbcdb447b6a97707

**File Name:**   Son_HDD1_8TB.GNY

**Partial Hash:** 0fa3fa1cfa463510c00edad566bca063

**File Name:**   Son_HDD1_8TB.GNZ

**Partial Hash:** e6dd56d16130f14b68729c96eb788ad6

**File Name:**   Son_HDD1_8TB.GOA

**Partial Hash:** 5163f283294bca4612eb7154065515e4

**File Name:**   Son_HDD1_8TB.GOB

**Partial Hash:** 78b5c12e5c46f38fd4e85ac1eb6ac95a

**File Name:**   Son_HDD1_8TB.GOC

**Partial Hash:** cfc040d10bd3ccea28c07f8eb4cd0c77

**File Name:**   Son_HDD1_8TB.GOD

**Partial Hash:** 4453ff248f6586d624a02113a9ea8512

**File Name:**   Son_HDD1_8TB.GOE

**Partial Hash:** 6926c778f7777575a19f5eca70c64990

**File Name:**   Son_HDD1_8TB.GOF

**Partial Hash:** 2ae75189d516a652c6d28eb892ed4d25

**File Name:**   Son_HDD1_8TB.GOG

**Partial Hash:** 5b1c4d717db255c7b8abe105c8957540

**File Name:**   Son_HDD1_8TB.GOH

**Partial Hash:** 96782260c3a328d49fe6dfb486dd7ed1

**File Name:**   Son_HDD1_8TB.GOI

**Partial Hash:** 102a1de337f0f1755d44f53f6b76ca0d

**File Name:**   Son_HDD1_8TB.GOJ

**Partial Hash:** da7bd117084a51f36742e6559652ba7f

**File Name:**   Son_HDD1_8TB.GOK

**Partial Hash:** 165b309bfdb89d45c5f23eda0b6f0d85

**File Name:**  Son_HDD1_8TB.GOL
**Partial Hash:** 96b0c57ac6b0516312302ffb069c06f6
**File Name:**  Son_HDD1_8TB.GOM
**Partial Hash:** 782b915e9ef538c94dc0d4f1acb4c51a
**File Name:**  Son_HDD1_8TB.GON
**Partial Hash:** 3bea45f86b7f8c719b19a160e3ebed6c
**File Name:**  Son_HDD1_8TB.GOO
**Partial Hash:** 5d65264bc49ac2801c5db811788e0aad
**File Name:**  Son_HDD1_8TB.GOP
**Partial Hash:** f6507a4c9fef4d441038f6b7e7539b8e
**File Name:**  Son_HDD1_8TB.GOQ
**Partial Hash:** 3308f146cffe5c575baf3933eedb61c0
**File Name:**  Son_HDD1_8TB.GOR
**Partial Hash:** bcb84b436aeb3478477a98a082cbefeb
**File Name:**  Son_HDD1_8TB.GOS
**Partial Hash:** 61c1ccfcd9ef8ec33ff002fc7e541b1b
**File Name:**  Son_HDD1_8TB.GOT
**Partial Hash:** d0e7befba0637aad00d494db1ad217aa
**File Name:**  Son_HDD1_8TB.GOU
**Partial Hash:** 1876e5c343407433ec46af83612de885
**File Name:**  Son_HDD1_8TB.GOV
**Partial Hash:** 5869e3cff79b58154f23cb2691248b26
**File Name:**  Son_HDD1_8TB.GOW
**Partial Hash:** 364dcff1d836570263e077cb880c40a8
**File Name:**  Son_HDD1_8TB.GOX
**Partial Hash:** 48bea71f9c7aec6a155e286b3650a745
**File Name:**  Son_HDD1_8TB.GOY
**Partial Hash:** b0fc957ecbb1c6a42fe79ea9da1e261f
**File Name:**  Son_HDD1_8TB.GOZ
**Partial Hash:** 49c5987d6a50a400bb71806d75de2b74
**File Name:**  Son_HDD1_8TB.GPA
**Partial Hash:** 9927afcca31f2b810463f17e358de778
**File Name:**  Son_HDD1_8TB.GPB
**Partial Hash:** 12da10fd5d2b71dd0d67500e677bce5b
**File Name:**  Son_HDD1_8TB.GPC
**Partial Hash:** e56ca3708306e65d5148425d66fb1b41
**File Name:**  Son_HDD1_8TB.GPD
**Partial Hash:** 9a4892e57acfa07ff807eca9bd6ebe56
**File Name:**  Son_HDD1_8TB.GPE
**Partial Hash:** 1ccda308323805d6a149e40a7b786943
**File Name:**  Son_HDD1_8TB.GPF
**Partial Hash:** 192d77b0e0e185ad8ce679b3c2b56561
**File Name:**  Son_HDD1_8TB.GPG
**Partial Hash:** 1583dd50e1ffcdfe0b5fe2642931be68
**File Name:**  Son_HDD1_8TB.GPH
**Partial Hash:** 8c466ff8b4e3af06cc114b89cbcc917f
**File Name:**  Son_HDD1_8TB.GPI
**Partial Hash:** 05f23cef2218b18cc379d72ea3751b08
**File Name:**  Son_HDD1_8TB.GPJ
**Partial Hash:** 8a39384d7987dea7c7b0ab0ddb447458
**File Name:**  Son_HDD1_8TB.GPK
**Partial Hash:** 18a04d6827ec544cefdaa2e2eb5c72a2
**File Name:**  Son_HDD1_8TB.GPL

**Partial Hash:** 0a5ef2b62c4b68d60030e22979f6aa84

**File Name:**   Son_HDD1_8TB.GPM

**Partial Hash:** 468cd7cfcc0cad12b5946502b297b38b

**File Name:**   Son_HDD1_8TB.GPN

**Partial Hash:** 6c48c01cae2e40625105720ebe8c6d95

**File Name:**   Son_HDD1_8TB.GPO

**Partial Hash:** 633c43454ae312a0fa5547346210013a

**File Name:**   Son_HDD1_8TB.GPP

**Partial Hash:** 46da0b536800e2af002bf8a416b1f77a

**File Name:**   Son_HDD1_8TB.GPQ

**Partial Hash:** 805788f81fb01ebe90b813306fde2b92

**File Name:**   Son_HDD1_8TB.GPR

**Partial Hash:** 9202aa950b60342941a5d313678b3c02

**File Name:**   Son_HDD1_8TB.GPS

**Partial Hash:** 1bdd09c62891adbf4e794c7d11d6fef6

**File Name:**   Son_HDD1_8TB.GPT

**Partial Hash:** b91e91c3ab09e37a5da5b2b32334668e

**File Name:**   Son_HDD1_8TB.GPU

**Partial Hash:** 212d9bd56baebb2b3c808a8b63322007

**File Name:**   Son_HDD1_8TB.GPV

**Partial Hash:** c899314cdc5bba4d558bef9a190612cf

**File Name:**   Son_HDD1_8TB.GPW

**Partial Hash:** c0a8bae552e44d6bef24ee3ac004753a

**File Name:**   Son_HDD1_8TB.GPX

**Partial Hash:** 66f611a737049bc1550e16e62fcb4250

**File Name:**   Son_HDD1_8TB.GPY

**Partial Hash:** 976023565dbf547fea0e628181449fa3

**File Name:**   Son_HDD1_8TB.GPZ

**Partial Hash:** 88a39f6749466cda83c51f973db8e82e

**File Name:**   Son_HDD1_8TB.GQA

**Partial Hash:** e3cc4951985c07f2cf50d8d722e15ffb

**File Name:**   Son_HDD1_8TB.GQB

**Partial Hash:** b375287cc9601517d653021fcbf28f83

**File Name:**   Son_HDD1_8TB.GQC

**Partial Hash:** c97d7e9e16d4d6a49ecd95b6960ccdbc

**File Name:**   Son_HDD1_8TB.GQD

**Partial Hash:** cbbeb6aaf2631e06a2c538797a5f59de

**File Name:**   Son_HDD1_8TB.GQE

**Partial Hash:** a68c08fad70650e227f11a075fba70f8

**File Name:**   Son_HDD1_8TB.GQF

**Partial Hash:** 8a130f7b848f64acf62a539d157764bf

**File Name:**   Son_HDD1_8TB.GQG

**Partial Hash:** 1bbfca48895aa406629abe8755d088d4

**File Name:**   Son_HDD1_8TB.GQH

**Partial Hash:** 372a76b7e85898f3f625127ca33c16c9

**File Name:**   Son_HDD1_8TB.GQI

**Partial Hash:** 651d0dd7f3913dad8d7df68de8fd5409

**File Name:**   Son_HDD1_8TB.GQJ

**Partial Hash:** 5d26fb3bfdfd395ade017d10d12bb72f

**File Name:**   Son_HDD1_8TB.GQK

**Partial Hash:** 3968b8245945910c278a4117f6b605da

**File Name:**   Son_HDD1_8TB.GQL

**Partial Hash:** 7beec621505043ff791caeb3b0d986d8

**File Name:**   Son_HDD1_8TB.GQM

**Partial Hash:** 82c7387143e29ae2b03fb0c274e8db90

**File Name:**   Son_HDD1_8TB.GQN

**Partial Hash:** 9701a15afd7e266b20b83f24099a70a9

**File Name:**   Son_HDD1_8TB.GQO

**Partial Hash:** d54cbefbbf9d6ac4f985aa9d1bcaf725

**File Name:**   Son_HDD1_8TB.GQP

**Partial Hash:** e9192160bc37cce5612273ce1d4b51f5

**File Name:**   Son_HDD1_8TB.GQQ

**Partial Hash:** aaaf89222c668a4852fee838aafb08af

**File Name:**   Son_HDD1_8TB.GQR

**Partial Hash:** 6d135d81d20bcbf2134b2767dd37f748

**File Name:**   Son_HDD1_8TB.GQS

**Partial Hash:** 6660728b221cc12c3c50ce235e4f56e7

**File Name:**   Son_HDD1_8TB.GQT

**Partial Hash:** 6831cd5e177bde06b837476899349cdf

**File Name:**   Son_HDD1_8TB.GQU

**Partial Hash:** 1c1c4efbad6cee8c69259e2176924289

**File Name:**   Son_HDD1_8TB.GQV

**Partial Hash:** a27c79da8d8e0157a6a8e699c7edaaa0

**File Name:**   Son_HDD1_8TB.GQW

**Partial Hash:** 3df8a560745ee230e5cf77a84f9fbfcb

**File Name:**   Son_HDD1_8TB.GQX

**Partial Hash:** a1f6fa654a2cce1ae9947067951dae04

**File Name:**   Son_HDD1_8TB.GQY

**Partial Hash:** b72eb8b49907be5b5580c124a2b71b97

**File Name:**   Son_HDD1_8TB.GQZ

**Partial Hash:** 996593dc0b223866b4f8d3c39a105c14

**File Name:**   Son_HDD1_8TB.GRA

**Partial Hash:** 21db961244297f4645c7f32b74b6d1f6

**File Name:**   Son_HDD1_8TB.GRB

**Partial Hash:** 8e9fd2ec84e42a35fd327cc2d6706e8e

**File Name:**   Son_HDD1_8TB.GRC

**Partial Hash:** 850a66a66a564a32d39425274ada5ada

**File Name:**   Son_HDD1_8TB.GRD

**Partial Hash:** 06aeb5d3ff38659406d296105a79a0b2

**File Name:**   Son_HDD1_8TB.GRE

**Partial Hash:** 76991185e1a35e22228d14dbcf66e336

**File Name:**   Son_HDD1_8TB.GRF

**Partial Hash:** 32317d6e9e3dfb415d8998ca69fec151

**File Name:**   Son_HDD1_8TB.GRG

**Partial Hash:** 11104e7a99c3a6fbd51c6843f7753424

**File Name:**   Son_HDD1_8TB.GRH

**Partial Hash:** ac333d588c2e9220e9cbd22d603ff971

**File Name:**   Son_HDD1_8TB.GRI

**Partial Hash:** f5e02d5a819d18975bd3d888f4c9b8bd

**File Name:**   Son_HDD1_8TB.GRJ

**Partial Hash:** 771f6e3b4fd7f07246edd442179146db

**File Name:**   Son_HDD1_8TB.GRK

**Partial Hash:** f4ecfd7a45838bb67db7b687e477e48a

**File Name:**   Son_HDD1_8TB.GRL

**Partial Hash:** d8f8f41f6bffaf00624fa5ab761cf285

**File Name:**   Son_HDD1_8TB.GRM

**Partial Hash:** 96059bea7350051b7750205881d7d288

**File Name:** Son_HDD1_8TB.GRN

**Partial Hash:** aa3da3b0ca11aad41ec0408781b061e6

**File Name:** Son_HDD1_8TB.GRO

**Partial Hash:** 43349268657eb4d15eff8d1e50659dc3

**File Name:** Son_HDD1_8TB.GRP

**Partial Hash:** 092567aead9ed7f95b9b780c15720403

**File Name:** Son_HDD1_8TB.GRQ

**Partial Hash:** b23e5ceea6d5c18ccf072ca0156e858f

---

## Drive Information

| Bay | Role | Serial | Model | RAID | HPA Start LBA | DCO Start LBA | Filesystem | Cipher | Cipher Mode | IV Gen |
|-----|------|--------|-------|------|---------------|---------------|------------|--------|-------------|--------|
| SAS_S2 | S | Z840E8PG | ST8000AS0002-1NA17Z | | NA | NA | NA | NA | NA | NA |
| SAS_D1 | D | ZA21G6T8 | ST10000VX0004-1ZE101 | | NA | NA | ntfs | NA | NA | NA |
| SAS_D2 | D | ZA20WWPS | ST10000VX0004-1ZE101 | | NA | NA | ntfs | NA | NA | NA |

**Role Definitions**

S = Source

D = Destination

M = Master

T = Target