# Audit Log

**Software Version:** 2.2.1u1
**Build Date:** Sep 24, 2014 14:11:25 PDT
**Unit Serial Number:** 133967
**Date:** Mar 05, 2018
**Time (Local):** 05:07:55 (KST +0900)
**Time (UTC):** 20:07:55

## Operation Parameters

**Mode:** DriveToFile
**Method:** E01Capture
**Hash Type:** MD5
**LBA Count:** 15628053168
**Segment Size:** 4Gb
**Compression Level:** Default
**Hash Enabled:** True
**Verify Hash:** False
**RAID Enabled:**
**Unlock HPA:** True
**Unlock DCO:** True
**Error Granularity:** 1
**Result:** SUCCESS
**Duration:** 17:21:54

## Drive Information

| | | | | | |
|---|---|---|---|---|---|
| **Bay:** | SAS_S1 | **Bay:** | SAS_D1 | **Bay:** | SAS_D2 |
| **Role:** | Source | **Role:** | Destination | **Role:** | Destination |
| **Serial:** | Z840W89A | **Serial:** | ZA20Y05B | **Serial:** | ZA20XZF5 |
| **Model:** | ST8000AS0002-1NA17Z | **Model:** | ST10000VX0004-1ZE101 | **Model:** | ST10000VX0004-1ZE101 |
| **RAID:** | False | **RAID:** | False | **RAID:** | False |
| **HPA:** | False | **HPA:** | False | **HPA:** | False |
| **DCO:** | False | **DCO:** | False | **DCO:** | False |

## Case Information

**Name:** Son_HDD2_8TB
**ID:**
**Examiner:** LEEGB
**Evidence ID:**
**Notes:**

## Hash Information

**Hash Type:** MD5
**LBA Count:** 15628053168
**Capture Hash:** d766bd9d379890ab09e30249ddb4489b

## Segment Information

**Destination:** UID: SAS_D1/10A11D5F11223CC6
Path: /var/repo/sas-d1/Son_HDD2_8TB
Filesystem: ntfs
Serial: ZA20Y05B

**File Name:** Son_HDD2_8TB.E01
**Partial Hash:** 65cf9a40b225c665b1762e39b17e79a8
**File Name:** Son_HDD2_8TB.E02
**Partial Hash:** cc874a970f46274d61ce40ef6b36499a
**File Name:** Son_HDD2_8TB.E03
**Partial Hash:** 0b2575f8d9a9d2d689abee7b9e4551b2
**File Name:** Son_HDD2_8TB.E04
**Partial Hash:** 72ceb6999090b1b0c0e6dbbe430c7b4a
**File Name:** Son_HDD2_8TB.E05
**Partial Hash:** 8044509e241acea00aa3cc206210911d
**File Name:** Son_HDD2_8TB.E06
**Partial Hash:** 786fded9271640214520cbd4db115465
**File Name:** Son_HDD2_8TB.E07
**Partial Hash:** 7f6f436ed364507afd43597133fb211c
**File Name:** Son_HDD2_8TB.E08
**Partial Hash:** ce0f31c46511a03441767fea9e028b84
**File Name:** Son_HDD2_8TB.E09
**Partial Hash:** 50637a475d56e91cff311670575faa95
**File Name:** Son_HDD2_8TB.E10
**Partial Hash:** 27cbeadb01550c10dc7f7ee8b4c30184
**File Name:** Son_HDD2_8TB.E11
**Partial Hash:** 11461e01be292de0aecc270dcdee4df1
**File Name:** Son_HDD2_8TB.E12
**Partial Hash:** e550bdb4a4a07bee65b07c0552f968fa
**File Name:** Son_HDD2_8TB.E13
**Partial Hash:** 5fd61b0b26cbec450d6d7638720e735d
**File Name:** Son_HDD2_8TB.E14
**Partial Hash:** 500af342cee294fec4dd3ae88fdac285
**File Name:** Son_HDD2_8TB.E15
**Partial Hash:** d3387b4a5f0cd8c6f6ba38f884afd2cf
**File Name:** Son_HDD2_8TB.E16
**Partial Hash:** 5ec26ecb0f0a1c184500f0eb58a489af
**File Name:** Son_HDD2_8TB.E17
**Partial Hash:** 6324d88838cc1ac18177f0adc3df7925
**File Name:** Son_HDD2_8TB.E18
**Partial Hash:** 8541389d0de76a19074573213aada506
**File Name:** Son_HDD2_8TB.E19
**Partial Hash:** 7a2ca94368a2b13af9f0101912e4acb7
**File Name:** Son_HDD2_8TB.E20
**Partial Hash:** a844516ca445ce439cbc4643c335cf13
**File Name:** Son_HDD2_8TB.E21
**Partial Hash:** 49fd545ca9d103333207372f56904148
**File Name:** Son_HDD2_8TB.E22
**Partial Hash:** ae1bcd557c509c5d723fe4760d47a4a8
**File Name:** Son_HDD2_8TB.E23
**Partial Hash:** c060209010569ddd805022d034ca40c7
**File Name:** Son_HDD2_8TB.E24
**Partial Hash:** 9801fe13dc20819bcb0722626712b187

**File Name:**  Son_HDD2_8TB.E25
**Partial Hash:** f9e0a84e843637acaf9577bbb37ef8ef
**File Name:**  Son_HDD2_8TB.E26
**Partial Hash:** 3e5cb38b618f4b62aa807d1d739ffe9e
**File Name:**  Son_HDD2_8TB.E27
**Partial Hash:** efc6c81f91548a2829d8d1ed75801bc1
**File Name:**  Son_HDD2_8TB.E28
**Partial Hash:** efe1eefbeca6289ef2686180cc77a697
**File Name:**  Son_HDD2_8TB.E29
**Partial Hash:** cf09d26dd77d768924e28b86cb87aeb7
**File Name:**  Son_HDD2_8TB.E30
**Partial Hash:** 0ad34df858d7e9d423bef32b8d24bac1
**File Name:**  Son_HDD2_8TB.E31
**Partial Hash:** 0fb38ac1aa8de72c2baca9d71513d395
**File Name:**  Son_HDD2_8TB.E32
**Partial Hash:** 18710d1e98342f6cdc19f5996af11c7c
**File Name:**  Son_HDD2_8TB.E33
**Partial Hash:** df8a646c351c83343e22d8c6d104c11a
**File Name:**  Son_HDD2_8TB.E34
**Partial Hash:** a493047d8a8f4c6b328f3f02bcc45650
**File Name:**  Son_HDD2_8TB.E35
**Partial Hash:** 71349011f77d347e4952a5febe9f1c3f
**File Name:**  Son_HDD2_8TB.E36
**Partial Hash:** a57dc9c6023fddfcc0ca87074675dc28
**File Name:**  Son_HDD2_8TB.E37
**Partial Hash:** 187ad497501b8aacb565e2e91e8beab5
**File Name:**  Son_HDD2_8TB.E38
**Partial Hash:** d68a55d2e87a70f34b4c50b79d0a0524
**File Name:**  Son_HDD2_8TB.E39
**Partial Hash:** 60c76f0f377276f39a6a9b6d5e956af0
**File Name:**  Son_HDD2_8TB.E40
**Partial Hash:** 621f332fe5d0d39cd19b2fc7824299e9
**File Name:**  Son_HDD2_8TB.E41
**Partial Hash:** df73040cd5c23833af23b84fcfd41934
**File Name:**  Son_HDD2_8TB.E42
**Partial Hash:** 27c0baab4ae12926bf8cb63218a066bf
**File Name:**  Son_HDD2_8TB.E43
**Partial Hash:** 5c67b7605f63482059ed77d85fd077e8
**File Name:**  Son_HDD2_8TB.E44
**Partial Hash:** 76591284885eb4f99aa34043312dff51
**File Name:**  Son_HDD2_8TB.E45
**Partial Hash:** 72e5a7d2db3eb5ee63904e40e609be3d
**File Name:**  Son_HDD2_8TB.E46
**Partial Hash:** a02aa35361cf3343a8e4dae877721f16
**File Name:**  Son_HDD2_8TB.E47
**Partial Hash:** f17b4c32dd27d315f1de3c80ad61ac01
**File Name:**  Son_HDD2_8TB.E48
**Partial Hash:** b1c61f79b434b95d5caa1fa43fe78cba
**File Name:**  Son_HDD2_8TB.E49
**Partial Hash:** 09984f15e38dae0f11f6d97fa2157e57
**File Name:**  Son_HDD2_8TB.E50
**Partial Hash:** 34a4ac8f7cfd0af67dbd27a395c7d0cf
**File Name:**  Son_HDD2_8TB.E51

**Partial Hash:** c674f43b682347dff5570beac41e6f37

**File Name:**   Son_HDD2_8TB.E52

**Partial Hash:** 94286dd22af159e6bb59203f8c73e851

**File Name:**   Son_HDD2_8TB.E53

**Partial Hash:** dc2ee46a662b64780eb0e65807153b9a

**File Name:**   Son_HDD2_8TB.E54

**Partial Hash:** 0a246c94b8db51e8417e9f6433b0dbec

**File Name:**   Son_HDD2_8TB.E55

**Partial Hash:** d50d46b3ff785ef6efab088c69c3f2a9

**File Name:**   Son_HDD2_8TB.E56

**Partial Hash:** b612eca072f2503e0644745e0fe1f76f

**File Name:**   Son_HDD2_8TB.E57

**Partial Hash:** 91cfe4b291c638a0712db537e1173d60

**File Name:**   Son_HDD2_8TB.E58

**Partial Hash:** 49e19478ab97a4fe58e32800bd76842b

**File Name:**   Son_HDD2_8TB.E59

**Partial Hash:** 058b0d285f772671e357aed31fb04256

**File Name:**   Son_HDD2_8TB.E60

**Partial Hash:** 8bf0dd6c94d391cf74300595de99adb7

**File Name:**   Son_HDD2_8TB.E61

**Partial Hash:** 6b800f294a037a7c55c2122f1a5018e4

**File Name:**   Son_HDD2_8TB.E62

**Partial Hash:** 1595152bf4a9d4675bf71c3f50f4103d

**File Name:**   Son_HDD2_8TB.E63

**Partial Hash:** 6cbf1615728c5923cdad8b85f7843d9f

**File Name:**   Son_HDD2_8TB.E64

**Partial Hash:** ec2641d3330a9f234ee351e92ff9ce59

**File Name:**   Son_HDD2_8TB.E65

**Partial Hash:** 3c42d7f6480ac3a3b105ecf48209fa2e

**File Name:**   Son_HDD2_8TB.E66

**Partial Hash:** 320bdcdfb9b70f75a48748b18d4d565e

**File Name:**   Son_HDD2_8TB.E67

**Partial Hash:** 37c248a3a547278e89581951593070bf

**File Name:**   Son_HDD2_8TB.E68

**Partial Hash:** 576d33ae4ff734ea3ed063bff202137a

**File Name:**   Son_HDD2_8TB.E69

**Partial Hash:** 41cf4c8932c1e71a1063d0bf86b8c60c

**File Name:**   Son_HDD2_8TB.E70

**Partial Hash:** 51dd5ca14ed54ebc6300317d93ea28ea

**File Name:**   Son_HDD2_8TB.E71

**Partial Hash:** c13db53f0ac759d03c346f97141d8ff7

**File Name:**   Son_HDD2_8TB.E72

**Partial Hash:** 8e8f4e1300d6f353e0c9d2b8ea7f1805

**File Name:**   Son_HDD2_8TB.E73

**Partial Hash:** 6eb8754120af1e8f8d17ccef218bc432

**File Name:**   Son_HDD2_8TB.E74

**Partial Hash:** a761baccc317e08a6d1579447a593b95

**File Name:**   Son_HDD2_8TB.E75

**Partial Hash:** 5e08191568f9aee929435b6f9bedf11e

**File Name:**   Son_HDD2_8TB.E76

**Partial Hash:** 25ed8dae35a9bf785b12224acb93ddff

**File Name:**   Son_HDD2_8TB.E77

**Partial Hash:** ff145f8b39acefb1fed86dbfaf5929c2

**File Name:**   Son_HDD2_8TB.E78
**Partial Hash:** 296e6b7f7b04b20fd1eca1b3b0df8062
**File Name:**   Son_HDD2_8TB.E79
**Partial Hash:** f49c38fee5fa2e76760404e000994cb1
**File Name:**   Son_HDD2_8TB.E80
**Partial Hash:** 8c5b853737a372b213aba87d9930246f
**File Name:**   Son_HDD2_8TB.E81
**Partial Hash:** 2adc6345131a45fd3b366374b6f5166d
**File Name:**   Son_HDD2_8TB.E82
**Partial Hash:** 2fc12c4dd02b90409ec9adcbc41d2d65
**File Name:**   Son_HDD2_8TB.E83
**Partial Hash:** febdf457be575ac9b0b1afa65d7c1972
**File Name:**   Son_HDD2_8TB.E84
**Partial Hash:** 7ac2dcf39353864d8ce3c41b2c976a4f
**File Name:**   Son_HDD2_8TB.E85
**Partial Hash:** cd5c09a6f65319e428913eecda45bb38
**File Name:**   Son_HDD2_8TB.E86
**Partial Hash:** 966e584b0398d081893a5dccee5bc2bf
**File Name:**   Son_HDD2_8TB.E87
**Partial Hash:** 2fddc0f672539cd188cd8860ae4054d2
**File Name:**   Son_HDD2_8TB.E88
**Partial Hash:** 72b1e1706ef5cfbc374ce48988726348
**File Name:**   Son_HDD2_8TB.E89
**Partial Hash:** 02c7dad361e4675077236c7fb79e7579
**File Name:**   Son_HDD2_8TB.E90
**Partial Hash:** 52511b88e801c2c8de469faa5735ad0a
**File Name:**   Son_HDD2_8TB.E91
**Partial Hash:** 8bf5e2bdc706ef213239c7f819cc776f
**File Name:**   Son_HDD2_8TB.E92
**Partial Hash:** 00cde7d2c25e5300f7786c280241ded3
**File Name:**   Son_HDD2_8TB.E93
**Partial Hash:** 3fc2f3a3107f9e81b8ec7b1e66b36f9f
**File Name:**   Son_HDD2_8TB.E94
**Partial Hash:** 3bbd14ce755fad1125578997b4ca2140
**File Name:**   Son_HDD2_8TB.E95
**Partial Hash:** 5124b83be19f713118d1d123f3872c8e
**File Name:**   Son_HDD2_8TB.E96
**Partial Hash:** 9a38ae7f6d74412b06b2c584f6b4fb6b
**File Name:**   Son_HDD2_8TB.E97
**Partial Hash:** 3dcbda45dc2f9711939e9be1bcf3a289
**File Name:**   Son_HDD2_8TB.E98
**Partial Hash:** b3f73343413625506aba06801f1cfb27
**File Name:**   Son_HDD2_8TB.E99
**Partial Hash:** 1a17915a9ffb7930ba9df79e82820e0a
**File Name:**   Son_HDD2_8TB.EAA
**Partial Hash:** 88022e1f4ba7d4cbe2c7996a6e02e373
**File Name:**   Son_HDD2_8TB.EAB
**Partial Hash:** 6c74b645e7005f5c7849f13dc0f66033
**File Name:**   Son_HDD2_8TB.EAC
**Partial Hash:** 163c79fb7ae6d8ec35c2e68f19d7a508
**File Name:**   Son_HDD2_8TB.EAD
**Partial Hash:** 636c1b902765efffdccbf720fe590238
**File Name:**   Son_HDD2_8TB.EAE

**Partial Hash:** 1a6c4b410cd1d751e65b4de17f84b1ee

**File Name:** Son_HDD2_8TB.EAF

**Partial Hash:** b202f6baf68e5611de3a16b17ee95f10

**File Name:** Son_HDD2_8TB.EAG

**Partial Hash:** d00901c000965d495fbe59a561f3136b

**File Name:** Son_HDD2_8TB.EAH

**Partial Hash:** 4f8acb0b70ed94c27713359239ad2bc6

**File Name:** Son_HDD2_8TB.EAI

**Partial Hash:** 7cbf9392b673a73d0a18b8893d9ec09a

**File Name:** Son_HDD2_8TB.EAJ

**Partial Hash:** b87f9b2cb1be2ae2e4b0b742140477d1

**File Name:** Son_HDD2_8TB.EAK

**Partial Hash:** e20d5aad7ae29cf7cc2735d23ae6faec

**File Name:** Son_HDD2_8TB.EAL

**Partial Hash:** 26550b3059cce0a5fe7c9e1367aebc73

**File Name:** Son_HDD2_8TB.EAM

**Partial Hash:** a94e787568d642b33528e2e7b1aab326

**File Name:** Son_HDD2_8TB.EAN

**Partial Hash:** 6e924f817ff70379b2d8859b82788990

**File Name:** Son_HDD2_8TB.EAO

**Partial Hash:** 4250c154419df70dd5562540293eacaa

**File Name:** Son_HDD2_8TB.EAP

**Partial Hash:** 31de1058bd402e15ec972a6b6afb53ca

**File Name:** Son_HDD2_8TB.EAQ

**Partial Hash:** 87acadb515564acc4dc9a88afc768e91

**File Name:** Son_HDD2_8TB.EAR

**Partial Hash:** a71c9d413a210aef9dcd7d4de89a2459

**File Name:** Son_HDD2_8TB.EAS

**Partial Hash:** d8a7b9b9c9d7a975473596d0d27693bd

**File Name:** Son_HDD2_8TB.EAT

**Partial Hash:** fe0d371a4bfdeac1a1f153e20f5fb999

**File Name:** Son_HDD2_8TB.EAU

**Partial Hash:** e8b1e648b7629dee005d73dc42711bf9

**File Name:** Son_HDD2_8TB.EAV

**Partial Hash:** ac4fe389e78c6009da2aea88400c51cd

**File Name:** Son_HDD2_8TB.EAW

**Partial Hash:** 1c53cf7e616ee078fc72095c00282d06

**File Name:** Son_HDD2_8TB.EAX

**Partial Hash:** 26bb4152736ccc14c2bf8244db115bd6

**File Name:** Son_HDD2_8TB.EAY

**Partial Hash:** 8986e64d3d7cb3ebc81a6bb6eef3a843

**File Name:** Son_HDD2_8TB.EAZ

**Partial Hash:** 6b52de78150a57e3d013ee179a027cd0

**File Name:** Son_HDD2_8TB.EBA

**Partial Hash:** 9e877c0afbfe0f474c757d800442aa23

**File Name:** Son_HDD2_8TB.EBB

**Partial Hash:** f963134470e41173a977203118ad0f14

**File Name:** Son_HDD2_8TB.EBC

**Partial Hash:** 77b99b26c3fc028d431d2fcf8e02453a

**File Name:** Son_HDD2_8TB.EBD

**Partial Hash:** bef86128eb7786c26c4e14c424694fb1

**File Name:** Son_HDD2_8TB.EBE

**Partial Hash:** b50c54b0c7966b67086ba4ea6ab8d65e

**File Name:** Son_HDD2_8TB.EBF
**Partial Hash:** 745643129a25a3fabbc8538e1df5c864
**File Name:** Son_HDD2_8TB.EBG
**Partial Hash:** 07e1ac078a7fa404241a3d49642487d2
**File Name:** Son_HDD2_8TB.EBH
**Partial Hash:** 4bdf344f525139eed4379a4a73a4e602
**File Name:** Son_HDD2_8TB.EBI
**Partial Hash:** f0c03e80bd4d9343e1e7b9e39c26203e
**File Name:** Son_HDD2_8TB.EBJ
**Partial Hash:** d7ad8c8bca7bf8e7a7ff7bd8d3c1f79d
**File Name:** Son_HDD2_8TB.EBK
**Partial Hash:** 9b82f9997f760c942cab664e0f586403
**File Name:** Son_HDD2_8TB.EBL
**Partial Hash:** bcae190313eb87620524b412a192a8ed
**File Name:** Son_HDD2_8TB.EBM
**Partial Hash:** 609e4b172482b319cf8c81756c684a71
**File Name:** Son_HDD2_8TB.EBN
**Partial Hash:** 0e1d575a15a322c5f8a30f11daab5842
**File Name:** Son_HDD2_8TB.EBO
**Partial Hash:** 3cb737c067daea3d7da5bcf73b0d1231
**File Name:** Son_HDD2_8TB.EBP
**Partial Hash:** ed5a4246ad395af81826664f477d4f76
**File Name:** Son_HDD2_8TB.EBQ
**Partial Hash:** b4e990085fc78673a5c07d1bdecf7b8d
**File Name:** Son_HDD2_8TB.EBR
**Partial Hash:** de643af3b3eb6018881d49fab7c42794
**File Name:** Son_HDD2_8TB.EBS
**Partial Hash:** 68b38ded1b9e8efea1377fc146306b37
**File Name:** Son_HDD2_8TB.EBT
**Partial Hash:** 50c339cacd3f58813e31a38b956fa1dc
**File Name:** Son_HDD2_8TB.EBU
**Partial Hash:** 69bb1a5cd2ccd44c2ef0d87cd8598c97
**File Name:** Son_HDD2_8TB.EBV
**Partial Hash:** 939a64465ebb14e2d829217d26b49f20
**File Name:** Son_HDD2_8TB.EBW
**Partial Hash:** db95209a566b09ee7e7d8b73f0463fcd
**File Name:** Son_HDD2_8TB.EBX
**Partial Hash:** ed13178049269031cb99d1693d74add1
**File Name:** Son_HDD2_8TB.EBY
**Partial Hash:** 6f064a10cf82303b1ec5706d2ec86529
**File Name:** Son_HDD2_8TB.EBZ
**Partial Hash:** eb381d1670a2975bfcc98f1ee9f9713f
**File Name:** Son_HDD2_8TB.ECA
**Partial Hash:** f1bd1dd3a0ec6228cc0b0660dbdab0f6
**File Name:** Son_HDD2_8TB.ECB
**Partial Hash:** af00b532024f8b7f5d7d1925087850cc
**File Name:** Son_HDD2_8TB.ECC
**Partial Hash:** 94a23e552199de7dd97be631a7757815
**File Name:** Son_HDD2_8TB.ECD
**Partial Hash:** 5720a39c307a64095a46bfeaab135885
**File Name:** Son_HDD2_8TB.ECE
**Partial Hash:** f905ebefea62fb470e2db828f035f5c5
**File Name:** Son_HDD2_8TB.ECF

**Partial Hash:** 8c8333d33e8b9cbfd6a55f71ef034f39

**File Name:**   Son_HDD2_8TB.ECG

**Partial Hash:** 20da236e9a6cbf5752cbe441d77cc258

**File Name:**   Son_HDD2_8TB.ECH

**Partial Hash:** edd198e15c1ae6aa99b8eda4987b034a

**File Name:**   Son_HDD2_8TB.ECI

**Partial Hash:** 36f953b0395d7c5e6d43157a07554005

**File Name:**   Son_HDD2_8TB.ECJ

**Partial Hash:** 6ac3229a38ce7a95479dfa84b30abe26

**File Name:**   Son_HDD2_8TB.ECK

**Partial Hash:** 49f84b44929862b4542426b48a398ce4

**File Name:**   Son_HDD2_8TB.ECL

**Partial Hash:** ca57c1a79362ad5de3f73574aecdc41d

**File Name:**   Son_HDD2_8TB.ECM

**Partial Hash:** e281556716b6ce45d9bc052a3243e561

**File Name:**   Son_HDD2_8TB.ECN

**Partial Hash:** 59c8188850f06a802dfaab5334382425

**File Name:**   Son_HDD2_8TB.ECO

**Partial Hash:** 3fc7a029383f6aa31eb9becc96f5a4ac

**File Name:**   Son_HDD2_8TB.ECP

**Partial Hash:** cf8ceff4d680e0cb76385673219a9b55

**File Name:**   Son_HDD2_8TB.ECQ

**Partial Hash:** 9e5c86e06b43f78b41f0a951cc7f993e

**File Name:**   Son_HDD2_8TB.ECR

**Partial Hash:** ed8d8981077bb2a1acaf2abd578e852a

**File Name:**   Son_HDD2_8TB.ECS

**Partial Hash:** d936e60a7ed389a7cc4c9f1a3d7be7f7

**File Name:**   Son_HDD2_8TB.ECT

**Partial Hash:** 230ae7aef831b61adf39deba7ce86e5b

**File Name:**   Son_HDD2_8TB.ECU

**Partial Hash:** fb99d0afda05e5a6be696a039e0f1add

**File Name:**   Son_HDD2_8TB.ECV

**Partial Hash:** 9fecbdc3ad0e0f69855fbb156c291d8b

**File Name:**   Son_HDD2_8TB.ECW

**Partial Hash:** 44a9f6c7794fa57702f5c1074932f366

**File Name:**   Son_HDD2_8TB.ECX

**Partial Hash:** 7953177585e83d25a293ef765dd52d4c

**File Name:**   Son_HDD2_8TB.ECY

**Partial Hash:** 4329d14b502167ae26a2cbe6dcd8598e

**File Name:**   Son_HDD2_8TB.ECZ

**Partial Hash:** 925c51000a0ff7abdd45d0b94f0ca21e4

**File Name:**   Son_HDD2_8TB.EDA

**Partial Hash:** 7d343e4d35f37dafeeccda6f6acde9b9

**File Name:**   Son_HDD2_8TB.EDB

**Partial Hash:** 3469e8ad0971b9c81799b59a32075cdf

**File Name:**   Son_HDD2_8TB.EDC

**Partial Hash:** a3e5db18f3f2daa432da7ea69fbcf718

**File Name:**   Son_HDD2_8TB.EDD

**Partial Hash:** 1bfcd935c74af6fb904e9181b7e41fe3

**File Name:**   Son_HDD2_8TB.EDE

**Partial Hash:** d2d6c3f1a23ca7c4e301ec1993ad6a40

**File Name:**   Son_HDD2_8TB.EDF

**Partial Hash:** b678637720b66a2ac667ae4f7127b12a

**File Name:**   Son_HDD2_8TB.EDG

**Partial Hash:** e72d395fe5de3937916051f94195eaa0

**File Name:**   Son_HDD2_8TB.EDH

**Partial Hash:** 5feaa3efeac13f25721691f495e9a34c

**File Name:**   Son_HDD2_8TB.EDI

**Partial Hash:** b2fea13e8b31c2d6949d5009f8bc5de5

**File Name:**   Son_HDD2_8TB.EDJ

**Partial Hash:** ead9e286c75f2a344672497ae1518d6b

**File Name:**   Son_HDD2_8TB.EDK

**Partial Hash:** 629d29aa2e3c3c7ba4ceb5e33ef18ea9

**File Name:**   Son_HDD2_8TB.EDL

**Partial Hash:** 3b61061827d8ad4752f56f6a81fe51d9

**File Name:**   Son_HDD2_8TB.EDM

**Partial Hash:** 4c09b9658528b4c75d60717e17af7eb4

**File Name:**   Son_HDD2_8TB.EDN

**Partial Hash:** 9cec5de1d593e4748a4d3074cdb5ec13

**File Name:**   Son_HDD2_8TB.EDO

**Partial Hash:** e8e31d93afe294ea6cbdc633d5b5442a

**File Name:**   Son_HDD2_8TB.EDP

**Partial Hash:** a00c2a2112fc431f4c23e3edd48d9885

**File Name:**   Son_HDD2_8TB.EDQ

**Partial Hash:** 97887aebee1186ad14a9eed0f087b606

**File Name:**   Son_HDD2_8TB.EDR

**Partial Hash:** 9f8e2ea4c30313deb1ffb9dc8c587767

**File Name:**   Son_HDD2_8TB.EDS

**Partial Hash:** b8d5fd874b92b21301e7f91d83b4fb5e

**File Name:**   Son_HDD2_8TB.EDT

**Partial Hash:** bd0aa76f2a3f33e8b677756ee05fe628

**File Name:**   Son_HDD2_8TB.EDU

**Partial Hash:** 4a8cf068524588f83146b656df430297

**File Name:**   Son_HDD2_8TB.EDV

**Partial Hash:** bf459eef0a2819231dcb84766f2fd8ab

**File Name:**   Son_HDD2_8TB.EDW

**Partial Hash:** fdcc1be5f11c6248f1875c73fc46e617

**File Name:**   Son_HDD2_8TB.EDX

**Partial Hash:** bb7eae531388bc1c805918830abe68ea

**File Name:**   Son_HDD2_8TB.EDY

**Partial Hash:** 4444a94440de6e531aa51ac35c0d8c92

**File Name:**   Son_HDD2_8TB.EDZ

**Partial Hash:** 27cee8c5f5ec8337ffc206ca756be9e8

**File Name:**   Son_HDD2_8TB.EEA

**Partial Hash:** b58929e9d096f2087701f8d4aaf512b6

**File Name:**   Son_HDD2_8TB.EEB

**Partial Hash:** 90872db97d01aa73a65a5afa94b78014

**File Name:**   Son_HDD2_8TB.EEC

**Partial Hash:** ff3219808c0dd2d3e63e5a1c218cb495

**File Name:**   Son_HDD2_8TB.EED

**Partial Hash:** 7e550251214277981b8d3601f5d857d5

**File Name:**   Son_HDD2_8TB.EEE

**Partial Hash:** 370c3db3d9ecbe8e4c11a0f6988b026d

**File Name:**   Son_HDD2_8TB.EEF

**Partial Hash:** 7fccaaef1e0a17b233a0f8204e5b933a

**File Name:**   Son_HDD2_8TB.EEG

**Partial Hash:** df9b3ab7169253e92bc4842abcb1f8e5

**File Name:**   Son_HDD2_8TB.EEH

**Partial Hash:** c1c6081d855d1e05868cc401ae612a5b

**File Name:**   Son_HDD2_8TB.EEI

**Partial Hash:** 2d592e9a09fdaa58f7325fd137496630

**File Name:**   Son_HDD2_8TB.EEJ

**Partial Hash:** 7a41be530f842d43775f00fa39ba21f9

**File Name:**   Son_HDD2_8TB.EEK

**Partial Hash:** 79b7210b777e7aa34e8d65fea1c5002a

**File Name:**   Son_HDD2_8TB.EEL

**Partial Hash:** 3b7dc82ae1aa01c12fa27e04d34ef821

**File Name:**   Son_HDD2_8TB.EEM

**Partial Hash:** 87e6c47ee067dd71a581385811d1d53e

**File Name:**   Son_HDD2_8TB.EEN

**Partial Hash:** d6b6f128977e3449a538650e3c848b40

**File Name:**   Son_HDD2_8TB.EEO

**Partial Hash:** 03bcbb0c20c70a6fb53cf1819d6848fe

**File Name:**   Son_HDD2_8TB.EEP

**Partial Hash:** b0e293e282ce2dd9dd2ba9ed49db2f3e

**File Name:**   Son_HDD2_8TB.EEQ

**Partial Hash:** b147997ec90fef0fd45a42afe76f861c

**File Name:**   Son_HDD2_8TB.EER

**Partial Hash:** e4375a6e8b3c83547b11caf7eb61e1b0

**File Name:**   Son_HDD2_8TB.EES

**Partial Hash:** 3990d774832c9433150036c5fb616e2e

**File Name:**   Son_HDD2_8TB.EET

**Partial Hash:** 00a375427e2e432f08b9da75915312ff

**File Name:**   Son_HDD2_8TB.EEU

**Partial Hash:** d120ff76ffbbaf3d848f227853582490

**File Name:**   Son_HDD2_8TB.EEV

**Partial Hash:** 7836aee4a82d73c333164dc246cf6efa

**File Name:**   Son_HDD2_8TB.EEW

**Partial Hash:** 3b71e5a53fdcfcbeb259abb1fb2de40e

**File Name:**   Son_HDD2_8TB.EEX

**Partial Hash:** 88eacf92bd48a9c4f89a1c2b52a87d7f

**File Name:**   Son_HDD2_8TB.EEY

**Partial Hash:** d2b1f0f2fe5af7b0589402270ac49e9a

**File Name:**   Son_HDD2_8TB.EEZ

**Partial Hash:** 90a384e5393b46e727520f9f39e09537

**File Name:**   Son_HDD2_8TB.EFA

**Partial Hash:** db8adcd5b41b9d4f7488d2469ef3f33c

**File Name:**   Son_HDD2_8TB.EFB

**Partial Hash:** 84e71c84ba9d12e70f3ba845146bb156

**File Name:**   Son_HDD2_8TB.EFC

**Partial Hash:** 7051ad604885b6376abda0c6af2dd6e6

**File Name:**   Son_HDD2_8TB.EFD

**Partial Hash:** 1f6f346797ba7a5da2e11322e44891cd

**File Name:**   Son_HDD2_8TB.EFE

**Partial Hash:** ceb3a54992d1b61d4fb32008e97ee7f8

**File Name:**   Son_HDD2_8TB.EFF

**Partial Hash:** f22e704ed69e464c20b7b705e554a618

**File Name:**   Son_HDD2_8TB.EFG

**Partial Hash:** e42b1c8d8cc9b67f9e806d6d6646b0b4

**File Name:**   Son_HDD2_8TB.EFH

**Partial Hash:** 1a0760d371d42e9ed436e27ac8924c47

**File Name:**   Son_HDD2_8TB.EFI

**Partial Hash:** 7f1b26a9214a9f7068f50a7788af1b4f

**File Name:**   Son_HDD2_8TB.EFJ

**Partial Hash:** eb327ea0c05e676ca033cd9407c69a0e

**File Name:**   Son_HDD2_8TB.EFK

**Partial Hash:** fd4715cb0000611d6f8fd21368641f3a

**File Name:**   Son_HDD2_8TB.EFL

**Partial Hash:** 6828f1b7c8b852492a77c42db02ae735

**File Name:**   Son_HDD2_8TB.EFM

**Partial Hash:** 1386af08f7122ed645a36e3f952c2085

**File Name:**   Son_HDD2_8TB.EFN

**Partial Hash:** 52b2658f74a519645490049be6b6a4f6

**File Name:**   Son_HDD2_8TB.EFO

**Partial Hash:** 270c7beaf3c1db0f7c926b708e8a6dba

**File Name:**   Son_HDD2_8TB.EFP

**Partial Hash:** 4de4b3d2e247650fe84142830aa88e99

**File Name:**   Son_HDD2_8TB.EFQ

**Partial Hash:** 1db41b39d68642c8176d19a33dcbb118

**File Name:**   Son_HDD2_8TB.EFR

**Partial Hash:** ad0392bc4f5a96076576d497c9c4fc6d

**File Name:**   Son_HDD2_8TB.EFS

**Partial Hash:** 1750be6292e864e34d2303cdbf60dbea

**File Name:**   Son_HDD2_8TB.EFT

**Partial Hash:** e40d310a3d40e1da8722c4d31f15f356

**File Name:**   Son_HDD2_8TB.EFU

**Partial Hash:** 2f5c226503d169b28bd9be4f4fa1cb1b

**File Name:**   Son_HDD2_8TB.EFV

**Partial Hash:** 4ff4d2aea3bb03d8d790d616a00c0460

**File Name:**   Son_HDD2_8TB.EFW

**Partial Hash:** 383071d18f5b57c91b55ba6373e0c076

**File Name:**   Son_HDD2_8TB.EFX

**Partial Hash:** 7353631fef7af513895e142687324002

**File Name:**   Son_HDD2_8TB.EFY

**Partial Hash:** 3cf769471c86632d8e02364668523334

**File Name:**   Son_HDD2_8TB.EFZ

**Partial Hash:** 4aef36a29d97ffcd27cf540c0d3f145f

**File Name:**   Son_HDD2_8TB.EGA

**Partial Hash:** 72a32d2e452f81ee12b9ddf04b334c8f

**File Name:**   Son_HDD2_8TB.EGB

**Partial Hash:** 6dc5d6cff9080fcbc8ba398033785b80

**File Name:**   Son_HDD2_8TB.EGC

**Partial Hash:** f1b988efbb4ad3821e305a41a155b25b

**File Name:**   Son_HDD2_8TB.EGD

**Partial Hash:** eaf92bbb97e477cc57a7b45715270ba8

**File Name:**   Son_HDD2_8TB.EGE

**Partial Hash:** 8e87046fd393f7d1ed97f85a3ee0c356

**File Name:**   Son_HDD2_8TB.EGF

**Partial Hash:** e7de1b2a6fe809d4e2df11847635b9d9

**File Name:**   Son_HDD2_8TB.EGG

**Partial Hash:** 25a2eda1e9fb4429d56ea0ae26400716

**File Name:**   Son_HDD2_8TB.EGH

**Partial Hash:** 70730fca711bed32ebf42da9bb9bd484

**File Name:**   Son_HDD2_8TB.EGI

**Partial Hash:** d94b484400873562040db5a49bc4455b

**File Name:**   Son_HDD2_8TB.EGJ

**Partial Hash:** 3a92e02c05af360d6bbac61bf0bc08dc

**File Name:**   Son_HDD2_8TB.EGK

**Partial Hash:** 0c124b484a9cde07a8540d4d073a08fd

**File Name:**   Son_HDD2_8TB.EGL

**Partial Hash:** 42a77db311c622b4a09d4ed27405fc99

**File Name:**   Son_HDD2_8TB.EGM

**Partial Hash:** 1b29b253e6909534aa4f02b0b5882e24

**File Name:**   Son_HDD2_8TB.EGN

**Partial Hash:** 0c3d6107a44787af23dc20d7971cc359

**File Name:**   Son_HDD2_8TB.EGO

**Partial Hash:** aadd9d2e2f3ddb7c0fb22cddf43a313e

**File Name:**   Son_HDD2_8TB.EGP

**Partial Hash:** 3e4a446a6048aa0a9decac54eed0c5bb

**File Name:**   Son_HDD2_8TB.EGQ

**Partial Hash:** 3d76daa7e828f06007badd03afeabc8e

**File Name:**   Son_HDD2_8TB.EGR

**Partial Hash:** c045d9ba3f90b938e5c8c46a4e2e571d

**File Name:**   Son_HDD2_8TB.EGS

**Partial Hash:** abcfcf5d7ef29aeb16e8c9ef63d1dc58

**File Name:**   Son_HDD2_8TB.EGT

**Partial Hash:** b7e0e3517a519844f0663e0a0260d18c

**File Name:**   Son_HDD2_8TB.EGU

**Partial Hash:** 92151d4471747df7f7e3d8e889aa742d

**File Name:**   Son_HDD2_8TB.EGV

**Partial Hash:** 0df341bca77c841965330d89a91bfb33

**File Name:**   Son_HDD2_8TB.EGW

**Partial Hash:** dec9f1983d46212141fa91d1d6f9e244

**File Name:**   Son_HDD2_8TB.EGX

**Partial Hash:** 976e9f067eedf62712371dc6b7a67594

**File Name:**   Son_HDD2_8TB.EGY

**Partial Hash:** d0b7c498590e6037022b266b0fd393c7

**File Name:**   Son_HDD2_8TB.EGZ

**Partial Hash:** 22fff9fec877aa8639cbd8ceeaf736db

**File Name:**   Son_HDD2_8TB.EHA

**Partial Hash:** 94f13eaf0d24fa6e92badbcfa77abd5c

**File Name:**   Son_HDD2_8TB.EHB

**Partial Hash:** 632097ca6067aeee94c756ac520dc82bb

**File Name:**   Son_HDD2_8TB.EHC

**Partial Hash:** 791e333d620bb5430310987b082c0a56

**File Name:**   Son_HDD2_8TB.EHD

**Partial Hash:** 3f725ed8558d28df152eea33e4b7bfe8

**File Name:**   Son_HDD2_8TB.EHE

**Partial Hash:** 6ddc260ce4a3e741265ae022f7df7d37

**File Name:**   Son_HDD2_8TB.EHF

**Partial Hash:** b02f652ac37acfb32c8bc9ebbe65a750

**File Name:**   Son_HDD2_8TB.EHG

**Partial Hash:** a4b935cb4d2dc892a83f852edc582253

**File Name:**   Son_HDD2_8TB.EHH

**Partial Hash:** 8fbc8807d89c31002eaa70c0c93b4782

**File Name:**   Son_HDD2_8TB.EHI

**Partial Hash:** c3306d2e6af5af4cba30c155f6bb0248

**File Name:**   Son_HDD2_8TB.EHJ

**Partial Hash:** 7cf82f915e471e57f4f821e3d8211a83

**File Name:**   Son_HDD2_8TB.EHK

**Partial Hash:** a31636a972233de1eab8b44bd7b459f2

**File Name:**   Son_HDD2_8TB.EHL

**Partial Hash:** 662ff088eb0d9fbcdaa449eba3dafff0

**File Name:**   Son_HDD2_8TB.EHM

**Partial Hash:** ff67523d9517d5cc78506b211e29431b

**File Name:**   Son_HDD2_8TB.EHN

**Partial Hash:** ed18eee37537ae192a1bc2d395ace61f

**File Name:**   Son_HDD2_8TB.EHO

**Partial Hash:** 3cd90756f8bec20a67ff5dd07d4cd60d

**File Name:**   Son_HDD2_8TB.EHP

**Partial Hash:** 04c46d24d4f7cee2ff51b91208446a3e

**File Name:**   Son_HDD2_8TB.EHQ

**Partial Hash:** 4595811b260b0ada6187b32d0db8f9e8

**File Name:**   Son_HDD2_8TB.EHR

**Partial Hash:** 3193f9b7ef33772c6d6b249f7a6245bd

**File Name:**   Son_HDD2_8TB.EHS

**Partial Hash:** 113045d40b52f02122bff6d9310e417d

**File Name:**   Son_HDD2_8TB.EHT

**Partial Hash:** b0f4dac6edf85cedaeb7cfe6bbdd05b0

**File Name:**   Son_HDD2_8TB.EHU

**Partial Hash:** 58c32df693b3592ace70d247db45d503

**File Name:**   Son_HDD2_8TB.EHV

**Partial Hash:** e1f284e382be81332c77f113441d7667

**File Name:**   Son_HDD2_8TB.EHW

**Partial Hash:** 6a162a0908557194890407234a834251

**File Name:**   Son_HDD2_8TB.EHX

**Partial Hash:** ae616b02ad5191956b187cc72b452d93

**File Name:**   Son_HDD2_8TB.EHY

**Partial Hash:** adb674a75acccadacaf0cd7486e5514e

**File Name:**   Son_HDD2_8TB.EHZ

**Partial Hash:** 2812b2f55c40bb6724e8d117399d2d8d

**File Name:**   Son_HDD2_8TB.EIA

**Partial Hash:** cf3ca35b6b3e1170bd008c7de9127a6c

**File Name:**   Son_HDD2_8TB.EIB

**Partial Hash:** 2b255e3b0d5436751632edcf91ffb5a0

**File Name:**   Son_HDD2_8TB.EIC

**Partial Hash:** f8099f4068ce0ce689a19725f4706b28

**File Name:**   Son_HDD2_8TB.EID

**Partial Hash:** a1aed9a95520bba7161bd63aaad81345

**File Name:**   Son_HDD2_8TB.EIE

**Partial Hash:** 7702c3e9b5474d7ccc03fd3c0721bf5f

**File Name:**   Son_HDD2_8TB.EIF

**Partial Hash:** 65dc24d8d82ee76697c035418de93c87

**File Name:**   Son_HDD2_8TB.EIG

**Partial Hash:** 52bf78cb06310b9a60674800d4c79a64

**File Name:**   Son_HDD2_8TB.EIH

**Partial Hash:** e5f9c9008b04abc70f5ec00d3239fdba

**File Name:**   Son_HDD2_8TB.EII

**Partial Hash:** e348644b181497539d148dd7be3c97fa

**File Name:**   Son_HDD2_8TB.EIJ

**Partial Hash:** c32ea93ab858cd3cf2e6e341e8e93f1a

**File Name:**   Son_HDD2_8TB.EIK

**Partial Hash:** a3a0168ccaa2e6dbf589bab772f9ca4e

**File Name:**   Son_HDD2_8TB.EIL

**Partial Hash:** 90c7447dbfbfeb48112b7605b478508a

**File Name:**   Son_HDD2_8TB.EIM

**Partial Hash:** d8b236c083acdb9317b47bf9639800aa

**File Name:**   Son_HDD2_8TB.EIN

**Partial Hash:** aa68bdf694b3a5ba65c14c374d8bd986

**File Name:**   Son_HDD2_8TB.EIO

**Partial Hash:** 6aa63a837394d38e70a024604d4df6ea

**File Name:**   Son_HDD2_8TB.EIP

**Partial Hash:** fe42a2dcb1c03869767da9a15ca276c9

**File Name:**   Son_HDD2_8TB.EIQ

**Partial Hash:** df1d5e0caf2337e0c4c31fbac7831581

**File Name:**   Son_HDD2_8TB.EIR

**Partial Hash:** a31e4077bb67abd820d30edb23204568

**File Name:**   Son_HDD2_8TB.EIS

**Partial Hash:** 466670b8da78fb73f801a14437f1acfa

**File Name:**   Son_HDD2_8TB.EIT

**Partial Hash:** 858d707156a99cc80552d67d0c874b47

**File Name:**   Son_HDD2_8TB.EIU

**Partial Hash:** deaaa9b7070b366f3b742322e716fd84

**File Name:**   Son_HDD2_8TB.EIV

**Partial Hash:** 7d145ce5fc94f3f2cafa2f9c6726d52b

**File Name:**   Son_HDD2_8TB.EIW

**Partial Hash:** 5043d665ed7fe23cd8f83630bb4ae2af

**File Name:**   Son_HDD2_8TB.EIX

**Partial Hash:** 4978999d1e229cd3bdc592234bd3293c

**File Name:**   Son_HDD2_8TB.EIY

**Partial Hash:** 88bc29b50cfb7c1456178e7871dc932d

**File Name:**   Son_HDD2_8TB.EIZ

**Partial Hash:** ee867add2f3c385c3559ec84dd7cbfe8

**File Name:**   Son_HDD2_8TB.EJA

**Partial Hash:** 8e81af913f13190cd47113dd5ba271ba

**File Name:**   Son_HDD2_8TB.EJB

**Partial Hash:** 18839197a406a2ae887f5c7ee31ee2dd

**File Name:**   Son_HDD2_8TB.EJC

**Partial Hash:** 47219fe3a8f6b6291315edd9299884bd

**File Name:**   Son_HDD2_8TB.EJD

**Partial Hash:** a0e572fe482c4771a10bd88ac20d6dea

**File Name:**   Son_HDD2_8TB.EJE

**Partial Hash:** 137993548eeeccfeceae0f19b6d7677a

**File Name:**   Son_HDD2_8TB.EJF

**Partial Hash:** f7d2da690991d4549a21a877f9d8a8fd

**File Name:**   Son_HDD2_8TB.EJG

**Partial Hash:** df43b116a34ddfb321485efd4086ee4e

**File Name:**   Son_HDD2_8TB.EJH

**Partial Hash:** 5fbb7721b3319b8841854c1a3d3bfba2

**File Name:**   Son_HDD2_8TB.EJI

**Partial Hash:** 2e31818204aa3d072388b439ed0fedcf

**File Name:** Son_HDD2_8TB.EJJ

**Partial Hash:** d57380daaf7f32e522d063b7ec1d5069

**File Name:** Son_HDD2_8TB.EJK

**Partial Hash:** e2d8a405e74eb8f0863a86d2ec81d6ea

**File Name:** Son_HDD2_8TB.EJL

**Partial Hash:** 3f53b0fc91774739422c075f5cb25a23

**File Name:** Son_HDD2_8TB.EJM

**Partial Hash:** bd8b04eb7ae75beb1c38f10b688c27ad

**File Name:** Son_HDD2_8TB.EJN

**Partial Hash:** 2da0ee2fb51664c5a78956e188043c3c

**File Name:** Son_HDD2_8TB.EJO

**Partial Hash:** 9ff32d1b9ae2918890427149de47f48a

**File Name:** Son_HDD2_8TB.EJP

**Partial Hash:** 4ce5a850aa05d30e7e87cea16847a624

**File Name:** Son_HDD2_8TB.EJQ

**Partial Hash:** 4ed31882823674d23e910df29028f1a2

**File Name:** Son_HDD2_8TB.EJR

**Partial Hash:** 4875ab2a80597cd9278b305ba7f8a62b

**File Name:** Son_HDD2_8TB.EJS

**Partial Hash:** e4bc88e273eafaac4426239c7f3c8608

**File Name:** Son_HDD2_8TB.EJT

**Partial Hash:** 87f237fd4b2e4e3980f30101e0939161

**File Name:** Son_HDD2_8TB.EJU

**Partial Hash:** 5cdc54d82970bdcaf272a8f95ca922b1

**File Name:** Son_HDD2_8TB.EJV

**Partial Hash:** 5a00822cfdaddc1607cfaf9546cf2221

**File Name:** Son_HDD2_8TB.EJW

**Partial Hash:** ff5d34c9ff25735f4a0a6de1356e3d49

**File Name:** Son_HDD2_8TB.EJX

**Partial Hash:** 29fc5a55d4f32c1a64e32968a6f7ff2b

**File Name:** Son_HDD2_8TB.EJY

**Partial Hash:** 39517ef03c5a0316aa60cbc03e6247de

**File Name:** Son_HDD2_8TB.EJZ

**Partial Hash:** 089d63c9bb92fb2244df0a4ca36be5ab

**File Name:** Son_HDD2_8TB.EKA

**Partial Hash:** 08604728b124c7359e43fcd197fa09a8

**File Name:** Son_HDD2_8TB.EKB

**Partial Hash:** 9fe213cdcb184b40a39405f1d12c07e5

**File Name:** Son_HDD2_8TB.EKC

**Partial Hash:** 87c0a5d9a6285a20e6a7e131ebee9f31

**File Name:** Son_HDD2_8TB.EKD

**Partial Hash:** b07cfe1be1ea068ec99940be20259e24

**File Name:** Son_HDD2_8TB.EKE

**Partial Hash:** 29f9b70841ac60ecf766f3a5ae790cb2

**File Name:** Son_HDD2_8TB.EKF

**Partial Hash:** 579b9ef9ce87fd59d7228d7a7c70d0f6

**File Name:** Son_HDD2_8TB.EKG

**Partial Hash:** b39a83a4f87a853d6d5e8352e759b524

**File Name:** Son_HDD2_8TB.EKH

**Partial Hash:** a0b6dc7c6be329934d6769c875fc6944

**File Name:** Son_HDD2_8TB.EKI

**Partial Hash:** 6db0b3385729ffbcc7909dc1ed105906

**File Name:** Son_HDD2_8TB.EKJ

**Partial Hash:** 069a95c2f0796d4ff5a39a65b2f8f486

**File Name:**   Son_HDD2_8TB.EKK

**Partial Hash:** 609c9e8af47f3d8dcbbd2792e9c18a30

**File Name:**   Son_HDD2_8TB.EKL

**Partial Hash:** a828ae244328a1578da5ba592e014e83

**File Name:**   Son_HDD2_8TB.EKM

**Partial Hash:** 263c6c4e82058474779f342de6cd7264

**File Name:**   Son_HDD2_8TB.EKN

**Partial Hash:** 4b48182ba43448d35631cf75a99e9f5e

**File Name:**   Son_HDD2_8TB.EKO

**Partial Hash:** 16a037350c4a4dd01b6a7fcf28d28f7d

**File Name:**   Son_HDD2_8TB.EKP

**Partial Hash:** 3d987b1ce447f9811b918e3cfdcdea04

**File Name:**   Son_HDD2_8TB.EKQ

**Partial Hash:** 4e8e063d765ca2b5f5cbd4956b597461

**File Name:**   Son_HDD2_8TB.EKR

**Partial Hash:** 70b9726dd2f77679166ffab0eb4b1889

**File Name:**   Son_HDD2_8TB.EKS

**Partial Hash:** 0f10fabe8b03c56eda65ed6e6398bb87

**File Name:**   Son_HDD2_8TB.EKT

**Partial Hash:** 6c0bd8f755597788dc2d186ac7c1ed1c

**File Name:**   Son_HDD2_8TB.EKU

**Partial Hash:** 357f5129e83fef8620d1cf84fa11c1a9

**File Name:**   Son_HDD2_8TB.EKV

**Partial Hash:** c7b80687c54555d81a5fd73913397bbe

**File Name:**   Son_HDD2_8TB.EKW

**Partial Hash:** 1855993a2b0843b44689b44c1037be81

**File Name:**   Son_HDD2_8TB.EKX

**Partial Hash:** fa042bc1b91e0a43def566dd5a5d09d2

**File Name:**   Son_HDD2_8TB.EKY

**Partial Hash:** d3fb0b51db180311179992aee90b44c5

**File Name:**   Son_HDD2_8TB.EKZ

**Partial Hash:** 152269ac48c5bf4af93e5254db28ee91

**File Name:**   Son_HDD2_8TB.ELA

**Partial Hash:** 8dbdeef0c02f4e32dc647da907b56e78

**File Name:**   Son_HDD2_8TB.ELB

**Partial Hash:** dae216ef276d83d3a2611ca74da56b69

**File Name:**   Son_HDD2_8TB.ELC

**Partial Hash:** aa3974309bfae9596523dd63e8c96563

**File Name:**   Son_HDD2_8TB.ELD

**Partial Hash:** d039bdcb76f1ab35feca8c6f40a38ef9

**File Name:**   Son_HDD2_8TB.ELE

**Partial Hash:** 5ecabe2035f3116b02920c063bdf2555

**File Name:**   Son_HDD2_8TB.ELF

**Partial Hash:** 601f4ec049527979dda5e1dd2277cb5b

**File Name:**   Son_HDD2_8TB.ELG

**Partial Hash:** 1c38e26ff287f51d8660b6f414404b05

**File Name:**   Son_HDD2_8TB.ELH

**Partial Hash:** de942e177ece5b122c6d8ccfe75acbff

**File Name:**   Son_HDD2_8TB.ELI

**Partial Hash:** 71d358e8f371cc281254275878fb25d1

**File Name:**   Son_HDD2_8TB.ELJ

**Partial Hash:** c727dd500744bb8181cbf54202159837

**File Name:**   Son_HDD2_8TB.ELK
**Partial Hash:** 0a4887b036078fd4da7f782d9870549b
**File Name:**   Son_HDD2_8TB.ELL
**Partial Hash:** c441320b7d2b129c82b2383b41d1aab3
**File Name:**   Son_HDD2_8TB.ELM
**Partial Hash:** 9196c99bbfe78fb77179434db77c1628
**File Name:**   Son_HDD2_8TB.ELN
**Partial Hash:** 0ee517fdbc9184eb25f40937c1bd109c
**File Name:**   Son_HDD2_8TB.ELO
**Partial Hash:** 6d54c171fedc7715042c32a4a5c6f2cb
**File Name:**   Son_HDD2_8TB.ELP
**Partial Hash:** e467f3d8d0856f314cf21e6d74f5aa41
**File Name:**   Son_HDD2_8TB.ELQ
**Partial Hash:** a539acc60f611f6c285dd9641d449b9d
**File Name:**   Son_HDD2_8TB.ELR
**Partial Hash:** 4e7301857e67189c618bcf55abb852a7
**File Name:**   Son_HDD2_8TB.ELS
**Partial Hash:** 94a47cff389610b9428c5cd798a1be82
**File Name:**   Son_HDD2_8TB.ELT
**Partial Hash:** c2d6871cd3744222fbe166f2767299b6
**File Name:**   Son_HDD2_8TB.ELU
**Partial Hash:** 899177f200a7b689db57e7514c1d6c43
**File Name:**   Son_HDD2_8TB.ELV
**Partial Hash:** 900b9310daabbb2309a902e4d0453de4
**File Name:**   Son_HDD2_8TB.ELW
**Partial Hash:** 2e98747bff5c7881a2e55a5185e4b9fe
**File Name:**   Son_HDD2_8TB.ELX
**Partial Hash:** 0b7414a10741d17610c17654c4e9dfc0
**File Name:**   Son_HDD2_8TB.ELY
**Partial Hash:** f62c6f086c2e9900578df744eadf1ae9
**File Name:**   Son_HDD2_8TB.ELZ
**Partial Hash:** 4f69a5c8974fa88f4dc8d2a91008b2f2
**File Name:**   Son_HDD2_8TB.EMA
**Partial Hash:** eea58a441cd43a6cdd4481b490202953
**File Name:**   Son_HDD2_8TB.EMB
**Partial Hash:** f1ded843f5a084437ec9f116e232ea1e
**File Name:**   Son_HDD2_8TB.EMC
**Partial Hash:** 97bcc7f422d89aa17d234ae0afd7dbd4
**File Name:**   Son_HDD2_8TB.EMD
**Partial Hash:** e1029b25e048457c5a51285f92eb4613
**File Name:**   Son_HDD2_8TB.EME
**Partial Hash:** d1ac18589d8cb338f1e1487f72f381ed
**File Name:**   Son_HDD2_8TB.EMF
**Partial Hash:** 5ea09f05b410b28025969c5ad90d6e8a
**File Name:**   Son_HDD2_8TB.EMG
**Partial Hash:** 452cd317f71e8b01103ebae2acc0801c
**File Name:**   Son_HDD2_8TB.EMH
**Partial Hash:** ae5f50e762416787179d70bc1ca7b4ae
**File Name:**   Son_HDD2_8TB.EMI
**Partial Hash:** e4c13ccf64c8fb2d0de188459ff1b8fd
**File Name:**   Son_HDD2_8TB.EMJ
**Partial Hash:** 4986633e066f6fe30a17dc6b2d4da71c
**File Name:**   Son_HDD2_8TB.EMK

**Partial Hash:** 7e8474221238ccccf79408bb02278f6c

**File Name:** Son_HDD2_8TB.EML

**Partial Hash:** 6f78f3ad131c19fec380fd36eaab33e8

**File Name:** Son_HDD2_8TB.EMM

**Partial Hash:** 4ea979c74c2efc4bbae88002f70bcfd4

**File Name:** Son_HDD2_8TB.EMN

**Partial Hash:** fb51b25db1ccf4dc714c26a822cb0ab8

**File Name:** Son_HDD2_8TB.EMO

**Partial Hash:** f58f53fe38eb2304baa13e181ad4ff18

**File Name:** Son_HDD2_8TB.EMP

**Partial Hash:** 39c42dac4b4aec555e4e644c9bad9ac0

**File Name:** Son_HDD2_8TB.EMQ

**Partial Hash:** 9788da02f80cb8cd88856f4c6d299e01

**File Name:** Son_HDD2_8TB.EMR

**Partial Hash:** 21d499aa11d6dbc72295b5787cecb5e4

**File Name:** Son_HDD2_8TB.EMS

**Partial Hash:** dcbbab75c0963084d1bf3fca7926e410

**File Name:** Son_HDD2_8TB.EMT

**Partial Hash:** 01cf4f33241217b79065a669bdc62371

**File Name:** Son_HDD2_8TB.EMU

**Partial Hash:** ef5a9154a3780b7fe86eae47741c868e

**File Name:** Son_HDD2_8TB.EMV

**Partial Hash:** 8ec76b103e28d066d3d629e33d457a9c

**File Name:** Son_HDD2_8TB.EMW

**Partial Hash:** 680d2651df11685483f3debeaab01871

**File Name:** Son_HDD2_8TB.EMX

**Partial Hash:** b5f63dc7a2b402f5cf23ce4d4fcf4aed

**File Name:** Son_HDD2_8TB.EMY

**Partial Hash:** 6181560584092e5e51ad771885b826e2

**File Name:** Son_HDD2_8TB.EMZ

**Partial Hash:** bec237fe3e934f0cd2e9b7f43f410a8e

**File Name:** Son_HDD2_8TB.ENA

**Partial Hash:** e3873faa8d74eb8f37202da449d86de2

**File Name:** Son_HDD2_8TB.ENB

**Partial Hash:** 2f4d6269d3c7bb3ef321d233905044c2

**File Name:** Son_HDD2_8TB.ENC

**Partial Hash:** 91a8f4bf2a34c576a8bdada0b0303cb3

**File Name:** Son_HDD2_8TB.END

**Partial Hash:** 50b62b44ec6304b4f8ec4482c6c0e53e

**File Name:** Son_HDD2_8TB.ENE

**Partial Hash:** 4b5b0a7eb8b81288c7a9658bfefb9a7c

**File Name:** Son_HDD2_8TB.ENF

**Partial Hash:** 3e0bed128fb52e1b832d77e6893b5ef7

**File Name:** Son_HDD2_8TB.ENG

**Partial Hash:** 370f38f29cebe76ee319700b8c78dfa7

**File Name:** Son_HDD2_8TB.ENH

**Partial Hash:** e5750f8b74aeab183e29a2250f90244d

**File Name:** Son_HDD2_8TB.ENI

**Partial Hash:** fe6caa339d8ffdcdde7b7d8b273228b2

**File Name:** Son_HDD2_8TB.ENJ

**Partial Hash:** 6f19579d44cf2cd8b37e2f02f1d223d0

**File Name:** Son_HDD2_8TB.ENK

**Partial Hash:** 5e6c515ebd5c28c4702094455657cc5c

**File Name:**   Son_HDD2_8TB.ENL
**Partial Hash:** 810768ebdcebb2a0fa86cf27f904925f
**File Name:**   Son_HDD2_8TB.ENM
**Partial Hash:** 07df0b8c69859484c3c64536024a7c42
**File Name:**   Son_HDD2_8TB.ENN
**Partial Hash:** 4fcdb59591c06f48b4a410420a0e4609
**File Name:**   Son_HDD2_8TB.ENO
**Partial Hash:** 8f1fa11e0a6b86602b42827334b65bfd
**File Name:**   Son_HDD2_8TB.ENP
**Partial Hash:** 01deb8e33b9ba876d54f96b27fa08b78
**File Name:**   Son_HDD2_8TB.ENQ
**Partial Hash:** 08efdf0ff9669fea1a7abdaaeadfe9a0
**File Name:**   Son_HDD2_8TB.ENR
**Partial Hash:** 4364b59b3633e5ea1990318c8206d616
**File Name:**   Son_HDD2_8TB.ENS
**Partial Hash:** e9e53496d6aa7d845e9725ea0dffcbd6
**File Name:**   Son_HDD2_8TB.ENT
**Partial Hash:** 4c550cbc0193960465d122547c804304
**File Name:**   Son_HDD2_8TB.ENU
**Partial Hash:** 04d2b49fe04e0e74e81aac6ca5165430
**File Name:**   Son_HDD2_8TB.ENV
**Partial Hash:** fbd84a0cc664a1e14bc05535ae7aa01e
**File Name:**   Son_HDD2_8TB.ENW
**Partial Hash:** 0d9d88b5f1f3c16cc0b363d6aa742184
**File Name:**   Son_HDD2_8TB.ENX
**Partial Hash:** 720cc7dfd336ae2fc52b4ffd8468f223
**File Name:**   Son_HDD2_8TB.ENY
**Partial Hash:** fa24833856b32d3250c67db480b6d913
**File Name:**   Son_HDD2_8TB.ENZ
**Partial Hash:** 09b3feda91345f74b53fb61ae72a6122
**File Name:**   Son_HDD2_8TB.EOA
**Partial Hash:** afae7057a42e76b56e2f3afe31148b41
**File Name:**   Son_HDD2_8TB.EOB
**Partial Hash:** 640710b7650014885876562c7052610d
**File Name:**   Son_HDD2_8TB.EOC
**Partial Hash:** 2ab5ca286ad6b16c96e54196d2df204f
**File Name:**   Son_HDD2_8TB.EOD
**Partial Hash:** c591dfebb06340d927fa72fee72fefeb
**File Name:**   Son_HDD2_8TB.EOE
**Partial Hash:** 7639b5f1f5f294619a063cd6c76b09df
**File Name:**   Son_HDD2_8TB.EOF
**Partial Hash:** 225ec2441201c0ae02cf71af999e6899
**File Name:**   Son_HDD2_8TB.EOG
**Partial Hash:** aa67fb8a7e26cbae81f53ba1caeae93c
**File Name:**   Son_HDD2_8TB.EOH
**Partial Hash:** b17db03522645b1dd35c62e5f5137eab
**File Name:**   Son_HDD2_8TB.EOI
**Partial Hash:** 2e0d6310f7ee0e98df28d070671735c1
**File Name:**   Son_HDD2_8TB.EOJ
**Partial Hash:** 226f2367fa1d775ee82167294da1cf98
**File Name:**   Son_HDD2_8TB.EOK
**Partial Hash:** c97acdab858590cf82f1ac32fc9c16f1
**File Name:**   Son_HDD2_8TB.EOL

**Partial Hash:** 7d19e671b4a38f1420f36ae6359b0042
**File Name:**   Son_HDD2_8TB.EOM
**Partial Hash:** e87a91c273cbb2ac53e54485f8646e1f
**File Name:**   Son_HDD2_8TB.EON
**Partial Hash:** f49ff8e6b77da51671473bd80c7f63dd
**File Name:**   Son_HDD2_8TB.EOO
**Partial Hash:** 50c3c30798d9e32cf60e9e1b15917bb7
**File Name:**   Son_HDD2_8TB.EOP
**Partial Hash:** 3fa4bc62215022e64a32afa62123451d
**File Name:**   Son_HDD2_8TB.EOQ
**Partial Hash:** c2929ed8e12616f4d753441cb0e8d417
**File Name:**   Son_HDD2_8TB.EOR
**Partial Hash:** 359e3d466f02985e2cdf713df26897c2
**File Name:**   Son_HDD2_8TB.EOS
**Partial Hash:** 85769a62cf0f3628e94b61a06fdf2625
**File Name:**   Son_HDD2_8TB.EOT
**Partial Hash:** 432932646a227d8b157ed5989c0f205c
**File Name:**   Son_HDD2_8TB.EOU
**Partial Hash:** d09d51d6d4aac74cdc095ed64adaf3da
**File Name:**   Son_HDD2_8TB.EOV
**Partial Hash:** e0ca9edaed6e3c425d09fde572404c59
**File Name:**   Son_HDD2_8TB.EOW
**Partial Hash:** c647cd507f930f2caa6c97f10208e0ad
**File Name:**   Son_HDD2_8TB.EOX
**Partial Hash:** b6dbea6813f53b76d376cd70b26d52d9
**File Name:**   Son_HDD2_8TB.EOY
**Partial Hash:** 1060d0c88ba66ca2376ac66e0cc17ee1
**File Name:**   Son_HDD2_8TB.EOZ
**Partial Hash:** 1c560a00a41d0abfa8574a52f2b0d673
**File Name:**   Son_HDD2_8TB.EPA
**Partial Hash:** ac1944d5693e5e3da31fa05c5461e8dc
**File Name:**   Son_HDD2_8TB.EPB
**Partial Hash:** 3f02dbc8cfd79a48cb34f5473386a31c
**File Name:**   Son_HDD2_8TB.EPC
**Partial Hash:** 2264783bf6de618598bf32acf22311f9
**File Name:**   Son_HDD2_8TB.EPD
**Partial Hash:** 2fbd1130e806188df206362d254e979b
**File Name:**   Son_HDD2_8TB.EPE
**Partial Hash:** b8c05b404df8f7dfb78ee197424718f1
**File Name:**   Son_HDD2_8TB.EPF
**Partial Hash:** a1ad5a2f9389a698aa7e8f24c1b3196c
**File Name:**   Son_HDD2_8TB.EPG
**Partial Hash:** c622bbb2e4479501ba89920d710113c7
**File Name:**   Son_HDD2_8TB.EPH
**Partial Hash:** d44826c262b02b4d0fd0c1f28cebaa46
**File Name:**   Son_HDD2_8TB.EPI
**Partial Hash:** dab64445221e604df23996933c90ce8e
**File Name:**   Son_HDD2_8TB.EPJ
**Partial Hash:** 48be41a6b3b60fd46699bc1c71477009
**File Name:**   Son_HDD2_8TB.EPK
**Partial Hash:** a28c885500031a71115d61ddaf9bea6e
**File Name:**   Son_HDD2_8TB.EPL
**Partial Hash:** fe3d34270ffe9f005f3d55887aa83907

**File Name:**   Son_HDD2_8TB.EPM
**Partial Hash:** f5f0ca0f8b7f12cc67def16ad4fbdba3
**File Name:**   Son_HDD2_8TB.EPN
**Partial Hash:** c3fc2be17ede2622ee5a9b1a29dd00a7
**File Name:**   Son_HDD2_8TB.EPO
**Partial Hash:** e16eb13896313a9ca71b8123cf278ad7
**File Name:**   Son_HDD2_8TB.EPP
**Partial Hash:** d0b92eb45cd10b471425b2564017113b
**File Name:**   Son_HDD2_8TB.EPQ
**Partial Hash:** 6b8af35883f1aca547712c2414c8d6da
**File Name:**   Son_HDD2_8TB.EPR
**Partial Hash:** d06f8dc0f5010397947442e9fe1351e6
**File Name:**   Son_HDD2_8TB.EPS
**Partial Hash:** 72065cc0a5c3312666c550043885ec56
**File Name:**   Son_HDD2_8TB.EPT
**Partial Hash:** a151ba54340ad506f075479a3044b4eb
**File Name:**   Son_HDD2_8TB.EPU
**Partial Hash:** ce7bdc85f41288e4f7f9818c9d7516de
**File Name:**   Son_HDD2_8TB.EPV
**Partial Hash:** db66ebf9f42fc3113a81e94d14ffe418
**File Name:**   Son_HDD2_8TB.EPW
**Partial Hash:** 717fae6d726aed293e90ab39bcc7df21
**File Name:**   Son_HDD2_8TB.EPX
**Partial Hash:** 00b3ad1708265349ef63d1dee12275b4
**File Name:**   Son_HDD2_8TB.EPY
**Partial Hash:** f7477523d9706422d0239ba94bfd4b3d
**File Name:**   Son_HDD2_8TB.EPZ
**Partial Hash:** 31a551d72e229070cf0727e065a07569
**File Name:**   Son_HDD2_8TB.EQA
**Partial Hash:** eaf87f527521e450fef586881978d7c4
**File Name:**   Son_HDD2_8TB.EQB
**Partial Hash:** c50cbb8babc2418682ef0e3870a65ada
**File Name:**   Son_HDD2_8TB.EQC
**Partial Hash:** 11b230162bf7aabac57e6a3bde379b97
**File Name:**   Son_HDD2_8TB.EQD
**Partial Hash:** fd10b59bfb47185c226c9d2fdba7bc38
**File Name:**   Son_HDD2_8TB.EQE
**Partial Hash:** 706d793e34e10cde49fbbcbfff2446a0
**File Name:**   Son_HDD2_8TB.EQF
**Partial Hash:** 7a96cfbb596821b13b7480ac4b471691
**File Name:**   Son_HDD2_8TB.EQG
**Partial Hash:** c75929b6f160da096a60a9346444f9cd
**File Name:**   Son_HDD2_8TB.EQH
**Partial Hash:** 0afc70d256339da6986ccfb150177a6c
**File Name:**   Son_HDD2_8TB.EQI
**Partial Hash:** d6d327772078926af192c9326b120073
**File Name:**   Son_HDD2_8TB.EQJ
**Partial Hash:** 8299489737e51ed363e5008ddd6d68ce
**File Name:**   Son_HDD2_8TB.EQK
**Partial Hash:** 0a6499f5fe8c9bc9c753fb9c787df9bf
**File Name:**   Son_HDD2_8TB.EQL
**Partial Hash:** 3250d0584b38f3d433fe2d8dc514e2e0
**File Name:**   Son_HDD2_8TB.EQM

**Partial Hash:** 7a9643b490a09b034ca04e39f16f8daa

**File Name:**   Son_HDD2_8TB.EQN

**Partial Hash:** e30e4c7828841dc25254b9e03b8b6b68

**File Name:**   Son_HDD2_8TB.EQO

**Partial Hash:** bafdd983f0579af5f466bb857e49ce06

**File Name:**   Son_HDD2_8TB.EQP

**Partial Hash:** 7bd1ae6c307c8242d59291f019dd4699

**File Name:**   Son_HDD2_8TB.EQQ

**Partial Hash:** 63744f29b95e3250180a3840d6f2d7e7

**File Name:**   Son_HDD2_8TB.EQR

**Partial Hash:** c7c2dcdb5519a02e3972f8fb93664c84

**File Name:**   Son_HDD2_8TB.EQS

**Partial Hash:** 54e00a611dba5ec7c53f3dc8733a57de

**File Name:**   Son_HDD2_8TB.EQT

**Partial Hash:** 19bc06f894490a88f3a5b2854e16c0c5

**File Name:**   Son_HDD2_8TB.EQU

**Partial Hash:** 9e405ad2335a0cefac0c9319f6558ba3

**File Name:**   Son_HDD2_8TB.EQV

**Partial Hash:** 8180d3bfc60ae1b59f01ab7cd4013595

**File Name:**   Son_HDD2_8TB.EQW

**Partial Hash:** 57c2e72f4b83636f3b9e70ee50694449

**File Name:**   Son_HDD2_8TB.EQX

**Partial Hash:** a5037070cf0728ead3e6ab453cc8cd7c

**File Name:**   Son_HDD2_8TB.EQY

**Partial Hash:** 208ac6be4525d67374be086e5a92db3b

**File Name:**   Son_HDD2_8TB.EQZ

**Partial Hash:** 7b0e7cd35879a2c32e7127d0bb0207bb

**File Name:**   Son_HDD2_8TB.ERA

**Partial Hash:** 75daeff23318767b8cfe0d6c6aaad841

**File Name:**   Son_HDD2_8TB.ERB

**Partial Hash:** cadbd0affc90a577e69bbfc25e9b452e

**File Name:**   Son_HDD2_8TB.ERC

**Partial Hash:** d2916a46cc4184276dcee7e107df27d3

**File Name:**   Son_HDD2_8TB.ERD

**Partial Hash:** 9396038fccb19e33fe105dbfd5b3fa54

**File Name:**   Son_HDD2_8TB.ERE

**Partial Hash:** 36e55ecf68ba85e7f0d001d19bc82acb

**File Name:**   Son_HDD2_8TB.ERF

**Partial Hash:** a00c0075b77e26f87d498e680f6dbe69

**File Name:**   Son_HDD2_8TB.ERG

**Partial Hash:** 67da43d33d81c30606e141b23fd51261

**File Name:**   Son_HDD2_8TB.ERH

**Partial Hash:** cd0fbf220d23b0c851866e911567bd62

**File Name:**   Son_HDD2_8TB.ERI

**Partial Hash:** 045ec21408d8f5badb63d6b71e260f23

**File Name:**   Son_HDD2_8TB.ERJ

**Partial Hash:** 99f4507f33bc5f0999f3188e985e4dfa

**File Name:**   Son_HDD2_8TB.ERK

**Partial Hash:** a97d7fd82d95d1d15c630390f0c33b9a

**File Name:**   Son_HDD2_8TB.ERL

**Partial Hash:** 19a4d46c078f3072087a93a4d88cbbd8

**File Name:**   Son_HDD2_8TB.ERM

**Partial Hash:** b43af4be778aa2d03cdc6b6bc58498ee

**File Name:** Son_HDD2_8TB.ERN

**Partial Hash:** df1056a23d4aba4bfb627bb0a491193a

**File Name:** Son_HDD2_8TB.ERO

**Partial Hash:** 5a92701a37572c8c19b989da115d62b5

**File Name:** Son_HDD2_8TB.ERP

**Partial Hash:** e4fd9ac96554619d5311327819eec59b

**File Name:** Son_HDD2_8TB.ERQ

**Partial Hash:** ceca4275165aced6f23e3792c9b76113

**File Name:** Son_HDD2_8TB.ERR

**Partial Hash:** 3cc9143d42007922fb32ac211bf04a99

**File Name:** Son_HDD2_8TB.ERS

**Partial Hash:** bc608dc37e5bbc1fbae1862e37f49917

**File Name:** Son_HDD2_8TB.ERT

**Partial Hash:** ba153b7ee6f04b54dcf6fc0437d2c23d

**File Name:** Son_HDD2_8TB.ERU

**Partial Hash:** 5bd7262e851a3f9ff8acd7d117ce248f

**File Name:** Son_HDD2_8TB.ERV

**Partial Hash:** d78777cb792bd9ee595463851917c2c9

**File Name:** Son_HDD2_8TB.ERW

**Partial Hash:** 7c70b7898a4e3efcd0fa4fddb6cec730

**File Name:** Son_HDD2_8TB.ERX

**Partial Hash:** 4d2bb2ed82833dd745f4c82d1c4f5917

**File Name:** Son_HDD2_8TB.ERY

**Partial Hash:** 0bc678430b4df214b9444b1d9fc0719b

**File Name:** Son_HDD2_8TB.ERZ

**Partial Hash:** efc038a207e632f2b78c8b770f1da99e

**File Name:** Son_HDD2_8TB.ESA

**Partial Hash:** fbb9940d672ab7db3e4eb4f60c9bc740

**File Name:** Son_HDD2_8TB.ESB

**Partial Hash:** 30f795238e76d6e549c8012baf84cbb2

**File Name:** Son_HDD2_8TB.ESC

**Partial Hash:** d7fa5f28ff1e16d6213ea8e0b76849dd

**File Name:** Son_HDD2_8TB.ESD

**Partial Hash:** 259ecfecf4324ac9b367b7888146cb68

**File Name:** Son_HDD2_8TB.ESE

**Partial Hash:** f1f1fd196680d803012be61362f48d2a

**File Name:** Son_HDD2_8TB.ESF

**Partial Hash:** 697bb7625827a99a3b88fcae681a471e

**File Name:** Son_HDD2_8TB.ESG

**Partial Hash:** 2b5c13b8c0eccfd8edc10fddc91300d6

**File Name:** Son_HDD2_8TB.ESH

**Partial Hash:** 691b3c4e82973a1f31b673f6dfbbde67

**File Name:** Son_HDD2_8TB.ESI

**Partial Hash:** 8ace1f0a2b170fcbbe19ed2d1761e1f0

**File Name:** Son_HDD2_8TB.ESJ

**Partial Hash:** 67d941f1a192369fa15920b1fd1d4627

**File Name:** Son_HDD2_8TB.ESK

**Partial Hash:** 914ea097085e4b30731dbf587ffa0602

**File Name:** Son_HDD2_8TB.ESL

**Partial Hash:** aaeeb675016633b56ab7bbb5ca3aeffb

**File Name:** Son_HDD2_8TB.ESM

**Partial Hash:** 7cbb99a82d6e8082747cc9b4090cd975

**File Name:** Son_HDD2_8TB.ESN

**Partial Hash:** 9f34e492562638ecc1e9188c673f5f87

**File Name:** Son_HDD2_8TB.ESO

**Partial Hash:** accdc9da782bf76dbc5e01894dddbd76

**File Name:** Son_HDD2_8TB.ESP

**Partial Hash:** edbe8ba4ace0fa7cc7feab67e871a708

**File Name:** Son_HDD2_8TB.ESQ

**Partial Hash:** b609639403e5a7612aa37351040c40bf

**File Name:** Son_HDD2_8TB.ESR

**Partial Hash:** 37cc1623a471021b2f54a009cea085aa

---

**Destination:** UID: SAS_D2/00C564C16A5CF4DF
Path: /var/repo/sas-d2/Son_HDD2_8TB
Filesystem: ntfs
Serial: ZA20XZF5

**File Name:** Son_HDD2_8TB.E01

**Partial Hash:** 65cf9a40b225c665b1762e39b17e79a8

**File Name:** Son_HDD2_8TB.E02

**Partial Hash:** cc874a970f46274d61ce40ef6b36499a

**File Name:** Son_HDD2_8TB.E03

**Partial Hash:** 0b2575f8d9a9d2d689abee7b9e4551b2

**File Name:** Son_HDD2_8TB.E04

**Partial Hash:** 72ceb6999090b1b0c0e6dbbe430c7b4a

**File Name:** Son_HDD2_8TB.E05

**Partial Hash:** 8044509e241acea00aa3cc206210911d

**File Name:** Son_HDD2_8TB.E06

**Partial Hash:** 786fded9271640214520cbd4db115465

**File Name:** Son_HDD2_8TB.E07

**Partial Hash:** 7f6f436ed364507afd43597133fb211c

**File Name:** Son_HDD2_8TB.E08

**Partial Hash:** ce0f31c46511a03441767fea9e028b84

**File Name:** Son_HDD2_8TB.E09

**Partial Hash:** 50637a475d56e91cff311670575faa95

**File Name:** Son_HDD2_8TB.E10

**Partial Hash:** 27cbeadb01550c10dc7f7ee8b4c30184

**File Name:** Son_HDD2_8TB.E11

**Partial Hash:** 11461e01be292de0aecc270dcdee4df1

**File Name:** Son_HDD2_8TB.E12

**Partial Hash:** e550bdb4a4a07bee65b07c0552f968fa

**File Name:** Son_HDD2_8TB.E13

**Partial Hash:** 5fd61b0b26cbec450d6d7638720e735d

**File Name:** Son_HDD2_8TB.E14

**Partial Hash:** 500af342cee294fec4dd3ae88fdac285

**File Name:** Son_HDD2_8TB.E15

**Partial Hash:** d3387b4a5f0cd8c6f6ba38f884afd2cf

**File Name:** Son_HDD2_8TB.E16

**Partial Hash:** 5ec26ecb0f0a1c184500f0eb58a489af

**File Name:** Son_HDD2_8TB.E17

**Partial Hash:** 6324d88838cc1ac18177f0adc3df7925

**File Name:** Son_HDD2_8TB.E18

**Partial Hash:** 8541389d0de76a19074573213aada506

**File Name:** Son_HDD2_8TB.E19

**Partial Hash:** 7a2ca94368a2b13af9f0101912e4acb7

**File Name:** Son_HDD2_8TB.E20

**Partial Hash:** a844516ca445ce439cbc4643c335cf13

**File Name:** Son_HDD2_8TB.E21

**Partial Hash:** 49fd545ca9d103333207372f56904148

**File Name:** Son_HDD2_8TB.E22

**Partial Hash:** ae1bcd557c509c5d723fe4760d47a4a8

**File Name:** Son_HDD2_8TB.E23

**Partial Hash:** c060209010569ddd805022d034ca40c7

**File Name:** Son_HDD2_8TB.E24

**Partial Hash:** 9801fe13dc20819bcb0722626712b187

**File Name:** Son_HDD2_8TB.E25

**Partial Hash:** f9e0a84e843637acaf9577bbb37ef8ef

**File Name:** Son_HDD2_8TB.E26

**Partial Hash:** 3e5cb38b618f4b62aa807d1d739ffe9e

**File Name:** Son_HDD2_8TB.E27

**Partial Hash:** efc6c81f91548a2829d8d1ed75801bc1

**File Name:** Son_HDD2_8TB.E28

**Partial Hash:** efe1eefbeca6289ef2686180cc77a697

**File Name:** Son_HDD2_8TB.E29

**Partial Hash:** cf09d26dd77d768924e28b86cb87aeb7

**File Name:** Son_HDD2_8TB.E30

**Partial Hash:** 0ad34df858d7e9d423bef32b8d24bac1

**File Name:** Son_HDD2_8TB.E31

**Partial Hash:** 0fb38ac1aa8de72c2baca9d71513d395

**File Name:** Son_HDD2_8TB.E32

**Partial Hash:** 18710d1e98342f6cdc19f5996af11c7c

**File Name:** Son_HDD2_8TB.E33

**Partial Hash:** df8a646c351c83343e22d8c6d104c11a

**File Name:** Son_HDD2_8TB.E34

**Partial Hash:** a493047d8a8f4c6b328f3f02bcc45650

**File Name:** Son_HDD2_8TB.E35

**Partial Hash:** 71349011f77d347e4952a5febe9f1c3f

**File Name:** Son_HDD2_8TB.E36

**Partial Hash:** a57dc9c6023fddfcc0ca87074675dc28

**File Name:** Son_HDD2_8TB.E37

**Partial Hash:** 187ad497501b8aacb565e2e91e8beab5

**File Name:** Son_HDD2_8TB.E38

**Partial Hash:** d68a55d2e87a70f34b4c50b79d0a0524

**File Name:** Son_HDD2_8TB.E39

**Partial Hash:** 60c76f0f377276f39a6a9b6d5e956af0

**File Name:** Son_HDD2_8TB.E40

**Partial Hash:** 621f332fe5d0d39cd19b2fc7824299e9

**File Name:** Son_HDD2_8TB.E41

**Partial Hash:** df73040cd5c23833af23b84fcfd41934

**File Name:** Son_HDD2_8TB.E42

**Partial Hash:** 27c0baab4ae12926bf8cb63218a066bf

**File Name:** Son_HDD2_8TB.E43

**Partial Hash:** 5c67b7605f63482059ed77d85fd077e8

**File Name:** Son_HDD2_8TB.E44

**Partial Hash:** 76591284885eb4f99aa34043312dff51

**File Name:** Son_HDD2_8TB.E45

**Partial Hash:** 72e5a7d2db3eb5ee63904e40e609be3d

**File Name:** Son_HDD2_8TB.E46

**Partial Hash:** a02aa35361cf3343a8e4dae877721f16

**File Name:**   Son_HDD2_8TB.E47

**Partial Hash:** f17b4c32dd27d315f1de3c80ad61ac01

**File Name:**   Son_HDD2_8TB.E48

**Partial Hash:** b1c61f79b434b95d5caa1fa43fe78cba

**File Name:**   Son_HDD2_8TB.E49

**Partial Hash:** 09984f15e38dae0f11f6d97fa2157e57

**File Name:**   Son_HDD2_8TB.E50

**Partial Hash:** 34a4ac8f7cfd0af67dbd27a395c7d0cf

**File Name:**   Son_HDD2_8TB.E51

**Partial Hash:** c674f43b682347dff5570beac41e6f37

**File Name:**   Son_HDD2_8TB.E52

**Partial Hash:** 94286dd22af159e6bb59203f8c73e851

**File Name:**   Son_HDD2_8TB.E53

**Partial Hash:** dc2ee46a662b64780eb0e65807153b9a

**File Name:**   Son_HDD2_8TB.E54

**Partial Hash:** 0a246c94b8db51e8417e9f6433b0dbec

**File Name:**   Son_HDD2_8TB.E55

**Partial Hash:** d50d46b3ff785ef6efab088c69c3f2a9

**File Name:**   Son_HDD2_8TB.E56

**Partial Hash:** b612eca072f2503e0644745e0fe1f76f

**File Name:**   Son_HDD2_8TB.E57

**Partial Hash:** 91cfe4b291c638a0712db537e1173d60

**File Name:**   Son_HDD2_8TB.E58

**Partial Hash:** 49e19478ab97a4fe58e32800bd76842b

**File Name:**   Son_HDD2_8TB.E59

**Partial Hash:** 058b0d285f772671e357aed31fb04256

**File Name:**   Son_HDD2_8TB.E60

**Partial Hash:** 8bf0dd6c94d391cf74300595de99adb7

**File Name:**   Son_HDD2_8TB.E61

**Partial Hash:** 6b800f294a037a7c55c2122f1a5018e4

**File Name:**   Son_HDD2_8TB.E62

**Partial Hash:** 1595152bf4a9d4675bf71c3f50f4103d

**File Name:**   Son_HDD2_8TB.E63

**Partial Hash:** 6cbf1615728c5923cdad8b85f7843d9f

**File Name:**   Son_HDD2_8TB.E64

**Partial Hash:** ec2641d3330a9f234ee351e92ff9ce59

**File Name:**   Son_HDD2_8TB.E65

**Partial Hash:** 3c42d7f6480ac3a3b105ecf48209fa2e

**File Name:**   Son_HDD2_8TB.E66

**Partial Hash:** 320bdcdfb9b70f75a48748b18d4d565e

**File Name:**   Son_HDD2_8TB.E67

**Partial Hash:** 37c248a3a547278e89581951593070bf

**File Name:**   Son_HDD2_8TB.E68

**Partial Hash:** 576d33ae4ff734ea3ed063bff202137a

**File Name:**   Son_HDD2_8TB.E69

**Partial Hash:** 41cf4c8932c1e71a1063d0bf86b8c60c

**File Name:**   Son_HDD2_8TB.E70

**Partial Hash:** 51dd5ca14ed54ebc6300317d93ea28ea

**File Name:**   Son_HDD2_8TB.E71

**Partial Hash:** c13db53f0ac759d03c346f97141d8ff7

**File Name:**   Son_HDD2_8TB.E72

**Partial Hash:** 8e8f4e1300d6f353e0c9d2b8ea7f1805

**File Name:** Son_HDD2_8TB.E73

**Partial Hash:** 6eb8754120af1e8f8d17ccef218bc432

**File Name:** Son_HDD2_8TB.E74

**Partial Hash:** a761baccc317e08a6d1579447a593b95

**File Name:** Son_HDD2_8TB.E75

**Partial Hash:** 5e08191568f9aee929435b6f9bedf11e

**File Name:** Son_HDD2_8TB.E76

**Partial Hash:** 25ed8dae35a9bf785b12224acb93ddff

**File Name:** Son_HDD2_8TB.E77

**Partial Hash:** ff145f8b39acefb1fed86dbfaf5929c2

**File Name:** Son_HDD2_8TB.E78

**Partial Hash:** 296e6b7f7b04b20fd1eca1b3b0df8062

**File Name:** Son_HDD2_8TB.E79

**Partial Hash:** f49c38fee5fa2e76760404e000994cb1

**File Name:** Son_HDD2_8TB.E80

**Partial Hash:** 8c5b853737a372b213aba87d9930246f

**File Name:** Son_HDD2_8TB.E81

**Partial Hash:** 2adc6345131a45fd3b366374b6f5166d

**File Name:** Son_HDD2_8TB.E82

**Partial Hash:** 2fc12c4dd02b90409ec9adcbc41d2d65

**File Name:** Son_HDD2_8TB.E83

**Partial Hash:** febdf457be575ac9b0b1afa65d7c1972

**File Name:** Son_HDD2_8TB.E84

**Partial Hash:** 7ac2dcf39353864d8ce3c41b2c976a4f

**File Name:** Son_HDD2_8TB.E85

**Partial Hash:** cd5c09a6f65319e428913eecda45bb38

**File Name:** Son_HDD2_8TB.E86

**Partial Hash:** 966e584b0398d081893a5dccee5bc2bf

**File Name:** Son_HDD2_8TB.E87

**Partial Hash:** 2fddc0f672539cd188cd8860ae4054d2

**File Name:** Son_HDD2_8TB.E88

**Partial Hash:** 72b1e1706ef5cfbc374ce48988726348

**File Name:** Son_HDD2_8TB.E89

**Partial Hash:** 02c7dad361e4675077236c7fb79e7579

**File Name:** Son_HDD2_8TB.E90

**Partial Hash:** 52511b88e801c2c8de469faa5735ad0a

**File Name:** Son_HDD2_8TB.E91

**Partial Hash:** 8bf5e2bdc706ef213239c7f819cc776f

**File Name:** Son_HDD2_8TB.E92

**Partial Hash:** 00cde7d2c25e5300f7786c280241ded3

**File Name:** Son_HDD2_8TB.E93

**Partial Hash:** 3fc2f3a3107f9e81b8ec7b1e66b36f9f

**File Name:** Son_HDD2_8TB.E94

**Partial Hash:** 3bbd14ce755fad1125578997b4ca2140

**File Name:** Son_HDD2_8TB.E95

**Partial Hash:** 5124b83be19f713118d1d123f3872c8e

**File Name:** Son_HDD2_8TB.E96

**Partial Hash:** 9a38ae7f6d74412b06b2c584f6b4fb6b

**File Name:** Son_HDD2_8TB.E97

**Partial Hash:** 3dcbda45dc2f9711939e9be1bcf3a289

**File Name:** Son_HDD2_8TB.E98

**Partial Hash:** b3f73343413625506aba06801f1cfb27

**File Name:** Son_HDD2_8TB.E99

**Partial Hash:** 1a17915a9ffb7930ba9df79e82820e0a

**File Name:**   Son_HDD2_8TB.EAA

**Partial Hash:** 88022e1f4ba7d4cbe2c7996a6e02e373

**File Name:**   Son_HDD2_8TB.EAB

**Partial Hash:** 6c74b645e7005f5c7849f13dc0f66033

**File Name:**   Son_HDD2_8TB.EAC

**Partial Hash:** 163c79fb7ae6d8ec35c2e68f19d7a508

**File Name:**   Son_HDD2_8TB.EAD

**Partial Hash:** 636c1b902765efffdccbf720fe590238

**File Name:**   Son_HDD2_8TB.EAE

**Partial Hash:** 1a6c4b410cd1d751e65b4de17f84b1ee

**File Name:**   Son_HDD2_8TB.EAF

**Partial Hash:** b202f6baf68e5611de3a16b17ee95f10

**File Name:**   Son_HDD2_8TB.EAG

**Partial Hash:** d00901c000965d495fbe59a561f3136b

**File Name:**   Son_HDD2_8TB.EAH

**Partial Hash:** 4f8acb0b70ed94c27713359239ad2bc6

**File Name:**   Son_HDD2_8TB.EAI

**Partial Hash:** 7cbf9392b673a73d0a18b8893d9ec09a

**File Name:**   Son_HDD2_8TB.EAJ

**Partial Hash:** b87f9b2cb1be2ae2e4b0b742140477d1

**File Name:**   Son_HDD2_8TB.EAK

**Partial Hash:** e20d5aad7ae29cf7cc2735d23ae6faec

**File Name:**   Son_HDD2_8TB.EAL

**Partial Hash:** 26550b3059cce0a5fe7c9e1367aebc73

**File Name:**   Son_HDD2_8TB.EAM

**Partial Hash:** a94e787568d642b33528e2e7b1aab326

**File Name:**   Son_HDD2_8TB.EAN

**Partial Hash:** 6e924f817ff70379b2d8859b82788990

**File Name:**   Son_HDD2_8TB.EAO

**Partial Hash:** 4250c154419df70dd5562540293eacaa

**File Name:**   Son_HDD2_8TB.EAP

**Partial Hash:** 31de1058bd402e15ec972a6b6afb53ca

**File Name:**   Son_HDD2_8TB.EAQ

**Partial Hash:** 87acadb515564acc4dc9a88afc768e91

**File Name:**   Son_HDD2_8TB.EAR

**Partial Hash:** a71c9d413a210aef9dcd7d4de89a2459

**File Name:**   Son_HDD2_8TB.EAS

**Partial Hash:** d8a7b9b9c9d7a975473596d0d27693bd

**File Name:**   Son_HDD2_8TB.EAT

**Partial Hash:** fe0d371a4bfdeac1a1f153e20f5fb999

**File Name:**   Son_HDD2_8TB.EAU

**Partial Hash:** e8b1e648b7629dee005d73dc42711bf9

**File Name:**   Son_HDD2_8TB.EAV

**Partial Hash:** ac4fe389e78c6009da2aea88400c51cd

**File Name:**   Son_HDD2_8TB.EAW

**Partial Hash:** 1c53cf7e616ee078fc72095c00282d06

**File Name:**   Son_HDD2_8TB.EAX

**Partial Hash:** 26bb4152736ccc14c2bf8244db115bd6

**File Name:**   Son_HDD2_8TB.EAY

**Partial Hash:** 8986e64d3d7cb3ebc81a6bb6eef3a843

**File Name:**   Son_HDD2_8TB.EAZ

**Partial Hash:** 6b52de78150a57e3d013ee179a027cd0

**File Name:** Son_HDD2_8TB.EBA

**Partial Hash:** 9e877c0afbfe0f474c757d800442aa23

**File Name:** Son_HDD2_8TB.EBB

**Partial Hash:** f963134470e41173a977203118ad0f14

**File Name:** Son_HDD2_8TB.EBC

**Partial Hash:** 77b99b26c3fc028d431d2fcf8e02453a

**File Name:** Son_HDD2_8TB.EBD

**Partial Hash:** bef86128eb7786c26c4e14c424694fb1

**File Name:** Son_HDD2_8TB.EBE

**Partial Hash:** b50c54b0c7966b67086ba4ea6ab8d65e

**File Name:** Son_HDD2_8TB.EBF

**Partial Hash:** 745643129a25a3fabbc8538e1df5c864

**File Name:** Son_HDD2_8TB.EBG

**Partial Hash:** 07e1ac078a7fa404241a3d49642487d2

**File Name:** Son_HDD2_8TB.EBH

**Partial Hash:** 4bdf344f525139eed4379a4a73a4e602

**File Name:** Son_HDD2_8TB.EBI

**Partial Hash:** f0c03e80bd4d9343e1e7b9e39c26203e

**File Name:** Son_HDD2_8TB.EBJ

**Partial Hash:** d7ad8c8bca7bf8e7a7ff7bd8d3c1f79d

**File Name:** Son_HDD2_8TB.EBK

**Partial Hash:** 9b82f9997f760c942cab664e0f586403

**File Name:** Son_HDD2_8TB.EBL

**Partial Hash:** bcae190313eb87620524b412a192a8ed

**File Name:** Son_HDD2_8TB.EBM

**Partial Hash:** 609e4b172482b319cf8c81756c684a71

**File Name:** Son_HDD2_8TB.EBN

**Partial Hash:** 0e1d575a15a322c5f8a30f11daab5842

**File Name:** Son_HDD2_8TB.EBO

**Partial Hash:** 3cb737c067daea3d7da5bcf73b0d1231

**File Name:** Son_HDD2_8TB.EBP

**Partial Hash:** ed5a4246ad395af81826664f477d4f76

**File Name:** Son_HDD2_8TB.EBQ

**Partial Hash:** b4e990085fc78673a5c07d1bdecf7b8d

**File Name:** Son_HDD2_8TB.EBR

**Partial Hash:** de643af3b3eb6018881d49fab7c42794

**File Name:** Son_HDD2_8TB.EBS

**Partial Hash:** 68b38ded1b9e8efea1377fc146306b37

**File Name:** Son_HDD2_8TB.EBT

**Partial Hash:** 50c339cacd3f58813e31a38b956fa1dc

**File Name:** Son_HDD2_8TB.EBU

**Partial Hash:** 69bb1a5cd2ccd44c2ef0d87cd8598c97

**File Name:** Son_HDD2_8TB.EBV

**Partial Hash:** 939a64465ebb14e2d829217d26b49f20

**File Name:** Son_HDD2_8TB.EBW

**Partial Hash:** db95209a566b09ee7e7d8b73f0463fcd

**File Name:** Son_HDD2_8TB.EBX

**Partial Hash:** ed13178049269031cb99d1693d74add1

**File Name:** Son_HDD2_8TB.EBY

**Partial Hash:** 6f064a10cf82303b1ec5706d2ec86529

**File Name:** Son_HDD2_8TB.EBZ

**Partial Hash:** eb381d1670a2975bfcc98f1ee9f9713f

**File Name:** Son_HDD2_8TB.ECA

**Partial Hash:** f1bd1dd3a0ec6228cc0b0660dbdab0f6
**File Name:**  Son_HDD2_8TB.ECB
**Partial Hash:** af00b532024f8b7f5d7d1925087850cc
**File Name:**  Son_HDD2_8TB.ECC
**Partial Hash:** 94a23e552199de7dd97be631a7757815
**File Name:**  Son_HDD2_8TB.ECD
**Partial Hash:** 5720a39c307a64095a46bfeaab135885
**File Name:**  Son_HDD2_8TB.ECE
**Partial Hash:** f905ebefea62fb470e2db828f035f5c5
**File Name:**  Son_HDD2_8TB.ECF
**Partial Hash:** 8c8333d33e8b9cbfd6a55f71ef034f39
**File Name:**  Son_HDD2_8TB.ECG
**Partial Hash:** 20da236e9a6cbf5752cbe441d77cc258
**File Name:**  Son_HDD2_8TB.ECH
**Partial Hash:** edd198e15c1ae6aa99b8eda4987b034a
**File Name:**  Son_HDD2_8TB.ECI
**Partial Hash:** 36f953b0395d7c5e6d43157a07554005
**File Name:**  Son_HDD2_8TB.ECJ
**Partial Hash:** 6ac3229a38ce7a95479dfa84b30abe26
**File Name:**  Son_HDD2_8TB.ECK
**Partial Hash:** 49f84b44929862b4542426b48a398ce4
**File Name:**  Son_HDD2_8TB.ECL
**Partial Hash:** ca57c1a79362ad5de3f73574aecdc41d
**File Name:**  Son_HDD2_8TB.ECM
**Partial Hash:** e281556716b6ce45d9bc052a3243e561
**File Name:**  Son_HDD2_8TB.ECN
**Partial Hash:** 59c8188850f06a802dfaab5334382425
**File Name:**  Son_HDD2_8TB.ECO
**Partial Hash:** 3fc7a029383f6aa31eb9becc96f5a4ac
**File Name:**  Son_HDD2_8TB.ECP
**Partial Hash:** cf8ceff4d680e0cb76385673219a9b55
**File Name:**  Son_HDD2_8TB.ECQ
**Partial Hash:** 9e5c86e06b43f78b41f0a951cc7f993e
**File Name:**  Son_HDD2_8TB.ECR
**Partial Hash:** ed8d8981077bb2a1acaf2abd578e852a
**File Name:**  Son_HDD2_8TB.ECS
**Partial Hash:** d936e60a7ed389a7cc4c9f1a3d7be7f7
**File Name:**  Son_HDD2_8TB.ECT
**Partial Hash:** 230ae7aef831b61adf39deba7ce86e5b
**File Name:**  Son_HDD2_8TB.ECU
**Partial Hash:** fb99d0afda05e5a6be696a039e0f1add
**File Name:**  Son_HDD2_8TB.ECV
**Partial Hash:** 9fecbdc3ad0e0f69855fbb156c291d8b
**File Name:**  Son_HDD2_8TB.ECW
**Partial Hash:** 44a9f6c7794fa57702f5c1074932f366
**File Name:**  Son_HDD2_8TB.ECX
**Partial Hash:** 7953177585e83d25a293ef765dd52d4c
**File Name:**  Son_HDD2_8TB.ECY
**Partial Hash:** 4329d14b502167ae26a2cbe6dcd8598e
**File Name:**  Son_HDD2_8TB.ECZ
**Partial Hash:** 925c51000a0ff7abd45d0b94f0ca21e4
**File Name:**  Son_HDD2_8TB.EDA
**Partial Hash:** 7d343e4d35f37dafeeccda6f6acde9b9

**File Name:**   Son_HDD2_8TB.EDB

**Partial Hash:** 3469e8ad0971b9c81799b59a32075cdf

**File Name:**   Son_HDD2_8TB.EDC

**Partial Hash:** a3e5db18f3f2daa432da7ea69fbcf718

**File Name:**   Son_HDD2_8TB.EDD

**Partial Hash:** 1bfcd935c74af6fb904e9181b7e41fe3

**File Name:**   Son_HDD2_8TB.EDE

**Partial Hash:** d2d6c3f1a23ca7c4e301ec1993ad6a40

**File Name:**   Son_HDD2_8TB.EDF

**Partial Hash:** b678637720b66a2ac667ae4f7127b12a

**File Name:**   Son_HDD2_8TB.EDG

**Partial Hash:** e72d395fe5de3937916051f94195eaa0

**File Name:**   Son_HDD2_8TB.EDH

**Partial Hash:** 5feaa3efeac13f25721691f495e9a34c

**File Name:**   Son_HDD2_8TB.EDI

**Partial Hash:** b2fea13e8b31c2d6949d5009f8bc5de5

**File Name:**   Son_HDD2_8TB.EDJ

**Partial Hash:** ead9e286c75f2a344672497ae1518d6b

**File Name:**   Son_HDD2_8TB.EDK

**Partial Hash:** 629d29aa2e3c3c7ba4ceb5e33ef18ea9

**File Name:**   Son_HDD2_8TB.EDL

**Partial Hash:** 3b61061827d8ad4752f56f6a81fe51d9

**File Name:**   Son_HDD2_8TB.EDM

**Partial Hash:** 4c09b9658528b4c75d60717e17af7eb4

**File Name:**   Son_HDD2_8TB.EDN

**Partial Hash:** 9cec5de1d593e4748a4d3074cdb5ec13

**File Name:**   Son_HDD2_8TB.EDO

**Partial Hash:** e8e31d93afe294ea6cbdc633d5b5442a

**File Name:**   Son_HDD2_8TB.EDP

**Partial Hash:** a00c2a2112fc431f4c23e3edd48d9885

**File Name:**   Son_HDD2_8TB.EDQ

**Partial Hash:** 97887aebee1186ad14a9eed0f087b606

**File Name:**   Son_HDD2_8TB.EDR

**Partial Hash:** 9f8e2ea4c30313deb1ffb9dc8c587767

**File Name:**   Son_HDD2_8TB.EDS

**Partial Hash:** b8d5fd874b92b21301e7f91d83b4fb5e

**File Name:**   Son_HDD2_8TB.EDT

**Partial Hash:** bd0aa76f2a3f33e8b677756ee05fe628

**File Name:**   Son_HDD2_8TB.EDU

**Partial Hash:** 4a8cf068524588f83146b656df430297

**File Name:**   Son_HDD2_8TB.EDV

**Partial Hash:** bf459eef0a2819231dcb84766f2fd8ab

**File Name:**   Son_HDD2_8TB.EDW

**Partial Hash:** fdcc1be5f11c6248f1875c73fc46e617

**File Name:**   Son_HDD2_8TB.EDX

**Partial Hash:** bb7eae531388bc1c805918830abe68ea

**File Name:**   Son_HDD2_8TB.EDY

**Partial Hash:** 4444a94440de6e531aa51ac35c0d8c92

**File Name:**   Son_HDD2_8TB.EDZ

**Partial Hash:** 27cee8c5f5ec8337ffc206ca756be9e8

**File Name:**   Son_HDD2_8TB.EEA

**Partial Hash:** b58929e9d096f2087701f8d4aaf512b6

**File Name:**   Son_HDD2_8TB.EEB

**Partial Hash:** 90872db97d01aa73a65a5afa94b78014

**File Name:**   Son_HDD2_8TB.EEC

**Partial Hash:** ff3219808c0dd2d3e63e5a1c218cb495

**File Name:**   Son_HDD2_8TB.EED

**Partial Hash:** 7e550251214277981b8d3601f5d857d5

**File Name:**   Son_HDD2_8TB.EEE

**Partial Hash:** 370c3db3d9ecbe8e4c11a0f6988b026d

**File Name:**   Son_HDD2_8TB.EEF

**Partial Hash:** 7fccaaef1e0a17b233a0f8204e5b933a

**File Name:**   Son_HDD2_8TB.EEG

**Partial Hash:** df9b3ab7169253e92bc4842abcb1f8e5

**File Name:**   Son_HDD2_8TB.EEH

**Partial Hash:** c1c6081d855d1e05868cc401ae612a5b

**File Name:**   Son_HDD2_8TB.EEI

**Partial Hash:** 2d592e9a09fdaa58f7325fd137496630

**File Name:**   Son_HDD2_8TB.EEJ

**Partial Hash:** 7a41be530f842d43775f00fa39ba21f9

**File Name:**   Son_HDD2_8TB.EEK

**Partial Hash:** 79b7210b777e7aa34e8d65fea1c5002a

**File Name:**   Son_HDD2_8TB.EEL

**Partial Hash:** 3b7dc82ae1aa01c12fa27e04d34ef821

**File Name:**   Son_HDD2_8TB.EEM

**Partial Hash:** 87e6c47ee067dd71a581385811d1d53e

**File Name:**   Son_HDD2_8TB.EEN

**Partial Hash:** d6b6f128977e3449a538650e3c848b40

**File Name:**   Son_HDD2_8TB.EEO

**Partial Hash:** 03bcbb0c20c70a6fb53cf1819d6848fe

**File Name:**   Son_HDD2_8TB.EEP

**Partial Hash:** b0e293e282ce2dd9dd2ba9ed49db2f3e

**File Name:**   Son_HDD2_8TB.EEQ

**Partial Hash:** b147997ec90fef0fd45a42afe76f861c

**File Name:**   Son_HDD2_8TB.EER

**Partial Hash:** e4375a6e8b3c83547b11caf7eb61e1b0

**File Name:**   Son_HDD2_8TB.EES

**Partial Hash:** 3990d774832c9433150036c5fb616e2e

**File Name:**   Son_HDD2_8TB.EET

**Partial Hash:** 00a375427e2e432f08b9da75915312ff

**File Name:**   Son_HDD2_8TB.EEU

**Partial Hash:** d120ff76ffbbaf3d848f227853582490

**File Name:**   Son_HDD2_8TB.EEV

**Partial Hash:** 7836aee4a82d73c333164dc246cf6efa

**File Name:**   Son_HDD2_8TB.EEW

**Partial Hash:** 3b71e5a53fdcfcbeb259abb1fb2de40e

**File Name:**   Son_HDD2_8TB.EEX

**Partial Hash:** 88eacf92bd48a9c4f89a1c2b52a87d7f

**File Name:**   Son_HDD2_8TB.EEY

**Partial Hash:** d2b1f0f2fe5af7b0589402270ac49e9a

**File Name:**   Son_HDD2_8TB.EEZ

**Partial Hash:** 90a384e5393b46e727520f9f39e09537

**File Name:**   Son_HDD2_8TB.EFA

**Partial Hash:** db8adcd5b41b9d4f7488d2469ef3f33c

**File Name:**   Son_HDD2_8TB.EFB

**Partial Hash:** 84e71c84ba9d12e70f3ba845146bb156

**File Name:** Son_HDD2_8TB.EFC

**Partial Hash:** 7051ad604885b6376abda0c6af2dd6e6

**File Name:** Son_HDD2_8TB.EFD

**Partial Hash:** 1f6f346797ba7a5da2e11322e44891cd

**File Name:** Son_HDD2_8TB.EFE

**Partial Hash:** ceb3a54992d1b61d4fb32008e97ee7f8

**File Name:** Son_HDD2_8TB.EFF

**Partial Hash:** f22e704ed69e464c20b7b705e554a618

**File Name:** Son_HDD2_8TB.EFG

**Partial Hash:** e42b1c8d8cc9b67f9e806d6d6646b0b4

**File Name:** Son_HDD2_8TB.EFH

**Partial Hash:** 1a0760d371d42e9ed436e27ac8924c47

**File Name:** Son_HDD2_8TB.EFI

**Partial Hash:** 7f1b26a9214a9f7068f50a7788af1b4f

**File Name:** Son_HDD2_8TB.EFJ

**Partial Hash:** eb327ea0c05e676ca033cd9407c69a0e

**File Name:** Son_HDD2_8TB.EFK

**Partial Hash:** fd4715cb0000611d6f8fd21368641f3a

**File Name:** Son_HDD2_8TB.EFL

**Partial Hash:** 6828f1b7c8b852492a77c42db02ae735

**File Name:** Son_HDD2_8TB.EFM

**Partial Hash:** 1386af08f7122ed645a36e3f952c2085

**File Name:** Son_HDD2_8TB.EFN

**Partial Hash:** 52b2658f74a519645490049be6b6a4f6

**File Name:** Son_HDD2_8TB.EFO

**Partial Hash:** 270c7beaf3c1db0f7c926b708e8a6dba

**File Name:** Son_HDD2_8TB.EFP

**Partial Hash:** 4de4b3d2e247650fe84142830aa88e99

**File Name:** Son_HDD2_8TB.EFQ

**Partial Hash:** 1db41b39d68642c8176d19a33dcbb118

**File Name:** Son_HDD2_8TB.EFR

**Partial Hash:** ad0392bc4f5a96076576d497c9c4fc6d

**File Name:** Son_HDD2_8TB.EFS

**Partial Hash:** 1750be6292e864e34d2303cdbf60dbea

**File Name:** Son_HDD2_8TB.EFT

**Partial Hash:** e40d310a3d40e1da8722c4d31f15f356

**File Name:** Son_HDD2_8TB.EFU

**Partial Hash:** 2f5c226503d169b28bd9be4f4fa1cb1b

**File Name:** Son_HDD2_8TB.EFV

**Partial Hash:** 4ff4d2aea3bb03d8d790d616a00c0460

**File Name:** Son_HDD2_8TB.EFW

**Partial Hash:** 383071d18f5b57c91b55ba6373e0c076

**File Name:** Son_HDD2_8TB.EFX

**Partial Hash:** 7353631fef7af513895e142687324002

**File Name:** Son_HDD2_8TB.EFY

**Partial Hash:** 3cf769471c86632d8e02364668523334

**File Name:** Son_HDD2_8TB.EFZ

**Partial Hash:** 4aef36a29d97ffcd27cf540c0d3f145f

**File Name:** Son_HDD2_8TB.EGA

**Partial Hash:** 72a32d2e452f81ee12b9ddf04b334c8f

**File Name:** Son_HDD2_8TB.EGB

**Partial Hash:** 6dc5d6cff9080fcbc8ba398033785b80

**File Name:** Son_HDD2_8TB.EGC

**Partial Hash:** f1b988efbb4ad3821e305a41a155b25b

**File Name:**   Son_HDD2_8TB.EGD

**Partial Hash:** eaf92bbb97e477cc57a7b45715270ba8

**File Name:**   Son_HDD2_8TB.EGE

**Partial Hash:** 8e87046fd393f7d1ed97f85a3ee0c356

**File Name:**   Son_HDD2_8TB.EGF

**Partial Hash:** e7de1b2a6fe809d4e2df11847635b9d9

**File Name:**   Son_HDD2_8TB.EGG

**Partial Hash:** 25a2eda1e9fb4429d56ea0ae26400716

**File Name:**   Son_HDD2_8TB.EGH

**Partial Hash:** 70730fca711bed32ebf42da9bb9bd484

**File Name:**   Son_HDD2_8TB.EGI

**Partial Hash:** d94b484400873562040db5a49bc4455b

**File Name:**   Son_HDD2_8TB.EGJ

**Partial Hash:** 3a92e02c05af360d6bbac61bf0bc08dc

**File Name:**   Son_HDD2_8TB.EGK

**Partial Hash:** 0c124b484a9cde07a8540d4d073a08fd

**File Name:**   Son_HDD2_8TB.EGL

**Partial Hash:** 42a77db311c622b4a09d4ed27405fc99

**File Name:**   Son_HDD2_8TB.EGM

**Partial Hash:** 1b29b253e6909534aa4f02b0b5882e24

**File Name:**   Son_HDD2_8TB.EGN

**Partial Hash:** 0c3d6107a44787af23dc20d7971cc359

**File Name:**   Son_HDD2_8TB.EGO

**Partial Hash:** aadd9d2e2f3ddb7c0fb22cddf43a313e

**File Name:**   Son_HDD2_8TB.EGP

**Partial Hash:** 3e4a446a6048aa0a9decac54eed0c5bb

**File Name:**   Son_HDD2_8TB.EGQ

**Partial Hash:** 3d76daa7e828f06007badd03afeabc8e

**File Name:**   Son_HDD2_8TB.EGR

**Partial Hash:** c045d9ba3f90b938e5c8c46a4e2e571d

**File Name:**   Son_HDD2_8TB.EGS

**Partial Hash:** abcfcf5d7ef29aeb16e8c9ef63d1dc58

**File Name:**   Son_HDD2_8TB.EGT

**Partial Hash:** b7e0e3517a519844f0663e0a0260d18c

**File Name:**   Son_HDD2_8TB.EGU

**Partial Hash:** 92151d4471747df7f7e3d8e889aa742d

**File Name:**   Son_HDD2_8TB.EGV

**Partial Hash:** 0df341bca77c841965330d89a91bfb33

**File Name:**   Son_HDD2_8TB.EGW

**Partial Hash:** dec9f1983d46212141fa91d1d6f9e244

**File Name:**   Son_HDD2_8TB.EGX

**Partial Hash:** 976e9f067eedf62712371dc6b7a67594

**File Name:**   Son_HDD2_8TB.EGY

**Partial Hash:** d0b7c498590e6037022b266b0fd393c7

**File Name:**   Son_HDD2_8TB.EGZ

**Partial Hash:** 22fff9fec877aa8639cbd8ceeaf736db

**File Name:**   Son_HDD2_8TB.EHA

**Partial Hash:** 94f13eaf0d24fa6e92badbcfa77abd5c

**File Name:**   Son_HDD2_8TB.EHB

**Partial Hash:** 632097ca6067aee94c756ac520dc82bb

**File Name:**   Son_HDD2_8TB.EHC

**Partial Hash:** 791e333d620bb5430310987b082c0a56

**File Name:** Son_HDD2_8TB.EHD
**Partial Hash:** 3f725ed8558d28df152eea33e4b7bfe8
**File Name:** Son_HDD2_8TB.EHE
**Partial Hash:** 6ddc260ce4a3e741265ae022f7df7d37
**File Name:** Son_HDD2_8TB.EHF
**Partial Hash:** b02f652ac37acfb32c8bc9ebbe65a750
**File Name:** Son_HDD2_8TB.EHG
**Partial Hash:** a4b935cb4d2dc892a83f852edc582253
**File Name:** Son_HDD2_8TB.EHH
**Partial Hash:** 8fbc8807d89c31002eaa70c0c93b4782
**File Name:** Son_HDD2_8TB.EHI
**Partial Hash:** c3306d2e6af5af4cba30c155f6bb0248
**File Name:** Son_HDD2_8TB.EHJ
**Partial Hash:** 7cf82f915e471e57f4f821e3d8211a83
**File Name:** Son_HDD2_8TB.EHK
**Partial Hash:** a31636a972233de1eab8b44bd7b459f2
**File Name:** Son_HDD2_8TB.EHL
**Partial Hash:** 662ff088eb0d9fbcdaa449eba3dafff0
**File Name:** Son_HDD2_8TB.EHM
**Partial Hash:** ff67523d9517d5cc78506b211e29431b
**File Name:** Son_HDD2_8TB.EHN
**Partial Hash:** ed18eee37537ae192a1bc2d395ace61f
**File Name:** Son_HDD2_8TB.EHO
**Partial Hash:** 3cd90756f8bec20a67ff5dd07d4cd60d
**File Name:** Son_HDD2_8TB.EHP
**Partial Hash:** 04c46d24d4f7cee2ff51b91208446a3e
**File Name:** Son_HDD2_8TB.EHQ
**Partial Hash:** 4595811b260b0ada6187b32d0db8f9e8
**File Name:** Son_HDD2_8TB.EHR
**Partial Hash:** 3193f9b7ef33772c6d6b249f7a6245bd
**File Name:** Son_HDD2_8TB.EHS
**Partial Hash:** 113045d40b52f02122bff6d9310e417d
**File Name:** Son_HDD2_8TB.EHT
**Partial Hash:** b0f4dac6edf85cedaeb7cfe6bbdd05b0
**File Name:** Son_HDD2_8TB.EHU
**Partial Hash:** 58c32df693b3592ace70d247db45d503
**File Name:** Son_HDD2_8TB.EHV
**Partial Hash:** e1f284e382be81332c77f113441d7667
**File Name:** Son_HDD2_8TB.EHW
**Partial Hash:** 6a162a0908557194890407234a834251
**File Name:** Son_HDD2_8TB.EHX
**Partial Hash:** ae616b02ad5191956b187cc72b452d93
**File Name:** Son_HDD2_8TB.EHY
**Partial Hash:** adb674a75acccadacaf0cd7486e5514e
**File Name:** Son_HDD2_8TB.EHZ
**Partial Hash:** 2812b2f55c40bb6724e8d117399d2d8d
**File Name:** Son_HDD2_8TB.EIA
**Partial Hash:** cf3ca35b6b3e1170bd008c7de9127a6c
**File Name:** Son_HDD2_8TB.EIB
**Partial Hash:** 2b255e3b0d5436751632edcf91ffb5a0
**File Name:** Son_HDD2_8TB.EIC
**Partial Hash:** f8099f4068ce0ce689a19725f4706b28
**File Name:** Son_HDD2_8TB.EID

**Partial Hash:** a1aed9a95520bba7161bd63aaad81345

**File Name:**   Son_HDD2_8TB.EIE

**Partial Hash:** 7702c3e9b5474d7ccc03fd3c0721bf5f

**File Name:**   Son_HDD2_8TB.EIF

**Partial Hash:** 65dc24d8d82ee76697c035418de93c87

**File Name:**   Son_HDD2_8TB.EIG

**Partial Hash:** 52bf78cb06310b9a60674800d4c79a64

**File Name:**   Son_HDD2_8TB.EIH

**Partial Hash:** e5f9c9008b04abc70f5ec00d3239fdba

**File Name:**   Son_HDD2_8TB.EII

**Partial Hash:** e348644b181497539d148dd7be3c97fa

**File Name:**   Son_HDD2_8TB.EIJ

**Partial Hash:** c32ea93ab858cd3cf2e6e341e8e93f1a

**File Name:**   Son_HDD2_8TB.EIK

**Partial Hash:** a3a0168ccaa2e6dbf589bab772f9ca4e

**File Name:**   Son_HDD2_8TB.EIL

**Partial Hash:** 90c7447dbfbfeb48112b7605b478508a

**File Name:**   Son_HDD2_8TB.EIM

**Partial Hash:** d8b236c083acdb9317b47bf9639800aa

**File Name:**   Son_HDD2_8TB.EIN

**Partial Hash:** aa68bdf694b3a5ba65c14c374d8bd986

**File Name:**   Son_HDD2_8TB.EIO

**Partial Hash:** 6aa63a837394d38e70a024604d4df6ea

**File Name:**   Son_HDD2_8TB.EIP

**Partial Hash:** fe42a2dcb1c03869767da9a15ca276c9

**File Name:**   Son_HDD2_8TB.EIQ

**Partial Hash:** df1d5e0caf2337e0c4c31fbac7831581

**File Name:**   Son_HDD2_8TB.EIR

**Partial Hash:** a31e4077bb67abd820d30edb23204568

**File Name:**   Son_HDD2_8TB.EIS

**Partial Hash:** 466670b8da78fb73f801a14437f1acfa

**File Name:**   Son_HDD2_8TB.EIT

**Partial Hash:** 858d707156a99cc80552d67d0c874b47

**File Name:**   Son_HDD2_8TB.EIU

**Partial Hash:** deaaa9b7070b366f3b742322e716fd84

**File Name:**   Son_HDD2_8TB.EIV

**Partial Hash:** 7d145ce5fc94f3f2cafa2f9c6726d52b

**File Name:**   Son_HDD2_8TB.EIW

**Partial Hash:** 5043d665ed7fe23cd8f83630bb4ae2af

**File Name:**   Son_HDD2_8TB.EIX

**Partial Hash:** 4978999d1e229cd3bdc592234bd3293c

**File Name:**   Son_HDD2_8TB.EIY

**Partial Hash:** 88bc29b50cfb7c1456178e7871dc932d

**File Name:**   Son_HDD2_8TB.EIZ

**Partial Hash:** ee867add2f3c385c3559ec84dd7cbfe8

**File Name:**   Son_HDD2_8TB.EJA

**Partial Hash:** 8e81af913f13190cd47113dd5ba271ba

**File Name:**   Son_HDD2_8TB.EJB

**Partial Hash:** 18839197a406a2ae887f5c7ee31ee2dd

**File Name:**   Son_HDD2_8TB.EJC

**Partial Hash:** 47219fe3a8f6b6291315edd9299884bd

**File Name:**   Son_HDD2_8TB.EJD

**Partial Hash:** a0e572fe482c4771a10bd88ac20d6dea

**File Name:** Son_HDD2_8TB.EJE
**Partial Hash:** 137993548eeeccfeceae0f19b6d7677a
**File Name:** Son_HDD2_8TB.EJF
**Partial Hash:** f7d2da690991d4549a21a877f9d8a8fd
**File Name:** Son_HDD2_8TB.EJG
**Partial Hash:** df43b116a34ddfb321485efd4086ee4e
**File Name:** Son_HDD2_8TB.EJH
**Partial Hash:** 5fbb7721b3319b8841854c1a3d3bfba2
**File Name:** Son_HDD2_8TB.EJI
**Partial Hash:** 2e31818204aa3d072388b439ed0fedcf
**File Name:** Son_HDD2_8TB.EJJ
**Partial Hash:** d57380daaf7f32e522d063b7ec1d5069
**File Name:** Son_HDD2_8TB.EJK
**Partial Hash:** e2d8a405e74eb8f0863a86d2ec81d6ea
**File Name:** Son_HDD2_8TB.EJL
**Partial Hash:** 3f53b0fc91774739422c075f5cb25a23
**File Name:** Son_HDD2_8TB.EJM
**Partial Hash:** bd8b04eb7ae75beb1c38f10b688c27ad
**File Name:** Son_HDD2_8TB.EJN
**Partial Hash:** 2da0ee2fb51664c5a78956e188043c3c
**File Name:** Son_HDD2_8TB.EJO
**Partial Hash:** 9ff32d1b9ae2918890427149de47f48a
**File Name:** Son_HDD2_8TB.EJP
**Partial Hash:** 4ce5a850aa05d30e7e87cea16847a624
**File Name:** Son_HDD2_8TB.EJQ
**Partial Hash:** 4ed31882823674d23e910df29028f1a2
**File Name:** Son_HDD2_8TB.EJR
**Partial Hash:** 4875ab2a80597cd9278b305ba7f8a62b
**File Name:** Son_HDD2_8TB.EJS
**Partial Hash:** e4bc88e273eafaac4426239c7f3c8608
**File Name:** Son_HDD2_8TB.EJT
**Partial Hash:** 87f237fd4b2e4e3980f30101e0939161
**File Name:** Son_HDD2_8TB.EJU
**Partial Hash:** 5cdc54d82970bdcaf272a8f95ca922b1
**File Name:** Son_HDD2_8TB.EJV
**Partial Hash:** 5a00822cfdaddc1607cfaf9546cf2221
**File Name:** Son_HDD2_8TB.EJW
**Partial Hash:** ff5d34c9ff25735f4a0a6de1356e3d49
**File Name:** Son_HDD2_8TB.EJX
**Partial Hash:** 29fc5a55d4f32c1a64e32968a6f7ff2b
**File Name:** Son_HDD2_8TB.EJY
**Partial Hash:** 39517ef03c5a0316aa60cbc03e6247de
**File Name:** Son_HDD2_8TB.EJZ
**Partial Hash:** 089d63c9bb92fb2244df0a4ca36be5ab
**File Name:** Son_HDD2_8TB.EKA
**Partial Hash:** 08604728b124c7359e43fcd197fa09a8
**File Name:** Son_HDD2_8TB.EKB
**Partial Hash:** 9fe213cdcb184b40a39405f1d12c07e5
**File Name:** Son_HDD2_8TB.EKC
**Partial Hash:** 87c0a5d9a6285a20e6a7e131ebee9f31
**File Name:** Son_HDD2_8TB.EKD
**Partial Hash:** b07cfe1be1ea068ec99940be20259e24
**File Name:** Son_HDD2_8TB.EKE

**Partial Hash:** 29f9b70841ac60ecf766f3a5ae790cb2

**File Name:** Son_HDD2_8TB.EKF

**Partial Hash:** 579b9ef9ce87fd59d7228d7a7c70d0f6

**File Name:** Son_HDD2_8TB.EKG

**Partial Hash:** b39a83a4f87a853d6d5e8352e759b524

**File Name:** Son_HDD2_8TB.EKH

**Partial Hash:** a0b6dc7c6be329934d6769c875fc6944

**File Name:** Son_HDD2_8TB.EKI

**Partial Hash:** 6db0b3385729ffbcc7909dc1ed105906

**File Name:** Son_HDD2_8TB.EKJ

**Partial Hash:** 069a95c2f0796d4ff5a39a65b2f8f486

**File Name:** Son_HDD2_8TB.EKK

**Partial Hash:** 609c9e8af47f3d8dcbbd2792e9c18a30

**File Name:** Son_HDD2_8TB.EKL

**Partial Hash:** a828ae244328a1578da5ba592e014e83

**File Name:** Son_HDD2_8TB.EKM

**Partial Hash:** 263c6c4e82058474779f342de6cd7264

**File Name:** Son_HDD2_8TB.EKN

**Partial Hash:** 4b48182ba43448d35631cf75a99e9f5e

**File Name:** Son_HDD2_8TB.EKO

**Partial Hash:** 16a037350c4a4dd01b6a7fcf28d28f7d

**File Name:** Son_HDD2_8TB.EKP

**Partial Hash:** 3d987b1ce447f9811b918e3cfdcdea04

**File Name:** Son_HDD2_8TB.EKQ

**Partial Hash:** 4e8e063d765ca2b5f5cbd4956b597461

**File Name:** Son_HDD2_8TB.EKR

**Partial Hash:** 70b9726dd2f77679166ffab0eb4b1889

**File Name:** Son_HDD2_8TB.EKS

**Partial Hash:** 0f10fabe8b03c56eda65ed6e6398bb87

**File Name:** Son_HDD2_8TB.EKT

**Partial Hash:** 6c0bd8f755597788dc2d186ac7c1ed1c

**File Name:** Son_HDD2_8TB.EKU

**Partial Hash:** 357f5129e83fef8620d1cf84fa11c1a9

**File Name:** Son_HDD2_8TB.EKV

**Partial Hash:** c7b80687c54555d81a5fd73913397bbe

**File Name:** Son_HDD2_8TB.EKW

**Partial Hash:** 1855993a2b0843b44689b44c1037be81

**File Name:** Son_HDD2_8TB.EKX

**Partial Hash:** fa042bc1b91e0a43def566dd5a5d09d2

**File Name:** Son_HDD2_8TB.EKY

**Partial Hash:** d3fb0b51db180311179992aee90b44c5

**File Name:** Son_HDD2_8TB.EKZ

**Partial Hash:** 152269ac48c5bf4af93e5254db28ee91

**File Name:** Son_HDD2_8TB.ELA

**Partial Hash:** 8dbdeef0c02f4e32dc647da907b56e78

**File Name:** Son_HDD2_8TB.ELB

**Partial Hash:** dae216ef276d83d3a2611ca74da56b69

**File Name:** Son_HDD2_8TB.ELC

**Partial Hash:** aa3974309bfae9596523dd63e8c96563

**File Name:** Son_HDD2_8TB.ELD

**Partial Hash:** d039bdcb76f1ab35feca8c6f40a38ef9

**File Name:** Son_HDD2_8TB.ELE

**Partial Hash:** 5ecabe2035f3116b02920c063bdf2555

**File Name:**   Son_HDD2_8TB.ELF

**Partial Hash:** 601f4ec049527979dda5e1dd2277cb5b

**File Name:**   Son_HDD2_8TB.ELG

**Partial Hash:** 1c38e26ff287f51d8660b6f414404b05

**File Name:**   Son_HDD2_8TB.ELH

**Partial Hash:** de942e177ece5b122c6d8ccfe75acbff

**File Name:**   Son_HDD2_8TB.ELI

**Partial Hash:** 71d358e8f371cc281254275878fb25d1

**File Name:**   Son_HDD2_8TB.ELJ

**Partial Hash:** c727dd500744bb8181cbf54202159837

**File Name:**   Son_HDD2_8TB.ELK

**Partial Hash:** 0a4887b036078fd4da7f782d9870549b

**File Name:**   Son_HDD2_8TB.ELL

**Partial Hash:** c441320b7d2b129c82b2383b41d1aab3

**File Name:**   Son_HDD2_8TB.ELM

**Partial Hash:** 9196c99bbfe78fb77179434db77c1628

**File Name:**   Son_HDD2_8TB.ELN

**Partial Hash:** 0ee517fdbc9184eb25f40937c1bd109c

**File Name:**   Son_HDD2_8TB.ELO

**Partial Hash:** 6d54c171fedc7715042c32a4a5c6f2cb

**File Name:**   Son_HDD2_8TB.ELP

**Partial Hash:** e467f3d8d0856f314cf21e6d74f5aa41

**File Name:**   Son_HDD2_8TB.ELQ

**Partial Hash:** a539acc60f611f6c285dd9641d449b9d

**File Name:**   Son_HDD2_8TB.ELR

**Partial Hash:** 4e7301857e67189c618bcf55abb852a7

**File Name:**   Son_HDD2_8TB.ELS

**Partial Hash:** 94a47cff389610b9428c5cd798a1be82

**File Name:**   Son_HDD2_8TB.ELT

**Partial Hash:** c2d6871cd3744222fbe166f2767299b6

**File Name:**   Son_HDD2_8TB.ELU

**Partial Hash:** 899177f200a7b689db57e7514c1d6c43

**File Name:**   Son_HDD2_8TB.ELV

**Partial Hash:** 900b9310daabbb2309a902e4d0453de4

**File Name:**   Son_HDD2_8TB.ELW

**Partial Hash:** 2e98747bff5c7881a2e55a5185e4b9fe

**File Name:**   Son_HDD2_8TB.ELX

**Partial Hash:** 0b7414a10741d17610c17654c4e9dfc0

**File Name:**   Son_HDD2_8TB.ELY

**Partial Hash:** f62c6f086c2e9900578df744eadf1ae9

**File Name:**   Son_HDD2_8TB.ELZ

**Partial Hash:** 4f69a5c8974fa88f4dc8d2a91008b2f2

**File Name:**   Son_HDD2_8TB.EMA

**Partial Hash:** eea58a441cd43a6cdd4481b490202953

**File Name:**   Son_HDD2_8TB.EMB

**Partial Hash:** f1ded843f5a084437ec9f116e232ea1e

**File Name:**   Son_HDD2_8TB.EMC

**Partial Hash:** 97bcc7f422d89aa17d234ae0afd7dbd4

**File Name:**   Son_HDD2_8TB.EMD

**Partial Hash:** e1029b25e048457c5a51285f92eb4613

**File Name:**   Son_HDD2_8TB.EME

**Partial Hash:** d1ac18589d8cb338f1e1487f72f381ed

**File Name:**   Son_HDD2_8TB.EMF

**Partial Hash:** 5ea09f05b410b28025969c5ad90d6e8a
**File Name:**   Son_HDD2_8TB.EMG
**Partial Hash:** 452cd317f71e8b01103ebae2acc0801c
**File Name:**   Son_HDD2_8TB.EMH
**Partial Hash:** ae5f50e762416787179d70bc1ca7b4ae
**File Name:**   Son_HDD2_8TB.EMI
**Partial Hash:** e4c13ccf64c8fb2d0de188459ff1b8fd
**File Name:**   Son_HDD2_8TB.EMJ
**Partial Hash:** 4986633e066f6fe30a17dc6b2d4da71c
**File Name:**   Son_HDD2_8TB.EMK
**Partial Hash:** 7e8474221238ccccf79408bb02278f6c
**File Name:**   Son_HDD2_8TB.EML
**Partial Hash:** 6f78f3ad131c19fec380fd36eaab33e8
**File Name:**   Son_HDD2_8TB.EMM
**Partial Hash:** 4ea979c74c2efc4bbae88002f70bcfd4
**File Name:**   Son_HDD2_8TB.EMN
**Partial Hash:** fb51b25db1ccf4dc714c26a822cb0ab8
**File Name:**   Son_HDD2_8TB.EMO
**Partial Hash:** f58f53fe38eb2304baa13e181ad4ff18
**File Name:**   Son_HDD2_8TB.EMP
**Partial Hash:** 39c42dac4b4aec555e4e644c9bad9ac0
**File Name:**   Son_HDD2_8TB.EMQ
**Partial Hash:** 9788da02f80cb8cd88856f4c6d299e01
**File Name:**   Son_HDD2_8TB.EMR
**Partial Hash:** 21d499aa11d6dbc72295b5787cecb5e4
**File Name:**   Son_HDD2_8TB.EMS
**Partial Hash:** dcbbab75c0963084d1bf3fca7926e410
**File Name:**   Son_HDD2_8TB.EMT
**Partial Hash:** 01cf4f33241217b79065a669bdc62371
**File Name:**   Son_HDD2_8TB.EMU
**Partial Hash:** ef5a9154a3780b7fe86eae47741c868e
**File Name:**   Son_HDD2_8TB.EMV
**Partial Hash:** 8ec76b103e28d066d3d629e33d457a9c
**File Name:**   Son_HDD2_8TB.EMW
**Partial Hash:** 680d2651df11685483f3debeaab01871
**File Name:**   Son_HDD2_8TB.EMX
**Partial Hash:** b5f63dc7a2b402f5cf23ce4d4fcf4aed
**File Name:**   Son_HDD2_8TB.EMY
**Partial Hash:** 6181560584092e5e51ad771885b826e2
**File Name:**   Son_HDD2_8TB.EMZ
**Partial Hash:** bec237fe3e934f0cd2e9b7f43f410a8e
**File Name:**   Son_HDD2_8TB.ENA
**Partial Hash:** e3873faa8d74eb8f37202da449d86de2
**File Name:**   Son_HDD2_8TB.ENB
**Partial Hash:** 2f4d6269d3c7bb3ef321d233905044c2
**File Name:**   Son_HDD2_8TB.ENC
**Partial Hash:** 91a8f4bf2a34c576a8bdada0b0303cb3
**File Name:**   Son_HDD2_8TB.END
**Partial Hash:** 50b62b44ec6304b4f8ec4482c6c0e53e
**File Name:**   Son_HDD2_8TB.ENE
**Partial Hash:** 4b5b0a7eb8b81288c7a9658bfefb9a7c
**File Name:**   Son_HDD2_8TB.ENF
**Partial Hash:** 3e0bed128fb52e1b832d77e6893b5ef7

**File Name:**   Son_HDD2_8TB.ENG
**Partial Hash:** 370f38f29cebe76ee319700b8c78dfa7
**File Name:**   Son_HDD2_8TB.ENH
**Partial Hash:** e5750f8b74aeab183e29a2250f90244d
**File Name:**   Son_HDD2_8TB.ENI
**Partial Hash:** fe6caa339d8ffdcdde7b7d8b273228b2
**File Name:**   Son_HDD2_8TB.ENJ
**Partial Hash:** 6f19579d44cf2cd8b37e2f02f1d223d0
**File Name:**   Son_HDD2_8TB.ENK
**Partial Hash:** 5e6c515ebd5c28c4702094455657cc5c
**File Name:**   Son_HDD2_8TB.ENL
**Partial Hash:** 810768ebdcebb2a0fa86cf27f904925f
**File Name:**   Son_HDD2_8TB.ENM
**Partial Hash:** 07df0b8c69859484c3c64536024a7c42
**File Name:**   Son_HDD2_8TB.ENN
**Partial Hash:** 4fcdb59591c06f48b4a410420a0e4609
**File Name:**   Son_HDD2_8TB.ENO
**Partial Hash:** 8f1fa11e0a6b86602b42827334b65bfd
**File Name:**   Son_HDD2_8TB.ENP
**Partial Hash:** 01deb8e33b9ba876d54f96b27fa08b78
**File Name:**   Son_HDD2_8TB.ENQ
**Partial Hash:** 08efdf0ff9669fea1a7abdaaeadfe9a0
**File Name:**   Son_HDD2_8TB.ENR
**Partial Hash:** 4364b59b3633e5ea1990318c8206d616
**File Name:**   Son_HDD2_8TB.ENS
**Partial Hash:** e9e53496d6aa7d845e9725ea0dffcbd6
**File Name:**   Son_HDD2_8TB.ENT
**Partial Hash:** 4c550cbc0193960465d122547c804304
**File Name:**   Son_HDD2_8TB.ENU
**Partial Hash:** 04d2b49fe04e0e74e81aac6ca5165430
**File Name:**   Son_HDD2_8TB.ENV
**Partial Hash:** fbd84a0cc664a1e14bc05535ae7aa01e
**File Name:**   Son_HDD2_8TB.ENW
**Partial Hash:** 0d9d88b5f1f3c16cc0b363d6aa742184
**File Name:**   Son_HDD2_8TB.ENX
**Partial Hash:** 720cc7dfd336ae2fc52b4ffd8468f223
**File Name:**   Son_HDD2_8TB.ENY
**Partial Hash:** fa24833856b32d3250c67db480b6d913
**File Name:**   Son_HDD2_8TB.ENZ
**Partial Hash:** 09b3feda91345f74b53fb61ae72a6122
**File Name:**   Son_HDD2_8TB.EOA
**Partial Hash:** afae7057a42e76b56e2f3afe31148b41
**File Name:**   Son_HDD2_8TB.EOB
**Partial Hash:** 640710b7650014885876562c7052610d
**File Name:**   Son_HDD2_8TB.EOC
**Partial Hash:** 2ab5ca286ad6b16c96e54196d2df204f
**File Name:**   Son_HDD2_8TB.EOD
**Partial Hash:** c591dfebb06340d927fa72fee72fefeb
**File Name:**   Son_HDD2_8TB.EOE
**Partial Hash:** 7639b5f1f5f294619a063cd6c76b09df
**File Name:**   Son_HDD2_8TB.EOF
**Partial Hash:** 225ec2441201c0ae02cf71af999e6899
**File Name:**   Son_HDD2_8TB.EOG

**Partial Hash:** aa67fb8a7e26cbae81f53ba1caeae93c

**File Name:**  Son_HDD2_8TB.EOH

**Partial Hash:** b17db03522645b1dd35c62e5f5137eab

**File Name:**  Son_HDD2_8TB.EOI

**Partial Hash:** 2e0d6310f7ee0e98df28d070671735c1

**File Name:**  Son_HDD2_8TB.EOJ

**Partial Hash:** 226f2367fa1d775ee82167294da1cf98

**File Name:**  Son_HDD2_8TB.EOK

**Partial Hash:** c97acdab858590cf82f1ac32fc9c16f1

**File Name:**  Son_HDD2_8TB.EOL

**Partial Hash:** 7d19e671b4a38f1420f36ae6359b0042

**File Name:**  Son_HDD2_8TB.EOM

**Partial Hash:** e87a91c273cbb2ac53e54485f8646e1f

**File Name:**  Son_HDD2_8TB.EON

**Partial Hash:** f49ff8e6b77da51671473bd80c7f63dd

**File Name:**  Son_HDD2_8TB.EOO

**Partial Hash:** 50c3c30798d9e32cf60e9e1b15917bb7

**File Name:**  Son_HDD2_8TB.EOP

**Partial Hash:** 3fa4bc62215022e64a32afa62123451d

**File Name:**  Son_HDD2_8TB.EOQ

**Partial Hash:** c2929ed8e12616f4d753441cb0e8d417

**File Name:**  Son_HDD2_8TB.EOR

**Partial Hash:** 359e3d466f02985e2cdf713df26897c2

**File Name:**  Son_HDD2_8TB.EOS

**Partial Hash:** 85769a62cf0f3628e94b61a06fdf2625

**File Name:**  Son_HDD2_8TB.EOT

**Partial Hash:** 432932646a227d8b157ed5989c0f205c

**File Name:**  Son_HDD2_8TB.EOU

**Partial Hash:** d09d51d6d4aac74cdc095ed64adaf3da

**File Name:**  Son_HDD2_8TB.EOV

**Partial Hash:** e0ca9edaed6e3c425d09fde572404c59

**File Name:**  Son_HDD2_8TB.EOW

**Partial Hash:** c647cd507f930f2caa6c97f10208e0ad

**File Name:**  Son_HDD2_8TB.EOX

**Partial Hash:** b6dbea6813f53b76d376cd70b26d52d9

**File Name:**  Son_HDD2_8TB.EOY

**Partial Hash:** 1060d0c88ba66ca2376ac66e0cc17ee1

**File Name:**  Son_HDD2_8TB.EOZ

**Partial Hash:** 1c560a00a41d0abfa8574a52f2b0d673

**File Name:**  Son_HDD2_8TB.EPA

**Partial Hash:** ac1944d5693e5e3da31fa05c5461e8dc

**File Name:**  Son_HDD2_8TB.EPB

**Partial Hash:** 3f02dbc8cfd79a48cb34f5473386a31c

**File Name:**  Son_HDD2_8TB.EPC

**Partial Hash:** 2264783bf6de618598bf32acf22311f9

**File Name:**  Son_HDD2_8TB.EPD

**Partial Hash:** 2fbd1130e806188df206362d254e979b

**File Name:**  Son_HDD2_8TB.EPE

**Partial Hash:** b8c05b404df8f7dfb78ee197424718f1

**File Name:**  Son_HDD2_8TB.EPF

**Partial Hash:** a1ad5a2f9389a698aa7e8f24c1b3196c

**File Name:**  Son_HDD2_8TB.EPG

**Partial Hash:** c622bbb2e4479501ba89920d710113c7

**File Name:**   Son_HDD2_8TB.EPH
**Partial Hash:** d44826c262b02b4d0fd0c1f28cebaa46
**File Name:**   Son_HDD2_8TB.EPI
**Partial Hash:** dab64445221e604df23996933c90ce8e
**File Name:**   Son_HDD2_8TB.EPJ
**Partial Hash:** 48be41a6b3b60fd46699bc1c71477009
**File Name:**   Son_HDD2_8TB.EPK
**Partial Hash:** a28c885500031a71115d61ddaf9bea6e
**File Name:**   Son_HDD2_8TB.EPL
**Partial Hash:** fe3d34270ffe9f005f3d55887aa83907
**File Name:**   Son_HDD2_8TB.EPM
**Partial Hash:** f5f0ca0f8b7f12cc67def16ad4fbdba3
**File Name:**   Son_HDD2_8TB.EPN
**Partial Hash:** c3fc2be17ede2622ee5a9b1a29dd00a7
**File Name:**   Son_HDD2_8TB.EPO
**Partial Hash:** e16eb13896313a9ca71b8123cf278ad7
**File Name:**   Son_HDD2_8TB.EPP
**Partial Hash:** d0b92eb45cd10b471425b2564017113b
**File Name:**   Son_HDD2_8TB.EPQ
**Partial Hash:** 6b8af35883f1aca547712c2414c8d6da
**File Name:**   Son_HDD2_8TB.EPR
**Partial Hash:** d06f8dc0f5010397947442e9fe1351e6
**File Name:**   Son_HDD2_8TB.EPS
**Partial Hash:** 72065cc0a5c3312666c550043885ec56
**File Name:**   Son_HDD2_8TB.EPT
**Partial Hash:** a151ba54340ad506f075479a3044b4eb
**File Name:**   Son_HDD2_8TB.EPU
**Partial Hash:** ce7bdc85f41288e4f7f9818c9d7516de
**File Name:**   Son_HDD2_8TB.EPV
**Partial Hash:** db66ebf9f42fc3113a81e94d14ffe418
**File Name:**   Son_HDD2_8TB.EPW
**Partial Hash:** 717fae6d726aed293e90ab39bcc7df21
**File Name:**   Son_HDD2_8TB.EPX
**Partial Hash:** 00b3ad1708265349ef63d1dee12275b4
**File Name:**   Son_HDD2_8TB.EPY
**Partial Hash:** f7477523d9706422d0239ba94bfd4b3d
**File Name:**   Son_HDD2_8TB.EPZ
**Partial Hash:** 31a551d72e229070cf0727e065a07569
**File Name:**   Son_HDD2_8TB.EQA
**Partial Hash:** eaf87f527521e450fef586881978d7c4
**File Name:**   Son_HDD2_8TB.EQB
**Partial Hash:** c50cbb8babc2418682ef0e3870a65ada
**File Name:**   Son_HDD2_8TB.EQC
**Partial Hash:** 11b230162bf7aabac57e6a3bde379b97
**File Name:**   Son_HDD2_8TB.EQD
**Partial Hash:** fd10b59bfb47185c226c9d2fdba7bc38
**File Name:**   Son_HDD2_8TB.EQE
**Partial Hash:** 706d793e34e10cde49fbbcbfff2446a0
**File Name:**   Son_HDD2_8TB.EQF
**Partial Hash:** 7a96cfbb596821b13b7480ac4b471691
**File Name:**   Son_HDD2_8TB.EQG
**Partial Hash:** c75929b6f160da096a60a9346444f9cd
**File Name:**   Son_HDD2_8TB.EQH

**Partial Hash:** 0afc70d256339da6986ccfb150177a6c

**File Name:**   Son_HDD2_8TB.EQI

**Partial Hash:** d6d327772078926af192c9326b120073

**File Name:**   Son_HDD2_8TB.EQJ

**Partial Hash:** 8299489737e51ed363e5008ddd6d68ce

**File Name:**   Son_HDD2_8TB.EQK

**Partial Hash:** 0a6499f5fe8c9bc9c753fb9c787df9bf

**File Name:**   Son_HDD2_8TB.EQL

**Partial Hash:** 3250d0584b38f3d433fe2d8dc514e2e0

**File Name:**   Son_HDD2_8TB.EQM

**Partial Hash:** 7a9643b490a09b034ca04e39f16f8daa

**File Name:**   Son_HDD2_8TB.EQN

**Partial Hash:** e30e4c7828841dc25254b9e03b8b6b68

**File Name:**   Son_HDD2_8TB.EQO

**Partial Hash:** bafdd983f0579af5f466bb857e49ce06

**File Name:**   Son_HDD2_8TB.EQP

**Partial Hash:** 7bd1ae6c307c8242d59291f019dd4699

**File Name:**   Son_HDD2_8TB.EQQ

**Partial Hash:** 63744f29b95e3250180a3840d6f2d7e7

**File Name:**   Son_HDD2_8TB.EQR

**Partial Hash:** c7c2dcdb5519a02e3972f8fb93664c84

**File Name:**   Son_HDD2_8TB.EQS

**Partial Hash:** 54e00a611dba5ec7c53f3dc8733a57de

**File Name:**   Son_HDD2_8TB.EQT

**Partial Hash:** 19bc06f894490a88f3a5b2854e16c0c5

**File Name:**   Son_HDD2_8TB.EQU

**Partial Hash:** 9e405ad2335a0cefac0c9319f6558ba3

**File Name:**   Son_HDD2_8TB.EQV

**Partial Hash:** 8180d3bfc60ae1b59f01ab7cd4013595

**File Name:**   Son_HDD2_8TB.EQW

**Partial Hash:** 57c2e72f4b83636f3b9e70ee50694449

**File Name:**   Son_HDD2_8TB.EQX

**Partial Hash:** a5037070cf0728ead3e6ab453cc8cd7c

**File Name:**   Son_HDD2_8TB.EQY

**Partial Hash:** 208ac6be4525d67374be086e5a92db3b

**File Name:**   Son_HDD2_8TB.EQZ

**Partial Hash:** 7b0e7cd35879a2c32e7127d0bb0207bb

**File Name:**   Son_HDD2_8TB.ERA

**Partial Hash:** 75daeff23318767b8cfe0d6c6aaad841

**File Name:**   Son_HDD2_8TB.ERB

**Partial Hash:** cadbd0affc90a577e69bbfc25e9b452e

**File Name:**   Son_HDD2_8TB.ERC

**Partial Hash:** d2916a46cc4184276dcee7e107df27d3

**File Name:**   Son_HDD2_8TB.ERD

**Partial Hash:** 9396038fccb19e33fe105dbfd5b3fa54

**File Name:**   Son_HDD2_8TB.ERE

**Partial Hash:** 36e55ecf68ba85e7f0d001d19bc82acb

**File Name:**   Son_HDD2_8TB.ERF

**Partial Hash:** a00c0075b77e26f87d498e680f6dbe69

**File Name:**   Son_HDD2_8TB.ERG

**Partial Hash:** 67da43d33d81c30606e141b23fd51261

**File Name:**   Son_HDD2_8TB.ERH

**Partial Hash:** cd0fbf220d23b0c851866e911567bd62

**File Name:**   Son_HDD2_8TB.ERI

**Partial Hash:** 045ec21408d8f5badb63d6b71e260f23

**File Name:**   Son_HDD2_8TB.ERJ

**Partial Hash:** 99f4507f33bc5f0999f3188e985e4dfa

**File Name:**   Son_HDD2_8TB.ERK

**Partial Hash:** a97d7fd82d95d1d15c630390f0c33b9a

**File Name:**   Son_HDD2_8TB.ERL

**Partial Hash:** 19a4d46c078f3072087a93a4d88cbbd8

**File Name:**   Son_HDD2_8TB.ERM

**Partial Hash:** b43af4be778aa2d03cdc6b6bc58498ee

**File Name:**   Son_HDD2_8TB.ERN

**Partial Hash:** df1056a23d4aba4bfb627bb0a491193a

**File Name:**   Son_HDD2_8TB.ERO

**Partial Hash:** 5a92701a37572c8c19b989da115d62b5

**File Name:**   Son_HDD2_8TB.ERP

**Partial Hash:** e4fd9ac96554619d5311327819eec59b

**File Name:**   Son_HDD2_8TB.ERQ

**Partial Hash:** ceca4275165aced6f23e3792c9b76113

**File Name:**   Son_HDD2_8TB.ERR

**Partial Hash:** 3cc9143d42007922fb32ac211bf04a99

**File Name:**   Son_HDD2_8TB.ERS

**Partial Hash:** bc608dc37e5bbc1fbae1862e37f49917

**File Name:**   Son_HDD2_8TB.ERT

**Partial Hash:** ba153b7ee6f04b54dcf6fc0437d2c23d

**File Name:**   Son_HDD2_8TB.ERU

**Partial Hash:** 5bd7262e851a3f9ff8acd7d117ce248f

**File Name:**   Son_HDD2_8TB.ERV

**Partial Hash:** d78777cb792bd9ee595463851917c2c9

**File Name:**   Son_HDD2_8TB.ERW

**Partial Hash:** 7c70b7898a4e3efcd0fa4fddb6cec730

**File Name:**   Son_HDD2_8TB.ERX

**Partial Hash:** 4d2bb2ed82833dd745f4c82d1c4f5917

**File Name:**   Son_HDD2_8TB.ERY

**Partial Hash:** 0bc678430b4df214b9444b1d9fc0719b

**File Name:**   Son_HDD2_8TB.ERZ

**Partial Hash:** efc038a207e632f2b78c8b770f1da99e

**File Name:**   Son_HDD2_8TB.ESA

**Partial Hash:** fbb9940d672ab7db3e4eb4f60c9bc740

**File Name:**   Son_HDD2_8TB.ESB

**Partial Hash:** 30f795238e76d6e549c8012baf84cbb2

**File Name:**   Son_HDD2_8TB.ESC

**Partial Hash:** d7fa5f28ff1e16d6213ea8e0b76849dd

**File Name:**   Son_HDD2_8TB.ESD

**Partial Hash:** 259ecfecf4324ac9b367b7888146cb68

**File Name:**   Son_HDD2_8TB.ESE

**Partial Hash:** f1f1fd196680d803012be61362f48d2a

**File Name:**   Son_HDD2_8TB.ESF

**Partial Hash:** 697bb7625827a99a3b88fcae681a471e

**File Name:**   Son_HDD2_8TB.ESG

**Partial Hash:** 2b5c13b8c0eccfd8edc10fddc91300d6

**File Name:**   Son_HDD2_8TB.ESH

**Partial Hash:** 691b3c4e82973a1f31b673f6dfbbde67

**File Name:**   Son_HDD2_8TB.ESI

**Partial Hash:** 8ace1f0a2b170fcbbe19ed2d1761e1f0

**File Name:**   Son_HDD2_8TB.ESJ

**Partial Hash:** 67d941f1a192369fa15920b1fd1d4627

**File Name:**   Son_HDD2_8TB.ESK

**Partial Hash:** 914ea097085e4b30731dbf587ffa0602

**File Name:**   Son_HDD2_8TB.ESL

**Partial Hash:** aaeeb675016633b56ab7bbb5ca3aeffb

**File Name:**   Son_HDD2_8TB.ESM

**Partial Hash:** 7cbb99a82d6e8082747cc9b4090cd975

**File Name:**   Son_HDD2_8TB.ESN

**Partial Hash:** 9f34e492562638ecc1e9188c673f5f87

**File Name:**   Son_HDD2_8TB.ESO

**Partial Hash:** accdc9da782bf76dbc5e01894dddbd76

**File Name:**   Son_HDD2_8TB.ESP

**Partial Hash:** edbe8ba4ace0fa7cc7feab67e871a708

**File Name:**   Son_HDD2_8TB.ESQ

**Partial Hash:** b609639403e5a7612aa37351040c40bf

**File Name:**   Son_HDD2_8TB.ESR

**Partial Hash:** 37cc1623a471021b2f54a009cea085aa