# Audit Log

**Vendor:** Logicube
**Product:** Falcon
**Software Version:** 3.2u1
**Build Date:** Sep 12, 2017 17:10:11 UTC
**Unit Serial Number:** 137028
**Time (Local):** 03:51:03 (GMT +0000)
**Time (UTC):** 03:51:03
**Date:** Mar 05, 2018

## Operation Parameters

**Mode:** DriveToFile
**Method:** E01Capture
**Captured Partition:** 0
**Hash:** MD5
**Image Path:** /var/repo/sas-d1
**LBA Count:** 3907029168
**Source Device:** Hitachi_HUA723020ALA641
**Source Logical Sector Size:** 512
**Segment Size:** 4GB
**Compression Level:** Default
**Hash Enabled:** True
**Verify Hash:** False
**Unlock HPA:** True
**Unlock DCO:** True
**Error Granularity:** 128
**Result:** <span style="color:green">SUCCESS</span>
**Duration:** 04:54:31

## Hash Information

**LBA Count:** 3907029168
**Sector Size:** 512
**Hash Type:** MD5
**Source Hash:** 02e37bb96db8e632164b49bafb6e7f5d

## Case Information

**Case/File Name:** Son_HDD3_2TB
**Case ID:**
**Examiner:** LEEGB
**Evidence ID:**
**Case Notes:**

## Segment Information

**Destination:** UID: SAS_D1/4ED4511735783513
Path: /var/repo/sas-d1/Son_HDD3_2TB
Filesystem: ntfs
Serial: ZFN145YQ

**File Name:** Son_HDD3_2TB.E01
**Partial Hash:** 05bb4b620f4896620dbaa849045864a5
**File Name:** Son_HDD3_2TB.E02
**Partial Hash:** 1aa011ce418aad7b9edfa18a75dcd474
**File Name:** Son_HDD3_2TB.E03
**Partial Hash:** 720ccb24b004f6e1cc54597f1677b16e

**File Name:**   Son_HDD3_2TB.E04
**Partial Hash:** ed0aba8bd55360125b0bf7950436fc8b
**File Name:**   Son_HDD3_2TB.E05
**Partial Hash:** 621361a6fd018512502e0119239338d4
**File Name:**   Son_HDD3_2TB.E06
**Partial Hash:** b8d9b85f09efd1b1906f6c34335b88a4
**File Name:**   Son_HDD3_2TB.E07
**Partial Hash:** 5ef20e829483bf47453094772e81a6ca
**File Name:**   Son_HDD3_2TB.E08
**Partial Hash:** aad7d2e716466b60e84e7611cc337d3d
**File Name:**   Son_HDD3_2TB.E09
**Partial Hash:** e6bc7c8e6d8649a3490cf7d77b3c9db6
**File Name:**   Son_HDD3_2TB.E10
**Partial Hash:** c8cb6692a0f18526230cdf868e3a02c1
**File Name:**   Son_HDD3_2TB.E11
**Partial Hash:** 1ef83f990586ff13c7dab5a48c64e1dd
**File Name:**   Son_HDD3_2TB.E12
**Partial Hash:** bd1114432ba4496bd98d2a4fd32e7741
**File Name:**   Son_HDD3_2TB.E13
**Partial Hash:** 437f5ee660f1f084806ea34b3c33ef2d
**File Name:**   Son_HDD3_2TB.E14
**Partial Hash:** 209a75d7563532557817592a5df95104
**File Name:**   Son_HDD3_2TB.E15
**Partial Hash:** 562edc2b0c87d4d9292c3a498f4e3483
**File Name:**   Son_HDD3_2TB.E16
**Partial Hash:** 1dff8ecc66a9d9467f222b059dd33f7e
**File Name:**   Son_HDD3_2TB.E17
**Partial Hash:** ba5597731e0d99d9ff2e4924bc9a879d
**File Name:**   Son_HDD3_2TB.E18
**Partial Hash:** 090bea3707c998ef444e4e74d8caa0a7
**File Name:**   Son_HDD3_2TB.E19
**Partial Hash:** 0c995b79b60b1def6bc3cb426af063a5
**File Name:**   Son_HDD3_2TB.E20
**Partial Hash:** 32ea3db03939509bc8c2f010a4fad1e1
**File Name:**   Son_HDD3_2TB.E21
**Partial Hash:** 7aea4801cd75651f25eee07b81577faf
**File Name:**   Son_HDD3_2TB.E22
**Partial Hash:** 209a51c0943e153596801526d1ed13fd
**File Name:**   Son_HDD3_2TB.E23
**Partial Hash:** a9079acc07aa0a8a9cba91da3ad0b105
**File Name:**   Son_HDD3_2TB.E24
**Partial Hash:** 7a95c504153f2e5014b4fb9dc1786f43
**File Name:**   Son_HDD3_2TB.E25
**Partial Hash:** de98ee7b3431e4907430910454d035b2
**File Name:**   Son_HDD3_2TB.E26
**Partial Hash:** 804712ead854999a1666278cb1d58d60
**File Name:**   Son_HDD3_2TB.E27
**Partial Hash:** ae3ed5a74ac1795422b2074a8867ff69
**File Name:**   Son_HDD3_2TB.E28
**Partial Hash:** 9a629275f695cfecd6d6b60ae8ad12e6
**File Name:**   Son_HDD3_2TB.E29
**Partial Hash:** ad2c6c6ac2a8be2b402c790989f71a89
**File Name:**   Son_HDD3_2TB.E30
**Partial Hash:** 185d47785df56ccf4e22c6c7820b5806
**File Name:**   Son_HDD3_2TB.E31
**Partial Hash:** 913f59bffeff5fd32079593984de1c3b

**File Name:**   Son_HDD3_2TB.E32
**Partial Hash:** 72c1cf273c08e4b68d10db089c83f3c5
**File Name:**   Son_HDD3_2TB.E33
**Partial Hash:** 4f9d2a70f855d7496a936fbcfc0ad37b
**File Name:**   Son_HDD3_2TB.E34
**Partial Hash:** aaea3515f84cfa312b90e34ede592647
**File Name:**   Son_HDD3_2TB.E35
**Partial Hash:** 96bc5da45fa27e194f8cc66417c3a515
**File Name:**   Son_HDD3_2TB.E36
**Partial Hash:** c29ed60857cc93346fdff83ba303dece
**File Name:**   Son_HDD3_2TB.E37
**Partial Hash:** 60186388e91f93ffe68aeaab7a982b74
**File Name:**   Son_HDD3_2TB.E38
**Partial Hash:** 8bbc71b273a26b09c18b62a41d275354
**File Name:**   Son_HDD3_2TB.E39
**Partial Hash:** 2b1e3c18dd99fa8053231769b0866a0f
**File Name:**   Son_HDD3_2TB.E40
**Partial Hash:** b730d945c09251c5b3b10e591078ca30
**File Name:**   Son_HDD3_2TB.E41
**Partial Hash:** ea10c61891ed72634153c905f0a232ae
**File Name:**   Son_HDD3_2TB.E42
**Partial Hash:** bc6a52321c18a96eea5605acf0df0ee9
**File Name:**   Son_HDD3_2TB.E43
**Partial Hash:** 5cf63361ae42b3a08c437f7880656e0e
**File Name:**   Son_HDD3_2TB.E44
**Partial Hash:** 283b6d68c414a2aa7c534087da8b6e67
**File Name:**   Son_HDD3_2TB.E45
**Partial Hash:** 1aae4d12c5fb8db6ca179d5c3ce91dcc
**File Name:**   Son_HDD3_2TB.E46
**Partial Hash:** 2c2c677e34d72702e90de5e58b93ea27
**File Name:**   Son_HDD3_2TB.E47
**Partial Hash:** 1e750c9985bd655bbb0c066af1430521
**File Name:**   Son_HDD3_2TB.E48
**Partial Hash:** e55f6102eaaac5bd1726c9a18b83503f
**File Name:**   Son_HDD3_2TB.E49
**Partial Hash:** 1183bf42ec713c1526dc93b68ed1e831
**File Name:**   Son_HDD3_2TB.E50
**Partial Hash:** 542ad21cdc8bba236244cddc83c9dc6a
**File Name:**   Son_HDD3_2TB.E51
**Partial Hash:** 2d08326bcbc4e159d932449cd536527e
**File Name:**   Son_HDD3_2TB.E52
**Partial Hash:** 540bac15ab3f9dcbf72fb525dd494591
**File Name:**   Son_HDD3_2TB.E53
**Partial Hash:** e5c0b9adc6b9f174f8aa4b1697172e61
**File Name:**   Son_HDD3_2TB.E54
**Partial Hash:** fe37bbee55ff56248ed6180d04ac86da
**File Name:**   Son_HDD3_2TB.E55
**Partial Hash:** be5c566bad9b91255e5f46e616ab7a27
**File Name:**   Son_HDD3_2TB.E56
**Partial Hash:** 3729e60b9b41bb3c752a1c2b54fe2dba
**File Name:**   Son_HDD3_2TB.E57
**Partial Hash:** f5d37ced9aae331f5aa6cdd2144b9660
**File Name:**   Son_HDD3_2TB.E58
**Partial Hash:** 30f253560f9f0f480306547039108d33
**File Name:**   Son_HDD3_2TB.E59
**Partial Hash:** 4839b7c908881e7cfb5aa42fe461d389

**File Name:**   Son_HDD3_2TB.E60
**Partial Hash:** 5a6b9619efc074a452243a85bdb3e0ae
**File Name:**   Son_HDD3_2TB.E61
**Partial Hash:** d7e91ceb4d028f84fc8260f8d35910a0
**File Name:**   Son_HDD3_2TB.E62
**Partial Hash:** 45c7a48049c5959644f8e6d58037057c
**File Name:**   Son_HDD3_2TB.E63
**Partial Hash:** 9f9fb760c720e8aa32c34f0c7ab008be
**File Name:**   Son_HDD3_2TB.E64
**Partial Hash:** 3046e141486499229a3dd33be09e8c45
**File Name:**   Son_HDD3_2TB.E65
**Partial Hash:** 696fad73ca1cddb553bf307a72aa2ffa
**File Name:**   Son_HDD3_2TB.E66
**Partial Hash:** 9a9375b58dfbb8c44d80182c8bca19ed
**File Name:**   Son_HDD3_2TB.E67
**Partial Hash:** 63ad2c064177d10fc1bed1195824b6c0
**File Name:**   Son_HDD3_2TB.E68
**Partial Hash:** dbfc5c4359373ac45b9238e85f79c26e
**File Name:**   Son_HDD3_2TB.E69
**Partial Hash:** b4110edf2b373734b85afced73aa16ba
**File Name:**   Son_HDD3_2TB.E70
**Partial Hash:** f4ee787aacea389c0fdaec3037a4ed8e
**File Name:**   Son_HDD3_2TB.E71
**Partial Hash:** 823453cc47421b9ab38472e702ebec39
**File Name:**   Son_HDD3_2TB.E72
**Partial Hash:** bb22623011bdfc68d1ed75217d94623d
**File Name:**   Son_HDD3_2TB.E73
**Partial Hash:** acabd7bcf96d7d956af3091c23fbfd38
**File Name:**   Son_HDD3_2TB.E74
**Partial Hash:** 943bc6a0670a54f28f15d19e4fca3214
**File Name:**   Son_HDD3_2TB.E75
**Partial Hash:** bf429cb4681a1bf0237a948468098c73
**File Name:**   Son_HDD3_2TB.E76
**Partial Hash:** 098625fa6f154cd6f86b7c7080d4b46c
**File Name:**   Son_HDD3_2TB.E77
**Partial Hash:** aa9d6512c6517aa45168db6223b76a61
**File Name:**   Son_HDD3_2TB.E78
**Partial Hash:** c6d035e7db575b910ac711bbd8cd6f30
**File Name:**   Son_HDD3_2TB.E79
**Partial Hash:** 37bb36bdb33e1345ffda17769fd674db
**File Name:**   Son_HDD3_2TB.E80
**Partial Hash:** 794c339473adbb5131a333db7f196c9a
**File Name:**   Son_HDD3_2TB.E81
**Partial Hash:** adbb8fd52bdfb201d0bd87d728e957b9
**File Name:**   Son_HDD3_2TB.E82
**Partial Hash:** fbe9a8e66fea6f0ace0a793c1a056157
**File Name:**   Son_HDD3_2TB.E83
**Partial Hash:** a8eff20b8945f7c399c619d0ea8c0536
**File Name:**   Son_HDD3_2TB.E84
**Partial Hash:** b8c416bc79c7aa171c1ea92b2f9d54f1
**File Name:**   Son_HDD3_2TB.E85
**Partial Hash:** bf53a2537c0cf29bb04dd29e9f5f5ac6
**File Name:**   Son_HDD3_2TB.E86
**Partial Hash:** 8778dc7fd07ba1434cc7bc3cbeefc4a7
**File Name:**   Son_HDD3_2TB.E87
**Partial Hash:** 4f7dcbb8feef23efaa59b18a72d26e9a

**File Name:**   Son_HDD3_2TB.E88
**Partial Hash:** d3f9ab40b5bc99e46bbc1ddcfc63bb44
**File Name:**   Son_HDD3_2TB.E89
**Partial Hash:** e45701882abb38d4b830d61cfe3ffd2a
**File Name:**   Son_HDD3_2TB.E90
**Partial Hash:** b516a0c1b7aa749c2794ab017e6ca0d1
**File Name:**   Son_HDD3_2TB.E91
**Partial Hash:** 7ad9a20fdc830eb8ab7e864c86da141f
**File Name:**   Son_HDD3_2TB.E92
**Partial Hash:** fc56316016fd12d03130d707b1b19684
**File Name:**   Son_HDD3_2TB.E93
**Partial Hash:** eb8631736a240cba541889b9b5b0f9c6
**File Name:**   Son_HDD3_2TB.E94
**Partial Hash:** 3e7c36fb7657f1beba2488ed2bac52b0
**File Name:**   Son_HDD3_2TB.E95
**Partial Hash:** 903b4a9d2a807c91245fdf6ca97a5bb8
**File Name:**   Son_HDD3_2TB.E96
**Partial Hash:** b6306a44e43df854bdc964121d9119e4
**File Name:**   Son_HDD3_2TB.E97
**Partial Hash:** 2d187a53f57653e96f001a6037fcd6cb
**File Name:**   Son_HDD3_2TB.E98
**Partial Hash:** d969cdeecfbfcaaa4fa4e37a4e891119
**File Name:**   Son_HDD3_2TB.E99
**Partial Hash:** d32a5e12acba09b7ceff0648c3cd1e24
**File Name:**   Son_HDD3_2TB.EAA
**Partial Hash:** b8375fd6ef5205a5a82995af1ff7e079
**File Name:**   Son_HDD3_2TB.EAB
**Partial Hash:** 6b1fb7b6a37d80bafe185600023c3ffd
**File Name:**   Son_HDD3_2TB.EAC
**Partial Hash:** 457f679c9b65c51abe2c333b1cae07b5
**File Name:**   Son_HDD3_2TB.EAD
**Partial Hash:** fc484e944409c4aff7b29c75bb498019
**File Name:**   Son_HDD3_2TB.EAE
**Partial Hash:** 664309aeedcb5b6acee048026a5af8ea
**File Name:**   Son_HDD3_2TB.EAF
**Partial Hash:** abf656da6723ca6671a4894b2f1b2ce5
**File Name:**   Son_HDD3_2TB.EAG
**Partial Hash:** 88c24c1d2cbb298af807aa00f9618024
**File Name:**   Son_HDD3_2TB.EAH
**Partial Hash:** 6ecdbff61e36d5d5c68ec586376becd8
**File Name:**   Son_HDD3_2TB.EAI
**Partial Hash:** ddc12e7c49b768a3d9960c62b27552ed
**File Name:**   Son_HDD3_2TB.EAJ
**Partial Hash:** 46fc1672554f359a185719de1e8eb426
**File Name:**   Son_HDD3_2TB.EAK
**Partial Hash:** 1ff7d1fb1e1978d0f0346b0ccdd3b858
**File Name:**   Son_HDD3_2TB.EAL
**Partial Hash:** 4e6d24ba8d53ada9d3d6500e65fd7ce1
**File Name:**   Son_HDD3_2TB.EAM
**Partial Hash:** 68f1e8adadd1c31236b33470b99f59b9
**File Name:**   Son_HDD3_2TB.EAN
**Partial Hash:** 42f5121837c8d5b9666258e7758bd8b8
**File Name:**   Son_HDD3_2TB.EAO
**Partial Hash:** 39c8b516d721de7831d9dde4ef9836c5
**File Name:**   Son_HDD3_2TB.EAP
**Partial Hash:** 09ed6bd3445298a76d9e2ef0fcb533c9

**File Name:**   Son_HDD3_2TB.EAQ
**Partial Hash:** ca1e0dc70d4173064ce318bf8f275691
**File Name:**   Son_HDD3_2TB.EAR
**Partial Hash:** 00ddd3619ae152e5ef7f3b8e0d05de6f
**File Name:**   Son_HDD3_2TB.EAS
**Partial Hash:** 2381228332a50a51557801a0ace4cc2e
**File Name:**   Son_HDD3_2TB.EAT
**Partial Hash:** fdaabdaf650c9c07698e83ab21e56bc4
**File Name:**   Son_HDD3_2TB.EAU
**Partial Hash:** 95530a9b87aee6238bb2e3e137730b95
**File Name:**   Son_HDD3_2TB.EAV
**Partial Hash:** e30f21ae9ec4c44da4fea311d1a71a15
**File Name:**   Son_HDD3_2TB.EAW
**Partial Hash:** e960d13db3d84645909b5515ac84a970
**File Name:**   Son_HDD3_2TB.EAX
**Partial Hash:** 11eaaf0b6c6de41cc81d4187b033cc5f
**File Name:**   Son_HDD3_2TB.EAY
**Partial Hash:** e4f9f87de3a2e768ede98cb05ea49060
**File Name:**   Son_HDD3_2TB.EAZ
**Partial Hash:** a2384e68c2778bf8db6f5c7faf5d825f
**File Name:**   Son_HDD3_2TB.EBA
**Partial Hash:** c103298eeded7b8b41c456d44fdb5238
**File Name:**   Son_HDD3_2TB.EBB
**Partial Hash:** e11e58902840d5e886b5e2575fc50fe4
**File Name:**   Son_HDD3_2TB.EBC
**Partial Hash:** 984b51b829a8f78ef561f1f736451795
**File Name:**   Son_HDD3_2TB.EBD
**Partial Hash:** aab4ee8f44b4af8d1234ea3db5876a56
**File Name:**   Son_HDD3_2TB.EBE
**Partial Hash:** 7526651159989e15fd35418968d988f5
**File Name:**   Son_HDD3_2TB.EBF
**Partial Hash:** 9e18fb24487867974a305652141363a1
**File Name:**   Son_HDD3_2TB.EBG
**Partial Hash:** 1adfa1790f66d804fa4787bc48c80241
**File Name:**   Son_HDD3_2TB.EBH
**Partial Hash:** 583eeb0647ea70b3af9bfebf051fe694
**File Name:**   Son_HDD3_2TB.EBI
**Partial Hash:** 7cb527de64f1d3dac3eb765d1e81f1df
**File Name:**   Son_HDD3_2TB.EBJ
**Partial Hash:** 3a1a04a04ed098b2c1fbe1f32d08b069
**File Name:**   Son_HDD3_2TB.EBK
**Partial Hash:** 4b8d07689e2f7b34d7bb1b313a79bc9f
**File Name:**   Son_HDD3_2TB.EBL
**Partial Hash:** e549c674e1f512468ff34efd18739283
**File Name:**   Son_HDD3_2TB.EBM
**Partial Hash:** 279c67963d0966c111f38e0c0edad2b6
**File Name:**   Son_HDD3_2TB.EBN
**Partial Hash:** 748d7cc9e5334eff740115036221358a
**File Name:**   Son_HDD3_2TB.EBO
**Partial Hash:** 562503885bce90531dfe5efe5e0b1011
**File Name:**   Son_HDD3_2TB.EBP
**Partial Hash:** 3af49cfe5ae8ca9c2100ae93e340888f
**File Name:**   Son_HDD3_2TB.EBQ
**Partial Hash:** bc912e60aa4c2c27a9f602006ed14f4f
**File Name:**   Son_HDD3_2TB.EBR
**Partial Hash:** c53677cf414d67ef8f72726c575ae73c

**File Name:**   Son_HDD3_2TB.EBS
**Partial Hash:** 548171701282f3be3c3e31b18ef71ca9
**File Name:**   Son_HDD3_2TB.EBT
**Partial Hash:** fdd2d4c0bb5e19512a2b9d6e9f0f9947
**File Name:**   Son_HDD3_2TB.EBU
**Partial Hash:** 22abe8ec2c5400953c5cb6b652122240
**File Name:**   Son_HDD3_2TB.EBV
**Partial Hash:** 47a7f0ba6c6d8a094eaac9b231e73fe6
**File Name:**   Son_HDD3_2TB.EBW
**Partial Hash:** 9da35fb39697e40ce63f57ab923a6115
**File Name:**   Son_HDD3_2TB.EBX
**Partial Hash:** f1805e98aa21ff6e725f2744c416ad2d
**File Name:**   Son_HDD3_2TB.EBY
**Partial Hash:** 760431b9b0e4a375da40dab7e2b36e00
**File Name:**   Son_HDD3_2TB.EBZ
**Partial Hash:** 66009cf56cc1363a984d8abbad446c71
**File Name:**   Son_HDD3_2TB.ECA
**Partial Hash:** c2be09a821931d089dce0a138541e3ca
**File Name:**   Son_HDD3_2TB.ECB
**Partial Hash:** 200e86a803b24b620867b53995e06bdc
**File Name:**   Son_HDD3_2TB.ECC
**Partial Hash:** 28a3b580b7c85946e380ee1d6f6b0395
**File Name:**   Son_HDD3_2TB.ECD
**Partial Hash:** fb4eb1a31b08f6be01cfeae2e824db14
**File Name:**   Son_HDD3_2TB.ECE
**Partial Hash:** d3f64cfe8f596a04b147a89c123c7860
**File Name:**   Son_HDD3_2TB.ECF
**Partial Hash:** 2a61e288345b0146f8c9381e73cc2e63
**File Name:**   Son_HDD3_2TB.ECG
**Partial Hash:** c290b6910aa507e737b36a082fb3cfb3
**File Name:**   Son_HDD3_2TB.ECH
**Partial Hash:** 02e77df98dcc501e1cda0159b55de8c0
**File Name:**   Son_HDD3_2TB.ECI
**Partial Hash:** 842c02a3582d708854d0fcf43d495845
**File Name:**   Son_HDD3_2TB.ECJ
**Partial Hash:** ff16048527ba24ced5dd5f968ae1b3d9
**File Name:**   Son_HDD3_2TB.ECK
**Partial Hash:** 677f25f66012714dedd9c4af6a890ac9
**File Name:**   Son_HDD3_2TB.ECL
**Partial Hash:** e33e641c3cc4d7748a9f7ccdb9cd8662
**File Name:**   Son_HDD3_2TB.ECM
**Partial Hash:** 3e89277b9a9f4145b486dd575488f9dd
**File Name:**   Son_HDD3_2TB.ECN
**Partial Hash:** 4e420abdb096070cf6b67b3e8e65ffda
**File Name:**   Son_HDD3_2TB.ECO
**Partial Hash:** 08546b473f76e2b15e0dcf0f150c07ae
**File Name:**   Son_HDD3_2TB.ECP
**Partial Hash:** a7679dba9662032d6d5edec6c24797b9
**File Name:**   Son_HDD3_2TB.ECQ
**Partial Hash:** 0ceec40904e4c4fd2437e4f043c2595d
**File Name:**   Son_HDD3_2TB.ECR
**Partial Hash:** 9de5647fe8dae90ce74be1130973d173
**File Name:**   Son_HDD3_2TB.ECS
**Partial Hash:** 144d8c28877d61b02c24221de3d8a990
**File Name:**   Son_HDD3_2TB.ECT
**Partial Hash:** b9ce0b5bbd3bd36bbcca61e2610a3177

**File Name:**   Son_HDD3_2TB.ECU
**Partial Hash:** 3120335aaf752656f10a4ccc23b332b2
**File Name:**   Son_HDD3_2TB.ECV
**Partial Hash:** f96da716355a0a4b756711380aa39093
**File Name:**   Son_HDD3_2TB.ECW
**Partial Hash:** d3ec8422fd17c04f28010d9f9a52102b
**File Name:**   Son_HDD3_2TB.ECX
**Partial Hash:** e4231fcd139472d14d88a6df5cf09361
**File Name:**   Son_HDD3_2TB.ECY
**Partial Hash:** d7049749b73b25613e27467f2a9e93c0
**File Name:**   Son_HDD3_2TB.ECZ
**Partial Hash:** 976a9bc4d9f5c3281b2083802dcc2f7e
**File Name:**   Son_HDD3_2TB.EDA
**Partial Hash:** 53aba664833e9ed4e3b43f1742e3dfa4
**File Name:**   Son_HDD3_2TB.EDB
**Partial Hash:** 8636d54874a19822702b8e135b37390f
**File Name:**   Son_HDD3_2TB.EDC
**Partial Hash:** 633574ee46a730967843fcbfb917d5aa
**File Name:**   Son_HDD3_2TB.EDD
**Partial Hash:** 286bcf1bc3436ca5974dc97796a94143
**File Name:**   Son_HDD3_2TB.EDE
**Partial Hash:** 33eb63bea6b58a47486297b9538b91e7
**File Name:**   Son_HDD3_2TB.EDF
**Partial Hash:** b5a17ac0e5310899f6d850819c23b7f9
**File Name:**   Son_HDD3_2TB.EDG
**Partial Hash:** ff02e7c60fa8334e5bea293e50594fe9
**File Name:**   Son_HDD3_2TB.EDH
**Partial Hash:** 8152017d5affa8aa330a724e07c17381
**File Name:**   Son_HDD3_2TB.EDI
**Partial Hash:** 84dc746d59b9fb30759e65152d164f3d
**File Name:**   Son_HDD3_2TB.EDJ
**Partial Hash:** 63688478de5adc06a581f72498552996
**File Name:**   Son_HDD3_2TB.EDK
**Partial Hash:** f360b5951e64c0d8d3998958fdad0b38
**File Name:**   Son_HDD3_2TB.EDL
**Partial Hash:** 315e89e1667cf559121eeb65f327be05
**File Name:**   Son_HDD3_2TB.EDM
**Partial Hash:** 00c1ec37982b604e1a92d030dc91814c
**File Name:**   Son_HDD3_2TB.EDN
**Partial Hash:** 8456ec48fdaad6682eced92a9736b6a9
**File Name:**   Son_HDD3_2TB.EDO
**Partial Hash:** 4a76e71d7ccf721c72fb0a012c6c5670
**File Name:**   Son_HDD3_2TB.EDP
**Partial Hash:** f76161400bba5d477c7306a3201f9fc5
**File Name:**   Son_HDD3_2TB.EDQ
**Partial Hash:** cf950400bcb9e2cc6cb933420c2607f7
**File Name:**   Son_HDD3_2TB.EDR
**Partial Hash:** 35b36c1f1f0d19b6dfc05ad32fba0fba
**File Name:**   Son_HDD3_2TB.EDS
**Partial Hash:** d4e12ebe36d0c335e77132572458e7ae
**File Name:**   Son_HDD3_2TB.EDT
**Partial Hash:** 30739c9953a254c9109ee1221592d032
**File Name:**   Son_HDD3_2TB.EDU
**Partial Hash:** dfcfc9000b87e3a81e19532361622304
**File Name:**   Son_HDD3_2TB.EDV
**Partial Hash:** e1ed83b84c7edbed231f05eb749e17ab

**File Name:**   Son_HDD3_2TB.EDW
**Partial Hash:** a2998dd561199ec94c578877fdb101b4
**File Name:**   Son_HDD3_2TB.EDX
**Partial Hash:** 341941f7a8d8647833e9af583b17e166
**File Name:**   Son_HDD3_2TB.EDY
**Partial Hash:** d3c2d48a7ac778bc6650232564c9ae07
**File Name:**   Son_HDD3_2TB.EDZ
**Partial Hash:** f5417be9c3d321f5795f18e973ab9a57
**File Name:**   Son_HDD3_2TB.EEA
**Partial Hash:** 90e576de67e9b410fa01a5ce10fa76fa
**File Name:**   Son_HDD3_2TB.EEB
**Partial Hash:** 6f1ebd0290c609679176aaa7e904af1b
**File Name:**   Son_HDD3_2TB.EEC
**Partial Hash:** f4d08fb2700a12bce62c7896127e30f5
**File Name:**   Son_HDD3_2TB.EED
**Partial Hash:** 8b98e9af99af26dcbd85470498e918f9
**File Name:**   Son_HDD3_2TB.EEE
**Partial Hash:** 2656d351c6b7248d28a1f2dfa4d962e6
**File Name:**   Son_HDD3_2TB.EEF
**Partial Hash:** 3480342851102a3c63c7e1f610c9e9e1
**File Name:**   Son_HDD3_2TB.EEG
**Partial Hash:** 6d2cf1ac4e4235e6410178e54d9d37bb
**File Name:**   Son_HDD3_2TB.EEH
**Partial Hash:** a731e1c55ec06f0694e6b40e73d55758
**File Name:**   Son_HDD3_2TB.EEI
**Partial Hash:** d8d3392ac252cc9d3b613722d77893e3
**File Name:**   Son_HDD3_2TB.EEJ
**Partial Hash:** e3e908106908bc1ae00bd3be93ef5d58
**File Name:**   Son_HDD3_2TB.EEK
**Partial Hash:** 5b7e9864bd5b0e031df10b78917ca2d9
**File Name:**   Son_HDD3_2TB.EEL
**Partial Hash:** 66cbc4ac134adc4a4fc3601f3f6a6807
**File Name:**   Son_HDD3_2TB.EEM
**Partial Hash:** ac86d9fe5bac7a98a59af28c3a258d32
**File Name:**   Son_HDD3_2TB.EEN
**Partial Hash:** bcd7fd5532691c998734c4ecf416a486
**File Name:**   Son_HDD3_2TB.EEO
**Partial Hash:** 8a53e546d23fe244b9396fa2cd5afd11
**File Name:**   Son_HDD3_2TB.EEP
**Partial Hash:** c401c227bf0528ec94bfceae67926c88
**File Name:**   Son_HDD3_2TB.EEQ
**Partial Hash:** 56e0192cf5efacff44d9436f63e6b4a7
**File Name:**   Son_HDD3_2TB.EER
**Partial Hash:** 43c15b09b63db2f6629c50b17b06974d
**File Name:**   Son_HDD3_2TB.EES
**Partial Hash:** 640b2efa0454a638765de23628d1cc80
**File Name:**   Son_HDD3_2TB.EET
**Partial Hash:** b25ed6860280ea422f261a2d9ccd06b6
**File Name:**   Son_HDD3_2TB.EEU
**Partial Hash:** aab954716e5c596c48886f6cd29fc9fa
**File Name:**   Son_HDD3_2TB.EEV
**Partial Hash:** ec9599a5fa2942e87c83f7e1543d822c
**File Name:**   Son_HDD3_2TB.EEW
**Partial Hash:** 4331ba06ade271a7c56e848c5a9237e9
**File Name:**   Son_HDD3_2TB.EEX
**Partial Hash:** 4984e155fd00b7ffae69d954361ce3c6

**File Name:**   Son_HDD3_2TB.EEY
**Partial Hash:** 6dca4765c6bf05be15d1a415bab6014e
**File Name:**   Son_HDD3_2TB.EEZ
**Partial Hash:** 66d0b6544e587ea82024962149063968
**File Name:**   Son_HDD3_2TB.EFA
**Partial Hash:** c48a4e99b5a382e788b5b56f531196ac
**File Name:**   Son_HDD3_2TB.EFB
**Partial Hash:** 6f3f2e03bdd379cb4750d39500724abb
**File Name:**   Son_HDD3_2TB.EFC
**Partial Hash:** 8f4a73597a047d65bfd6a82fa879549e
**File Name:**   Son_HDD3_2TB.EFD
**Partial Hash:** e8218c12d43de63dc727922e0c750de3
**File Name:**   Son_HDD3_2TB.EFE
**Partial Hash:** 8021bfd02795475614f36d2724f7fd46
**File Name:**   Son_HDD3_2TB.EFF
**Partial Hash:** 9d2fcaf3172fc81044f797716002e84e
**File Name:**   Son_HDD3_2TB.EFG
**Partial Hash:** 728386dc39b48b454de158a4fa8c7c0f
**File Name:**   Son_HDD3_2TB.EFH
**Partial Hash:** 770f89ccda56c7a4185d65100e3eaf90
**File Name:**   Son_HDD3_2TB.EFI
**Partial Hash:** 6668f0ad5c8c7bd48974c7987a897e85
**File Name:**   Son_HDD3_2TB.EFJ
**Partial Hash:** 75217acf4bbaef41e71b2d65f729eb7a
**File Name:**   Son_HDD3_2TB.EFK
**Partial Hash:** ddcf1f6eecdbf3bb5bab0e12c10ab98a
**File Name:**   Son_HDD3_2TB.EFL
**Partial Hash:** a33d97d5e4c3326080825cb2a6439ee2
**File Name:**   Son_HDD3_2TB.EFM
**Partial Hash:** 66187960ed0ed63cfee3b1e06049e795
**File Name:**   Son_HDD3_2TB.EFN
**Partial Hash:** 9d81effa47c1f53a51b906bf275e4786
**File Name:**   Son_HDD3_2TB.EFO
**Partial Hash:** 632280e49e4662fc94df0020e466cec5
**File Name:**   Son_HDD3_2TB.EFP
**Partial Hash:** c3acb0d37d8ffe321b143fb94abc5b56
**File Name:**   Son_HDD3_2TB.EFQ
**Partial Hash:** b6be276048bcbecfb1a99cae2427c5b4
**File Name:**   Son_HDD3_2TB.EFR
**Partial Hash:** cf6d9648050b57e3c48509ebbe6888d4
**File Name:**   Son_HDD3_2TB.EFS
**Partial Hash:** 23caa956b448df47e08a0c9374ce1b2f
**File Name:**   Son_HDD3_2TB.EFT
**Partial Hash:** a612f287fde6ea38819b058fe69a8cc9
**File Name:**   Son_HDD3_2TB.EFU
**Partial Hash:** 34666afb583ff5863ee2abe0a8b1b509
**File Name:**   Son_HDD3_2TB.EFV
**Partial Hash:** 6343f7843a0e130d2e2f7e6a8a230a4b
**File Name:**   Son_HDD3_2TB.EFW
**Partial Hash:** a0e16e81855ab69e532d6d1986eef2dd
**File Name:**   Son_HDD3_2TB.EFX
**Partial Hash:** 22c8ba1dfbbce3675aa9aaae6ff41e2b
**File Name:**   Son_HDD3_2TB.EFY
**Partial Hash:** 0a46546c303bc3123b464e633e517441
**File Name:**   Son_HDD3_2TB.EFZ
**Partial Hash:** 1cf6b1763e5287de9e898de1b928b75f

**File Name:** Son_HDD3_2TB.EGA
**Partial Hash:** 5699088ca864004c857957f84dd24b4d
**File Name:** Son_HDD3_2TB.EGB
**Partial Hash:** 25c25ba3f7d137aa8fb826f846497f5d
**File Name:** Son_HDD3_2TB.EGC
**Partial Hash:** 1b7686be4cc6ffd288070d899b5e3ee5
**File Name:** Son_HDD3_2TB.EGD
**Partial Hash:** 17c36e52960ff6da354029784f30a901
**File Name:** Son_HDD3_2TB.EGE
**Partial Hash:** bc9bef35846d6e00472aab1724856ed2
**File Name:** Son_HDD3_2TB.EGF
**Partial Hash:** bbef14c8ae61991819bcf312c1277ff3
**File Name:** Son_HDD3_2TB.EGG
**Partial Hash:** 7fa95f9c469fea8cce1a99a9bb55c0f1
**File Name:** Son_HDD3_2TB.EGH
**Partial Hash:** 9fd0548b84f7710cf6276931d2a674c6
**File Name:** Son_HDD3_2TB.EGI
**Partial Hash:** 9d54b2067c96b278d6000fd6e53f318e
**File Name:** Son_HDD3_2TB.EGJ
**Partial Hash:** 1d3ffc4a8305f4c32a7e86b6033cf853
**File Name:** Son_HDD3_2TB.EGK
**Partial Hash:** 47a16e40d9c138cabd603c258136815e
**File Name:** Son_HDD3_2TB.EGL
**Partial Hash:** 6f102510e5bdf3ede5e14e9ca74788b0
**File Name:** Son_HDD3_2TB.EGM
**Partial Hash:** d598f367077b7e0e6e0a61fe9b27b96a
**File Name:** Son_HDD3_2TB.EGN
**Partial Hash:** 5206e5a1de5ab0448597f1f41b506252
**File Name:** Son_HDD3_2TB.EGO
**Partial Hash:** cff06f62b09c2a6ebee338426ef33be7
**File Name:** Son_HDD3_2TB.EGP
**Partial Hash:** c280f7bd568ee59b425d18ffb0a0b02a
**File Name:** Son_HDD3_2TB.EGQ
**Partial Hash:** 7f63a36769d79cbddb8357bf68646e8c
**File Name:** Son_HDD3_2TB.EGR
**Partial Hash:** 7213051b4bb63f980620193dffbb75c9
**File Name:** Son_HDD3_2TB.EGS
**Partial Hash:** 72d22156dbd4eb3a7f1bdcbf4ea0ffe1
**File Name:** Son_HDD3_2TB.EGT
**Partial Hash:** 96b72e82bfbb124adaa7ac16eab9b981
**File Name:** Son_HDD3_2TB.EGU
**Partial Hash:** af8063572512ed8a2f8090f0f9f6c1a6
**File Name:** Son_HDD3_2TB.EGV
**Partial Hash:** 3422b086e0e5cd3e19db037c4dc30c6f
**File Name:** Son_HDD3_2TB.EGW
**Partial Hash:** 2b09319882324a790a81069b9bd47c78
**File Name:** Son_HDD3_2TB.EGX
**Partial Hash:** 2763b6b71f64307202d6721e97a4c86e
**File Name:** Son_HDD3_2TB.EGY
**Partial Hash:** 028f38c0362ba881ad080686dfcbc843
**File Name:** Son_HDD3_2TB.EGZ
**Partial Hash:** ffd365263cf2dfafb55df46a3f6a58b5
**File Name:** Son_HDD3_2TB.EHA
**Partial Hash:** 77c9de19966811267788cd364ee473de
**File Name:** Son_HDD3_2TB.EHB
**Partial Hash:** d3b9ac0d805363a18798be8703268e52

**File Name:**   Son_HDD3_2TB.EHC
**Partial Hash:** 4bb66fd6a4005d11b800b87f4ac979ad
**File Name:**   Son_HDD3_2TB.EHD
**Partial Hash:** 4e01a6ef96098ed09a742518bdc3f0aa
**File Name:**   Son_HDD3_2TB.EHE
**Partial Hash:** 62d6ca37992efef63e0679c2836044fd
**File Name:**   Son_HDD3_2TB.EHF
**Partial Hash:** 4bb36f6a2230310d66814b904d7746e3
**File Name:**   Son_HDD3_2TB.EHG
**Partial Hash:** e8ae1f34603c06232ca933228a80d5cc
**File Name:**   Son_HDD3_2TB.EHH
**Partial Hash:** 51e4ecf2527a46924309a9655866e94a
**File Name:**   Son_HDD3_2TB.EHI
**Partial Hash:** 6332c17b84c4049eb26a79d501641be5
**File Name:**   Son_HDD3_2TB.EHJ
**Partial Hash:** 4fffb450c476e2b0200affd2ead9cf0a
**File Name:**   Son_HDD3_2TB.EHK
**Partial Hash:** 235605ddc4cd574deedd15f46bd7e724
**File Name:**   Son_HDD3_2TB.EHL
**Partial Hash:** 0bc939af0cee8a6d80273e78c676f976
**File Name:**   Son_HDD3_2TB.EHM
**Partial Hash:** 805384e0bcbb4c9b5f3f280a93a5bf5e
**File Name:**   Son_HDD3_2TB.EHN
**Partial Hash:** 8431eb7f03324b2e3bc36254a9c9e33b
**File Name:**   Son_HDD3_2TB.EHO
**Partial Hash:** 6ea5cfc48402d7faabfd48b6e1c40a74
**File Name:**   Son_HDD3_2TB.EHP
**Partial Hash:** 6c90ca7bae56cae3431ffeef54f619ba
**File Name:**   Son_HDD3_2TB.EHQ
**Partial Hash:** c14be0787f6145072486542622cd3804
**File Name:**   Son_HDD3_2TB.EHR
**Partial Hash:** c1db2d3e2c7923abac00ca403237b42e
**File Name:**   Son_HDD3_2TB.EHS
**Partial Hash:** 48f2171cb6b3a36ec34b0e754c3e90a1
**File Name:**   Son_HDD3_2TB.EHT
**Partial Hash:** ef2c52fad3091342d88b82bfe647e2e4
**File Name:**   Son_HDD3_2TB.EHU
**Partial Hash:** 80a3c9ac32ead8e84e5209a2a4dce746
**File Name:**   Son_HDD3_2TB.EHV
**Partial Hash:** 34c7adfa009fe79004e4bbcfd1c135f6
**File Name:**   Son_HDD3_2TB.EHW
**Partial Hash:** 69b0bdb2547d156ada9ee643f254a32e
**File Name:**   Son_HDD3_2TB.EHX
**Partial Hash:** ddcb8879842c32e600e6ae6826965773
**File Name:**   Son_HDD3_2TB.EHY
**Partial Hash:** 2d80a47c06523df2e7846657f1a340a9
**File Name:**   Son_HDD3_2TB.EHZ
**Partial Hash:** 2c8cc14a79fd523965a7619b71375fc2
**File Name:**   Son_HDD3_2TB.EIA
**Partial Hash:** d9fdc62f69846cb83fa983b4d275053c
**File Name:**   Son_HDD3_2TB.EIB
**Partial Hash:** ea17546ae02a9ee8e7bac3347f257015
**File Name:**   Son_HDD3_2TB.EIC
**Partial Hash:** 500786b913cddba2f9b8c00429f154ad
**File Name:**   Son_HDD3_2TB.EID
**Partial Hash:** f51fbeced8612e016845e688aea5698a

**File Name:** Son_HDD3_2TB.EIE
**Partial Hash:** 730a892ee55e1434cd291755b01b2de1
**File Name:** Son_HDD3_2TB.EIF
**Partial Hash:** c0db57a32c6ca414bb6cf8359cefa7f9
**File Name:** Son_HDD3_2TB.EIG
**Partial Hash:** 4d0b98af50befdb59e7d256601e13717
**File Name:** Son_HDD3_2TB.EIH
**Partial Hash:** 810a4b465597053aa7c647c34ca2c298
**File Name:** Son_HDD3_2TB.EII
**Partial Hash:** 45978b388c348b8bebcbfcfe1a1a9a3a
**File Name:** Son_HDD3_2TB.EIJ
**Partial Hash:** a0e4e3200a0caf9f6fc0c9f36c3b0583
**File Name:** Son_HDD3_2TB.EIK
**Partial Hash:** 761229ae57c38451e7168ffb1cb98566
**File Name:** Son_HDD3_2TB.EIL
**Partial Hash:** dfa286c4c1dcb8932ea50296053f68cd
**File Name:** Son_HDD3_2TB.EIM
**Partial Hash:** 76de3d14d9d320e713c3ca4ff8275658
**File Name:** Son_HDD3_2TB.EIN
**Partial Hash:** 2a7837e859ccf729a8d9d7d9f758f7b2
**File Name:** Son_HDD3_2TB.EIO
**Partial Hash:** dfc9c31cf28e98f09c93efe3689769a2
**File Name:** Son_HDD3_2TB.EIP
**Partial Hash:** d137915b4a3942b14e8e28f1eda50ed9
**File Name:** Son_HDD3_2TB.EIQ
**Partial Hash:** 03aa76904ac4d6f250778a2d636e4b87
**File Name:** Son_HDD3_2TB.EIR
**Partial Hash:** 0bd7db11bdeed8520c832f1faa5ca0e1
**File Name:** Son_HDD3_2TB.EIS
**Partial Hash:** ab66789e610a5810b26c592f60296615
**File Name:** Son_HDD3_2TB.EIT
**Partial Hash:** a3e63f5815653183ec43c783277bc45b
**File Name:** Son_HDD3_2TB.EIU
**Partial Hash:** eeed453aa66f2db504bf5536993fa1bb
**File Name:** Son_HDD3_2TB.EIV
**Partial Hash:** 993c220370a04254bc16648d8eab1925
**File Name:** Son_HDD3_2TB.EIW
**Partial Hash:** 6344f0d7d5177d225eb93725a8c5716c
**File Name:** Son_HDD3_2TB.EIX
**Partial Hash:** 00c8183074f598bb9add18a94386bf70
**File Name:** Son_HDD3_2TB.EIY
**Partial Hash:** a41418a86c6238a87f859f5ee81a1180
**File Name:** Son_HDD3_2TB.EIZ
**Partial Hash:** 97b7eceb907e1ad3ccd01410b9f32945
**File Name:** Son_HDD3_2TB.EJA
**Partial Hash:** 634d68a14ec80a8e4bf269015bdb4136
**File Name:** Son_HDD3_2TB.EJB
**Partial Hash:** 92f4bc2d8b682d16693beea632f6ca9c
**File Name:** Son_HDD3_2TB.EJC
**Partial Hash:** 6fb3ed543a5004d12dc489f3899ff086
**File Name:** Son_HDD3_2TB.EJD
**Partial Hash:** fe1d06271e00101880ead0ad0103b42a
**File Name:** Son_HDD3_2TB.EJE
**Partial Hash:** dcb0948d6ff86222b6cdbb41f8a1a818
**File Name:** Son_HDD3_2TB.EJF
**Partial Hash:** 93d5700443a30973ab9afc93c57a97dd

**File Name:**   Son_HDD3_2TB.EJG
**Partial Hash:** a30ef36d258b47a9882d0cb6ab308e03
**File Name:**   Son_HDD3_2TB.EJH
**Partial Hash:** 153ba8c086972a8357efb09adeac30a9
**File Name:**   Son_HDD3_2TB.EJI
**Partial Hash:** 88c2da93f719feaaf7b4fb53ff4583c2
**File Name:**   Son_HDD3_2TB.EJJ
**Partial Hash:** 99924e65bc57c7f74f73dfc88ea40bbb
**File Name:**   Son_HDD3_2TB.EJK
**Partial Hash:** 85ee01ed334bb8a055c5665516277ec0
**File Name:**   Son_HDD3_2TB.EJL
**Partial Hash:** c56c8cc90203760532a7de6116bffe74
**File Name:**   Son_HDD3_2TB.EJM
**Partial Hash:** 57d9f42a896ed1993900528e1f62244c
**File Name:**   Son_HDD3_2TB.EJN
**Partial Hash:** d9294e9b2cfb1228b3bf0a9bde5839c0
**File Name:**   Son_HDD3_2TB.EJO
**Partial Hash:** 1ec4bb68a6d6b8f3905b36825b448555
**File Name:**   Son_HDD3_2TB.EJP
**Partial Hash:** 636c85cff9de1f5e36c0afb5eec999d2
**File Name:**   Son_HDD3_2TB.EJQ
**Partial Hash:** 3c10921ad68cb50607c6bcd6f841e7ca
**File Name:**   Son_HDD3_2TB.EJR
**Partial Hash:** f813083d5509fc100b318dff54fceb4d
**File Name:**   Son_HDD3_2TB.EJS
**Partial Hash:** 49ca5ab29995d5a08c2347a02cbfdee0
**File Name:**   Son_HDD3_2TB.EJT
**Partial Hash:** f6557953ad8aaf426eac08341d754179
**File Name:**   Son_HDD3_2TB.EJU
**Partial Hash:** 54699f863a4da737ac10a94c1be8f987
**File Name:**   Son_HDD3_2TB.EJV
**Partial Hash:** aa99a4ef3608277fbe29eb0e7bcf594e
**File Name:**   Son_HDD3_2TB.EJW
**Partial Hash:** 7d451a06e29e074217c325456d688ad1
**File Name:**   Son_HDD3_2TB.EJX
**Partial Hash:** 09e348b57de3933835cb7a7083d86a57
**File Name:**   Son_HDD3_2TB.EJY
**Partial Hash:** 18955f30e574e1b410ccd684794da37c
**File Name:**   Son_HDD3_2TB.EJZ
**Partial Hash:** 3224d3f0026f674535a9b100c1588e93
**File Name:**   Son_HDD3_2TB.EKA
**Partial Hash:** 3d03418b0f467a6451ef5fae787c6ee5
**File Name:**   Son_HDD3_2TB.EKB
**Partial Hash:** 98d78fc967f73fcc11624543c2858f6
**File Name:**   Son_HDD3_2TB.EKC
**Partial Hash:** 185319f558e6be8693182016454448d1
**File Name:**   Son_HDD3_2TB.EKD
**Partial Hash:** d3cdc99fce4fe3b8c1e6a13bd007cffa
**File Name:**   Son_HDD3_2TB.EKE
**Partial Hash:** 9c7d2723909cb6d3a3ce3f97b94b216f
**File Name:**   Son_HDD3_2TB.EKF
**Partial Hash:** 44e6482976e820d5aea8c6bee7efa6a0
**File Name:**   Son_HDD3_2TB.EKG
**Partial Hash:** e1fa3a4286acbb57bc20e40f86f83e2f
**File Name:**   Son_HDD3_2TB.EKH
**Partial Hash:** 10f164fc3db9782ffcbc6bdb30c2c793

**File Name:**   Son_HDD3_2TB.EKI
**Partial Hash:** 42b58dc438c157697bd45073f0560316
**File Name:**   Son_HDD3_2TB.EKJ
**Partial Hash:** 0661293d17b5f3856e6ff7091ad8f48c
**File Name:**   Son_HDD3_2TB.EKK
**Partial Hash:** 93762739e460bb09017b416b33237121
**File Name:**   Son_HDD3_2TB.EKL
**Partial Hash:** 24e37fb922077c3f6368595f19b74d60
**File Name:**   Son_HDD3_2TB.EKM
**Partial Hash:** 07435b14881c380edddb04ddc3333359
**File Name:**   Son_HDD3_2TB.EKN
**Partial Hash:** 5d83f4fd165e9b68eb540b37de8951a8
**File Name:**   Son_HDD3_2TB.EKO
**Partial Hash:** 11458e5379448546e90ec0fbe4abca6b
**File Name:**   Son_HDD3_2TB.EKP
**Partial Hash:** 4bb152ed6efdd98e0308e064878f6a38
**File Name:**   Son_HDD3_2TB.EKQ
**Partial Hash:** b9802742602afcf99ae1eb8be394303f
**File Name:**   Son_HDD3_2TB.EKR
**Partial Hash:** 610a906e9455e9cb59d59a43f75aa63b
**File Name:**   Son_HDD3_2TB.EKS
**Partial Hash:** 933557833fc3ccfb57e056118786631b
**File Name:**   Son_HDD3_2TB.EKT
**Partial Hash:** 88dd347dc0f203d9b70af671e9b5f1cf
**File Name:**   Son_HDD3_2TB.EKU
**Partial Hash:** e13479b0c3e495ad66ea73528ac9cee4
**File Name:**   Son_HDD3_2TB.EKV
**Partial Hash:** 15b28478d0921e815f6bad414a1dd27c
**File Name:**   Son_HDD3_2TB.EKW
**Partial Hash:** 7731d707906e9ce585c4cd06ba52fb7a
**File Name:**   Son_HDD3_2TB.EKX
**Partial Hash:** 6e00df203166c73fcf8a525df43386f2
**File Name:**   Son_HDD3_2TB.EKY
**Partial Hash:** 911e778956bc8ab3c3f3b88957399ca7
**File Name:**   Son_HDD3_2TB.EKZ
**Partial Hash:** b06352da72a3460ff8b884ce32a7607e
**File Name:**   Son_HDD3_2TB.ELA
**Partial Hash:** bccda98a445e168feef4e9893425711d
**File Name:**   Son_HDD3_2TB.ELB
**Partial Hash:** 1ce4e1c183044978694287e06f9a32c2
**File Name:**   Son_HDD3_2TB.ELC
**Partial Hash:** 3686ca709f947e2e1c32ac81cbf25401
**File Name:**   Son_HDD3_2TB.ELD
**Partial Hash:** 28178c3fc03024c8dc17a7370e231209
**File Name:**   Son_HDD3_2TB.ELE
**Partial Hash:** f71f352f3a40702aba5830d8dd776f5c
**File Name:**   Son_HDD3_2TB.ELF
**Partial Hash:** d38705bd3782e9db004dd90cbedcbbe4
**File Name:**   Son_HDD3_2TB.ELG
**Partial Hash:** 46c3d0694b5e7ff09ac6083a531eb379
**File Name:**   Son_HDD3_2TB.ELH
**Partial Hash:** 5cf3fc774f4e8e52e9c862ab1a50b0fb
**File Name:**   Son_HDD3_2TB.ELI
**Partial Hash:** 0414680bd2169cb638907b3274115011
**File Name:**   Son_HDD3_2TB.ELJ
**Partial Hash:** 0c3e3a5129169c209f34bdc1aab42521

**File Name:**   Son_HDD3_2TB.ELK
**Partial Hash:** 1627adef9bf2388250bb0acd31c4ac09
**File Name:**   Son_HDD3_2TB.ELL
**Partial Hash:** f1b6a759c128fc514bab10b1fcd20145
**File Name:**   Son_HDD3_2TB.ELM
**Partial Hash:** 224dbff9bac51587a40b32df6f91baf2
**File Name:**   Son_HDD3_2TB.ELN
**Partial Hash:** cc4bf288e8abf5cd649e83153a655bcf
**File Name:**   Son_HDD3_2TB.ELO
**Partial Hash:** a0e605f116a9cd46a41d2ab6a6107ad1
**File Name:**   Son_HDD3_2TB.ELP
**Partial Hash:** 3524d09ef1a863c3736b7bb3f3885424
**File Name:**   Son_HDD3_2TB.ELQ
**Partial Hash:** 07eab66d8734cf0879514e4654064627
**File Name:**   Son_HDD3_2TB.ELR
**Partial Hash:** 3c631cc3e7f0330f38a270bf99310854
**File Name:**   Son_HDD3_2TB.ELS
**Partial Hash:** b9e9572d78816e0ebef12ba170d7e1a0
**File Name:**   Son_HDD3_2TB.ELT
**Partial Hash:** 581a1f1abfca870d50fbf7f2e61178b5
**File Name:**   Son_HDD3_2TB.ELU
**Partial Hash:** 7b1a6e500234a690f4254c207b6ac004
**File Name:**   Son_HDD3_2TB.ELV
**Partial Hash:** 6f739914313c23c1deb013a6a065945b
**File Name:**   Son_HDD3_2TB.ELW
**Partial Hash:** a14ab0442a97a6d151439e0ecc291cd7
**File Name:**   Son_HDD3_2TB.ELX
**Partial Hash:** 07d0e3294dc372a55450037cad2d782b
**File Name:**   Son_HDD3_2TB.ELY
**Partial Hash:** 173c551eb8127b556d122917c751af60
**File Name:**   Son_HDD3_2TB.ELZ
**Partial Hash:** 511f4f696bdb87ffce6ab2c1e597f1cf
**File Name:**   Son_HDD3_2TB.EMA
**Partial Hash:** 4fce4768ee57dc39bf84334360b34090
**File Name:**   Son_HDD3_2TB.EMB
**Partial Hash:** ca90335a91d39414e7aa64b5758f1d96
**File Name:**   Son_HDD3_2TB.EMC
**Partial Hash:** e528004123e18e0bdc1c1fc5fbf72d45
**File Name:**   Son_HDD3_2TB.EMD
**Partial Hash:** 945bbb1b711f1db5e5e6dc777c5c0738
**File Name:**   Son_HDD3_2TB.EME
**Partial Hash:** e8c00ba39ed756e268989acd18f4ee8d
**File Name:**   Son_HDD3_2TB.EMF
**Partial Hash:** 25b6e24f412a631ecbc84a38e11536b1
**File Name:**   Son_HDD3_2TB.EMG
**Partial Hash:** d1d36d8bb84912ce45a832872c34a192
**File Name:**   Son_HDD3_2TB.EMH
**Partial Hash:** f23506cc939b7f2d8a23c3ce3434d897
**File Name:**   Son_HDD3_2TB.EMI
**Partial Hash:** b9c28921c41f13b872980016beab24a1
**File Name:**   Son_HDD3_2TB.EMJ
**Partial Hash:** 967c55a6742fceeb49f95061c13b614d
**File Name:**   Son_HDD3_2TB.EMK
**Partial Hash:** 8f22a3701eea828b66d2608ed820be21
**File Name:**   Son_HDD3_2TB.EML
**Partial Hash:** 77f811a29ea7bfe726145fd7a240d2f4

**File Name:**   Son_HDD3_2TB.EMM
**Partial Hash:** 5ad0ce76f092f27cc036c1559791462e
**File Name:**   Son_HDD3_2TB.EMN
**Partial Hash:** 0c24941d216a6a73f1c3b3513df15547
**File Name:**   Son_HDD3_2TB.EMO
**Partial Hash:** 8bfadf9c6ac2b16feae4b8c0f940c8bc
**File Name:**   Son_HDD3_2TB.EMP
**Partial Hash:** 022078cb4db9e800f8f2882c2a0298ef
**File Name:**   Son_HDD3_2TB.EMQ
**Partial Hash:** 099f41471673160be5ec26cf6cf5d669
**File Name:**   Son_HDD3_2TB.EMR
**Partial Hash:** 197bebdbfd02211113ebadfb7ee07786
**File Name:**   Son_HDD3_2TB.EMS
**Partial Hash:** 79c53fc6ee50ea0846748740970ed0a5
**File Name:**   Son_HDD3_2TB.EMT
**Partial Hash:** 0e831131730ca0d5c5b49126612ee794
**File Name:**   Son_HDD3_2TB.EMU
**Partial Hash:** 3de53f156fda0f33be28d0ed023dcd95
**File Name:**   Son_HDD3_2TB.EMV
**Partial Hash:** bc6ef83ce8f3e41b2ff60948456c3b50
**File Name:**   Son_HDD3_2TB.EMW
**Partial Hash:** da750443f0f9a976f31163a325fd0993
**File Name:**   Son_HDD3_2TB.EMX
**Partial Hash:** a0a80501df6829592c6f869e96f74736
**File Name:**   Son_HDD3_2TB.EMY
**Partial Hash:** aad5fbca3f250a8d7d545eb041f82d3c
**File Name:**   Son_HDD3_2TB.EMZ
**Partial Hash:** 1986dd585c8801b9f3c8fa40e229e275
**File Name:**   Son_HDD3_2TB.ENA
**Partial Hash:** 6231064e632b490faed427b7b998505a
**File Name:**   Son_HDD3_2TB.ENB
**Partial Hash:** 53a41afe2779111dd01d007fab029d3d
**File Name:**   Son_HDD3_2TB.ENC
**Partial Hash:** b3b3c4ddeb20b31049b6f088ed889d88
**File Name:**   Son_HDD3_2TB.END
**Partial Hash:** c60dbbd71b24bd2caa5b027d24b109dc
**File Name:**   Son_HDD3_2TB.ENE
**Partial Hash:** b982d602a9414f9596335a15d05bf88a
**File Name:**   Son_HDD3_2TB.ENF
**Partial Hash:** 039161b2ffaada8d09ad37793a7e8f82
**File Name:**   Son_HDD3_2TB.ENG
**Partial Hash:** d9e053fd82db66b29db186ec597e6424
**File Name:**   Son_HDD3_2TB.ENH
**Partial Hash:** 8ba2d7226f2b85aa56ab2f4ed23a7a2b
**File Name:**   Son_HDD3_2TB.ENI
**Partial Hash:** 86241ce5316ddeb9e5ba5e6a2436e5ef
**File Name:**   Son_HDD3_2TB.ENJ
**Partial Hash:** 63704f73ba69a57f0d5fdef45190b414
**File Name:**   Son_HDD3_2TB.ENK
**Partial Hash:** ec6b24705bd32f37185d6ec782853480
**File Name:**   Son_HDD3_2TB.ENL
**Partial Hash:** a6e1ad012035982c394ef03eed566d63
**File Name:**   Son_HDD3_2TB.ENM
**Partial Hash:** cb8f52f312c2514932f88aa4d66256ec
**File Name:**   Son_HDD3_2TB.ENN
**Partial Hash:** b7e535bc41c9836938aefa55d1046825

**File Name:**   Son_HDD3_2TB.ENO
**Partial Hash:** 8126ab6fbf6d2a53f2d8609e333c4700
**File Name:**   Son_HDD3_2TB.ENP
**Partial Hash:** d46bc82894d12423a17f155d833c9314
**File Name:**   Son_HDD3_2TB.ENQ
**Partial Hash:** 3efc6cebc2d5d50b8e20c02757070c8f
**File Name:**   Son_HDD3_2TB.ENR
**Partial Hash:** ec17700630df396b1953188cc6434671
**File Name:**   Son_HDD3_2TB.ENS
**Partial Hash:** aec858c0f4b9351855b97cb2265f9d1b
**File Name:**   Son_HDD3_2TB.ENT
**Partial Hash:** 5f503d385692d52fe957a8273c6fb11b
**File Name:**   Son_HDD3_2TB.ENU
**Partial Hash:** 845dc1ed8c1e6abcf33d123ab794dea3
**File Name:**   Son_HDD3_2TB.ENV
**Partial Hash:** f33717e006baec390502641c63e6069f
**File Name:**   Son_HDD3_2TB.ENW
**Partial Hash:** edecc3dfbaa55c8408e87078fce37da4
**File Name:**   Son_HDD3_2TB.ENX
**Partial Hash:** 2c1bff48b3ce2c8a34962db231f377bb
**File Name:**   Son_HDD3_2TB.ENY
**Partial Hash:** 59c4aee293f420691502fcec9e2ce7cb
**File Name:**   Son_HDD3_2TB.ENZ
**Partial Hash:** 064703a719b8ec55bcf9478c19d90bd6
**File Name:**   Son_HDD3_2TB.EOA
**Partial Hash:** ac7d7c242bf224b6ba9f3ed4024d3c89
**File Name:**   Son_HDD3_2TB.EOB
**Partial Hash:** e7ac4edb12ed857aef9a7d3d47281ec5
**File Name:**   Son_HDD3_2TB.EOC
**Partial Hash:** 2c8a1a0ae05d7604174e7388a31329ae
**File Name:**   Son_HDD3_2TB.EOD
**Partial Hash:** 6bab961b86348b04e1c94e28a73a78e8
**File Name:**   Son_HDD3_2TB.EOE
**Partial Hash:** 531d8c7d51d32feef8e42b506cf1cbc9
**File Name:**   Son_HDD3_2TB.EOF
**Partial Hash:** 94482342ce2116ebf50e50cb601b767b
**File Name:**   Son_HDD3_2TB.EOG
**Partial Hash:** 4d3049ceaa53372ea091ebd1bf35466f
**File Name:**   Son_HDD3_2TB.EOH
**Partial Hash:** 5c8e44ceedabcaaa78549d7c976a5f9c
**File Name:**   Son_HDD3_2TB.EOI
**Partial Hash:** 76515995e9c2f0d750a413c10d3b6358
**File Name:**   Son_HDD3_2TB.EOJ
**Partial Hash:** 4c0833af640227a2bccb5d99e5b6fc8c
**File Name:**   Son_HDD3_2TB.EOK
**Partial Hash:** eb8dbe4359bc0fd433ea622b725072f8
**File Name:**   Son_HDD3_2TB.EOL
**Partial Hash:** cf2f360150d7fa32f526399a1e64ed87
**File Name:**   Son_HDD3_2TB.EOM
**Partial Hash:** c4ec397d6e2ea3ceb335a11f47d34197

---

**Destination:**
**UID:** SAS_D2/7C45775269F22C0B
**Path:** /var/repo/sas-d2/Son_HDD3_2TB
**Filesystem:** ntfs
**Serial:** Z504E7JC
**File Name:**   Son_HDD3_2TB.E01

**Partial Hash:** 05bb4b620f4896620dbaa849045864a5

**File Name:**   Son_HDD3_2TB.E02

**Partial Hash:** 1aa011ce418aad7b9edfa18a75dcd474

**File Name:**   Son_HDD3_2TB.E03

**Partial Hash:** 720ccb24b004f6e1cc54597f1677b16e

**File Name:**   Son_HDD3_2TB.E04

**Partial Hash:** ed0aba8bd55360125b0bf7950436fc8b

**File Name:**   Son_HDD3_2TB.E05

**Partial Hash:** 621361a6fd018512502e0119239338d4

**File Name:**   Son_HDD3_2TB.E06

**Partial Hash:** b8d9b85f09efd1b1906f6c34335b88a4

**File Name:**   Son_HDD3_2TB.E07

**Partial Hash:** 5ef20e829483bf47453094772e81a6ca

**File Name:**   Son_HDD3_2TB.E08

**Partial Hash:** aad7d2e716466b60e84e7611cc337d3d

**File Name:**   Son_HDD3_2TB.E09

**Partial Hash:** e6bc7c8e6d8649a3490cf7d77b3c9db6

**File Name:**   Son_HDD3_2TB.E10

**Partial Hash:** c8cb6692a0f18526230cdf868e3a02c1

**File Name:**   Son_HDD3_2TB.E11

**Partial Hash:** 1ef83f990586ff13c7dab5a48c64e1dd

**File Name:**   Son_HDD3_2TB.E12

**Partial Hash:** bd1114432ba4496bd98d2a4fd32e7741

**File Name:**   Son_HDD3_2TB.E13

**Partial Hash:** 437f5ee660f1f084806ea34b3c33ef2d

**File Name:**   Son_HDD3_2TB.E14

**Partial Hash:** 209a75d7563532557817592a5df95104

**File Name:**   Son_HDD3_2TB.E15

**Partial Hash:** 562edc2b0c87d4d9292c3a498f4e3483

**File Name:**   Son_HDD3_2TB.E16

**Partial Hash:** 1dff8ecc66a9d9467f222b059dd33f7e

**File Name:**   Son_HDD3_2TB.E17

**Partial Hash:** ba5597731e0d99d9ff2e4924bc9a879d

**File Name:**   Son_HDD3_2TB.E18

**Partial Hash:** 090bea3707c998ef444e4e74d8caa0a7

**File Name:**   Son_HDD3_2TB.E19

**Partial Hash:** 0c995b79b60b1def6bc3cb426af063a5

**File Name:**   Son_HDD3_2TB.E20

**Partial Hash:** 32ea3db03939509bc8c2f010a4fad1e1

**File Name:**   Son_HDD3_2TB.E21

**Partial Hash:** 7aea4801cd75651f25eee07b81577faf

**File Name:**   Son_HDD3_2TB.E22

**Partial Hash:** 209a51c0943e153596801526d1ed13fd

**File Name:**   Son_HDD3_2TB.E23

**Partial Hash:** a9079acc07aa0a8a9cba91da3ad0b105

**File Name:**   Son_HDD3_2TB.E24

**Partial Hash:** 7a95c504153f2e5014b4fb9dc1786f43

**File Name:**   Son_HDD3_2TB.E25

**Partial Hash:** de98ee7b3431e4907430910454d035b2

**File Name:**   Son_HDD3_2TB.E26

**Partial Hash:** 804712ead854999a1666278cb1d58d60

**File Name:**   Son_HDD3_2TB.E27

**Partial Hash:** ae3ed5a74ac1795422b2074a8867ff69

**File Name:**   Son_HDD3_2TB.E28

**Partial Hash:** 9a629275f695cfecd6d6b60ae8ad12e6

**File Name:**   Son_HDD3_2TB.E29

**Partial Hash:** ad2c6c6ac2a8be2b402c790989f71a89

**File Name:** Son_HDD3_2TB.E30

**Partial Hash:** 185d47785df56ccf4e22c6c7820b5806

**File Name:** Son_HDD3_2TB.E31

**Partial Hash:** 913f59bffeff5fd32079593984de1c3b

**File Name:** Son_HDD3_2TB.E32

**Partial Hash:** 72c1cf273c08e4b68d10db089c83f3c5

**File Name:** Son_HDD3_2TB.E33

**Partial Hash:** 4f9d2a70f855d7496a936fbcfc0ad37b

**File Name:** Son_HDD3_2TB.E34

**Partial Hash:** aaea3515f84cfa312b90e34ede592647

**File Name:** Son_HDD3_2TB.E35

**Partial Hash:** 96bc5da45fa27e194f8cc66417c3a515

**File Name:** Son_HDD3_2TB.E36

**Partial Hash:** c29ed60857cc93346fdff83ba303dece

**File Name:** Son_HDD3_2TB.E37

**Partial Hash:** 60186388e91f93ffe68aeaab7a982b74

**File Name:** Son_HDD3_2TB.E38

**Partial Hash:** 8bbc71b273a26b09c18b62a41d275354

**File Name:** Son_HDD3_2TB.E39

**Partial Hash:** 2b1e3c18dd99fa8053231769b0866a0f

**File Name:** Son_HDD3_2TB.E40

**Partial Hash:** b730d945c09251c5b3b10e591078ca30

**File Name:** Son_HDD3_2TB.E41

**Partial Hash:** ea10c61891ed72634153c905f0a232ae

**File Name:** Son_HDD3_2TB.E42

**Partial Hash:** bc6a52321c18a96eea5605acf0df0ee9

**File Name:** Son_HDD3_2TB.E43

**Partial Hash:** 5cf63361ae42b3a08c437f7880656e0e

**File Name:** Son_HDD3_2TB.E44

**Partial Hash:** 283b6d68c414a2aa7c534087da8b6e67

**File Name:** Son_HDD3_2TB.E45

**Partial Hash:** 1aae4d12c5fb8db6ca179d5c3ce91dcc

**File Name:** Son_HDD3_2TB.E46

**Partial Hash:** 2c2c677e34d72702e90de5e58b93ea27

**File Name:** Son_HDD3_2TB.E47

**Partial Hash:** 1e750c9985bd655bbb0c066af1430521

**File Name:** Son_HDD3_2TB.E48

**Partial Hash:** e55f6102eaaac5bd1726c9a18b83503f

**File Name:** Son_HDD3_2TB.E49

**Partial Hash:** 1183bf42ec713c1526dc93b68ed1e831

**File Name:** Son_HDD3_2TB.E50

**Partial Hash:** 542ad21cdc8bba236244cddc83c9dc6a

**File Name:** Son_HDD3_2TB.E51

**Partial Hash:** 2d08326bcbc4e159d932449cd536527e

**File Name:** Son_HDD3_2TB.E52

**Partial Hash:** 540bac15ab3f9dcbf72fb525dd494591

**File Name:** Son_HDD3_2TB.E53

**Partial Hash:** e5c0b9adc6b9f174f8aa4b1697172e61

**File Name:** Son_HDD3_2TB.E54

**Partial Hash:** fe37bbee55ff56248ed6180d04ac86da

**File Name:** Son_HDD3_2TB.E55

**Partial Hash:** be5c566bad9b91255e5f46e616ab7a27

**File Name:** Son_HDD3_2TB.E56

**Partial Hash:** 3729e60b9b41bb3c752a1c2b54fe2dba

**File Name:** Son_HDD3_2TB.E57

**Partial Hash:** f5d37ced9aae331f5aa6cdd2144b9660

**File Name:**   Son_HDD3_2TB.E58

**Partial Hash:** 30f253560f9f0f480306547039108d33

**File Name:**   Son_HDD3_2TB.E59

**Partial Hash:** 4839b7c908881e7cfb5aa42fe461d389

**File Name:**   Son_HDD3_2TB.E60

**Partial Hash:** 5a6b9619efc074a452243a85bdb3e0ae

**File Name:**   Son_HDD3_2TB.E61

**Partial Hash:** d7e91ceb4d028f84fc8260f8d35910a0

**File Name:**   Son_HDD3_2TB.E62

**Partial Hash:** 45c7a48049c5959644f8e6d58037057c

**File Name:**   Son_HDD3_2TB.E63

**Partial Hash:** 9f9fb760c720e8aa32c34f0c7ab008be

**File Name:**   Son_HDD3_2TB.E64

**Partial Hash:** 3046e141486499229a3dd33be09e8c45

**File Name:**   Son_HDD3_2TB.E65

**Partial Hash:** 696fad73ca1cddb553bf307a72aa2ffa

**File Name:**   Son_HDD3_2TB.E66

**Partial Hash:** 9a9375b58dfbb8c44d80182c8bca19ed

**File Name:**   Son_HDD3_2TB.E67

**Partial Hash:** 63ad2c064177d10fc1bed1195824b6c0

**File Name:**   Son_HDD3_2TB.E68

**Partial Hash:** dbfc5c4359373ac45b9238e85f79c26e

**File Name:**   Son_HDD3_2TB.E69

**Partial Hash:** b4110edf2b373734b85afced73aa16ba

**File Name:**   Son_HDD3_2TB.E70

**Partial Hash:** f4ee787aacea389c0fdaec3037a4ed8e

**File Name:**   Son_HDD3_2TB.E71

**Partial Hash:** 823453cc47421b9ab38472e702ebec39

**File Name:**   Son_HDD3_2TB.E72

**Partial Hash:** bb22623011bdfc68d1ed75217d94623d

**File Name:**   Son_HDD3_2TB.E73

**Partial Hash:** acabd7bcf96d7d956af3091c23fbfd38

**File Name:**   Son_HDD3_2TB.E74

**Partial Hash:** 943bc6a0670a54f28f15d19e4fca3214

**File Name:**   Son_HDD3_2TB.E75

**Partial Hash:** bf429cb4681a1bf0237a948468098c73

**File Name:**   Son_HDD3_2TB.E76

**Partial Hash:** 098625fa6f154cd6f86b7c7080d4b46c

**File Name:**   Son_HDD3_2TB.E77

**Partial Hash:** aa9d6512c6517aa45168db6223b76a61

**File Name:**   Son_HDD3_2TB.E78

**Partial Hash:** c6d035e7db575b910ac711bbd8cd6f30

**File Name:**   Son_HDD3_2TB.E79

**Partial Hash:** 37bb36bdb33e1345ffda17769fd674db

**File Name:**   Son_HDD3_2TB.E80

**Partial Hash:** 794c339473adbb5131a333db7f196c9a

**File Name:**   Son_HDD3_2TB.E81

**Partial Hash:** adbb8fd52bdfb201d0bd87d728e957b9

**File Name:**   Son_HDD3_2TB.E82

**Partial Hash:** fbe9a8e66fea6f0ace0a793c1a056157

**File Name:**   Son_HDD3_2TB.E83

**Partial Hash:** a8eff20b8945f7c399c619d0ea8c0536

**File Name:**   Son_HDD3_2TB.E84

**Partial Hash:** b8c416bc79c7aa171c1ea92b2f9d54f1

**File Name:**   Son_HDD3_2TB.E85

**Partial Hash:** bf53a2537c0cf29bb04dd29e9f5f5ac6
**File Name:**   Son_HDD3_2TB.E86
**Partial Hash:** 8778dc7fd07ba1434cc7bc3cbeefc4a7
**File Name:**   Son_HDD3_2TB.E87
**Partial Hash:** 4f7dcbb8feef23efaa59b18a72d26e9a
**File Name:**   Son_HDD3_2TB.E88
**Partial Hash:** d3f9ab40b5bc99e46bbc1ddcfc63bb44
**File Name:**   Son_HDD3_2TB.E89
**Partial Hash:** e45701882abb38d4b830d61cfe3ffd2a
**File Name:**   Son_HDD3_2TB.E90
**Partial Hash:** b516a0c1b7aa749c2794ab017e6ca0d1
**File Name:**   Son_HDD3_2TB.E91
**Partial Hash:** 7ad9a20fdc830eb8ab7e864c86da141f
**File Name:**   Son_HDD3_2TB.E92
**Partial Hash:** fc56316016fd12d03130d707b1b19684
**File Name:**   Son_HDD3_2TB.E93
**Partial Hash:** eb8631736a240cba541889b9b5b0f9c6
**File Name:**   Son_HDD3_2TB.E94
**Partial Hash:** 3e7c36fb7657f1beba2488ed2bac52b0
**File Name:**   Son_HDD3_2TB.E95
**Partial Hash:** 903b4a9d2a807c91245fdf6ca97a5bb8
**File Name:**   Son_HDD3_2TB.E96
**Partial Hash:** b6306a44e43df854bdc964121d9119e4
**File Name:**   Son_HDD3_2TB.E97
**Partial Hash:** 2d187a53f57653e96f001a6037fcd6cb
**File Name:**   Son_HDD3_2TB.E98
**Partial Hash:** d969cdeecfbfcaaa4fa4e37a4e891119
**File Name:**   Son_HDD3_2TB.E99
**Partial Hash:** d32a5e12acba09b7ceff0648c3cd1e24
**File Name:**   Son_HDD3_2TB.EAA
**Partial Hash:** b8375fd6ef5205a5a82995af1ff7e079
**File Name:**   Son_HDD3_2TB.EAB
**Partial Hash:** 6b1fb7b6a37d80bafe185600023c3ffd
**File Name:**   Son_HDD3_2TB.EAC
**Partial Hash:** 457f679c9b65c51abe2c333b1cae07b5
**File Name:**   Son_HDD3_2TB.EAD
**Partial Hash:** fc484e944409c4aff7b29c75bb498019
**File Name:**   Son_HDD3_2TB.EAE
**Partial Hash:** 664309aeedcb5b6acee048026a5af8ea
**File Name:**   Son_HDD3_2TB.EAF
**Partial Hash:** abf656da6723ca6671a4894b2f1b2ce5
**File Name:**   Son_HDD3_2TB.EAG
**Partial Hash:** 88c24c1d2cbb298af807aa00f9618024
**File Name:**   Son_HDD3_2TB.EAH
**Partial Hash:** 6ecdbff61e36d5d5c68ec586376becd8
**File Name:**   Son_HDD3_2TB.EAI
**Partial Hash:** ddc12e7c49b768a3d9960c62b27552ed
**File Name:**   Son_HDD3_2TB.EAJ
**Partial Hash:** 46fc1672554f359a185719de1e8eb426
**File Name:**   Son_HDD3_2TB.EAK
**Partial Hash:** 1ff7d1fb1e1978d0f0346b0ccdd3b858
**File Name:**   Son_HDD3_2TB.EAL
**Partial Hash:** 4e6d24ba8d53ada9d3d6500e65fd7ce1
**File Name:**   Son_HDD3_2TB.EAM
**Partial Hash:** 68f1e8adadd1c31236b33470b99f59b9
**File Name:**   Son_HDD3_2TB.EAN

**Partial Hash:** 42f5121837c8d5b9666258e7758bd8b8
**File Name:**   Son_HDD3_2TB.EAO
**Partial Hash:** 39c8b516d721de7831d9dde4ef9836c5
**File Name:**   Son_HDD3_2TB.EAP
**Partial Hash:** 09ed6bd3445298a76d9e2ef0fcb533c9
**File Name:**   Son_HDD3_2TB.EAQ
**Partial Hash:** ca1e0dc70d4173064ce318bf8f275691
**File Name:**   Son_HDD3_2TB.EAR
**Partial Hash:** 00ddd3619ae152e5ef7f3b8e0d05de6f
**File Name:**   Son_HDD3_2TB.EAS
**Partial Hash:** 2381228332a50a51557801a0ace4cc2e
**File Name:**   Son_HDD3_2TB.EAT
**Partial Hash:** fdaabdaf650c9c07698e83ab21e56bc4
**File Name:**   Son_HDD3_2TB.EAU
**Partial Hash:** 95530a9b87aee6238bb2e3e137730b95
**File Name:**   Son_HDD3_2TB.EAV
**Partial Hash:** e30f21ae9ec4c44da4fea311d1a71a15
**File Name:**   Son_HDD3_2TB.EAW
**Partial Hash:** e960d13db3d84645909b5515ac84a970
**File Name:**   Son_HDD3_2TB.EAX
**Partial Hash:** 11eaaf0b6c6de41cc81d4187b033cc5f
**File Name:**   Son_HDD3_2TB.EAY
**Partial Hash:** e4f9f87de3a2e768ede98cb05ea49060
**File Name:**   Son_HDD3_2TB.EAZ
**Partial Hash:** a2384e68c2778bf8db6f5c7faf5d825f
**File Name:**   Son_HDD3_2TB.EBA
**Partial Hash:** c103298eeded7b8b41c456d44fdb5238
**File Name:**   Son_HDD3_2TB.EBB
**Partial Hash:** e11e58902840d5e886b5e2575fc50fe4
**File Name:**   Son_HDD3_2TB.EBC
**Partial Hash:** 984b51b829a8f78ef561f1f736451795
**File Name:**   Son_HDD3_2TB.EBD
**Partial Hash:** aab4ee8f44b4af8d1234ea3db5876a56
**File Name:**   Son_HDD3_2TB.EBE
**Partial Hash:** 7526651159989e15fd35418968d988f5
**File Name:**   Son_HDD3_2TB.EBF
**Partial Hash:** 9e18fb24487867974a305652141363a1
**File Name:**   Son_HDD3_2TB.EBG
**Partial Hash:** 1adfa1790f66d804fa4787bc48c80241
**File Name:**   Son_HDD3_2TB.EBH
**Partial Hash:** 583eeb0647ea70b3af9bfebf051fe694
**File Name:**   Son_HDD3_2TB.EBI
**Partial Hash:** 7cb527de64f1d3dac3eb765d1e81f1df
**File Name:**   Son_HDD3_2TB.EBJ
**Partial Hash:** 3a1a04a04ed098b2c1fbe1f32d08b069
**File Name:**   Son_HDD3_2TB.EBK
**Partial Hash:** 4b8d07689e2f7b34d7bb1b313a79bc9f
**File Name:**   Son_HDD3_2TB.EBL
**Partial Hash:** e549c674e1f512468ff34efd18739283
**File Name:**   Son_HDD3_2TB.EBM
**Partial Hash:** 279c67963d0966c111f38e0c0edad2b6
**File Name:**   Son_HDD3_2TB.EBN
**Partial Hash:** 748d7cc9e5334eff740115036221358a
**File Name:**   Son_HDD3_2TB.EBO
**Partial Hash:** 562503885bce90531dfe5efe5e0b1011
**File Name:**   Son_HDD3_2TB.EBP

**Partial Hash:** 3af49cfe5ae8ca9c2100ae93e340888f

**File Name:**   Son_HDD3_2TB.EBQ

**Partial Hash:** bc912e60aa4c2c27a9f602006ed14f4f

**File Name:**   Son_HDD3_2TB.EBR

**Partial Hash:** c53677cf414d67ef8f72726c575ae73c

**File Name:**   Son_HDD3_2TB.EBS

**Partial Hash:** 548171701282f3be3c3e31b18ef71ca9

**File Name:**   Son_HDD3_2TB.EBT

**Partial Hash:** fdd2d4c0bb5e19512a2b9d6e9f0f9947

**File Name:**   Son_HDD3_2TB.EBU

**Partial Hash:** 22abe8ec2c5400953c5cb6b652122240

**File Name:**   Son_HDD3_2TB.EBV

**Partial Hash:** 47a7f0ba6c6d8a094eaac9b231e73fe6

**File Name:**   Son_HDD3_2TB.EBW

**Partial Hash:** 9da35fb39697e40ce63f57ab923a6115

**File Name:**   Son_HDD3_2TB.EBX

**Partial Hash:** f1805e98aa21ff6e725f2744c416ad2d

**File Name:**   Son_HDD3_2TB.EBY

**Partial Hash:** 760431b9b0e4a375da40dab7e2b36e00

**File Name:**   Son_HDD3_2TB.EBZ

**Partial Hash:** 66009cf56cc1363a984d8abbad446c71

**File Name:**   Son_HDD3_2TB.ECA

**Partial Hash:** c2be09a821931d089dce0a138541e3ca

**File Name:**   Son_HDD3_2TB.ECB

**Partial Hash:** 200e86a803b24b620867b53995e06bdc

**File Name:**   Son_HDD3_2TB.ECC

**Partial Hash:** 28a3b580b7c85946e380ee1d6f6b0395

**File Name:**   Son_HDD3_2TB.ECD

**Partial Hash:** fb4eb1a31b08f6be01cfeae2e824db14

**File Name:**   Son_HDD3_2TB.ECE

**Partial Hash:** d3f64cfe8f596a04b147a89c123c7860

**File Name:**   Son_HDD3_2TB.ECF

**Partial Hash:** 2a61e288345b0146f8c9381e73cc2e63

**File Name:**   Son_HDD3_2TB.ECG

**Partial Hash:** c290b6910aa507e737b36a082fb3cfb3

**File Name:**   Son_HDD3_2TB.ECH

**Partial Hash:** 02e77df98dcc501e1cda0159b55de8c0

**File Name:**   Son_HDD3_2TB.ECI

**Partial Hash:** 842c02a3582d708854d0fcf43d495845

**File Name:**   Son_HDD3_2TB.ECJ

**Partial Hash:** ff16048527ba24ced5dd5f968ae1b3d9

**File Name:**   Son_HDD3_2TB.ECK

**Partial Hash:** 677f25f66012714dedd9c4af6a890ac9

**File Name:**   Son_HDD3_2TB.ECL

**Partial Hash:** e33e641c3cc4d7748a9f7ccdb9cd8662

**File Name:**   Son_HDD3_2TB.ECM

**Partial Hash:** 3e89277b9a9f4145b486dd575488f9dd

**File Name:**   Son_HDD3_2TB.ECN

**Partial Hash:** 4e420abdb096070cf6b67b3e8e65ffda

**File Name:**   Son_HDD3_2TB.ECO

**Partial Hash:** 08546b473f76e2b15e0dcf0f150c07ae

**File Name:**   Son_HDD3_2TB.ECP

**Partial Hash:** a7679dba9662032d6d5edec6c24797b9

**File Name:**   Son_HDD3_2TB.ECQ

**Partial Hash:** 0ceec40904e4c4fd2437e4f043c2595d

**File Name:**   Son_HDD3_2TB.ECR

**Partial Hash:** 9de5647fe8dae90ce74be1130973d173
**File Name:** Son_HDD3_2TB.ECS
**Partial Hash:** 144d8c28877d61b02c24221de3d8a990
**File Name:** Son_HDD3_2TB.ECT
**Partial Hash:** b9ce0b5bbd3bd36bbcca61e2610a3177
**File Name:** Son_HDD3_2TB.ECU
**Partial Hash:** 3120335aaf752656f10a4ccc23b332b2
**File Name:** Son_HDD3_2TB.ECV
**Partial Hash:** f96da716355a0a4b756711380aa39093
**File Name:** Son_HDD3_2TB.ECW
**Partial Hash:** d3ec8422fd17c04f28010d9f9a52102b
**File Name:** Son_HDD3_2TB.ECX
**Partial Hash:** e4231fcd139472d14d88a6df5cf09361
**File Name:** Son_HDD3_2TB.ECY
**Partial Hash:** d7049749b73b25613e27467f2a9e93c0
**File Name:** Son_HDD3_2TB.ECZ
**Partial Hash:** 976a9bc4d9f5c3281b2083802dcc2f7e
**File Name:** Son_HDD3_2TB.EDA
**Partial Hash:** 53aba664833e9ed4e3b43f1742e3dfa4
**File Name:** Son_HDD3_2TB.EDB
**Partial Hash:** 8636d54874a19822702b8e135b37390f
**File Name:** Son_HDD3_2TB.EDC
**Partial Hash:** 633574ee46a730967843fcbfb917d5aa
**File Name:** Son_HDD3_2TB.EDD
**Partial Hash:** 286bcf1bc3436ca5974dc97796a94143
**File Name:** Son_HDD3_2TB.EDE
**Partial Hash:** 33eb63bea6b58a47486297b9538b91e7
**File Name:** Son_HDD3_2TB.EDF
**Partial Hash:** b5a17ac0e5310899f6d850819c23b7f9
**File Name:** Son_HDD3_2TB.EDG
**Partial Hash:** ff02e7c60fa8334e5bea293e50594fe9
**File Name:** Son_HDD3_2TB.EDH
**Partial Hash:** 8152017d5affa8aa330a724e07c17381
**File Name:** Son_HDD3_2TB.EDI
**Partial Hash:** 84dc746d59b9fb30759e65152d164f3d
**File Name:** Son_HDD3_2TB.EDJ
**Partial Hash:** 63688478de5adc06a581f72498552996
**File Name:** Son_HDD3_2TB.EDK
**Partial Hash:** f360b5951e64c0d8d3998958fdad0b38
**File Name:** Son_HDD3_2TB.EDL
**Partial Hash:** 315e89e1667cf559121eeb65f327be05
**File Name:** Son_HDD3_2TB.EDM
**Partial Hash:** 00c1ec37982b604e1a92d030dc91814c
**File Name:** Son_HDD3_2TB.EDN
**Partial Hash:** 8456ec48fdaad6682eced92a9736b6a9
**File Name:** Son_HDD3_2TB.EDO
**Partial Hash:** 4a76e71d7ccf721c72fb0a012c6c5670
**File Name:** Son_HDD3_2TB.EDP
**Partial Hash:** f76161400bba5d477c7306a3201f9fc5
**File Name:** Son_HDD3_2TB.EDQ
**Partial Hash:** cf950400bcb9e2cc6cb933420c2607f7
**File Name:** Son_HDD3_2TB.EDR
**Partial Hash:** 35b36c1f1f0d19b6dfc05ad32fba0fba
**File Name:** Son_HDD3_2TB.EDS
**Partial Hash:** d4e12ebe36d0c335e77132572458e7ae
**File Name:** Son_HDD3_2TB.EDT

**Partial Hash:** 30739c9953a254c9109ee1221592d032
**File Name:**    Son_HDD3_2TB.EDU
**Partial Hash:** dfcfc9000b87e3a81e19532361622304
**File Name:**    Son_HDD3_2TB.EDV
**Partial Hash:** e1ed83b84c7edbed231f05eb749e17ab
**File Name:**    Son_HDD3_2TB.EDW
**Partial Hash:** a2998dd561199ec94c578877fdb101b4
**File Name:**    Son_HDD3_2TB.EDX
**Partial Hash:** 341941f7a8d8647833e9af583b17e166
**File Name:**    Son_HDD3_2TB.EDY
**Partial Hash:** d3c2d48a7ac778bc6650232564c9ae07
**File Name:**    Son_HDD3_2TB.EDZ
**Partial Hash:** f5417be9c3d321f5795f18e973ab9a57
**File Name:**    Son_HDD3_2TB.EEA
**Partial Hash:** 90e576de67e9b410fa01a5ce10fa76fa
**File Name:**    Son_HDD3_2TB.EEB
**Partial Hash:** 6f1ebd0290c609679176aaa7e904af1b
**File Name:**    Son_HDD3_2TB.EEC
**Partial Hash:** f4d08fb2700a12bce62c7896127e30f5
**File Name:**    Son_HDD3_2TB.EED
**Partial Hash:** 8b98e9af99af26dcbd85470498e918f9
**File Name:**    Son_HDD3_2TB.EEE
**Partial Hash:** 2656d351c6b7248d28a1f2dfa4d962e6
**File Name:**    Son_HDD3_2TB.EEF
**Partial Hash:** 3480342851102a3c63c7e1f610c9e9e1
**File Name:**    Son_HDD3_2TB.EEG
**Partial Hash:** 6d2cf1ac4e4235e6410178e54d9d37bb
**File Name:**    Son_HDD3_2TB.EEH
**Partial Hash:** a731e1c55ec06f0694e6b40e73d55758
**File Name:**    Son_HDD3_2TB.EEI
**Partial Hash:** d8d3392ac252cc9d3b613722d77893e3
**File Name:**    Son_HDD3_2TB.EEJ
**Partial Hash:** e3e908106908bc1ae00bd3be93ef5d58
**File Name:**    Son_HDD3_2TB.EEK
**Partial Hash:** 5b7e9864bd5b0e031df10b78917ca2d9
**File Name:**    Son_HDD3_2TB.EEL
**Partial Hash:** 66cbc4ac134adc4a4fc3601f3f6a6807
**File Name:**    Son_HDD3_2TB.EEM
**Partial Hash:** ac86d9fe5bac7a98a59af28c3a258d32
**File Name:**    Son_HDD3_2TB.EEN
**Partial Hash:** bcd7fd5532691c998734c4ecf416a486
**File Name:**    Son_HDD3_2TB.EEO
**Partial Hash:** 8a53e546d23fe244b9396fa2cd5afd11
**File Name:**    Son_HDD3_2TB.EEP
**Partial Hash:** c401c227bf0528ec94bfceae67926c88
**File Name:**    Son_HDD3_2TB.EEQ
**Partial Hash:** 56e0192cf5efacff44d9436f63e6b4a7
**File Name:**    Son_HDD3_2TB.EER
**Partial Hash:** 43c15b09b63db2f6629c50b17b06974d
**File Name:**    Son_HDD3_2TB.EES
**Partial Hash:** 640b2efa0454a638765de23628d1cc80
**File Name:**    Son_HDD3_2TB.EET
**Partial Hash:** b25ed6860280ea422f261a2d9ccd06b6
**File Name:**    Son_HDD3_2TB.EEU
**Partial Hash:** aab954716e5c596c48886f6cd29fc9fa
**File Name:**    Son_HDD3_2TB.EEV

**Partial Hash:** ec9599a5fa2942e87c83f7e1543d822c
**File Name:** Son_HDD3_2TB.EEW
**Partial Hash:** 4331ba06ade271a7c56e848c5a9237e9
**File Name:** Son_HDD3_2TB.EEX
**Partial Hash:** 4984e155fd00b7ffae69d954361ce3c6
**File Name:** Son_HDD3_2TB.EEY
**Partial Hash:** 6dca4765c6bf05be15d1a415bab6014e
**File Name:** Son_HDD3_2TB.EEZ
**Partial Hash:** 66d0b6544e587ea82024962149063968
**File Name:** Son_HDD3_2TB.EFA
**Partial Hash:** c48a4e99b5a382e788b5b56f531196ac
**File Name:** Son_HDD3_2TB.EFB
**Partial Hash:** 6f3f2e03bdd379cb4750d39500724abb
**File Name:** Son_HDD3_2TB.EFC
**Partial Hash:** 8f4a73597a047d65bfd6a82fa879549e
**File Name:** Son_HDD3_2TB.EFD
**Partial Hash:** e8218c12d43de63dc727922e0c750de3
**File Name:** Son_HDD3_2TB.EFE
**Partial Hash:** 8021bfd02795475614f36d2724f7fd46
**File Name:** Son_HDD3_2TB.EFF
**Partial Hash:** 9d2fcaf3172fc81044f797716002e84e
**File Name:** Son_HDD3_2TB.EFG
**Partial Hash:** 728386dc39b48b454de158a4fa8c7c0f
**File Name:** Son_HDD3_2TB.EFH
**Partial Hash:** 770f89ccda56c7a4185d65100e3eaf90
**File Name:** Son_HDD3_2TB.EFI
**Partial Hash:** 6668f0ad5c8c7bd48974c7987a897e85
**File Name:** Son_HDD3_2TB.EFJ
**Partial Hash:** 75217acf4bbaef41e71b2d65f729eb7a
**File Name:** Son_HDD3_2TB.EFK
**Partial Hash:** ddcf1f6eecdbf3bb5bab0e12c10ab98a
**File Name:** Son_HDD3_2TB.EFL
**Partial Hash:** a33d97d5e4c3326080825cb2a6439ee2
**File Name:** Son_HDD3_2TB.EFM
**Partial Hash:** 66187960ed0ed63cfee3b1e06049e795
**File Name:** Son_HDD3_2TB.EFN
**Partial Hash:** 9d81effa47c1f53a51b906bf275e4786
**File Name:** Son_HDD3_2TB.EFO
**Partial Hash:** 632280e49e4662fc94df0020e466cec5
**File Name:** Son_HDD3_2TB.EFP
**Partial Hash:** c3acb0d37d8ffe321b143fb94abc5b56
**File Name:** Son_HDD3_2TB.EFQ
**Partial Hash:** b6be276048bcbecfb1a99cae2427c5b4
**File Name:** Son_HDD3_2TB.EFR
**Partial Hash:** cf6d9648050b57e3c48509ebbe6888d4
**File Name:** Son_HDD3_2TB.EFS
**Partial Hash:** 23caa956b448df47e08a0c9374ce1b2f
**File Name:** Son_HDD3_2TB.EFT
**Partial Hash:** a612f287fde6ea38819b058fe69a8cc9
**File Name:** Son_HDD3_2TB.EFU
**Partial Hash:** 34666afb583ff5863ee2abe0a8b1b509
**File Name:** Son_HDD3_2TB.EFV
**Partial Hash:** 6343f7843a0e130d2e2f7e6a8a230a4b
**File Name:** Son_HDD3_2TB.EFW
**Partial Hash:** a0e16e81855ab69e532d6d1986eef2dd
**File Name:** Son_HDD3_2TB.EFX

**Partial Hash:** 22c8ba1dfbbce3675aa9aaae6ff41e2b

**File Name:**   Son_HDD3_2TB.EFY

**Partial Hash:** 0a46546c303bc3123b464e633e517441

**File Name:**   Son_HDD3_2TB.EFZ

**Partial Hash:** 1cf6b1763e5287de9e898de1b928b75f

**File Name:**   Son_HDD3_2TB.EGA

**Partial Hash:** 5699088ca864004c857957f84dd24b4d

**File Name:**   Son_HDD3_2TB.EGB

**Partial Hash:** 25c25ba3f7d137aa8fb826f846497f5d

**File Name:**   Son_HDD3_2TB.EGC

**Partial Hash:** 1b7686be4cc6ffd288070d899b5e3ee5

**File Name:**   Son_HDD3_2TB.EGD

**Partial Hash:** 17c36e52960ff6da354029784f30a901

**File Name:**   Son_HDD3_2TB.EGE

**Partial Hash:** bc9bef35846d6e00472aab1724856ed2

**File Name:**   Son_HDD3_2TB.EGF

**Partial Hash:** bbef14c8ae61991819bcf312c1277ff3

**File Name:**   Son_HDD3_2TB.EGG

**Partial Hash:** 7fa95f9c469fea8cce1a99a9bb55c0f1

**File Name:**   Son_HDD3_2TB.EGH

**Partial Hash:** 9fd0548b84f7710cf6276931d2a674c6

**File Name:**   Son_HDD3_2TB.EGI

**Partial Hash:** 9d54b2067c96b278d6000fd6e53f318e

**File Name:**   Son_HDD3_2TB.EGJ

**Partial Hash:** 1d3ffc4a8305f4c32a7e86b6033cf853

**File Name:**   Son_HDD3_2TB.EGK

**Partial Hash:** 47a16e40d9c138cabd603c258136815e

**File Name:**   Son_HDD3_2TB.EGL

**Partial Hash:** 6f102510e5bdf3ede5e14e9ca74788b0

**File Name:**   Son_HDD3_2TB.EGM

**Partial Hash:** d598f367077b7e0e6e0a61fe9b27b96a

**File Name:**   Son_HDD3_2TB.EGN

**Partial Hash:** 5206e5a1de5ab0448597f1f41b506252

**File Name:**   Son_HDD3_2TB.EGO

**Partial Hash:** cff06f62b09c2a6ebee338426ef33be7

**File Name:**   Son_HDD3_2TB.EGP

**Partial Hash:** c280f7bd568ee59b425d18ffb0a0b02a

**File Name:**   Son_HDD3_2TB.EGQ

**Partial Hash:** 7f63a36769d79cbddb8357bf68646e8c

**File Name:**   Son_HDD3_2TB.EGR

**Partial Hash:** 7213051b4bb63f980620193dffbb75c9

**File Name:**   Son_HDD3_2TB.EGS

**Partial Hash:** 72d22156dbd4eb3a7f1bdcbf4ea0ffe1

**File Name:**   Son_HDD3_2TB.EGT

**Partial Hash:** 96b72e82bfbb124adaa7ac16eab9b981

**File Name:**   Son_HDD3_2TB.EGU

**Partial Hash:** af8063572512ed8a2f8090f0f9f6c1a6

**File Name:**   Son_HDD3_2TB.EGV

**Partial Hash:** 3422b086e0e5cd3e19db037c4dc30c6f

**File Name:**   Son_HDD3_2TB.EGW

**Partial Hash:** 2b09319882324a790a81069b9bd47c78

**File Name:**   Son_HDD3_2TB.EGX

**Partial Hash:** 2763b6b71f64307202d6721e97a4c86e

**File Name:**   Son_HDD3_2TB.EGY

**Partial Hash:** 028f38c0362ba881ad080686dfcbc843

**File Name:**   Son_HDD3_2TB.EGZ

**Partial Hash:** ffd365263cf2dfafb55df46a3f6a58b5
**File Name:**   Son_HDD3_2TB.EHA
**Partial Hash:** 77c9de19966811267788cd364ee473de
**File Name:**   Son_HDD3_2TB.EHB
**Partial Hash:** d3b9ac0d805363a18798be8703268e52
**File Name:**   Son_HDD3_2TB.EHC
**Partial Hash:** 4bb66fd6a4005d11b800b87f4ac979ad
**File Name:**   Son_HDD3_2TB.EHD
**Partial Hash:** 4e01a6ef96098ed09a742518bdc3f0aa
**File Name:**   Son_HDD3_2TB.EHE
**Partial Hash:** 62d6ca37992efef63e0679c2836044fd
**File Name:**   Son_HDD3_2TB.EHF
**Partial Hash:** 4bb36f6a2230310d66814b904d7746e3
**File Name:**   Son_HDD3_2TB.EHG
**Partial Hash:** e8ae1f34603c06232ca933228a80d5cc
**File Name:**   Son_HDD3_2TB.EHH
**Partial Hash:** 51e4ecf2527a46924309a9655866e94a
**File Name:**   Son_HDD3_2TB.EHI
**Partial Hash:** 6332c17b84c4049eb26a79d501641be5
**File Name:**   Son_HDD3_2TB.EHJ
**Partial Hash:** 4fffb450c476e2b0200affd2ead9cf0a
**File Name:**   Son_HDD3_2TB.EHK
**Partial Hash:** 235605ddc4cd574deedd15f46bd7e724
**File Name:**   Son_HDD3_2TB.EHL
**Partial Hash:** 0bc939af0cee8a6d80273e78c676f976
**File Name:**   Son_HDD3_2TB.EHM
**Partial Hash:** 805384e0bcbb4c9b5f3f280a93a5bf5e
**File Name:**   Son_HDD3_2TB.EHN
**Partial Hash:** 8431eb7f03324b2e3bc36254a9c9e33b
**File Name:**   Son_HDD3_2TB.EHO
**Partial Hash:** 6ea5cfc48402d7faabfd48b6e1c40a74
**File Name:**   Son_HDD3_2TB.EHP
**Partial Hash:** 6c90ca7bae56cae3431ffeef54f619ba
**File Name:**   Son_HDD3_2TB.EHQ
**Partial Hash:** c14be0787f6145072486542622cd3804
**File Name:**   Son_HDD3_2TB.EHR
**Partial Hash:** c1db2d3e2c7923abac00ca403237b42e
**File Name:**   Son_HDD3_2TB.EHS
**Partial Hash:** 48f2171cb6b3a36ec34b0e754c3e90a1
**File Name:**   Son_HDD3_2TB.EHT
**Partial Hash:** ef2c52fad3091342d88b82bfe647e2e4
**File Name:**   Son_HDD3_2TB.EHU
**Partial Hash:** 80a3c9ac32ead8e84e5209a2a4dce746
**File Name:**   Son_HDD3_2TB.EHV
**Partial Hash:** 34c7adfa009fe79004e4bbcfd1c135f6
**File Name:**   Son_HDD3_2TB.EHW
**Partial Hash:** 69b0bdb2547d156ada9ee643f254a32e
**File Name:**   Son_HDD3_2TB.EHX
**Partial Hash:** ddcb8879842c32e600e6ae6826965773
**File Name:**   Son_HDD3_2TB.EHY
**Partial Hash:** 2d80a47c06523df2e7846657f1a340a9
**File Name:**   Son_HDD3_2TB.EHZ
**Partial Hash:** 2c8cc14a79fd523965a7619b71375fc2
**File Name:**   Son_HDD3_2TB.EIA
**Partial Hash:** d9fdc62f69846cb83fa983b4d275053c
**File Name:**   Son_HDD3_2TB.EIB

**Partial Hash:** ea17546ae02a9ee8e7bac3347f257015
**File Name:**   Son_HDD3_2TB.EIC
**Partial Hash:** 500786b913cddba2f9b8c00429f154ad
**File Name:**   Son_HDD3_2TB.EID
**Partial Hash:** f51fbeced8612e016845e688aea5698a
**File Name:**   Son_HDD3_2TB.EIE
**Partial Hash:** 730a892ee55e1434cd291755b01b2de1
**File Name:**   Son_HDD3_2TB.EIF
**Partial Hash:** c0db57a32c6ca414bb6cf8359cefa7f9
**File Name:**   Son_HDD3_2TB.EIG
**Partial Hash:** 4d0b98af50befdb59e7d256601e13717
**File Name:**   Son_HDD3_2TB.EIH
**Partial Hash:** 810a4b465597053aa7c647c34ca2c298
**File Name:**   Son_HDD3_2TB.EII
**Partial Hash:** 45978b388c348b8bebcbfcfe1a1a9a3a
**File Name:**   Son_HDD3_2TB.EIJ
**Partial Hash:** a0e4e3200a0caf9f6fc0c9f36c3b0583
**File Name:**   Son_HDD3_2TB.EIK
**Partial Hash:** 761229ae57c38451e7168ffb1cb98566
**File Name:**   Son_HDD3_2TB.EIL
**Partial Hash:** dfa286c4c1dcb8932ea50296053f68cd
**File Name:**   Son_HDD3_2TB.EIM
**Partial Hash:** 76de3d14d9d320e713c3ca4ff8275658
**File Name:**   Son_HDD3_2TB.EIN
**Partial Hash:** 2a7837e859ccf729a8d9d7d9f758f7b2
**File Name:**   Son_HDD3_2TB.EIO
**Partial Hash:** dfc9c31cf28e98f09c93efe3689769a2
**File Name:**   Son_HDD3_2TB.EIP
**Partial Hash:** d137915b4a3942b14e8e28f1eda50ed9
**File Name:**   Son_HDD3_2TB.EIQ
**Partial Hash:** 03aa76904ac4d6f250778a2d636e4b87
**File Name:**   Son_HDD3_2TB.EIR
**Partial Hash:** 0bd7db11bdeed8520c832f1faa5ca0e1
**File Name:**   Son_HDD3_2TB.EIS
**Partial Hash:** ab66789e610a5810b26c592f60296615
**File Name:**   Son_HDD3_2TB.EIT
**Partial Hash:** a3e63f5815653183ec43c783277bc45b
**File Name:**   Son_HDD3_2TB.EIU
**Partial Hash:** eeed453aa66f2db504bf5536993fa1bb
**File Name:**   Son_HDD3_2TB.EIV
**Partial Hash:** 993c220370a04254bc16648d8eab1925
**File Name:**   Son_HDD3_2TB.EIW
**Partial Hash:** 6344f0d7d5177d225eb93725a8c5716c
**File Name:**   Son_HDD3_2TB.EIX
**Partial Hash:** 00c8183074f598bb9add18a94386bf70
**File Name:**   Son_HDD3_2TB.EIY
**Partial Hash:** a41418a86c6238a87f859f5ee81a1180
**File Name:**   Son_HDD3_2TB.EIZ
**Partial Hash:** 97b7eceb907e1ad3ccd01410b9f32945
**File Name:**   Son_HDD3_2TB.EJA
**Partial Hash:** 634d68a14ec80a8e4bf269015bdb4136
**File Name:**   Son_HDD3_2TB.EJB
**Partial Hash:** 92f4bc2d8b682d16693beea632f6ca9c
**File Name:**   Son_HDD3_2TB.EJC
**Partial Hash:** 6fb3ed543a5004d12dc489f3899ff086
**File Name:**   Son_HDD3_2TB.EJD

**Partial Hash:** fe1d06271e00101880ead0ad0103b42a

**File Name:**   Son_HDD3_2TB.EJE

**Partial Hash:** dcb0948d6ff86222b6cdbb41f8a1a818

**File Name:**   Son_HDD3_2TB.EJF

**Partial Hash:** 93d5700443a30973ab9afc93c57a97dd

**File Name:**   Son_HDD3_2TB.EJG

**Partial Hash:** a30ef36d258b47a9882d0cb6ab308e03

**File Name:**   Son_HDD3_2TB.EJH

**Partial Hash:** 153ba8c086972a8357efb09adeac30a9

**File Name:**   Son_HDD3_2TB.EJI

**Partial Hash:** 88c2da93f719feaaf7b4fb53ff4583c2

**File Name:**   Son_HDD3_2TB.EJJ

**Partial Hash:** 99924e65bc57c7f74f73dfc88ea40bbb

**File Name:**   Son_HDD3_2TB.EJK

**Partial Hash:** 85ee01ed334bb8a055c5665516277ec0

**File Name:**   Son_HDD3_2TB.EJL

**Partial Hash:** c56c8cc90203760532a7de6116bffe74

**File Name:**   Son_HDD3_2TB.EJM

**Partial Hash:** 57d9f42a896ed1993900528e1f62244c

**File Name:**   Son_HDD3_2TB.EJN

**Partial Hash:** d9294e9b2cfb1228b3bf0a9bde5839c0

**File Name:**   Son_HDD3_2TB.EJO

**Partial Hash:** 1ec4bb68a6d6b8f3905b36825b448555

**File Name:**   Son_HDD3_2TB.EJP

**Partial Hash:** 636c85cff9de1f5e36c0afb5eec999d2

**File Name:**   Son_HDD3_2TB.EJQ

**Partial Hash:** 3c10921ad68cb50607c6bcd6f841e7ca

**File Name:**   Son_HDD3_2TB.EJR

**Partial Hash:** f813083d5509fc100b318dff54fceb4d

**File Name:**   Son_HDD3_2TB.EJS

**Partial Hash:** 49ca5ab29995d5a08c2347a02cbfdee0

**File Name:**   Son_HDD3_2TB.EJT

**Partial Hash:** f6557953ad8aaf426eac08341d754179

**File Name:**   Son_HDD3_2TB.EJU

**Partial Hash:** 54699f863a4da737ac10a94c1be8f987

**File Name:**   Son_HDD3_2TB.EJV

**Partial Hash:** aa99a4ef3608277fbe29eb0e7bcf594e

**File Name:**   Son_HDD3_2TB.EJW

**Partial Hash:** 7d451a06e29e074217c325456d688ad1

**File Name:**   Son_HDD3_2TB.EJX

**Partial Hash:** 09e348b57de3933835cb7a7083d86a57

**File Name:**   Son_HDD3_2TB.EJY

**Partial Hash:** 18955f30e574e1b410ccd684794da37c

**File Name:**   Son_HDD3_2TB.EJZ

**Partial Hash:** 3224d3f0026f674535a9b100c1588e93

**File Name:**   Son_HDD3_2TB.EKA

**Partial Hash:** 3d03418b0f467a6451ef5fae787c6ee5

**File Name:**   Son_HDD3_2TB.EKB

**Partial Hash:** 98d78fc967f73ffcc11624543c2858f6

**File Name:**   Son_HDD3_2TB.EKC

**Partial Hash:** 185319f558e6be8693182016454448d1

**File Name:**   Son_HDD3_2TB.EKD

**Partial Hash:** d3cdc99fce4fe3b8c1e6a13bd007cffa

**File Name:**   Son_HDD3_2TB.EKE

**Partial Hash:** 9c7d2723909cb6d3a3ce3f97b94b216f

**File Name:**   Son_HDD3_2TB.EKF

**Partial Hash:** 44e6482976e820d5aea8c6bee7efa6a0
**File Name:**   Son_HDD3_2TB.EKG
**Partial Hash:** e1fa3a4286acbb57bc20e40f86f83e2f
**File Name:**   Son_HDD3_2TB.EKH
**Partial Hash:** 10f164fc3db9782ffcbc6bdb30c2c793
**File Name:**   Son_HDD3_2TB.EKI
**Partial Hash:** 42b58dc438c157697bd45073f0560316
**File Name:**   Son_HDD3_2TB.EKJ
**Partial Hash:** 0661293d17b5f3856e6ff7091ad8f48c
**File Name:**   Son_HDD3_2TB.EKK
**Partial Hash:** 93762739e460bb09017b416b33237121
**File Name:**   Son_HDD3_2TB.EKL
**Partial Hash:** 24e37fb922077c3f6368595f19b74d60
**File Name:**   Son_HDD3_2TB.EKM
**Partial Hash:** 07435b14881c380edddb04ddc3333359
**File Name:**   Son_HDD3_2TB.EKN
**Partial Hash:** 5d83f4fd165e9b68eb540b37de8951a8
**File Name:**   Son_HDD3_2TB.EKO
**Partial Hash:** 11458e5379448546e90ec0fbe4abca6b
**File Name:**   Son_HDD3_2TB.EKP
**Partial Hash:** 4bb152ed6efdd98e0308e064878f6a38
**File Name:**   Son_HDD3_2TB.EKQ
**Partial Hash:** b9802742602afcf99ae1eb8be394303f
**File Name:**   Son_HDD3_2TB.EKR
**Partial Hash:** 610a906e9455e9cb59d59a43f75aa63b
**File Name:**   Son_HDD3_2TB.EKS
**Partial Hash:** 933557833fc3ccfb57e056118786631b
**File Name:**   Son_HDD3_2TB.EKT
**Partial Hash:** 88dd347dc0f203d9b70af671e9b5f1cf
**File Name:**   Son_HDD3_2TB.EKU
**Partial Hash:** e13479b0c3e495ad66ea73528ac9cee4
**File Name:**   Son_HDD3_2TB.EKV
**Partial Hash:** 15b28478d0921e815f6bad414a1dd27c
**File Name:**   Son_HDD3_2TB.EKW
**Partial Hash:** 7731d707906e9ce585c4cd06ba52fb7a
**File Name:**   Son_HDD3_2TB.EKX
**Partial Hash:** 6e00df203166c73fcf8a525df43386f2
**File Name:**   Son_HDD3_2TB.EKY
**Partial Hash:** 911e778956bc8ab3c3f3b88957399ca7
**File Name:**   Son_HDD3_2TB.EKZ
**Partial Hash:** b06352da72a3460ff8b884ce32a7607e
**File Name:**   Son_HDD3_2TB.ELA
**Partial Hash:** bccda98a445e168feef4e9893425711d
**File Name:**   Son_HDD3_2TB.ELB
**Partial Hash:** 1ce4e1c183044978694287e06f9a32c2
**File Name:**   Son_HDD3_2TB.ELC
**Partial Hash:** 3686ca709f947e2e1c32ac81cbf25401
**File Name:**   Son_HDD3_2TB.ELD
**Partial Hash:** 28178c3fc03024c8dc17a7370e231209
**File Name:**   Son_HDD3_2TB.ELE
**Partial Hash:** f71f352f3a40702aba5830d8dd776f5c
**File Name:**   Son_HDD3_2TB.ELF
**Partial Hash:** d38705bd3782e9db004dd90cbedcbbe4
**File Name:**   Son_HDD3_2TB.ELG
**Partial Hash:** 46c3d0694b5e7ff09ac6083a531eb379
**File Name:**   Son_HDD3_2TB.ELH

**Partial Hash:** 5cf3fc774f4e8e52e9c862ab1a50b0fb
**File Name:**   Son_HDD3_2TB.ELI
**Partial Hash:** 0414680bd2169cb638907b3274115011
**File Name:**   Son_HDD3_2TB.ELJ
**Partial Hash:** 0c3e3a5129169c209f34bdc1aab42521
**File Name:**   Son_HDD3_2TB.ELK
**Partial Hash:** 1627adef9bf2388250bb0acd31c4ac09
**File Name:**   Son_HDD3_2TB.ELL
**Partial Hash:** f1b6a759c128fc514bab10b1fcd20145
**File Name:**   Son_HDD3_2TB.ELM
**Partial Hash:** 224dbff9bac51587a40b32df6f91baf2
**File Name:**   Son_HDD3_2TB.ELN
**Partial Hash:** cc4bf288e8abf5cd649e83153a655bcf
**File Name:**   Son_HDD3_2TB.ELO
**Partial Hash:** a0e605f116a9cd46a41d2ab6a6107ad1
**File Name:**   Son_HDD3_2TB.ELP
**Partial Hash:** 3524d09ef1a863c3736b7bb3f3885424
**File Name:**   Son_HDD3_2TB.ELQ
**Partial Hash:** 07eab66d8734cf0879514e4654064627
**File Name:**   Son_HDD3_2TB.ELR
**Partial Hash:** 3c631cc3e7f0330f38a270bf99310854
**File Name:**   Son_HDD3_2TB.ELS
**Partial Hash:** b9e9572d78816e0ebef12ba170d7e1a0
**File Name:**   Son_HDD3_2TB.ELT
**Partial Hash:** 581a1f1abfca870d50fbf7f2e61178b5
**File Name:**   Son_HDD3_2TB.ELU
**Partial Hash:** 7b1a6e500234a690f4254c207b6ac004
**File Name:**   Son_HDD3_2TB.ELV
**Partial Hash:** 6f739914313c23c1deb013a6a065945b
**File Name:**   Son_HDD3_2TB.ELW
**Partial Hash:** a14ab0442a97a6d151439e0ecc291cd7
**File Name:**   Son_HDD3_2TB.ELX
**Partial Hash:** 07d0e3294dc372a55450037cad2d782b
**File Name:**   Son_HDD3_2TB.ELY
**Partial Hash:** 173c551eb8127b556d122917c751af60
**File Name:**   Son_HDD3_2TB.ELZ
**Partial Hash:** 511f4f696bdb87ffce6ab2c1e597f1cf
**File Name:**   Son_HDD3_2TB.EMA
**Partial Hash:** 4fce4768ee57dc39bf84334360b34090
**File Name:**   Son_HDD3_2TB.EMB
**Partial Hash:** ca90335a91d39414e7aa64b5758f1d96
**File Name:**   Son_HDD3_2TB.EMC
**Partial Hash:** e528004123e18e0bdc1c1fc5fbf72d45
**File Name:**   Son_HDD3_2TB.EMD
**Partial Hash:** 945bbb1b711f1db5e5e6dc777c5c0738
**File Name:**   Son_HDD3_2TB.EME
**Partial Hash:** e8c00ba39ed756e268989acd18f4ee8d
**File Name:**   Son_HDD3_2TB.EMF
**Partial Hash:** 25b6e24f412a631ecbc84a38e11536b1
**File Name:**   Son_HDD3_2TB.EMG
**Partial Hash:** d1d36d8bb84912ce45a832872c34a192
**File Name:**   Son_HDD3_2TB.EMH
**Partial Hash:** f23506cc939b7f2d8a23c3ce3434d897
**File Name:**   Son_HDD3_2TB.EMI
**Partial Hash:** b9c28921c41f13b872980016beab24a1
**File Name:**   Son_HDD3_2TB.EMJ

**Partial Hash:** 967c55a6742fceeb49f95061c13b614d
**File Name:**   Son_HDD3_2TB.EMK
**Partial Hash:** 8f22a3701eea828b66d2608ed820be21
**File Name:**   Son_HDD3_2TB.EML
**Partial Hash:** 77f811a29ea7bfe726145fd7a240d2f4
**File Name:**   Son_HDD3_2TB.EMM
**Partial Hash:** 5ad0ce76f092f27cc036c1559791462e
**File Name:**   Son_HDD3_2TB.EMN
**Partial Hash:** 0c24941d216a6a73f1c3b3513df15547
**File Name:**   Son_HDD3_2TB.EMO
**Partial Hash:** 8bfadf9c6ac2b16feae4b8c0f940c8bc
**File Name:**   Son_HDD3_2TB.EMP
**Partial Hash:** 022078cb4db9e800f8f2882c2a0298ef
**File Name:**   Son_HDD3_2TB.EMQ
**Partial Hash:** 099f41471673160be5ec26cf6cf5d669
**File Name:**   Son_HDD3_2TB.EMR
**Partial Hash:** 197bebdbfd02211113ebadfb7ee07786
**File Name:**   Son_HDD3_2TB.EMS
**Partial Hash:** 79c53fc6ee50ea0846748740970ed0a5
**File Name:**   Son_HDD3_2TB.EMT
**Partial Hash:** 0e831131730ca0d5c5b49126612ee794
**File Name:**   Son_HDD3_2TB.EMU
**Partial Hash:** 3de53f156fda0f33be28d0ed023dcd95
**File Name:**   Son_HDD3_2TB.EMV
**Partial Hash:** bc6ef83ce8f3e41b2ff60948456c3b50
**File Name:**   Son_HDD3_2TB.EMW
**Partial Hash:** da750443f0f9a976f31163a325fd0993
**File Name:**   Son_HDD3_2TB.EMX
**Partial Hash:** a0a80501df6829592c6f869e96f74736
**File Name:**   Son_HDD3_2TB.EMY
**Partial Hash:** aad5fbca3f250a8d7d545eb041f82d3c
**File Name:**   Son_HDD3_2TB.EMZ
**Partial Hash:** 1986dd585c8801b9f3c8fa40e229e275
**File Name:**   Son_HDD3_2TB.ENA
**Partial Hash:** 6231064e632b490faed427b7b998505a
**File Name:**   Son_HDD3_2TB.ENB
**Partial Hash:** 53a41afe2779111dd01d007fab029d3d
**File Name:**   Son_HDD3_2TB.ENC
**Partial Hash:** b3b3c4ddeb20b31049b6f088ed889d88
**File Name:**   Son_HDD3_2TB.END
**Partial Hash:** c60dbbd71b24bd2caa5b027d24b109dc
**File Name:**   Son_HDD3_2TB.ENE
**Partial Hash:** b982d602a9414f9596335a15d05bf88a
**File Name:**   Son_HDD3_2TB.ENF
**Partial Hash:** 039161b2ffaada8d09ad37793a7e8f82
**File Name:**   Son_HDD3_2TB.ENG
**Partial Hash:** d9e053fd82db66b29db186ec597e6424
**File Name:**   Son_HDD3_2TB.ENH
**Partial Hash:** 8ba2d7226f2b85aa56ab2f4ed23a7a2b
**File Name:**   Son_HDD3_2TB.ENI
**Partial Hash:** 86241ce5316ddeb9e5ba5e6a2436e5ef
**File Name:**   Son_HDD3_2TB.ENJ
**Partial Hash:** 63704f73ba69a57f0d5fdef45190b414
**File Name:**   Son_HDD3_2TB.ENK
**Partial Hash:** ec6b24705bd32f37185d6ec782853480
**File Name:**   Son_HDD3_2TB.ENL

**Partial Hash:** a6e1ad012035982c394ef03eed566d63

**File Name:**   Son_HDD3_2TB.ENM

**Partial Hash:** cb8f52f312c2514932f88aa4d66256ec

**File Name:**   Son_HDD3_2TB.ENN

**Partial Hash:** b7e535bc41c9836938aefa55d1046825

**File Name:**   Son_HDD3_2TB.ENO

**Partial Hash:** 8126ab6fbf6d2a53f2d8609e333c4700

**File Name:**   Son_HDD3_2TB.ENP

**Partial Hash:** d46bc82894d12423a17f155d833c9314

**File Name:**   Son_HDD3_2TB.ENQ

**Partial Hash:** 3efc6cebc2d5d50b8e20c02757070c8f

**File Name:**   Son_HDD3_2TB.ENR

**Partial Hash:** ec17700630df396b1953188cc6434671

**File Name:**   Son_HDD3_2TB.ENS

**Partial Hash:** aec858c0f4b9351855b97cb2265f9d1b

**File Name:**   Son_HDD3_2TB.ENT

**Partial Hash:** 5f503d385692d52fe957a8273c6fb11b

**File Name:**   Son_HDD3_2TB.ENU

**Partial Hash:** 845dc1ed8c1e6abcf33d123ab794dea3

**File Name:**   Son_HDD3_2TB.ENV

**Partial Hash:** f33717e006baec390502641c63e6069f

**File Name:**   Son_HDD3_2TB.ENW

**Partial Hash:** edecc3dfbaa55c8408e87078fce37da4

**File Name:**   Son_HDD3_2TB.ENX

**Partial Hash:** 2c1bff48b3ce2c8a34962db231f377bb

**File Name:**   Son_HDD3_2TB.ENY

**Partial Hash:** 59c4aee293f420691502fcec9e2ce7cb

**File Name:**   Son_HDD3_2TB.ENZ

**Partial Hash:** 064703a719b8ec55bcf9478c19d90bd6

**File Name:**   Son_HDD3_2TB.EOA

**Partial Hash:** ac7d7c242bf224b6ba9f3ed4024d3c89

**File Name:**   Son_HDD3_2TB.EOB

**Partial Hash:** e7ac4edb12ed857aef9a7d3d47281ec5

**File Name:**   Son_HDD3_2TB.EOC

**Partial Hash:** 2c8a1a0ae05d7604174e7388a31329ae

**File Name:**   Son_HDD3_2TB.EOD

**Partial Hash:** 6bab961b86348b04e1c94e28a73a78e8

**File Name:**   Son_HDD3_2TB.EOE

**Partial Hash:** 531d8c7d51d32feef8e42b506cf1cbc9

**File Name:**   Son_HDD3_2TB.EOF

**Partial Hash:** 94482342ce2116ebf50e50cb601b767b

**File Name:**   Son_HDD3_2TB.EOG

**Partial Hash:** 4d3049ceaa53372ea091ebd1bf35466f

**File Name:**   Son_HDD3_2TB.EOH

**Partial Hash:** 5c8e44ceedabcaaa78549d7c976a5f9c

**File Name:**   Son_HDD3_2TB.EOI

**Partial Hash:** 76515995e9c2f0d750a413c10d3b6358

**File Name:**   Son_HDD3_2TB.EOJ

**Partial Hash:** 4c0833af640227a2bccb5d99e5b6fc8c

**File Name:**   Son_HDD3_2TB.EOK

**Partial Hash:** eb8dbe4359bc0fd433ea622b725072f8

**File Name:**   Son_HDD3_2TB.EOL

**Partial Hash:** cf2f360150d7fa32f526399a1e64ed87

**File Name:**   Son_HDD3_2TB.EOM

**Partial Hash:** c4ec397d6e2ea3ceb335a11f47d34197

**Drive Information**

| Bay | Role | Serial | Model | RAID | HPA Start LBA | DCO Start LBA | Filesystem | Cipher | Cipher Mode | IV Gen |
|---|---|---|---|---|---|---|---|---|---|---|
| SAS_S1 | S | YFG9S0ZA | Hitachi_HUA723020ALA641 | | NA | NA | NA | NA | NA | NA |
| SAS_D1 | D | ZFN145YQ | ST4000DM004-2CV104 | | NA | NA | ntfs | NA | NA | NA |
| SAS_D2 | D | Z504E7JC | ST3000DM008-2DM166 | | NA | NA | ntfs | NA | NA | NA |

**Role Definitions**

S = Source

D = Destination

M = Master

T = Target

---

**Drive Capacities**

| Bay | Model | Serial | Capacity |
|---|---|---|---|
| SAS_S1 | Hitachi_HUA723020ALA641 | YFG9S0ZA | 2000398934016 |
| SAS_D1 | ST4000DM004-2CV104 | ZFN145YQ | 4000787030016 |
| SAS_D2 | ST3000DM008-2DM166 | Z504E7JC | 3000592982016 |

---

**Source Partition Information**

| Partition | File System | Start | End | Size | Encryption | Decrypted | Captured |
|---|---|---|---|---|---|---|---|
| 1 | ntfs | 1048576 | 1999861972992 | 1999860924416 | N/A | False | True |
| 2 | ext4 | 1999862062592 | 2000398933504 | 536870912 | N/A | False | True |