# son_ssd_512G

| | |
|---|---|
| Name | son_ssd_512G |
| Description | Physical Disk, 1,000,215,216 Sectors 476.9GB |
| Logical Size | 0 |
| Initialized Size | 0 |
| Physical Size | 512 |
| Starting Extent | 0S0 |
| File Extents | 1 |
| References | 0 |
| Physical Location | 0 |
| Physical Sector | 0 |
| Evidence File | son_ssd_512G |
| File Identifier | 0 |
| Code Page | 0 |
| Full Path | son_ssd_512G\son_ssd_512G |

### Device

| | |
|---|---|
| Name | son_ssd_512G |
| Actual Date | 03/04/18 01:13:32PM |
| Target Date | 03/04/18 01:13:36PM |
| File Path | F:\son_ssd_512G\son_ssd_512G.E01 |
| Evidence Number | son_ssd_512G |
| Examiner Name | J |
| Label | Samsung |
| Model | hp        DVD-RAM GHB0N |
| Serial Number | S257NXAG608236H |
| Drive Type | 17 |
| File Integrity | Verifying |
| Acquisition MD5 | 0a93dca0616967a56f3ae57162056b8f |
| GUID | 2cb0b5abfd9ab7cf86a0bbefb0211a09 |
| EnCase Version | 8.05 |
| System Version | Windows 10 |
| Write Blocked | Tableau |
| Is Physical | • |
| Raid Stripe Size | 0 |
| Error Granularity | 64 |
| Process ID | 0 |
| Index File | C:\Program Files\EnCase6\Index\son_ssd_512G-2cb0b5abfd9ab7cf86a0bbefb0211a09.Index |
| Read Errors | 0 |
| Missing Sectors | 0 |
| CRC Errors | 0 |
| Compression | Best |
| Total Size | 512,110,190,592 Bytes (476.9GB) |
| Total Sectors | 1,000,215,216 |
| Disk Signature | 1A356CD2 |
| Partitions | Valid |

## Hash Properties

| Name | Value |
|---|---|
| Hash Set | |
| Hash Category | |

## Partitions

| Name | Id | Type | Start Sector | Total Sectors | Size |
|---|---|---|---|---|---|
| | 07 | NTFS | 2,048 | 999,183,993 | 476.4GB |
| | 27 | Unknown | 999,186,432 | 1,024,000 | 500MB |

**son_ssd_512G**