UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                  CASE NO. 8:19-cr-33-CEH-CPT

JACK R. DOVE, III

## NOTICE OF APPEARANCE

The United States of America, by Karin Hoppmann, Acting United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as **co-counsel** for the United States in the above-captioned case.

Please forward all materials in this case to both counsel and co-counsel from this date forward.

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By:   /s/ Ilyssa Spergel
Ilyssa Spergel
Assistant United States Attorney
Florida Bar No. 102856
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: Ilyssa.Sergel@usdoj.gov

U.S. v. JACK R. DOVE, III                          Case No. 8:19-cr-33-CEH-CPT

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Timothy Fitzgerald, Esq.

       /s/Ilyssa Spergel
Ilyssa Spergel
Assistant United States Attorney
Florida Bar No. 102856
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:      (813) 274-6000
Facsimile:       (813) 274-6358
E-mail: Ilyssa.Sergel@usdoj.gov