UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.    CASE NO. 8:19-cr-33-CEH-CPT

JACK R. DOVE, III

## MOTION TO WITHDRAW

The United States of America, by Karin Hoppmann, Acting United States Attorney for the Middle District of Florida, hereby respectfully requests the Clerk of Court to withdraw the name of Assistant United States Attorney Candace G. Rich in the above-styled cause.

The government is represented in this matter by Assistant United States Attorney Lisa M. Thelwell.

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By:   /s/ Candace G. Rich
      Candace G. Rich
      Assistant United States Attorney
      Florida Bar No. 0027792
      400 N. Tampa St., Ste. 3200
      Tampa, FL 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: Candace.Rich@usdoj.gov

U.S. v. JACK R. DOVE, III                    Case No. 8:19-cr-33-CEH-CPT

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Timothy Fitzgerald, Esq.

*/s/ Candace G. Rich*
Candace G. Rich
Assistant United States Attorney
Florida Bar No. 0027792
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Candace.Rich@usdoj.gov