## CERTIFICATE OF AUTHENTICITY PURSUANT TO
## FEDERAL EVIDENCE RULE 902(14)

I, Edward Schwaigert, attest, under the penalty of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

I certify that the data described below is a true copy of the original, as shown by the following:

1. I am a Computer Forensic Agent with Homeland Security Investigations, where I have worked for over 13 years. I am currently assigned to the Cyber Unit at the Homeland Security Investigations' Denver Field Office. As a Computer Forensic Agent, I am authorized to copy or image digital evidence and perform search/find/extract (SFE) processes on copies of digital evidence. Prior to my position with Homeland Security Investigations, I was an Immigration Detention Enforcement Officer and a Police Officer with the City of Cherokee, Iowa.

2. The Computer Forensic Agent certification process involves the completion of several training courses related to computer hardware, software, and forensics. Examinations are conducted under the supervision of a certified Computer Forensic Agent while adhering to Computer Forensic Agent Standard Operating Procedures (SOPs). I also hold several private sector cybersecurity certifications recognized to be industry standards, including Certified Forensic Computer Examiner, EnCase Examiner, and Comp TIA A+.

3. I am familiar with the process for imaging electronic devices and for ensuring that the image is an accurate copy of the original; indeed, making such images is a part of my responsibilities as a Computer Forensic Agent.

4. On or about March 5, 2018, the Korean National Police Agency (KNPA) executed a search warrant at the residence of Jungwoo Son, a Korean national accused of running a child exploitation website (hereinafter, "The Website"). During the execution of the search, the KNPA seized a custom-built computer containing four internal hard drives that housed The Website server. I was present in Korea during this operation and accompanied the KNPA to Son's residence. I was located just outside of Son's residence while the KNPA executed the search warrant. I observed the KNPA exit Son's residence with a custom-built computer, which contained the four internal hard drives listed below:

| Description of Originally Seized Evidence |
| --- |
| One (1) Samsung SSD, Model: MZ-7KE512 bearing serial number: S257NXAG608236H,[1] with a capacity of 512.0 GB |
| One (1) Hitachi HDD, Model: 0F12470MRK5Z00P1A, bearing serial number: YFG9S0ZA with a capacity of 2.0 TB |
| One (1) Seagate HDD, Model: ST8000AS0002, bearing serial number Z840W89A, with a capacity of 8.0 TB |

---

[1] Previous affidavits relating to these evidence items, contained a scriveners' error for the serial number associated with Samsung SSD, Model: MZ-7KE512, which was incorrectly listed as serial number, S257NXAG60823GH. The correct serial number for this evidence item is S257NXAG608236H.

2

> One (1) Seagate HDD, Model: ST8000AS0002, bearing serial number Z840E8PG, with a capacity of 8.0 TB

5. I photographed the seized devices and noted their serial numbers. These photographs are attached hereto as Exhibit 1.

6. I provided KNPA with four hard drives to receive the images of The Website server. I observed the KNPA create forensic images of the seized devices and save them to these U.S. Government-provided hard drives. The KNPA used standard forensic imaging software and followed accepted best practices for imaging devices, which ensure the integrity of the evidence and the resulting images. The software calculated the hash value for the drive using one of the most commonly used hash algorithms in digital forensics: Message Digest 5 (MD5). A hash value is a number that is often represented as a sequence of characters and is produced by an algorithm based upon the digital contents of a drive, medium, or file. The KNPA provided the automated printouts verifying the imaging process, which are attached hereto as Exhibits 2, 3, and 4.

7. I loaded the images of One (1) Samsung SSD, Model: MZ-7KE512 bearing serial number: S257NXAG608236H into EnCase 6.19 and received an acquisition MD5 hash value for the above hard drive, which is attached as Exhibit 5.

8. The KNPA then returned to me the U.S. Government-provided hard drives, now containing the forensic images from The Website server that I had just observed them create (hereinafter collectively, "Copy Number 1"), to wit:

3

| Evidence Designation | Evidence Description[2] |
|---|---|
| Line Item 001 | One (1) Seagate Backup Plus Portable Drive, Model: SRD00F1, bearing serial number: NA9EEGF3, with a capacity of 1.0 TB, which contained the image of one (1) Samsung SSD, Model: MZ-7KE512 bearing serial number: S257NXAG608236H, with a capacity of 512.0 GB |
| Line Item 002 | One (1) Seagate HDD, Model: ST4000DM004, bearing serial number: ZFN145YQ, with a capacity of 4.0 TB, which contained the image of one (1) Hitachi HDD, Model: 0F12470MRK5Z00P1A, bearing serial number: YFG9S0ZA with a capacity of 2.0 TB |
| Line Item 003 | One (1) Seagate HDD, Model: ST10000VX0004, bearing serial number: ZA20Y05B, with a capacity of 10.0 TB, which contained the image of one (1) Seagate HDD, Model: ST8000AS0002, bearing serial number Z840W89A, with a capacity of 8.0 TB |
| Line Item 004 | One (1) Seagate HDD, Model: ST10000VX0004, bearing serial number: ZA20WWPS, with a capacity of 10.0 TB, which contained the image of One (1) Seagate HDD, Model: ST8000AS0002, bearing serial number Z840E8PG, with a capacity of 8.0 TB |

---

[2] Previous affidavits contained a scrivener's error for the serial numbers associated with Line Items 003 and 004—the serial numbers were inverted. I confirmed the correct serial numbers by comparing them to the imaging reports generated from the device used to create Copy Number 1. The reports contain detailed information, including metadata, regarding each of the listed hard drives. *See* Exhibits 1 – 4. The KNPA affidavit contained the similar scriveners' errors regarding serial numbers for Line Items 001 and 002. I have reviewed the metadata contained within the imaging reports (Exhibits 1 -4) and verified the hard drive serial numbers for Copy Number 1.

9. After receiving the drives from KNPA, I again calculated the MD5 hash values myself.[3] After making redundant copies, I secured and stored these drives as evidence, in accordance with standard best practices and agency policy.

10. After receiving a request from HSI Tampa, I created a forensic image of the above-listed digital media (hereinafter collectively, "Copy Number 2"). This process entails copying all of the data from Copy Number 1 to Copy Number 2.

11. I then calculated MD5 hash values for Copy Number 1 and Copy Number 2 using one of the most commonly used hash algorithms in digital forensics. I then compared the MD5 hash values of Copy Number 2 to that of Copy Number 1. All post copy hash values were exact matches to Copy Number 1, which thus reliably attests to the fact that the Copy Number 2 is an exact duplicate of the Copy Number 1.

12. I saved Copy Number 2 to the hard drives listed below and provided these to HSI Tampa for review. The hard drive with Line Items 001, 002, and 004 were provided to HSI Tampa on or about July 8, 2019. The hard drive with Line Item 003 was provided to HSI Tampa on or about July 10, 2019.

---

[3] A subsequent review of Line Item 001 in forensic software indicated an error in sectors 194699648 – 205911167 of the hard drive image contained in Copy Number 1. This error is typically associated with a hard drive nearing the end of its service life and did not indicate an issue with the integrity of the image data.

5

| Evidence Designation | Evidence Description |
|---|---|
| Line Item 001, 002, 004 | One (1) Seagate HDD, Model: ST8000VN0022, bearing serial number: ZA1B78DW, with a capacity of 8.0 TB |
| Line Item 003 | One (1) Seagate HDD, Model: ST8000VN0022, bearing serial number: ZA1B7CK0, with a capacity of 8.0 TB |

_____           3/5/2021
Edward Schwaigert, Computer Forensic Analyst      Date
Homeland Security Investigations