























Archive HDD







존쟁우채

한늘 8TB ②

seagate.com   8TB
SATA, AF











디지털 증거물 봉인



디지털 증거물 봉인

