UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                    CASE NO. 8:19-cr-33-CEH-CPT

JACK R. DOVE, III

## GOVERNMENT'S REQUESTED VOIR DIRE

The United States of America hereby requests the Court to ask the following questions of the jury panel during jury selection.

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By:     */s/ Lisa M. Thelwell*
Lisa M. Thelwell
Assistant United States Attorney
Florida Bar No. 100809
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: lisa.thewell@usdoj.gov

U.S. v. Jack Dove                               Case No. 8:19-cr-33-CEH-CPT

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Timothy J. Fitzgerald, Esq.

                                      */s/ Lisa M. Thelwell*
                                      Lisa M. Thelwell
                                      Assistant United States Attorney
                                      Florida Bar No. 100809
                                      400 N. Tampa Street, Suite 3200
                                      Tampa, Florida 33602-4798
                                      Telephone:  (813) 274-6000
                                      Facsimile:   (813) 274-6358
                                      E-mail:  lisa.thelwell@usdoj.gov

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 1

Please state your full name.

What is your occupation? If you are retired or not currently working, please state what your last employment was.

Are you married?

Is your spouse employed? If so, what type of work does he or she do?

Do you have any children of working age?

If so, how many and what type of work do they do?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 2**

Do any of you know me, the Honorable Charlene E. Honeywell, or my staff?

Do any of you know the prosecutors, Lisa Thelwell or Ilyssa Spergel?

Do any you know the Defendant, Jack R. Dove, III, or any member of his family?

Do you know defense counsel, Timothy Fitzgerald?

Do any of you know any of the potential witnesses in this case [names to be identified by counsel for the United States and the Defendant]?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 3**

Have you ever served on a jury before, either in state court or in federal court?

If so, when did you serve?   Where?

What type of case did you sit as a juror in?

Did the jury on which you served reach a verdict?

Was there anything about that experience you had as a juror which could, in any way, affect your ability to sit as a fair and impartial juror in this type of case and concerning these types of charges?

If you previously sat as a juror in a case, the law which you may have been told in that case may be different from the law that would relate to these criminal charges. Can you assure the Court and both counsel that you will obey and follow the law as I instruct you, even if it is contrary to what you might have been told in the case(s) on which you previously sat as a juror?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 4**

Do you have any member of your family, close friend, or acquaintance who is involved in law enforcement, including state or federal police officers, sheriff's deputies, law enforcement agents, Department of Homeland Security/HSI/ICE, United States Citizenship and Immigration Services, DEA, IRS, or any state or other federal law-enforcement agency?

If so, who do you know?   What does that person do?   What is the nature of your relationship to that person?

Could the fact that you have such a friend or relative in any way affect your ability to be a fair and impartial juror sitting in a criminal case and evaluating the testimony of law enforcement officers?

Does any member of the jury panel have any matter pending before the United States Attorney's Office in this district or any other district in which you are involved as a party, witness, or subject of some legal action?

If so, please explain what type of matter it is and what your involvement in it is.

5

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 5

Have you, any member of your family, or close friend, ever been the victim of a crime?

If so, what happened?

When did this happen?

Was anyone charged or prosecuted as a result of that, to your knowledge?

If so, did you have to speak to police, appear in court, or give testimony in that regard?

Is there anything in that experience which could in any way possibly affect your ability to render a verdict in a criminal case which would be fair and impartial both to the defendant and to the United States?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 6**

Has any member of the jury panel ever served as a grand juror, either in state or federal court?

If so, when and where?

Is there anything in that experience which could in any way possibly affect your ability to render a verdict in this type of criminal case which would be fair and impartial both to the defendant and to the United States?

The law with respect to the burden of proof in grand jury proceedings is different from the law that would relate to these charges. Can you assure the Court and both counsel that you will obey and follow the law as I instruct you, even if it is contrary to what you might have been told in the case(s) on which you previously sat as a grand juror?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 7**

Has any member of the jury panel, or any family member, relative, or close personal friend or acquaintance of yours, ever been investigated by any federal, state, or local law enforcement agency?

If so, what was the subject of the investigation? What was the outcome of the matter?

Have you or any family member, relative, or close friend ever been arrested, charged, or convicted of any crime?

If so, what was the crime? What was the outcome of the case?

Would this experience in any way cause you to be unable to evaluate fairly and impartially the evidence and testimony of the witnesses who will testify on behalf of the United States?

8

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 8

Has anyone ever been a witness in <u>any</u> type of court or judicial proceeding?

If so, what type of proceeding did you give testimony in? Were you subject to cross-examination by attorneys for either side in that case or proceeding?

If your answer to any of these questions was yes, do you feel that your experience as a witness could in any way affect your ability to fairly and impartially evaluate the testimony of the witnesses who will testify in this case?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 9

I anticipate that testimony and evidence in this case will concern frank and graphic discussion and descriptions about sexual activity between an adult and a minor child. Are there any members of the panel who, for whatever reason, are unable to hear such testimony or discuss such matters with other members of the jury?

Is there anything about your past and this subject matter that would make it difficult for you to sit as a juror in this case? If so, would you be able to be fair and impartial to both the defendant and the government if you are chosen to sit as a juror?

Do any members of the panel hold an opinion that sexual activity between adults and minors should be legalized?

Do any members of the panel belong to any groups that promote, advocate, or otherwise condone sexual relations between adults and individuals who are less than 18 years of age?

Do any of you believe that the First Amendment to the United States Constitution should give a citizen the right to receive, distribute or possess images of child pornography, that is, visual depictions of minors (individuals less than 18 years of age) engaging in sexually explicit conduct?

Have you or any of your relatives or close friends ever had any experience with a person who has engaged in sexual activity with a child that might in any way affect your judgment in this case?

The following questions I am going to ask you will require a yes or no answer. If your answer is yes, I will, if you wish, question you individually, outside the presence of the other jurors. Have you, a relative, or a close friend been the victim of any form of sexual abuse, whether reported to law enforcement or not? Have you, a relative, or a close friend ever been accused of sexual abuse, whether reported or not?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 10**

How many of the jury panel members do NOT have a computer at home?

How many of you do NOT use a computer at work?

Of those of you who use a computer at home, how many of you do NOT have access to the internet?

Of those of you who use a computer at work, how many of you do NOT have access to the internet?

How many of you are NOT familiar with terms such as "surfing the net," "browsing," "downloads," or "software"?

How many of you are familiar with the "darkweb"?

Of those of you who are familiar with the "darkweb", what is the extent of your experience with the "darkweb"?

Does anyone have specialized computer training or knowledge?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 11**

How many of you are familiar with cryptocurrency?

Of those of you who are familiar with cryptocurrency, how many of you have used cryptocurrency to purchase goods or services?

How many of you are familiar with blockchain analysis?

Of those of you who are familiar with blockchain analysis, do any of you have any specialized training or knowledge in how to conduct blockchain analysis?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 12**

Does any member of the jury panel have any strong feelings or opinions concerning the United States government or, more specifically, the United States Department of Homeland Security that might in any way affect your ability to be a fair and impartial juror in a case such as this?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 13

The defendant is on trial for his actions as alleged in the indictment. No other person is on trial in this case.

Can you decide this case based upon the evidence offered and not allow your verdict to be affected by any evidence about any other person mentioned during the course of the trial or by your opinions about any of those other persons' actions?

To put it another way, can you promise the Court and counsel that you will not permit opinions you might have from the testimony and evidence you will hear as to what other persons did or did not do to alter or affect your verdict as to the actions and conduct of the defendant himself?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 14

Do any among you have any conscientious objection, religious belief, or other mental reservation such that you could not, in good faith and in good conscience, sit as a juror in this criminal case and return a verdict of guilty if you believed from all the evidence that the United States has proved its case beyond a reasonable doubt?

To put it another way, is there anyone here who feels that for any moral or religious reasons that he or she cannot sit in judgment of another human being?

Do any among you feel that you would be unable to follow the Court's instruction that in reaching your verdict in this case, you must not be influenced in any way by either sympathy or prejudice for or against either the defendant or the United States?