UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                  CASE NO. 8:19-cr-33-CEH-CPT

JACK R. DOVE, III

## VERDICT

1. **Count One of the Indictment**

   As to the offense of Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1),

   We, the Jury, find the defendant, Jack R. Dove, III:

       Guilty _____           Not Guilty _____

2. **Count Two of the Indictment**

   As to the offense of Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(1),

   We, the Jury, find the defendant, Jack R. Dove, III:

       Guilty _____           Not Guilty _____

If you answered "Not Guilty" to Question 2, you need not consider the question below.

2

We, the Jury, having found the defendant Jack R. Dove, III, guilty of the offense charged in Count Two, further find that at least one of the visual depictions involved a prepubescent minor.

Yes _____     No _____

SO SAY WE ALL, this _____ day of March, 2021.

_____
FOREPERSON