**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CLERK'S MINUTES
STATUS CONFERENCE

Case Number: 8:19-CR-33-CEH-CPT

| UNITED STATES OF AMERICA | Government Counsel: | Lisa Marie Thelwell |
| | | Ilyssa Spergel |
| Plaintiff, | | |
| v. | | |
| JACK R. DOVE, III | Defense Counsel: | Timothy James Fitzgerald |
| Defendant. | | |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Sharon Miller |
|---|---|---|---|
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | March 12, 2021 | Time: Total: | 11:00 AM – 11:15 AM 15 minutes |

Court in session and counsel identified for the record. All parties appeared virtually for the hearing.

The Court addressed counsel and held discussions regarding pretrial matters and as to the proper handling of the digital evidence/exhibits that are child pornography related. The Courtroom Deputy Clerk advised the parties that the Court's IT Department will provide technology for the jury panel to view exhibits admitted during the trial of this case. Any sensitive material will be place in the evidence room of the Clerk's office at the conclusion of the trial.

On or before March 17, 2021, the Government is directed to file a response to *Defendant's Response in Opposition to Introduction of Evidence Noticed in Government's "Third Amended F.R.E. 902(14) Notice of Filing Affidavit Certifying Authenticity of Copy of Electronic Evidence" (Document 180)* (Doc. 181). Thereafter, the Court will issue a written Order.

Court adjourned.