# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

                                CASE NO. 8:19-cr-33-T-36-AEP

v.

JACK R. DOVE, III

_____/

## DEFENDANT JACK R. DOVE, III'S PROPOSED
## VOIR DIRE QUESTIONS

      The Defendant, through the undersigned counsel, pursuant to Federal Rule of Criminal Procedure 24(a)(2)(B) hereby requests this Honorable Court to ask the following questions of prospective jurors during voir dire.

                                                  Respectfully submitted,

                                                  FARMER & FITZGERALD, P.A.

                                                  *Timothy J. Fitzgerald*
                                                  Timothy Fitzgerald, Esq.
                                                  FL Bar No. 0780618
                                                  400 N. Tampa St. Suite 2840
                                                  Tampa, FL 33602
                                                  (813) 228-0095
                                                  FAX (813) 224-0269
                                                  fflawpafedtjf@aol.com

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 16th of March 2021:

AUSA Lisa Thelwell
Lisa.Thelwell@usdoj.gov

**DEFENDANT DOVE'S REQUESTED VOIR DIRE QUESTION 1**

Anyone accused of a crime in this country has a constitutional right to have a fair jury hear his or her case. That is, the accused may say that he is not guilty and wants to have a jury hear his case. Do you believe that an accused person should have a right to plead not guilty and request that a fair jury hear his case?

**DEFENDANT DOVE'S REQUESTED VOIR DIRE QUESTION 2**

Do you understand and agree that Mr. Dove is not required to prove his innocence?

**DEFENDANT DOVE'S REQUESTED VOIR DIRE QUESTION 3**

The government has the burden of proving each and every element of this case beyond a reasonable doubt. The Court is going to read certain instructions to you about the elements the government must prove, and tell you that you must find Mr. Dove not guilty if the government fails to prove every one of these elements. Is there anyone here who does not feel they could hold the government to its burden?

**DEFENDANT DOVE'S REQUESTED VOIR DIRE QUESTION 4**

Do you have any difficulty presuming that Mr. Dove is innocent now?

**DEFENDANT DOVE'S REQUESTED VOIR DIRE QUESTION 5**

Is there anyone who has worked for or has had a family member or friend who has worked for any branch of law enforcement?

Who was that person, what is their relationship to you?

What branch of law enforcement did they work for?

Would your relationship and their employment affect your ability to be fair and impartial in this case?

**DEFENDANT DOVE'S REQUESTED VOIR DIRE QUESTION 6**

Would you tend to give more weight to the testimony of a law enforcement officer just for the reason that he is a law enforcement officer?

**DEFENDANT DOVE'S REQUESTED VOIR DIRE QUESTION 7**

Would you agree that a law enforcement officer can make mistakes just like anyone else?

**DEFENDANT DOVE'S REQUESTED VOIR DIRE QUESTION 8**

Mr. Dove has been charged with this crime in federal court and is being prosecuted by the United States Attorney's Office. Is there anyone who would attach more weight to the government's case because it is being prosecuted by the United States Attorney's Office?

**DEFENDANT DOVE'S REQUESTED VOIR DIRE QUESTION 9**

Regardless of medical, work, or caregiver concerns: does anyone feel that concern over COVID-19 will affect his or her concentration during trial? Or impact his or her ability to fairly deliberate and reach an independent conclusion based on the evidence presented and the Judge's instructions?

**DEFENDANT DOVE'S REQUESTED VOIR DIRE QUESTION 10**

Does anyone suffer from a breathing condition that may be exacerbated, or made worse, by having to wear a mask or facial covering for extended period of time?

**DEFENDANT DOVE'S REQUESTED VOIR DIRE QUESTION 10**

Will anyone hold resentment towards the Government of the Defendant because you are required to be present in the courtroom today and quite possibly the duration of the trial while COVID-19 persist in Florida?

**DEFENDANT DOVE'S REQUESTED VOIR DIRE QUESTION 11**

Has anyone received a COVID-19 vaccination shot within the past three weeks? If so, have you received the second dose and when? If you have only received the first dose, when are you expected to receive the second dose?

**DEFENDANT DOVE'S REQUESTED VOIR DIRE QUESTION 12**

During the course of this case you will hear evidence of graphic and explicit sexual conduct. Do any among you feel that if Mr. Dove or the Government introduces evidence of graphic and explicit sexual conduct that it could affect your ability to be fair and impartial to either Mr. Dove or the Government?

**DEFENDANT DOVE'S REQUESTED VOIR DIRE QUESTION 13**

During the course of this case you will hear evidence related to children and sex acts. Knowing that there will be evidence of this nature during the trial, are there any among you who feel that it could affect your ability to be fair and impartial to either Mr. Dove or the Government?

**DEFENDANT DOVE'S REQUESTED VOIR DIRE QUESTION 14**

During the course of this case you will hear evidence that Mr. Dove committed acts of infidelity. Do any of you hold any religious or moral beliefs that would preclude your ability to be fair and impartial to Mr. Dove?

**DEFENDANT DOVE'S REQUESTED VOIR DIRE QUESTION 15**

Does anyone, other than yourself have access to:

- Your banking information
- Your credit card numbers
- Your computer
- Your cell phone

If yes, who has access?

How did they get access?

**DEFENDANT DOVE'S REQUESTED VOIR DIRE QUESTION 16**

Have you, any member of your family, or close friend, ever been the victim of sexual assault? If so, what happened? When did it happen? Was anyone charged or prosecuted? If so, was there a trial or did you, any member of your family, or close friend have to speak to law enforcement, appear in court or testify? Is there anything regarding that experience that could, in any way, possibly affect your ability to be fair and impartial to Mr. Dove and the Government?