UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                               CASE NO. 8:19-cr-33-CEH-CPT

JACK R. DOVE, III

**UNITED STATES' NOTICE OF FILING DECLARATION OF
AUTHENTICATION OF BUSINESS RECORDS**

The United States of America hereby files this Declaration of Authentication of Business Records concerning records of Google LLC, which is attached as "Attachment A." In filing this notice and attached declaration, and serving same upon the defendant, the United States hereby provides notice that the United States may offer one or more of the records identified in the declaration into evidence at trial in this case, pursuant to Rule 803(6) and 902(11) of the Federal Rules of Evidence. Said records are in the government's

possession and have been made available as part of discovery.

                                      Respectfully submitted,

                                      KARIN HOPPMANN
                                      Acting United States Attorney

By:   */s/ Lisa M. Thelwell*
       Lisa M. Thelwell
       Assistant United States Attorney
       Florida Bar No. 100809
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602
       Telephone:  (813) 274-6000
       Facsimile:   (813) 274-6178
       Email: lisa.thelwell@usdoj.gov

U.S. v. Jack Dove, III					Case No. 8:19-cr-33-CEH-CPT

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Timothy Fitzgerald, Esq.

*/s/ Lisa M. Thelwell*
Lisa M. Thelwell
Assistant United States Attorney
Florida Bar No. 100809
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone:	(813) 274-6000
Facsimile:	(813) 274-6178
Email: lisa.thelwell@usdoj.gov