# ATTACHMENT A

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____Kelsey Dean_____, attest, under penalties of perjury by the laws
        *Name*

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct.  I am employed by _____Coinbase_____
                                                                           *Entity*

(hereinafter "the entity"), and my title is __Investigator_____.  I am qualified
                                                          *Title*

to authenticate the records attached hereto because I am familiar with how the records were

created, managed, stored, and  retrieved.  I state that the records attached hereto are true

duplicates of the original records in the custody of the provider.  The attached records consist

of __all account records for Jack Dove, User ID 582c6601c8a1db3f8e01471d_____.
              *Generally describe records (pages/CDs or DVDs/megabytes)*

I further state that:

  a. all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth by, or from information transmitted by, a person with

knowledge of those matters, they were kept in the ordinary course of the regularly conducted

business activity of the entity, and they were made by the entity as a regular practice; and

  b. such records were generated by the entity's electronic process or system that

produces an accurate result, to wit:

    1. the records were copied from electronic device(s), storage medium(s), or

file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the

original records; and

    2. the process or system is regularly verified by the entity, and at all times

pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

03/18/2021
_____
Date

*Kelsey Dean*
_____
Signature