**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

                                                  CASE NO. 8:19-cr-33-T-36CPT

v.

JACK R. DOVE, III

_____/

**DEFENDANT JACK R. DOVE, III'S REPSONSE TO "NOTICE OF FILING DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS (DOC. 189) AND REQUEST FOR AN ORDER IN LIMINE TO PROHIBIT THE INTRODUCTION OF UNTIMELY EVIDENCE**

      The Defendant Jack R. Dove, III, by and through his undersigned counsel responds to the government's "Notice of Filing Declaration of Authentication of Business Records" (Doc. 189) and the moves this Court for an order in limine prohibiting witnesses from introducing or discussing these documents and in support thereof states:

      1. The Pretrial Discovery Order and Notice of Status Conference issued pursuant to Rule 16(d)(2)(C) (Doc. 26) (hereafter "Discovery Order") was issued in the above case on February 19, 2019. (Doc. 26).

2. Pursuant to the "Discovery Order" all discovery was due by March 7, 2019. The case is set for trial on March 22, 2021. On March 17, 2021, the government provided defense counsel additional discovery they had not previously produced. On March 18, 2021, the government filed Doc. 189 "Notice of Filing Declaration of

Authentication of Business Records" in an effort to have the new discovery admitted into evidence.

3. The defendant does not have sufficient time to have the new documents examined forensically and objects to their introduction through 902(11), 902(13) or through a live witness testimony.

WHEREFORE, the defendant requests and Order in Limine preventing the introduction of the documents referenced in Doc. 189 either through 902(11), 902(13) or through live witness testimony.

Respectfully submitted,

FARMER & FITZGERALD, P.A.

*Timothy J. Fitzgerald*
Timothy Fitzgerald, Esq.
FL Bar No. 0780618
400 N. Tampa St, Suite 2840
Tampa, FL 33602
(813) 228-0095
FAX (813) 224-0269
fflawpafedtjf@aol.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 19th day of March, 2021:

AUSA Lisa Thelwell