# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

CASE NO. 8:19-cr-33-T-36CPT

v.

JACK R. DOVE, III

_____/

## DEFENDANT'S WITNESS LIST

1. K. Gus Dimitrelos
2. Melissa Dove
3. Rachel Ortengren
4. All witnesses list by the government

Respectfully submitted,

FARMER & FITZGERALD, P.A.

*Timothy J. Fitzgerald*
Timothy Fitzgerald, Esq.
FL Bar No. 0780618
400 N. Tampa St. Suite 2840
Tampa, FL 33602
(813) 228-0095
FAX (813) 224-0269
fflawpafedtjf@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 22nd of March 2021:

AUSA Lisa Thelwell
Lisa.Thelwell@usdoj.gov