UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                CASE NO. 8:19-cr-33-CEH-CPT

JACK R. DOVE, III

## GOVERNMENT'S WITNESS LIST

The United States of America respectfully submits the following list of witnesses to be called in the government's case-in-chief:

1. Special Agent Tavey Garcia
   Homeland Security Investigations – Tampa

2. Computer Forensic Analyst Justin Gaertner
   Homeland Security Investigations – Tampa

3. Computer Forensic Analyst Edward Schwaigert
   Homeland Security Investigations – Denver

4. Special Agent Darrell Franklin
   Homeland Security Investigations – Denver

5. Special Agent Thomas Tamsi
   Homeland Security Investigations – Denver

6. Intel Research Specialist Kimberly Reece
   Homeland Security Investigations – Denver

7. Contractor Aaron Bice
   IRS-Criminal Investigations

8. Special Agent Tigran Gambaryan
   IRS-Criminal Investigations

9. Special Agent Chris Janczewski
   IRS-Criminal Investigations

10. James Daniels

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By:  */s/Lisa M. Thelwell*
Lisa M. Thelwell
Assistant United States Attorney
Florida Bar No. 100809
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6358
E-mail:   lisa.thelwell@usdoj.gov

**U.S. v. Jack R. Dove, III**               Case No. 8:19-cr-33-CEH-CPT

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Timothy J. Fitzgerald

    */s/ Lisa M. Thelwell*
    Lisa M. Thelwell
    Assistant United States Attorney
    Florida Bar No. 100809
    400 N. Tampa Street, Suite 3200
    Tampa, Florida 33602-4798
    Telephone:   (813) 274-6000
    Facsimile:   (813) 274-6358
    E-mail:          lisa.thelwell@usdoj.gov