UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,  Case No. 8:19-cr-33-CEH-CPT

Plaintiff, ☐
Government ☒  ☐ Evidentiary
 ☒ Trial
 ☐ Other

v.

JACK R. DOVE, III

Defendant ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| **WELCOME TO VIDEO SCREEN CAPTURES** | | | | |
| 1 | | | | CD Containing Sexually Explicit Videos of Welcome to Video Website |
| 1A | | | | Video Capture of Overall W2V Preview |
| 1B | | | | Video Capture of Volume of W2V Website 2017-09-08_12-01-12 |
| 1C | | | | Video Capture of W2V Video Upload Order |

Case No.: 8:19-cr-33-CEH-CPT                                        Page 2 of 11 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1D | | | | Screenshot of Best Videos Page |
| 1E | | | | Screenshot of Videos Page |
| 2 | | | | Screenshot of Log in Page |
| 3 | | | | Screenshot of Index Page |
| 4 | | | | Screenshot of Payment Page |
| 5 | | | | Screenshot of Upload Page |
| 6 | | | | Screenshot of Chat Page |
| 7 | | | | Screenshot of Undercover Purchase #1 - September 28, 2017 at 3:13:18 p.m. |
| 8 | | | | Screenshot of Undercover Purchase #1 - September 28, 2017 at 3:37:44 p.m. |
| 9 | | | | Screenshot of Undercover Purchase #1 - September 28, 2017 at 3:40:24 p.m. |
| 10 | | | | Screenshot of Undercover Purchase #1 - September 28, 2017 at 3:43:14 p.m. |

Case No.: 8:19-cr-33-CEH-CPT                                      Page 3 of 11 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 11 | | | | Screenshot of Undercover Purchase #1 - September 28, 2017 at 3:43:36 p.m. |
| 12 | | | | Screenshot of Undercover Purchase #1 - September 28, 2017 at 3:43:58 p.m. |
| 13 | | | | Screenshot of Undercover Purchase #1 - September 28, 2017 at 3:47:29 p.m. |
| 14 | | | | Screenshot of Undercover Account # 2 |
| 15 | | | | Screenshot of Undercover Account # 2 with bitcoin address |
| 16 | | | | Screenshot of Undercover Purchase # 2 - February 23, 2018 at 4:07:36 p.m. |
| 17 | | | | Screenshot of Undercover Purchase # 2 - February 23, 2018 at 4:08:18 p.m. |
| 18 | | | | Screenshot of Undercover Purchase # 2 - February 23, 2018 at 4:08:45 p.m. |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 19 | | | | Screenshot of Undercover Purchase # 2 - February 23, 2018 at 4:09:33 p.m. |
| 20 | | | | Screenshot of Undercover Account # 3 |
| 21 | | | | Screenshot of Undercover Account # 3 with bitcoin address |
| 22 | | | | Screenshot of Undercover Purchase # 3 - February 23, 2018 at 4:13:11 p.m. |
| 23 | | | | Screenshot of Undercover Purchase # 3 - February 23, 2018 at 4:13:35 p.m. |
| 24 | | | | Screenshot of Undercover Purchase # 3 - February 23, 2018 at 4:14:24 p.m. |

**Case No.: 8:19-cr-33-CEH-CPT**                                Page 5 of 11 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| **WELCOME TO VIDEO SERVER DATA** | | | | |
| 25 | | | | Photos of Welcome to Video Website Server |
| 26 | | | | Photos of Copy of Welcome to Video Server Hard Drive # 1 & # 2 – Seagate HDD, Model ST8000VN0022, Serial Number: ZA1B78DW; Seagate HDD, Model ST8000VN0022, Serial Number: ZA1B7CK0 |
| 26A | | | | Photo of Copy of Welcome to Video Server Hard Drive # 1 – Seagate HDD, Model ST8000VN0022, Serial Number: ZA1B78DW |
| 26B | | | | Photo of Copy of Welcome to Video Server Hard Drive # 2– Seagate HDD, Model ST8000VN0022, Serial Number: ZA1B7CK0 |
| 26C | | | | Photo of Copy of Welcome to Video Server Hard Drive # 3– Seagate HDD, Model ST8000VN0022, Serial Number: 3QJ02XZK |
| 27 | | | | Spreadsheet Containing "Notus" Usernames on Welcome to Video Website |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 28 | | | | Spreadsheet Containing "Notus" Video Downloads from Welcome to Video Website with Hash IDs |
| 29 | | | | Spreadsheet Containing Welcome to Video Hash ID Matches found on SanDisk Thumb Drive |
| 30 | | | | Diagram of Defendant's Bitcoin Transactions on Welcome to Video Website |
| | | **IMAGES** | | |
| 31 | | | | CD Containing Search Warrant Photographs |
| 31A | | | | Photo Document Found in Defendant's Residence |
| 31B | | | | Defendant's Total OnGuard Protection Work Identification Card |
| 31C | | | | Photo of Alienware Laptop in Master Bedroom |
| 31D | | | | Photo of Planters Wall in Master Bedroom |

Case No.: 8:19-cr-33-CEH-CPT                                          Page 7 of 11 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| | | **ALIENWARE LAPTOP** | | |
| 32 | | | | Alienware Laptop (sub) |
| 33 | | | | HGST Hard Drive from Alienware Laptop (sub) |
| 33A | | | | Extraction Report of "New Text" Document |
| 33A-1 | | | | "New Text" Document |
| 34 | | | | Samsung Hard Drive from Alienware Laptop (sub) |
| 34A | | | | Extraction Report of "Already Watched" .lnk Files |
| 34B | | | | Extraction Report of User Accounts |
| 34C | | | | Extraction Report of "Recent Docs" |
| 34D | | | | Extraction Report of Internet Browser History Containing References to The Onion Router (TOR) |
| 34E | | | | Extraction Report of Internet History Related to Chaturbate |

Case No.: 8:19-cr-33-CEH-CPT                                Page 8 of 11 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 34F | | | | Extraction Report of Internet History Related to Coinbase |
| 34G | | | | Extraction Report of Sand Boxie History |
| 34H | | | | Extraction Report of "Notus" References |
| **PNY THUMB DRIVE** | | | | |
| 35 | | | | PNY 16BG Thumb Drive (sub) |
| **TOSHIBA EXTERNAL HARD DRIVE** | | | | |
| 36 | | | | Toshiba External Hard Drive (sub) |
| 36A | | | | Extraction Report of Internet History on Toshiba External Hard Drive |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| **INFINITIVE THUMB DRIVE** |
| 37 | | | | Infinitive Thumb Drive (sub) |
| 37A | | | | Extraction Report Deleted .txt Document |
| 37A-1 | | | | Deleted .txt Document |
| **SAN DISK THUMB DRIVE** |
| 38 | | | | San Disk Thumb Drive (sub) |
| 38A | | | | Extraction Report of Videos Found on SanDisk Thumb Drive |
| 39 | | | | Thumb Drive Containing Sexually Explicit Videos |
| 39A | | | | Extraction Report of All Sexually Explicit Videos Found on San Disk Thumb Drive |
| 39B | | | | Extraction Report of Sexually Explicit Videos with Hash Values Matching Video Files from Welcome to Video Website |
| 39B-1 | | | | Video File Named: "10yo Fuck and Cum.mp4" |

Case No.: 8:19-cr-33-CEH-CPT  Page 10 of 11 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 39B-2 | | | | Video File Named: "Pedomom & 6y.mp4" |
| 39B-3 | | | | Video File Named: "[pthc] 2yo-5yo Toddler Fucking Compilation" |
| 39B-4 | | | | **RESERVED** |
| 39C | | | | Extraction Report of Sexually Explicit Videos with Hash Values Different from Video Files from Welcome to Video Website |
| 39C-1 | | | | **RESERVED** |
| | | **BUSINESS RECORDS** | | |
| 40 | | | | Charter Subscriber Records |
| 41 | | | | Coinbase Records |
| 41.1A | | | | Coinbase Records – User Account Information |
| 41.1B | | | | Coinbase Records – User Account Information |

Case No.: 8:19-cr-33-CEH-CPT                                Page 11 of 11 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 41A | | | | Coinbase Photo Verification Records for November 16, 2016 |
| 41B | | | | Coinbase Photo Verification Records for August 7, 2017 |
| 42 | | | | Google Records |
| **DOCUMENTS** | | | | |
| 43 | | | | Darkweb and Cryptocurrency 101 Slide Deck |
| 44 | | | | Marriage Certificate |
| 45 | | | | Certified DAVID of Defendant |
| | | | | |
| | | | | |
| | | | | |
| | | | | |