


# EXHIBIT LIST

___ Government ___ Plaintiff X Defendant ___ Court

**Case No.** *United States v. Jack R. Dove, III*

**Style:** 8:19-cr-33-CEH-CPT

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| A | | | | | Email from Polk Utility |
| B | | | | | Email Melissa Dove Badescu skin care |
| C | | | | | Email from Reddit to username jandm52911 |
| D | | | | | Twitter chat |
| E | | | | | Iphone |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

[1]Use a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.

Defendant's Ex. A

iCloud Mail

Inbox 4469
VIP 3
Drafts 4
Sent
Archive
Trash
Junk

Folders

Baby love
Deleted Items
Junk E-mail
New Folder
Sent
Sent Items
Spambox
Trash
Unroll.me
Unwanted

Search Inbox — Sort

**Santa's FireDisc Video Giveaway - Sign up to ...**
Merry Christmas from FireDisc! We are giving away a FireDisc Deep 24"-Fireman Red.Make

**FireDisc®** 12/22/2017
**On the Tenth Day of Christmas...**
On the Tenth Day of Christmas FireDisc gave to me... A Tough Weatherproof FireDisc Cover...

**Hot Tub Works** 12/22/2017
**Winter Savings...up to 20% Off Chemicals, C...**
Weekly Specials
http://response.hottubworks.com/t?

**Galactic Toys** 12/22/2017
**NEW Rick and Morty Mad Max Funko Pop Lin...**
Visit our website to order now! View this email in your browser

**BillPay@paymentus.com** 12/22/2017
**Payment Confirmation**
Dear customer, We are pleased to confirm your Payment with Polk County Utilities. Below is the

**Groupon Lakeland** 12/22/2017
**Shredding Services at Staples**

**Apple** 12/22/2017
**Your receipt from Apple.**
Apple Receipt ---------------------------------------------------- APPLE ID

**Groupon** 12/22/2017
**LAST DAY! Save Up to $30**

# Payment Confirmation

December 22, 2017 at 6:05 AM
From BillPay@paymentus.com

**Dear customer,**
We are pleased to confirm your Payment with Polk County Utilities. Below is the summary of your Payment transaction. Your payment has been received and will be reflected in your account within 24 hours. Thank you for your continued relationship with Polk County Utilities.

| | |
|---|---|
| Confirmation number: | 195495487 |
| Payment date: | Dec 22, 2017 9:05:41 AM |
| Payment amount: | $63.70 |
| Service fee: | $2.75 |
| Total amount charged: | $66.45 |
| Payment status: | ACCEPTED |

**Contact Information**

| | |
|---|---|
| Email: | mel.dove@me.com |

**Account Information**

| | |
|---|---|
| Payment type: | Utility Billing |
| Account number: | 000242581-000104116 |
| Payment method: | Credit Card |

**Payment Method Information**

| | |
|---|---|
| Card type: | Visa |
| Card number: | ************3395 |
| Card holder name: | Jack dove |

Defendant's Exhibit B

Your iCloud storage is full. Photos, videos, documents and data are no longer being updated. Learn More >

iCloud Mail

Inbox 4469
VIP 3
Drafts 4
Sent
Archive
Trash
Junk

Folders

Baby love
Deleted Items
Junk E-mail
New Folder
Sent
Sent Items
Spambox
Trash
Unroll.me
Unwanted

jandm52911

From To Subject All

Password Change Notification Hi jandm52911 We're happy to confirm the password for your

PlayStation 3/28/2019
jandm52911, your password has been updated
Password Change Notification Hi jandm52911 We're happy to confirm the password for your

SurveyMonkey 1/4/2019
Resend: Updates to our Terms of Use and Pri...
For Username: Jandm52911 At SurveyMonkey, we value clarity and transparency—and you, our

Discord 8/15/2018
Ming mentioned you in Ming Media
Want push notifications instead? Download Discord on your phone to keep chatting while

Discord 8/14/2018
Verify Email Address for Discord
Hey jandm52911, Thanks for registering for an account on Discord! Before we get started, we

SurveyMonkey 7/13/2018
It's Been 3 Months Since: "Real Estate"
For: Jandm52911 How will your data change? Happy 3-month survey anniversary! It's been 3

reddit@reddit.com 10/21/2016
[reddit] verify your email address
your username is: Jandm52911 visit this link to verify your email address:

Melissa Dove 2/12/2015
Melissa Dove recommends taking Mario Bade...
To Whom It May Concern: Check out Mario

Melissa Dove
February 12, 2015 at 2:
From Melissa Dove

Melissa
Dove
Company
VIP
Work jandm52911@hotmail.com

Cancel Save

Badescu Skin Care's consultation.

To Whom It May Conce

Check out Mario Ba ... ro analysis.

It's a quick questionnaire that analyzes your skin care needs based on skin type and lifestyle, then creates a completely customized skin care regimen just for you! Fill it out and see your regimen now!

Sincerely,
Melissa Dove (sent from MarioBadescu.com)

**Defendant's Exhibit C**

Your iCloud storage is full. Photos, videos, documents and data are no longer being updated. Learn More >

iCloud Mail

Inbox 4469
VIP 3
Drafts 4
Sent
Archive
Trash
Junk

Folders

Baby love
Deleted Items
Junk E-mail
New Folder
Sent
Sent Items
Spambox
Trash
Unroll.me
Unwanted

jandm52911

From | To | Subject | All

Password Change Notification Hi jandm52911 We're happy to confirm the password for your

**PlayStation** 3/28/2019
**jandm52911, your password has been updated**
Password Change Notification Hi jandm52911 We're happy to confirm the password for your

**SurveyMonkey** 1/4/2019
**Resend: Updates to our Terms of Use and Pri...**
For Username: Jandm52911 At SurveyMonkey, we value clarity and transparency—and you, our

**Discord** 8/15/2018
**Ming mentioned you in Ming Media**
Want push notifications instead? Download Discord on your phone to keep chatting while

**Discord** 8/14/2018
**Verify Email Address for Discord**
Hey jandm52911, Thanks for registering for an account on Discord! Before we get started, we

**SurveyMonkey** 7/13/2018
**It's Been 3 Months Since: "Real Estate"**
For: Jandm52911 How will your data change? Happy 3-month survey anniversary! It's been 3

**reddit@reddit.com** 10/21/2016
**[reddit] verify your email address**
your username is: Jandm52911 visit this link to verify your email address:

**Melissa Dove** 2/12/2015
**Melissa Dove recommends taking Mario Bade...**
To Whom It May Concern: Check out Mario

## [reddit] verify your email address

October 21, 2016 at 10:12 AM
From reddit@reddit.com

Melissa

your username is:

Jandm52911

visit this link to verify your email address:

https://www.reddit.com/verification/QjgpQeeTCPDhEs9vSv8Fzvz5wIA?ref_campaign=verify_email&ref_source=email&ref=verify_email

thanks for using the site!

Defendant's Exhibit D

**Ash onlyfans $5.99** @blondiebanger
[illegible]/blondiebanger
onlyfans.com/blondiebanger92
blondiebanger.manyvids.com
chaturbate.com/blondiebanger
**263** Following **34K** Followers
Joined June 2013

What's up?! Thanks for following back! What are ya up to today?
Jan 13, 2014, 5:06 AM ✓

You're welcome! And I just woke up.
Jan 13, 2014, 7:43 PM

Whaaaa. Lucky! I was up at 6:30am! Where r u from? I'm from Florida. I'm Melissa btw

:)
Jan 13, 2014, 7:52 PM ✓

Hello Melissa!! I live in Alabama. And I go to bed after 6:30am lol.
Jan 13, 2014, 10:11 PM

Omgoodness! Lol . My hubby is going up to Alabama for business on the 30th how funny! You like it over there? Have you ever been to fl?
Jan 13, 2014, 10:32 PM ✓

I celebrated my 21st bday in fl. And Alabama is kind of boring lol.
Jan 13, 2014, 10:37 PM

That's cool, where did you go? I bet orlando.. Are you on cam tonight? What got you into doing that? I did it for like a day few years ago

Hah
Jan 13, 2014, 10:40 PM ✓

i'll be on cam within an hour. i just ate. and i was in pensacola. And my bf actually suggested it.
Jan 13, 2014, 10:57 PM

Pensacola is beautiful! Love it there! Well you are really brave, I give you credit. Bet you've met a bunch of crazies
Jan 13, 2014, 10:58 PM ✓

I have met alot of crazy people, but i've also met alot of awesome people as well. I really love my job, and i couldn't think of doing

anything else.
Jan 13, 2014, 11:15 PM

Hey, we accidentally pressed the back button on the browser so I didn't get to see what you wrote 😞
Feb 22, 2014, 7:30 PM ✓

i said oh lol
Feb 22, 2014, 7:55 PM

Oh! Ha! Yeah, how r u

Send me a Message on there if you want :)
Feb 22, 2014, 7:57 PM ✓

i did
Feb 22, 2014, 8:07 PM

🙏 can we please play that game that you had on there last time? Like you tip and then you can win prizes

Lol that's just real fun
Feb 22, 2014, 8:13 PM ✓

keno?
Feb 22, 2014, 8:49 PM

Is that what it is? And we got to choose a song, or a flash and I told you to flash your pinky
Feb 22, 2014, 8:50 PM ✓

Start a new message