UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:19-cr-33-CEH-CPT

JACK R. DOVE, III

## ORDER

In response to indicators from health officials that the COVID-19 virus is not contained,

IT IS ORDERED that during the trial of this matter, which will begin on Monday, March 22, 2021, the jurors will be held in partial sequestration under 28 U.S.C. § 1871(e), and they are to be kept together and are not to separate for their safety and security; and

IT IS FURTHER ORDERED that the Clerk's Office is directed to procure meals (individually wrapped/separated) for the semi-sequestered jurors during the length of the trial.

**DONE and ORDERED** in Tampa, Florida this 22nd day of March 2021.

Charlene Edwards Honeywell
United States District Judge

Copies:
United States Magistrate Judge
United States Marshal Service