# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**CLERK'S MINUTES**
**JURY TRIAL**

Case Number: 8:19-CR-33-CEH-CPT

| UNITED STATES OF AMERICA | Government |
| | Counsel: Lisa Marie Thelwell |
| Plaintiff, | Ilyssa Spergel |

v.

| JACK R. DOVE, III | Defense |
| | Counsel: Timothy James Fitzgerald |
| Defendant. | |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Sharon Miller |
|---|---|---|---|
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | March 23, 2021 | Time: | 9:38 AM – 12:22 PM |
| | | | 1:28 PM – 5:07 PM |
| | | Total: | 6 hours   23 minutes |

JURY TRIAL – DAY 2

9:38   Court in session

Counsel identified for the record.
Present for Plaintiff: Lisa Marie Thelwell and Ilyssa Spergel, AUSA.
Seated at the Government's table: H.S.I. Special Agent Tavey Garcia
Present for Defendant: Timothy James Fitzgerald.

The Court took up preliminary matters with counsel.

The Government's *Oral Motion to Permit Witness to Remain in Courtroom* is GRANTED for the reasons stated on the record.

       Counsel for Defendant invoked the Rule of Sequestration of witnesses

9:45    Jurors recalled into the courtroom

9:46    Court's preliminary instructions to the Jurors

10:00    Opening statement by the Government's counsel, Ilyssa Spergel

10:14    **Government Witness #1:**   Special Agent Darrell Franklin, sworn
        Direct examination by Lisa Marie Thelwell

        During testimony, the Government moved into evidence the following Exhibits: Exhibit #1, Exhibit #1A-1E, Exhibit #2, Exhibit #3, Exhibit #4, Exhibit #5, Exhibit #6, Exhibit #7, Exhibit #8, Exhibit #9, Exhibit #10, Exhibit #11, Exhibit #12, Exhibit #13, Exhibit #14, Exhibit #15

11:33    Morning Recess

11:56    Court back in session and Jurors recalled into the courtroom

        Direct examination continued by Lisa Marie Thelwell
        Cross examination by Timothy James Fitzgerald
        Witness excused

        During testimony, the Government moved into evidence the following Exhibits: Exhibit #16, Exhibit #17, Exhibit #18, Exhibit #19, Exhibit #20, Exhibit #21, Exhibit #22, Exhibit #23, Exhibit #24

12:17    Jurors excused for lunch
12:22    Recess for lunch

1:28    Court back in session and Jurors recalled into the courtroom

1:30    **Government Witness #2**:   Special Agent Edward Schwaigert, sworn
        Direct examination by Lisa Marie Thelwell
        Cross examination by Timothy James Fitzgerald
        Redirect examination by Lisa Marie Thelwell
        Witness excused

        During testimony, the Government moved into evidence the following Exhibits: Exhibit #25, Exhibit #26A, Exhibit #26B, Exhibit #26C,

| | |
|---|---|
| 2:30 | **Government Witness #3**:   Special Agent Thomas Tamsi, sworn<br>Direct examination by Ilyssa Spergel<br>Cross examination by Timothy James Fitzgerald<br>Redirect by Ilyssa Spergel<br>Witness excused<br><br>During testimony, the Government moved into evidence the following Exhibit: Exhibit #28 |
| 3:17 | Jurors excused for afternoon recess<br>Afternoon recess |
| 3:45 | Court back in session and Jurors recalled into the courtroom |
| 3:47 | **Government Witness #4**:   James Daniels, sworn<br>Direct examination by Lisa Marie Thelwell<br>Cross examination by Timothy James Fitzgerald<br>Witness excused<br><br>During testimony, the Government moved into evidence the following Exhibits: Exhibit #27 |
| 5:04 | Testimony concluded for the day to resume tomorrow.  The Jury was dismissed with instructions to return at 9:15 AM.  Counsel identified witnesses for testimony tomorrow.  Counsel and all Parties are to report at 9:00 AM. |
| **5:07** | **Court adjourned.** |