**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CLERK'S MINUTES
JURY TRIAL

Case Number: 8:19-CR-33-CEH-CPT

**UNITED STATES OF AMERICA**        Government
                                    Counsel:   Lisa Marie Thelwell
           Plaintiff,                           Ilyssa Spergel

v.

**JACK R. DOVE, III**                Defense
                                    Counsel:   Timothy James Fitzgerald
           Defendant.

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Sharon Miller |
|---|---|---|---|
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | March 24, 2021 | Time: | 9:24 AM – 1:07 PM |
| | | | 2:08 PM – 5:30 PM |
| | | Total: | 7 hours   5 minutes |

JURY TRIAL – DAY 3

9:24   Court in session

       Counsel identified for the record.
       Present for Plaintiff: Lisa Marie Thelwell and Ilyssa Spergel, AUSA.
       Seated at the Government's table: H.S.I. Special Agent Tavey Garcia
       Present for Defendant: Timothy James Fitzgerald

       Jurors recalled into the courtroom

9:28   **Government Witness #4**:  James Daniels, previously sworn
       Direct examination continued by Lisa Marie Thelwell

10:51  Morning Recess

11:09  Court back in session and Jurors recalled into the courtroom

11:10  Cross examination by Timothy James Fitzgerald
Redirect by Lisa Marie Thelwell
Witness excused

During testimony, the Government moved into evidence the following Exhibits: Exhibit #40, Exhibit #41, Exhibit #42, Exhibit #30, Exhibit #41A, Exhibit #41B

11:46  **Government Witness #5**:   Special Agent Tavie Garcia, sworn
Direct examination by Lisa Marie Thelwell
*Voir Dire* by Timothy James Fitzgerald
Direct examination continued by Lisa Marie Thelwell

During testimony, the Government moved into evidence the following Exhibits: Exhibit #45, Exhibit #31, Exhibit #31A, Exhibit #31B, Exhibit #31C, Exhibit #31D, Exhibit #44

1:01  Jurors excused for lunch
1:07  Recess for lunch

2:08  Court back in session and Jurors recalled into the courtroom
Direct examination continued by Lisa Marie Thelwell
Cross examination by Timothy James Fitzgerald

2:54  Jurors excused for afternoon recess
Afternoon recess

3:16  Court back in session and Jurors recalled into the courtroom
Cross examination continued by Timothy James Fitzgerald
Redirect by Lisa Marie Thelwell
Witness excused

3:32  **Government Witness #6**:  Special Agent Justin Gaertner, sworn
Direct examination by Lisa Marie Thelwell
Witness excused

During testimony, the Government moved into evidence the following Exhibits: Exhibit #32, Exhibit #33, Exhibit #34, Exhibit #34A, Exhibit #34B, Exhibit

- 3 -

    #34C, Exhibit #33A, Exhibit #33A-1, Exhibit #37, Exhibit #37A, Exhibit #37A-1, Exhibit #34H, Exhibit #34D, Exhibit #34F, Exhibit #34G

5:25  Testimony concluded for the day to resume tomorrow.  The Jury was dismissed with instructions to return at 9:15 AM.  Counsel identified witnesses for testimony tomorrow.

    Counsel and all Parties are to report at 9:00 AM.

5:30  **Court adjourned.**