UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES
JURY TRIAL

Case Number: 8:19-CR-33-CEH-CPT

| UNITED STATES OF AMERICA | Government Counsel: | Lisa Marie Thelwell |
| | | Ilyssa Spergel |
| Plaintiff, | | |
| v. | | |
| JACK R. DOVE, III | Defense Counsel: | Timothy James Fitzgerald |
| Defendant. | | |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Sharon Miller |
|---|---|---|---|
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | March 25, 2021 | Time: Total: | 9:19 AM – 12:46 PM<br>1:37 PM – 4:11 PM<br>6 hours  1 minute |

JURY TRIAL – DAY 4

9:19   Court in session

Counsel identified for the record.
Present for Plaintiff:  Lisa Marie Thelwell and Ilyssa Spergel, AUSA.
Seated at the Government's table:  H.S.I. Special Agent Tavey Garcia
Present for Defendant:  Timothy James Fitzgerald

The Court took up preliminary matters with counsel

Jurors recalled into the courtroom

9:24   **Government Witness #6**:   Special Agent Justin Gaertner, previously sworn
Direct examination continued by Lisa Marie Thelwell

   Cross examination by Timothy James Fitzgerald

11:02 Jurors excused for morning recess
   Morning recess

11:25 Court back in session

11:28 Juror Paul Rezac called for questioning outside the presence of the other jurors

11:30 Jurors recalled to the courtroom
   Cross examination continued by Timothy James Fitzgerald
   Redirect by Lisa Marie Thelwell
   Witness excused

   During testimony, the Government moved into evidence the following Exhibits: Exhibit #36, Exhibit #36A, Exhibit #35, Exhibit #38, Exhibit #38A, Exhibit #39, Exhibit #39A, Exhibit #39B, Exhibit #39B-1, Exhibit #39B-2, Exhibit #39B-3, Exhibit #39B-4, Exhibit #39C, Exhibit #39C-1, Exhibit #29

12:12 **Government Witness #5**: Special Agent Tavey Garcia, recalled and sworn
   Direct examination by Lisa Marie Thelwell
   Cross examination by Timothy James Fitzgerald
   Redirect by Lisa Marie Thelwell
   Witness excused

   During testimony, Defense moved into evidence Exhibit #F

12:44 Jurors excused for lunch
12:46 Recess for lunch

1:37 Court back in session

**1:38 GOVERNMENT RESTS**

   Defendant's *Oral Motion for Judgment of Acquittal Pursuant to Fed.R.Crim.P. 29* is DENIED, for the reasons stated on the record.

2:06 Defendant sworn. The Court conducted a colloquy with Defendant to confirm that he approves of his wife testifying during this trial

2:10 Melissa Dove, sworn. The Court conducted a colloquy with Melissa Dove to confirm that her decision to testify was made freely and voluntarily

- 3 -

2:15   Jurors recalled into the courtroom

       **GOVERNMENT RESTS**

2:17   **Defendant's Witness #1**:  Melissa Dove, sworn
       Direct examination by Timothy James Fitzgerald

       During testimony, Defense moved into evidence the following Exhibits: Exhibit #A, Exhibit #B

2:50   Jurors excused for afternoon recess

       The Court took up matters outside the presence of the jurors and witness

3:00   Melissa Dove recalled to the witness stand
       *Voir Dire* of Melissa Dove by Timothy Fitzgerald
       *Voir Dire* of Melissa Dove by Lisa Marie Thelwell
       Witness excused for the day to return tomorrow at 9AM

3:26   Jurors recalled to the courtroom

       Testimony concluded for the day to resume tomorrow. The Jury was dismissed with instructions to return at 9:15 AM. The Court conducted a Charge Conference. Counsel requests 1 hour for closing arguments. Counsel and all Parties are to report at 8:45 AM.

       Government's *Oral Motion to Exclude Evidence Regarding iPhone* is taken under advisement for the reasons stated on the record.

4:11   **Court adjourned.**