UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:19-cr-33-CEH-CPT

JACK R. DOVE, III

**NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE,
PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS**

The United States of America, by Karin Hoppmann, Acting United States Attorney for the Middle District of Florida, hereby files this Notice of Maximum Penalties, Elements of Offense, Personalization of Elements and Factual Basis, stating as follows:

ESSENTIAL ELEMENTS

Count One of the Indictment charges the defendant with receipt of child pornography, in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1). The essential elements of Count One are as follows:

First:  the defendant knowingly received a visual depiction;

Second:  the depiction was shipped or transported in interstate or foreign commerce, by any means including a computer;

Third:  producing the visual depiction involved using a minor engaged in sexually explicit conduct;

Fourth:  the depiction is of a minor engaged in sexually explicit conduct; and

| | |
|---|---|
| Fifth: | the defendant knew that at least one of the performers in the visual depiction was a minor and knew that the visual depiction was of such minor engaged in sexually explicit conduct. |

Count Two of the Indictment charges the defendant with possession of child pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2). The essential elements of Count Two are as follows:

| | |
|---|---|
| First: | That the defendant knowingly possessed a visual depiction; |
| Second: | the depiction was shipped or transported in interstate or foreign commerce, by any means including a computer; |
| Third: | producing the visual depiction involved using a minor engaged in sexually explicit conduct; |
| Fourth: | the depiction is of a minor engaged in sexually explicit conduct; and |
| Fifth: | the defendant knew that at least one of the performers in the visual depiction was a minor and knew that the visual depiction was of such minor engaged in sexually explicit conduct. |

## PENALTY

The penalty for the offense charged in Count One of the Indictment is a mandatory-minimum term of imprisonment of 5 years up to 20 years, a fine of up to $250,000, a term of supervised release of at least 5 years up to life, and a $100 special assessment.

The penalty for the offense charged in Count Two of the Indictment is a term of imprisonment not to exceed 20 years, a fine of up to $250,000, a term of supervised release of at least 5 years up to life, and a $100 special assessment.

Additionally, pursuant to 18 U.S.C. § 3014, the Court shall impose a $5,000 special assessment on any non-indigent defendant convicted of an offense in violation of certain enumerated statutes involving: (1) peonage, slavery, and trafficking in persons; (2) sexual abuse; (3) sexual exploitation and other abuse of children; (4) transportation for illegal sexual activity; or (5) human smuggling in violation of the Immigration and Nationality Act (exempting any individual involved in the smuggling of an alien who is the alien's spouse, parent, son or daughter).

With respect to certain offenses, the Court shall order the defendant to make restitution to any victim of the offense, and with respect to other offenses, the Court may order the defendant to make restitution to any victim of the offense(s), or to the community, as set forth below.

Under *Apprendi v. New Jersey*, 530 U.S. 466 (2000), *Alleyne v. United States*, 570 U.S. 99 (2013), and 18 U.S.C. § 2252(b)(2), the maximum sentence for Count Two increases from 10 years to 20 years because the following facts have been admitted by the defendant and are established beyond a reasonable doubt by this plea of guilty: the defendant possessed visual depictions of child pornography involving a prepubescent minor or a minor who had not attained 12 years of age.

Additionally, the defendant must forfeit property, pursuant to 18 U.S.C. § 2253 as outlined in the Indictment. Among the items that will be forfeited are the following:

    a.    Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110;

    b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

## FACTUAL BASIS

Welcome to Video ('the Website") was the largest child pornography enterprise on the darkweb, containing over 100,000 videos of children, including infants and toddlers, being raped, sodomized, and molested for the sexual gratification of its users. The Website users created accounts and downloaded child pornography by redeeming "points" awarded by The Website, which users could obtain via purchase (with Bitcoin), uploading material, or referring other users. On an unknown date, the defendant Jack R. Dove, III, used his computer to knowingly access the Website. The defendant created multiple accounts on the Website, purchased membership privileges to the Website, and downloaded and received numerous child sex abuse videos from the Website.

The Website server was physically located in South Korea. The Korean National Police Agency seized the Website server on March 5, 2018 and provided a forensic copy of the server data to U.S. law enforcement officials. A review of the Website database revealed that two accounts, later determined to belong to the defendant, had been used to purchase "points" from the Website on or about January 6, 2017 and on or about February 1, 2017. The defendant then used those "points" to

download approximately 8,738 megabytes worth of child pornographic videos. On or about August 9, 2017, the defendant used bitcoin to purchase a "VIP" membership, which authorized him to an unlimited number of downloads for a six month period. During his VIP membership status, the defendant downloaded approximately 38 child pornographic videos from the Website.

On or about November 30, 2018, HSI agents executed a federal search warrant at the defendant's residence in Lakeland, Florida, which is within the Middle District of Florida. Agents seized multiple electronic devices, including an Alienware laptop, SanDisk thumb drive and Infinitive thumb drive. A forensic analysis of the devices revealed that the defendant had used his Alienware laptop to access the darkweb. Forensic analysts recovered a text document from the Alienware laptop and Infinitive thumb drive that contained a list of darkweb websites, including the unique darkweb address for the Website.

The SanDisk thumb drive contained 38 child pornographic videos, 33 of which exact matches to the video files contained within the Website server. All of the videos had been received on the thumb drive on or about March 7, 2017. Some of the videos are described as follows:

    a. A video entitled "10yo Fuck and Cum.mp4" that was saved under the following file path "2\already watched\10yo Fuck and Cum.mp4," created on or about March 7, 2017, and last accessed on or about November 18, 2018. This video is approximately 6 minutes and 53 seconds long and depicts a prepubescent female child lying on top of an adult male (her back on his chest) and his penis is between her legs while he caresses her. The adult male then penile penetrates the child's vagina to ejaculation.

b. A video entitled "Pedomom & 6y.mp4" that was saved under the following file path "2\already watched\Pedomom & 6y.mp4," created on or about March 7, 2017, and last accessed on or about November 18, 2018. This video is approximately 33 minutes long and depicts a prepubescent female child being vaginally stimulated by an adult female's tongue. The adult female then inserts a foreign object into the child's vagina while she continues to orally stimulate the child's vagina. While a foreign object is inside the child's vagina, the adult female inserts a foreign object into the child's anus. The child then orally stimulates the adult female's vagina while inserting a foreign object into the adult female's vagina. The adult female then digitally penetrates the child's vagina.

c. A video entitled "[pthc] 2yo-5yo Toddler Fucking Compilation (46min) – opva new 2014 child pedo baby novinha cumshot.mp4" that was saved under the file path "2\already watched\[pthc] 2yo-5yo Toddler Fucking Compilation (46min) – opva new 2014 child pedo baby novinha cumshot.mp4," created on or about March 7, 2017, and last accessed on or about November 18, 2018. This compilation video is approximately 45 minutes and 41 seconds long and depicts several prepubescent female children, toddlers, and babies being sexually exploited. The first two screens of the video depict a prepubescent toddler, approximately one year old, manually and orally stimulating an adult male's erect penis then a female toddler, approximately two years old, orally stimulating an adult male's erect penis. The adult male then attempts to vaginally penetrate the child's vagina with his erect penis while he manually stimulates himself.

In addition to the child sex abuse material that the defendant received from the Website, he was found in possession of six other child pornographic videos that depicted prepubescent children under the age of 12, sadistic or masochistic conduct, bondage, depictions of violence or sexual abuse, or the exploitation of an infant or toddlers.

        Respectfully submitted,

        KARIN HOPPMANN
        Acting United States Attorney

By:   */s/ Lisa M. Thelwell*
      Lisa M. Thelwell
      Assistant United States Attorney
      Florida Bar No. 0100809
      400 N. Tampa St., Ste. 3200
      Tampa, FL 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: Lisa.Thelwell@usdoj.gov

U.S. v. Jack R. Dove, III			Case No. 8:19-cr-33-CEH-CPT

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Timothy J. Fitzgerald, Esq.

/s/ Lisa M. Thelwell
Lisa M. Thelwell
Assistant United States Attorney
Florida Bar No. 0100809
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lisa.Thelwell@usdoj.gov