**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

-vs-                                                            Case No. 8:19-cr-33-CEH-CPT

JACK R. DOVE, III

**CLERK'S MINUTES**
Proceeding: Change of Plea
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: March 26, 2021 |
| Deputy Clerk: Ashley Sanders | Time: 11:14 a.m. |
| USPO: Amy Jackson | Recess: 12:31 p.m. |
| Court Reporter: Digital | Total Time: 1 hour 17 min |
| Interpreter: none | |

Counsel for USA: Lisa Thelwell, AUSA
Counsel for Defendant: Timothy James Fitzgerald, retained

Court calls case and counsel enters appearances.

Defendant waives any objection to the date of receipt in the Indictment.

Defendant sworn. Defendant is 40 years old, 7th grade education, can read/write English, no mental health/substance abuse treatment, defendant takes medication for ADHD (Adderall), anxiety (Alprazolam), blood pressure (Atenolol), and diabetes (Metformin), no drug/alcohol use, clear minded. Counsel has no concerns as to the defendant's competency.

Defendant is entering into an open plea. Defendant understands that he is entering into a voluntarily unconditional plea.

Defendant consents to enter plea before a Magistrate Judge.

Court advises of mandatory and maximum penalties. Defendant understands. Court advises of certain constitutional rights. Defendant understands.

Government provides factual basis. Defendant has some issue with the facts.

11:53 a.m. – 12:01 p.m. – Court takes a recess to allow the defendant to confer with counsel.

Defendant still not in agreement with the facts.

12:04 – 12:22 p.m. – Court takes a recess to allow the defendant to confer with counsel.

Defendant agrees with the factual basis as stated in the Notice (Doc. 208) without any amendments or caveats.

Defendant pleads GUILTY to Counts One and Two of the Indictment. Court finds defendant competent to enter a knowing and voluntary guilty plea and that it is supported by an independent factual basis. Report and recommendation to be entered.

Defendant waives his right to a 14-day window to object to the Report and Recommendation.

Adjudication of guilt deferred. Sentencing date to be set.

Defendant referred to probation for a presentence investigation report.

Government is requesting the defendant be remanded to the custody due to the adjudication of guilt. Defendant has not been adjudicated guilty at this time. Parties directed to report back to Courtroom 17 before Judge Honeywell.

Recess.