**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CLERK'S MINUTES
JURY TRIAL

Case Number: 8:19-CR-33-CEH-CPT

**UNITED STATES OF AMERICA**

    Plaintiff,

v.

**JACK R. DOVE, III**

    Defendant.

Government Counsel: Lisa Marie Thelwell
Ilyssa Spergel

Defense Counsel: Timothy James Fitzgerald

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Sharon Miller |
|---|---|---|---|
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | March 26, 2021 | Time:<br><br>Total: | 9:00 AM – 10:56 AM<br>12:45 PM - 12:47 PM<br>1 hour  58 minutes |

JURY TRIAL – DAY 5

9:00   Court in session

       Counsel identified for the record.
       Present for Plaintiff:  Lisa Marie Thelwell and Ilyssa Spergel, AUSA.
       Seated at the Government's table:  H.S.I. Special Agent Tavey Garcia
       Present for Defendant:  Timothy James Fitzgerald.

       The Court took up preliminary matters with counsel.

       Defendant advised the Court that he wants to change his plea from not guilty to guilty as to Counts One and Two of the Indictment.

       Court in recess
       Court back in session

- 2 -

10:52  The Government has filed its *Notice of Maximum Penalties* (Doc. 208). Magistrate Judge Christopher P. Tuite will conduct the change of plea. The Jury will be released after the plea has been accepted by the Magistrate Judge. Counsel for Defendant advised that Defendant will waive the 14-day objection period of the Report and Recommendation.

10:56  Recess

12:45  Court back in session

Defendant entered a plea of guilty to Counts One and Two of the Indictment before Magistrate Judge Christopher P. Tuite. The Government shall file a Motion for Remand. The Jury was thanked for their service and dismissed by the Court.

Lunch was ordered for Jurors by the Court

12:47  **Court adjourned.**