# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:19-cr-33-CEH-CPT

JACK R. DOVE, III

_____

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 210), entered March 26, 2021, to which Defendant has knowingly and voluntarily waived the 14-day objection period, the plea of guilty of Defendant Dove is now accepted and Defendant Dove is adjudged guilty of Counts One and Two of the Indictment.

**Sentencing is scheduled for June 29, 2021 at 10:00 AM before the undersigned.**

**DONE and ORDERED** in Tampa, Florida this 29th day of March 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services