UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:19-cr-33-CEH-CPT

JACK R. DOVE, III

### NOTICE TO THE COURT REGARDING FORFEITURE

The United States of America gives notice to the Court that it will not seek criminal forfeiture of an Alienware laptop computer, a SanDisk thumb drive, and a PNY thumb drive, as identified as subject to forfeiture in the Indictment, because the U.S. Department of Homeland Security, U.S. Customs and Border Protection administratively forfeited the assets on February 19, 2019.

Respectfully Submitted,

KARIN HOPPMANN
Acting United States Attorney

By:   s/ Suzanne C. Nebesky
SUZANNE C. NEBESKY
Assistant United States Attorney
Florida Bar Number 59377
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
E-mail: suzanne.nebesky@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney
