UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:19-cr-33-CEH-CPT

JACK R. DOVE, III

**AMENDED NOTICE TO THE COURT REGARDING FORFEITURE**[1]

The United States of America gives notice to the Court that it will not seek criminal forfeiture of an Alienware laptop computer and a PNY thumb drive identified as subject to forfeiture in the Indictment, because the U.S. Department of Homeland Security, U.S. Customs and Border Protection, administratively forfeited the assets on February 19, 2019.  The United States will still seek the criminal forfeiture of the SanDisk thumb drive identified as subject to forfeiture.

Respectfully Submitted,

KARIN HOPPMANN
Acting United States Attorney

By:   *s/ Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney
Florida Bar Number 59377
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
E-mail: suzanne.nebesky@usdoj.gov

---

[1] This amends the April 28, 2021 Notice to the Court Regarding Forfeiture (Doc. 220) to correct a clerical error and clarify that the United States does still intend to seek the criminal forfeiture of a SanDisk thumb drive.  While the other devices identified as subject to forfeiture in the indictment have been administratively forfeited, the seizing agency notified the undersigned that the SanDisk thumb drive has not been administratively forfeited.

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney
