Ex. 1

Dear Justice,

Never in a million years would I have thought that I would be writing to you about the wonderful man I met at 18, married at age 22 and raised a family with over the next decade.  You truly don't realize in your everyday life routine what a person really means to you until you are faced with the possibility of losing them.

Jack Dove has brought so much joy into our lives. We married in 2011, as he was raising his son and I was raising mine and we immediately became a family. He worked hard to ensure our family had everything we needed.  What I loved about him was his kindness toward other people, the love he had for his mom and how caring he was to our boys. He genuinely was the most kindhearted person I had ever met.  Even in his work life Jack has always excelled. He has always had a great work ethic and has always been extremely successful in whatever he has set out to do.

As a father he is unmatched and the best father any child could ask for. He adopted my son soon after we got married and has loved him always as if he were his own.  Today we have 5 boys (Kyle, Aiden, Mason, Grayson & Logan) and they are his entire life. He has taught our children patience, love, respect, understanding and most importantly, he's taught them how to be great little men. Our children look up to him so much, and just adore their dad.  He is their world, their hero, and their protector.  All our children need him but our 2 oldest (Kyle & Aiden) will need him so much more as they enter their teenage years and experience all the pressures that go with that.

I can't help but remember all the great countdowns that we have shared as a family over the past years, from our wedding, to the birth of our sons, to birthdays, vacations, holidays etc.  Those countdowns were filled with such excitement and happiness.  This next countdown has been replaced with extreme sadness as it will be the day where we could potentially lose the foundation that has built our family. Jack is our backbone.  He's what holds us all together.  Anyone that knows Jack, loves him, and admires him greatly.

Over the last few months as our sons visit with their dad, their last words right before they leave are  "Daddy, will we see you next weekend?"  He reassures them that they will, and they leave with a sense of peace and relief.  It completely breaks my heart knowing that one weekend very soon the boys will not hear those words of reassurance.  I almost can't breathe just thinking of that day.

If there is one person who deserves a 2nd chance, it's Jack. He has suffered through so much these last 3 years. First, with the loss of his stepdad, then the sudden death of his mother in a trucking accident at work nearly a year ago and then life as he knew it completely halted. He has been under house arrest for over 2 years, unable to work and provide for his family as he used to.  He has watched his sons move to another city for their protection and to be supported financially and emotionally by other family members.  His entire life as he once knew it, gone, every aspect of his life changed forever.

We need Jack here, I need Jack here, and our boys need their dad here.   I am praying that I won't have to sit down with our boys in the coming weeks and have the most difficult conversation any parent would ever have to do.  Not only would their lives be shattered but I don't think I could ever be able to

mend their broken hearts.  I pray that out of all the bad, that maybe something good can come out of this. I pray that I don't lose my family and that Jack can be the thriving individual that we once was.

Thank you for your time.


Melissa Dove