**Ex. 2**

April 29, 2021

To Whom it May Concern,

I met Jack back in 2009 when he began dating my daughter, Melissa.  I immediately grew extremely fond of him.  He wasn't like other guys. He was kind, warm, and he cared for my daughter deeply.  What I cared about the most though, was how he treated my grandson Aiden, Melissa's son. He immediately stepped up to the role and began teaching him, loving him, and being the male role model Aiden never had from his biological father.

Later in 2011 they married and one of the first things Jack did was adopt Aiden. It was probably one of the happiest days of my life. Jack was a great dad!  I knew then that Aiden would be cared for and loved by Jack unconditionally forever.  He finally had a real dad!

Over the next several years their family grew and today they have 5 sons.  The love and respect those boys have for their dad is unmatched.  They adore him just as much as he adores them.  His commonsense approach with them is remarkable.  He never yells only educates and informs; he teaches them right from wrong, always with a caring heart. Jack has always worked extremely hard to support his family and is a true family man.  Family has and always will be number one to Jack.

I realize mistakes were made but Jack is a good, decent man and an even better father.  His son's need him so much.  It's been extremely difficult watching this all unfold, and my heart hurts for all of them, but this family needs their leader.  A father, a husband, and a provider.

My feelings for Jack remain the same today as always.  He is a wonderful husband to my daughter and an exemplary dad to his children.  He's kind, caring, smart and always there to lend a helping hand to anyone in need.  I am proud to call him my son-in-law.

Sincerely,

Maria Lavin-Sanhudo