# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

CASE NO. 8:19-cr-33-T-36CPT

v.

JACK R. DOVE, III

_____/

## DEFENDANT JACK R. DOVE, III'S NOTICE OF FILING SUPPORT LETTERS

The defendant, Jack R. Dove, III, by and through undersigned attorney hereby files this notice of filing recently received letters of support for the sentencing hearing on June 29, 2021. The letters are from Mr. Dove's cousin, Mary Dove, (Attached Ex. 1) and his Aunt, Janice Dove.(Attached Ex. 2).

WHEREFORE, the defendant notice the Court and the parties of the support letters.

Respectfully submitted,

FARMER & FITZGERALD, P.A.

*Timothy J. Fitzgerald*
Timothy Fitzgerald, Esq.
FL Bar No. 0780618
1560 W. Cleveland St.
Tampa, FL 33606

(813) 228-0095<br>
FAX (813) 224-0269<br>
fflawpafedtjf@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 28th day of June, 2021:

AUSA Lisa Thelwell