To Whom it may concern,

First let me introduce myself, my name is Mary Dove, I am the first cousin of Jack R Dove III. My mother, Janice Dove is the sister to Jacks father Jack R Dove II.

Jack and I were raised in a small town in Michigan named Coldwater in a small family. Our grandmother Mary Lou and grandfather Jack R Dove Sr had 3 sons and 2 daughters of which 4 had kids. Up until one 1996 there were only 6 grandkids total 2 were added after that year. The 6 of us growing up were more like brothers and sisters not cousins. Our grandmother was the true definition of the Matriarch of the family. She is still alive and lives with us on hospice care at the age of 88. All of us love/loved our parents but the good we learned as children all came from our grandma.

Growing up we seen alot of stuff we should have never seen. Not all of us were able to overcome these things to be better people but Jack did. Jacks father, my uncle who I loved, was a very mean and abusive man. Jacks mother, who even after a divorce from my uncle , remained my Aunt Sandy forever. Not only did I witness my whole life my uncle not only physically but mentally abusing everyone in his life including Jack and his two sisters but A stable home with parents who where actively involved in making sure to teach their children how to be successful, the importance of education, stability, the value of a dollar, importance of education, work ethic, basically everything children should be taught was missing for them. My grandma was the one person we all had that was stable, showed us good work ethic, that family was important and should be treated good, pushed us all to go to school and be active in activites. But she could only do so much.

Jack is one of the best men I have ever met in my life! Even now, after everything that has been said I would trust nobody more than him to take care of my kids if needed. He is the best father to his 5 kids.Their has been nobody ever that has beem able to say anything bad about him and his parenting. After everything hes been through growing up, and having nobody to teach him how to be a dad, he has surpassed every expectation of him and has been the best man a kid could ask for as a dad.

The past 6 years of Jacks life have been very traumatic to say the least. In May of 2015 his father, my uncle, passed away without any warning. His passing didnt allow for any amends to be made with his family and especially his children for any of the issues or abuse that took place. Then Jacks step father passed suddenly in 2016 which really left a emotional pain for Jack as this was the man who actually showed him how a father treats a son. And the worst thing, other than this situation came last year when Jacks mother, his best friend, passed away in a accidentl. This was by far the worst thing as she had wanted to retire and due to this situation she continued working to help support  Jack and his family and to help pay legal fees. Jack blames himself for her death. As I type this there is still a half of a snickers bar in his refridgerator that he cant bring himself to get rid of as it was the last thing his mother bought him. Another traumatizing event was on Thanksgiving day of 2020, when his wife went into premature labor (32 weeks) with their twin sons. The babies were in the NICU for 27 days during which Jack was unable to be there due to his house arrest. Without technology he was unable to even see a picture of them. For 27 days he sat and worried that he may never see his babies in person if they didnt pull through this and not once did he violate his conditions of release. His moms deaths nor his babies being born have been able to deter him from following rules and being a model house arrest client. I can honestly say that had I been him I would not have been able to make the good decisions he has.

I am told that the prosecution and psi report suggest a long sentence for Jack and I am pleading with you to please not do this. Jack has been on house arrest with a ankle monitor for over 2 years without a issue. I honestly believe this has been the worst sentence that could have been imposed for several reasons. First, his wife and kids have had to go stay on the east coast of the state as per his rules he may not be left alone with his kids and if there had been a emergency it would have caused a violation which he was not willing to risk. He has lived alone for over a year in his mothers home, which the location of is very north Lakeland. The location is so far out of town that if he needed anything he had to go without due to the rules of his house arrest. During the 27 days his wife spent in the hospital with the babies Jack went without proper food as there was no way for him to grocery shop as he has no vehicle and he is under house arrest and the location of his house is

outside any grocery delivery range. At least in jail or prison he would have had 3 good meals a day during this, socialization with people, better means of communication, and less worry. This past couple of years Jack has been in a prison just not a government operated one. Jack is also a man who has always been there to help everyone. During this time our grandmas health has taken a drastic turn for the worse and he has been unble to see her. This is something that not only punishes him but her as well. If there was one request our family would beg for is for Jack to be able to self report and be allowed to visit her as she can not travel. She has outlived all but 2 of her kids and lost so many people in her 88 years of life that being able to see Jack for what may be the last time if he is sent to prison would be something that made her extremely happy. Without technology he has not been able to even do a video call with her so that she could see his face. She talks about him all the time.

   If Jacks life, his work, family, and just him overall does not show that this is a great man I dont know what could. Not only his kids, but mine and everyone I knows children have always loved and respected him. I cant imagine life without him in it. This whole situation has caused him to lose not only his home stability, his job, his health, and alot of his mental health. I have never seen someone so broken by the system in my life and let me tell you I have known many people that have been in this system.

Please help restore our faith in the fair and just system we are told we have and condiser everything involved in this case before making a decision based on the suggestions from people who have never met Jack nor do they know anything about him except the charges of this case. I appreciate your time in reading this.

                                             Mary Dove