I am writing this on behalf of my nephew Jack Dove. I have known jack all of his life, he is the som of my older brother Jack Sr. Jack was the youngest child and only son to his parents. Jack was a joy to be around. During his childhood unfortunately my brother was a very abusive man. He was very controlling , angry, and  volatile . I remember a Christmas when Jack was very young and everyone in the family was at my mother's house for Christmas. My brother was picking at food and my mother yelled at him ans after he was done shouting at her he loaded his kids up in the car and left. As he was driving down the street throwing his childrens presents out the window to be a jerk to them! This is just a small example of thing's my brother did to his kids.

   I want your honor to know that Jack has made the best life choices, other than this sutuation. He has chose to be the opposite of his father and be the best dad any kid could ask for! I have 3 daughters and 3 granddaughters and I would trust Jack with any of them any day! Hes been in a prison for over 2 years where he would have been better tr off in jail and hes not gotten in any troublr. Hes been working since he was like 13 making money and taking care of his kids. He just wants to be able to so it again.

  I can only hope that your honor can give him credit for his lack of a criminial record, and give him a sentence that doesnt punish him without the thought of his amazing behavior before this situation, along with the great behavior while on house arrest for the last 2 plus years! Please dont mAke these 5 boys of his go without their father when they need  the most!

   Thank you.
    Janice Dove