## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### HONORABLE CHARLENE EDWARDS HONEYWELL

| CASE NO. 8:19-cr-33-CEH-CPT<br>TITLE:   USA v. **Jack R. Dove, III**<br>TIME:     10:02AM – 11:15 AM | DATE:  June 29, 2021<br><br>TOTAL:  1 hour   13 minutes |
|---|---|
| Courtroom Deputy: Bettye Samuel | Interpreter: N/A |
| Court Reporter: Sharon Miller | Probation: Tyler Thomas Campbell |
| Counsel for Government:     Lisa Marie Thelwell | |
| Counsel for Defendant:     Timothy James Fitzgerald | |

## CRIMINAL MINUTES

Court in session and counsel identified for the record.

Defendant sworn and adjudicated guilty as to Counts One and Two of the Indictment.

Counsel addressed the Court.

Defendant's objection to the Final Presentence Investigation Report:
1. Paragraph 36 - Acceptance of Responsibility – OVERRULED for the reasons stated on the record.

Defendant addressed the Court via letter read by his counsel.

Defendant's *Oral Motion for Downward Variance* is GRANTED for the reasons stated on the record.

Defendant's *Oral Motion to Self-Surrender* is DENIED, for the reasons stated on the record.

Imprisonment:  110 months. This term consists of a 110 month term as to Count One and a 110 month term as to Count Two, both such terms to run concurrently.

1

Supervised Release: 12 years. This term consists of a 12 year term as to Counts One and Two, both such terms to run concurrently.

Fine is waived.

Restitution: $13,000.00 *(See Criminal Monetary Penalties section of the Judgment for details)*.

Special Assessment: $200.00. This obligation is to be paid immediately.

JVTA Assessment:  Waived.

The Court makes the following recommendations to the Bureau of Prisons:
1. Defendant be incarcerated at the closest correctional facility with the appropriate security level to FCC Coleman.
2. Defendant be considered for the 500 Hour Residential Drug Abuse Program (RDAP), if eligible.
3. Defendant be allowed to study for and obtain his GED.
4. Defendant be allowed to receive vocational training in the area of carpentry.

Special conditions of supervised release:

- Defendant shall participate in a substance abuse treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive.  Further, Defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of this program, Defendant shall submit to random drug testing.

- Defendant shall participate in a mental health program specializing in sexual offender treatment and submit to polygraph testing for treatment and monitoring purposes.  Defendant shall follow the probation officer's instructions regarding the implementation of this court directive.  Further, Defendant shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third party payments and in conformance with the Probation Office's Sliding Scale for Treatment Services.

- Defendant shall register with the state sexual offender registration agency(s) in any state where Defendant resides, visits, is employed, carries on a vocation, or is a student, as directed by the probation officer.

- The probation officer shall provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S. 943.0435) and/or the Sex Offender Registration and Notification Act (Title I of the Adam Walsh Child Protection and Safety Act of 2006, Public Law 109-248), and may direct Defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

- Defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including: schools, daycare centers, theme parks, playgrounds, etc.

- Defendant is prohibited from possessing, subscribing to, or viewing, any images, video, magazines, literature, or other materials depicting children in the nude and/or in sexually explicit positions.

- Without prior written approval of the probation officer, Defendant is prohibited from either possessing or using a computer (including a smart phone, a hand-held computer device, a gaming console, or an electronic device) capable of connecting to an online service or an internet service provider. This prohibition includes a computer at a public library, an internet café, your place of employment, or an educational facility. Also, Defendant is prohibited from possessing an electronic data storage medium (including a flash drive, a compact disk, and a floppy disk) or using any data encryption technique or program. If approved to possess or use such a device, Defendant must permit routine inspection of the device, including the hard drive and any other electronic data storage medium, to confirm adherence to this condition. The United States Probation Office must conduct the inspection in a manner no more intrusive than necessary to ensure compliance with this condition. If this condition might affect a third party, including your employer, you must inform the third party of this restriction, including the computer inspection provision.

- Defendant shall submit to a search of his person, residence, place of business, any storage units under his control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

- Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself for any major purchases without approval of the probation officer.

- Defendant shall provide the probation officer access to any requested financial information.

- Defendant shall pay restitution in the amount of $13,000 to the victims in this case as follows: $3,000 to Tara, $5,000 to Vicky, and $5,000 to Violet. This restitution obligation shall be payable to the Clerk, U.S. District Court, for distribution to the victim(s). While in the Bureau of Prisons custody, Defendant shall either (1) pay at least $25 quarterly if Defendant has a non-Unicor job or (2) pay at least 50% of Defendant's monthly earnings if Defendant has a Unicor job. Upon release from custody, Defendant shall pay restitution at the rate of ten percent (10%) of Defendant's net monthly income per month. At any time during the course of post-release supervision, the victim(s), Government, or Defendant may notify the Court of a material change in Defendant's ability to pay and the Court may adjust the payment schedule accordingly. The Court finds that Defendant does not have the ability to pay interest and the Court waives the interest requirement.

- The mandatory drug testing requirements of the Violent Crime Control Act are suspended. However, Defendant shall submit to random drug testing not to exceed 104 tests per year.

- Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

The Preliminary Order of Forfeiture (Doc. 231) entered on June 28, 2021, shall be made a part of the judgment.

Defendant is remanded to the custody of the US Marshal.

Defendant advised of right to appeal and of right to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 33 |
| Criminal History Category | I |
| Imprisonment Range | 135-168 months |
| Supervised Release Range | 5 years to life |
| Restitution | $13,000.00 |
| Fine Range | $35,000 - $250,000 |
| Special Assessment | $200.00 |

Court adjourned.