UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:19-cr-33-CEH-CPT

JACK R. DOVE, III

**FINAL ORDER OF FORFEITURE**

The United States moves under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, for a final order of forfeiture for a SanDisk thumb drive, which was subject to a June 28, 2021 preliminary order of forfeiture (Doc. 231).

In accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, from June 30, 2021, and ending on July 29, 2021, the United States published notice of the forfeiture and of its intent to dispose of the asset on the official government website, www.forfeiture.gov.  Doc. 241.  The publication gave notice to all third parties with a legal interest in the asset to file with the Office of the Clerk, United States District Court, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication.  No persons or entities filed a petition or claimed an interest in the asset, and the time for filing such petition has expired.

The United States' Motion for Final Order of Forfeiture (Doc. 242) is **GRANTED**.  Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of

Criminal Procedure, all right, title, and interest in the asset is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the asset is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 20th day of September, 2021.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Suzanne C. Nebesky, AUSA
Counsel of Record