AO 243 (Rev. 09/17)

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | Middle District of Florida | |
|---|---|---|---|
| Name *(under which you were convicted)*:<br>Jack R. Dove, III | | | Docket or Case No.:<br>8:19-cr-00033-CEH-CPT |
| Place of Confinement:<br>Oakdale I Federal Correctional Institution | | Prisoner No.:<br>71442-018 | |
| UNITED STATES OF AMERICA<br><br>v. | | Movant *(include name under which convicted)*<br>Jack R. Dove, III | |

**MOTION**

1.  (a) Name and location of court which entered the judgment of conviction you are challenging:

   United States District Court for the Middle District of Florida, Tampa Division

   (b) Criminal docket or case number (if you know):  8:19-cr-00033-CEH-CPT

2.  (a) Date of the judgment of conviction (if you know):  6/29/2021

   (b) Date of sentencing:  6/29/2021

3.  Length of sentence:  110 months concurrent on counts one and two, followed by 12 years supervised release

4.  Nature of crime (all counts):

   Receipt of child pornography, in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1) [Count One] and Possession
   of child pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) [Count Two]

5.  (a) What was your plea?  (Check one)
   (1) Not guilty ☐      (2) Guilty ☑      (3) Nolo contendere (no contest) ☐

6.  (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment,
   what did you plead guilty to and what did you plead not guilty to?

6.  If you went to trial, what kind of trial did you have?  (Check one)      Jury ☑      Judge only ☐

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?      Yes ☐      No ☑

AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction?    Yes ☐    No ☑

9. If you did appeal, answer the following:

   (a) Name of court: _____

   (b) Docket or case number (if you know): _____

   (c) Result: _____

   (d) Date of result (if you know): _____

   (e) Citation to the case (if you know): _____

   (f) Grounds raised:

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☑

      If "Yes," answer the following:

      (1) Docket or case number (if you know): _____

      (2) Result: _____

      (3) Date of result (if you know): _____

      (4) Citation to the case (if you know): _____

      (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?

   Yes ☐    No ☑

11. If your answer to Question 10 was "Yes," give the following information:

   (a) (1) Name of court: _____

      (2) Docket or case number (if you know): _____

      (3) Date of filing (if you know): _____

AO 243 (Rev. 09/17)

    (4)  Nature of the proceeding: _____

    (5)  Grounds raised:

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

          Yes ☐       No ☐

    (7)  Result: _____

    (8)  Date of result (if you know): _____

(b)  If you filed any second motion, petition, or application, give the same information:

    (1)  Name of court: _____

    (2)  Docket of case number (if you know): _____

    (3)  Date of filing (if you know): _____

    (4)  Nature of the proceeding: _____

    (5)  Grounds raised:

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

          Yes ☐       No ☐

    (7)  Result: _____

    (8)  Date of result (if you know): _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1)  First petition:     Yes ☐     No ☐

    (2)  Second petition:   Yes ☐     No ☐

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

AO 243 (Rev. 09/17)

12.  For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Mr. Dove was not legally competent to proceed at the time he entered the guilty plea and did not, therefore, enter the plea knowingly, intelligently, and voluntarily.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

At the time of the guilty plea, Mr. Dove was under the influence of alcohol and controlled substances and was suffering from cognitive deficiencies that rendered his decision to plead guilty involuntary. Mr. Dove entered the guilty plea in the midst of the jury trial. The Government had rested its case and Mr. Dove's wife Melissa Dove had begun testifying as a defense witness. When Mr. Dove returned to Court after an evening recess, and prior to his wife resuming her direct testimony, he entered the unexpected guilty plea before the Magistrate Judge. At that time, Mr. Dove was prescribed to and was using several prescription medications, to include Vicodin (an opiate), Xanax (a benzodiazepine), Valium (a benzodiazepine), Ambien (a sedative), and Adderall (an amphetamine). In addition to taking those medications daily or multiple times per day, he was also heavily abusing alcohol, consuming approximately a half of a gallon of vodka each day in the weeks surrounding his trial. Furthermore, communications that Mr. Dove made to his family members and his counsel indicate that he was likely suffering from undiagnosed adverse mental health conditions and was not sufficiently understanding the proceedings against him. Despite the signs of adverse mental health, Mr. Dove was not evaluated by a mental health professional to determine his competency. The facts and circumstances set forth above indicate that Mr. Dove was suffering from a mental defect that hindered both his ability to understand the nature and consequences of the proceedings against him as well as his ability to properly assist in his defense. As a result of his mental state, Mr. Dove did not enter the guilty plea knowingly, intelligently, and voluntarily.

(b) **Direct Appeal of Ground One:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?
  Yes ☐   No ☐

(2)  If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?
  Yes ☐   No ☑

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3)  Did you receive a hearing on your motion, petition, or application?
  Yes ☐   No ☐

AO 243 (Rev. 09/17)

    (4)  Did you appeal from the denial of your motion, petition, or application?

        Yes ☐       No ☐

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐       No ☐

    (6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

    (7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:**   Notwithstanding the foregoing, Mr. Dove did not enter the guilty plea knowingly, intelligently, and voluntarily.

   (a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

As set forth above, Mr. Dove entered the guilty plea following a nightly recess in the trial.  At the time of the recess, his wife Melissa Dove was testifying as a defense witness. In her testimony, Ms. Dove invoked her right to be free from self-incrimination in response to numerous questions posed by defense counsel during direct examination. The Court had not yet ruled on whether it would permit Ms. Dove to invoke the privilege in response to any or all of the questions at issue. At the time he entered the guilty plea, Mr. Dove believed that the Government was making arrangements to arrest his wife in retaliation for testifying as a defense witness. Specifically, Mr. Dove believes that he overheard agents of the Government discussing obtaining a warrant for his wife's arrest. He believes he overheard those discussions at the courthouse on both the afternoon of his wife's testimony and in the morning before her testimony was to resume. Mr. Dove relayed his beliefs to his counsel and to family members who were present at Court. Mr. Dove believed that the arrest of his wife would be sought for a) perjury based on inconsistencies between her testimony and her prior statements to law enforcement and/or b) pornography related charged based on her attempts to invoke the privilege. Regardless, Mr. Dove believed, in his mind, that he could only save his wife from arrest (and save his children from losing their mother), if he entered a guilty plea. Under the circumstances, Mr. Dove did not enter the guilty plea knowingly, intelligently, or voluntarily.

   (b)  **Direct Appeal of Ground Two:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐       No ☐

AO 243 (Rev. 09/17)

(2)  If you did not raise this issue in your direct appeal, explain why:

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐     No ☑

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐     No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐     No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐     No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

AO 243 (Rev. 09/17)

**GROUND THREE:** _____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b)  **Direct Appeal of Ground Three:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☐

(2)  If you did not raise this issue in your direct appeal, explain why:

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☐

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐        No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐        No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐        No ☐

AO 243 (Rev. 09/17)

    (6)   If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

    (7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:**

    (a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

    (b)  **Direct Appeal of Ground Four:**

        (1)   If you appealed from the judgment of conviction, did you raise this issue?

           Yes ☐      No ☐

        (2)   If you did not raise this issue in your direct appeal, explain why:

    (c)  **Post-Conviction Proceedings:**

        (1)   Did you raise this issue in any post-conviction motion, petition, or application?

           Yes ☐      No ☐

        (2)   If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev. 09/17)

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐        No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐        No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐        No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13.  Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

The grounds set forth in this motion have not previously been presented in any federal court. The grounds raised in this motion would not have been cognizable on direct appeal because additional fact-finding will be needed to resolve the claims set forth herein. Accordingly, questions of whether a defendant was competent at the time of a guilty plea or whether a defendant entered a guilty plea knowingly, intelligently, and voluntarily are cognizable in Section 2255 proceedings. See Hulsey v. United States, 369 F.2d 284 (5th Cir. 1966).

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?    Yes ☐    No ☑
    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
    (a) At the preliminary hearing:
    Timothy James Fitzgerald, 800 West DeLeon Street, Tampa, Florida 33606

    (b) At the arraignment and plea:
    Timothy James Fitzgerald, 800 West DeLeon Street, Tampa, Florida 33606

    (c) At the trial:
    Timothy James Fitzgerald, 800 West DeLeon Street, Tampa, Florida 33606

    (d) At sentencing:
    Timothy James Fitzgerald, 800 West DeLeon Street, Tampa, Florida 33606

    (e) On appeal:
    N/A

    (f) In any post-conviction proceeding:
    N/A

    (g) On appeal from any ruling against you in a post-conviction proceeding:
    N/A

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☑    No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐    No ☑
    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed:
    (c) Give the length of the other sentence:
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐    No ☐

Page 11 of 13

AO 243 (Rev. 09/17)

18.   TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
        (1)   the date on which the judgment of conviction became final;
        (2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
        (3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief:

Allow the filing of memoranda of law, conduct an evidentiary hearing and vacate the judgment and sentence (Doc. 238).

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____.
(month, date, year)

Executed (signed) on _____7/12/2022_____ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

This petition is signed on behalf of Jack R. Dove, III by his counsel J. Jervis Wise. Mr. Dove is currently incarcerated in the Oakdale I Federal Correctional Institution in Lousianna. Counsel has discussed this motion with Mr. Dove, has confirmed the accuracy of the facts and is qualified to swear to facts of the motion on Mr. Dove's behalf.