1

2                        UNITED STATES OF AMERICA
                     UNITED STATES DISTRICT COURT
3                       MIDDLE DISTRICT OF FLORIDA

4                           -   -   -

5               HONORABLE CHARLENE EDWARDS HONEYWELL
                 UNITED STATES DISTRICT JUDGE PRESIDING
6

7    UNITED STATES OF AMERICA,          )
                                        )
8                     PLAINTIFF,        )
                                        )
9                VS.                    )8:19-cr-33-T-36CPT
                                        )
10   JACK R. DOVE, III,                 )
                                        )
11                                      )
                     DEFENDANT.         )
12   _____)

13

                          **JURY TRIAL - DAY TWO**
14             REPORTER'S TRANSCRIPT OF PROCEEDINGS
                        MARCH 23, 2021
15                      TAMPA, FLORIDA

16

17

18

19

20

21   SHARON A. MILLER, CSR, RPR, CRR, FCRR
     IL CSR 084-2617
22   FEDERAL OFFICIAL COURT REPORTER
     801 N. FLORIDA AVENUE, SUITE 13A
23   TAMPA, FLORIDA 33602

24   Proceeding recorded by stenography,
     transcript produced by computer-aided transcription
25


     UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

```
1    APPEARANCES OF COUNSEL:

2    ON BEHALF OF PLAINTIFF:

3            UNITED STATES ATTORNEY'S OFFICE
             MS. LISA THELWELL
4          MS. ILYSSA SPERGEL
             400 N. Tampa Street
5            Tampa, FL  33602
             (813)274-6000
6            Lisa.Thelwell@usdoj.gov
             Ilyssa.Spergel@usdoj.gov
7

8    ON BEHALF OF DEFENDANT:

9            FAMRER & FITZGERALD, P.A.
             MR. TIMOTHY JAMES FITZGERALD
10           800 West DeLeon Street
             Tampa, Florida 33606
11           (813) 224-0269
             fflawpafedtjf @aolcom
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1                        I   N   D   E   X

2  WITNESSES                                      PAGES

3                    DARRELL FRANKLIN

4  Direct examination by Ms. Thelwell              26
   Cross-examination by Mr. Fitzgerald             83
5

6                    EDWARD SCHWAIGERT

7  Direct examination by Ms. Thelwell              92
   Cross-examination by Mr. Fitzgerald            122
8  Redirect examination by Ms. Thelwell           125

9                     THOMAS TAMSI

10 Direct examination by Ms. Spergel              127
   Cross-examination by Mr. Fitzgerald            144
11 Redirect examination by Ms. Spergel            152

12                    JAMES DANIELS

13 Direct examination by Ms. Thelwell (incomplete) 160

14

15

16

17

18

19

20

21

22

23

24

25                    INDEX (Continued)

   UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

```
 1
 2                    E   X   H   I   B   I   T   S
 3   Government's Exhibits
 4   Nos. 2 - 6                                        42
 5   No. 7                                             58
 6   No. 8                                             59
 7   No. 9                                             61
 8   No. 11                                            63
 9   No. 12                                            64
10   No. 13                                            65
11   No. 14                                            70
12   No. 15                                            71
13   No. 17 - 19                                       75
14   No. 20                                            77
15   No. 21 - 24                                       78
16   No. 25                                           100
17   No. 26A                                          119
18   No. 26B                                          120
19   No. 26C                                          122
20   No. 28                                           140
21   No. 27                                           205
22
23
24
25
     UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION
```

1    (Court in session at 9:38 a.m.)

2         THE COURT:  All right.  Good morning.  We are here

3    for a continuation of the trial in the matter of United States

4    of America versus Jack Dove, case 8:19-cr-33.  Counsel, please

5    identify yourselves for the Court.

6         MS. THELWELL:  Good morning, Your Honor.  Your Honor,

7    Lisa Thelwell and Ilyssa Spergel on behalf of the United

8    States.  Present at Counsel table is Special Agent Tavey

9    Garcia with Homeland Security Investigations.

10        MR. FITZGERALD:  Timothy Fitzgerald for Jack R. Dove,

11   III and he is present seated to my right.

12        THE COURT:  Okay.  Great.  Thank you.  Counsel, are

13   we ready to proceed?

14        MS. THELWELL:  Yes, Your Honor.  One small

15   housekeeping matter.

16        THE COURT:  Okay.

17        MS. THELWELL:  The United States has one witness on

18   our witness list that will be providing expert testimony.

19   James Daniel.  He's requested the ability to sit in throughout

20   the trial in the event that on cross-examination of the

21   Government's witnesses the Defendant attempts to otherwise

22   question about the transactions that occurred in this case.

23   Since he would specifically be testifying to the Coinbase

24   records and the blockchain analysis that occurred in this

25   case.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1        THE COURT:  Okay.  Is there any objection?

2        MR. FITZGERALD:  Yes, Your Honor.  We plan to invoke

3   the rule of sequestration, and I would imagine he would be

4   subject to recall if the Government felt we asked questions

5   outside the realm -- inside the realm of his expertise with

6   Bitcoin.

7        THE COURT:  Well, I don't usually.  I will certainly

8   grant the request to invoke the rule of sequestration, but

9   experts can be excluded from that rule if it's an expert who's

10  giving expert testimony and his ability to sit in to the

11  courtroom and hear testimony comes in may affect or he may

12  need to not only be a consulting expert, because in this case

13  it sounds like he's a testifying expert.  And in that instance

14  I do typically allow them to testify and to sit in the

15  courtroom during the court proceedings.

16       MR. FITZGERALD:  Yes, Your Honor.  I also have a

17  small housekeeping matter.

18       THE COURT:  Okay.

19       MR. FITZGERALD:  We plan to object to maybe 20, 25

20  Government exhibits.  All are in relation to the search

21  warrant as I have to make the record.  I understand the

22  Court's rule.  Just logistically do you want me to object to

23  each individual record just to preserve it?

24       THE COURT:  You do.  We'll do it, you know,

25  fortunately, this is one good thing that came out of Covid.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    You'll do it via -- you don't need to come to the bench.  You

2    just need to make your objection and then we'll ask Counsel to

3    put on your headsets.  You make your argument and I'll rule

4    and I'll give opposing counsel an opportunity to respond and

5    I'll rule because I don't know, you know, what the exhibits

6    are at this point nor am I going to take up the time to do

7    that right now because we're already beyond 9:30 and I want to

8    get started.

9            But certainly you will make your objection and

10   protect the record with regard to any of those exhibits that

11   may have been subject to the search warrant.

12           Is this also consistent with the argument in your

13   motion to suppress?

14           MR. FITZGERALD:  Yes.  A lot of the exhibits we

15   intend to introduce they got through a search warrant in the

16   home, and if I don't object when they go to admit it, even

17   though we challenge it, initially we waive that issue on

18   appeal.

19           THE COURT:  Right.  That's what I just wanted to make

20   sure.  You're talking about the same exhibits or are there

21   other documents?

22           MR. FITZGERALD:  There are other documents that we

23   have objections to that will go from time to time, but this is

24   a group.  I thought I'd raise it with the Court.

25           THE COURT:  Sure.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1          MR. FITZGERALD:  Okay.

2          THE COURT:  As I said, because of the use of the

3     headsets you don't have to get up and come to sidebar or

4     anything.  We just do it through the headsets.

5          MR. FITZGERALD:  Okay.  Thank you.

6          THE COURT:  But, yes, I will grant the Government's

7     request and allow their experts to be in the courtroom during

8     the trial proceedings.

9          With regard to the rule of sequestration, it has been

10    invoked, which means, Counsel, that your witnesses shall

11    remain outside of the courtroom during these proceedings

12    unless the witness has -- is an expert and the Court has

13    granted permission for the expert to sit in the courtroom.

14         You should also advise your witnesses that they are

15    not to have any discussions about this case with any other

16    witnesses who have already testified.

17         Anything else, Counsel?

18         MS. THELWELL:  No, Your Honor.

19         THE COURT:  I would like to rearrange the seating

20    here, because of in this courtroom the person in here is going

21    to have great difficulty hearing, seeing the camera in the

22    jury box, so I'm going to bring -- what's his number, this one

23    here?  You have to move the second row.  You have to go in

24    order, in numerical order.

25         All right.  Counsel, if there's nothing else, we'll

1   bring the jury in this.

2   (Jury in at 9:43 a.m.)

3           THE COURT:  All right.  Members of the jury, good

4   morning.  I didn't mean to confuse you but we did change the

5   seating by moving one seat just because it would be hard for

6   the person on the very end in the back to be able to see the

7   little monitors there, which you will look at for purposes of

8   the viewing evidence and exhibits, so I decided to change it

9   since I had an additional seat on the front row.

10          But we are ready to begin in this case.  I'm first

11  going to give you some preliminary instructions.  After the

12  preliminary instructions, you'll hear from the attorneys as to

13  their opening statements.

14          Members of the Jury, now that you have been sworn, I

15  need to explain some basic principles about a criminal trial

16  and your duty as jurors.  These are preliminary instructions.

17  At the end of the trial, I will give you more detailed

18  instructions.

19          Duty of the jury.  It will be your duty to decide

20  what happened so you can determine whether the Defendant is

21  guilty or not guilty of the crime charged in the indictment.

22  At the end of the trial, I will explain the law that you must

23  follow to reach your verdict.  You must follow the law as I

24  explain it to you, even if you do not agree with the law.

25          What is evidence?  You must decide the case solely on

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    the evidence presented here in the courtroom.  Evidence can
2    come in many forms.  It can be testimony about what someone
3    saw or heard or smelled.  It can be an exhibit admitted into
4    evidence.  It can be someone's opinion.
5          Some evidence proves a fact indirectly such as a
6    witness who saw wet grass outside and people walking into the
7    courthouse carrying wet umbrellas.
8          Indirect evidence, sometimes called circumstantial
9    evidence, is simply a chain of circumstances that proves a
10   fact.  As far as the law is concerned, it makes no difference
11   whether evidence is direct or indirect.
12         You may choose to believe or disbelieve either kind
13   and should give every piece of evidence whatever weight you
14   think it deserves.
15         What is not evidence.  Certain things are not
16   evidence and must not be considered.  I will list them for you
17   now.
18         Statements and arguments of the lawyers.  In their
19   opening statement and closing arguments, the lawyers will
20   discuss the case, but their remarks are not evidence.
21         Questions and objections of the lawyers.  The
22   lawyers' questions are not evidence.  Only the witnesses'
23   answers are evidence.  You should not think that something is
24   true just because a lawyer's question suggests that it is.
25         For instance, if a lawyer asks a witness, you saw the

1    Defendant hit his sister, didn't you?  That question is no

2    evidence whatsoever of what the witness saw or what the

3    witness did -- the Defendant did unless the witness agrees

4    with it.

5            There are rules of evidence that control what can be

6    received into evidence.  When a lawyer asks a question or

7    offers an exhibit and a lawyer on the other side thinks it is

8    not permitted by the rules of evidence, that lawyer may

9    object.

10           If I overrule the objection, then the question may be

11   answered or the exhibits received.

12           If I sustain the objection, then the question cannot

13   be answered and the exhibit cannot be received.  Whenever I

14   sustain an objection to a question, you must ignore the

15   question and not try to guess what the answer would have been.

16           Sometimes I may order that evidence be stricken and

17   that you disregard or ignore the evidence.  That means that

18   when you are deciding the case, you must not consider that

19   evidence.

20           Some evidence is admitted only for a limited purpose.

21   When I instruct you that an item of evidence has been admitted

22   for a limited purpose, you must consider it only for that

23   limited purpose and no other.

24           Credibility of witnesses.  In reaching your verdict,

25   you may have to decide what testimony to believe and what

1    testimony not to believe.  You may believe everything a

2    witness says or part of it or none of it.  In considering the

3    testimony of any witness, you may take into account the

4    following:  The opportunity and ability of the witness to see

5    or hear or know the things testified to, the witness' memory,

6    the witness' manner while testifying, the witness' interest in

7    the outcome of the case and any bias or prejudice, whether

8    other evidence contradicted the witness' testimony, the

9    reasonableness of the witness' testimony in light of all the

10   evidence, and any other facts that bear on believability.

11         I will give you additional guidelines for determining

12   credibility of witnesses at the end of the case.

13         Rules for criminal cases.  As you know, this is a

14   criminal case.  There are three basic rules about a criminal

15   case that you must keep in mind.

16         First, the Defendant is presumed innocent until

17   proven guilty.  The indictment against the Defendant brought

18   by the Government is only an accusation, nothing more.  It is

19   not proof of guilt or anything else.  The Defendant therefore

20   starts out with a clean slate.

21         Second, the burden of proof is on the Government

22   until the very end of the case.  The Defendant has no burden

23   to prove his innocence or to present any evidence or to

24   testify.  Since the Defendant has the right to remain silent

25   and may choose whether to testify, you cannot legally put any

1    weight on a Defendant's choice not to testify.  It is not

2    evidence.

3           Third, the Government must prove the Defendant's

4    guilt beyond a reasonable doubt.  I will give you further

5    instructions on this point later, but bear in mind that the

6    level of proof required is high.

7           Conduct of the jury.  Our law requires jurors to

8    follow certain instructions regarding their personal conduct

9    in order to help assure a just and fair trial.  I will now

10   give you those instructions.

11          One, do not talk either amongst yourselves or with

12   anyone else about anything related to the case.  You may tell

13   the people with whom you live and your employer that you are a

14   juror and give them information about when you will be

15   required to be in court, but you may not discuss with them or

16   anyone else anything related to the case.

17          Two, do not at any time during the trial request,

18   accept, agree to accept or discuss with any person any type of

19   payment or benefit in return for supplying any information

20   about the trial.

21          Three, you must promptly tell me about any incident

22   you know of involving an attempt by any person to improperly

23   influence you or any member of the jury.

24          Four, do not visit or view the premises or place

25   where the crime was allegedly committed or any other premises

1   or place involved in the case, and you must not use Internet

2   maps or Google Earth or any other program or device to search

3   for a view of any location discussed in the testimony.

4           Five, do not read, watch, or listen to any accounts

5   or discussions related to the case which may be reported by

6   newspapers, television, radio, the Internet or any other news

7   media.

8           Six, do not attempt to research any fact, issue or

9   law related to this case whether by discussions with others,

10  by library or Internet research or by any other means or

11  source.  In this age of instant electronic communication and

12  research, I want to emphasize in addition to not talking

13  face-to-face with anyone about the case, you must not

14  communicate with anyone about the case by any other means

15  including by telephone, text messages, email, Internet chat,

16  chat rooms, blogs or social networking websites such as

17  Facebook, Twitter, Instagram, My-space.  I mean the list goes

18  on and on.

19          You must not provide any information about the case

20  to anyone by any means whatsoever, and that includes posting

21  information about the case and or what you are doing in the

22  case on any device or Internet site, including blogs, chat

23  rooms, social websites or any other means.

24          You must also not use Google or otherwise search for

25  any information about the case or the law that applies to the

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   case or the people involved in the case including the
2   Defendant, the witnesses, the lawyers or the judge.  It is
3   important that you understand why these rules exist and why
4   they are so important.
5          Our law does not permit jurors to talk with anyone
6   else about the case or to permit anyone to talk to them about
7   the case because only jurors are authorized to render a
8   verdict.  Only you have been found to be fair, and only you
9   have promised to be fair.  No one else is so qualified.
10         Our law also does not permit jurors to talk among
11   themselves about the case until the Court tells them to begin
12   deliberations, because premature discussions can lead to a
13   premature final decision.
14         Our law also does not permit you to visit a place
15   discussed in the testimony.  First, you can't be sure that the
16   place is in the same condition as it was on the day in
17   question.
18         Second, even if it were in the same condition, once
19   you go to a place discussed in the testimony to evaluate the
20   evidence in light of what you see, you become a witness, not a
21   juror.  And as a witness, you may now have a mistaken view of
22   the scene that neither party may have a chance to correct.
23   That is not fair.
24         Finally, our law requires that you not read or listen
25   to any news accounts of the case and that you not attempt to

1    research any fact, issue or law related to the case.  Your

2    decision must be based solely on the testimony and other

3    evidence presented in the courtroom.

4         Also, the law often uses words and phrases in special

5    ways, so it's important that any definitions you hear come

6    only from me and not from any other source.  It wouldn't be

7    fair to the parties for you to base your decision on some

8    reporter's view or opinion or upon other information you

9    acquire outside the courtroom.

10        These rules are designed to help guarantee a fair

11   trial, and our law accordingly sets forth serious consequences

12   if the rules are not followed.  I trust that you understand

13   and appreciate the importance of following these rules and in

14   accord with your oath and promise, I know you will do so.

15        Taking notes.  Moving on now.  If you wish, you may

16   take notes to help you remember what witnesses said.  If you

17   do take notes, please keep them to yourself until you and your

18   fellow jurors go to the jury room to decide the case.  Do not

19   let note-taking distract you so that you do not hear other

20   answers by witnesses.

21        When you leave the courtroom, your notes should be

22   left either in the courtroom face down in your chair or you

23   may take them with you into the jury break room.

24        What will not -- whether or not you take notes, you

25   should rely on your own memory of what was said.  Notes are to

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    assist your memory only.  They are not entitled to any greater

2    weight than your memory or impression about the testimony, and

3    you should all have note pads and an ink pen.  You may use

4    your own ink pen or we can provide an ink pen for you.

5            The course of the trial.  The trial will now begin.

6    First, the Government will make an opening statement which is

7    simply an outline to help you understand the evidence as it

8    comes in.

9            Next, the Defendant's attorney may or does not have

10   to make an opening statement.  Opening statements are neither

11   evidence nor argument.  The Government will then present its

12   witnesses and Counsel for the Defendant may cross-examine

13   them.

14           Following the Government's case, the Defendant may,

15   if he wishes, present witnesses whom the Government may

16   cross-examine.

17           After all the evidence is in, the attorneys will

18   present their closing arguments to summarize and interpret the

19   evidence for you and I will instruct you on the law.  After

20   that, you will go to the jury room to decide your verdict.

21           The Government may now present its opening statement.

22           MS. SPERGEL:  This case began when an international

23   undercover operation targeted a website on the Dark Web called

24   Welcome to Video which was essentially YouTube for child

25   pornography.  It was a site with over 100,000 videos of

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   infants, toddlers and children being raped and the Dark Web is

2   a portion of the Internet that in theory allows users to

3   operate anonymously and is often used to facilitate a number

4   of crimes.

5           And the evidence will show that in this case that

6   this Defendant, Jack Dove, was a user of the Welcome to Video

7   site since at least 2017 and that he was ultimately in

8   possession of child pornographic videos through November 30th

9   of 2018.  And the video that the Defendant possessed were

10  videos of prepubescent children, children being held down,

11  children being tied up, all forced into sexually explicit

12  acts.

13          And throughout this trial, you will hear testimony

14  from many witnesses and many exhibits including some of those

15  child pornographic videos that we are going to ask you to view

16  during this trial.

17          And when all of the evidence is presented, it will be

18  clear and overwhelming.  We, the United States, will ask you,

19  the judges of fact, to find this Defendant guilty of both

20  counts of receiving child pornography and possessing it, the

21  only verdict that will be consistent with the evidence and

22  consistent with your common sense.

23          And as I said you'll hear from a number of witnesses

24  throughout this trial.  You'll hear from Homeland Security in

25  Colorado, that they were contacted by the Internal Revenue

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    Service and law enforcement in DC and they have a joint

2    undercover investigation into the Welcome to Video website.

3    And, first, you'll hear from Special Agent Darrell Franklin, a

4    special agent who's been with the Department of Homeland

5    Security in Colorado since 2007 and who has experience

6    investigating child exploitation cases and cyber crimes.

7            And you'll learn that due to Special Agent Franklin's

8    training and experience, he was tasked with going undercover.

9    And what that meant in this case was go undercover onto the

10   Welcome to Video website and he did so creating a user name

11   and a password which was free, and then he discovered that

12   once you had a membership, a user name and a password, you

13   could preview videos of children being raped.

14           And then he'll describe for you how to gain full

15   access to these videos; that users could earn points by either

16   uploading images themselves, by referring friends or by paying

17   Bitcoin currency, and in exchange for those coins, those coins

18   could be used to redeem child pornography, or users could

19   elect a VIP status.  And you'll learn that is exactly what

20   this Defendant ultimately did.

21           And VIP status means you pay Bitcoin currency, which

22   is a type of virtual currency on the Internet and in exchange

23   for Bitcoin payments for a period of six months, you can have

24   unlimited downloads of videos of children being sexually

25   abused.

1          And you'll hear from the testimony that Special Agent

2    Franklin, while undercover, was successful in downloading

3    multiple videos of children and toddlers in sexually explicit

4    acts.  And you'll learn that it's through his undercover work

5    and an extensive investigation that ultimately led to the

6    takedown of that website in South Korea.

7          And then you'll hear from Special Agent Edward

8    Schwaigert, a computer force analyst that also operates out of

9    Colorado.  And he'll testify for you that he was present in

10   South Korea when that takedown occurred.

11         And Agent Schwaigert will explain that once the

12   computers that the Welcome to Video website operated on were

13   recovered, law enforcement is able to copy all of that data to

14   gather all of the information contained on those computers and

15   brought it here to the United States to analyze for evidence.

16         And then you'll hear from Special Agent Tom Tamsi,

17   another special agent who operates out of Colorado, and you'll

18   learn that he oversaw this investigation.  He oversaw the

19   Homeland Security's undercover operation into Welcome to Video

20   and he too was present in South Korea when the takedown

21   occurred.

22         And you will learn that the investigation here in the

23   United States targeted users of the Welcome to Video website

24   by tracking their Bitcoin transactions and their accounts;

25   that once law enforcement had access to the Welcome to Video

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   database, they learned identifying information, in fact, the

2   user.  They learned that there's a unique Bitcoin address

3   assigned to each user by the website.  They learned the user

4   name associated with those unique Bitcoin addresses, and they

5   learned information that will help track down the location of

6   the electronic devices being used in those transactions.

7          And Special Agent Tamsi will explain all of the

8   downloads and all of the Bitcoin transactions that occurred on

9   this Welcome to Video site from a specific user, a user named

10  notus and notus52911 and notus had a VIP status account on the

11  website and in 2017 made multiple Bitcoin transactions where

12  he received child pornography.  And the evidence will be clear

13  that notus and notus52911, those accounts' unique Bitcoin

14  addresses clearly traced back to this Defendant, and it will

15  be clear that it traced back to this Defendant through his

16  Coinbase account.

17         And you'll learn from the evidence that Coinbase is a

18  currency exchange platform where users of Bitcoin like this

19  Defendant can create accounts by providing identifying

20  information, and in exchange they can access Bitcoin and use

21  it for purchases such as sending it directly from their

22  Coinbase account to the Welcome to Video site for child

23  pornography.

24         And the evidence will show in this case that this

25  Defendant, he created a Coinbase account with an email, a

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    phone number, his home address of 721 Powder Horn Row in

2    Lakeland, Florida, his driver's license and even a selfie

3    photograph of his face.

4           The evidence will be clear that this Defendant took

5    deliberate steps and actions towards receiving the child

6    pornography that he wanted when he created this account.

7           The evidence will also show that the IP addresses

8    provided in the Coinbase records, which is a unique number

9    assigned to electronic devices, that traced directly back to

10   721 Powder Horn Road, and he lived at 721 Powder Horn Row,

11   this Defendant.

12          And so Special Agent Tamsi put together an

13   investigative referral packet, and he sent that off to Special

14   Agent Tavey Garcia here in Tampa because Lakeland, Florida is

15   located here in the Middle District.

16          But before we get to Special Agent Garcia, you're

17   also going to hear testimony from James Daniels.  James

18   Daniels is a retired Internal Revenue Service criminal

19   investigator who specializes in cyber crime, and his testimony

20   will explain exactly what the Dark Web is, that it's similar

21   to the regular Internet but it can only be accessed through

22   certain types of browsers that allow for privacy for the user.

23   So in theory, those on the Dark Web can access sites such as

24   Welcome to Video anonymously.

25          James Daniel will also describe for you in great

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    detail exactly what Bitcoin is, exactly what Coinbase is and

2    exactly how all of that information is going to relate

3    directly back to this Defendant.

4           And then you'll hear from Special Agent Tavey Garcia,

5    and she's been with Homeland Security since 2009 investigating

6    child exploitation cases since 2018.  And you'll learn through

7    Agent Garcia's testimony that a search warrant was executed at

8    721 Powder Horn Row in Lakeland, Florida where this Defendant

9    lived, and you'll learn that that occurred on November 30th of

10   2018 and that as a result of that evidence was collected,

11   evidence including multiple electronic devices, and one of

12   those electronic devices you will learn was on a ledge about

13   eight feet high in the master bedroom, and that is the spot

14   that was not so easily accessed by anyone but this Defendant

15   who happens to be 6'9".

16          And Agent Garcia will also explain that there was

17   evidence found confirming this Defendant's email addresses and

18   his phone numbers consistent with his Coinbase account and

19   consistent with the notus user of Welcome to Video.

20          And then you'll hear from computer forensic analyst

21   Justin Gaertner who's been investigating child exploitation

22   cases for the past eight years, and he'll explain how it was

23   his role in this case to analyze all of those electronic

24   devices that were recovered from this Defendant's residence on

25   November 30th of 2018.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1     And it will be clear beyond a reasonable doubt that
2     the Bitcoin user on Welcome to Video, the user notus and
3     notus52911 was this Defendant.
4     Analyst Gaertner will explain to you how he was able
5     to match videos found on this Defendant's electronic devices
6     to videos found on the Welcome to Video website; that on his
7     devices there were exact matches.  It will be clear that Jack
8     Dove received videos of prepubescent children in sexually
9     explicit acts from Welcome to Video.
10     The evidence will be clear that these children were
11     under the age of 18, that some of them were under the age of
12     12, that some of them were toddlers and Analyst Gaertner will
13     go into great detail about these electronic devices and how he
14     received child pornography from the Welcome to Video site, but
15     also how this Defendant researched how to go about getting
16     child pornography off of the Dark Web.
17     He researched Bitcoin currency, researched
18     information about Coinbase accounts, researched ways on how to
19     cover his tracks, and it will be evident through Analyst
20     Gaertner how he tried and clearly failed at covering his
21     tracks when he used Bitcoin and Coinbase to make purchases of
22     child pornography.
23     And Analyst Gaertner will also explain how some of
24     the videos of children being sexually abused does not come
25     from the Welcome to Video site; that those videos were not

1   from there, which means this Defendant was in possession of

2   child pornography he had obtained elsewhere.

3           And so at the conclusion of all of the evidence, it

4   will be clear beyond a reasonable doubt that this Defendant

5   purchased, possessed and received child pornography from

6   Welcome to Video and elsewhere while here in the Middle

7   District, and my colleague Ms. Thelwell and I will ask you to

8   find him guilty of both counts.

9           Thank you for your time during this trial.

10          THE COURT:  Mr. Fitzgerald.

11          MR. FITZGERALD:  Your Honor, at this time we'd

12   reserve our opening statement.

13          THE COURT:  All right.  Thank you.  Then the

14   Government may call its first witness.

15          MS. THELWELL:  United States calls Darrell Franklin.

16          COURTROOM DEPUTY CLERK:  Sir, please raise your right

17   hand.

18   (Witness sworn.)

19          COURTROOM DEPUTY CLERK:  Please state your name for

20   the record and spell your last name for the record.

21          THE WITNESS:  Darrell Franklin, F-R-A-N-K-L-I-N.

22          COURTROOM DEPUTY CLERK:  Thank you.  Be seated.

23          THE COURT:  Mr. Franklin, good morning, sir.  You may

24   remove your mask if you are comfortable doing so.  That's your

25   decision.  If you keep it on, though, make sure you speak

1  loudly and clearly into the microphone so that the jury can

2  hear you.

3           THE WITNESS:  Okay.  Thank you, ma'am.

4           MS. THELWELL:  Thank you, Your Honor.

5                    DARRELL FRANKLIN,

6  having been first duly sworn, was examined and testified as

7  follows:

8                   DIRECT EXAMINATION

9  BY MS. THELWELL:

10 Q    Mr. Franklin, where do you work?

11 A    I work with Homeland Security Investigations as a special

12 agent.

13 Q    And what exactly do you do there?

14 A    I conduct investigations of organizations involved in

15 terrorist activities and also involved in the illegal

16 trafficking of weapons, money, people and other contraband.

17 Q    How long have you been a special agent with Homeland

18 Security Investigations?

19 A    Approximately 14 years.

20 Q    And prior to that, did you have any other law enforcement

21 experience?

22 A    Yeah.  I was a police officer for approximately seven

23 years.

24 Q    In your role as a special agent, have you investigated

25 crimes against children?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1  A    Yes, I have.

2  Q    What types of offenses have you investigated?

3  A    Child pornographic distribution, possession cases, also

4  human trafficking, human smuggling investigations.  I've also

5  conducted investigations with online cyber crimes, online

6  child enticement, things of that nature.

7  Q    If you could just make sure at the end you're keeping

8  your voice up.

9       Have you received any specialized training as it relates

10 to child exploitation offenses?

11 A    Yes, I have.

12 Q    What type of training have you received?

13 A    I received training from the Homeland Security

14 Investigations cyber crime center, also from the HSI

15 undercover operations unit and also from the Internet Crimes

16 Against Children Task Force, also known as ICAC.

17 Q    Have you ever served in an undercover capacity before?

18 A    Yes, I have.

19 Q    And you have to be certified in order to do so?

20 A    That is correct.

21 Q    Do you have a certification?

22 A    I do.

23 Q    What type of certification do you have?

24 A    I'm certified to conduct online undercover activities as

25 well as in person.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   Q      How long have you been engaging in undercover

2   investigations?

3   A      Since 2011.

4   Q      Through your training and experience, are you familiar

5   with cryptocurrency and the Dark Web?

6   A      Yes, I am.

7   Q      Have you conducted any investigations involving

8   cryptography and the Dark Web?

9   A      Yes, I have, both online and in person.

10  Q      What type of investigation?

11  A      The online investigations revolved around the sale of

12  contraband on the Dark Web.

13  Q      If you could explain what you mean by the sale of

14  contraband?

15  A      The sale of weapons and counterfeit documents, drugs and

16  child pornography.

17  Q      What other types of investigations have you been involved

18  in regarding cryptocurrency on the Dark Web?

19  A      And also investigations involving money laundering.

20  Q      Have you received any specialized training as it relates

21  to cryptography?

22  A      Yes, I have, through the HSI Undercover Operations Unit.

23  Q      Can you describe a little bit about the training that you

24  received?

25  A      Yes.  The training goes over the -- provides a general

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   knowledge of cryptocurrency but it also dives a little deeper

2   into the use of cryptocurrency, the transfer of cryptocurrency

3   and also the storage.

4   Q    How long would you say you've been investigating crime

5   relating to cryptocurrency?

6   A    Since probably between 2015 or '16.

7   Q    So in that time, have you become familiar with Bitcoin?

8   A    Yes.

9   Q    What is Bitcoin?

10  A    Bitcoin is -- it's a type of cryptocurrency and it is a

11  digital currency that allows individuals to trade for goods

12  and services via the Internet anywhere in the world.

13  Q    And so can Bitcoin be used for regular purchases?

14  A    Yes.  It could be used for almost any exchange, for a

15  good or a service.

16  Q    And are you familiar with the Dark Web you said?

17  A    I am.

18  Q    What is the Dark Web?

19  A    Dark Web is a part of the Internet that most people are

20  familiar with.  The major difference being that it will -- in

21  order to access the Dark Web, generally you need what's called

22  a Tor browser.  That Tor browser is primary -- its primary

23  function is to hide the location of the users and websites

24  that they visit.

25  Q    And so when you say hide their location, what

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

```
1   specifically does it hide?

2   A    Specifically conceals their Internet protocol address or

3   the IP address which is similar to the phone number for the

4   device that you're using on the Internet.

5   Q    You described as a Tor browser.  What does Tor stand for?

6   A    Stands for The Onion Router.

7   Q    It's just commonly referred to as Tor?

8   A    That's correct.

9   Q    Are you familiar with a website named Welcome to Videos?

10  A    I am.

11  Q    How did you become familiar with that website?

12  A    I received a request from fellow HSI agents that were

13  conducting investigations jointly with the IRS of that

14  website.

15  Q    Why were you requested to join the investigation?

16  A    They requested that I assist in evaluating the website to

17  determine the content that it was purportedly distributing and

18  also to join the website utilizing Bitcoin and also to

19  download videos and other evidence from the website.

20  Q    Do you know why they requested you to do that

21  specifically?

22  A    Based on my experience working Dark Web and

23  cryptocurrency cases.

24  Q    Do you recall who was the individual or one of the

25  individuals who contacted you about joining this
```

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   investigation?

2   A      Yes.  It was HSI Special Agent Tom Tamsi.

3   Q      What information did he provide you with initially?

4   A      The initial information I received was the website was

5   offering to sell child pornography videos in exchange for

6   Bitcoin and the website was on the Dark Web.

7   Q      So during the course of your investigation, did you

8   access the website?

9   A      I did.

10  Q      How did you do that?

11  A      Using Tor browser, I was able to access the website and

12  was able to review the website in order to -- and able to see

13  that it was offering child pornography videos for sale.

14  Q      How did you find the website on the Dark Web?

15  A      The website was provided to me by Agent Tamsi.

16  Q      The website what?  The website address?

17  A      Correct.

18  Q      And how is the website address different from a website

19  that might be on the open Internet?

20  A      The difference is most websites that most people are

21  familiar with generally end with a dot com, a dot net,

22  something of that nature, whereas most Dark Web websites end

23  with dot onion, and then before that is long series of letters

24  and numbers a lot of times that don't describe the content of

25  the video -- or content of the website.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

```
1    Q    When did you access the website?

2    A    That was in August of 2017.

3    Q    So once you accessed the website, can you tell us

4    generally what you observed?

5    A    Yes.  So I observed several pages on the website that

6    described how to purchase access to the website, how to upload

7    child pornography to the website, and also there were numerous

8    pages on the website displaying the child pornography videos

9    that were available for download.

10   Q    And did you see anything on the website about the

11   different memberships options?

12   A    Yes.  The website provided three options to purchase

13   access based on the amount of Bitcoin that you paid in.

14   Q    What were those three levels of membership?

15   A    The first level offered the user to download 110 videos

16   for a price of .01 Bitcoin.  Option 2 was to be able to

17   download 230 videos for .02 Bitcoin, and for the VIP

18   membership, you were allowed to download an unlimited amount

19   of videos for 6 months for .03 Bitcoin.

20   Q    Which membership option did you ultimately choose?

21   A    The VIP membership.

22   Q    After you established your membership, what did you do

23   next?

24   A    I was able to gain further access to the website

25   particularly to download videos and was able to download three
```

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   videos.

2   Q    What was the purpose in downloading these videos?

3   A    To confirm that the videos that were being distributed by

4   the website were indeed child pornography.

5   Q    Prior to having the ability to download the videos based

6   on your VIP status, do you recall approximately how much of

7   the video you would have been able to observe?

8   A    Yeah.  On the screens, on the pages that displayed the

9   videos available to be downloaded, there were screen shots,

10  numerous, I would say 16, 8 to 16 smaller screen shots of each

11  videos were descriptions, length of each of the videos, so

12  even as an unpaid user, you were able to see each of the -- or

13  at least a glimpse of each of the videos available for

14  download.

15  Q    But in order to have full access, you would actually have

16  to pay the website; is that right?

17  A    Right.

18  Q    You mentioned that you downloaded there three videos.

19  What did you do with those videos once you downloaded them?

20  A    I saved them to a drive for evidence.

21  Q    Did you review them at any point?

22  A    I did.

23  Q    With the first video that you downloaded, what did it

24  contain?

25  A    The first video depicted what I have would estimate to be

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   a female between three to six years old, and then an adult

2   male with the male ejaculating on her face.

3   Q    What about the second video?

4          MR. FITZGERALD:  I object, Your Honor.

5   (Bench conference begins.)

6          THE COURT:  Can you hear me?

7          MR. FITZGERALD:  Yes.

8          THE COURT:  You may proceed.

9          MR. FITZGERALD:  Your Honor, I object under 401 and

10  403.  He's going into detail describing videos that Mr. Dove

11  is not accused of downloading that happened to be on the

12  website.  I don't think we need to get those details.  I think

13  he can say the videos he downloaded were child porn and our

14  investigation continued.  Giving the description is highly

15  prejudicial and these aren't the videos we're charged with

16  possessing or accessing.

17         THE COURT:  Okay.  Response.

18         MS. THELWELL:  Your Honor, the witness is providing

19  information and content for the jury as to the content of the

20  website.  The Government's exhibits that are about to be

21  entered through this witness as well also show the content of

22  the website.

23         THE COURT:  The same video, you're offering these

24  same videos into evidence?

25         MS. THELWELL:  Not these particular videos, but

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    they're Government's Exhibit 1A, 1B and 1C are all videos of

2    the website just to show and describe how the website

3    functions so the jury can understand the context of the case.

4              THE COURT:  Okay.  But I will overrule the objection

5    so that the witness can testify with regard to the content of

6    the website, but I think in your examination of him, you need

7    to make clear that these -- that that's the purpose of this

8    testimony.  In other words, I don't want the jury to be misled

9    and think that these are, in fact, the videos that Mr. Dove is

10   charged with possessing or distributing or receiving.

11             MS. THELWELL:  Yes, Your Honor.

12             THE COURT:  Okay.  Thank you.  The objection is

13   overruled.

14   (Bench conference concluded.)

15             MS. THELWELL:  All right.  I am going to be showing

16   you Government's Exhibit 1.

17             May I approach the witness?

18             THE COURT:  You may.

19   BY MS. THELWELL:

20   Q    All right.  Do you recognize Government's Exhibit 1?

21   A    I do.

22   Q    And what is it?

23   A    It's a thumb drive.

24   Q    And have you had an opportunity to review what was on

25   that thumb drive?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

```
 1   A    I did.
 2   Q    And what's on there?
 3   A    There are videos and screenshots that I took of the
 4   website.
 5   Q    That you took of the website?
 6   A    Correct.
 7   Q    And so for the record, Government's Exhibit 1 contains
 8   Government's Exhibit 1A through 1E.
 9        So based on your view of Government's Exhibit 1, does it
10   fairly and accurately depict the way that the website appeared
11   on the day that you captured the video screenshot and the
12   screen captures?
13   A    That is correct.
14        MS. THELWELL:  At this time the United States seeks
15   to admit Government's Exhibit 1 through 1E.
16        THE COURT:  Is there any objection?
17        MR. FITZGERALD:  Just renew my objection for the
18   record, Your Honor.
19        THE COURT:  Okay.  My ruling is the same with regard
20   to Government's Exhibit 1A through 1E.  The objection is
21   overruled.  The exhibits are admitted.
22   (Government's Exhibit Nos. 1A through 1E were admitted.)
23   BY MS. THELWELL:
24   Q    In front of you as well in that booklet, you have
25   Government's Exhibit 2 through 24.  If you could locate them
```

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    and just review them and let me know by looking up when you've

2    done looking at them.

3    A    Okay.

4    Q    All right.  Do you recognize Government's 2 through 24?

5    A    I do.

6    Q    What are they?

7    A    They are screenshots from the website that you took.

8    Q    And do those screenshots fairly and accurately depict the

9    pages of the website that you took?

10   A    Yes.

11   Q    Yes, the screenshots of the pages of the website that you

12   took?

13   A    Yes.

14          MS. THELWELL:  At this time, United States seeks to

15   admit Government's 2 through 24.

16          THE COURT:  Is there any objection?

17          MR. FITZGERALD:  Same objection, Your Honor.

18          THE COURT:  Okay.  Counsel, put on your headsets.

19   (Bench conference begins.)

20          THE COURT:  All right.  Mr. Fitzgerald, with regards

21   to Exhibit 2 through 24.  I'm sorry.  Can you all hear me now?

22   With regard to Exhibits 2 through 24, what is the basis of

23   your objection?

24          MR. FITZGERALD:  Your Honor, first of all, the

25   Exhibit 6 is hearsay.  It appears to be users having a chat

1    history.  I don't know of what relevance it is, so we'd object

2    under 401, 403 and hearsay grounds.  Some of it appears to be

3    in foreign language that we can't decipher, and I don't know

4    if any of the jury can.

5            Second, this is -- apparently the investigation goes

6    in under three names, papabear11, Hans1Solo and Darth2Vader,

7    and I think it's cumulative of going in one name to show how

8    the website working is sufficient rather than three different

9    names showing how.

10           THE COURT:  Ms. Thelwell, response.  Madam Clerk do

11   you have Exhibits 2 through 24?  Let me see that, please.

12           Ms. Thelwell, you may respond.

13           MS. THELWELL:  Yes, Your Honor.  As to Exhibit No. 6

14   and the defense counsel's objection as to hearsay, it's not

15   being offered for the truth of the matter.  It's only being

16   offered to show how the website works and the fact that there

17   is a chat function there that allow users to communicate with

18   one another in a message or form setting so we are not asking,

19   soliciting this evidence to establish the content of what's

20   actually contained in the chat.

21           THE COURT:  All right.  So 6 is offered solely for

22   establishing or showing the jury that there's a chat function

23   with this website there.

24           MS. THELWELL:  Correct.

25           THE COURT:  Let's go through the others.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

 1          MS. THELWELL:  As to I think it's the exhibit number,

 2   so exhibit numbers --

 3          THE COURT:  Is that better?

 4          MS. THELWELL:  That's better, yes.  As to Exhibits 7

 5   through 13, they show -- and I'll just back up and say that

 6   this witness is going to testify to what he did in his

 7   undercover capacity on the website by establishing accounts to

 8   understand how the website works, and so the first account

 9   which is Exhibit 7 through 13 show that process.

10          Exhibits 13 through 19 establish another account for

11   a similar purpose, but it occurred several months later,

12   because the background story is that the agents were

13   attempting to confirm how the Bitcoin or blockchain analysis

14   operated, and so they needed this Agent Franklin to create two

15   additional accounts to essentially verify their math to make

16   sure that they understood how the transactions were being

17   traced, and so that is the purpose of those.

18          Now, as it relates to what I plan to publish to the

19   jury, I do seek to admit Government's Exhibit 2 through 4, but

20   I only plan to publish that public account, so Government's 7

21   through 13 as it relates to 14 through 24 I don't plan to

22   publish that, because like Mr. Fitzgerald said, I felt that it

23   would be a little redundant in the sense that the jury would

24   understand the process at that point, but they needed -- they

25   need to have testimony from this witness as to the additional

1    steps that he took to confirm how the transactions were

2    traced.

3         THE COURT:  Well, if you don't intend to publish

4    them, what's the purpose of offering them into evidence?

5         MS. THELWELL:  So that they're there in the event

6    that the jury wants to look at them.  They have the same --

7    it's a similar structure.

8         THE COURT:  What I'm going to ask you to do,

9    Ms. Thelwell, is I'm not going to admit them 2 through 24

10   because they're not -- it's not a cumulative exhibit, and

11   there are different bases for offering the exhibits.  So to

12   the extent you want to offer them in some format like you've

13   explained to the Court, for example 7 through 13, or 6 is

14   offered for one reason, it's not offered for the hearsay.  I

15   think it's best that the Court not just globally admits

16   Exhibits 2 through 24.

17        If you want to offer 2 through 6 for some purpose

18   based upon the witness' testimony, you certainly may do so,

19   but I'm not going to allow you to offer them cumulatively,

20   especially having looked at 6, and clearly it includes hearsay

21   but I agree, that if you are not offering it for the truth of

22   the matter asserted, then it's not hearsay, and so it would

23   otherwise be admissible.

24        But in order to make sure that the record accurately

25   reflects the bases for which you're offering the exhibits and

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   for the Defendant to have an opportunity to object, I'm going

2   to request that you offer them in smaller categories for the

3   purpose for which you've indicated to me you intend to offer

4   them, so that if Mr. Fitzgerald has any other objections, he

5   may make those objections.

6            MS. THELWELL:  Yes, Your Honor.

7            THE COURT:  Okay.

8   (Bench conference concluded.)

9            COURTROOM DEPUTY CLERK:  Ms. Thelwell, they're having

10  difficulty hearing you.

11  BY MS. THELWELL:

12  Q    All right.  So you have in front of you Government's

13  Exhibits 2 through 6.  Just before the break you indicated

14  that you recognized them.

15  A    Yes.

16  Q    What is Government's 2 through 6?

17  A    Screenshots of the Welcome to Video website.

18  Q    And how do you recognize them?

19  A    They are screenshots that I took.

20  Q    And do they accurately and fairly depict the way that the

21  website looked at the time you took those screenshots?

22  A    That is correct.

23            MS. THELWELL:  At this time the United States seeks

24  to admit Government's 2 through 6.

25            THE COURT:  Is there any objection?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1          MR. FITZGERALD:  Same objection, Your Honor.

2          THE COURT:  All right.  Government's Exhibit 2

3    through 6 are admitted).

4    (Government's Exhibit Nos. 2 through 6 were admitted.)

5          MS. THELWELL:  All right.  At this time, Your Honor,

6    we would be publish Government's Exhibit 1 beginning with 1A.

7          THE COURT:  You may publish it.

8    BY MS. THELWELL:

9    Q    What is Government's Exhibit 1A?

10   A    It is a video capture of the website that I took to give

11   an overall preview of what was seen on the website.

12   Q    What are we looking at here?

13   A    This is a page called Best which displays what the

14   website determined the weekly best videos, and it showing,

15   scrolling down, showing the contents on Page 1.

16   Q    Fast forward towards the end.  If we could pause right

17   here.

18        What are we observing on this page and the time stamp

19   here, it's at 1:26.

20   A    This is video capture of the search page of the website

21   which allows users to search for videos using a variety of

22   fields.

23   Q    So looking at that top box that says search, what do

24   users generally type there or what can they type there?

25   A    Well, they can type anywhere they want to or key words

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    used as a descriptor pertaining to any type of video that

2    they're interested in viewing.

3    Q    And the second field uploader, do you know what that

4    function is for?

5    A    Yes, that function allows the user to search for the

6    videos uploaded by other members and that is a field where

7    they would enter the uploader's user name.

8    Q    So if there was a particular user that a website user

9    wanted to look for, is that where they would type it in?

10   A    Correct.  And the website would then bring up the list of

11   videos available for download that were uploaded by that user.

12   Q    And what about the box below that says order by?

13   A    That allows the user to search by, sort the videos by

14   date and time, size, or I believe it was like the order.

15   Q    So the field below there are two columns.  The first

16   column on the left says key word, and there are several words

17   listed below in blue.  What are those?

18   A    So the column key word shows a list of hyperlinked key

19   words that the user could either enter into the search field

20   at the top to search for or they could also just easily click

21   on that key word and it will result in like, or videos related

22   to that key word.

23   Q    Are there -- just looking at this first list that is

24   visible on the screen, are there any acronyms there that stand

25   out to you based on your experience in child exploitation

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    investigation?

2    A    Yes.  One of the first I recognize half way down is PTHC.

3    Q    What does that mean?

4    A    Preteen hard core.

5    Q    And so generally based on your training and experience of

6    this sexual exploitation cases, what does PTHC mean in these

7    cases?

8    A    Generally that means that this image, whether the picture

9    or video, is intended to depict a preteen child engaged in

10   some sort of sexual explicit activity.

11   Q    So following the PTHC example, if we look over to the

12   next column, staying on that same row under video, what that

13   number 5598 represent?

14   A    That represents that there are 5,598 videos that would

15   result from clicking on the key word PTHC or searching for

16   PTHC.

17   Q    And the next column over for downloads, what does the --

18   what does the number 105960 represent?

19   A    That means that there were over 100,000 downloads of

20   those videos.

21   Q    As it relates to the second column on the right-hand side

22   of the page that begins with uploader, under the term

23   uploading there are several other names listed and they're

24   blue.  What does that indicate to you?

25   A    Those are members of the website.  Their names are

45

1    hyperlinked.

2    Q    When do you say that they're hyperlinked, just like with

3    the key word, what does that mean?

4    A    When I say hyperlinked, that means that if the user of

5    the website, the cursor above that name, it will allow you to

6    click on that link which then would automatically forward you

7    to the related page, so you wouldn't have to do anything other

8    than click on that name.

9    Q    Okay.  So looking at the example for anonymous, the first

10   one, when we move over to the column that says videos, what

11   does the number 6100 represent?

12   A    That is the number of videos that anonymous uploaded to

13   the website.

14   Q    And the same as it relates to downloads 135976, what does

15   that represent?

16   A    That represents that user's videos have been downloaded

17   over 135,000 times.

18   Q    If we could continue and maybe -- back on this page here.

19   And what does this page here show?

20   A    This is the payment page which displays the levels of

21   membership that are available based on the amount of Bitcoin

22   that is paid.

23   Q    Okay.  And we'll get into that in a moment, but is this

24   payment page associated with your account?

25   A    It is.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   Q     How do you know?

2   A     Because in the box in the middle of the page lists the

3   member name that I created.

4   Q     Which was what?

5   A     Papabear11.

6   Q     And when you created your account, you could pick

7   whatever name?

8   A     Correct.

9   Q     If we could scroll to the end of this video, and what are

10  we looking at -- well, if you could just scroll to the end.

11        All right.  If I could see Government's Exhibit 1B, do

12  you recall what Government's Exhibit 1B is showing us here?

13  A     Yes.  This is a video capture I took of a video page

14  best, and the purpose of this was to show the volume of videos

15  that were available for download on the website.

16  Q     So I'm going to stop here at the bottom of -- looking for

17  the time stamp on the video at the one minute mark in the

18  video, what are we observing in this -- at this point in the

19  video?

20  A     This is at the bottom of the page and it is showing the

21  number of pages of the videos that I just scrolled through

22  that were available, and this one it shows 126 pages.

23  Q     If I could just press pause there for a moment.  Next I'm

24  going to show you Government Exhibit 1C.  And what is

25  Government's Exhibit 1C?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   A     This is a capture showing the website, again, the videos

2   that are available and also the information related showing

3   what's available to the user.  It shows like the user name of

4   the person that uploaded the video, description, duration and

5   number of times the video has been downloaded.

6   Q     All right.  So in the top in the left-hand corner where

7   it says, "all videos," what is being captured in this part of

8   the website?

9   A     This portion of the website, what it shows for all the

10  videos that are available at that time that, there were a

11  total of 128,980 videos that were available, and those videos

12  have been downloaded over a million times, and the file size

13  collection of those videos was over 7 terabytes.

14  Q     Would this be the total size of all the videos on the

15  website at this time?

16  A     That's correct.

17  Q     And do you recall on or about what day that you took this

18  screen capture?

19  A     That was I believe that was August.  That was August

20  31st, I believe, 2017.

21  Q     Okay.  So it's your recollection that it was sometime in

22  August of 2017 or is there something that would refresh your

23  recollection?

24  A     Yeah.  Probably I'm trying to remember the exact date.

25  Q     If you review your report?

1   A    If I reviewed my report, yes, because there were several

2   dates that were involved.

3            MS. THELWELL:  May I approach the witness?

4            THE COURT:  You may.

5   BY MS. THELWELL:

6   Q    So once your memory has been refreshed, if you could just

7   flip over the documents and let me know?

8   A    It's February 24th, 2018.

9   Q    I can't hear you.

10  A    Sorry.  February 24th, 2018.

11  Q    Okay.  Thank you.  So you took this video capture on or

12  about February 24th, 2018.  And at that time you're saying

13  that the numbers written at the top left, that the 7.66

14  terabytes, that would be the total content of the videos on

15  the website at that time?

16  A    Correct.

17  Q    All right.  Now, here we stopped this video at 41

18  seconds.  What are we looking at at this particular still of

19  the video?

20  A    The video will show, like I explained before, the

21  examples of the video that are available for download, the

22  screenshots throughout the video.  It shows also the

23  information related to each particular video.  Also in this

24  capture are -- I placed the pointer over the download button

25  in order to see the information at the lower left of the

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    screen which captures the website address and also the ID

2    number of that video.

3    Q    Okay.  And so are you talking about this area down here

4    at the bottom where I just put those red marks at the bottom

5    left hand of the screen?

6    A    That is correct.

7    Q    And so what information is contained there?

8    A    What's contained there is the website and then the

9    download, but then also at the end it shows ID and then equals

10   and then the number.  In this case it's 230,830 which would

11   indicate that that was the order of this video that was

12   uploaded to the website.

13   Q    That was what?

14   A    That was the order of the video that was uploaded to the

15   website.

16   Q    And actually that's fine.  We'll move on.

17        The next thing I want to show you is Government's Exhibit

18   2.  If we could just kind of zoom in, or, excuse me -- yes.

19   If we could Zoom in to the top of this.

20        What are we observing in Government's Exhibit 2?

21   A    This is the original page that you would see when you

22   accessed the website.

23   Q    All right.  And so is there an opportunity for a user to

24   create a new account in Government's Exhibit 2?

25   A    Yes.  At the bottom where it says register as a new

1  account and then there's a hyperlink to the word "register."

2  Q    Is that what you did when you accessed this website for

3  the first time?

4  A    That is correct.

5  Q    Once you clicked on that link, where did it take you?

6  A    To basically create a user name or member name and

7  password.

8  Q    So the first time you accessed it, what user name -- what

9  user name did you create?

10  A    Papabear11.

11  Q    Once you had an account -- if we could see Government's

12  Exhibit 3.

13      What are we observing here in Government's Exhibit 3?

14  A    This is the made index page which shows my user name.  It

15  also shows membership status, which shows "not VIP," and then

16  indicates as my number of upload points and download points as

17  "0."

18  Q    In the address bar, the website address bar, do you

19  recognize the address that's listed there that begins with

20  m-t-3, and ends in a ".onion" address?

21  A    Yes.

22  Q    What address is that?

23  A    That is the address for Welcome to Video.

24  Q    And is that the same address that you have been

25  previously provided by another agent?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    A    That is correct.

2    Q    If we could see Government's Exhibit 4.  If we could zoom

3    in.

4         When did you create your papabear11 user account,

5    undercover account?

6    A    That was August 31st, 2017.

7    Q    And do you recall what are we looking at in Government's

8    Exhibit 4?

9    A    This is the payment page which details the levels of

10   membership that a member can pay.  It also includes the unique

11   Bitcoin payment address provided by the website where I would

12   send the Bitcoin payment.

13   Q    If we could highlight that box below with the Bitcoin

14   address and -- thank you.

15        All right.  So here where it says "send Bitcoin to this

16   address, it is yours," and there's an alphanumeric number

17   listed below.  What exactly is that?

18   A    So, the website provides a unique Bitcoin address to each

19   user when they attempt to make a purchase on the website.  And

20   the Bitcoin address that's provided is -- a way to think of it

21   is that is like the deposit address or bank account for where

22   that payment should be sent.

23   Q    Okay.  And so based on your view of the website and the

24   knowledge you learned throughout the investigation, do any two

25   users of the website have the same exact Bitcoin address?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

```
 1    A     No.  Each individual is provided a unique Bitcoin address
 2    to pay.
 3    Q     And that's automatically given or assigned to the account
 4    by the website; is that correct?
 5    A     That's correct.
 6    Q     All right.  So if we could go to Exhibit 5.  What are we
 7    viewing on Exhibit 5?
 8    A     This is a screenshot of the upload page which would
 9    provide members the ability to upload videos but also
10    directions on how to do so.
11    Q     So in looking at that first box that's underneath the
12    Welcome to Video, what is the purpose of the description box?
13    A     The description box allows the member to essentially
14    enter anything into that field, but generally they would enter
15    key words that are descriptions of the video, so if another
16    member is seeking that particular topic or type of content,
17    that would be a key word that would pop up.
18    Q     Okay.  The browse button, what is the purpose of that
19    button?
20    A     The browse button is hyperlinked and would allow the user
21    to point to the files on their own device that they are
22    seeking to upload to the website.
23    Q     Below in the note section, what information is provided
24    there?
25    A     Direction for the user to, one, click the -- upload
```

1  button once, but also with instructions to do not upload adult

2  porn.

3  Q    And then the button below is for the actual upload; is

4  that correct?

5  A    That's correct.

6  Q    If we could look at below where it says MD5 check.  Do

7  you know what that means?

8  A    Yes.  So all files have what's called a hash value which

9  is essentially an alphanumeric value that's assigned to that

10  file, whether it be a picture or video, and it makes that file

11  unique, almost like a digital fingerprint, so the MD5 check

12  would look at the uploaded video to ensure that it did not

13  already exist on a website to prevent users from uploading

14  duplicate videos.

15  Q    And below it says how to get upload points.  What

16  information is provided there?

17  A    That it basically provides instruction to the users that

18  for every video they uploaded though the website, they

19  received 3 upload points, and every time that another user

20  downloaded it, the uploaded video, then the user would get an

21  additional 2 upload points.

22  Q    Okay.  And if we could see Government's Exhibit 6, what

23  is this screenshot showing us?

24  A    This is a screenshot of the chat page which show the most

25  recent chat history website, would provide the first three

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    letters of the user name and their message, and then also on

2    the right side a field for the member to enter whatever

3    message they wanted to.

4    Q    Were members able to directly communicate with one

5    another?

6    A    No.  This was more of like a news form or a page where it

7    would post messages for anyone to see.

8    Q    Okay.  Next we're going to go -- if you look at the --

9    that's okay.  The top of this exhibit, it clearly shows that

10   we're under the chat tab.  We're going to take a look at the

11   "best" tab followed by the "videos" tab.  So if we could see

12   Government's Exhibit 1D.

13        All right.  And this is a screenshot of the best tab?

14   A    That is correct.

15   Q    If we could scroll down.  I think you may have said it

16   earlier, but I don't recall.  Based on your overview of the

17   website, how often or what types of videos were placed in --

18   would be designated a best video for the best tab?

19   A    Generally it included the most explicit videos, the most

20   sexually graphic videos that were downloaded the most during

21   that period of time.

22   Q    And if we could look at the website address, that's on

23   1B.  If we could -- 1D, if we could just zoom in.  It's a plus

24   sign at the top.  Perfect.  Okay.

25        So in here, what is the web address for the best video?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    A     It's M-T-3-P-L-R-Z-D-I-Y-Q-F-6-J-I-M, dot onion, forward

2    slash best, dot P-H-P.

3    Q     And in general based on your review of the web site, do

4    all of the tabs have a similar naming structure?

5    A     They do.

6    Q     And what was in general that naming structure?

7    A     They are all related to the website starting with the 3

8    or, I'm sorry, the M-T-3 followed with a dot onion and the

9    forward slash.  And depending on the page, that's what would

10   follow, so in this case best, but if you're on another page,

11   for example, videos, then videos would replace best.

12   Q     Okay.  If we could see Government's Exhibit E.  This is a

13   screenshot of the videos tab.  What is the difference between

14   the best videos tab on the videos tab?

15   A     That tab shows a few things.  One, it shows the

16   categories of videos that are available on the website which

17   --

18   Q     Where do you see that information?

19   A     It shows it on the right side where it says categories

20   and it says 6.

21   Q     Is the right side, so in the box that says details?

22   A     Correct.

23   Q     What do you mean by categories?

24   A     So the website broke up the number of videos on the

25   website into six categories, which it named, which is visible

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   either on the left side of the screen or also on the right

2   side in the box called popular categories, and so it provided

3   the names of those six categories.

4   Q    At the time that you made this screen shot, what were the

5   six categories?

6   A    1 through 6 was called upload videos.  The second one is

7   called upload videos.  The third is child porn.  The fourth is

8   cellphone.  The fifth is web cam.  And the sixth is boys.

9   Q    If we could X out of that.

10      At some point after you reviewed this website, confirmed

11   that it contained child pornography, did you ultimately make

12   it a membership, like a paid membership?

13   A    I did.

14   Q    Do you recall when or about -- when you did that?

15   A    That was September 28th, 2017.

16   Q    Okay.  And what specific type of membership did you pay

17   for?

18   A    The VIP membership.

19   Q    What, if anything, did you do with your VIP status?

20   A    Excuse me?

21   Q    What, if anything, did you do with your VIP status?

22   A    I used that status to download videos from the website.

23   Q    Okay.  And that's what we had talked about earlier.

24      And based on your training and experience, did all of

25   those videos appear to depict child pornography?

1   A    They did.

2   Q    Any could we see Government's Exhibit 7.

3        In your book you'll see Government's Exhibit 7.  Do you

4   recognize it?

5   A    I do.

6   Q    And what is Government's Exhibit 7?

7   A    It is the main page that shows the user name and the VIP

8   status and again the number of uploads and download points

9   that I have in my credit website or my profile.

10  Q    How do you recognize it as being that?

11  A    It's a screenshot that I took of the website.

12  Q    And does it contain the date and time stamp at the time

13  you took that screenshot?

14  A    Yes.

15  Q    Does it fairly and accurately depict the image that you

16  captured that day?

17  A    It does.

18       MS. THELWELL:  At this time the United States seeks

19  to admit Government's Exhibit 7.

20       THE COURT:  Is there any objection?

21       MR. FITZGERALD:  No, Your Honor.

22       MS. THELWELL:  Permission to publish?

23       THE COURT:  Government's Exhibit is admitted.  You

24  may publish.

25  (Government's Exhibit No. 7 was admitted.)

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   BY MS. THELWELL:

2   Q    Okay.  And so what are we looking at here?

3   A    Again, it's the primary index page or the main page of

4   the unpaid membership showing the user name and then the

5   status which shows "not VIP."

6   Q    And if we could just look at the date and time stamp of

7   this, Government's Exhibit 7, at the bottom left-hand corner?

8   On or about what date was this created?

9   A    September 28th, 2017.

10  Q    Okay.  If you could look in your book and locate

11  Government's Exhibit 8.

12  A    Okay.

13  Q    Do you recognize it?

14  A    I do.

15  Q    What is it?

16  A    Screenshot of the payment page, split screen of my

17  Bitcoin wallet.

18  Q    And how do you recognize that as belonging to your

19  undercover account?

20  A    Because I'm the one that took the screenshot at the date

21  and time.

22  Q    Does it fairly and accurately depict that web page at

23  that time?

24  A    It does.

25       MS. THELWELL:  At this time the United States seeks

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    to admit Government's Exhibit 8.

2           THE COURT:  Is there any objection?

3           MR. FITZGERALD:  No, Your Honor.

4           THE COURT:  Government's Exhibit 8 is admitted.

5    (Government's Exhibit No. 8 was admitted.)

6           MS. THELWELL:  Permission to publish.

7           THE COURT:  You may publish it.

8    BY MS. THELWELL:

9    Q    Okay.  So this is a split screen.  Let's take a look at

10   the left-hand column first.  What information are we observing

11   here?

12   A    Once again, we're observing the three levels of

13   membership that are available, also the Bitcoin address that

14   was provided to me for payment, and then at the bottom there,

15   the website provides several locations where a user could

16   obtain Bitcoin.

17   Q    And that red box that's in the middle under the Bitcoin

18   address, what does that indicate to you?

19   A    It indicates that I have paid nothing so far, so that's

20   why it's showing zero Bitcoin.

21   Q    Four of the possible locations that a user can obtain

22   Bitcoin that the website alerts the user to, is Coinbase one

23   of them?

24   A    That is correct.

25   Q    Where is that information located?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

```
 1   A    It's on the list there hyperlinked in blue.  I believe
 2   it's fourth from the bottom.
 3   Q    All right.  So the left side of the screen capture, what
 4   is it showing as here?
 5   A    Which one, right side?
 6   Q    I'm sorry, right side.  Thank you.
 7   A    The right side is my Bitcoin wallet that I opened up to
 8   complete the purchase.
 9   Q    What is Electrum?
10   A    Electrum is a Bitcoin wallet which is software that holds
11   Bitcoin and allows a user to send and receive Bitcoin.
12   Q    Is it similar to Coinbase?
13   A    Yes, similar in that it allows the user again to receive,
14   send, and hold Bitcoin.  Coinbase wallet does the same thing.
15   Q    Okay.  So here, what can you tell us what each of these
16   fields represents?
17   A    Yes.  The first, the "pay to" field is where you would
18   enter the Bitcoin address where you're going to be sending the
19   Bitcoin.  The description field is user edited so you can put
20   whatever you want into that.  That would be similar to maybe
21   on a check where someone would -- it would be like a memo
22   line.  Then another field for the amount is the amount of
23   Bitcoin that you intend to send.
24   Q    If you could locate Government's Exhibit 9 in your book.
25   A    Okay.
```

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    Q     Do you recognize it?

2    A     I do.

3    Q     What is it?

4    A     A screenshot following up on the one we just reviewed as

5    I continued through the payment process.

6    Q     Okay.  So did you screen capture every step of your

7    payment process?

8    A     I did.

9    Q     And does Government's Exhibit 8 fairly and accurately

10   depict the next step of that process?

11   A     For 9?

12   Q     I'm sorry, 9.

13   A     Yes.

14         MS. THELWELL:  Thank you.  At this time United States

15   seeks to admit Government's Exhibit 9 into evidence.

16         THE COURT:  Is there any objection?

17         MR. FITZGERALD:  No objection, Your Honor.

18         THE COURT:  Government's Exhibit 9 is admitted.  You

19   may publish.

20   (Government's Exhibit No. 9 was admitted.)

21         MS. THELWELL:  Thank you.

22   BY MS. THELWELL:

23   Q     Before we discuss Government's Exhibit 9, if you could

24   take a look in your book at Government's Exhibit 10.  Do you

25   recognize Government's Exhibit 10.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1  A    I do.

2  Q    What is that?

3  A    It is an additional screenshot continuing to document the

4  purchase process.

5  Q    And does Government's Exhibit 10 fairly and accurately

6  depict what would have been the next step in that process?

7  A    It does.

8        MS. THELWELL:  At this time United States seeks to

9  admit Government's Exhibit 10.

10        THE COURT:  Is there any objection?

11        MR. FITZGERALD:  No objection.

12        THE COURT:  Government's Exhibit 10 is admitted.  You

13  may publish.

14  (Government's Exhibit No. 9 was admitted.)

15        MS. THELWELL:  Thank you.

16  BY MS. THELWELL:

17  Q    If we could take a look in your book at Government's

18  Exhibit 11.

19  A    Okay.

20  Q    Do you recognize Government's Exhibit 11?

21  A    I do.

22  Q    And what is it?

23  A    Again, a continuation of the payment process on the

24  website.

25  Q    Does it fairly and accurately depict the next step of

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   that process?

2   A    It does.

3              MS. THELWELL:  United States seeks to admit

4   Government's Exhibit 11.

5              THE COURT:  Is there any objection?

6              MR. FITZGERALD:  No objection, Your Honor.

7              THE COURT:  Government's Exhibit 11 is admitted.  You

8   may publish.

9   (Government's Exhibit No. 11 was admitted.)

10             MS. THELWELL:  Thank you.

11  BY MS. THELWELL:

12  Q    In your book, Government's Exhibit 12, do you recognize

13  it?

14  A    I do.

15  Q    What is it?

16  A    Continuation of the payment process for the membership.

17  Q    And how do you recognize it?

18  A    It's a screenshot that I took.

19  Q    Does it fairly and accurately depict that next step of

20  that payment process?

21  A    It does.

22             MS. THELWELL:  At this time, United States seeks to

23  admit Government's Exhibit 12.

24             THE COURT:  Is there any objection?

25             MR. FITZGERALD:  No objection, Your Honor.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1            THE COURT:  Government's Exhibit 12 is admitted.  You

2    may publish.

3     (Government's Exhibit No. 12 was admitted.)

4    BY MS. THELWELL:

5    Q    Can you take a look at Government's Exhibit 13 in your

6    book?

7    A    Okay.

8    Q    Do you recognize it?

9    A    I do.

10   Q    What is it?

11   A    Screenshot, again, of a payment process on the website.

12   Q    Does it fairly and accurately -- well, how do you

13   recognize that?

14   A    Screenshot that I took.

15   Q    Does it fairly and accurately depict that next step in

16   the process?

17   A    It does.

18            MS. THELWELL:  At this time, the United States seeks

19   to admit Government's Exhibit 13.

20            THE COURT:  Is there any objection?

21            MR. FITZGERALD:  No objection, Your Honor.

22            THE COURT:  Government's Exhibit 13 is admitted.  You

23   may publish.

24    (Government's Exhibit No. 13 was admitted.)

25            MS. THELWELL:  Thank you.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    BY MS. THELWELL:

2    Q    If we could see Government's Exhibit 10, please.  All

3    right.  Government's Exhibit 9.  I apologize.

4         If we could look at the right side of the page for the

5    payment details.

6         Make that bigger please.  Thank you.

7         All right.  So here you mentioned before that in the "pay

8    to" line, that's where you would have entered the address that

9    the payment is going to; is that correct?

10   A    That is correct.

11   Q    So what is the address listed here if you could just list

12   out the first couple of letters and numbers?

13   A    Sure.  1-P-H-U-E.

14   Q    All right.  What -- where did you get that address from?

15   A    From the website that was provided to me for payment.

16   Q    So is this the same Bitcoin address that is associated

17   with your papabear11 account?

18   A    That is correct.

19   Q    All right.  The Bitcoin addresses, are they case

20   sensitive, so meaning like capital letters versus lower case?

21   Are they case-type sensitive?

22   A    Correct.

23   Q    Below in the description box, what information did you

24   provide?

25   A    I entered VIP six month.

1    Q     What was the purpose of entering that there?

2    A     Just to confirm that was the membership level that I was

3    paying for.

4    Q     In the amount section, what information is provided

5    there?

6    A     In the field where -- for BTC, which is Bitcoin, I

7    entered the .03 Bitcoin for that membership level, and on the

8    right side it shows the dollar equivalent, U.S. dollar

9    equivalent of at that time of 125.23.

10   Q     And that is how much it cost for the six-month membership

11   at the time that you made this screen capture?

12   A     That is correct.

13   Q     Okay.  If we could see Government's Exhibit 10.  What was

14   being shown on the right side in that box, the pop-up box?

15   A     On the pop-up box is giving me the option to confirm to

16   go through with the payment which I clicked yes.

17   Q     Okay.  If I could see Government's Exhibit 11.  What's

18   also in that pop-up box on Government's Exhibit 11 on the

19   right-hand side?

20   A     The pop-up box confirmed that the payment was sent and it

21   provided a transaction ID number which is that long string of

22   alphanumeric characters.

23   Q     And are transaction IDs unique to each transaction?

24   A     They are.  They are the way that you can identify any

25   particular transaction.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    Q    Would you say that they're similar to like a confirmation

2    email that you may receive?

3    A    Correct.

4    Q    If we could see Government's Exhibit 12.  What are we

5    observing now on your main membership page here?

6    A    On this page you can see the changes from the prior to

7    payment where the VIP membership is highlighted in blue.  And

8    also the box where before it's read with a 0 Bitcoin now has

9    changed to blue box that says, "click here to pay," which I

10   did.  I clicked that button.

11   Q    If I could see Government's Exhibit 13.  What are we

12   looking at here?

13   A    Now we're seeing the main index page again, but the

14   difference with the user name is highlighted in purple with a

15   crown in front of it, and then under VIP status, it's now

16   showing a date that's approximately six months later which

17   indicates the six-month VIP membership expiration date.

18   Q    Okay.  So the March 28 of 2018 would be the time that

19   your VIP status would expire; is that correct?

20   A    That is correct.

21   Q    In the top left of this box, there's an icon that appears

22   to be a green onion.  Have you seen that before?

23   A    Yeah.

24   Q    What does that generally indicate to you?

25   A    That is a symbol for the Tor browsers.  It's a picture of

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    an onion.

2    Q    Did you create any other undercover accounts throughout

3    the course of the investigation?

4    A    I did.

5    Q    Why did you create additional accounts?

6    A    I created additional accounts to allow additional

7    opportunities for the IRS agents that were on the

8    investigation to trace those Bitcoin payments.

9    Q    And at that point, had the IRS to your knowledge, if you

10   know, made an identification of the person who was running

11   this website?

12   A    They did.

13   Q    Where was that person believed to be located?

14   A    In South Korea.

15   Q    And so when you were asked to create the additional

16   account, what specifically was the purpose of that?

17   A    To confirm that payments were still going to accounts

18   controlled by the administrator in South Korea.

19   Q    When did you create those additional accounts,   or --

20   yeah, the additional accounts?

21   A    February 23rd I believe.

22   Q    Of what year?

23   A    2018.

24   Q    Okay.  And so when you say that there was a confirmed,

25   that the payments were still going to the administrator's

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    account, how would that -- how would they make that

2    confirmation?

3    A    By just conducting the analysis of those payments and

4    tracing them through most likely a Bitcoin exchange to confirm

5    that it's going to accounts controlled by the administrator.

6    Q    To your knowledge, is that the same general analysis that

7    was conducted to determine who the users of the account were

8    or the users of the website were?

9    A    Correct.

10   Q    If you could locate in your book Government's Exhibit 14.

11   Do you recognize Government's Exhibit 14?

12   A    I do.

13   Q    What is it?

14   A    It is a screenshot of a website that I took.

15   Q    How do you recognize it?

16   A    Screenshot that I took.

17   Q    And does it fairly and accurately depict the website at

18   that time that you took the photo?

19   A    It does.

20        MS. THELWELL:  The United States seeks to admit

21   Government's Exhibit 14.

22        THE COURT:  Is there any objection?

23        MR. FITZGERALD:  Cumulative, Your Honor.

24        THE COURT:  I'm sorry?

25        MR. FITZGERALD:  Cumulative.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1          THE COURT:  Response.

2          MS. THELWELL:  Your Honor, should we do the headsets

3     or?

4          THE COURT:  No.  You may speak.

5          MS. THELWELL:  Agent Franklin has testified that he

6     created the additional accounts in order to verify the tracing

7     mechanism that was used in this case to identify the users, so

8     I'd like to admit the evidence to substantiate his testimony.

9          THE COURT:  The objection is overruled.

10         MS. THELWELL:  Permission to publish.

11         THE COURT:  You may publish.

12         MS. THELWELL:  Your Honor, just for the record, I

13    wasn't sure if I heard the Court say that 14 had been

14    admitted.

15         THE COURT:  I'm sorry.  If I didn't, 14 has been

16    admitted.  You may publish.

17    (Government's Exhibit No. 14 was admitted.)

18    BY MS. THELWELL:

19    Q    So what are we looking at here in Government 14?

20    A    This is the main page for one of the two additional

21    accounts that I created prior to payment.  It's showing the

22    "does not have VIP status."

23    Q    What was the user name that you created here?

24    A    It was Hans1Solo.

25    Q    If you could look in your book at Government's Exhibit

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   15.  What is located there?

2   A    It is the payment page which shows the unique Bitcoin

3   address that was provided for the Hans1Solo account to pay for

4   membership.

5   Q    How do you recognize this particular exhibit?

6   A    This is a screenshot that I took at that time.

7   Q    Does it fairly and accurately depict the Hans1Solo

8   account at that time?

9   A    It does.

10        MS. THELWELL:  United States seeks to admit

11  Government's Exhibit 15.

12        THE COURT:  Is there any objection?

13        MR. FITZGERALD:  No, Your Honor.

14        THE COURT:  Government's Exhibit 15 is admitted.  You

15  may publish.

16  (Government's Exhibit No. 15 was admitted.)

17  BY MS. THELWELL:

18  Q    If we could look at Government's Exhibit 15.  If we could

19  look specifically at the BTC box that contains the Bitcoin

20  address.  What are we looking at here?

21  A    This shows instructions to send Bitcoin to Hans1Solo

22  address and then it displays the Bitcoin address that was

23  provided by the website for that account.

24  Q    Now, with this being the second undercover account that

25  you created on the website, what does it confirm to you about

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    the nature of the Bitcoin addresses?

2    A     That the website assigns a new unique Bitcoin payment

3    address to each account.

4    Q     If you could take --

5              THE COURT:  Ms. Thelwell, before we get to the next

6    exhibit, let's take our morning break.  It's been about two

7    hours, and I'd like to go ahead and give the jury a break.  So

8    it is 11:31.  Members of the jury, we'll be in recess for 15

9    minutes.

10   (Jury out at 11:31 a.m.)

11             THE COURT:  Ms. Thelwell, with regard to the

12   remaining exhibits, I think you were going up through 24.  Is

13   your intent to do -- you all may be seated.  Is your intent to

14   do what you have done thus far with the others?

15             MS. THELWELL:  I was going to approach Mr. Fitzgerald

16   on the break to see if we can come to some agreement.

17             THE COURT:  Please.  I would appreciate that.  And I

18   required you to do it separately to allow Mr. Fitzgerald an

19   opportunity to make specific objections, but it seems like

20   there's some of them that are not objected to, and so if you

21   all can look at them and agree on that, then it won't be quite

22   as time consuming.

23             We are in recess.  You all should be back in about 10

24   or 12 minutes.  And, Mr. Franklin, you have may also step down

25   during this break.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1  (Recess had at 11:33 a.m.)

2  (Proceedings resumed outside jury's presence.)

3       THE COURT:  Are we ready to resume?  Make sure you

4  speak into the microphone, Ms. Thelwell.  You are particularly

5  soft spoken and so we need to make sure that the jurors can

6  hear you.

7       MS. THELWELL:  Yes, Your Honor.  Mr. Fitzgerald, he

8  doesn't think I am so soft spoken.  I don't think I'm soft

9  spoken but I will do better.

10      THE COURT:  She heard you, but she was having some

11 difficulty straining, if you will, to hear you.

12      MS. THELWELL:  Yes, Your Honor.

13      THE COURT:  You may bring the Jury in.

14 (Jury in at 11:55 a.m.)

15      THE COURT:  Ms. Thelwell, you may resume your

16 examination.

17      MS. THELWELL:  Yes, Your Honor.

18 BY MS. THELWELL:

19 Q    All right.  Agent Franklin, before the break we were

20 looking at Government's Exhibit 16.  Can you locate that in

21 your book?

22 A    Yes.

23 Q    Can you also locate Government's Exhibits 17, 18 and 19?

24 A    Okay.

25 Q    Do you recognize Government's 16 through 19?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    A    I do.

2    Q    What are they?

3    A    Screen shots on The Website that I took.

4    Q    And what do these particular screen shots depict?

5    A    They show the continuation of the payment process for the

6    second undercover account.

7    Q    The Hans1Solo account?

8    A    The Hans1Solo, correct.

9    Q    And do Government's Exhibits 16 through 19 fairly and

10   accurately depict the payment process for the second

11   undercover account?

12   A    They do.

13           MS. THELWELL:  At this time, the United States seeks

14   to admit Government's Exhibits 16 through 19.

15           THE COURT:  Is there any objection?

16           MR. FITZGERALD:  Cumulative, Your Honor.

17           THE COURT:  I didn't hear you.

18           MR. FITZGERALD:  I'm sorry.  Cumulative.

19           THE COURT:  Okay.  Response.

20           MS. THELWELL:  Your Honor, it would be the same

21   responses provided to the Court before.  Agent Franklin has

22   testified that he created this second account in order to

23   verify the tracing analysis of the purchases in order to help

24   investigators ultimately determine the users of The Website.

25           THE COURT:  The objection is overruled.  You may

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

```
 1   publish.  They are admitted.
 2            MS. THELWELL:  Thank you, Your Honor.
 3   (Government's Exhibit Nos. 17 through 19 were admitted.)
 4   BY MS. THELWELL:
 5   Q    Looking at Government's Exhibit 16, what are we observing
 6   here?
 7   A    This is a screenshot of the Bitcoin wallet showing the
 8   payment address into the pay to field of the Bitcoin address
 9   supplied by the website, and then in the description field I
10   entered Hans1Solo and then in the amount field, I entered the
11   .03 Bitcoin.
12   Q    Do you recall on or about what day you made this
13   purchase?
14   A    I believe it was February 23rd, 2018.
15   Q    All right.  If we could go back to that payment field
16   box.  On or about that time, how much did it cost to in order
17   to obtain the VIP status?
18   A    The amount in Bitcoin .03.
19   Q    Right.  So how much was that in U. S. dollars?
20   A    303.60.
21   Q    And is that more than it cost you the first time?
22   A    That is correct.
23   Q    Why is that?
24   A    That is the based -- or because of the fluctuations with
25   Bitcoin in general, it's pretty volatile, so the valuation
```

1    fluctuates dramatically from day-to-day.

2    Q    If we could look at Government's Exhibit 17, what is

3    depicted here?

4    A    This shows the pop-up screen again just confirming that I

5    wanted to go through with the purchase for which I selected

6    yes.

7    Q    Government's Exhibit 18.

8    A    That's a screenshot with a pop-up confirming payment was

9    sent and it also provides the transaction ID number.

10   Q    Government's Exhibit 19, what is depicted here?

11   A    The screenshot showing the change in status, the VIP

12   status with the member name Hans1Solo highlighted now in

13   purple and the date approximately 6 months later, VIP status

14   showing the date of expiration of that account.

15   Q    Which was when?  The expiration date was when?

16   A    That was August 23rd, 2018.

17   Q    All right.  In your book if you could locate Government's

18   Exhibit 20.

19   A    Okay.

20   Q    What is Government's Exhibit 20?

21   A    It is the screenshot of the second or, correction, the

22   third undercover profile I created.

23   Q    How do you recognize it?

24   A    Screenshot that I took of The Website.

25   Q    Does it fairly and accurately depict the creation of that

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1  third account at the time that you created it?

2  A    It does.

3           MS. THELWELL:  At this time the United States seeks

4  to admit Government's Exhibit 20?

5           THE COURT:  Is there any objection?

6           MR. FITZGERALD:  No, Your Honor.

7           THE COURT:  Government's Exhibit 20 admitted.  You

8  may publish it.

9  (Government's Exhibit No. 20 was admitted.)

10 BY MS. THELWELL:

11 Q    What was the name of this third account that you created

12 on the website?

13 A    Darth2Vader?

14 Q    What was your status at that time?

15 A    This was a free membership.  It was not VIP.

16 Q    You said it was a free membership?

17 A    Yes, it was unpaid at this time.

18 Q    At some point did you pay to make -- did you pay for a

19 membership with this account?

20 A    I did.  I paid for the VIP membership.

21 Q    If you could locate in your book Government's Exhibits 21

22 through 24.  Do you recognize them?

23 A    I do.

24 Q    What are they?

25 A    They are screenshots detailing the continuation of the

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    payment process for the Darth2Vader account.

2    Q    And do each of the Government's Exhibits 21 through 24

3    fairly and accurately depict the payment process for the

4    Darth2Vader account?

5    A    They do.

6         MS. THELWELL:  At this time, the United States seeks

7    to admit Government's Exhibits 21 through 24.

8         THE COURT:  Is there an objection?

9         MR. FITZGERALD:  No objection, Your Honor.

10        THE COURT:  Government's Exhibit 21 through 24 are

11   admitted.  You may publish.

12   (Government's Exhibit Nos. 21 through 24 were admitted.)

13   BY MS. THELWELL:

14   Q    If we could look at Government's Exhibit 21.  What did

15   you observe in Government's Exhibit 21 after you created an

16   account or paid for an account?

17   A    This screenshot shows the unique Bitcoin payment address

18   for the Darth2Vader account.

19   Q    And this Bitcoin address beginning in the letter or the

20   numbers 1-F-7-J-9.  Was that Bitcoin address similar to any of

21   the other ones that you had already received with your other

22   account?

23   A    No.

24   Q    If we could look at Government's Exhibit 22, what are we

25   observing here?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    A    This is a screenshot that depicts the entry of that

2    Bitcoin address into the pay to field along with the

3    Darth2Vader that I included in the description field and then

4    the payments of the .03 Bitcoin which came out to $303.60.

5    Q    And what's in that bottom right pop-up box?

6    A    The pop-up box is a confirmation for wanting to proceed

7    with the payment, which I selected yes.

8    Q    Exhibit 23, please.

9    A    This screenshot is the confirmation that the payment was

10   sent and the corresponding transaction ID number.

11   Q    And Exhibit No. 24, please?

12   A    This is the main page for that account for Darth2Vader

13   showing that the user name now is highlighted in purple and

14   the expiration date for VIP status approximately six months

15   later.

16   Q    Okay.  Thank you.  Before the break, you had testified

17   that you were asked to create these additional accounts so

18   that the other agents could verify who they thought was the

19   administrator of the website.  Do you know whether or not they

20   ultimately determined who the administrator of the website

21   was?

22   A    Yes, they did.

23   Q    Where was that person located?

24   A    In South Korea.

25   Q    Where -- do you know where the server, essentially the

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1  computer that houses all the data for the website, do you know
2  where that was stored?
3  A    Also in South Korea.
4  Q    At any point did law enforcement travel to South Korea?
5  A    That's correct.
6  Q    Do you know who traveled to South Korea?
7  A    Yes.  From my agency Special Agent Tom Tamsi and Special
8  Agent Edward Schwaigert.
9  Q    So did you yourself travel to South Korea?
10 A    I did not.
11 Q    What was the purpose of Special Agents Tom Tamsi and
12 Edward Schwaigert traveling to South Korea?
13 A    The primary goal was to participate in the arrest of the
14 administrator and the seizure of the server.
15 Q    Do you recall in or around what month and year that would
16 have happened?
17 A    I believe it was March of 2019, but I'm not 100 percent
18 sure.
19 Q    So they traveled to South Korea.  At any point, are you
20 aware of whether or not the server was actually seized?
21        MR. FITZGERALD:  Objection, Your Honor.
22        THE COURT:  Legal basis?
23        MR. FITZGERALD:  Hearsay.
24        THE COURT:  Response.
25        MS. THELWELL:  That's fine, Your Honor.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1          THE COURT:  Next question.

2          MS. THELWELL:  I'll withdraw the question.  Thank

3     you.

4     BY MS. THELWELL:

5     Q     At some point, were you provided with any computer data

6     that was provided from The Website server?

7     A     I was.

8     Q     How did that come into your possession?

9     A     I was provided with hard drives from Agent Schwaigert and

10    instructions to forward them to the National Center for

11    Missing and Exploited Children, also known as NCMEC.

12    Q     What is NCMEC, or National Center for Missing and

13    Exploited Children?

14    A     They are a national nonprofit organization that works

15    with law enforcement and community groups to provide training

16    and resources for child exploitation and missing children

17    cases.

18    Q     What information did you provide to NCMEC?

19    A     I provided them with five hard drives containing over

20    100,000 videos for analysis.

21    Q     The hard drives that you have provided to NCMEC, were

22    those the original hard drives that were seized from South

23    Korea?

24          MR. FITZGERALD:  Objection, 602.

25          THE COURT:  Response.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1          MS. THELWELL:  Your Honor, he would know whether or

2     not the hard drives that he possessed were sent to NCMEC were

3     the same ones that had been retrieved from the administrator's

4     residence.

5          THE COURT:  Overruled.

6     BY MS. THELWELL:

7     Q    Were the hard drives that you sent to NCMEC the same hard

8     drives that had been seized from the administrator's residence

9     in South Korea?

10    A    Excuse me.  It's my understanding the hard drives that I

11    received were copies of the videos seized from that server.

12    Q    So what -- do you know what NCMEC does with videos that

13    you submit?

14    A    Sure.  So NCMEC also acts at the National Depository of

15    Child Exploitation images and videos and one of the services

16    they provide to law enforcement is an analysis of videos to

17    determine if they've been seen in other law enforcement

18    investigations, if a victim had been identified through that

19    video and also to create new series of videos if it is

20    determined that newly-found images haven't been seen before by

21    law enforcement.

22    Q    After submitting the videos to NCMEC, did you have any

23    other substantial part in this investigation?

24    A    No.

25         MS. THELWELL:  No further questions at this time,

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF DARRELL FRANKLIN

1    Your Honor.

2             THE COURT:  Okay.

3             Mr. Fitzgerald, cross-examination.

4             MR. FITZGERALD:  Thank you, Your Honor.

5                    **CROSS-EXAMINATION**

6    BY MR. FITZGERALD:

7    Q    Good afternoon, Special Agent Franklin.

8    A    Good afternoon.

9    Q    I have some questions.  The documents you went through

10   indicate that you had a Eureka account?

11   A    I didn't hear you, sir.

12   Q    I'm sorry.  The documents you went through in your direct

13   examination indicated you had an Eureka wallet?

14   A    Oh, no, Electrum.

15   Q    I'm sorry?

16   A    Electrum.

17   Q    Electrum.  Correct?  Is that where you housed your

18   Bitcoin?

19   A    Correct.

20   Q    Where did you get the Bitcoin?

21   A    The Bitcoin was provided from our office, the HSI office

22   to be used in undercover operations.

23   Q    Was there a general wallet which your office had to use

24   for undercover operations?

25   A    Yes.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF DARRELL FRANKLIN

1   Q    And so other agents used the same wallet for their

2   investigations?

3   A    Yes.

4   Q    So when you went on the Welcome to Video website, you

5   created names as your user names; correct?

6   A    Correct.

7   Q    It's papabear11, Hans1Solo, Darth2Vader; correct?

8   A    Correct.

9   Q    Welcome to Video did not do any procedures to identify

10  you as papabear11, Hans1Solo or Darth2Vader; correct?

11  A    Correct.

12  Q    And you used funds from a Bitcoin wallet that other

13  people had access to; correct?

14  A    Correct.

15  Q    So when you said that the transaction from the user of

16  Welcome to Video makes a transaction, it can be traced back to

17  the Bitcoin account and traced ultimately to the user on the

18  Welcome to Video site.  That's not true in your occasion;

19  correct?

20  A    Say it again.  I didn't understand it.

21  Q    You can't trace it back to you personally, that

22  transaction, because multiple people have access to the

23  wallet?  The tracing goes back to the wallet is my question,

24  not to the user; correct?

25  A    Tracing can go either way.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF DARRELL FRANKLIN

1    Q    But tracing gets papabear11 on one end?

2    A    Uh-huh.

3    Q    On the other end, though, it only goes to the Bitcoin

4    wallet, in your case, the Eureka wallet?

5    A    Electrum.

6    Q    Electrum wallet.  Multiple agents are using that;

7    correct?

8    A    Correct.

9    Q    So the transaction will go to that wallet but it won't go

10   to which agent used that wallet on that day to make that

11   purchase as papabear11; correct?

12   A    I guess I'm not understanding your question.  Are you

13   asking if someone can identify the agent?

14   Q    If we wanted to, not through whether -- you're obviously

15   going to have reports and all that.  But from your

16   investigation, if somebody else in your office had access to

17   the Bitcoin wallet that you used --

18   A    Uh-huh.

19   Q    -- it only traces it back to the Bitcoin wallet when you

20   unwind the numbers as you're testifying you could do, it only

21   goes back to the wallet, not to the individual agent that did

22   that particular transaction; correct?

23   A    It all depends on the type of wallet that is used.  Some

24   wallets require users to provide, know your information, know

25   your customer information, which would be, you know, name,

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF DARRELL FRANKLIN

1    date of birth, driver's license.  Some wallets do not require

2    that information.  So they would all be -- it would all be

3    determined by the type of wallet that that individual is

4    using.

5    Q    How do you get into the wallet?

6    A    You would -- depending on the wallet, you would go to an

7    app. store and download it.

8    Q    And how did you personally log into the wallet to use it,

9    to spend money, to spend Bitcoin?

10   A    Again, depending on the wallet, some wallets don't

11   require any log-in and/or passwords to identify the user all

12   the way up to some require user name, passwords.  And also to

13   make transactions through that wallet it requires you to

14   identify or provide identifying information.

15   Q    In the three transactions you just testified to this

16   morning, how -- were you required to log into the wallet?

17   A    Other than I believe that one required, and it's because

18   I set it up that way with a fingerprint.  That was the way I

19   was able to log into my particular wallet.

20   Q    And so the Federal Government set it up that you had to

21   fingerprint in to use the Bitcoin?

22   A    That's the way I set it up, correct.

23   Q    I'm sorry?

24   A    That's the way I set it up, correct.

25   Q    So you personally set it up.  Did the other agents set it

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF DARRELL FRANKLIN

1   up similarly?

2   A    It depends on the agent and how they're working their

3   investigation, but I'm not in control of who else or how they

4   work their investigations.

5        MR. FITZGERALD:  I have nothing else.  Thank you.

6        THE COURT:  Thank you, Ms. Thelwell.  Is there any

7   redirect?

8        MS. THELWELL:  No, Your Honor.  Thank you.

9        THE COURT:  All right.  Great.  And thank you, Agent

10  Franklin.  You are excused.

11       Members of the Jury, let's go ahead and take our

12  lunch break.  I've been advised that your lunch is here and we

13  will break since we have concluded with a witness and resume

14  right after lunch.  We're in recess.

15  (Jury out at 12:16 p.m.)

16       THE COURT:  All right.  Ms. Thelwell, I neglected to

17  do this yesterday because I think we were all worn out by the

18  time we finished here at 6:00 o'clock or later last night, but

19  would you identify the other witnesses whose testimony you

20  intend to present today?

21       MS. THELWELL:  Yes, Your Honor.  Next would be

22  Special Agent Edward Schwaigert followed by Special Agent

23  Thomas Tamsi followed by Mr. James Daniels who's the expert

24  present in the gallery, Your Honor, behind me.

25       THE COURT:  Okay.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF DARRELL FRANKLIN

1          MS. THELWELL:  I believe we will probably only get to

2    them today.

3          THE COURT:  It sounds like that will take us through

4    the rest of the day.

5          Are there any matters that the Court needs to take up

6    at this time?

7          MS. THELWELL:  No, Your Honor.

8          MR. FITZGERALD:  I have one briefly, Your Honor.  My

9    understanding was the witnesses were not going to be masked

10   and then it seemed like he got his preference.  Are witnesses

11   going to be allowed to testify with masks?

12         THE COURT:  Why don't you make any argument if you

13   have objection to that.  Typically I'm not going to direct

14   them to do that unless you have a concern regarding it, and I

15   didn't really state that appropriately.  Let me just say, I am

16   going to advise them as I did with this witness that they may

17   remove their mask while testifying.  If there's a witness who

18   has a strong objection to doing that because of the concerns

19   regarding the coronavirus, then I'll hear from that person.

20   What is your concern regarding it, Mr. Fitzgerald?

21         MR. FITZGERALD:  Two part, Your Honor.  One is the

22   ability to cross-examine witnesses when, one, their face is

23   covered, and, number two, the jury has a right under the Fifth

24   Amendment to weigh the witness' credibility as part of their

25   process.  There's two different court opinions I found, one

CROSS-EXAMINATION OF DARRELL FRANKLIN

1  out of New Mexico and one, I can't remember, but I think it's
2  in the Eleventh Circuit, they go both ways citing Fifth
3  Amendment and Sixth Amendment rights to cross and saying you
4  can't wear masks, the others are saying because of the
5  pandemic you could allow people to wear it.
6       THE COURT:  You faded out a little bit there.  So why
7  don't you go to the lectern so you can speak into the
8  microphone.  So what did the opinion say?  What did the
9  Eleventh Circuit's opinion say?
10      MR. FITZGERALD:  It isn't the Eleventh Circuit.  It's
11  a district court in the Eleventh Circuit, Your Honor.  And I
12  forget which, however, that opinion said that because of the
13  pandemic extraordinary measures are necessary, you know.  Kind
14  of it's not the ideal situation but you can cross-examine --
15  you can still cross-examine the witness.  The opinion out of
16  New Mexico said it violated the Defendant's Sixth Amendment
17  right to cross-examine witnesses, and it violated the jury's
18  Fifth Amendment right to fairly -- or the defendant's Fifth
19  Amendment right to a fair trial because a jury couldn't fairly
20  assess the credibility of witnesses.
21      THE COURT:  Okay.  Well, I don't know that I agree
22  with that.  I think that basically what we're interested in is
23  they still have the opportunity to observe the witness and
24  listen to their voices as they're testifying and they're
25  looking directly at them.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF DARRELL FRANKLIN

1      Given the coronavirus, I think that we are, you know,

2  taking some measures that at least in my lifetime and all of

3  our lifetimes we've never experienced before.  Hopefully we

4  don't have to address that issue, because I will allow all of

5  the witnesses to remove their mask for purposes of

6  examination, particularly if they're going to be on the stand

7  for quite a while.

8      But I don't -- I don't believe that the fact that

9  they have on a mask impinges the jury's -- any rights that the

10  jury may have.  I think they can still weigh their credibility

11  and make decisions based upon the testimony of the witnesses

12  from the witness stand.

13      And I agree, that, you know, the mask covers the nose

14  and the mouth and the lower half of the face, but the eyes

15  certainly aren't covered, and so I have some concerns

16  regarding that, but as I did with Mr. -- with Agent Franklin,

17  I will direct all of them that they can remove their mask

18  unless they have some concern with regard to that and the

19  coronavirus.

20      MR. FITZGERALD:  Yes, Your Honor.

21      THE COURT:  If it becomes an issue, we'll take it up

22  again.  Hopefully, it won't be an issue.

23      MR. FITZGERALD:  Thank you, Your Honor.

24      THE COURT:  Anything else?

25      MS. THELWELL:  No, Your Honor.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1          THE COURT:  All right.  Then we are in recess until
2    1:20.
3    (Lunch recess had from 12:15 to 1:20 p.m.)
4    (Proceedings resumed outside juror's presence.)
5          THE COURT:  All right.  Counsel, are we ready to
6    resume?
7          MS. THELWELL:  Yes, Your Honor.
8          MR. FITZGERALD:  Yes, Your Honor.
9          THE COURT:  Then you may bring the Jury in.
10   (Jury in at 1:28 p.m.)
11         THE COURT:  Okay.  The Government may call its next
12   witness.
13         MS. THELWELL:  The United States calls Special Agent
14   Edward Schwaigert.
15         COURTROOM DEPUTY CLERK:  Sir, please raise your right
16   hand.
17   (Witness sworn.)
18         COURTROOM DEPUTY CLERK:  Please state your name for
19   the record and spell your last name for the record.
20         THE WITNESS:  Ed Schwaigert, Schwaigert.
21         THE COURT:  Thank you.  Be seated.  Good afternoon.
22         THE WITNESS:  Good afternoon.
23         THE COURT:  You may remove your mask while you're
24   testifying if you're comfortable with doing so.  As you'll
25   see, we have some Plexiglas dividers we've put in place there,

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    and you may be testifying for a while.  You also have a bottle

2    of water there that you may use if you choose to do so.

3              THE WITNESS:  Thank you, Your Honor.

4                        EDWARD SCHWAIGERT,

5    having been first duly sworn under oath, was examined and

6    testified as follows:

7                        DIRECT EXAMINATION

8    BY MS. THELWELL:

9    Q    All right.  Mr. Schwaigert, can you tell us where you

10   work?

11   A    Yes.  I am a special agent with Homeland Security

12   Investigations in Denver, Colorado.

13   Q    How long have you served as a special agent?

14   A    I've been a special agent since 2002.

15   Q    And what do your duties entail?

16   A    My current capacity as a special agent and for the last

17   15 years I've been working as a special agent doing computer

18   forensic analysis.

19   Q    And so do you also serve as a computer forensic analyst?

20   A    Yes, I do.

21   Q    How long have you been doing that?

22   A    As previously stated for the last 15 years, approximately

23   since 2006.

24   Q    Did you have to obtain any specialized training in order

25   to become a computer forensic analyst?

1    A    I have.  My agency requires that when selected as a

2    computer forensic agent or analyst, you attend a PV cert.

3    which is a pre-basic certified evidence recovery training

4    which is approximately six weeks at the Federal Law

5    Enforcement Academy where you go over best practices of

6    handling imaging and storing digital evidence as well as going

7    over different file systems such as Windows, Vista, Windows

8    XP, Windows 10, and finding artifacts for each of those

9    different things as a forensic investigation would occur.

10   Q    And in the course of your training over the past 15

11   years, have you also obtained any additional certification?

12   A    I have the CompTIA A+ certification is a two-week course

13   where the first week covers basic software for a computer

14   loading operating systems and troubleshooting which requires a

15   test after the first week -- the second week is a basic

16   hardware course where you're troubleshooting hardware of a

17   computer.  I have also had the vehicle --

18   Q    Staying on the CompTIA A+ certification for a moment,

19   approximately how many hours is required of the two-week

20   period?

21   A    Approximately 80 plus.  There's a test for both weeks,

22   one for software, one for hardware.

23   Q    And so do you have to pass the test in order to get your

24   certification at the end?

25   A    You do.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    Q    You started to indicate that you held another

2    certification in the past.  Which one?

3    A    I've held the iVe vehicle certification which is based

4    off of vehicle forensics which is a 40-week course where you

5    have to pass a couple tests at the end to prove your knowledge

6    of the software as well as extracting data from a vehicle.

7    Q    Are you familiar with EnCase?

8    A    I am familiar with EnCase.

9    Q    And have you been certified in the past to deal with

10   EnCase?

11   A    I have in the past been certified as an EnCase certified

12   examiner which is another certification that requires you to

13   pass a test on computer analogy as well as the EnCase program.

14   It also requires you to work through a force imaging problem.

15   You have 90 days to complete the problem basically answering

16   the questions as the EnCase software asks you and then you

17   prove your proficiency through this software and training.

18   Q    And generally, can you just describe for the Jury what is

19   EnCase?

20   A    EnCase is a forensic program that we use to analyze

21   images or copies of a Defendant's computer.  What it allows

22   you to do is the EnCase program loads the file and allows you

23   to look at the person's computer without adding data to that

24   computer, so you can see all the pictures, you can see all the

25   videos.  You can see all the documents that that individual

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1  would have.  You can see how many users are actually on the

2  computer.  It shows you in a format that you can interpret the

3  data.

4  Q    Does EnCase have a process in which you would be able to

5  verify that you have not modified or altered the data in any

6  way?

7  A    It does.  It's called a hashing process.  And what the

8  hashing process does is as you hash a drive, it basically

9  creates an algorithm series of numbers and letters that make

10  up a hash, and what the hash does is when the hash matches the

11  acquisition match, so at the time of the image you acquire the

12  drive, so you're acquiring an acquisition hash at that time.

13  When you load it in the EnCase, this hash value will match the

14  acquisition hash basically meaning that you have loaded and

15  have a true and exact copy of the drive so the hash value is a

16  digital fingerprint of the drive.

17  Q    And when you are talking about an imaging process, what

18  is another word that you would use to describe what you mean

19  when you say imaging?

20  A    You're copying the drive.

21  Q    Over the course of the years, you said about 15 years or

22  so, approximately how many electronic devices would you say

23  that you have extracted data from?

24  A    Over the course of my career, I've extracted data on

25  thousands of devices to include hard drives, DVDs, compact

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    disks, thumb drives, floppy disks, servers.

2    Q    And what about phones?

3    A    Those included.  Phones are included in that extraction.

4    Q    Were you involved in the investigation of the Welcome to

5    Video website?

6    A    I was.

7    Q    How were you involved in that?

8    A    I was contacted by Special Agent Tom Tamsi and he

9    contacted me and said that he needed a computer forensic agent

10   to accompany him over to Korea because they were taking down a

11   server.

12   Q    And what information did you have at that time based upon

13   the -- about the website?

14   A    Based on the website, all I knew is that it was a child

15   pornography website on the Dark Web.  I didn't really know the

16   size at all, so in preparation I started gathering what I

17   needed to to make sure I could store data from the server.

18   Q    Let's talk about that.  What types of forensic equipment

19   did you gather and ultimately take with you to South Korea?

20   A    Well, when I went to South Korea because I didn't know

21   the exact size of the server, I took two network-attached

22   storage devices.  Basically what a network-attached storage

23   device is is it's a place to hold data, so it gave me a lot --

24   this gave me a lot of space to hold the server.

25        In the network-attached storage device were 10 terabyte

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    drives and five 8 terabyte drives.  I had two of them, so I

2    basically could have almost 46 terabytes of storage on the

3    five 10 terabytes and approximately 34 terabytes of storage on

4    the four 8 -- or the five 8 terabyte drives in the NAS.  I

5    also took my computer with my forensic program on it.  I also

6    took my EnCase licensing dongle so that I could access the

7    program.

8    Q    Did you, in fact, travel to South Korea?

9    A    I did travel to South Korea.

10   Q    When was that?

11   A    Approximately March of 2018.

12   Q    And are you aware of when the server was seized?

13   A    The server was seized approximately that same time frame.

14   Q    Where were you at the time of the seizure?

15   A    At the time of the seizure I was located outside the

16   administrator's apartment.

17   Q    Why was that?

18   A    We were located outside the apartment because under

19   Korean law, we could not go into the apartment unless, in this

20   case, administrator granted us permission to go into the

21   residence.

22   Q    You mentioned we.  Apart from yourself, who else was

23   there from the U. S. investigation team?

24   A    We had on the U. S. side, it was myself.  We had a couple

25   people from the IRS.  We had Agent Tamsi.  We had the Korean

1    attache that was also there and then we had other law
2    enforcement from other countries.
3    Q    When you mentioned the IRS, are you talking about the
4    Internal Revenue Service criminal investigations?
5    A    Yes.
6    Q    So IRS CI, is that what they're commonly referred by
7    or --
8    A    I believe so, yes.
9    Q    You mentioned you're outside of the administrator's
10   residence at the time the Korean nationals I guess entered
11   into the residence to seize the server; is that correct?
12   A    That's correct.
13   Q    What, if anything, could you see from your vantage point
14   when the Korean Nationals exited the residence?
15   A    I could -- from my vantage point I could see them exit
16   the residence.
17   Q    Did they appear to have anything in their hand when they
18   exited?
19   A    It appeared that they were carrying something, but I
20   could not see exactly what it was.  It was dark at the time.
21   Q    So after the search warrant was complete at the
22   administrator's residence, what, if anything, did you all do
23   next?
24   A    After the search warrant was complete, we went back to
25   the Korean National Police Association headquarters at which

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    time the Korean National Police brought in a tower to their

2    forensic area.

3    Q    What do you mean by when you say a tower?

4    A    Basically what a tower is is a housing, a box, housing

5    the internal drives of a computer and the mother board.  It's

6    standard when -- for all the computers.  It's just an

7    old-fashioned computer.  It sits on the ground, tower housing.

8    Q    Okay.  So you saw one of those when you got back to the

9    Korean headquarters; is that correct?

10   A    That is correct.

11   Q    What did you do at that point?

12   A    At that point I had my phone and I started taking

13   pictures of the tower so that we had pictures of that and I

14   also took pictures of the four internal drives that were

15   within the tower.

16   Q    And why were you documenting photos of this tower?

17   A    One, for part of our investigation I was documenting the

18   photos, but I also wanted to make sure that we maintained and

19   we had the setup of the tower documenting the photos.

20   Q    At some point throughout the investigation, were you able

21   to confirm what information had been stored on the hard drives

22   in that tower?

23   A    Yes.  After I got back to the United States and I was

24   using my working copy, I was able to confirm what was on that

25   tower.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   Q    Okay.  And we'll get to that in a moment.  You mentioned

2   that you took some photos.  If you look in the book that's on

3   the table right there and flip to Exhibit 25, and you can

4   actually take Exhibit 25 out of the plastic sleeve and look

5   through each page.  All right.  So flip through each page, and

6   when you're done, let me know if you recognize Exhibit 25.

7   A    I do recognize it.  It's the same computer tower that we

8   took from the administrator's presence or the KNPA took from

9   the administrator's residence.

10  Q    How do you recognize those images to be photos of the

11  website or the server that was seized from the administrator's

12  address?

13  A    Those were the pictures that I took personally.

14  Q    And so do they fairly and accurately depict the way that

15  the server looked back on March 5th of 2018?

16  A    They do.

17          MS. THELWELL:  At this time, the United States seeks

18  to admit Government's Exhibit 25.

19          THE COURT:  Is there any objection?

20          MR. FITZGERALD:  We have no objection to the photos,

21  Your Honor.

22          THE COURT:  Government's Exhibit 25 is admitted.

23  (Government's Exhibit No. 25 was admitted.)

24          MS. THELWELL:  Permission to publish.

25          THE COURT:  You may publish.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

```
 1  BY MS. THELWELL:
 2  Q    We are looking at Page 1 of 25?
 3  A    Page 1 of 25 is the overall front of the computer tower
 4  seized from the administrator's residence.
 5  Q    The next page, please.
 6  A    It's the same picture, a little different angle.
 7  Q    Next page?
 8  A    This picture is inside of the computer tower housing.
 9  Q    Page 4?
10  A    Another angle of the view of the inside of the computer.
11  Q    Page 5?
12        THE COURT:  Ms. Thelwell, are the photos showing on
13  your monitors?  It's not on mine either.  So let's find out
14  what has happened here.  You're still connected?
15        MS. THELWELL:  We can see it.  Mr. Fitzgerald can see
16  it.  I can see it.
17        THE COURT:  Members of the Jury, is it on your
18  monitors?  No, it's not on their monitors either.
19        COURTROOM DEPUTY CLERK:  I'm going to call IT and
20  have them come up.
21        THE COURT:  I am calling for a member of our IT
22  department to come up.  He may have done something, removed
23  the video cameras that we used yesterday during jury
24  selection, and my guess is that something occurred in removing
25  that, so I'll get him up here.
```

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1          Are there some questions you can continue with,

2    Ms. Thelwell, while we wait for him to arrive?

3          MS. THELWELL:  Well, I was going to see if the

4    camera -- does the camera -- I was going to see if I can

5    switch to the ELMO.  I don't know.

6          THE COURT:  You can do that for the interim.

7          MS. THELWELL:  Can they see?

8          THE COURT:  Well, I don't know.  Let's see.  Put

9    something up there.  Let's see.  Madam Clerk, the Elmo is not

10   working either.

11         COURTROOM DEPUTY CLERK:  No?

12         THE COURT:  It's on the monitor at the witness stand,

13   so everybody has it except for me and the jurors.  We're the

14   most important people.

15         MS. THELWELL:  I was going just to go --

16         Yes.  I can move on, and we'll come back to the

17   photos when we have an opportunity.

18   BY MS. THELWELL:

19   Q    All right.  So you mentioned that the server contains

20   multiple hard drives.  Approximately how many did it contain?

21   A    The server contained four hard drives.

22   Q    What sizes were they?

23   A    The first one was a 512 gigabyte hard drive.  The second

24   was a 2 terabyte hard drive and there were 28 terabyte hard

25   drives within the server.

1    Q    So what happened after you took photographs of the server

2    and all of the different hard drives found within it?

3    A    After everything was taken, pictures and all that, the

4    Koreans began copying the data to the hard drives that we

5    provided to them.

6    Q    Okay.  And so when you say -- were you present when they

7    started the forensic imaging or the copying process?

8    A    I was.

9    Q    And what did you observe?

10   A    I observed them use a Logicube Talon which is a forensic

11   imaging device.  What that does is you take the

12   administrator's hard drive and you hook it up to the Talon,

13   and what that does is that prevents any data from being

14   written to that drive.

15   Q    I'm going to stop you right there.  Prevents data from

16   being written to the drive.  What do you mean by that?

17   A    It means that you can't write any extra data to it.  You

18   can take a file and copy it back to that drive.  It's

19   protected.  It's write-protected.

20   Q    When you say write, essentially alter the data in some

21   way?  Is that what you mean?

22   A    Yes.  That's what I mean.

23   Q    So the Logicube Talon prevents any data from being

24   manipulated?  Is that what you mean?

25   A    That is correct.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    Q    All right.  So you said you saw the KNPA hook the

2    administrator's website or, excuse me, server up to the

3    Logicube Talon, and then what?

4    A    And then they hook the drive that I provided to them to

5    the other side and then they made a working copy for

6    themselves.

7    Q    So when -- the drive that you provided to the KNPA, were

8    they completely empty at the time you provided it to them?

9    A    They were.

10   Q    They made a forensic image or a copy for you.  And what

11   did you do with that copy?

12   A    When I took our copy, which I'll call the Korean copy, at

13   that point in time I verified that the hash values like I

14   explained earlier, so the acquisition hash value of the drive

15   matches the acquisition and verification hash matched.  Okay?

16   So there was -- that was the exact copy of the drive.  I

17   looked at the imaging sheets.  It matched.  I took my Korean

18   copy and I went to the U.S. Embassy to the attache office

19   where we made copies of that drive for various law enforcement

20   partners as well as a working copy for myself.

21   Q    All right.  So just to make sure that we understand.

22   Korean Nationals took the website server from the

23   administrator's residence.  They made a copy for you, correct,

24   and you're now referencing that as the Korean copy, correct?

25   A    Yes.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   Q    Before you then later made additional copies, you just

2   stated that you did a hash value comparison to make sure that

3   the copy that the Koreans provided you did still, in fact --

4   was an exact copy of what was seized from the administrator;

5   is that correct?

6   A    That is correct.

7   Q    You mentioned that you had an imaging report and that's

8   what you used to do the comparison?

9   A    Yes.

10  Q    Can you explain that?

11  A    What an imaging report is is at the time of the copy,

12  okay, it pulls the drive data, it pulls the type of drive,

13  Samsung, Hitachi, the size of the drive, 2 terabyte, 8

14  terabyte, 512.  It pulls the serial number of the drive and

15  then it creates a segmented copy of the drive, and then it

16  also provides the acquisition MD5 hash and the verification

17  hash at the end of it to show that the drive is verified.

18  Q    And when you say verified, that they match?  Is that what

19  you mean?

20  A    It does.  It will say success or it will say verified.

21  Q    All right.

22  A    Depending on the software.

23  Q    Thank you.  So the copy the Koreans provided you was an

24  exact match; is that correct?

25  A    That is correct.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   Q     Then you took your copy of the -- what did you do next
2   with your copy of the -- with your Korean copy?  We're going
3   to call it the Korean copy.  What did you do with it?
4   A     My Korean copy and I went back to the United States
5   Embassy attache office.
6   Q     While you're still in Korea?
7   A     While we're still in Korea.  And we made copies of the
8   Korean copy, and I also made a working copy for myself, so we
9   had other law enforcement agencies present that needed copies.
10  The United Kingdom was present.  The Germans were present.
11  The Internal Revenue Service needed a copy, so we made copies
12  of the copy.
13        After we had made copies, I archived the Korean copy for
14  evidence, so I put that aside because I made a working copy
15  for myself.
16  Q     So let's stop there.  Can you explain to the Jury what is
17  a working copy?
18  A     A working copy allows me to look at the data.  It allows
19  me to be able to go in and look at the videos, look at the
20  files.  That's the working copy that I work off of.
21        The Korean copy that we had made, I had archived evidence
22  so in case something happened to the working copy I could go
23  back to the evidence and find out what was going on.
24  Q     Okay.  So it's almost -- it's a safety measure, a risk
25  assessment management?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

```
 1   A     Yes.

 2   Q     So at some point you left Korea; right?

 3   A     That's correct.

 4   Q     And traveled back to the United States?

 5   A     Yes.

 6   Q     How did the evidence of this travel from South Korea to

 7   the United States?

 8   A     I had secured it in a Pelican case, so I secured the

 9   working copy and the Korean copy in a Pelican case.  I secured

10   that Pelican case with a box that I was the only one that had

11   keys to, and then I sent the Pelican case through the United

12   States State Department Diplomatic pouch which is a secure

13   mail, and they shipped it from Seoul, Korea to the DC area

14   where I hand picked it up.

15   Q     So you then at some point traveled straight to

16   Washington, D.C. to personally pick up this Pelican case that

17   contained the Korean copy and your working copy?

18   A     I did.  And then I transported it back to Denver.

19   Q     Is that where you're located?

20   A     That is.

21   Q     All right.  So once you got back to Denver, what did you

22   do with the Korean copy?

23   A     The Korean copy I archived in evidence in Denver and I

24   started processing the working copy.

25   Q     What do you mean by processing the working copy?
```

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    A    When I start processing it, I loaded it into EnCase which

2    would let me see the drives as they were and all the data

3    within.  What I did was I created a -- I basically had to do a

4    hash value check, so basically every file on the computer was

5    hashed so it would have a hash value, and then as that was

6    done, we processed it so that we could see what was on the --

7    what was on the server.

8    Q    And in that whole process, did you work with other law

9    enforcement agents assigned to the investigation to extract

10   evidence from the website that was ultimately sent out to the

11   various HSI offices across the country?

12   A    I did.

13   Q    All right.  And did that include providing information to

14   HSI Tampa?

15   A    Yes, that's true.

16   Q    At some point during this investigation -- when I say

17   this investigation, obviously you were involved in the larger

18   international investigation.  At some point, did you get --

19   were you contacted by HSI Tampa to become directly involved in

20   the investigation regarding Jack Dove?

21   A    HSI Tampa requested a copy of the server to be sent down

22   to them for their investigation.

23   Q    And were you the person who made that copy?

24   A    I was.

25   Q    How did you do that?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

```
1  A    I copied my working copy to the drives that I sent down
2  to HSI Tampa.
3  Q    You took your working copy and made another copy.  Is
4  that what you just said?
5  A    I did.
6  Q    And when did you send those, we'll call them the HSI
7  Tampa copies?  When did you send those to Tampa?
8  A    I sent the HSI Tampa copies approximately July of 2019.
9  Q    At some point throughout this investigation regarding
10 Jack Dove, did you learn of any errors in that copying process
11 from the creation of the Tampa copy?
12 A    I did.
13 Q    Tell us about that.
14 A    In review I noticed that the 512 gigabyte drive from my
15 working copy reported sector errors, so what I did was --
16 Q    Let me stop you right there.  When you see that the
17 drive, the 512 gigabyte hard drive is reporting a sector
18 error, first of all, explain to us what is a sector error?
19 A    A sector error means that EnCase, the forensic program
20 that I used, cannot read that sector.  Okay.  So the data on
21 that sector is zeroed out, so basically what it -- with
22 computers, the way data is written you have ones and zeroes
23 that make up letters and numbers.  What it does is it zeroes
24 out those sectors, so it goes 0000000 all the way until the
25 end of the bad sector so you're not seeing that portion of the
```

1   data.

2   Q     Okay.  So once you discovered that there was a sector

3   failure, what did you do?

4   A     I went back to the Korean copy that we had archived as

5   evidence and I took the 512 gigabyte drive out.  I loaded a

6   new case in EnCase.  I loaded the Korean copy in it and I let

7   it verify.  The acquisition and the verification matched,

8   hashes matched as an exact copy.

9         So at that point in time I created an additional Tampa

10  copy of the 512 gigabyte drive that I had verified and I sent

11  it to HSI Tampa and I notified the United States Attorney.

12  Q     All right.  So with the -- can you explain how is it

13  possible that the second time you made a copy of the 512

14  gigabyte hard drive, though, there was no sector error and the

15  hash values matched indicating that it was a direct or exact

16  copy?  How is it that we can have one instance where there's

17  an exact copy with no sector errors but then also have a

18  second instance where there was a sector error?  How did that

19  happen?

20  A     The explanation is that when the image was loaded on to

21  my working copy, something happened.  It could have been a

22  vibration on the table that it was sitting on, a power surge

23  could have happened.  It could have read the sector wrong.

24  There's -- a lot of things that could happen, but when I went

25  back to the Korean copy everything verified, so the original

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    Korean copy that we received from the Korean National Police
2    Association is a true and accurate copy.
3    Q    And so in this case, this -- did it kind of demonstrate
4    the point that you were making earlier as to the purpose of
5    creating a working copy as opposed to working directly with
6    the original data?
7    A    Yes, it does.
8    Q    Apart from the 512 gigabyte hard drive, the other copies,
9    the other three hard drives, the...
10   A    The 2 terabyte and the two 8 terabyte drives.
11   Q    Yes.  Those copies that you provided to HSI Tampa, did
12   you also verify the hash values there to make sure that the
13   copying was exact?
14   A    Yes.
15   Q    And did they match?
16   A    They did match.
17          MS. THELWELL:  Your Honor, were we able to get the
18   computer to work?  Okay.  Perfect.  I don't know how to switch
19   this back, though.
20          THE COURT:  You want to switch it back to the
21   computer?  It's working.
22   BY MS. THELWELL:
23   Q    If we could see Exhibit 25.  Thank you.  Let's go to --
24   let's start from the beginning because nobody saw it.  So this
25   is the first page.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

```
1    A    It's the front of the tower that was seized by the KNPA.
2    Q    Page 2?
3    A    There's another picture of the computer tower.
4    Q    Give me one second.  I don't think it switched yet.  Did
5  it switch?  There we go.
6         Page 2 is on the screen.  And you were saying this is
7  just another angle of the same image?
8    A    Yes.
9    Q    Or the same tower I should say?
10   A    This is the --
11   Q    Page 3?
12   A    It's the inside of the tower from the Korean National
13  Police Association.
14   Q    Page 4.
15   A    A different angle of the inside of the tower.
16   Q    Page 5.
17   A    That was one of the hard drives.  That was a 512 gigabyte
18  hard drive from the tower.
19   Q    This is the 512 gigabyte hard drive?
20   A    Yes.
21   Q    Okay.  Is this Page 6.
22   A    That is the information of the 512 gigabyte hard drive.
23   Q    Is that your hand in the photo?
24   A    That is.
25   Q    And so this is the back side with the information.  Page
```

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    7.

2    A    Another picture.

3    Q    Page 8.

4    A    That is the other hard drive.  I can't tell which hard

5    drive that is but that came out.

6    Q    Does it look like it's a Hitachi in the top left-hand

7    corner?

8    A    That would be the 2 terabyte hard drive.

9    Q    Page 9.

10   A    Another picture of the 2 terabyte hard drive.

11   Q    Page 10.

12   A    And another picture of the 2 terabyte hard drive.

13   Q    If you could just make sure you're keeping your voice

14   elevated so the mic. can pick you up.

15   A    Yes.

16   Q    Page 11.

17   A    Page 11, this is an 8 terabyte drive, Seagate drive.

18   Q    The Seagate 8 terabyte drive?

19   A    Yes.

20   Q    Page 12.

21   A    Another picture of the 8 terabyte drive.

22   Q    Page 13.

23   A    Another picture of the 8 terabyte drive.  There were two

24   8 terabyte drives, so, in the tower.  So there's probably a

25   picture of both one 8 terabyte drive and another 8 terabyte

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    drive.

2    Q    And both were Seagate?

3    A    Yes.

4    Q    Page 14 -- 15.

5    A    That's the back of the server, tower.  That's a side

6    view.

7    Q    Page 16.  Page 17?

8    A    That is the side view of the tower.

9    Q    And is that also your hand in the photo?

10   A    That is my hand in the photo.

11   Q    Page 18 is that the same panel?

12   A    Yes.

13   Q    Side panel of the tower?

14   A    Yes, ma'am.

15   Q    Page 19.

16   A    That is the front of the tower.

17   Q    Is there -- perfect.  All right.

18        MS. THELWELL:  Permission to approach, Your Honor.

19        THE COURT:  You may.

20   BY MS. THELWELL:

21   Q    Agent Schwaigert, I just handed you Government Exhibits

22   26A, 26B and 26C.  There are also photos in the book of 26A, B

23   and C.  If you could just take a look at them.  When you have

24   a moment and let me know when you're ready.

25   A    Okay.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    Q    All right.  Also take a look at Government's 26A, B and C

2    in the photo, I'm sorry in the booklet.  They are pictures of

3    those three items in front of you?

4    A    Okay.

5    Q    All right.  Starting with Government's Exhibit 26A.

6    A    Yes.

7    Q    Do you recognize it?

8    A    I do.  It is --

9    Q    What is this?

10   A    It's the HSI Tampa copy that I sent them.  It's a Seagate

11   8 terabyte drive bearing serial number Zulu, Alpha 1, Bravo 7,

12   8, Delta, Whiskey.

13   Q    And how do you recognize that to be the copy that you --

14   one of the copies that you sent HSI Tampa?

15   A    Well, one, because there's a note on the inside that says

16   item 001 Alpha, 001 Bravo, 001 Delta, and W2V in my

17   handwriting.

18   Q    And what does that mean to you?

19   A    Well, that means I copied items 001 Alpha, Bravo and

20   Delta to this drive.

21   Q    All right.  So let's break that down.  When you say item

22   001, what is that?

23   A    The item 001 would be the 512 gigabyte drive I believe.

24   Q    Let me rephrase.  When you are securing evidence in your

25   role as a Special Agent, do you guys have a specific way that

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    you name your items?

2    A     The way I name them depending, I name them by the case,

3    but on here it's also item number.  Item 001 and then I go

4    down based off of the hard drive.

5    Q     Right.  And so would it be line item 001 and then you'll

6    enter whatever description for that item?

7    A     Yes.

8    Q     All right.  You mentioned on the post in there that you

9    see that you recognize your handwriting.  You said something

10   about W2V.  What does that mean?

11   A     W2V was short for Welcome to Video.

12   Q     Okay.  And so take a look at the photo of 26A, if you

13   could.

14   A     Okay.

15   Q     What is it?

16   A     Of 26A?

17   Q     Yes, the photo.  What is it a photo of?

18   A     The photo is a Seagate 8 terabyte hard drive serial

19   number Zulu Alpha 1 Bravo 7 8 Delta Whiskey.  It is the same

20   drive as what is here in my hand.

21        MS. THELWELL:  Perfect.  At this time United States

22   seeks to admit Government's Exhibit 26A into evidence.

23        THE COURT:  Is there any objection?

24        MR. FITZGERALD:  Yes, Your Honor.

25        THE COURT:  All right.  Mr. Fitzgerald?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1           MR. FITZGERALD:  Yes, Your Honor.

2    (Bench conference begins.)

3           MR. FITZGERALD:  This exhibit was the subject of the

4    902(14) certification, and so one I want to renew my

5    objection.  But, secondly, under the commentary notes, just

6    because the Court allows the admission of it doesn't delete

7    all issues.  I can still raise objections under Crawford v.

8    Washington.  And my problem here is that he doesn't go and

9    extract the server and get the server.  He doesn't even see

10   them bring it out of the house.  He just merely goes to the

11   Korean police station and then they tell him this is where we

12   got the server so that the prior objections to chain of

13   custody, I'd like to renew.  And I can't cross-examine anyone

14   from Korea about that, how that server was dismantled and

15   transported and anything else.

16          THE COURT:  Okay.  Thank you.  Response.

17          MS. THELWELL:  Yes, Your Honor.  Any issues with

18   chain of custody would be an issue that goes to the weight and

19   not the admissibility of this particular piece of evidence.

20   It would be up to the jury to decide whether or not there was

21   some sort of sufficient link here.  Mr. -- or Agent Schwaigert

22   has already testified that he had traveled to South Korea, was

23   present at the time of the seizure, was sitting outside

24   because he was not allowed into the house based on Korean law

25   but did see the Korean national police exit the residence with

1    items, followed them to their headquarters where he was

2    presented with what appeared to be the website server, and a

3    subsequent review of the data on that server turned out to be

4    the Welcome to Video website data.

5         Due to the distinct nature of electronic evidence,

6    especially a data -- excuse me -- a server of this size with

7    nearly 8 terabytes worth of data, based on the circumstances

8    in which it was seized from the residence, brought back to the

9    Korean National Police headquarters and ultimately copied to

10   later be examined, there is sufficient evidence that has been

11   presented to show that the item is exactly what it purports to

12   be which is the website server data.

13        So understanding Mr. Fitzgerald's objection, the

14   Government would then again say any issues that he has goes to

15   the weight and not the admissibility of this, and the

16   Government has put forward, you know, prima facie evidence

17   that the item is what it purports to be.

18        THE COURT:  All right.  With regard to the objection

19   as to the admission of the evidence, the Court is going to

20   overrule the objection as to the chain of custody issue.  I

21   think the witness has testified, and absolutely,

22   Mr. Fitzgerald, he did not go into the home in Korea because

23   he was not allowed to, but he was present based upon his

24   testimony and observed items being removed from the home, as

25   Ms. Thelwell indicated, then followed the Korean National

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    Police.  And I'm not sure that that's the actual name that

2    they go by, but followed them and made some copies.  I think

3    then in this case his testimony is sufficient that any gaps in

4    the chain of custody obviously are matters that you are free

5    to cross-examine him regarding that they do go to the weight

6    of the evidence and not its admissibility, because there is

7    adequate evidence with regard to the fact that the witness has

8    knowledge of the item and that it is indeed the item that it

9    is purported to be.

10           And I think in that regard, the evidentiary basis has

11   been satisfied, and so I'm going to overrule the objection.

12   The exhibit is admitted into evidence.

13   (Bench conference concluded.)

14   (Government's Exhibit No. 26A was admitted.)

15   BY MS. THELWELL:

16   Q    If you look at Exhibit No. 26B.

17   A    It's a picture of a Seagate 38 terabyte hard drive serial

18   number Zulu, Alpha, 1, Bravo, 7, Charlie, Kilo, 0.

19   Q    Do you recognize Exhibit B, 26B?

20   A    Yes.  It's the other drive that I sent to HSI Tampa which

21   is in my hand.

22   Q    And just to be clear with Government's Exhibit 26A as

23   well as 26B, on or about this day, did you send those to HSI

24   Tampa?

25   A    It was in July of 2019.

Q     July of 2019.  Okay.  If you could look at the photograph
of Government's Exhibit 26B and compare it with the physical
hard drive of 26B.

A     Yeah.  The physical hard drive is a Seagate 8 terabyte
serial number Zulu, Alpha 1 Bravo 2, Charlie Kilo 0 which is
the same as what's in the picture.

Q     Okay.  And so, I'm sorry, if you can just go back.  How
do you know that that is the copy that you provided to HSI
Tampa, the 26B?

A     Because I sent two 8 terabyte drives to Tampa and this is
the one that I sent down to HSI Agent Gaertner.

Q     At the same time that you sent him 26A?

A     There was a one-day difference because this one here was
still copying, so I believe there was one-day difference.  I
shipped 26A one day and I shipped 26B another day because it
wasn't finished copying.

          MS. THELWELL:  At this time the United States seeks
to admit 26B into evidence.

          THE COURT:  Is there any objection?

          MR. FITZGERALD:  Same objection, Your Honor.

          THE COURT:  Same objection.  All right.  Then my
ruling is the same as it was with regard to 26A.  26B is
admitted.

(Government's Exhibit No. 26B was admitted.)

BY MS. THELWELL:

Q    If you could look at 26B, both the picture as well as the physical copy that you have in front of you or the physical hard drive.

A    Okay.

Q    What is 26C?

A    26C in the picture is a Seagate one terabyte drive serial -- bearing serial number Quebec, Juliette, 0, 2 X-ray, Zulu, Kilo.

Q    Do you recognize 26C?

A    That is the second hard drive, so the Tampa copy of the 512 gigabyte hard drive that I sent to HSI Tampa.

Q    Okay.  So earlier when we were talking about when you discovered the sector failure and you had to recreate a new copy of the 512 gigabyte hard drive, is that the copy that you're talking about?

A    Yes.  This is the copy that I'm talking about.

Q    So 26C is that recreated image of the 512 gigabyte hard drive; correct?

A    Correct.

Q    At this time the United States -- well, when was that produced to HSI Tampa?

A    It was March of 2021.

MS. THELWELL:  At this time the United States seeks to admit 26C into evidence.

1          THE COURT:  Is there any objection?

2          MR. FITZGERALD:  Yes, Your Honor, same objection as

3    to 26A and 26B.

4          THE COURT:  Then the Court's ruling is the same with

5    regard to 26C.  26C is admitted.

6    (Government's Exhibit No. 26C was admitted.)

7          MS. THELWELL:  One moment, Your Honor.

8    BY MS. THELWELL:

9    Q    Special Agent Schwaigert, do you recall the name of the

10   law enforcement agency that was executing the search warrant

11   in Korea?

12   A    The search warrant at the administrator's residence?

13   Q    Yes.

14   A    Was executed by the Korean National Police Association.

15         MS. THELWELL:  All right.  Thank you.  No further

16   questions at this time, Your Honor.

17         THE COURT:  All right.  Thank you.  Mr. Fitzgerald,

18   cross-examination.

19         MR. FITZGERALD:  Thank you.

20                    **CROSS-EXAMINATION**

21   BY MR. FITZGERALD:

22   Q    Good afternoon, Mr. Schwaigert.

23   A    Good afternoon.

24   Q    You indicated in the past you were certified to do EnCase

25   analysis.  Is that something that lapses?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1          THE COURT:  Mr. Fitzgerald, you're tall.  You need to

2    direct the microphone a little bit.  Thank you.

3          THE WITNESS:  Yes.  That is a certification that can

4    lapse.  Most certifications are good for approximately two to

5    three years.

6    BY MR. FITZGERALD:

7    Q    At the time you did any EnCase analysis in this

8    particular matter, was your certification current?

9    A    That certification was not current.  It had lapsed

10   because I had other things going on at the time, so I did not

11   renew that certification.

12   Q    And what EnCase analysis did you do in this matter?

13   A    As far as what version or what program did I use?

14   Q    In what devices that have been entered into evidence did

15   you use EnCase analysis to examine?

16   A    I used EnCase 6.19 to do my analysis on the server which

17   is -- the EnCase Certified Examiner is an additional

18   certification but it is not required to use EnCase.

19   Q    So when you say the Korean copy, is that what you used

20   the EnCase on?

21   A    The Korean copy was the original website that was the one

22   that we received from Korea.  EnCase is an industry standard.

23   It is used to create either, one, images that is used to do

24   forensic analysis.  When I voted the working copy that I

25   created in Korea, I used EnCase to verify the data.  I used

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    EnCase on a regular basis and I have for the last 15 years.

2    Q    You indicated that you did not go in the residence when

3    it was searched by the Korean National Police?

4    A    I was not allowed to go under Korean law.

5    Q    Have you gone on search warrants to seize evidence in the

6    past?

7    A    I have.

8    Q    And to seize digital devices?

9    A    I have.

10   Q    And when you go on those search warrants, do you

11   generally go inside?

12   A    I do.

13   Q    And are you the one generally that seizes the digital

14   devices or someone in your field with similar training?

15   A    Yes.

16   Q    Are there things that can happen to devices when you --

17   someone without appropriate training tries to seize them?

18   A    Yes.

19   Q    And you weren't present when any of these devices were

20   seized inside the residence; correct?

21   A    I was not.  I was outside the residence.

22          MR. FITZGERALD:  No other questions.  Thank you, sir.

23          THE COURT:  All right.  Thank you.  Ms. Thelwell, any

24   redirect?

25          MS. THELWELL:  Just briefly, Your Honor.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1                       **REDIRECT EXAMINATION**

2     BY MS. THELWELL:

3     Q    Agent Schwaigert, you testified that you're unable to

4     recertify your EnCase certification.  Why was that?

5     A    I was unable to recert. certification because at the time

6     I was also in the Colorado National Guard and we were

7     preparing for deployment over to Iraq, so that took precedent

8     over recerting in EnCase.

9     Q    And you also mentioned despite that you regularly used

10    EnCase as a forensic analyst; is that correct?

11    A    Yes, that is correct.

12    Q    Does HSI have specific requirements for their forensic

13    analysts?

14    A    Yes.  Not only in pre-basic PV cert. which was a

15    pre-basic evidence recovery training, every three to four

16    years you go to advance computer in evidence recovery training

17    where you learn about servers and ESQL database and different

18    operating systems such as Lenox and McIntosh but they also

19    require continuing education of 120 hours approximate every

20    three years.

21    Q    Is that something that you have maintained?

22    A    I have.

23    Q    So over the course of the 15 years, have you maintained

24    the approximate 120 hours of continued education as required

25    by Homeland Security Investigations?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    A    I have.

2    Q    Does Homeland Security Investigations require their

3    forensic analysts to maintain their EnCase certification?

4    A    Homeland Security Investigations encourage

5    certifications, but it is not required to maintain

6    certifications.

7    Q    And are you talking about certifications in general

8    because I talked about EnCase.  Are you speaking generally

9    their policy is that they would encourage it but it's not

10   required to serve in that position?

11   A    In an overall capacity, yes.

12           MS. THELWELL:  No further questions, thank you.

13           THE COURT:  All right.  Thank you, Agent Schwaigert.

14   Sir, you are excused.

15           The Government may call its next witness.

16           MS. SPERGEL:  Thank you, Your Honor.  The Government

17   calls Special Agent Thomas Tamsi.

18           COURTROOM DEPUTY CLERK:  Please raise your right

19   hand.

20   (Witness sworn.)

21           COURTROOM DEPUTY CLERK:  Please state your name and

22   spell your last name.

23           THE WITNESS:  My name is Thomas Tamsi, T-A-M-S-I.

24           DEPUTY COURTROOM CLERK:  Thank you.  Be seated.

25           THE COURT:  All right.  Good afternoon.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1          THE WITNESS:  Good afternoon.

2          THE COURT:  Agent Tamsi, you may remove your mask

3  during the course of your testimony.  You also have a bottle

4  of water there that is for you to utilize during your

5  testimony.

6          THE WITNESS:  Thank you.

7          THE COURT:  You may inquire.

8          MS. SPERGEL:  Thank you.

9               THOMAS TAMSI,

10  having been first duly sworn under oath, was examined and

11  testified as follows:

12                   DIRECT EXAMINATION

13  BY MS. SPERGEL:

14  Q    Good afternoon, Agent Tamsi?

15  A    Good afternoon.

16  Q    Can you please introduce yourself to the members of the

17  jury and tell them where you work.

18  A    My name is Thomas Tamsi.  I'm a Special Agent with

19  Homeland Security Investigations, HSI.  I work in HSI Colorado

20  Springs, Colorado.

21  Q    And how long have you been with Homeland Security or HSI

22  in Colorado Springs?

23  A    I've been with HSI since 2007.  Prior to that in 1999 I

24  was a Special Agent with the Air Force Office of Special

25  Investigations as a military agent, and in 2003 I became an

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

```
 1   agent, civilian agent with the Department of Defense.
 2   Q    And did you do that up until 2007 when you joined
 3   Homeland Security?
 4   A    Yes, ma'am.
 5   Q    And what is your title with Homeland Security?
 6   A    I'm a Special Agent.
 7   Q    And what do you do as a Special Agent?
 8   A    In Colorado Springs we have a counter-proliferation
 9   center.  We focus mainly on national security cases,
10   terrorism, financing cases, counter in proliferation includes
11   preventing weapons, sensitive technologies from being
12   illegally exported, but, again, as and HSI special agent, kind
13   of a small office, as leads come in regarding other
14   investigative areas that HSI does, we also do those leads.
15   Q    And would those leads or other areas of investigation
16   include child exploitation and cyber crime?
17   A    Yes, ma'am.  Part of our education and training and our
18   mission is to conduct sexual exploitation cases including
19   computer crimes.
20   Q    And have you had opportunities to investigate child
21   exploitation and cyber crimes yourself?
22   A    I have.
23   Q    And have you had training in those areas?
24   A    I have both in 1999 in the Air Force, Air Force Special
25   Agent Academy, we're trained in computer crimes and child
```

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   exploitation cases as well as in the Criminal Investigator

2   Training Program at Federal Law Enforcement Center in 2007 for

3   Homeland Security.  I also had specialized training in

4   computer crime cases and child exploitation cases.

5   Q    Are you familiar with an investigation into a website on

6   the dark web called Welcome to Video?

7   A    Yes, ma'am, I am.

8   Q    And did HSI become involved in that investigation?

9   A    I did become involved.  I received a lead from the U.S.

10  Attorney's office in Washington, D.C.  It was in August of

11  2017.  The Internal Revenue Service, the IRS was also on that

12  phone call and they briefed me on the Welcome to Video

13  website.

14  Q    And what did you learn about that investigation?

15  A    I learned that the Welcome to Video website was a

16  commercial child exploitation website.  It was hosted on the

17  Darknet, and one of the ways to download the material from the

18  website was to create a user account and pay Bitcoin into it.

19  The Internal Revenue Service was looking at the website.  The

20  IRS they have a money laundering and cryptocurrency mission.

21  HSI, they do not have a child exploitation mission so that is

22  part of HSI's mission is to investigate child exploitation

23  cases, so that's one of the reasons that they asked me to

24  become part of the case which I did.

25  Q    And so then what was your role in this investigation?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   A    So I was the overall case agent for the hash value

2   portion of the investigation.  I was responsible for doing a

3   few different things.  We wanted to identify the administrator

4   and where the server was located and we wanted to take that

5   down.  We also wanted to identify the users of the account and

6   send that information off to different offices for

7   investigation, and, lastly, we wanted to try to review and

8   catalog the material that was on the site in order to identify

9   victims, try to locate them and rescue them.

10  Q    So what steps were taken by your agency as far as

11  identifying the administrator and taking down the site?

12  A    With such a large investigation, you need to kind of

13  build a team, so one of my team members that I selected was

14  Special Agent Darrell Franklin, and one of the first things

15  that we obviously needed to do was to just take a quick peak

16  at the website and do a site preview of the website.

17       We also wanted to create a user account just like a

18  normal user would, obviously using undercover Bitcoin,

19  undercover computers and that as well as fund that account

20  with Bitcoin and then download a sampling of the exploitation

21  materials so we can confirm that there was child pornography

22  on the website.

23  Q    And are you aware if Special Agent Darrell Franklin, as

24  you mentioned, did, in fact, go undercover and create an

25  account?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    A    He did that in my presence.  We were in Washington, D.C.

2    Q    And based upon that undercover investigation, were you

3    able to confirm your suspicions regarding the website

4    containing child pornography?

5    A    Yes, during the site preview, before you're able to see

6    the content of the website, which was clearly child

7    exploitation material, and then once you create the account

8    and fund it, you're then able to download the material.

9    Q    What other information were you provided by the Internal

10   Revenue Service for this investigation?

11   A    So when we purchased access to the site, they did a

12   couple of things for us.  It allowed us to follow our funding

13   from our Government controlled account to the administrator's

14   account, so we were able then to see his wallet.  We were also

15   able to see other transactions, other Bitcoin addresses going

16   to that same wallet to the same account, so the Internal

17   Revenue Service is able to use that data to send subpoenas to

18   various Bitcoin exchanges.

19   Q    And when you say accounts, what are you referring to with

20   that?

21   A    So when you send Bitcoin from one location to another,

22   normally you do it through a Bitcoin exchange which is very

23   similar to a bank, and instead of sending  U.S. dollars,

24   you're going to send Bitcoin.  And the companies that do that

25   we call Bitcoin exchanges.  The accounts that I'm referring to

1    are Bitcoin accounts, so it's kind of like a check number.  To
2    send Bitcoin from one location to another, you enter a pretty
3    unique address, a Bitcoin address.
4    Q    And in the exchanges, the Bitcoin exchanges, was Coinbase
5    one of those exchanges?
6    A    Coinbase was one of the exchanges that we were able to
7    send subpoenas to and receive data from.
8    Q    And do you recall any specific data that you received
9    from Coinbase?
10   A    In this case in particular, we were able to find --
11   receive data regarding a customer named Jack Dove.  We were
12   able to find a Coinbase, his Coinbase accounts which contained
13   subscriber details regarding Jack Dove which included name,
14   date of birth, driver's license number, telephone number,
15   email address, physical address as well as transactional data.
16   Q    And what does transactional data mean?
17   A    So when you create -- it's just like when you go into a
18   bank, you create a checking account, you go into a Bitcoin
19   exchange, you have to create an account first.  You have to
20   provide your name, your details.  It's called KYC information.
21   The companies, they need to identify who their customer is.
22   KYC is "know your customer," so once you have the account
23   open, then you want to conduct transactions, so you have the
24   initial information which identifies the user of the account
25   and then the transactional detail is below that.

1    Okay.  One, now, you need to buy Bitcoin.  Now you need

2  to send Bitcoin.  You need to receive Bitcoin.  So in addition

3  to the subscriber details, we're able to see the transactions

4  in that account as well, sends and receives.

5  Q    And so what was the next step that you took in your

6  investigation once you had all that information?

7  A    So we compiled that information and -- I'm sorry.  Some

8  of the information that we compiled mainly from the Coinbase

9  subpoena return, we compiled that, but we wanted to make sure,

10  like, for instance, the address.  I think it came back to 721

11  Powder Horn in Lakeland, Florida.  We didn't want to send

12  leads out to different offices and maybe the person had moved,

13  so before we have collected all that information and sent it

14  out, we -- I had two criminal analysts that were able to do

15  some research for me and try to make sure that that is, in

16  fact, the most current address we had on file which is what we

17  did in this case.

18    We took the information from Coinbase.  We looked at

19  different databases, Department of Motor Vehicle records and

20  we found what we believed to be the current address in

21  Lakeland, Florida, so we put that together in a package and we

22  sent it to HSI Tampa.

23  Q    Is that because that address that you mentioned, that 721

24  Powder Horn Row in Lakeland, that would be here in the Middle

25  District in the Tampa's office?

1   A     Yes.

2   Q     Okay.  And then what was the next step that you took

3   while you were in that practice of investigating?

4   A     Excuse me.  So one of the other leads, in addition is to

5   look at the individual users.  As I mentioned, we wanted to

6   try to take down the administrator and the server.  So our

7   undercover transaction allowed us to find, to trace the money

8   to one of the administrator's wallets which came back to

9   Korea.

10        One of the other reasons the Internal Revenue Service and

11   the U.S. attorney asked me to help with the case is because

12   just prior to that I worked a case with the U.S. Attorney's

13   office in Korea, so I had a relationship with the Korean

14   National Police.  We were able to use that relationship.  We

15   reached out to them.  They're willing to help us and they

16   identified the administrator of the account, and when they

17   were ready for their search warrant and for their arrest, they

18   invited me to participate.

19   Q     And so did you yourself travel to South Korea?

20   A     I did travel.  I had with me, as HSI, my supervisor as

21   well as a forensic agent, Special Agent Ed Schwaigert, the

22   Internal Revenue Service, the U.S. Attorney's office.  We had

23   the United Kingdom National Crime Agency.  They had U.K.

24   users, they participated as well, and then the other agency is

25   the German Bundescriminalamt, BKA.  It's a German version of

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    the FBI.  They were also on the trip.

2    Q    And were you present when the search warrant was executed

3    at the administrator's home in South Korea?

4    A    Yes.  We planned the take down for the late night of

5    March 4th.  The administrator was out of his apartment

6    visiting Seoul and the goal was to encounter him when he was

7    coming back to his apartment.  Initially U.S. law enforcement

8    was on the search warrant and we were going to be authorized

9    to go into the facility, into the apartment and witness it.

10   But there's some Korean provision where the property owner can

11   refuse us entry, which he did, so we waited in the parking lot

12   while the Korean National Police went in and they encountered

13   the server and they actually arrested the administrator and

14   they seized the server.

15   Q    And what was the next step that was taken once that

16   server was seized?

17   A    So the server, once it was collected by the Korean

18   National Police, they took it to their laboratory.  They

19   created a forensic image of the server and they provided us a

20   copy of the image.  I asked Ed Schwaigert to then create an

21   image for us as well and as well as working copies that we

22   could all, you know, all of the different agencies could work

23   on.  And it was surprising.  We thought we were prepared for

24   that, but it turned out that, you know, this was the largest

25   ever seizure of child exploitation material to date, so we had

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    to go on the economy and we had to buy additional hardware to

2    be able to store all of that data.

3    Q    And did you ultimately have an opportunity to review the

4    data that was discovered as a part of this investigation into

5    specific users of the site?

6    A    I did.  So the initial lead information that we sent out

7    was the transactional detail for Bitcoin.  When we were able

8    to take down the server, we were able then to follow that

9    chain showing that Bitcoin was sent to the Welcome to Video

10   site to a certain Bitcoin address.  That unique Bitcoin

11   address that the users send Bitcoin to were then able to point

12   that Bitcoin to a user name on the account, and then the

13   administrator's files would then allow you to look at that

14   user name and see what files that user then uploaded and

15   downloaded.

16   Q    And were you able to tie any user names back to Jack

17   Dove?

18   A    Yes.  This the Coinbase account pointed to three Bitcoin

19   transactions that went to two Bitcoin addresses on the Welcome

20   to Video site, two unique Bitcoin addresses that are

21   associated with two user names, so Dove's Bitcoin account was

22   used to send Bitcoin on two occasions to one user name and

23   then on one occasion to send it to a second user name.  The

24   first user name was notus N-O-T-U-S, 52911.  The second user

25   name was just notus.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   Q    And were there any other user names discovered in

2   addition to those two user names notus that seemed to have

3   relevance to you?

4            MR. FITZGERALD:  Objection.

5            THE COURT:  Legal basis.

6            MR. FITZGERALD:  Speculation what's relevant to him,

7   not what's entirely on the server.  It's related to the

8   Defendant.

9            THE COURT:  I'm sorry.  I can't hear you.  Do you

10  want to put your headset on so I can hear you?

11           MR. FITZGERALD:  If there's information that it's

12  related to Defendant, it's relevant, otherwise I do not

13  believe it's relevant.

14           THE COURT:  Response.

15           MS. SPERGEL:  I'll rephrase, Your Honor.

16           THE COURT:  All right.  Thank you.

17  BY MS. SPERGEL:

18  Q    What, if any, other relevant information did you learn

19  from the database?

20  A    One of the -- once we have a user identified, one of the

21  next logical steps for us to do is to conduct a search of the

22  database files for those user names, so we searched the users,

23  the user database on Welcome to Video for the key words notus,

24  and it came back with two results, two of which I spoke about,

25  and there were two other ones, I'm sorry.  I can't remember

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    the third one, but one of the fourth ones was notus F-L, which

2    I assumed was notus Florida.

3    Q    And what did you do with all of the information that you

4    gathered regarding the notus user of the Welcome to Video

5    site?

6    A    So we -- since I had provided that lead information to

7    HSI Tampa and now we had a whole new cache of information,

8    initially we were able to show the user sending Bitcoin to

9    those sites.  Now I'm able to show the user name and the files

10   that were downloaded, so I shared that information with HSI

11   Tampa.  I sent from it a listing of video names and files that

12   were downloaded using that user name.

13   Q    And I'm going to ask you if you can turn in that exhibit

14   binder that's in front of you and take a look at Exhibit 28.

15   If it helps if you need to remove it from that laminated

16   sleeve, you can as well.  I'm going to ask you if you can take

17   a look at it.

18   A    That's tiny.

19   Q    You might want to remove it.  Tell us if you recognize

20   that.

21   A    Yes.  I do recognize this.

22   Q    What are you looking at?

23   A    So this is a document that we use to -- the first column

24   there is the user name notus where we query the data on the

25   Welcome to Video site and show activity for that particular

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    user name, so this table kind of describes that activity.  It

2    shows that this user downloaded and then you have a file name

3    here, downloaded this file on this date, it shows the size of

4    the file, the video duration as well as a video description of

5    the file.

6        One of the other categories it shows is the tab had

7    multiple websites on it, and it shows what tab that video was

8    located in.

9    Q    And then I believe a two page, there's two pages there.

10   Do you recognize the second page as well?

11   A    I do.  So this is a pretty big document.  It contains a

12   bunch of information, you know.  We would then take a sampling

13   of those files and compile that on to a much smaller list, and

14   then I would provide that list, which is what I'm looking at

15   here, to Agent Schwaigert and I would ask him to then look at

16   the Welcome to Video site, download those videos so we could

17   then share those videos with the respective HSI units.  In

18   this case, it was HSI Tampa.

19   Q    So that document, Exhibit 28, does it fairly and

20   accurately depict the data that you observed and collected?

21   A    Yes, ma'am.

22        MS. SPERGEL:  Your Honor, at this time the Government

23   moves Exhibit 28 into evidence.

24        THE COURT:  Is there any objection?

25        MR. FITZGERALD:  Just the prior objections involving

1    the admission of the earlier evidence, Your Honor.

2              THE COURT:  As regard to the seizure?

3              MR. FITZGERALD:  The server, Your Honor.

4              THE COURT:  Okay.  All right.  Then the objection is

5    overrule.  My ruling is the same as it relates to the server

6    and retrieval of the exhibits, so Exhibit 28 is admitted.

7    (Government's Exhibit No. 28 was admitted.)

8              MS. SPERGEL:  Thank you, Your Honor.

9              Permission to publish, Your Honor?

10             THE COURT:  You may.

11   BY MS. SPERGEL:

12   Q    This should be appearing I believe on the screen in front

13   of you.  You just described for us I think in detail what each

14   column was.  Was this specific to the notus user?

15   A    Yes, it is.

16   Q    And can you just walk us through now that we're actually

17   seeing it to what you're looking at, just briefly what we're

18   looking at on this chart?

19   A    Yes.  So this particular row shows the user name notus

20   and it shows a transaction activity type, so we have two

21   transactions.  The users can either upload data.  When they

22   upload data, they get download points, so the administrator

23   would then track whether something was uploaded or downloaded,

24   so in this particular case, this transaction is a download.

25             It shows the activity date.  And in the video ID, I

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   believe for me, that was some sort of internal administrative

2   column.  I don't think that was something that we would

3   normally see on a website.  Those are just internal datas.

4   The video category, again, there was multiple tabs on the

5   website and this will identify what tab that particular video

6   is.

7         The video file name would, as you're on the site, you

8   would see that file name and then you would also see when the

9   uploader uploads that file, you would see a video description.

10  In some cases the uploader would write out, you know,

11  sometimes a very short or sometimes a very long description of

12  the video.

13        In this particular case, the person who uploaded that

14  video did not file a video description.  And then, again, the

15  video file size, that data is important because the

16  administrator would track how much someone can download based

17  on the amount of data that they downloaded so he tracked how

18  big his videos were because when you downloaded a certain

19  amount, you would then need to pay more Bitcoin.  And then

20  just how long the video is, the video file hash ID, and then

21  the MD5 check.  Those are again computer forensic related

22  algorithms.  That's probably best to talk to a CFA about.

23  Q    Okay.  And I believe there's a second page.

24        THE COURT:  Ms. Spergel, don't forget to talk into

25  the microphone.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    BY MS. SPERGEL:

2    Q    We are looking at the second tab that we just went

3    through the downloads from notus and a second tab that we're

4    looking at is the video hash IDs.  Can you explain what we're

5    looking at in this tab of the spread sheet?

6    A    Yes, ma'am.  So this is a sampling of what I would

7    provide to Agent Schwaigert.  It's a smaller list, easier for

8    him to read, instead of sending that additional page, so then

9    he can go down this checklist and find the files on the videos

10   on the Welcome to Video server and then put them either on a

11   thumb drive or on to our own cloud so that HSI Tampa could

12   access the videos.

13   Q    Then I'm going to ask you to turn in your booklet there

14   to Exhibit 29.  Do you recognize Exhibit 29?

15   A    I do.

16   Q    And what is exhibit -- what do you recognize about

17   Exhibit 29?

18   A    So from Exhibit 29, HSI Tampa provided us with a listing

19   of file names.  And for some background in this, most of the

20   time we would provide the field with the user name and the

21   videos that were downloaded, but occasionally the various

22   field offices would find videos and they would ask us to check

23   the database to see if those videos that they have are on our

24   server, so this is a representation of that.  The column A is

25   a listing of video names and then A, B, C, D, E, F, H, column

143

```
1   H is the same video name which indicates that we found that
2   video on the Welcome to Video server.  And then you have,
3   again, the different columns there with specific data on that
4   video so you have the uploader, so you have the user name of
5   the user who uploaded that file, video IDs, upload dates and
6   other information specific to that video.
7   Q    And so you became involved in the information contained
8   within that spread sheet Exhibit 29 for pulling the data from
9   the original Welcome to Video database?
10  A    Yes, ma'am.
11        MS. SPERGEL:  If I may have one moment, Your Honor.
12  (Brief pause.)
13        THE COURT:  Yes.
14  BY MS. SPERGEL:
15  Q    I'd just like to confirm one detail with you, Agent.  We
16  talked about the day of the search warrant was executed in
17  South Korea, and you mentioned March 4th of 2018?
18  A    Yes, ma'am.
19  Q    Did that go from March 4th into March 5th?
20  A    It does.  It was very, very late at night on the 4th and
21  we were in the parking lot up until the early morning of
22  March 5th.  I believe it was probably 3, 4:00 o'clock in the
23  morning.
24  Q    And so the time that was completed, it was on March 5th
25  of 2018?
```

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    A    It was on March 5th and then we got a copy of the server

2    later on that day from the Korean National Police.

3              MS. SPERGEL:  Thank you, Agent.  I have no further

4    questions at this time.

5              THE COURT:  All right.  Thank you.  Mr. Fitzgerald,

6    cross-examination.

7              MR. FITZGERALD:  Thank you, Your Honor.

8                        CROSS-EXAMINATION

9    BY MR. FITZGERALD:

10   Q    Good afternoon, Agent Tamsi.

11   A    Good afternoon, sir.

12   Q    You indicated -- and it went by me fast.  You indicated

13   that you found Bitcoin transactions and then it led you to

14   Coinbase?

15   A    Yes, sir.  So we were able to see on the blockchain

16   Bitcoin transactions going from Coinbase to the Welcome to

17   Video cluster as well as others from other Bitcoin exchanges.

18   Q    And you testified you specifically saw Bitcoin

19   transactions involving Mr. Dove that went through -- involving

20   the Bitcoin account registered to Mr. Dove that went to the

21   Welcome to Video server?

22   A    Yes.

23   Q    Now, did you bring any of the website transaction numbers

24   here with you today?

25   A    The transaction details should be on the grand jury

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1  subpoena return from Coinbase.

2  Q    So you didn't bring any of those with you today?

3  A    I didn't bring any of those with me.

4  Q    And did you do the analysis or did somebody else?

5  A    The Internal Revenue Service identified the initial

6  Bitcoin transactions and then a company called Coinbase did

7  the deep dive into the transactions for us.

8  Q    Do you know what method they used to unwind the Bitcoin

9  transactions?

10  A    I don't.  I believe they used chain analysis.  It's a

11  computer program used to trace Bitcoin on the blockchain but

12  I'm -- yeah, I can't explain the details of how that process

13  works.

14  Q    So when you said -- so you didn't do anything to analyze

15  information from the Bitcoin ledger that either went to a

16  Coinbase account to Mr. Dove or went to Welcome to Video?  You

17  personally did nothing to do with that?

18  A    So I actually funded Chain Analysis, the chain analysis

19  review of the Bitcoin to give that information to me in a

20  readable format that I could understand, which they were able

21  to look at the grand jury subpoena and pull out from the

22  transactional details three instances where the Dove's

23  Coinbase account was used to send Bitcoin to that.

24  Q    You funded it?

25  A    Yes, sir.  So Coinbase uses a program called Chain

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

```
 1    Analysis.  It's their private company.  They can review data
 2    for law enforcement and they can provide information upon
 3    Bitcoin transactions.
 4    Q    You didn't personally run the chain analysis?
 5    A    No, definitely not.
 6    Q    You're repeating here what someone told you somewhere
 7    along the line?
 8    A    It's something that somebody told me that I directed them
 9    to do, yes, sir.
10    Q    Who was that?
11    A    That was through Chain Analysis.  It was through a
12    contract was Chain Analysis as well as the Internal Revenue
13    Service.
14    Q    Who was the person that did that?
15    A    I don't recall his -- I don't recall his name or
16    position.
17    Q    Did you create Exhibit 28?
18    A    So Exhibit 28 would have been created by my criminal
19    research specialist Agent Kimberly Reece, again, under my
20    direction.
21    Q    You didn't create Exhibit 28?
22    A    No, sir.
23    Q    Did you create Exhibit 29?
24    A    I did not.
25    Q    Who created Exhibit 29?
```

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   A    I believe that was Aaron Bice with the Internal Revenue

2   Service.

3   Q    In Washington, D.C.?

4   A    I believe he is based out of Washington, D.C.  I'm not --

5   Q    And where is the person that did Exhibit 28 based out of?

6   A    She's based out of Colorado Springs.  She sits next to

7   me.

8        MR. FITZGERALD:  May I have one moment, Your Honor?

9        THE COURT:  You may.

10  BY MR. FITZGERALD:

11  Q    So as you sit here today, the Bitcoin transaction that

12  you say someone undid through Chain Analysis had led you to

13  issue a subpoena for Mr. Dove's Bitcoin account.  You can't

14  even tell that the Court that was a legal analysis, can you?

15  A    So Bitcoin transactions are on the blockchain.  Anyone

16  can see those transactions by looking at the blockchain, and

17  you just follow those to a Bitcoin exchange and issue the

18  legal process to that exchange, so reviewing Bitcoin

19  transactions and getting subpoenas, that's definitely a legal

20  process.

21  Q    That wasn't my question, though.

22  A    I'm sorry.

23  Q    The particular analysis used in this matter that led you

24  to subpoenaing Bitcoin records in the name of Jack Dove, you

25  don't know if the method they used was legal to obtain that

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    information; correct?

2    A    No, sir.  I believe that's what I just stated.  So, the

3    way that the Internal Revenue Service knows to send those

4    subpoenas to Coinbase to receive that information is by

5    reviewing the blockchain, so you can go on to the blockchain.

6    Anybody can go on to the blockchain and see transactions going

7    to a particular site and follow it back and then issue -- we

8    don't know who that belongs to.  And then we send a Subpoena

9    to the Bitcoin exchange asking who that is, who owns that

10   Bitcoin address, who owns that account.  So getting the

11   subpoena data, our analysis to get that subpoena data is all

12   public information.  It's part of the visibility of the

13   blockchain.

14   Q    You outsourced it to another company and the search was

15   done by a woman whose name you can't remember; correct?

16   A    No, sir.  The Internal Revenue Service sent the initial

17   subpoena to Bitcoin.  The outsourcing that we did was we had

18   them review all of the hundreds of Bitcoin accounts

19   transactions and put and review those transactions and just

20   filter out the transactions from those accounts to the Welcome

21   to Video site, so the transactions that I'm talking about with

22   Coinbase happened after the subpoenas were issued.

23   Q    In order to get to the Bitcoin accounts, you hired a

24   third-party that did some type of analysis that you didn't

25   participate in nor anyone from law enforcement.  A third-party

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1  did it.  And you don't know what tools they used to do it;

2  correct?

3  A    No, sir.  Again, when we identified the Bitcoin

4  addresses, we sent the subpoenas to Coinbase.  The Coinbase

5  provided us with the account information including the users,

6  so we had the user, and in that user's documents, we had, you

7  know, sometimes 50, 60 different transactions.  So my

8  involvement with Coinbase is just to look through all of those

9  transactions and filter out only the transactions that were

10  for the transfers of Bitcoin to Welcome to Video site.  I

11  didn't care that they're buying or selling Bitcoin.  I just

12  wanted to, you know, review this document and show me the

13  times that this user sent Bitcoin to Welcome to Video.  So

14  they didn't identify the users.  We already had the users

15  identified from the subpoenas.  I just wanted them to review

16  the data and pull out the Welcome to Video transactions for

17  us.

18  Q    What data led you to the user?  Was that blockchain

19  analysis done by a third-party company?

20  A    It was not.

21  Q    Okay.  What data led Special Agent Tamsi to Coinbase

22  under the name Jack R. Dove?

23  A    That was a subpoena response that the IRS provided to me,

24  one of many subpoena responses.

25  Q    The Coinbase records were a subpoena response?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    A    Yes.  So, the Internal Revenue Service subpoenaed a

2    number of different Bitcoin exchanges including Coinbase.

3    Coinbase provided those responses which contained the

4    information, you know, that included subscriber details as

5    well as transactional details.

6    Q    How did we get to those subpoenas being issued?  Who did

7    that?  Who did the Chain Analysis to determine what subpoenas

8    were issued for the IRS?  Do you know?

9    A    That's Special Agent Chris Janczewski with the Internal

10   Revenue Service.

11   Q    Chris what?

12   A    Janczewski.

13   Q    He did the blockchain analysis?

14   A    I don't know.  I don't know what methods he used to

15   identify the Bitcoin addresses, but he was the one who

16   coordinated with the U.S. Attorney's office and requested the

17   subpoenas for them.

18   Q    Do you know if the blockchain analysis was farmed out to

19   a third-party other than the United States Government?

20   A    Only after we received the subscriber details.  I had

21   them review the material in the subpoena responses, so yes.

22   Q    Well, you can't get subscriber details until you do

23   blockchain analysis; correct?

24   A    You can review the blockchain and see an address that

25   points to a subscriber.  We did not farm that out.  We sent a

1    subpoena and we received subscriber details and then the

2    subscriber details have numerous transactions and that's what

3    we farmed out.  So in order to identify the Bitcoin addresses

4    to send subpoenas to, the Internal Revenue Service conducted

5    that process.

6    Q    The Internal Revenue Service eyeballed the Bitcoin ledger

7    and looked up numbers which are sometimes 15, 20 digits long

8    including numbers and letters and identified users based on

9    those?

10   A    They didn't identify the user.  They identified the

11   Bitcoin exchange that that address came from.  They sent a

12   subpoena to that exchange and then the exchange identified the

13   user that owns that account.

14   Q    What in that number or combination of numbers and

15   letters, transaction code would lead them to believe that it

16   was criminal rather than buying what people buy online with

17   Bitcoin, rather than a normal transaction, rather than a

18   buying and selling of Bitcoin?

19   A    Sure, I understand.  So the Internal Revenue Service had

20   a suspicion that the Welcome to Video clusters that the

21   payment addresses were going to Bitcoin addresses that are

22   tied to the Welcome to Video site, they do that through

23   blockchain analysis, and I don't know exactly the details on

24   how they do that, but one of the things that we did when we

25   purchased undercover access involving Bitcoin is we're able to

1   confirm the suspicion by seeing our Bitcoin go to those same

2   clusters that were subpoenaed.  So it's a way of confirming

3   that that is illegal activity, so you bring it then where you

4   suspect something is happening and then when you see our

5   undercover money going to that same cluster and then to the

6   administrator, it's kind of a confirmation of that.

7   Q    But you did no work on that personally; correct?

8   A    No, sir, I just funded the Bitcoin account and had the --

9         MR. FITZGERALD:  Thank you.

10        THE COURT:  Is there any redirect?

11        MS. SPERGEL:  Yes, Your Honor.

12                    **REDIRECT EXAMINATION**

13   BY MS. SPERGEL:

14   Q    Agent Tamsi.

15   A    Yes, ma'am.

16   Q    We spoke earlier and you were just asked some questions

17   about the undercover operation and are you -- you're aware or

18   did you direct Special Agent Darrell Franklin to create three

19   different user accounts on Welcome to Video?

20   A    Yes, ma'am.

21   Q    And what was the purpose of three different accounts?

22   A    So the administrator has more than one Bitcoin wallet and

23   when you're talking about thousands and thousands of different

24   users, you know, you want to do more than one transaction.

25   You want to kind of -- us purchasing Bitcoin access or, I'm

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    sorry, access to the website using different Bitcoin

2    addresses, it kind of just, you know, solidifies our

3    suspicions that the whole Welcome to Video cluster is

4    accurate, that the users that we're looking at are involved in

5    sending Bitcoin to the Welcome to Video site.

6           THE COURT:  Ms. Spergel, lower the microphone so it's

7    closer to you.  Thank you.

8    BY MS. SPERGEL:

9    Q    So was the purpose of that to help clarify exactly where

10   the administrator was receiving the money?

11   A    Yes, ma'am.  It was to identify different -- when the

12   administrator would then take the Bitcoin from those

13   individual Bitcoin addresses and move them into different

14   spots, it allowed us to find his different wallets and his

15   different accounts.

16   Q    And so the purpose of the multiple transactions from the

17   three accounts was to help trace it back to the administrator

18   and to the users?

19   A    It was to trace it back to the administrator account and

20   then, yes, confirm the Welcome to Video clusters.

21   Q    And I'm also going to ask you to take a quick look again

22   at Exhibit 29.

23   A    Okay.

24   Q    Explain -- we discussed earlier that Exhibit 29 contained

25   information regarding videos, files that were found on the

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   Welcome to Video server; is that correct?

2   A    Yes.

3   Q    And are you able to confirm the accuracy of the

4   information contained within that document?

5   A    Yes.  So the video, the video description files, I

6   believe it's block H., that's a representation of the videos

7   that are located in the Welcome to Video server.

8   Q    And although you didn't create this document, how is it

9   that you were able to confirm that the information contained

10  within is accurate?

11  A    We have computer forensic specialists and then they

12  conduct computer forensic analysis on this, and we ask them to

13  do the queries for us.  They're specially trained in this type

14  of information.

15          MS. SPERGEL:  May I have one moment?

16  (Brief pause.)

17          MS. SPERGEL:  I have no further questions.  Thank

18  you.

19          THE COURT:  All right.  Thank you, Agent Tamsi.  You

20  are excused.  Members of the Jury, we're going to take our

21  afternoon break.  We'll be in recess for 15 minutes.

22  (Jury out at 3:16 p.m.)

23  (Proceedings had outside jurors' presence.)

24          THE COURT:  All right.  I'm just going to take up one

25  issue because I saw Mr. Fitzgerald's face when Agent

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   Schwaigert did not take off his mask, so did you have anything

2   else to say regarding that, Mr. Fitzgerald?

3   MR. FITZGERALD:  I'm sorry, Your Honor?  I couldn't

4   hear you.

5   THE COURT:  Before we all break for the afternoon

6   recess, I saw your expression because Agent Schwaigert did not

7   take off his mask.  Was there anything further you wish to say

8   regarding that?

9   MR. FITZGERALD:  Well, I want to object to anyone

10  testifying with a mask on, Your Honor.  I believe I understand

11  the Court's rule, so I just renew my objection.

12  THE COURT:  Ms. Thelwell, did you wish to say

13  anything further with regard to it?

14  MS. THELWELL:  No, Your Honor.

15  THE COURT:  Okay.  Let me just say, I did have an

16  opportunity to look at a couple of cases, one of them is

17  United States of America versus Aubrey Crittenden

18  C-R-I-T-T-E-N-D-E-N, at 2020 West Law 4917733.  It's a

19  decision from the U.S. District Court in Georgia, the

20  Columbus.  And I have to tell you, I agree with the Court in

21  that case, and so I'd like to just tell you what efforts we've

22  taken here.

23  As I indicated to you all when we were preparing for

24  the trial that the Court did hire an epidemiologist who has

25  recommended that we all wear masks, and if you look around,

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    you'll see that everybody in the courtroom has on a mask
2    including those of us who work here.  So agent Schwaigert's
3    decision to keep on his mask is consistent with what has been
4    recommended, however, recognizing the difficulty associated
5    with testimony, especially when you're testifying for a
6    lengthier period of time wearing a mask, I opted to allow the
7    witnesses to decide if they would like to keep on their mask.
8    And in two, two witnesses did not.  That was Agent Franklin
9    and Agent Tamsi opted to take theirs off.

10           While I don't know this for sure.  They certainly
11   appear to be younger than Agent Schwaigert who opted to keep
12   his on.  His testimony was a little bit shorter, but the key
13   question that you posed was one as it relates to the
14   confrontation clause, and in looking at the case law, I agree
15   that as the District Court noted in the Crittenden case that
16   the wearing of a mask does not violate a Defendant's
17   confrontation right, that basically the only thing that stands
18   in the way of the jury's ability to view the witness is the
19   mask that covers the nose and the mouth.  It doesn't prohibit
20   the Defendant and the witnesses from directly looking at the
21   person during the testimony.

22           There's no reason for me to believe that it's less
23   difficult to tell a lie to a person's face just because his
24   nose and mouth are covered.  It also does not eliminate the
25   jury's ability to judge credibility or the demeanor of the

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1  witness.

2          What they cannot see simply is the movement of the

3  nose and the movement of the mouth, and I don't think the

4  confrontation clause requires the jury be able to see every

5  language of the body.  When I weigh that with the reasons why

6  the mask requirement has been imposed, and that is for the

7  safety and well-being of those of us participating in this

8  trial, and particularly the fact that we will be here for an

9  extended period of time and the recommendation of the

10  epidemiologist, I find that on balance it clearly is not

11  something that causes a violation of the confrontation clause,

12  and that if the mask requirement is one that certainly I could

13  impose with regard to everybody, but recognizing some of the

14  concerns and recognizing sometimes the difficulty of

15  testifying for an extended period of time with a mask on, I

16  opted to give the witnesses the option.

17          I also put water there if they get thirsty.  They get

18  talking, they can drink water.  I also notice that there's a

19  Plexiglas screen in front of the witness stand.  We are wiping

20  down the witness box, the chair, removing the microphone

21  cover, so we're doing all that we can to ensure that every

22  precaution is taken to avoid the dangers associated with the

23  coronavirus which is still at a pandemic level in our country,

24  but I don't believe that all effects the juror's opportunity

25  to assess the credibility of the witnesses.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1          I also found another case, United States versus

2     James, and this is at 2020 West Law 6081501 out of Arizona

3     District Court.  That court concluded and I likewise agree

4     that the mask requirement does not significantly obstruct the

5     ability to observe the demeanor as masks only obfuscate two

6     witness traits, again, movement of the nose and mouth, and at

7     this again I don't think that the confrontation clause

8     requires more.

9          The jurors are in the room with the witness as is the

10     Defendant face to face and the witnesses are able to testify,

11     and in this case we are, of course, monitoring their testimony

12     to make sure that they are speaking loudly enough for the

13     jurors, the Defendant and Counsel to hear the testimony even

14     if they decide to wear a mask.

15          Anything further?  Any other issues we need to take

16     up at this time?

17          MR. FITZGERALD:  Your Honor, just for the record,

18     Special Agent Schwaigert is the only witness to have worn a

19     mask.  There have been three so far.  The other two have not

20     worn a mask.

21          THE COURT:  Who are the three?  Yes, that's what I

22     said, there were three.  The first two, Franklin and Agent

23     Franklin and Agent Tamsi chose to take theirs off.

24          MR. FITZGERALD:  It's just there's nothing in the

25     record, so I'm making a record.

1    THE COURT:  I just said that, so --

2    MR. FITZGERALD:  Okay.

3    THE COURT:  -- that they chose to take theirs off.  I

4  also note that Agent Schwaigert appeared to be an older

5  gentleman than the other two that decided to take theirs off,

6  so, you know, and we all know how the coronavirus effects

7  older people, so anything else?

8    MS. THELWELL:  No.

9    THE COURT:  All right.  We're in recess for 10

10  minutes.

11  (Recess had.)

12  (Jury in at 3:24 p.m.)

13    THE COURT:  All right.  The Government may call its

14  next witness.

15    MS. THELWELL:  The United States calls James Daniels.

16  (Witness sworn.)

17    COURTROOM DEPUTY CLERK:  Please state your name for

18  the record and spell your last name for the record.

19    THE WITNESS:  James Daniels, D-A-N-I-E-L-S.

20    COURTROOM DEPUTY CLERK:  Thank you.  Be seated.

21    THE COURT:  Mr. Daniels, good afternoon.  There is a

22  bottle of water there, and you may remove your mask.

23    THE WITNESS:  Thank you.

24

25

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1                          JAMES DANIELS,

2     having been first duly sworn under oath, was examined and

3     testified as follows:

4                        DIRECT EXAMINATION

5     BY MS. THELWELL:

6     Q     Good afternoon.  Can you tell us about what you do for a

7     living?

8     A     Yeah.  I'm the Director of Investigations at a company

9     called BlockTrace which is a cryptocurrency forensic company

10    and a data analytics.

11    Q     And how long have you been employed at BlockTrace?

12    A     I started out with BlockTrace on October 1st of 2020.

13    Q     And what is your role there?

14    A     I'm the Director of Investigations.  Currently I've been

15    contracted back through a Government contract to work with IRS

16    Criminal Investigations with their western cyber crimes unit.

17    I'm responsible for assisting agents in working criminal

18    investigations and doing cryptocurrency trace.

19    Q     Can you tell us a little bit about your educational

20    background?

21    A     Yes.  I've an accounting degree from California, from

22    University of Sacramento.

23    Q     What did you do upon graduation?

24    A     In September of 1995 I was hired as a Special Agent with

25    the Internal Revenue Service criminal investigation.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   Q    How did you ultimately serve as a special agent at IRS
2   CI?
3   A    I was a Special Agent for 25 years.
4   Q    Where did you first begin working as a Special Agent?
5   A    I was a Special Agent in Portland, Oregon.
6   Q    What was your role?
7   A    As a case work agent, I was responsible for work cases
8   regarding tax evasion, money laundering, bank secrecy
9   violations, structuring, bank fraud, wire fraud.  I worked on
10  numerous number of drug investigations.  I also worked in
11  cyber crime investigations as well.
12  Q    When you say cyber crime, what type of crime are you
13  talking about?
14  A    For us, basically that's any crime that occurs with the
15  assistance of an Internet, so if somebody decides to use
16  either cryptocurrency and/or methodologies using the Internet,
17  that would deem us as a cyber crime for us.
18  Q    How long did you serve in this type of role as a special
19  agent?
20  A    So I was a Special Agent for the first 17 years of my
21  career and then I was assigned to our headquarters unit where
22  I wrote computer programs for agents to process and work their
23  investigations.  After doing that for about three years, I was
24  assigned over to our newly created cyber crimes headquarters
25  unit where I was responsible for the program areas of

1    cryptocurrency and the Dark Web.

2    Q     And so what specifically was your role in that last

3    assignment?

4    A     As the assigned headquarters for cyber crimes, I was

5    responsible for coming up with training mechanisms to teach

6    our agents how to work investigations regarding

7    cryptocurrency.  I was also responsible for educating agencies

8    outside of our own on what cryptocurrency was and how to work

9    investigations involving cryptocurrency.

10   Q     What type of outside agencies did you work with?

11   A     I've worked with almost all the agencies, HSI, ATF, FBI,

12   DEA.  I was part of a group effort to come up with the

13   procedures on how to seize cryptocurrency, and I wrote the

14   policy for IRS Criminal Investigation on how to seize crypto.

15   Also worked with foreign countries.  I was sent to

16   approximately 14 to 15 different countries to train their

17   countries and their law enforcement on what cryptocurrency was

18   and how to investigate it.

19   Q     Are you familiar with FinCEN?

20   A     I am familiar with FinCEN.  While I was working in our

21   cyber crimes unit, we worked with them on policies regarding

22   regulations and cryptocurrency and how it should be treated

23   and monitored.

24   Q     And so how long would you estimate that you've been

25   investigating, investigating crimes involving cryptocurrency?

1   A    I would say probably starting around the year 2015, '16,

2   right in there when I was still part of our computer

3   department.  That's when we, as IRS criminal investigation,

4   got into investigating cryptocurrency, and with my computer

5   background, I was involved in a couple of the early

6   investigations as to ideas on ways for us to handle and manage

7   it.

8   Q    And when did you retire from IRS CI?

9   A    I retired on September 30th of 2020 and then started my

10  new job October 1st of 2020.

11  Q    So it's like you never left; right?

12  A    It's like I never left.

13  Q    What was your last assignment at IRS CI before you

14  retired?

15  A    Yes.  Starting February of 2020, I went from headquarters

16  unit and I was assigned as a case working agent in our western

17  cyber crimes unit where I was working by the -- when I left I

18  had five active cyber investigations, all involving

19  cryptocurrency, had investigations specifically on

20  cryptocurrency exchangers on Darknet markets and those that

21  were attempting to use cryptocurrency to evade income tax.

22  Q    If you could look in your book, the exhibit book that's

23  sitting right there and locate Government's Exhibit 43.

24  A    Yes.

25  Q    If you could pull it out of the sleeve and flip through

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   the pages and let me know if you recognize Government's

2   Exhibit 43.

3   A    Yes.  I recognize this.

4   Q    What is it?

5   A    This is a presentation that I put together.  This is

6   actually a summarized presentation that I would provide on the

7   understanding of the cryptocurrency and Dark Web activity.

8   Q    And for what purpose did you put this presentation

9   together for us?

10  A    This shortened presentation I put together to gain a

11  better understanding of what cryptocurrency is and how it

12  works with the Dark Web and how it works.

13  Q    And would this presentation aid the jury in understanding

14  the testimony about cryptocurrency and the Dark Web as well as

15  blockchain analysis?

16  A    Yes.

17       MS. THELWELL:  Your Honor, at this time for

18  Government's Exhibit 43, we intend to use it as a

19  demonstrative so that the jury can follow along with the

20  witness' testimony.

21       THE COURT:  Is there any objection?

22       MR. FITZGERALD:  No, Your Honor.

23       THE COURT:  You may proceed to show Exhibit 43 as a

24  demonstrative aid to Mr. Daniels' testimony.

25       MS. THELWELL:  Thank you, Your Honor.

```
 1   BY MS. THELWELL:
 2   Q    If we could pull up evidence of 43, and while that's
 3   appearing on the screen, before we jump into it, Mr. Daniels,
 4   I do want to ask you a couple more questions about your
 5   background.
 6   A    Yes.
 7   Q    At some point -- let me rephrase.  Based on your training
 8   and experience and all of the years that you have been doing
 9   cryptocurrency-related investigations, have you heard of
10   something called Chain Analysis?
11   A    Yes, I have.
12   Q    What is that?
13   A    Chain Analysis is a publicly available software
14   application that allows the user to assist them in tracing
15   cryptocurrency transactions.
16   Q    Does Chain Analysis offer any type of certification
17   programs?
18   A    Yes, they do.
19   Q    Have you obtained a certification through that company?
20   A    Yes, I have.
21   Q    Can you tell us a little bit about what that entails?
22   A    Basically it's a combination training class and test that
23   you have to take to make sure you have an understanding of how
24   to use their application and how to trace crypto transactions
25   between addresses and then also get an understanding of what
```

1    the underlying data may mean when you're looking at it.

2    Q    Okay.  And is that a certification that you currently

3    hold?

4    A    Yes.

5    Q    How many investigations would you say that you have

6    participated in that involved cryptocurrency tracing?

7    A    I would say in excess of 50 to 75.  There's more than I

8    can remember.  It may have been more than that.

9    Q    Were you involved in the cryptocurrency tracing in this

10   case related to Jack Dove?

11   A    Yes.

12   Q    When you compare the tracing methods used in the Welcome

13   to Video website compared to the other cryptocurrency

14   investigations you've had, how does it compare by level of

15   complexity?

16   A    Well, it would depend on each individual particular

17   transaction from the Welcome to Video website, but if you're

18   asking me how does it compare to this particular transaction,

19   it doesn't get any more simple than what we're seeing in this

20   case.

21   Q    Okay.  And why is that, briefly?

22   A    Well, because it basically goes from point A to point B.

23   There's nothing in between that would attempt to hide or

24   conceal the transaction or go through potentially another

25   wallet or some other method to get to where it's going.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    Q    Have you seen in your other investigations involving

2    cryptocurrency tracing where the transactions do not go from

3    point A to point B but maybe go through some other of the

4    hoops that you've just described?

5    A    Yeah.  In a lot of other investigations we'll see people

6    use what are called mixers or tumblers which are basic

7    methodologies to hiding and concealing their transaction, the

8    true ownership of the transaction.  We'll also see them use

9    wallets that are not associated with cryptocurrency exchangers

10   which allow for additional levels of separation between the

11   exchanger itself and then the end recipient of the

12   transaction.

13   Q    Thank you.  Is Government's Exhibit 43 displayed on

14   everyone's screen?  Yes.  Great.

15             THE COURT:  Yes.

16             MS. THELWELL:  We'll jump right into it.  If we can

17   move to slide two.

18   BY MS. THELWELL:

19   Q    Can you explain to us what is the Dark Web?

20   A    Yeah, so the Dark Web, it was mentioned a little earlier,

21   but it's a subset of the Internet in general.  And the easiest

22   way to look at this is there's three areas of the Internet.

23   We've got the Surface Web, the Deep Web and the Dark Web.

24   Surface Web is an area where anybody can get access to.  This

25   is where Google is, Yahoo is.  Effectively it's defined by the

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    fact that to get there you don't need a user name or a

2    password, so if you type in something in to Google, when it

3    returns a search result, it's returning information from the

4    Surface Web.

5        The Deep Web is where corporations hold their

6    information, private data is held, bank account information,

7    health records, those kind of things.  This is why if you

8    would type my name into Google, my bank account information

9    doesn't come up, because it's withheld into the Deep Web.  And

10   in order to access information within the Deep Web, normally

11   you would have had to have a user name and password because

12   it's protected and sensitive type information.

13       A subset of the Deep Web is called the Dark Web, and in

14   order to get there, you have to have specialized software in

15   order to access it.  The easiest way I like to describe it is

16   you can't observe a Microsoft word document with Microsoft

17   Excel.  You have to have the right software to do it, and

18   that's a distinguishing factor for the Dark Web, again, is

19   that you need -- you just need to use specialize software

20   because the information is stored in a different way.

21   Q     Slide three, please.  So what type of website or content

22   is available on the Dark Web?

23   A     Yeah.  So the Dark Web, you know, from us from an

24   investigator standpoint basically holds number of digital

25   illegal activity that we see in the real world.  If it can be

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   digital, we're seeing it on the Dark Web.  That being said,

2   not everything on the Dark Web is illegal.  I've been on

3   Darknet market sites where I've seen people selling drugs

4   right next to them selling an Xbox 360.  So just the mere fact

5   that something is on the Dark Web doesn't necessarily mean

6   it's illegal.  It's the intent and purpose behind whatever it

7   is.  But some of the things that we see are pornography,

8   pharmaceuticals, people selling their own prescriptions,

9   weapons where people are attempting to evade, you know, the

10  reporting requirements of purchasing firearms or those kind of

11  things.

12      We've got from blogs where people are talking about

13  criminal activity.  One big thing that we look at is people

14  talk about how to commit tax evasion, methodologies that they

15  can try to use to hide their income.  Financial fraud sites.

16  This is where people will be selling identity theft

17  information so all the data breaches that you hear about

18  online and information being sold, a lot of times this is

19  where it's sold is on the Dark Web.

20      You can acquire, drugs, cocaine, heroin, ecstasy.  Those

21  kind of things can be purchased.  Fake documentation services.

22  This is where somebody will create a fake driver's license or

23  fake passport or other IDs for you.

24      Carding sites.  This is where somebody would sell you,

25  you know, stolen credit card information and/or encode that

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

```
 1    credit card information say on another credit card or those
 2    kind of things.
 3    Q     Next slide.
 4          How does someone access the Dark Web?
 5    A     Yes.  Like I mentioned before, it was mentioned earlier
 6    is the main method that most people use is called the Tor
 7    which is the Onion router.  Basically what it is it's a piece
 8    of software that runs on your computer and it runs in
 9    conjunction with Mozilla Firefox.  Firefox is just a browsing
10    application, no different than Chrome, Safari or Explorer.  It
11    just happens to be one of the browsers that are out there.  So
12    the Tor is an add on to Firefox that allows you to view
13    Darknet for web pages.  There are a couple of other ones that
14    are out there, but the main one that is used is the Tor.
15    Q     Is the Tor free to download?
16    A     Yes.  It's free for anybody to download and there's
17    nothing illegal about downloading it and installing it on your
18    computer.  There's nothing illegal about going to the Dark
19    Web.  A lot of times I'll describe that the fact that, you
20    know, it's kind of like most cities have an area that you
21    don't go to, the mere fact that you drive through that area
22    doesn't mean you being there is an illegal thing.
23          Now, if you go there to purchase drugs, then that's the
24    illegal component, so it's intent and purpose behind going to
25    the place that you're going to is the thing that we look at.
```

1    Q    Next slide, please.

2         Can you describe for us how the Tor browser works?

3    A    Yeah.  Honestly it works just like any normal browser

4    that you would use on your computer.  It operates the exact

5    same way, files the same way.  Your interactions are the same.

6    You just are putting in different addresses.  It was described

7    before about the "dot onion" being at the end, and that's just

8    the way that that particular file is stored and saved.  And

9    the reason why it's called that is it's dealing with layers of

10   an onion because it deals with layers of encryption, and so

11   it's those encryption layers that it's dealing with the intent

12   to try to hide and obfuscate, you know, who is sending the

13   information and who is requesting the information.

14   Q    Let's see the next slide.

15        So what exactly does the Tor browser look like?

16   A    Yeah.  So you can see on the screen, I mean this looks

17   just like a normal browser that you would open up if you were

18   to go to the Internet.  One significant thing that's different

19   on here is the part where it says your IP address appears to

20   be, and what that is, that IP address, the Internet protocol

21   address, is the address that's assigned to your -- usually

22   your residence.  It's the router that you're sending the

23   information to and from; that that's the information that's

24   given out when it's requesting information.

25        And what the Tor browser does, it changes your IP

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   address, so if I was to open up say Chrome and check with my

2   IP address, it would be different than what the Tor would send

3   out.  And the reason is is because the Tor again creates this

4   onion layer around it which we'll show in the next slide about

5   how it sends out and receives information back.

6   Q    Next slide, please.

7        This slide 7, and what are we observing in this top

8   right-hand corner, left-hand corner?  Excuse me.

9   A    Yeah.  So in this instance, right here as it shows the

10  Tor circuit that it's called, the browser being the top place

11  that you're coming from, what it does is in this particular

12  instance, it sends the information through three different

13  other computers that are located anywhere around the world.

14  And in this particular example, this one first hopped into

15  France, then to Germany and then to the United States.  And

16  each one of those things creates that layer of an onion in

17  order of another layer of encryption.  So the browser, when it

18  sends out the information, when it hits the computer, it

19  doesn't know anything other than where it came from and it

20  doesn't know where it's going, so each one that goes creates

21  another layer, and then on the way back it effectively unwraps

22  itself.  And it was created this way to send, you know,

23  information securely back and forth between two parties.

24  Q    If we could go to the next slide, slide 8.  Can you tell

25  us what Grams is?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   A    Yes, so Grams was a search engine that used to exist on

2   the Dark Web.  With the Dark Web, things come and go rather

3   quickly, but Grams was the equivalent of Google and you could

4   even see how they kind of labeled their, you know, their name

5   along the same line, but effectively you would use it the

6   exact same way you would use Google, so in this example here,

7   I typed in the word cocaine to see what kind of hit results I

8   would get off of the Dark Web.

9   Q    And so if we could look at, for example, those first two

10  entries there, your Grams search results.

11  A    Yes.  Again, just like Google would return, you know,

12  these would be the return results for this particular thing.

13  And in this instance the top two that came up are telling me

14  that I could acquire cocaine from a dark market called Trade

15  Route.

16       And then the second one would be from Valhalla which is

17  another Darknet market, and the second one would tell me I

18  could buy a half a gram for $80.  It would tell me the price

19  that I would pay in Bitcoin, location that it was coming from,

20  so the point is that the interaction with it is really no

21  different than what you see, what we call in the Surface Web.

22  You're just searching a different way is all you're doing.

23  But, again, most of the time it's focused around some sort of

24  illegal activity.

25  Q    Is Grams, I think you may have mentioned, is Grams still

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    functioning?

2    A    No.  The last time I checked it wasn't functioning and

3    that was a couple of years ago.  Somebody may have spun up

4    something, you know, since then, but, again, those search

5    engines come and go quickly.

6    Q    The next slide, slide 9.  So here, what exactly are we

7    looking at on this slide?

8    A    Yeah.  So one of the things, you know, with these

9    websites coming up and going down rather quickly, in order to

10   get access to information on the Dark Web, there are sites out

11   on the Surface Web that anybody can go to and one example here

12   is the DeepOnion Web and what it is is a website on the Clear

13   Web that basically is kind of an information website of

14   everything that's happening on the Dark Web, kind of like a,

15   hey, here's-what-you-need-to-know-type thing, and one of the

16   things it has on the right-hand side is a list, an Onion list

17   and availability sites.  So what this is doing on the back end

18   is it has where it shows URLs.  It will give you a list of the

19   Onion address you would need to access Dream Market or Wall

20   Street Market and these two, you know, Wall Street happens to

21   be marked in red.  And usually what that means when it's

22   marked in red is that website is down.

23       Websites come up and down just like you do on the Surface

24   Web as they do on the Dark Web, and so this is kind of an

25   information component for people to be able to see, you know,

1    what's happening on the Darknet.  And with the URLs

2    themselves, I know we saw one earlier about the address

3    itself, you know.  It isn't just like www.DreamMarket.onion.

4    It's a series of letters and numbers that kind of hide what it

5    is.

6         Sometimes you'll see a couple of vanity ones where

7    they'll actually include a name in there, but most of the time

8    not.  So this is an easy way for people to advertise their

9    Dark Market sites on a website so other people can come to

10   them.

11        THE COURT:  Mr. Daniels, slow down a little bit, sir.

12   The court reporter is transcribing what you are saying.

13        THE WITNESS:  I know.  I'm sorry.  I get excited

14   about this, so I apologize.

15   BY MS. THELWELL:

16   Q    All right.  Let's take a look -- if we could look, if we

17   could blow up that box that's in the middle -- that shows

18   International Law Enforcement.  Can you tell us what is being

19   shown here?

20   A    Yes.  So at the time that I took a copy of this website,

21   of the DeepOnion website, the DeepDotWeb was its predecessor.

22   And it was a website that was up that effectively did the

23   exact same thing as the one that I was just talking about, and

24   I honestly thought it was quite ironic that the one that took

25   over after it had an article about its predecessor being taken

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    down for doing illegal activity.

2         And so it's kind of like a news article no different than

3    going to the home page of like Yahoo or something else like

4    that.  You could click on it and it would be a news article

5    that you could read about it, but I had just posted this one

6    on here and it happened to be May 10th of 2019 that

7    International Law Enforcement had seized the DeepDotWeb

8    Surface website.

9    Q    What is depicted in that picture above the text?

10   A    Those would be the law enforcement agencies associated

11   with taking down that site, so what that is is if somebody was

12   to go to the DeepDotWeb on the Clear Site, what law

13   enforcement does when they take down a server is they

14   effectively put up their own page instead that says, hey, this

15   website has been taken down by these law enforcement agencies.

16   Q    Are you aware of whether or not that was also done in the

17   Welcome to Video website?

18   A    Usually Dark markets work a little bit differently than

19   ones on the Surface Web.  They usually don't put up a page on

20   the Dark Market.  It's usually just the Surface, but I'm not

21   100 percent sure in this particular case.

22   Q    If we could go to the next slide.  Next slide, please.

23        Could you tell us what virtual currency is?

24   A    I'm going to read the official textbook answer and then

25   I'm going to describe what it is.  It's a digital

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   representation of value that is neither issued by a central

2   bank or a public authority, nor necessarily attached to a fiat

3   currency, but is accepted by natural or legal persons as a

4   means of payment and can be transferred, stored or traded

5   electronically.

6       Effectively what that means is virtual currency is a

7   digital thing that has been created that people have agreed

8   has value.  And when we talk about virtual currency and

9   cryptocurrency moving forward, the easiest way to think about

10  it is think about gold.  Gold is not owned or generated or

11  created by any Government.  Gold is a natural resource, and a

12  lot of the characteristics that apply to virtual and

13  cryptocurrency apply to the real world of gold.  Gold's price

14  is determined by the market.

15      A Government doesn't come in and say, well, today gold is

16  going to be worth this, whereas the United States and any

17  other country can actually control inflation by how much

18  currency it releases into the market and allows for the

19  Governments to actually control a lot of things that happen in

20  economics.

21      Gold doesn't work that way.  Gold operates on its own.

22  Whoever is willing to pay a certain price, that's how much

23  they're willing to pay.

24      Cryptocurrency works the exact same way.  It has its own

25  market of buyers and sellers that internally within that

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   market, they decide the value of cryptocurrency based upon a

2   lot of economic and social factors and those kind of things,

3   but, again, thinking about it in the same way of gold and

4   cryptocurrency of how to operates is very, very similar.

5   Q     So is there a difference between -- was there a

6   difference between the term cryptocurrency and virtual

7   currency?

8   A     Yeah.  So virtual currency is a much more broad

9   overarching definition.  Virtual currency would encompass

10  things like, quote unquote, money or tokens in video games.

11  It's a way for in a video game for you to acquire a certain

12  skin in Fortnite or a specific weapon so you're actually

13  buying, you know, with a digital money or virtual currency.

14      Cryptocurrency takes it to the next level of actually

15  using encryption and storage mechanisms to help it maintain

16  its process in transactions moving forward.  So virtual

17  currency is overarching definition of it, and cryptocurrency

18  is a subset of it, and with that, on this slide as of

19  September 2019, there were over 2800 cryptocurrency in

20  circulation, so Bitcoin isn't the only one.  All of them are

21  based upon, you know, software.

22      Anybody can actually create their own cryptocurrency, but

23  with that it doesn't mean that it has value.  Anybody can

24  create any good that they want, but that doesn't necessarily

25  mean somebody actually wants to buy it, so a lot of these

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1  things, a lot of these cryptocurrency themselves again have

2  special rules behind each one of them, and a lot of them are

3  different, but Bitcoin by far is the largest in all of the

4  cryptocurrencies, and currently I think they have just over

5  half of the total market ownership of all cryptocurrencies

6  together.

7  Q    All right.  If we could go to the next slide.  So what

8  is -- you kind of mentioned a little bit, but if you could

9  tell us a little bit about specifically what Bitcoin is and

10 the information displayed on the screen.

11 A    Yeah.  So the Bitcoin started January 3rd of 2009.

12 That's when the very first Bitcoin was released.  The current

13 supply out there is just over 18,000,000 Bitcoin.  The maximum

14 supply is 21,000,000 so, again, like gold, there's only so

15 much gold on this planet, with Bitcoin, there's only so much

16 Bitcoin.

17      Now, not all cryptocurrencies follow this same

18 definition, but today I'm going to talk about the rules behind

19 Bitcoin just so you have a better understanding of it.

20      The current value and, again, this is as of the 17th, so

21 four days ago, it was 57,000 per Bitcoin.  Bitcoin can be

22 broken down into smaller denominations so you don't have to

23 just buy a single Bitcoin.  You can buy fractions of it.  And

24 a lot of times Bitcoin is acquired using U.S. terms, so if

25 somebody would say, well, I bought $100 worth of Bitcoin,

1  which could be .00085987 Bitcoin.  And at that time, the total

2  market cap, so basically all the value -- all the Bitcoin out

3  there was just over $1 trillion in U.S. value.

4        Significant characteristics with Bitcoin, when you're

5  looking at those, you know, numbers that go across is Bitcoin

6  addresses are between 25 and 36 characters and they begin with

7  a 1 or a 3, and so that just kind of helps us as law

8  enforcement when we're looking at these crypto addresses.

9  This kind of gives us a pointer where to kind of look to to

10 see what kind of crypto address it could be.

11 Q   In that case, any time you see a cryptocurrency address

12 and it starts with a 1 or a 3, that's an automatic indicator

13 to you that it's going to be a Bitcoin address; is that

14 correct?

15 A   Yeah.  It would definitely be an indicator to me to look

16 at Bitcoin first.  And the mere fact that, you know, a Bitcoin

17 address is out there doesn't necessarily mean it's ever been

18 used, so I could find one that starts with a 1 or a 3 but it's

19 not actually on the blockchain which we'll talk about in a

20 little bit, but, again, for us in terms of recognizing it,

21 that's one of the characteristics that we look at.

22 Q   Okay.  Thank you.  So next slide, slide 14.  How does

23 someone obtain Bitcoin?

24 A   Yeah.  So there's three ways that you can get Bitcoin.

25 One is through mining.  Another one is through direct

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    purchase, and the last one is through an exchanger.

2        The direct purchase one is pretty simple.  That's just me

3    buying it from somebody off of the street.  I can go up and

4    buy Bitcoin from somebody.  I give them cash and they transfer

5    Bitcoin to me.  The other two we'll go into a little more

6    detail in future slides.

7    Q    Okay.  Let's talk about the mining process.  Can you tell

8    us a little bit about that?

9    A    Yeah.  So the simplified version of Bitcoin mining is

10   again like gold.  The only way that you can get gold out of

11   the ground is you have to mine.  Bitcoin works the same way.

12   Only way new Bitcoin are generated is through this mining

13   process, and what this mining process serves is basically it's

14   the reconciliation of the transaction at the time that it

15   occurs.

16       In the real world, for example, it would be the

17   equivalent of you reconciling your bank transactions every

18   single transaction you did.  So in your old checkbooks, if you

19   wrote a check and you had a balance in there and you wrote a

20   check out, that would mean that the number that you last ended

21   with is what you have in your bank account.  And then when you

22   wrote the check, you would immediately subtract it off knowing

23   that this is the new amount I have in my account.  That's

24   effectively what the mining process does.  It validates that

25   whatever that last number is minus your last transaction is

1   the actual value that you've got, and that's one of the things

2   that gives Bitcoin its unique characteristic of knowing that

3   it has value is because the last transaction that conducted

4   validated the fact that the number of Bitcoin you own is that

5   exact number.

6   Q    Can you tell us what blockchain is?

7   A    Yeah.  So blockchain, all blockchain is a database.

8   That's all it is.  It's a database that's no different than

9   any other database that stores information.  Like there are

10  other databases out there called SQL Server or MySQL or

11  Access.  They're just databases.  The unique characteristics

12  behind blockchain, it's a self-authenticating database.  And

13  what that means is every time a record is written to the

14  blockchain, it can never be changed, so that's what gives its

15  unique characteristic dealing with that reconciliation

16  process.  Knowing that it was written into the record that

17  there are say 50 Bitcoins, well, nobody can go in and change

18  that because it's been written to the blockchain.  And so it

19  does that through hashing algorithms that had been talked

20  about earlier today and that's where it gets that crypto

21  component of it is it uses cryptology in order to reconcile

22  and write the transaction to the blockchain.

23      Blockchain is publicly available.  Anybody can go out

24  there and see it at any time.  And there are multiple copies

25  of the blockchain, Bitcoin blockchain that are out there, and

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    that's one of the other things that it does is by having

2    multiple copies of it, it allows for it to know that, hey, you

3    can't just change it over here because that means the other

4    eight aren't going to equal it.  So there are multiple copies

5    of it out there on the Internet.

6    Q    Is every cryptocurrency on the same type of blockchain?

7    A    No.  Every cryptocurrency has its own blockchain and they

8    all work a little bit differently.  Again, it's think about it

9    as a software application.  Not every software application

10   does the exact same thing, so not every cryptocurrency does

11   the exact same thing, so each one has unique characteristic

12   that may make it different than Bitcoin itself.  So, yeah,

13   just keep in mind that the information that I'm providing you

14   today is related specifically to Bitcoin.

15   Q    All right.  Thank you.  So how does a Bitcoin blockchain

16   work?

17   A    So in this example, let's say person A wants to send

18   money to person B.  They would go to their mechanism of

19   wherever they have their Bitcoin stored.  This could be an

20   exchanger or a wallet as what was described by the first

21   witness today.  But they wanted to send money to somewhere

22   else, and so what they would do is they would send that

23   request out, and so I would have my crypto address that I have

24   and I have the address that I want to send it to and I would

25   send that out to the Internet as a request.

1    And then what happens is you've got a bunch of other

2    people in 3 that are all effectively doing the exact same

3    thing.  They're all sending out these requests, and then the

4    network of miners that are out there look at these requests

5    that are happening and they basically pull the top ones off of

6    the list based upon how much in fees they're willing to pay,

7    how long they've been sitting out there, but effectively they

8    grab a pool of transactions and then they put them through

9    that mining reconciliation process.

10    It's a much more intricate detail about what happens with

11    mining, so I'm simplifying it for us here today, but once that

12    mining process is complete, then what happens is those

13    transaction had been reconciled, they are written to the

14    blockchain and then person B would receive their money.

15    One thing I did want to add that I hadn't mentioned

16    before, the reason why these miners do these things is that

17    the point of them doing it is they're all competing against

18    each other and whoever wins wins new Bitcoins.  When Bitcoin

19    was initially started in 2009 the winner would get 50

20    Bitcoins.  Now at that time Bitcoin really wasn't worth

21    anything at all, but every 210,000 transactions, that reward

22    is cut in half, and it's been cut in half forward to there to

23    right now we're at 6.5 Bitcoins.

24    Now, again, the reasons why the miners do this is every

25    10 minutes, which is about the average amount of time that

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    these transactions are reconciled, 6.5 Bitcoins come out.
2    Well, the current value of in excess of $50,000 per Bitcoin,
3    you're talking $300,000 in every 10 minutes is generated for
4    that miner, so there's a lot of reward for mining processers
5    to participate in this which is why they do it and keep that
6    process moving forward.
7    Q    For slide 18.  Can you tell us what type of information
8    is recorded on a block in a blockchain?
9    A    Yes.  So Bitcoin transactions were written very similar
10   to our normal finite transactions that we deal with today.  So
11   if we take a look at a check itself, we've got the time stamp,
12   the date of the check, we've got the check number which is in
13   the Bitcoin world called your transaction hash.  That's how
14   you would find it.  You've got the amount being the Bitcoin
15   amount involved in the transaction.  Across the bottom you've
16   got your routing number, which is the wallet that it came
17   from.  Your account number would be the specific Bitcoin
18   address, and then the signature would be your input private
19   key.
20        In order for you to conduct a transaction, Bitcoin
21   transactions require what's called a public and a private key,
22   so imagine you've got your debit card which on the outside of
23   your debit card you've got your 16 digits but you are the only
24   one that has that pin number, so if somebody had ahold of that
25   card, they couldn't transact with it without the pin number.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1     Bitcoin works the exact same way.  In order to have the

2     pin number or in order in conduct the transaction, you would

3     have to have the pin number --

4          THE REPORTER:  I'm sorry.  Could you slow down,

5     please?

6          THE WITNESS:  You would have to have a private key as

7     well.  So just like your debit card, you have to have the card

8     and the pin number in order to conduct a transaction.

9          And then on the back of the check, which is who it's

10    endorsed to or where it's going is the output Bitcoin address.

11    The one thing that's missing, if you notice one block that

12    isn't on here, is who the payee is.  Bitcoin was created with

13    the concept of the attempt to be -- to conduct anonymous

14    transactions.  For Person A or entity A to send a transaction

15    to entity or person B, you don't supply who the payee is in

16    the transaction, so that's not recorded on the blockchain, but

17    all other information on this transaction that's here is

18    publicly available on the blockchain.

19    Q    So go to the next slide.  This is slide 19.  You just

20    mentioned that all Bitcoin transactions are publicly

21    available.  And so what are we looking at here on slide 19?

22    A    Yeah.  So this is just a website on the Surface Web, so

23    the Clear Web where anybody can get to, it's called

24    blockexplorer.com and what it is is a website that if you type

25    that in it will show you all the latest Bitcoin blocks that

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    have occurred.  Everything that you see in blue is a hyperlink

2    you can click on, and in the top row it even identified on

3    height 40, if you could blow that back up again.  Thank you.

4    On height 476870, which is the block number, it even says that

5    who it was mined by, by Antminer, and they were able to

6    determine who that was because of the wallet address that it

7    went to.  Antminer has been identified based upon transactions

8    that Block Explorer has seen before, and so in this particular

9    example it associated that entity of Antminer as the mining

10   entity that would know those crypto transactions.

11   Q    So here this blockexplorer.com, is that a website that's

12   available on the open or Surface Web, as you called it

13   earlier?

14   A    Yes, it is.  Anybody can get access to this website.

15   Q    As it relates to blockchain information that is publicly

16   available, are all of those also available on the Surface Web?

17   A    Yeah.  All blockchain data related to Bitcoin is

18   available publicly to anybody.

19   Q    Let's look at what a full transaction might look like.

20   Excuse me.  I'm going to go to slide 20 next and tell us what

21   transactions look like that are contained within the

22   blockchain?

23   A    Yeah.  So this would be what's called the header block,

24   so this is the block itself.  And so if we blow up the

25   left-hand side here, so what we see here is this block has

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1  been identified as 5137282, and at the very top you see that

2  block hash.  That's that same hash algorithm that was spoken

3  about before to make it unique to know that this information

4  is what it is.  This is its unique value.

5       And then in this particular block, the number of

6  transactions that were contained in this block are 1,439.  So

7  that tells you, hey, there are 1439 transactions, Bitcoin

8  transactions contained within this block.  And then it tell us

9  the time stamp, so that's when the transaction occurred.  And

10  in this particular one it showed that the block reward was

11  12.5 which would have been, you know, in 2018, the reward that

12  was present at the time.

13  Q    The next slide.  What does a full transaction look like?

14  A    Yeah.  So in this particular transaction, if we looked on

15  the left-hand side, this is the very first transaction that

16  appears in every header block.  On the left-hand side it says,

17  "no inputs" because they're newly generated coins, so this is

18  the reward that went out.

19  Q    Can we blow it up, the left-hand side?

20  A    Yeah.  In the number on the top again is that hash number

21  so this is the unique hash number for this specific

22  transaction, so if you wanted to look up this transaction on

23  your own, you could type this into blockexplorer and it would

24  pull this specific transaction up on the blockchain.

25  Q    So this transaction hash as you call it, is it also

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   synonymous to saying transaction ID?

2   A    Yeah.  Those are synonymous.

3   Q    So essentially after the transaction is conducted,

4   instead of getting like a receipt, a paper receipt, this might

5   be -- this is what you get, you get a transaction ID number?

6   A    Yes.

7   Q    Okay.  If we could -- did you need --

8   A    So on the right-hand side, so if I put my accounting hat

9   on, all of your debits and credits have to equal, everything

10   on the left has to equal everything on the right, your inputs

11   and your outputs.  In this particular example on here, we see

12   the output going to 12.69 Bitcoin.  Now, some of you may be

13   thinking, well, wait a minute.  The reward was 12.5.  Where

14   did the other 1.9 and change come from.  Those are all the

15   fees that were paid on the 1439 transactions contained within

16   this block.  So that's an additional incentive for the miner

17   to participate in, these transactions are the fees, so they

18   gained the 12.5 in the reward plus the fees associated with

19   this block of transactions.

20   Q    And when you say "the fees," is that similar to if you're

21   making a purchase, you know, maybe on the Internet with a

22   credit card and there's a fee associated by making a credit

23   card purchase?

24   A    It is.  And that's actually one of the big things that

25   draws people to using cryptocurrency is the low fees of the

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

transaction involved.  Normally in a credit card transaction,

it could be between 2 and 4 percent is what the businesses

charge.  Bitcoin transactions are fractions of a percentage.

I think I saw, this was a while back, that a transfer in

Bitcoin was done in excess of -- it was like 50 or $60,000,000

and they paid $200 in fees, and so if somebody wanted to

transact with that, with a bank via a liar, that could be tens

and thousands of dollars, you know, charged by the bank.  So

it's another incentive for people to use Bitcoin, because of

the low fees associated with it.

Q     Let's go to slide 22.  What are we seeing in this slide?

A     So in this particular slide, so this is a transaction

that, you know, we looked at the previous one where A went to

B if you will.  On the left-hand side, we've got two inputs.

And, again, at the very top, we've got that unique hash value

or ID number.  On this one we've got two inputs, and the

number of inputs coming in will vary depending upon what the

transaction looks like and how this works is it's best to

think about it in the real world example, that if I'm going to

go in and buy a cup of coffee for $3.25, I don't have exactly

3.25 in my wallet.  Say I've got 4 ones, so in that scenario,

you would have four inputs, one each being for the dollar

bill, so Bitcoin works the exact same way.

          The value of the address associated with it is going to

be a line item, so you may have multiple inputs that need to

1    go in order to pay for what you're going to pay.  And so if we

2    go to the right side, so this is where it went.  So in this

3    particular transactional data, we've got Bitcoin that are

4    going out.  And one of these is going to be what's called a

5    change address, so in the previous example of I put in $4 to

6    buy my $3.25 cup of coffee, I need to get my 75 cents back.

7    Well, that's going to be change, and so that same thing

8    happens in this time of transaction is one of these is the

9    change address, and so then that change address would come

10   back to me and now I would have that 75 cents that I could

11   then turn around and use in another transaction.

12   Q    All right.  Let's go to the next slide.  So what are

13   digital currency exchanges?

14   A    Yeah.  So digital currency exchanger, best to think about

15   it as kind of like a bank, but instead of depositing your U.S.

16   currency in there and just holding it in U.S. currency, an

17   exchanger will hold cryptocurrency for you on your behalf.

18   And so what you would do is you would send this money, so a

19   lot of them you would hook up your bank account, debit card or

20   sometimes even a credit card.  I've seen Pay Pal before, but

21   basically you have a mechanism to get them money, so you would

22   set up an account with them and you would get money to them.

23        Now, one of the things that is required of currency

24   exchangers is they operate under the same rules that a bank

25   does, and the rules the bank have are called MSBs, which are

1   Money Service Business, so any business that operates under
2   that definition of Money Service Business has got to do
3   something that's called -- they have to implement anti-money
4   laundering laws.  They want to make sure that the money that's
5   coming in and the money that's going out isn't being done for
6   an illegal or illicit purpose, and that regulation which is
7   enforced and imposed by FinCEN puts in specific requirements
8   that companies have to follow.
9        And one of the ones that was mentioned earlier is KYC
10  which is Know Your Customer, so they have a requirement,
11  regulation requirement to know who they are dealing with, and
12  so when you set up an account with them they are going to ask
13  for specific information which we'll talk about on the next
14  slide, but once I get my money, my U. S. money into the
15  exchanger, I can buy any cryptocurrency that they are willing
16  to accept and then they'll conduct transactions on my behalf
17  just like a bank would.
18       So if I called my bank and said, hey, I need you to wire
19  money to a certain place, they'll do it, or I'll go online and
20  say I need to conduct a transfer.  Cryptocurrency exchangers
21  do the exact same thing.  So they actually hold for you your
22  cryptocurrency, so you as the user don't have to worry about
23  public and private keys and what special wallets do I need or
24  those kinds of things.  They simplify the process by handling
25  all of that for you, and you effectively use it like a bank

1    account to send money out.  And then when you want to cash
2    out, you can sell your crypto and then you can have that money
3    transferred back to your U.S. bank account.
4    Q    Let's go to the next slide.  Are you familiar with
5    Coinbase?
6    A    Yes.  I'm familiar with Coinbase.  It's one of the, if
7    not the most, well known U.S. exchanger here in the United
8    States.  They have an AML program that enforce the Know Your
9    Customer law.
10   Q    What do you mean by AML?
11   A    It's the Anti-Money Laundering laws I mentioned earlier,
12   and so in order to enforce that, again, they impose the Know
13   Your Customer rules to make sure they're gathering information
14   on their customers.
15   Q    All right.  So let's talk about some of the Know Your
16   Customer rules that Coinbase requires.  Go to slide 25.  How
17   does someone establish a Coinbase account?
18   A    Yeah.  So I myself, I personally have a Coinbase account.
19   I set one up, so I knew how it would work and how it would
20   operate.  And so in order to do it, you would give them their
21   email.  You would create a user name and a password, and then
22   depending upon the volume of transaction you're going to
23   conduct with them will depend upon the level of the
24   information they require from you.
25        Also regulation changes over time.  FinCEN may come out

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    with a new regulation or impose a new particular limit so when

2    I initially set up my account, they may ask for certain

3    information but then those regulations may change or they may

4    change their internal policies on what they want requested,

5    and so they may turn around and ask for additional information

6    as well.  Information that they'll ask for would be driver's

7    license information.  A lot of time in order to corroborate

8    who's actually on the driver's license, sometimes they'll

9    require pictures taken with a driver's license or they'll

10   require a selfie, a picture of yourself at the same time of

11   uploading the video.  That way they can compare the face in

12   the picture to the person on the ID.

13   Q    And as it relates to the email account, do you know if

14   Coinbase verifies the email address provided?

15   A    Yeah.  A lot of times they'll send out an email

16   verification request basically clicking on a link stating that

17   yes, this is my email.  Then they also have the ability to set

18   up what's called two-factor authentication which a lot of

19   times they need you to supply your cellphone number, so I have

20   that on mine, that when I go to access my account, it will

21   validate that I have that cellphone in my hand as a second

22   authenticating factor to make sure that I'm the actual person

23   accessing the account.

24   Q    And do you know whether or not Coinbase reports this KYC

25   or Know Your Customer information to the IRS?

1    A    Well, so, they will turn that information over when

2    they're provided with a legal subpoena.  There's a whole other

3    set of rules and regulations around the taxation behind what

4    happens.  That's for a different setting, but if they are

5    supplied with a subpoena or a court order to turn information

6    over, they'll turn over the account information as well as

7    whatever KYC they've collected being driver's license images

8    and those kind of things.

9    Q    Let's go to the next slide 26.

10        Can you tell us a little bit about who might accept

11   Bitcoin?

12   A    So Bitcoin is being accepted more and more and used by a

13   lot more, you know, publicly well-known names, and if, you

14   know, transacting in Bitcoin doesn't make necessarily the

15   transaction illegal or dirty or anything like that.  I give

16   the example that, you know, back in the day when I worked drug

17   cases, everything was done in cash and so, you know, the mere

18   fact of holding cash didn't make you a drug dealer.  Bitcoin

19   is the exact same way.  Just because you have Bitcoin doesn't

20   mean you're doing anything illegal.  It's what you do with it

21   that makes it illegal.

22   Q    All right.  Slide 27, if you could tell us a little

23   bit -- you've testified earlier that you had participated in

24   cryptocurrency tracing investigations upwards of over 75 times

25   I believe you stated.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1          So can you explain to the jury how exactly it is that
2     you're able or that individuals are able to trace Bitcoin
3     transactions?
4     A     Yeah.  So there are publicly available private sector
5     software tools that are out there.  I have three of them on
6     the screen here.  Chain Analysis, CipherTrace and Elliptic.
7     These companies were created, specifically created for those
8     anti-money laundering laws that I mentioned earlier and the
9     requirements behind the exchangers of knowing your customer.
10    So in addition to knowing your customer, these exchangers, the
11    money service businesses, also have to know the transactions
12    that are being conducted.  So what the software companies do
13    is they go in and they take all the publicly available
14    information on the blockchain, and they input all of that
15    information together, and they do a thing that's called
16    clustering which is basically putting addresses together by a
17    combination of their own proprietary software and other
18    Bitcoin algorithms that would allow you to associate
19    transactions with one another.  And then in addition to that,
20    they will also put in their information that they go out and
21    get on their own.  So as an example, one of these companies
22    would probably set up accounts with a lot of the exchangers
23    that are out in the U.S. and then conduct a transaction with
24    that exchanger and see what that address is, and then when
25    they have that address, if they see that address being

1    associated or clustered with another one, then they know that
2    two addresses are the same.
3        When you keep building that up, building that up,
4    building that up, its affect allows you to demonize these
5    transactions.  It's kind of like in geometry from A equals B,
6    then that means A and C have to equal each other.  It's
7    effectively the same thing that they're doing with clustering.
8    And what they do is they run all of this stuff in the
9    background.
10       I like to think it more as a calculator.  We can all do
11   math on a piece of paper, but a calculator is a lot faster.
12   It will get us to the same answer.  That's effectively what
13   this does for us, and so not only is this used in the public
14   sector for the anti-money laundering requirements, it's also
15   used by law enforcement to assist us in pointing us in the
16   right direction as to where to go get information.
17   Q    So can you -- can we blow up the bottom right-hand
18   screen?  Can you tell us what's being displayed here?
19   A    Yes.  So this is a very, very simple visual, so rather
20   than looking at all of those transactions, we saw where we've
21   got two inputs on the left and three inputs on the right.
22   What they've done is they simplified it into a graphic format.
23   So the arrow that you see on here would be the movement of
24   crypto from one location to another.
25       So in this example here, it's showing in the upper

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1  left-hand that a miner sent money to a seller.  Now, you know

2  these names may not be in the actual application itself, but

3  it's a visual representation of what happened on the

4  blockchain.  And so what we can do is use this software to

5  trace these transactions to see where they go.  Again, it will

6  point us into a particular direction as to where to go get

7  more information.

8  Q   Thank you.  You can close this exhibit.

9      How did you become involved in the investigation relating

10 to Welcome to Video?

11 A   So I was assigned to our headquarters units of the cyber

12 crimes, and so in doing that, I am usually in touch with a lot

13 of the high-profile type investigations, and so when the

14 Welcome to Video case came about, I was brought in at the high

15 level to kind of help assist with some logistics and getting

16 stuff done and then worked with the case agents specifically

17 on doing, you know, tracing after the fact of what they've

18 done and those kind of things.

19 Q   So based on your participation in the investigation, are

20 you familiar with how Welcome to Video is operated?

21 A   Yes.

22 Q   Can you just generally tell us.

23 A   Yeah.  So Welcome to Video was a Darknet website that was

24 selling child pornography videos.  On the server itself, I

25 worked with the analysts that reviewed the databases

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   themselves, so I know and understand databases and have been a
2   database administrator, so I worked with the analysts that
3   were looking at the database for Welcome to Video, went
4   through the tables with them, wrote queries against them as
5   well, so I was familiar with how the data was stored and the
6   types of information that was contained within the database.
7   Q    And I think we've probably skipped over it in your
8   background, but you just brought it up.  You said that you
9   were previously a database administrator, so what does that
10  mean for us?  Like as far as what information would you have
11  gathered as a database administrator?
12  A    Yeah.  Basically, I mean, it's kind of just a fancy term
13  of, you know, how to manage and work and build databases.  So
14  I've built many databases over my career to handle and manage
15  the information I've obtained in investigations.  I've wrote
16  software applications to help me go through the OCR or the
17  optical character recognition that has been found in pages and
18  those kind of things, so I have a very strong computer
19  background in writing software programs and in databases
20  themselves.  And so I've been able to apply that knowledge
21  along with my cryptocurrency knowledge and database knowledge
22  to basically kind of help put all those pieces together and
23  then also be able to communicate with the agents that don't
24  understand maybe the technology behind how things work and
25  explain to them how the information is stored and kind of what

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    it means for investigations.

2    Q    You also stated that you worked closely with some of the

3    forensic analysts that reviewed the content of the website

4    server; is that correct?

5    A    That's correct.

6    Q    Who did you work with?

7    A    I worked with both Aaron Bice and Chris Janczewski.

8    Q    And what type of work did you all do together as it

9    relates to the website server?

10   A    Yeah.  So with the website server itself with Aaron I

11   went through the actual Internet, the Dark website code

12   itself, so I looked at the back end of the code of how the

13   pages were created and generated and then also looked at the

14   database itself where all the user names are stored, where the

15   video information is stored and all of those records.

16   Q    And in that process, at some point did you review records

17   stored on the Welcome to Video website relating to Jack Dove?

18   A    I reviewed records associated with the user name notus

19   and the prefix of it.

20   Q    Let me rephrase my question.  Did you review data

21   extracted from the website server related to the Jack Dove

22   investigation?

23   A    Yes, I did.

24   Q    All right.  And so you just stated that you viewed

25   information from a user named notus, N-O-T-U-S, from the

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   Welcome to Video website?

2   A     That is correct.

3   Q     All right.  Before we get there, can you explain to us

4   the steps that were taken by law enforcement to identify the

5   users of the Welcome to Video website?

6           MR. FITZGERALD:  Objection, Your Honor.

7           THE COURT:  Legal basis?

8           MR. FITZGERALD:  Can we go to the headsets.

9   (Bench conference begins.)

10          THE COURT:  Okay.  Mr. Fitzgerald?

11          MR. FITZGERALD:  Your Honor, I want to object on

12  foundation under 602 and on hearsay.  Unless this is going to

13  go the same way the last witness did, unless this witness did

14  it, he can say the steps he did, but for the steps he thinks

15  others did and he heard others did, I have no ability to

16  cross-examine them or discover what they did, and so I'd ask

17  for his testimony be limited to what he did.

18          THE COURT:  Response.

19          MS. THELWELL:  Yes, Your Honor.  The witness has

20  already testified that he worked hand in hand with IRS CI

21  special agents and by Chris Janczewski to identify the users

22  of the website.  I can, however, rephrase the question and

23  limit my question to specifically just Jack Dove.

24          THE COURT:  All right.  I think rephrasing the

25  question is helpful.  I'm not sure, however, that that is

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    the -- that will completely resolve the objection that's been

2    raised.  Mr. Fitzgerald, why don't you respond.

3              MS. THELWELL:  Well, Your Honor, briefly if I may

4    just proffer his testimony.  He has specifically pulled the

5    transactions related to Jack Dove and did that himself.

6              THE COURT:  Okay.  All right.  Then Mr. Fitzgerald?

7    So he would have personal knowledge with regard to that.

8              MR. FITZGERALD:  Anything he did personally, Judge,

9    is fine.  It's just when he talks about what others did.  It

10   falls under 602 and hearsay.

11             THE COURT:  All right.  The question is going to be

12   rephrased so that it addresses what this witness did know in

13   conjunction with Jack Dove.  That resolves the issue.  Thank

14   you.

15   (Bench conference concluded.)

16   BY MS. THELWELL:

17   Q    All right.  Can you tell us exactly the steps that you

18   took to identify ultimately who you now know to be Jack Dove

19   as one of the users of the website?

20   A    Yeah.  So I reviewed the user's table within the Welcome

21   to Video database, and within that table we had identified one

22   of the fields as being the Bitcoin deposit address for each

23   individual user on the Welcome to Video website.  And so what

24   we did was, we took those addresses and effectively checked

25   them within the software tracing tools to see if we could find

1    where that particular address may have received Bitcoin from

2    to see if we could get a lead as to where we may be able to

3    send a subpoena to obtain more information.

4    Q    And as it relates to the notus account -- well, before we

5    get there, as far as what currency exchange company you were

6    drawn to, when you reviewed the Welcome to Video database for

7    users associated with the term notus, how many did you find?

8    A    There were four accounts that had the prefix of notus.

9    Q    In your exhibit book, if you look to Exhibit 27, can you

10   just look at that and let me know if you recognize it?

11   A    Yes.

12   Q    What is Exhibit 27?

13   A    This would have been an extract from the users table.

14   That may not be the exact name of the actual table itself, but

15   it was the table that contained users that had information

16   related specifically to the user name and then other

17   characteristics associated with that particular account.

18   Q    How do you recognize Government's Exhibit 27 as

19   information that was extracted from the Welcome to Video

20   website server?

21   A    I would have worked with the analyst that was going

22   through the database itself, and we would have worked together

23   to extract information like this.

24        MS. THELWELL:  At this time, I seek to admit

25   Government's Exhibit 27 into evidence.

1          THE COURT:  Is there any objection?

2          MR. FITZGERALD:  I'm not sure.  Did he say he helped

3  create 27?

4          THE COURT:  Yes.  He said he worked with --

5          THE WITNESS:  I worked with the analyst to generate

6  reports like this.  This specific one I can't say off the top

7  of my head but they were reports like this.

8          MR. FITZGERALD:  Then we have to object, Your Honor.

9  He can't say he created this one.

10         THE COURT:  Response.

11         MS. THELWELL:  Your Honor, the witness has testified

12  that he worked with other analysts to review the website data

13  content.  He described that the website also contained a user

14  database that listed numerous individuals who had accounts.

15  He also described that a search was performed of that that

16  generated it Exhibit 27 which is a report of four accounts

17  with the notus.  He's identified that exhibit as -- well, let

18  me ask him -- can I ask a follow-up question?

19         THE COURT:  Yes.

20  BY MS. THELWELL:

21  Q    Does Government's Exhibit 27 fairly and accurately depict

22  the information regarding users -- user notus that was

23  extracted from the website?

24  A    Yes, it does.

25         MS. THELWELL:  And the witness has testified that the

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    information contained in Exhibit 27 is a fair and accurate

2    depiction of the information that would have been extracted

3    from the website.

4         THE COURT:  Okay.  The objection is overruled.

5    Exhibit -- what was the number again, Ms. Thelwell?

6         MS. THELWELL:  27.

7         THE COURT:  Exhibit 27 is admitted.

8    (Government's Exhibit No. 27 was admitted.)

9         MS. THELWELL:  Permission to publish.

10        THE COURT:  You may publish it.

11        MS. THELWELL:  If we could zoom in a little bit so we

12   could see column A and B, a little bit bigger at the bottom

13   right-hand-corner is the zoom.  Thank you.

14   BY MS. THELWELL:

15   Q    All right.  So looking at column A, what information is

16   contained there?

17   A    So column A contains the user name that was in the

18   database.

19   Q    And so for line two, what information is there?

20   A    Line two designates the user name notus.

21   Q    And what about the other three accounts listed in lines

22   three, four and five?

23   A    All three have the prefix of notus, but they have

24   additional information contained after it.  Line three has got

25   notus 12.  Line four has got notus52911 and line five has got

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   notus52911fl.

2   Q    In the column for BTC address, what information is

3   contained there?

4   A    This is a Bitcoin address that is associated with the

5   user name in column A.

6   Q    Based on your involvement in this investigation, where

7   would the BTC address come from?  Where would it have come

8   from?

9   A    This address would have been generated by the

10  administrator of Welcome to Video.

11  Q    When would it have been generated by the administrator?

12  A    When the user name was created.

13  Q    Okay.  So is this the unique BTC address that is assigned

14  to the user name account?

15  A    That's correct.

16  Q    If we could scroll over to the column that says password.

17  There are several alphanumeric numbers listed here.  Can you

18  explain what this means?

19  A    Yeah.  Usually in database administration when you're

20  going to store a password and a table, you don't want to store

21  the raw text of the password.  That's what we see happens when

22  people say that a database was breached.  A lot of times

23  unfortunately based on what the password is what they actually

24  are.

25       In this particular scenario, it appears that the password

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    has been hashed which basically means it's given a unique

2    value.  That way when the user goes to log in a second time,

3    they'll enter in the same password they had before but they'll

4    run it through the same hashing algorithm and then compare the

5    two hashes.  That way the data base doesn't store the actual

6    password itself.  It stores the hash value of it.

7    Q    Based on your training and experience, when this websites

8    or databases hash a password, is that some level of protection

9    to prevent a password from being hacked or anything like that?

10   A    Yeah.  It definitely prevents it from being leaked out or

11   lost and it also is a protection for the administrator of a

12   database to not have access to people's sensitive information

13   like passwords.

14   Q    All right.  And we will go over to testimony, the next

15   column or column E, rather, download points.  In row four

16   there's a value of 55.  Do you know what that means based now

17   on your understanding of how the website operates?

18   A    Yes.  These would be the points associated with that

19   particular user name of the amount of points associated with

20   this account.

21   Q    And if we would scroll back over to see which account

22   that's associated with?

23   A    That would be associated the points of 55 would be

24   associated with user name notus52911.

25   Q    Scroll back over to column F, VIP EndDate, what is your

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1   understanding of that column based on your experience with

2   this website at this point?

3   A    Yes.  So this would be the ending date of the unlimited

4   download period for the VIP membership that somebody had

5   acquired.  It was a six-month period, and so when the user

6   purchased the VIP, it would record into the database when

7   their VIP status would expire.

8   Q    Right here it says that it expired on February 6th, 2018.

9   So based on what you're saying, is it your testimony that the

10  purchase date of the VIP would have been six months prior?

11  A    Yes.

12  Q    Do you know approximately when that would have been?

13  A    It would have been right around August 6th of '17.

14  Q    All right.  And for the column G where it indicates BTC

15  spent, what information is contained there?

16  A    This would be the total Bitcoin received into the Bitcoin

17  wallet address in column B, so this would be the total Bitcoin

18  spent for each individual account.

19  Q    All right.  The VIP membership would have cost .02378

20  BTC?

21  A    Yes.

22  Q    And if we could just quickly check to see which account

23  that is associated with?

24  A    Yeah.  The VIP ending date and the .03 Bitcoin are

25  associated with line two, the user account notus with no

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    additional numerical denomination.

2    Q    And if we look at line four for row 4 with column G,

3    there's a .09 for BTC spent.  What does that indicate to you?

4    A    Again, the total amount of Bitcoin received for this

5    particular account.

6    Q    And that purchase was for the downloaded points; is that

7    correct?

8    A    That is correct, for user name notus52911.

9    Q    All right.  Scroll over.  And last, the last column that

10   we will discuss, the column H video_dl_traffic, what do you

11   understand column H to represent?

12   A    This would be the total volume of downloads for that

13   particular account, so this would be the accumulated total of

14   information downloaded associated with this account, so for

15   the Welcome to Video, this would be the size of the videos

16   themselves.  The administrator was keeping track of the total

17   download volume associated with each account.

18   Q    And so comparing lines two and four, which appears to

19   have the larger amount of download traffic?

20   A    Yeah.  So the account for line four has got more

21   downloads of volume traffic associated with it than line two.

22   Q    Okay.  Thank you.

23          MS. THELWELL:  Your Honor, would you like me to

24   continue to proceed?

25          THE COURT:  Is this a good stopping point?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1        MS. THELWELL:  It is.

2        THE COURT:  Okay.  Then, no.  Let's go on and

3   conclude the testimony for today.  It's a little over 5:00 and

4   so we will resume with continued testimony for Mr. Daniels

5   tomorrow morning.

6        Members of the jury, that concludes the testimony for

7   today.  I'm going to ask that you return tomorrow morning at

8   9:15, we'll resume.  Again, I just remind you that you're not

9   to do any research with regard to the case, no information on

10  any social media accounts, chats, et cetera, not to discuss it

11  with other persons.  So have a good evening.  Get a good night

12  sleep, and we'll see you tomorrow morning at 9:15.

13  (Jury out at 5:04 p.m.)

14        THE COURT:  Counsel, you may be seated and,

15  Mr. Daniels, you may return to your seat.

16        Ms. Thelwell, what is the line-up of witnesses for

17  tomorrow?  We will finish up Mr. Daniels and Agent Garcia and

18  then forensic analyst Justin Gaertner, and that's it, so we're

19  moving a little bit faster than I anticipated.

20        Mr. Fitzgerald, to the extent we reach the

21  defendant's case tomorrow, do you expect to call any

22  witnesses?  Will you have witnesses available tomorrow?

23        MR. FITZGERALD:  Are we reaching the defendant's case

24  tomorrow?

25        MS. THELWELL:  We could.  What I will say is I expect

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    --

2            THE COURT:  Talk into the mic. so I can hear you.

3            MS. THELWELL:  Sorry.  I'll just go back.  I expect

4    that forensic analyst Gaertner's testimony is going to be

5    lengthy, and I would imagine the same for cross-examination.

6    So I do believe we could potentially finish the government's

7    case tomorrow, but it will probably be late in the afternoon.

8            THE COURT:  So there's some possibility that we may

9    reach the defendant's case late tomorrow afternoon.

10           MR. FITZGERALD:  Okay.  Based on the earlier

11   representations I've been telling people Thursday or Friday,

12   so we'll see try to round them up.

13           THE COURT:  Okay.  Well, we may reach them tomorrow,

14   so I just want to make sure that we have a witness available

15   which is why I have you all identify your witnesses.  And so I

16   will tell you that we will finish a little early on Thursday.

17   We will finish no later than 4:15, between 4:00 and 4:15 on

18   Thursday, but tomorrow I expect to at least go until about the

19   same time we finish today.

20           Are there any matters that the Court needs to take up

21   at this time?

22           MR. FITZGERALD:  No, Your Honor.

23           MS. THELWELL:  No, Your Honor.

24           THE COURT:  Then you should return tomorrow morning

25   at 9:00 a.m.  We are adjourned until tomorrow morning.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    (Court adjourned at 5:06 p.m.)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1  UNITED STATES DISTRICT COURT  )

2                                )

3  MIDDLE DISTRICT OF FLORIDA    )

4

5         I, SHARON A. MILLER, Official Court Reporter for the

6  United States District Court, Middle District of Florida, do

7  hereby certify that pursuant to Section 753, Title 28, United

8  States Code that the foregoing is a true and correct

9  transcript of the stenographic notes taken by computer-aided

10 transcription taken in the above-entitled cause by the

11 undersigned and that the transcript format is in conformance

12 with the regulations of the Judicial conference of the United

13 States.

14 /S/Sharon A. Miller, CSR, RPR, CRR, FCRR

15 Official Court Reporter

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION