1

2                    UNITED STATES OF AMERICA
             UNITED STATES DISTRICT COURT
3                  MIDDLE DISTRICT OF FLORIDA

4                       -   -   -

5            HONORABLE CHARLENE EDWARDS HONEYWELL
             UNITED STATES DISTRICT JUDGE PRESIDING
6

7    UNITED STATES OF AMERICA,              )
                                            )
8                        PLAINTIFF,         )
                                            )
9                    VS.                    )8:19-cr-33-T-36CPT
                                            )
10   JACK R. DOVE, III,                     )
                                            )
11                                          )
                         DEFENDANT.         )
12   _____

13
                      **JURY TRIAL - DAY THREE**
14            REPORTER'S TRANSCRIPT OF PROCEEDINGS
                        MARCH 24, 2021
15                      TAMPA, FLORIDA

16

17

18

19

20

21   SHARON A. MILLER, CSR, RPR, CRR, FCRR
     IL CSR 084-2617
22   FEDERAL OFFICIAL COURT REPORTER
     801 N. FLORIDA AVENUE, SUITE 13A
23   TAMPA, FLORIDA 33602

24   Proceeding recorded by stenography,
     transcript produced by computer-aided transcription
25


     UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

```
1    APPEARANCES OF COUNSEL:

2    ON BEHALF OF PLAINTIFF:

3            UNITED STATES ATTORNEY'S OFFICE
             MS. LISA THELWELL
4            MS. ILYSSA SPERGEL
             400 N. Tampa Street
5            Tampa, FL  33602
             (813)274-6000
6            Lisa.Thelwell@usdoj.gov
             Ilyssa.Spergel@usdoj.gov
7

8    ON BEHALF OF DEFENDANT:

9            FAMRER & FITZGERALD, P.A.
             MR. TIMOTHY JAMES FITZGERALD
10           800 West DeLeon Street
             Tampa, Florida 33606
11           (813) 224-0269
             fflawpafedtjf @aolcom
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

```
1                      I   N   D   E  X

2    WITNESSES                                    PAGES

3                      JAMES DANIELS

4    Direct examination (resumed) by Ms. Thelwell      7
     Cross-examination by Mr. Fitzgerald             50
5    Redirect examination by Ms. Thelwell           58

6


7                      TAVEY GARCIA

8    Direct examination by Ms. Thelwell             69
     Voir Dire examination by Mr. Fitzgerald       107
9    Direct examination (resumed) by Ms. Thelwell  109
     Cross examination by Mr. Fitzgerald           126
10   Redirect examination by Ms. Thelwell          153

11                     JUSTIN GAERTNER

12   Direct examination by Ms. Thelwell (incomplete)  158

13

14

15

16

17

18

19

20

21

22

23

24

25                    INDEX (Continued)

     UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION
```

1                    E   X   H   I   B   I   T   S

2    Government's Exhibits

3    Nos. 40 - 42                                          7
     No. 30                                               13
4    No. 41A, 41B                                         14
     No. 45                                               73
5    No. 31                                               87
     No. 31A                                              90
6    No. 31B                                              92
     No. 31C                                              93
7    No. 31D                                              95
     No. 44                                               98
8    No. 30                                              116
     No. 32                                              167
9    No. 33                                              173
     No. 34                                              174
10   No. 34A                                             177
     No. 34B                                             182
11   No. 34C                                             186
     No. 33A, 33A-1                                      190
12   No. 37                                              196
     No. 37A, 37A-1                                      198
13   No. 34H                                             201
     No. 34F                                             210
14   No. 34G                                             217

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    (Court in session at 9:24 a.m.)

2    (Proceedings held outside of jurors' presence.)

3          THE COURT:  All right.  Good morning.  We are here

4    for continuation of the trial in the matter of United States

5    of America versus Jack Dove, case 8:19-cr-33.  All Counsel are

6    present as is the case agent as is the Defendant Mr. Dove.

7          Counsel, are there any housekeeping matters that we

8    need to take up this morning before bringing the jury in?

9          MS. THELWELL:  None from the United States.

10          MR. FITZGERALD:  No matters, Your Honor.

11          THE COURT:  Okay.  Madam CSO, is everyone ready?  I

12    know one juror just arrived.

13          COURT SECURITY OFFICER:  Yes.  Let me confirm.

14    (Jury in at 9:25 a.m.)

15          THE COURT:  Okay.  All right.  Members of the Jury,

16    good morning.

17          THE JURY:  Good morning.

18          THE COURT:  We are ready to resume with testimony in

19    this case.  Mr. Daniels, why don't you return to the witness

20    stand, sir.

21          Ms. Thelwell, you may resume your examination.

22          MS. THELWELL:  Thank you, Your Honor.  Before we

23    begin, Government at this time seeks to admit Government's

24    Exhibits 40, 41, and 42 based on the 902.11 certification that

25    had been previously filed.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1          THE COURT:  Okay.  Let me just look at your list,

2     Ms. Thelwell, to make sure what those exhibits are.

3          MS. THELWELL:  Exhibit 40 are the charter subscriber

4     records.  Exhibit 41 is the Coinbase records, and Exhibit 42

5     are the Google records.

6          THE COURT:  Is there any objection?

7          MR. FITZGERALD:  Your Honor, could we sidebar?

8          THE COURT:  Okay.  You may proceed.

9     (Bench conference begins.)

10         MR. FITZGERALD:  Your Honor, we have no objection to

11    40 and 41.  As to Exhibit 42, they obtained information after

12    executing the search warrant on Mr. Dove's home which led them

13    to issue a subpoena for the Google record, the further Google

14    records, so we figure it's derivative information derived from

15    the search warrant.  We've raised the Fourth Amendment

16    violation previously.  It has been denied but I have to object

17    for the record, Your Honor.

18         THE COURT:  Ms. Thelwell.

19         MS. THELWELL:  Your Honor, I would stand by the

20    Court's prior ruling in denying Mr. Dove's objection to or,

21    excuse me, his motion to suppress.

22         THE COURT:  All right.  With regard to Exhibit 42,

23    the Court will again maintain its order denying the motion to

24    suppress.  I understand that the magistrate judge entered an

25    order.  Mr. Dove filed some objections.  The Court has

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1  overruled the objections and entered an order granting the
2  motion to suppress, and so I will then deny or overrule the
3  Defendant's objection as to Exhibit 42.  So Exhibits 40, 41
4  and 42 are admitted.  Thank you.
5  (Bench conference concluded.)
6  (Government's Exhibit Nos. 40, 41 and 42 were admitted.)
7              **DIRECT EXAMINATION** (Resumed)
8  BY MS. THELWELL:
9  Q    All right.  Mr. Daniels, if you could take a look in the
10 exhibit book and locate Exhibit 30.
11 A    I have it here.
12 Q    And do you recognize it?
13 A    Yes, I do.
14 Q    What is it?
15 A    This is a diagram representing the transactions from
16 Coinbase to Welcome to Video.
17 Q    And how do you recognize Government's Exhibit 30 as being
18 related to this particular case?
19 A    The information contained on the W2V section is
20 information that came out of the Welcome to Video database and
21 the Coinbase information down below is information that came
22 from the Coinbase records.
23 Q    And does this Government's Exhibit 30 fairly and
24 accurately depict the information as it relates to the notus
25 account associated with the Welcome to Video as well as the

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1  Coinbase account associated with Jack Dove?

2  A    Yes, it does.

3           MS. THELWELL:  At this time the United States seeks

4  to admit Government's Exhibit 30.

5           THE COURT:  Is there any objection?

6           MR. FITZGERALD:  Yes, Your Honor.

7  (Bench conference begins.)

8           THE COURT:  All right.  Mr. Fitzgerald?

9           MR. FITZGERALD:  Your Honor, do you have Exhibit No.

10  30 in front of you?

11           THE COURT:  I know what it is.  Madam Clerk, would

12  you hand me Government's Exhibit 30, please?

13           Okay.  I have it.

14           MR. FITZGERALD:  It appears that -- appears he's

15  identifying and authenticating the information contained in

16  the left quadrant of this diagram.  The bottom right quadrant

17  is information that ostensibly was obtained pursuant to a

18  search warrant for Mr. Dove's home which as far as I know has

19  no knowledge of what was found there let alone what was

20  contained on the, looks like the thumb drive and the Alienware

21  which is a document with a Welcome to Video URL.

22           Additionally, the Coinbase records may, in fact,

23  contain this information, but we object that the Government --

24  and we took it up with the Government before trial -- that

25  they have a figure of a male as the identity kind of for Jack

DIRECT EXAMINATION OF JAMES DANIELS

1   R. Dove instead of just having the name.

2        There's no figure associated with the account, but

3   the Government feels the need to put a male there.  We intend

4   to present information that a male may not have committed this

5   crime, and we think it's highly prejudicial to put a male

6   figure there.  We asked them to remove it pretrial.  They

7   declined.

8        THE COURT:  Okay.  So this is with regard to the

9   quadrant on Government's Exhibit 30 that's labeled Coinbase

10  that has the male figure above the name Jack R. Dove.

11       MR. FITZGERALD:  Yes, Your Honor, and below as well,

12  the user ID with the male figure.

13       THE COURT:  Okay.  And so that's the objection.  Are

14  there any objections to any of the other depictions here?  The

15  one that has Powder Horn Row, Lakeland, Florida, is there any

16  objection to that one?

17       MR. FITZGERALD:  I don't think those are prejudicial.

18  I don't know that the exhibits to the right can be

19  authenticated by this witness, and we also raise the prior

20  objection we raised on the last exhibit that it's -- we

21  objected on the search warrant grounds.  Everything in the

22  right quadrant was found pursuant to the search warrant.

23       THE COURT:  This is the 721 Powder Horn Row.  I just

24  want to make sure we're all looking at the same right.  It

25  depends on how you hold this exhibit as to what may be right

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1    or left.

2             MR. FITZGERALD:  Yes.  Holding the exhibit with the

3    Welcome to Video in orange in the upper left quadrant, I'm

4    objecting to the bottom right quadrant because of the Fourth

5    Amendment issues I already raised and ruled on by the Court,

6    but I have to maintain them through trial for the purpose of

7    the record.  And also the bottom right quadrant based on this

8    witness' ability to authenticate that information, which is

9    not in evidence yet, and make a chart about it and testify

10   about it.

11            Further, we object to the witness can read the

12   Coinbase records which is in the lower left quadrant which the

13   Government will introduce and I believe through him and he can

14   authenticate this information contained in the Coinbase

15   records, however, we don't believe that the green male figure

16   should be a part of the diagram.

17            THE COURT:  Okay.  Is there any objection to the

18   Welcome to Video quadrant?

19            MR. FITZGERALD:  Your Honor, I think based on him

20   saying he reviewed the records, he can testify to that, so I

21   don't think we can raise an objection to that.

22            THE COURT:  Okay.  Response.

23            MS. THELWELL:  Your Honor, prior to trial I presented

24   --

25            THE COURT:  A little bit louder.  Where is your

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1  microphone?  Okay.

2        MS. THELWELL:  Prior to trial I gave Mr. Fitzgerald a

3  copy of the diagram.  He only objected at that time to the

4  image that was used in the Coinbase account which right now is

5  a green figure, cartoon figure, if you will.  Prior to that it

6  was a cartoon, like white male head, which Mr. Fitzgerald

7  objected to.  Understanding his perspective I had then had it

8  modified.  He further objected and modified it for a third

9  time to what is currently here.

10        Now, it's the Government's position that this diagram

11  is created, one, to assist the jury in understanding this

12  highly technical testimony that's about to happen from

13  Mr. Daniels in explaining how this blockchain analysis was

14  conducted in this case which is why there are graphics

15  contained throughout the entirety of Government's Exhibit 30.

16        The specific image that Mr. Fitzgerald objects to is

17  innocuous.  It's just a green stick figure essentially, and so

18  there's no undue prejudice towards his client for having that

19  particular item there.

20        Mr. Fitzgerald had suggested that I put a question

21  mark to which I did not think that that was appropriate

22  because it's insinuating to the jury that we do not know, the

23  Government does know who was the user behind the Coinbase

24  account, which is not true based on the evidence that was

25  returned from the Coinbase account.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1        The Coinbase account record which is now in evidence

2   as Government's Exhibit 41 indicate that that account belonged

3   to Jack R. Dove.  He provided a driver's license photo as well

4   as his driver's license number to authenticate that account.

5   That driver's license photo is of Jack Dove, so technically if

6   I wanted to, I could put Mr. Dove's actual photo there because

7   that is the information that is contained with the Coinbase

8   records; however, the Government has opted to use a cartoon

9   stick figure instead.  So as to the information contained in

10  the right side for the Powder Horn Row information,

11  Mr. Fitzgerald is correct, that this particular witness does

12  not have firsthand personal knowledge of the items that were

13  seized from the residence.

14        He later learned after the United States had provided

15  him with the list of child pornographic images that had been

16  seized from that residence that so that we could compare the

17  hash values to the images to the videos on the website,

18  however, I would suggest and I ask the Court to admit this

19  understanding that the very next witness, Agent Garcia, will

20  be able to authenticate that quadrant, and so it should be

21  preadmitted subject to link up by Agent Garcia's testimony.

22        THE COURT:  Okay.  With regard to the Defendant's

23  objection as to the Coinbase quadrant in Government's Exhibit

24  No. 30 and specifically with regard to the animated green

25  figure, the Court's going to overrule that objection.  It

DIRECT EXAMINATION OF JAMES DANIELS

1  really does not depict gender.  It's a green figure.  I think

2  it's a little bit more than a stick figure because stick

3  figures just have sticks, but this has somebody, so it's a

4  little bit more than a stick figure but it has no hair, no

5  facial features.  I mean you can't tell from anything specific

6  whether it is a female or a male.  I mean it's not clothed in

7  other words, so you're unable to tell from that.  And so given

8  the evidence that's already been admitted in this case

9  including the evidence that the Court just admitted, I'm going

10  to overrule the Defendant's objection as to use of this green

11  generic figure in the Coinbase quadrant.

12        With regard to the quadrant of the Government's

13  Exhibit No. 30, which is the 721 Powder Horn Row, Lakeland

14  quadrant, I will admit that subject to the Government tieing

15  it up based upon the next witness whose testimony the

16  Government indicates will be able to authenticate it.

17        Are there any other objections regarding this

18  exhibit?

19        MR. FITZGERALD:  No, Your Honor.

20        THE COURT:  All right.  Then Exhibit 30 is admitted.

21  (Bench conference concluded.)

22  (Government's Exhibit No. 30 was admitted.)

23        MS. THELWELL:  Your Honor, at this time I also seek

24  to admit Government's Exhibit 41A and 41B based on the 902.11

25  certification.  41A is the Coinbase photo verification records

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1   from the November 16, 2016 verification process and 41B are

2   the Coinbase photo verification records for August 7th, 2017.

3          THE COURT:  Is there any objection?

4          MR. FITZGERALD:  No, Your Honor.

5          THE COURT:  All right.  Government's Exhibit 41A and

6   41B are admitted.

7   (Government's Exhibit Nos. 41A and 41B were admitted.)

8          MS. THELWELL:  All right.  Permission to publish

9   Government's Exhibit 30.

10          THE COURT:  You may.

11   BY MS. THELWELL:

12   Q     While that's coming up on the screen, just to recap from

13   yesterday, at the end of yesterday's testimony just before we

14   broke, we were discussing the different notus accounts located

15   within the Welcome to Video website.  Can you just remind the

16   jury how many of those accounts did you locate?

17   A     There were four accounts with the prefix of notus in the

18   Welcome to Video database.

19   Q     Do you see Government's Exhibit 30 on your screen?

20   A     Yes, I do.

21   Q     So everyone can see Government's Exhibit 30.  We're going

22   to start off in that top left-hand corner, so if we could just

23   blow up that and make it a little bit larger.

24          What are we looking at here?

25   A     So this is a representation on the left-hand side of the

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1   user account notus52911, and then down below that is the
2   information that was attained from the Welcome to Video
3   database related to that account.
4        The information shows that there were no videos uploaded
5   associated with that particular account.  The amount of
6   downloads were not identified within the database, but the
7   total download traffic is define here at approximately 8,738
8   megabytes.  Then down below that at the bottom is the Bitcoin
9   deposit address starting with 1, capital C, lower case C,
10  lower case N, capital Y.  That would be the deposit Bitcoin
11  address associated with the user account notus52911.
12  Q    What's on the right-hand side of that screen?
13  A    On the right-hand side is a depiction of another account
14  contained within the Welcome to Video database.  There were no
15  uploads associated with this account but there were 39
16  specific videos associated as downloads with this account.
17  And then down below that is the identified Bitcoin deposit
18  address associated with this account starting with 1, capital
19  B, lower case B, capital C, capital P.
20  Q    The information contained in this box, where did it come
21  from?
22  A    All of this information would have come from the Welcome
23  to Video database.
24  Q    And if we, or if you know, can you explain why on the
25  user notus52911 account there's no information related to the

DIRECT EXAMINATION OF JAMES DANIELS

1  number of downloads but there is information that there was
2  download activity, because we can see there was a download
3  traffic in the amount of nearly 9,000 megabytes?
4  A    Yes.  In looking at the latest version of the database
5  that was on the server, the information contained within there
6  did not have all of the same identified downloads in other
7  versions, so it looks like what the administrator had done had
8  created copies of the database, and in between the copies he
9  had removed some records out of there.
10      Most likely in database administration, if the database
11  starts to go a little bit slower, you'll get rid of older
12  records.  That way the database will move faster, so the
13  specific downloads associated with the user account
14  notus52911, that information was not present in the downloads
15  table, but the download traffic, that information was stored
16  in a different table, so that's why we have that information
17  and we don't have the specific downloads associated with that
18  user account.
19  Q    Once this information was observed in the Welcome to
20  Video website, what, if anything, did you do with the
21  information you obtained?
22  A    Regarding the Bitcoin deposit addresses?
23  Q    Yes.
24  A    Okay.  So what I did with the Bitcoin deposit address is
25  I used a crypto tracing software application and put that

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1  address into the software application to see if it could

2  identify a potential sending address.  Both of these addresses

3  came back as being sent from Coinbase.

4  Q    So after you observed that both of these Bitcoin

5  addresses seemed to have come from Coinbase, what did you do?

6  A    Well, a subpoena was sent to Coinbase for information

7  related to these two particular accounts to assess what

8  account or accounts initiated these deposits.

9  Q    At some point, were you provided with the Coinbase

10  records in this case?

11  A    Yes.

12  Q    And have you had an opportunity to review them?

13  A    Yes, I have.

14  Q    Can we see actually -- can we look at this middle section

15  of the Government's Exhibit 30 where the green lines are?

16  What is being represented here by the green arrows that are

17  pointing directly to the Bitcoin addresses?

18  A    Yeah.  So the information that's depicted here shows the

19  information that's contained on the blockchain itself, and on

20  the left-hand side it shows that there were two deposits

21  associated with the crypto address 1CcnY.  One on January 6th

22  of 2017 for .05 Bitcoin and a second deposit on February 1st

23  of 2017 for .04 Bitcoins.  Those were the only two deposits

24  and transactions associated with that crypto address.

25       On the right-hand side with the photo verification

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1    Bitcoin address 1BbCP, there was one transaction associated
2    with this address, and it was a deposit on August 9th of 2017
3    for approximately .0303 Bitcoin.
4         MS. THELWELL:  We're going to pull up Government's
5    Exhibit 27.
6    BY MS. THELWELL:
7    Q    While that is occurring, as it relates to the information
8    in that center where we saw the different transactions, is
9    that all information that is publicly available?
10   A    The part that was located, yes, that's being highlighted
11   right now, yes.  All of that information is the information
12   that is contained on the public blockchain.
13   Q    Okay.  If we could keep this box highlighted but just
14   move it over to the side so that we can see Government's
15   Exhibit 27.  Let's focus on that first wave of transactions
16   with the notus account.
17        All right.  So we can over here on Government's Exhibit
18   27 highlight the BTC spent column for notus52911.  So the
19   third row, notus52911, and the BTC spent column.
20        All right.  So when we're looking at Government's Exhibit
21   30 which indicates the -- on the left side of the Welcome to
22   Video box the user notus52911, he had two transactions, one
23   being January 6, 2017, and one being February 1st, 2017.
24        When you compare that to the information that was
25   extracted from the Welcome to Video website which is in

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1  Government's Exhibit 27, does it appear to be consistent?

2  A    Yeah.  The transactions appear to be consistent in terms

3  of a total amount of .09 Bitcoins being associated with the

4  user name notus -- notus52911.  It accurately reflects the

5  same amount of Bitcoin received into the account in the

6  Welcome to Video database.

7  Q    And if we could just move over a little bit so that we

8  can see the video download traffic information.

9       Exhibit 27.  Exhibit 27.  Perfect.

10      All right.  So here, the notus52911 account is in the

11  third row; correct?

12  A    Yes.

13  Q    So what is the information listed there, and is it

14  consistent with the information contained in Government's

15  Exhibit 30?

16  A    It is.  It's showing approximately 8,738 megabytes of

17  information on the left-hand side, and then the database it's

18  got the exact download amount.

19  Q    Was this particular account a VIP account?

20  A    No, it was not.  This was a points account.

21  Q    And how do you know that?

22  A    Two ways.  One, the VIP date does not have a value, and

23  then in the column for points there are points associated with

24  it.

25  Q    Let's take a look at the column for points.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1  A    As you can see in the third row down there, there are 55

2  points associated with that.  And then in the first row,

3  there's a date for the IP and those would be the two separate

4  accounts that we've been talking about.

5  Q    Okay.  And if we could -- we can make that a little bit

6  smaller?  X out of that, and for Government's Exhibit 27 just

7  highlight row three, user name and Bitcoin address.  Just the

8  two columns.  All right.  Perfect.

9       And so does the Bitcoin address listed in Government's

10  Exhibit 27, which is the information extracted from the

11  website, match the Bitcoin address that is listed in

12  Government 30?

13  A    Yes, it does.

14  Q    And that is the address beginning in 1Ccn; correct?

15  A    That is correct.

16  Q    And so earlier you testified that you had taken this

17  particular Bitcoin address and essentially did the reverse

18  math to find out where the transaction was coming from; is

19  that correct?

20  A    Yes.

21  Q    And based on that information, a subpoena was sent to

22  Coinbase and you've since reviewed the records; is that

23  correct?

24  A    Yes, I have.

25  Q    All right.  If we could look at Government's Exhibit 41,

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1    and actually before we move off of this, I will just -- let's

2    just also talk about the notus account.

3         Was the similar -- were similar steps taken with this

4    particular account?

5    A    Yeah.  I followed the same process for both accounts.

6    Q    All right.  And so the BTC address associated with notus

7    which is 1BbC, at least that's the beginning numbers and

8    letters, is that consistent with the information on

9    Government's Exhibit 30?

10   A    Yes, it is.

11   Q    And if we could look at the VIP column in Government's

12   Exhibit 27.  Perfect.

13        Here, the information provided in the VIP column, how

14   does that correlate with the information, Government 30, that

15   indicates an August 9th, 2017 date?

16   A    Yeah.  So we've got a couple of matches here.  One is the

17   amount of Bitcoin associated and then the Welcome to Video

18   database being .03 Bitcoin being very similar to the

19   transaction that occurred on August 9th of 2017.  And the

20   second component of that is the six-month time period for the

21   VIP status being between the August 9th and February 6th of

22   2018.

23   Q    Can you explain why it appears that in Government's

24   Exhibit 30 the date, the six month date seems to be a little

25   off by a couple of days compared to what's indicated in the

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1  record that was seized from Welcome to Video in Government's

2  Exhibit 27?

3       MR. FITZGERALD:  Objection, calls for speculation.

4       THE COURT:  Response.

5       MS. THELWELL:  The witness has knowledge to answer

6  the question.

7       THE COURT:  Why don't you rephrase the question.

8  BY MS. THELWELL:

9  Q    Based on your view of the website, can you indicate to us

10  why Government's Exhibit 27 which contains the data that was

11  extracted from the server appears to be a few days off from

12  the information contained in Government's Exhibit 30?

13  A    I mean there can be a couple of different reasons why

14  it's off.  Depending upon how the administrator wrote his

15  code, if he tried to handle weekends.  We also are dealing

16  with different time zones as well.  We're dealing with

17  Coinbase which is located in the Pacific time zone and then we

18  also have South Korea which is where the server was located in

19  another time zone, so depending upon how the administrator

20  wrote his calculation to make that determination, in writing

21  code, a lot of times you may write down six months, and

22  depending upon how they calculate that, if they do, you know,

23  6 times 30, then it's 180 days, or maybe they actually

24  accounted for each individual day, so there's potential

25  variance of a couple of days depending upon how the

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1   administrator did his calculation.

2   Q    Now, if we could take a look at Government's Exhibit 41.

3   All right.

4        Do you recognize Government's Exhibit 41?  And can you

5   scroll through it a little bit slowly?

6        Do you recognize Government's Exhibit 41?

7   A    Yes, I do.  This would be the file provided by Coinbase

8   associated with the account that contained the two Bitcoin

9   deposit addresses from the Welcome to Video database.

10  Q    All right.  Are these the records that you reviewed?

11  A    Yes, they are.

12  Q    And they are the records that you used to conduct the

13  blockchain analysis; is that correct?

14  A    Well, these would be the result of the records from the

15  blockchain analysis, yes.

16  Q    If you look in your book, you should see Government's

17  Exhibit 41.1?

18  A    The CD or the 41A?

19       MS. THELWELL:  May I approach the witness, Your

20  Honor?

21       THE COURT:  You may.

22  BY MS. THELWELL:

23  Q    Can you locate 41.1A?

24  A    Yes, I have it here.

25  Q    And do you recognize that?

DIRECT EXAMINATION OF JAMES DANIELS

1   A    This would be a partial printout of the Coinbase records

2   that are shown on the screen.

3   Q    How do you recognize it?

4   A    The fact that I've been working with this information for

5   a while and we've got it on the screen and I've got a copy of

6   it in front of me.

7   Q    Does it fairly and accurately reflect the Coinbase

8   record?

9   A    Yeah.  The only difference would be the 41.1A has

10  information highlighted.

11       MS. SPERGEL:  Your Honor, I've spoken with Defense

12  Counsel about this particular exhibit.  We are just using it

13  as a demonstrative since it's highlighted records of Exhibit

14  41, so I'm not seeking to admit it into evidence but just

15  simply to use it to walk through the evidence with the jury.

16       THE COURT:  So you're requesting to use it as a

17  demonstrative aid?

18       MS. THELWELL:  Yes, Your Honor.

19       THE COURT:  Is there any objection, Mr. Fitzgerald?

20       MR. FITZGERALD:  Just, Your Honor, I think it's 41.1,

21  and 41.1A and B she's using as demonstrative and she's

22  admitted 41.

23       THE COURT:  Right.  That's right.  So this one is

24  41.1A and then there's a 41.1B that the Government also seeks

25  to use as a demonstrative aid.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1    MS. THELWELL:  Yes, Your Honor.  And there is a 41.1

2 which is a CD.  It has been inadvertently left off the exhibit

3 list, but I added that information by speaking with the

4 courtroom deputy yesterday so she has that notation.  We just

5 have not talked about it yet with this witness.

6    THE COURT:  That one is not in evidence yet.

7    MS. THELWELL:  No.  And it's not intended to be

8 introduced into evidence, just simply for demonstrative

9 purposes.

10    THE COURT:  Okay.  So for purposes of the information

11 right now, you are allowed to use 41.1A as a demonstrative

12 aid.

13    MS. THELWELL:  Thank you, your Honor.

14 BY MS. SPERGEL:

15 Q    If we could pull up 41.1A.  If we could highlight the

16 user attribute box only.  What information was contained here?

17 A    This was the information that would have been entered in

18 by the user who set up this account, the very top line being

19 the user ID.  This is an internal identification number

20 supplied by Coinbase.  The other three fields or other two

21 fields would have been supplied by the creator of the account

22 or whoever was accessing it.

23    The name that we see here would be Jack Dove, and then

24 the third line down being the email, what's entered in there

25 is jdove@totalonguardprotection.com.  The last field we have

DIRECT EXAMINATION OF JAMES DANIELS

1   is the created date of November 16th, 2016 at 5:58 a.m.

2   Pacific standard time.

3   Q    Okay.  So the user or whoever was creating this account

4   would have had to type in the specific name and the email

5   address; is that correct?

6   A    That is correct.

7   Q    All right.  If we could go down to the next box.  That's

8   for the Jumio profile?  Perfect.

9        What were we looking at here?

10  A    So the Jumio profiles, this is related back to what I was

11  talking about yesterday in regards to anti-money laundering

12  laws and the Know Your Customer requirements.  So Coinbase has

13  a requirement for the user to upload information about

14  themselves so they can identify who is creating and setting up

15  the account.

16       So what's documented here is it starts from the bottom

17  and moves up.  And so the first recordation that we have would

18  be on November 16th of 2016 where a driver's license was

19  provided with the ID number D100436810870.  The "status being

20  completed" would mean the fact that Coinbase had accepted what

21  was provided for the Know Your Customer requirements at that

22  time associated with this identification.

23  Q    And what was the name associated with that driver's

24  license?

25  A    It would be Jack R. Dove, III.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1   Q    And if we could move over just a little bit to see the
2   date of birth column.  What is indicated for the date of
3   birth?
4   A    March 7th of 1981.
5   Q    Can you look in your book at 41A, and actually I believe
6   that's already been admitted into evidence, 41A?
7          THE COURT:  Madam Clerk, has 41A already been
8   admitted there?
9          COURTROOM DEPUTY CLERK:  It's in 41B.
10         THE COURT:  I'm sorry?
11         COURTROOM DEPUTY CLERK:  It's in.
12         THE COURT:  41A, yes, it's been admitted.
13  BY MS. THELWELL:
14  Q    If we could display Government's Exhibit 41A, what is
15  Government's Exhibit 41A there?
16  A    This would have been the driver's license supplied to
17  Coinbase related to the Know Your Customer requirement.
18  Q    Okay.  And so when establishing the Coinbase account, is
19  the user required to take a photo of their driver's license
20  and provide it?
21  A    Yeah.  That would be one of the requirements Coinbase
22  could impose on setting it up as, you know, providing
23  documentation as to who is setting up the account.
24  Q    If we come scroll down to it page two of 41A.  What is
25  page two of 41A?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1   A    This would be the back side of the ID.  That way Coinbase

2   knows that somebody hasn't used just a photocopy, and their

3   objective from getting the front and back would be that

4   somebody is actually in possession of the ID when uploading

5   it.

6   Q    Looking at the first page of 41A, what was the name

7   associated with this driver's license?

8   A    It would be Jack R. Dove, III.

9   Q    What is the address associated with this driver's

10  license?

11  A    721 Powder Horn Row, Lakeland, Florida, 33809.

12  Q    What is the date of birth associated with this driver's

13  license?

14  A    March 7th of 1981.

15  Q    And what is the expiration date on this driver's license?

16  A    This would expire on March 7th, 2017.

17  Q    Is the driver's license number reflected in 41A the same

18  driver's license number that you just read in the Coinbase

19  records in Government's Exhibit 41?

20  A    If it would be possible to put them side by side, the

21  paper printout I've got is a little small.

22  Q    Yes.  If we could view Government's Exhibit 41.1A side by

23  side with Government's Exhibit 41A.  Perfect.

24       Is the driver's license that is included on the -- I'm

25  sorry -- the November 16th, 2016 line consistent with the

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1   driver's license photo in Government's Exhibit 41A?

2   A    Yes, it is.

3   Q    And so what does that indicate to you?

4   A    That this would be the driver's license that was used to

5   prove or give to Coinbase for their Know Your Customer

6   requirements.

7   Q    Okay.  Staying on this screen, if we look at the second

8   line in the Jumio profiles, begins with August 6th, 2017.

9   What information is contained in that line?

10  A    It shows that on that date, and this a driver's license

11  and photo verification, was supplied, but for some reason

12  Coinbase did not accept what was uploaded and which is why we

13  see the status of fail.

14  Q    And approximately what time stamp is listed there?

15  A    That would be August 6th of 2017 at 23:02.

16  Q    Okay.  And are you able to tell based on these records

17  what time zone that time stamp may be?

18  A    Yes.  So with the Z showing at the end of the time stamp

19  usually means that that's Universal Standard Time, UTC, so

20  some of Coinbase's records actually indicate that it's PST,

21  but this one here leads me to believe that this is going to

22  be --

23          MR. FITZGERALD:  Objection, speculation.

24          THE WITNESS:  -- UC time.

25          THE COURT:  Response to speculation.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1    MS. THELWELL:  Your Honor, the witness has testified

2  that the Z at the end of the time stamp based on his

3  experience indicate that it is a UTC time.

4    THE COURT:  All right.  I'm going to sustain the

5  objection.

6    MS. THELWELL:  Okay.

7  BY MS. THELWELL:

8  Q    Looking at the next line, the first line in the Jumio

9  profiles, August 6th, 2017, what information is contained

10  there?

11  A    Yeah.  So, first of all, that would have been

12  approximately five minutes later.  It shows that a driver's

13  license and photo verification was supplied with the ID

14  number, D100436810870.

15    The status is showing "completed," which means Coinbase

16  accepted the information provided and also on the Jumio

17  profile line it shows that the name Jack R. Dove, III with a

18  DOB of 3/7/1981.

19  Q    Does that driver's license number match the driver's

20  license number that was initially provided to create this

21  account in November of 2016?

22  A    Yes, it's the same number.

23  Q    Are the names the same from the August -- excuse me --

24  the November 2016 to the August 7th, 2017 verification?

25  A    Yes, they're the same.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1   Q    Are the dates the same from August 2016 to August 2017?

2   A    Yes, they're the same.

3   Q    In the address column, does it provide an actual address

4   for Jack R. Dove?

5   A    It does not provide an address.  What appears to be in

6   there are the fields from the internal Coinbase database being

7   represented.

8   Q    And if we could swap out Government's Exhibit 41A for

9   Government's Exhibit 41B, which is already in evidence.  So

10  41.1A and 41B.  And if we could again highlight the driver's

11  license information.

12       Have you seen Government's Exhibit 41B before?

13  A    Yes, I have.

14  Q    What is it?

15  A    This would have been the photo identification component

16  required by Coinbase to verify the picture with the driver's

17  license, and in their Know Your Customer requirements to

18  document the person that they're working with to do the

19  verification.

20  Q    All right.  And then if we could page down on

21  Government's Exhibit 41B, what are we observing in the second

22  page?

23  A    So this would be an updated driver's license as we can

24  see that the expiration date is a new date of March 7th of

25  2025, and then that would be the same driver's license number,

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1    and this showing the name of Jack R. Dove, III.

2    Q    And are the addresses the same?

3    A    Yes.  It's the same address from the previous driver's

4    license as well.

5    Q    And does the photo here in Government 41B appear to be

6    the same individual from the 41A photo?

7    A    Yes, it does.

8    Q    All right.  If we could page down and see page three of

9    41B.  What is this a photo of?

10   A    This would be the back of the driver's license that we're

11   seeing on the left-hand side of the screen.

12   Q    All right.  If we could bring back 41.1A as well as 41B,

13   page two, so 41B-002.  Perfect.

14        If we could go ahead and highlight the driver's license

15   information.  And does it match the information contained in

16   row one of the Jumio profiles?

17   A    Yes, it does.

18   Q    So now where in the Coinbase records would he find the

19   transaction -- well, before we get there, actually, can we

20   scroll down a little bit on Government's Exhibit 41.1A?  You

21   can actually just clear the screen.  And 41.1A.

22        Let's take a look at the billing address information.

23   What information is provided here?

24   A    The billing address is provided as 721 Powder Horn Row in

25   Lakeland, Florida, which is the same address that appeared on

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1   the driver's license we were looking at earlier.

2   Q     All right.  And so when you were looking at the Coinbase

3   records, where did it indicate the transaction information?

4   A     For the billing address?

5   Q     The transaction information.

6   A     The transaction information would be under the section

7   called "transactions."

8   Q     Okay.  And so in your book you have Government's Exhibit

9   41.1, which is a CD.

10  A     Yes, I have Exhibit 41 here.

11        MS. THELWELL:  May I approach the witness?

12        THE COURT:  You may.

13  BY MS. THELWELL:

14  Q     All right.  I just handed you a CD labeled Government's

15  Exhibit 41.1.  Do you recognize it?

16  A     I do.  This is the CD I reviewed yesterday.

17  Q     And what's contained on that CD?

18  A     This would be the Coinbase file provided in response to

19  the subpoena that we sent them.

20  Q     And how is it in any way different from the Exhibit 41

21  which is already in evidence?

22  A     This one isn't different than the other one other than

23  the highlighting.

24  Q     So it's the same content but there's highlighting on

25  Government's Exhibit 41.1; is that correct?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1    A    That's correct.

2              MS. SPERGEL:  Your Honor, at this time, the United

3    States seeks to use Government's Exhibit 41.1 as a

4    demonstrative to explain the Coinbase records to the jury.

5              THE COURT:  Is there any objection?

6              MR. FITZGERALD:  No, Your Honor.

7              THE COURT:  All right.  Government's Exhibit 41.1 may

8    be used as a demonstrative.

9              MS. THELWELL:  Thank you.

10   BY MS. THELWELL:

11   Q    41.1 is an excel spread sheet, so if we could pull that

12   up and locate the transaction information.  Beginning with

13   Line 186.  Okay.  What are we observing on Line 186?

14   A    Yeah.  Line 186 shows that a request to send Bitcoin from

15   this account on January 6th of 2017 to the address in column H

16   of 1CcnY of .05 Bitcoin which is located in -- the Bitcoin

17   amount is located in column F, and then it's also indicated in

18   column D that this "send transaction" was completed.

19   Q    If we scroll over, what information is contained in

20   column L.  Keep scrolling.  There we go.

21   A    Yes.  This would be the transaction ID or hash value that

22   would be located on the blockchain for this specific Bitcoin

23   transaction.

24   Q    What is a transaction ID?  I know you discussed it

25   yesterday in your presentation, but can you recall for the

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1  jury what the significance of a transaction ID?

2  A    So it's the unique identifier for this transaction so it

3  can specifically be looked up on a public blockchain.

4  Q    All right.  If we could now go to Line 191.  I apologize.

5  We're going to go to Line 402.  Excuse me.  Line 402.  What is

6  indicated in Line 402?

7  A    Yes.  So these would be the events list associated with

8  the transaction to this account.  On Line 402 it shows a

9  request, the detailed information regarding the request

10  associated with the .05 Bitcoin.

11      Column A shows the date and time associated with the

12  event, being January 6th of 2017, and then in Column D shows

13  the IP address that was initiating the request.  So this is

14  where it came from.  And then in column D is the specific

15  details associated with the internal transaction for Coinbase.

16  Q    And if we could scroll over to view the information in

17  column G, what information is contained in column G?

18  A    So this is the internal documentation for Coinbase

19  related to that particular transaction showing that.05 Bitcoin

20  was sent to address 1CcnY.

21  Q    If we could continue to scroll over.  Okay.  If we could

22  go to Line 189, what are -- what are we observing in Line 189?

23  A    So Line 189 we're seeing a send request for April 1st --

24  pardon me -- February 1st of 2017 for .04 Bitcoin to the

25  Bitcoin address of 1CcnY.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1  Q    And if we could scroll all the way over to the

2  transaction ID information?

3  A    Column L for row 189 is going to show the transaction ID

4  associated with this Bitcoin transaction.

5  Q    If we could go to Line 419.

6  A    419 shows the event details associated with the requested

7  transaction, again, on February 1st of 2017.  Column D shows

8  the IP address initiating the transaction request, and then in

9  column G, the specific detail amounts is showing that .4 --

10 .047 Bitcoin was sent to the unique Bitcoin payment address

11 1CcnY.

12 Q    So based on the information that we've looked at so far

13 in the record for the information from January 6th, 2017 as

14 well as this information here from February 1st, 2017, what

15 does this indicate to you?

16 A    This indicates that there were two transactions sent to

17 the Bitcoin deposit address 1CcnY initiated from the IP

18 address in column D on those two dates of I believe it was

19 January 6th of 2017 and February 1st of 2017.

20 Q    So are these payments going directly to the Welcome to

21 Video website?

22 A    Yes.  These payments would go directly from this Coinbase

23 account to the deposit address associated with the Welcome to

24 Video account for notus52911.

25 Q    So yesterday when you were testifying that in the Bitcoin

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1   analysis here was a little bit more straightforward because it
2   went from point A to point B?  Is that what you're referencing
3   here?
4   A    Yes, that we have basically an exact match of the Bitcoin
5   deposit address associated into the Welcome to Video database
6   with the sending of the address that this crypto from this
7   Coinbase account was to be sent to.
8   Q    If we could look at Line 437.  I'm sorry -- it's at the
9   bottom.  I didn't see it.  Line 437.
10  A    Correct.
11  Q    What information is --
12  A    So Line 437, again, is another event for this account
13  which shows that an SMS message was sent to a phone number in
14  column G, and the line right above it, how Coinbase does their
15  events is they'll log what they're doing and when.  So on Line
16  436 in column G, it shows a second factor which means second
17  factor authentication, and so this requires -- this shows that
18  the account is required to have a second factor authentication
19  basically sending a request to the phone number.  On Line G,
20  which if we scroll over a little bit I'll be able to, so it
21  was sent to phone number 407-401-1005.
22  Q    And have you seen that phone number anywhere else in
23  these records?
24  A    Yes, it was located up above under the telephone numbers
25  on the top of this file.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1  Q    Is that located in Line 49?

2  A    It is.  And then it's also notated that that phone number

3  has been deleted from Coinbase's records, so it's an internal

4  marking showing that this phone number is no longer valid.

5  Q    Based on your review of the Coinbase records, did you

6  notice at any point when that phone number was replaced?

7  A    Yes.  It shows that a second phone number was used in

8  place of the one that was deleted of 407-269-4463.

9  Q    How does a phone number get replaced with a Coinbase

10  account?

11  A    A user would have to notate that while they're

12  interacting with this account.

13  Q    If you could -- if we could look at Line 191.  All right.

14  What is in Line 191?

15  A    Line 191 is a send request of Bitcoin on August 9th of

16  2017 requesting a .03036 -- or 3695 Bitcoin to go to the

17  crypto address of -- pardon me Bitcoin address of 1BbCP.

18  Q    And staying right here for a moment.  You have

19  Government's Exhibit 30 in front of you, but is this

20  information that's contained in Lines 186, 189 and 191

21  consistent with the transaction information that was shown in

22  Government's Exhibit 30 where the green lines show the

23  transactions happening from the Coinbase account to the BTC

24  address?

25  A    Yes.  So this would be the backup documentation from

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1   Coinbase showing that those transactions went to those two

2   deposit addresses associated with the Welcome to Video

3   accounts.

4   Q   So Lines 186 and 189 that reflect a total of .9 BTC, is

5   that consistent with the information that was ultimately

6   extracted from the website server in Government's Exhibit 27?

7   A   Except for its .09 Bitcoin.

8   Q   09, excuse me.  Thank you.

9       All right.  And both of those transactions were

10  associated with the notus52911 account; is that correct?

11  A   That is correct.

12  Q   The third transaction in Line 191, is that the

13  information from the VIP notus account?

14  A   It is.  This is the transaction associated with that user

15  account, yes.

16  Q   If we could go to -- I'm sorry.  If we could scroll over

17  to see the transaction ID for Line 191.  It's located in

18  column L.

19  A   Yes, it is.

20  Q   And again this is the information that would have been

21  publicly available on the blockchain; is that correct?

22  A   That is correct.

23  Q   If we could go to Line 543, and actually I'm going to

24  stop you right there.  Before we move in the column, can we

25  scroll back over a little bit?  Just scroll.  All right.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1  Stop.  Scroll back a little bit to the left.  All right.

2  Right here.

3      What are we looking at in columns I and J?

4  A    So column I documents the U. S. dollar equivalent for the

5  amount of Bitcoin related to each individual send action.  So

6  in line 188, it is showing that .04 Bitcoin was purchased for

7  $41.53 in U. S. dollars.  Column J is the, you know,

8  recordation of the account in terms of either withdrawing or

9  subtracting from the balance associated with this account, and

10  column K is an internal identification number for Coinbase for

11  all records and transactions that they do.

12  Q    Okay.  But for the transactions relating to the website,

13  is that information contained there?  If we could scroll up a

14  little bit.  Scroll up just a tad.

15      All right.  The lines that we have are 186, 189 and 437.

16  A    Well, Line 186 would be, I believe, the sending of the

17  transactions, and 189 and 191 are all the send requests from

18  this account.

19  Q    So where would we get the information relating to the

20  purchase of the Bitcoin so that it could be sent?

21  A    Yeah, so depending upon how much Bitcoin the user had in

22  the account would depend upon when the Bitcoin was acquired,

23  but in this particular account it appears that the Bitcoin was

24  acquired immediately before sending it.

25  Q    So let's walk through an example of that.  If we could

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1  look at Line 185, what do you see when you look at Line 185

2  and Line 186 together?

3  A    Yeah. so approximately four seconds before the send

4  request on Line 186 was initiated, this account purchased .05

5  Bitcoin four seconds before it was sent out.

6  Q    So if we scroll over to on Line 185 over to column I and

7  J where that U. S. dollar conversion was, what do we learn

8  here?

9  A    So, on Line 185 it's showing that that .05 Bitcoin was

10  purchased for $43.82 U. S. dollars.

11  Q    If we could look at Line 189 all the way back to column,

12  the first column.  Here do you see the same type of pattern

13  where Bitcoin was purchased immediately before making the

14  purchase to the Welcome to Video website?

15  A    Yeah.  So -- and a request was initiated to purchase

16  Bitcoin approximately three seconds before the transaction on

17  Line 189.  I'm showing that .04 Bitcoin was purchased.

18  Q    What line are you looking at for the purchase?

19  A    Line 188 would be the purchase line, the buy line.

20  Q    So when we look at 188, you see that a .04 amount of

21  Bitcoin had been purchased?

22  A    Yes.

23  Q    We scroll over to column I and J.  What was that dollar,

24  U. S. dollar amount conversion?

25  A    So it's showing .04 Bitcoin was purchased for 41.53 U. S.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1   dollars.

2   Q     And then ultimately a payment was made on Line 189 to the

3   website; is that correct?

4   A     Yeah, three seconds later.

5   Q     Can you explain to us or do you know why there is a

6   dollar amount difference in column J between Line 188 and 189?

7   A     Well, those are going to be like balances associated with

8   the account, kind of like a running balance, so the specific

9   line of 188 in column J is going to be the U. S. dollar amount

10  that affects the balance in the account.

11  Q     Understood.  And looking at 191, if we could scroll back

12  over to the left for the purchase with the website on

13  August 9th, 2017, was there also a similar purchase of Bitcoin

14  just prior to it paying into the website?

15  A     Yes.  So it shows three seconds before the send request

16  on 191, Line 190 shows a buy request of .039 Bitcoin.

17  Q     If we could look at column I and J for the U. S. dollar

18  conversion?

19  A     Yeah.  So column I for row 190 shows that .039 Bitcoin

20  was purchased for $136.25.

21  Q     Okay.

22  A     Just to notate, even though on Line 188 and 190 almost

23  the same approximate amount of Bitcoin was purchased, the

24  price was different because of the fluctuation of value of the

25  Bitcoin amount.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1  Q    So between February of 2017 and the August 2017 purchase,

2  the value of Bitcoin had fluctuated dramatically you would

3  say?

4  A    Almost three times, yeah.

5  Q    When you were reviewing the record, did you observe at

6  any point indication that the user of this account had

7  attempted to reset their password?

8  A    Yes.  In the event log it showed down below, the event

9  log showed that the two-factor authentication was attempting

10 to be sent to the phone number that we had shown above as

11 being deleted.

12 Q    All right.  And let's stop right here.

13 A    Okay.

14 Q    On the screen in Exhibit 41.1, when you look at Line 211

15 and 214, what does that indicate to you?

16 A    So in here this would have been the same date that the

17 account was initially created, and on Line 211, an email is

18 being sent to verify your email address in Line G, and then on

19 there it would show also the email address it was sent to.

20 Q    All right.  So on Line 214 in column G, what email was

21 this sent to, the verification email sent to?

22 A    Yeah.  So Line 214 shows that the email was verified as

23 jdove@totalonguardprotection.com.

24 Q    What do you mean by verified?

25 A    In the verification process, Coinbase would have sent out

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1    an email to the email address in Line 14 in row G and it's

2    actually also represented on 2/11 in G showing the

3    jdove@totalonguardprotection.com.  This is done as a

4    verification to make sure that the person who's entering in

5    the information into the account is also the same person that

6    has access to the email address being supplied.

7    Q    Okay.  And if we could look at Line 230, what are you

8    seeing there?

9    A    Yeah.  So Line 230 and actually 229 as well shows the

10   subject basically saying that your two-factor authentication

11   has been changed and that that was sent to that email address,

12   so confirming that this user is setting up two-factor

13   authentication.  Then on Line 230, it shows that the phone

14   number that was provided was verified, the phone number of

15   407-401-1005 as being verified for the two-factor

16   authentication.

17   Q    What do you mean when you talk about two-factor

18   authentication?  What does that mean?

19   A    Basically what that means is in order to access this

20   account, not only do you have to have the user name and

21   password to log into it, the two-factor authentication sets up

22   that you have to also have access to the phone associated with

23   a phone number supplied with the account.  That way it shows

24   that whoever is interacting with this account not only has the

25   user name and password but they also have access to that phone

DIRECT EXAMINATION OF JAMES DANIELS

1  number.

2  Q    What is the purpose of two-factor authentication?

3  A    Well, it significantly reduces the ability for someone to

4  log into this account only having a user name and password,

5  that they have to have a second component, a second identifier

6  which is why it's called two-factor authentication that the

7  user name and password and then also access to the phone

8  number that is associated with the account that you would

9  verify, that you have access to that phone number.

10  Q    So with the email verification, you've already explained

11  that an email would have been sent to that specific email

12  address and the user would have had to have checked their

13  email and verify it?

14  A    Yes.

15  Q    How are phone numbers verified?

16  A    So they'll send out an SMS message or a text message with

17  a number contained in the text message that the user would

18  then have to type into the web page authenticating the fact

19  that they received that text message on that phone.

20  Q    Okay.  Now, if we could scroll down to about Line 423.

21  All right.  In Lines 423, 424, and this essentially this whole

22  chunk between 422 and 432, what are you observing in the

23  account at this time?

24  A    Yeah.  So there was a request on August 6th of 2017 to

25  reset the password associated with this account, and then that

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1    resetting your password was sent to the email address located

2    in G of jdove@totalonguardprotection.com, and then down below

3    it shows that there were sign-in failures located on Line 426

4    and 427, that the password entered was incorrect and then

5    there was an attempt to use the two-factor authentication in

6    Lines 429 through looks like 436 or 437 where the system is

7    attempting to send text messages multiple times to the phone

8    number, if we scroll over a little bit, 407-401-1005.

9    Q    If we could scroll down.  And at some point was the

10   second factor verified?  The -- if we could scroll back up

11   just a couple -- stop right there.  Thank you.

12        At some point was the two-factor authentication verified?

13   A    It was.  If we scroll up a little bit more and if we

14   scroll over, we go to on Line 450 shows that another  number

15   was entered for the two-factor authentication of 407-269-4463.

16   This would indicate that the phone number was changed for

17   two-factor authentication.

18   Q    And if we look at Line 456, or looking at Lines 452

19   through 456, what is happening in the account right here?

20   A    So if we scroll over to Line G, this will show that there

21   was a modification to the Jumio profile which most likely is

22   going to trigger additional identification required for the

23   KYC requirements.

24   Q    And then in 456 where it says, "unable to verify your

25   identity and photo," what does that indicate to you?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1   A    So this is showing that Coinbase sent an email to

2   jdove@totalonguardprotection.com, that they were unable to

3   identify it or verify the identity and the photo supplied.

4   Q    Is this information, Row 456, consistent with the top

5   part of this exhibit that show that there had been a photo

6   failure, a photo verification failure in the Jumio records?

7   A    Yes.

8   Q    The Jumio profile I should say.

9        All right.  And ultimately at some point the photo

10  verification was a success; is that correct?

11  A    That is correct.

12  Q    And where do we see that reflected below?

13  A    It should be on Line 468 showing that there is a face

14  match between the photo supplied and the driver's license

15  supplied as well.

16  Q    Okay.  So once this information was confirmed in looking

17  at the Coinbase record, what was law enforcement's next step?

18  A    I'm sorry.  One more time.

19  Q    I said once the information in the Coinbase records was

20  confirmed, that payments from this particular Coinbase account

21  was going to the Welcome to Video website, what happened next?

22  A    A package was put together by IRS and HSI with all

23  information received up to that point and then sent out as a

24  lead to be further investigated.

25  Q    And did it contain these Coinbase records?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1   A    Yes.

2        MS. THELWELL:  One moment, Your Honor.

3   (Brief pause.)

4   BY MS. THELWELL:

5   Q    All right.  If we could pull up Government's Exhibit 41B.

6   Just now we were looking at one of the last records in the

7   Coinbase records where you said that there was a Jumio profile

8   match --

9   A    Yes.

10  Q    -- a face match.

11       Based on whatever documentation had been provided for the

12  driver's license verification; is that correct?

13  A    That's correct.

14  Q    And looking at Government's Exhibit 41B, is this one of

15  the photos that were provided for the face match?

16  A    Yeah.  This was the record that was provided by Coinbase

17  as the photo identification for what was used for the face

18  match.

19  Q    And if we could see Government's Exhibit 30.  If we could

20  focus on the notus account specifically on the right-hand side

21  of the Welcome to Video box.

22       Earlier when we were discussing this account, you

23  indicated there were specific number of downloads that were

24  able to be captured because the administrator had changed I

25  guess how he was capturing data.  Did I understand that

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JAMES DANIELS

1  correctly?

2  A    Well, it appears he was capturing that data all along.

3  It's just that over the course of the versions of the database

4  that we had seen, it looked like he had been removing records

5  from the download table, so for this particular account we had

6  the information for the downloads.

7  Q    Okay.  And so what is the number of downloads?

8  A    38.

9  Q    38.  Thank you.

10       MS. THELWELL:  No further questions at this time.

11       THE COURT:  All right.  Members of the jury, we're

12  going to take our morning break.  We will be in recess for 15

13  minutes.

14  (Jury out at 10:50 a.m.)

15       THE COURT:  We are in recess for 15 minutes.

16  Mr. Daniels, you may step down, sir.

17  (Recess had.)

18  (Proceedings had outside jurors' presence.)

19       THE COURT:  Counsel, are we ready to resume?

20  Mr. Daniels, you may return to the witness stand.  And you may

21  bring the jury in.

22  (Jury in at 11:08 a.m.)

23       THE COURT:  All right.  Mr. Fitzgerald,

24  cross-examination.

25       MR. FITZGERALD:  Thank you, Your Honor.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF JAMES DANIELS

1                          **CROSS-EXAMINATION**

2   BY MR. FITZGERALD:

3   Q     Good morning, Mr. Daniels.

4   A     Good morning.

5   Q     When did you first become involved in this investigation?

6   A     I would have became involved in it when I was associated

7   with our headquarter section, so it would have been prior to

8   the search warrant that I believe occurred in March of 2018.

9   It was prior to -- it was prior to this search warrant that

10  was executed.

11  Q     Which search warrant?

12  A     The one in Korea.

13  Q     How much prior to that?  Do you know?

14  A     Being associated with our headquarters office, I was

15  involved with a majority of our larger type investigations,

16  just more helping with logistics and those kind of things, not

17  actually working the investigation, just over -- kind of

18  helping some of the political barriers in getting things done

19  with inside of IRS criminal investigation.

20  Q     And did you personally conduct the blockchain analysis in

21  this case?

22  A     Yes.

23  Q     I'm going to show you what's been marked as Government's

24  Exhibit 30, I believe.  Earlier you identified all this

25  information on direct examination; correct?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF JAMES DANIELS

1   A    That is correct.

2   Q    And what, in fact, you did was take a good part of that

3   information just merely from what was downloaded from the

4   spread sheet; correct?

5   A    Yeah.  The information contained up above would not have

6   been on the blockchain.

7   Q    Would not have been what?

8   A    On the blockchain.  Information associated at the top

9   half of the Welcome to Video that you had in the previous,

10  yes, all that information up above there is from the Welcome

11  to Video database.

12  Q    Okay.

13          THE COURT:  Excuse me, Mr. Fitzgerald, there's a

14  microphone on that equipment cart.  Thank you.  Speak into it

15  for me.

16          MR. FITZGERALD:  Thank you, Your Honor.

17  BY MR. FITZGERALD:

18  Q    So when you were testifying earlier and, for instance,

19  say we'll take the traffic.  The DL traffic located there is

20  8738 MB; correct?

21  A    Correct.

22  Q    And the DL traffic here is the same amount but all you

23  did was took that entry and used it to create this diagram;

24  correct?

25  A    That is correct.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF JAMES DANIELS

1  Q    This is the second generation of information.  This is

2  just a diagram or a tool that you created to facilitate the

3  understanding?

4  A    That is correct.

5         THE COURT:  Wait.  Our monitors just went out again.

6  (Brief pause.)

7         THE COURT:  Okay.  It's back up.

8  BY MR. FITZGERALD:

9  Q    I'm showing you what's been previously marked for display

10  Government's Exhibit 41.1A.  Do you recognize that?

11  A    Yes, I do.

12  Q    And on that document under -- you see the section it

13  says, "Jumio profiles"?

14  A    Yes, I do.

15  Q    What is Jumio?

16  A    It's my understanding Jumio is the KYC component that

17  Coinbases uses to do identity verification.

18  Q    Do you know that Jumio profiles is a private company

19  contracted by Coinbase?

20  A    That's my understanding that, yes, they contract out

21  their KYC requirements.

22  Q    And the Bitcoin account, at least this Bitcoin account

23  only had this Jumio profile examined three times; correct?

24  A    According to these records, yes.

25  Q    The first time was November 16th, 2016?  It would be

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF JAMES DANIELS

1   right here (indicating), correct?

2   A    Yes.

3   Q    And a driver's license was used?

4   A    That is correct.

5   Q    The next time was 8/6 of 2017?

6   A    That is correct.

7   Q    And a driver's license was used and photo verification

8   was used; correct?

9   A    That is correct.

10  Q    Except the photo verification failed; correct?

11  A    Yes.

12  Q    And five minutes later, is that correct, nine minutes

13  later?

14  A    Well, it looks like at 23:02 and 23:07 would be five

15  minutes later.

16  Q    Five minutes later a driver's license and photo

17  verification was completed and passed by Jumio profile

18  standards; correct?

19  A    Yes.

20  Q    So earlier you said that when a person uses -- has a

21  Bitcoin account, as you do; correct?

22  A    Yes.

23  Q    It's totally legal to have a Bitcoin account?

24  A    Yes, there's nothing illegal about owning Bitcoin or

25  having a Bitcoin account.

CROSS-EXAMINATION OF JAMES DANIELS

1  Q    And as you sit here today, you wish you bought more of it
2  years ago, don't you?
3  A    I think everybody does, yes.
4  Q    So hypothetically you have your Bitcoin account.  You
5  said it works like a debit card where you have the account
6  number and then the PIN allows you access to the fund;
7  correct?
8  A    That analogy was associated with the public and private
9  key.  Basically the fact that you have to have two pieces in
10  order to transact with Bitcoin, so that the debit card analogy
11  isn't necessarily associated with the Coinbase account itself.
12  Q    Well, the Coinbase account can be, for instance, like a
13  wallet of money; correct?
14  A    Well, yeah.  So Coinbase operates more like a bank where
15  the bank holds your money.  However the bank decides to hold
16  it is up to them, but they are holding a denomination on your
17  behalf, and Coinbase operates the same way, so in their ledger
18  they have a balance associated with that for you.  They can
19  hold that in numerous different types of wallets.  They have
20  cold storage and those kind of things, so however they do it
21  internally is kind of up to them, just like a bank.
22  Q    Do they have any requirements like a bank to hold a
23  certain amount of the funds and actually have them?
24  A    Yeah.  It's my understanding, yes, they do.
25  Q    So if I have a Bitcoin account and I have a set of

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF JAMES DANIELS

1   Bitcoin held by the bank or by Coinbase and I go to buy

2   something, I don't use my driver's license and facial

3   recognition to buy something, do I?

4   A    To conduct that transaction, no.

5   Q    Excuse me?

6   A    To conduct that specific transaction you defined?  The

7   answer is no, you do not.

8   Q    The only transactions on the Bitcoin account that

9   required an identification in this case with driver's license

10  and/or of a photo identification was the creation of it and

11  then -- which is on November 16th, and then the attempt to

12  change some of the two-party authentication on August 6th of

13  2017; correct?

14  A    Yeah.  For this account, yes, it was two times, those two

15  times you mentioned.

16  Q    And yet purchases were made and money was added or

17  Bitcoin were added over the course of the year that you

18  examined these records; correct?

19  A    Yes.

20  Q    I'm going to show you again what's been marked as

21  Government's Exhibit 30 which is the diagram that you created,

22  and on 1/6/17 I believe you based on your examination of the

23  records, you believe that .05 Bitcoin was sent to the website

24  from this Coinbase account; correct?

25  A    That is correct.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF JAMES DANIELS

1  Q    And January 6th of 2017 is not one of the days where a

2  driver's license photo was used or a visual photo was used to

3  identify the person at the Bitcoin account?

4  A    That is correct.

5  Q    Also in your diagram, you have a transaction for

6  February 1st, 2017 of .047 Bitcoin?

7  A    That is correct.

8  Q    And that again is 04.  That again is what you've

9  indicated is a transfer of .4 Bitcoin from the Coinbase

10 account to the website?

11 A    That is correct.

12 Q    And, again, February 1st of 2017 was not one of the days

13 where a photo driver's license was used or a photo of the

14 person operating the Bitcoin account in order to log in;

15 correct?

16 A    No, they would have had to use other log-in methods to

17 get into the account.

18 Q    Do you know what log-in method was used on those two

19 days?

20 A    If we look together at the event log, we could verify it

21 together.

22 Q    Sure.  Give me a second.

23 A    No problem.

24      MR. FITZGERALD:  Ms. Samuel, can we switch it    to

25 --

CROSS-EXAMINATION OF JAMES DANIELS

1  BY MR. FITZGERALD:

2  Q   All right.  There we go.  So scrolling down to that first

3  date which is January 6th, 2017, am I in the right section?

4  A   Yeah.  It would be -- so right there, scroll back up a

5  little bit, please, it would be -- looks like January 6th is

6  starting on 394 is the transaction starting or the interaction

7  with the account.

8  Q   So that would be 394?

9  A   Yes.

10     THE COURT:  Mr. Fitzgerald, don't forget to adjust

11  the mic.

12     MR. FITZGERALD:  Sorry, Your Honor.  Thank you.

13  BY MR. FITZGERALD:

14  Q   So are you able to determine on January 6th, 2017 what

15  authentication was used?

16  A   Yeah.  There's -- in the record event log here it does

17  not show any recordation of how someone logged in.

18  Q   Moving to the transaction on February 1st, 2017.  Let me

19  scroll down further starting right there at the top.  I guess

20  at Line 407 it begins.

21  A   It does not show on February 1st how someone -- it was

22  not documented how somebody logged in to this account.

23  Q   And the third transaction you identified on your diagram

24  occurred on August 9, 2017?

25  A   Yes.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

REDIRECT EXAMINATION OF JAMES DANIELS

1  Q    Moving down here, can you tell what day, what form factor

2  was used to log in on that day?

3  A    It does not identify on August 9th how the account was

4  logged in to.

5          MR. FITZGERALD:  Could I have a moment, Your Honor?

6          THE COURT:  You may.

7  (Brief pause.)

8          MR. FITZGERALD:  Nothing further, Your Honor.

9          THE COURT:  All right.  Thank you.  Is there any

10  redirect?

11          MS. THELWELL:  Briefly, Your Honor.  Could I have one

12  moment?

13          THE COURT:  Yes.

14              (Brief pause.)

15                   **REDIRECT EXAMINATION**

16  BY MS. THELWELL:

17  Q    If we could have access to the computer.  Thank you.

18      Mr. Daniels, based on your personal experience using

19  Coinbase, how is someone able to log in to their Coinbase

20  account?

21  A    You have to enter in effectively your user name and your

22  password, and if two-factor authentication is set up on the

23  account, then you would receive a text message and you would

24  have to turn around and enter that number in when you logged

25  into the account.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

REDIRECT EXAMINATION OF JAMES DANIELS

1  Q    So if someone did not have a password but they had the
2  user name, how would they -- would they be able to access the
3  account?
4  A    No, you would have to have both of those in order to get
5  into the account.
6  Q    What if they had the password but did not have the
7  cellphone associated with the account, would they be able to
8  access the account?
9  A    No, the two-factor authentication requires the number
10 from the text message to be entered in prior to accessing the
11 account.
12 Q    Is the two-factor authentication a part of the log-in
13 process every single time?
14 A    My experience, yes, it is.
15         MR. FITZGERALD:  Objection, Your Honor, his
16 experience, or if it's a fact.
17         THE COURT:  Sustained.
18 BY MS. THELWELL:
19 Q    Do you know whether or not it is required for the
20 two-factor authentication to access the Coinbase account every
21 single time?
22 A    Depends upon how the user set it up.  It's their option
23 to decide if they want to do two-factor authentication or not.
24 Q    Okay.  And so can a user set it up so that it is required
25 that the two-factor authentication be used every single time?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

REDIRECT EXAMINATION OF JAMES DANIELS

1   A    Yes.

2   Q    When we look at the records that are displayed on the

3   screens, these are the Coinbase records we are looking at,

4   41.1, the highlighted copy?

5   A    Yes.

6   Q    What are you observing between Lines 400 and 401?  It

7   says January 6th, 2017 at about 23:16 minutes, and an email

8   was sent undelivered and column 512 indicates some additional

9   information.  What do we see there in Line 400?

10  A    Yeah.  So column G indicates that an email was sent to

11  the jdove@totalonguardprotection.com, a verification of a

12  purchase of .05 Bitcoin.

13  Q    What is the purpose of that email?

14  A     It's to notify the recipient who's got that email that

15  Bitcoin was purchased in this Coinbase account.

16  Q    Okay.  And then below in Line 401, if we could kind of go

17  back over to column B.  401 says email delivered, and the

18  information contained in column G., do you know what this

19  column or this row represents?

20  A    Yes.  This would be an email verification that the email

21  was delivered to the email address in Line 400.

22  Q    And how do you know it was delivered?

23  A    The indication in G itself lists out the information that

24  was received back from the delivery itself.

25  Q    And if we could look at -- so that would go for the

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

REDIRECT EXAMINATION OF JAMES DANIELS

1    other -- that would associate with the Bitcoin purchase made

2    on or about January 6th, 2017; is that correct?

3    A    That is correct.

4    Q    And when was the first transaction made to the website?

5    A    That would be January 6th.

6    Q    Of 2017?

7    A    2017, yes.

8    Q    If we could go down to Line 400.  Okay.  Sorry.  We were

9    just there.  I apologize.  408, sorry.

10        If we look at Line 408, there's an email sent.  Line 409,

11   email delivered.  What are we looking at in column G of 408?

12   A    Well, this is a sending receipt of Bitcoin to an address

13   of one, capital K, capital F, lower case Z, lower case P to

14   the jdove@totalonguardprotection.com.

15   Q    And so this is another email that was sent to the

16   jdove@totalonguardprotection.com email; is that correct?

17   A    That is correct.

18   Q    If you could scroll to the left.  Let's look at Line 417.

19   A    This is another recordation of an email sent notifying

20   the email address of jdove@totalonguardprotection.com that .04

21   Bitcoin was purchased and available in their account.

22   Q    All right.  And what are we looking at on Line 418?

23   A    It is the email delivery confirmation from Line 417.

24   Q    Indicating that -- what does that indicate to you?

25   A    That indicates that the email that was sent in 417 was

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

REDIRECT EXAMINATION OF JAMES DANIELS

1   delivered to that email address.

2   Q    What is occurring in Lines 419, 420 and 421?

3   A    In 419 is the actual sending of the .04 Bitcoin to the

4   address 1CcnY.

5   Q    And what address is that?

6   A    That would be the Bitcoin receiving address for the

7   notus52911.  Line 420 would be the confirmation email sent to

8   jdove@totalonguardprotection.com notifying that a send of .04

9   was sent to that same address.  And then in Line 422 is the

10  confirmation email of delivery to that email address.

11  Q    If we could stay here but scroll down just a little bit.

12  All right.  Stop.  If you could scroll down to Line 541, what

13  are we observing here?

14  A    Confirmation email being sent to the

15  jdove@totalonguardprotection.com for .039 Bitcoin purchased

16  and then being available in the account.  And then in Line 542

17  is the delivery confirmation of the email above.

18  Q    And if we could go to Line 468.  If we could highlight

19  Line 468.  Now, on direct examination you testified about the

20  Jumio profile match?

21  A    Yes.

22  Q    And what day and time was the -- was Government's Exhibit

23  41A which contains the photos that were provided to Coinbase

24  to verify the account, at what point did Jumio profile make

25  that a match within their system to verify the account?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

REDIRECT EXAMINATION OF JAMES DANIELS

1  A    So it shows that on August 6th of 2017 at 4:10 p.m. that

2  that photo match was done and that should be in Line G of 468.

3  Q    When was the next transaction after the account was

4  verified to have that face match?

5  A    If we scroll back over.  The next, like, financial-type

6  transaction?

7  Q    Yes.

8  A    If you'd keep scrolling down.

9  Q    So if we slow down for a second.  So what we're observing

10 as we're scrolling it appears, and correct me if I'm wrong, it

11 was the process of the password being reset, the two-factor

12 authentication but essentially after the account is --

13        MR. FITZGERALD:  Objection, leading.

14        THE COURT:  Sustained.

15 BY MS. THELWELL:

16 Q    All right.  Let's back up to Line 4 -- All right.  Where

17 are we at?  Line 468.  As we scroll down, can you describe for

18 the jury what you are seeing in the records based on your

19 review of these records?

20 A    Yes.  So if we scroll back up one to the 4, so on 470 we

21 have an email being sent, and if we see the email address it's

22 being sent to, notifying the email address that your entity

23 and photo have been verified and then you've got an internal

24 Coinbase house fraud score of them making their assessment for

25 their risk factor for their Know Your Customer and any money

REDIRECT EXAMINATION OF JAMES DANIELS

1  laundering laws.

2  Q    So what does .06, what does that house fraud score mean?

3  A    I don't know how Coinbase rates their internal system.

4  Q    Okay.  So Line 472, what do you observe there?

5  A    472 is showing an email being sent to the same email

6  address of the J. Dove, that your Coinbase account recovery is

7  being processed, and that the email was delivered in 473.

8  Q    Okay.  If as we slowly scroll back down through the

9  records, what else are you observing?

10  A    We're seeing in the lines -- scroll back up just a little

11  bit.  476 through 490, in there is the attempt to do --

12  Coinbase is attempting to send out the two-factor

13  authentication requirement to the phone number 407-401 -- if

14  we scroll a little bit to the right I'll be able to get to the

15  rest -- 1005, so during this process on August 6th it was

16  attempting to do a two-factor authentication to that phone

17  number, and then --

18  Q    Wait before we move on, though.

19  A    Yes.

20  Q    If we could scroll back up to where that process begins.

21  Looking at Line 468, what is the time stamp there?

22  A    8/16/2017 and that would be --

23  Q    The time stamp?

24  A    4:10 p.m.

25  Q    Okay.  So then it would be approximately 4:10 p.m. And

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

REDIRECT EXAMINATION OF JAMES DANIELS

1  how long -- I guess what is the time gap between that face

2  match and when the account is essentially restored?

3  A    It was -- according to the time stamps, it's within 60

4  seconds.  I don't know if Coinbase records seconds in their

5  time stamp, but to the minute, it shows it happened within the

6  same minute.  And then to the sending of those, the next one,

7  it goes to the attempted failure on 482 which occurs within

8  one minute so that would be 4:11 p.m.

9  Q    All right.  And at some point the second factor prompt

10 verifications and the phone verifications occur.  Are they on

11 the same day, August 6th, 2017, on or about the 4:00 o'clock

12 hour?

13 A    Yeah.  There was one then and then there's another one on

14 8/6 which would have happened at 20:55, which would be 8:55.

15 Q    Those are --

16 A    P.m.

17 Q    What line are you looking at?

18 A    That would be 483 through 485 which is another attempt to

19 do the two-factor authentication.

20 Q    All right.  But this is specifically talking about the

21 password; is that correct?

22 A    Well, this would be the two-factor authentication, so

23 this indicates that Coinbase is attempting to send an SMS

24 message to the phone number so that the user can do the

25 two-factor authentication and get into the account.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

REDIRECT EXAMINATION OF JAMES DANIELS

1    Q    So two days later, what is occurring in the account on
2    August 8th of 2017?
3    A    Yeah.  So on August 8th, it shows that it's still
4    attempting to do two-factor authentication to the same phone
5    number.  The record show that this occurred on two different
6    occasions and then later on August 8th.
7    Q    How much later?
8    A    It looks like that attempt was done at 12:01 on 8/8, and
9    then at 4:00 p.m. in the afternoon, the phone number was
10   verified but it was a different phone number.
11   Q    And when you said 12:01, was it a.m. or p.m.?
12   A    Well, that would be on 8/8.  If we click on that cell of
13   A492, cell A, so -- No.
14   Q    Just click on cell A, Line 492.
15   A    Yeah.  So that shows right there that the test at 12:01
16   a.m. is when this was recorded on the 8th.
17   Q    Okay.  So what's happening on the account on August 8th
18   of 2017 around 4:10 p.m.?
19   A    This is when a new number was associated, a phone was
20   verified, and then an email was sent on 494 notifying the
21   email address that your two-factor settings have been changed
22   to the jdove@totalonguardprotection.com.
23   Q    If we could scroll back over to column A and then scroll
24   down slowly.
25           THE COURT:  We just lost video.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

REDIRECT EXAMINATION OF JAMES DANIELS

1    (Brief pause.)

2              THE COURT:  Okay.  It's back.

3    BY MS. THELWELL:

4    Q    All right.  All right.  Now, when is the very first

5    financial transaction after the account has been reverified

6    with the Jumio face match that we saw in Line 468?

7    A    That would be on August 9th of 2017.

8    Q    What row are you looking at?

9    A    That's going to be on 543.

10   Q    And what transaction was that?

11   A    Actually I take it back.  First financial transaction

12   would have been on 540 where money was received, and then on

13   541 an email was sent about the purchase of the .39.

14   Q    Okay.  And this is the same purchase information that we

15   had previously looked at?

16   A    Yes.

17   Q    So when is the first time money is being sent out of this

18   account after the Jumio profile face match?

19   A    That would be on August 9th of 2017 at 4:58 p.m.

20   Q    And which transaction was that?

21   A    It's going to be on Line 543.  That is going to be the

22   .030 Bitcoin sent to the 1BbCP.

23   Q    So based on your review of these records, is Line 543 the

24   first financial transaction that leaves the account, or money

25   is being transmitted out of the account, after the face match?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

REDIRECT EXAMINATION OF JAMES DANIELS

1   A     That's correct.

2   Q     Where did that money go?

3   A     That money went to the Welcome to Video account of notus.

4         MS. THELWELL:  No further questions at this time,

5   Your Honor.

6         THE COURT:  All right.  Thank you.  Mr. Daniels, you

7   are excused.

8         United States may call its next witness.  Our lunch

9   is not here yet, so we will continue.

10        MS. THELWELL:  United States calls Special Agent

11  Tavey Garcia.

12        COURTROOM DEPUTY CLERK:  Raise your right hand.

13  (Witness sworn.)

14        THE WITNESS:  Yes.

15        COURTROOM DEPUTY CLERK:  Please state your name for

16  the record and spell your last name for the record.

17        THE WITNESS:  My name is Special Agent Tavey,

18  T-A-V-E-Y, Garcia, G-A-R-C-I-A.

19        COURTROOM DEPUTY CLERK:  Thank you.  Be seated.

20        THE COURT:  Agent Garcia, you may remove your mask if

21  you would like to do so.  And we also have a bottle of water

22  that you may use during your examination.

23        MS. THELWELL:  If I could have a moment, Your Honor.

24        THE COURT:  Yes.

25

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1                    TAVEY GARCIA,

2    having been first duly sworn, was examined and testified as

3    follows:

4                    DIRECT EXAMINATION

5    BY MS. THELWELL:

6    Q      Agent Garcia, what do you do for a living?

7    A      I'm a special agent with Homeland Security Investigation.

8    Q      How long have you been a special agent with HSI?

9    A      Since 2009.

10   Q      What do you do there?

11   A      I'm a criminal investigator currently working in the

12   Financial Crimes Unit.

13   Q      What other assignments have you had?

14   A      I worked in the National Security Unit.  I did that for

15   five years and then I worked in the Child Exploitation/Human

16   Trafficking Unit and I did that for five years.

17   Q      What it -- when you were assigned to the Sexual

18   Exploitation Unit, what type of child exploitation offenses

19   did you investigate?

20   A      I investigated any criminal activities related to child

21   exploitation, so that could be child pornography, receipt,

22   production, distribution.  It could be access with intent to

23   view it.  It could be traveling with the intent to engage in

24   sexual activity with a child, bringing or transporting a child

25   with the intent for sexual activity, any of those realms.

DIRECT EXAMINATION OF TAVEY GARCIA

1  Q    Have you received or did you receive any specialized

2  training as it relates to online child exploitation offenses?

3  A    Yes.

4  Q    What type of training?

5  A    I received introductory training during my time at the

6  academy, and then when I started investigating child

7  exploitation, I received intensive training with the

8  undercover unit.  Online child exploitation, I received 40

9  hours of that, and I received peer-to-peer undercover

10  investigations which is when you transfer data over the

11  Internet from person to person by using specialized software.

12       I received -- I was a member of the Suncoast Region

13  Internet Crimes Against Children Task Force.  There we

14  received quarterly training whenever we met.  I participated

15  in any of the offered training through the state, through

16  Texas.  I was invited to present child exploitative training

17  at the 2018 Human Trafficking Summit.  My training is vast.

18  Q    Were you involved in the investigation of Jack R. Dove,

19  III?

20  A    Yes.

21  Q    What was your role in the investigation?

22  A    I was the assigned case agent.

23  Q    What is the role of a case agent?

24  A    The role of a case agent is, basically as Special Agent

25  Tamsi testified earlier, we work in teams, so as case agent my

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1  role is to facilitate anything and everything involving the

2  case as it related to Jack R. Dove, III.

3  Q    Can you tell us how you became involved in this

4  investigation?

5  A    I received an investigative lead from HSI Denver.  I

6  received that in August of 2018.

7  Q    What information did you receive when you reviewed the

8  lead or the investigative referral that you got from HSI

9  Denver?

10  A    HSI Denver had done an extensive investigation into an

11  online child exploitation enterprise that was the Welcome to

12  Video child exploitation enterprise.  They conducted a

13  long-term international investigation into that.

14      As their investigation evolved, they were able to extract

15  data as it related to any specific user in the United States

16  and abroad.  When they were able to compile enough information

17  that validated a user in their opinion, they would pull that

18  packet together and send it out to receiving offices.

19      So that information included driver's license

20  information, Coinbase return information, Welcome to Video

21  information as far as that particular user, and as well as for

22  me, because I was not part of that investigation, I was

23  provided with a summary of that investigation so that I could

24  understand what they were doing on their end.  And then I also

25  received a search warrant affidavit that they used that

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1   described for integrity purposes what they were doing.

2   Q    And so when you reviewed the investigative referral, who

3   did they identify as a user of the website?

4   A    They identified Jack R. Dove, III.

5   Q    Did you do anything to verify that Jack R. Dove was, in

6   fact, a user of the website?

7   A    Of course.  Receiving that information, it was fantastic

8   information, but I myself wanted to corroborate it to make

9   sure that what I was receiving was, in fact, valid today as it

10  related to Jack R. Dove.  So I did a property records search,

11  conducted surveillance, subpoenaed subscriber records on some

12  of the Internet protocol IP addresses to basically validate

13  what they had given me so that I could attest that what I was

14  receiving was, in fact, valid.

15  Q    All right.  So I'm -- if you look in your book, locate

16  Government's Exhibit No. 44 -- I'm sorry.  No. 45.  Do you

17  recognize it?

18  A    I do.

19  Q    What is it?

20  A    This is a printed copy of the Florida driver and vehicle

21  information system record as it relates to Jack R. Dove, III.

22  Q    And how do you recognize it?

23  A    This is the certified copy that I requested from the

24  Florida Department of Motor Vehicles and then provided it to

25  you.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1  Q    And does it fairly and accurately depict the same

2  information that you had received from the Florida driver's

3  license and vehicle, motor vehicle services?

4  A    Yes, it does.

5           MS. THELWELL:  At this time, United States seeks to

6  admit Government's Exhibit 45 into evidence.

7           THE COURT:  Is there any objection?

8           MR. FITZGERALD:  No, Your Honor.

9           THE COURT:  Government's Exhibit 45 is admitted.

10  (Government's Exhibit No. 45 was admitted.)

11           MS. THELWELL:  Permission to publish.

12           THE COURT:  You may.

13  BY MS. THELWELL:

14  Q    Is this -- so you stated that this is one of the records

15  that you had requested in order to validate the information

16  you received from HSI Denver; is that correct?

17  A    That is correct.

18  Q    If we could blow it up, the top portion of the record

19  detail.  What information is provided here?

20  A    That is the customer name transaction Jack R. Dove, III.

21  It indicates that the driver's license is valid.  The driver's

22  license number, the ID number is D100436810870.  It provided

23  his Social Security number, the class that the driver's

24  license and whether or not there were any previous DUIs which

25  is driving under the influence.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1   Q    Had you --

2   A    No previous.

3   Q    Had you seen this driver's license number anywhere else

4   in the course of your review of the referral packet?

5   A    Yes.  This is the information that was provided on the

6   Coinbase return, the Coinbase subpoena return.

7   Q    If we could back out of that.  And look at the middle

8   portion, just that top piece right there with the photo and

9   the information to the right.  All right.  If we blow that up.

10       What are you observing here?

11  A    Here I'm seeing a photograph image of Jack Dove, III.

12  The address is 721 Powder Horn Row in Lakeland, Florida,

13  33809.  It indicates the date of birth is March 7th, 1981,

14  gender being male, heighth 6 feet 9 inches.  The driver's

15  license was issued originally on June 10th, 1999.  This

16  particular issuance was December 22nd, 2017 and it expires

17  March 7th, 2026.  His driver's license was replaced at one

18  point on September 17th, 2018.  The driver's license, he does

19  have a CDL and that is valid and that was issued on

20  December 22nd, 2017.

21  Q    And how tall is Mr. Dove according to this report?

22  A    The height indicates 6 feet 9 inches.

23  Q    And you indicated that in the replacement column on or

24  about September 17th, 2018 his driver's license was replaced?

25  A    That is correct.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1  Q    And have you had an opportunity to also review the
2  Coinbase records in this case?
3  A    Yes.
4  Q    Including the photos that were submitted as part of the
5  verification process?
6  A    Yes.
7  Q    That's the last -- the last Coinbase verification of that
8  account, do you remember on or about what date that occurred?
9  A    We just went over with it, but there are so many numbers.
10 Q    Would you like us to pull up the exhibit?
11 A    Please.
12 Q    If we could do a side by side, if possible, of exhibit
13 41.1A with 45.
14     On 41.A if you would only focus on that first line.
15 Actually -- yes.  That first line.  And if we could blow up
16 the replacement date in Exhibit 45.  All right.
17     So the license that we just saw in Exhibit 41B, that also
18 contained the selfie photograph of Mr. Dove, when was that
19 provided as a part of the verification process to Coinbase?
20 A    To Coinbase it was provided August 6th of 2017.
21 Q    And when was that same license ultimately replaced
22 according to driver's vehicle records?
23 A    September 17th, 2018.
24 Q    So if we could back out.  If we could look at
25 Government's Exhibit 41A.  And do you recognize Government's

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1    Exhibit 41A?

2    A    Yes.

3    Q    What is it?

4    A    That was an image of the driver's license that was

5    provided to Coinbase as part of their authentication records.

6    Q    And did you specifically request these records?

7    A    I requested the driver's license records associated with

8    that individual with that number, yes.

9    Q    And if we could see 41B.  If we could scroll down to page

10   two.  Are these -- is Exhibit 41B also a part of the records

11   that you specifically requested from Coinbase regarding the

12   photo verification?

13   A    That is correct.

14   Q    Now, this photo of 41B, the driver's license that was

15   used for Coinbase verification, is that the same photo that we

16   just saw in Government's Exhibit 45?

17   A    It appears to be the same, but it's hard for me to tell

18   based on the print image and the computer image.

19   Q    Okay.  If we could pull up Government's Exhibit 45.

20   Perhaps do a side by side with Government's Exhibit 41B-002

21   which is the page number.  The other exhibit is Exhibit 45.

22        All right.  Now that you have an opportunity to look at

23   them side by side, do they appear to be the same photo?

24   A    They appear, yes.

25   Q    All right.  And, again, indicating on the right-hand side

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1    in Government's Exhibit 45 that this driver's license in 41B

2    had been replaced; is that correct?

3    A    You know, I want to look at these images again.  They

4    appear to be the same, but they also appear to be slightly

5    different, so it's hard to tell.  The hairline looks a little

6    different but, yes, it appears to be the same individual.

7    Q    Okay.  So it appears to be the same individual.  And at

8    some point about a month after 41B was provided to Coinbase,

9    Jack Dove changed or replaced, I should say, his driver's

10   license; is that correct?

11   A    That is correct.

12   Q    All right.  So apart from the Coinbase records and a

13   review of the driver's license verification information, what

14   else did you review that specifically, that HSI provided to

15   you, HSI Denver?

16   A    I reviewed the Coinbase return.  I reviewed the Welcome

17   to Video summary, and then I had the opportunity to review

18   some of the sampling of the downloads that they indicated were

19   related to the notus user for the Welcome to Video account.

20   Q    And what did they appear to contain to you?

21   A    They were child exploitative videos.

22   Q    And during the course of your time as serving as a

23   special agent investigating child exploitation offenses, have

24   you been specifically trained to identify child exploitative

25   material?

DIRECT EXAMINATION OF TAVEY GARCIA

1  A    Yes.  Yes.

2  Q    If we could pull up 41A, excuse me 41.1A.  Do you recall

3  what you observed in the Coinbase records?

4  A    Yes.

5  Q    What did you observe?

6  A    At the top I observed the user information being Jack

7  Dove, the email address jdove@totalonguardprotection.com, the

8  creation date November 16th, 2016.

9  Q    Before we move on, does -- what did you do with anything

10  with the jdove@totalonguardprotection.com email address?

11  A    Well, I wasn't familiar with that type of email address,

12  so I did a Sunbiz inquiry on that business entity to see if it

13  existed.  Total Onguard Protection was a business registered

14  to Jack R. Dove, and I believe it was registered at the 721

15  Powder Horn Row residence, so that told me that that email

16  address would directly relate to Jack Dove.

17  Q    Did you subpoena that email address for records?

18  A    I did not.

19  Q    Why not?

20  A    Because the business was owned by Jack R. Dove, so if I

21  would have subpoenaed that email address at the time it would

22  have given him notice that the Government was looking at him.

23  He would have received indication that that subpoena was being

24  generated.

25  Q    What else did you observe in the Coinbase records?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1   A     I observed a telephone -- a couple of telephone numbers,
2   transactional data, residential address associated with the
3   account or billing address.
4   Q     Okay.  And when we look at the personal detail section,
5   what information was provided there?
6   A     The DOB which typically stands for date of birth being
7   March 7th, 1981.
8   Q     Is that consistent with the date of birth on the DAVID
9   record in Government's Exhibit 45?
10  A     It is.
11  Q     Is there anything listed in the address?
12  A     There is not, just state and United States, FL for
13  Florida and then U. S. for the United States.
14  Q     And you mentioned that you had observed some phone
15  numbers; is that correct?
16  A     That is correct.
17  Q     What phone numbers did you observe?
18  A     I observed the 407-401-1005 and 407-269-4463.  The first
19  number I repeated was deleted.
20  Q     We will come back to these phone numbers in a bit.
21  Regarding -- do you know what an IP address is?
22  A     I do.
23  Q     What is that?
24  A     An IP address is an Internet protocol address and it is
25  assigned to devices when they utilize the Internet for

DIRECT EXAMINATION OF TAVEY GARCIA

1  traffic.  Some IP addresses are static and some are dynamic,

2  which basically means some IP addresses are assigned to some

3  place, a business, you know, Chick-fil-A, Wal-Mart, a

4  residential address, and some are all over the place.  Anybody

5  can access it utilizing a tower, so typically a cellphone

6  address or, you know, their -- they could potentially have

7  multiple users.

8  Q    Did you observe IP addresses in the Coinbase records?

9  A    I did.

10  Q    What did you do based on your observation of the

11  Coinbase -- of the IP addresses in the Coinbase records?

12  A    So based on the totality of the Coinbase return, I looked

13  at all the IP addresses across the board and I pulled out the

14  most dominantly used IP addresses, and then I queried them to

15  determine if they would viably be an assigned IP, so if it

16  would come back to a provider, a cable provider, Spectrum,

17  Brighthouse, Charter Communications, if it would resolve to

18  one of them then typically it would be assigned to a customer.

19  If it showed up as Amazon or Sprint, I wouldn't subscribe, I

20  wouldn't look at those further, so I think --

21  Q    Is it -- if it came up as Sprint, what would that

22  indicate to you?

23  A    That would indicate that it would be typically a

24  cellphone IP address or a cellphone provider IP address which

25  would resolve to a tower.  We could technically pull that

DIRECT EXAMINATION OF TAVEY GARCIA

1   subscriber to an individual phone but you need a lot of data,
2   and I had other IPs that I could focus on, so I eliminated
3   those because I had additional IPs that were used a lot of
4   times during the course of the Coinbase return.
5   Q    Okay.  And so what IP address or, excuse me, what did --
6   who did you subpoena based on the IP addresses that you saw?
7   A    So based on -- there were isolated four IP addresses that
8   were used quite frequently throughout the entire return.  One
9   of them was a cellphone.  Two of them resolved to businesses.
10  So then there was one that resulted to Charter Communications,
11  so I served a subpoena to Charter Communications, requested
12  the subscriber data for that IP address that I observed within
13  the Coinbase return.
14  Q    And so generally when you serve a subpoena asking for
15  subscriber information from an Internet service provider, what
16  type of information do they give you?
17  A    So based on my training and experience, Internet service
18  providers typically only provide IP data for a period of 180
19  days or six months,so we can get subscriber information on a
20  specific IP or a specific address for that period of time.
21       Once -- if we can isolate a specific date and time,
22  sometimes they can also then give me the subscriber at that
23  exact date and time, so we would get the subscriber
24  information, so the billing name, address, phone number, who
25  the account is registered to basically.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1   Q    At some point did you, in fact, subpoena Charter records
2   for a specific date and time frame?
3   A    I did.  I selected several dates from within the Coinbase
4   returns, specifically I believe I started August 6th and then
5   went down because I was trying to stay within that time frame,
6   so I selected dates randomly from the Coinbase return and I
7   subpoenaed specifically for the exact date that was matched
8   with the Coinbase return.
9   Q    If you look in your book, you'll see Government's Exhibit
10  40 which has already been admitted into evidence.  It's the
11  Charter record.
12       So if we could actually pull up Government's Exhibit 40.
13  What is Government's Exhibit 40?
14  A    That is the subscriber return from the subpoena that I
15  served to Charter.
16  Q    And what are we seeing in the target detail section?
17  A    So as I mentioned before, I selected specific dates from
18  the Coinbase return, so I select -- randomly I selected
19  August 6th a couple of times during that -- I typically start
20  the beginning of the day and the end of the day, August 6th,
21  August 8th, August 9th and August 13th of 2017.
22  Q    And those are all dates that you found within the
23  Coinbase records associated with this IP address?
24  A    That is correct.
25  Q    Can you read the IP address associated with those dates

83

DIRECT EXAMINATION OF TAVEY GARCIA

1  and times?

2  A    Sure.  The IP address is consistent, 70.127.40.255.

3  Q    And is this the IP address that you observed to be most

4  dominant in the Coinbase records?

5  A    Yes.

6  Q    Who is the subscriber -- who is this IP address

7  subscribed to according to the Charter records?

8  A    It is Jack Dove at 721 Powder Horn Row, Lakeland,

9  Florida, 33809, and there is a service phone number of

10  863-816-6196 and a home phone number of 407-401-1005.

11  Q    And had you seen that home phone number anywhere else?

12  A    That is the deleted phone number from the Coinbase

13  return.

14  Q    So at some point in time that phone number ending in 1005

15  had been associated with the Coinbase records, is that

16  correct, or the account I should say?

17  A    That is correct.

18  Q    The address that's listed there, 721 Powder Horn Row,

19  Lakeland, Florida, what does that indicate to you?

20  A    That is the address where that IP resolved to, so when a

21  person at that address is accessing the Internet, that's the

22  IP address that would come out of that residence.

23  Q    Okay.  We can remove that from the screen.

24       All right.  So earlier you mentioned that after you

25  reviewed the lead information that you had received from HSI

DIRECT EXAMINATION OF TAVEY GARCIA

1  Denver, you took additional steps to corroborate.  What
2  additional steps did you take that we have not yet discussed?
3  A    Aside from doing the surveillance at the residence,
4  checking the property records at the residence and viewing all
5  of the material and the child exploitative material, I then
6  contacted the Assistant United States Attorney's office to
7  request a residential search warrant.
8  Q    All right.  So when you say you checked property
9  appraiser records, what do you mean by that?
10  A    That's a public -- publicly available data.  You can
11  search any property based on county.  If I plug in the
12  residential address to see who owns that particular property,
13  and in this case the residence belonged to Jack R. Dove.
14  Q    And you said that you conducted surveillance.  What was
15  the purpose of that?
16  A    I wanted to confirm that Jack R. Dove and/or individuals
17  associated with him were still present and at that address.
18  It gave me an opportunity to look at the vehicles that were
19  coming and going, and we were able to determine a pattern of
20  life, who resided at that residence, so I could -- once I got
21  vehicle information, then I ran driver's -- the license plate
22  information to see if the vehicles resolved to that address,
23  and then, like I said, we could get pattern of life.
24  Q    And so did those -- did your observations confirm that
25  there were vehicles and individuals associated with that

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1  residence that matched Jack R. Dove?

2  A    That is correct.  I was able to observe Mr. Dove on

3  occasion exiting a particular vehicle, actually two vehicles.

4  But one of the vehicles was not registered to the residence

5  but was registered to an individual closely associated with

6  him, but it was outside of his residence and I had observed

7  him utilizing that vehicle.

8  Q    Where -- we've talked about, you know, where his address

9  is in Powder Horn Row in Lakeland, Florida.  Where exactly is

10  that located?

11  A    That is in a residential neighborhood in the Middle

12  District of Florida.

13  Q    Was a search warrant ultimately executed at that

14  residence?

15  A    It was.

16  Q    When was that?

17  A    November 30th of 2018, I believe.

18  Q    Who lived at the residence at that time?

19  A    At that time it was Jack Dove, his wife Melissa Dove, his

20  mother Sandra, and I do not want to mispronounce her last

21  name, Weiman I believe is how you pronounce it, and three

22  minor children, all boys.

23  Q    And were any photos taken at the time that entry was made

24  into the house during the search warrant?

25  A    Yes.

DIRECT EXAMINATION OF TAVEY GARCIA

1  Q    In front of you you have Government Exhibit 31 on a disk.
2  Do you recognize Government's Exhibit 31?
3  A    I do.
4  Q    What is it?
5  A    It is all of the search warrant photographs from the
6  residence.
7  Q    How do you know the photos of the search warrant from
8  Mr. Dove's residence are contained on Government's Exhibit 31?
9  A    I reviewed the CD.
10 Q    And do the photos contained on that CD fairly and
11 accurately depict the way Mr. Dove's residence looked at the
12 time of the search warrant?
13 A    It does.
14         MS. THELWELL:  At this time, United States seeks to
15 admit Government's Exhibit 31.
16         THE COURT:  Is there any objection?
17         MR. FITZGERALD:  Yes, Your Honor.
18 (Bench conference begins.)
19         THE COURT:  Mr. Fitzgerald.
20         MR. FITZGERALD:  I think it's just you and me so far.
21 I only see two participants on this.  Are you on?
22         Okay.  Usually it says a number, that little number
23 says the number.  I am just objecting based on our motion to
24 suppress.  These are pictures taken inside the house subject
25 to the permission authorization by the search warrant.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1          THE COURT:  Response.

2          MS. THELWELL:  Your Honor, we would rely on our same

3   previous response.  The search warrant, or, excuse me, the

4   defendant's objection to the search warrant was already

5   addressed by the magistrate court and Your Honor affirmed that

6   decision and overruled his objection.

7          THE COURT:  All right.  With regard to the

8   defendant's objection, the Court will maintain its ruling as

9   it pertains to the motion to suppress, and so the evidence

10  will be admitted.  And this is Government's Exhibit 31; is

11  that correct?

12         MS. THELWELL:  Yes, Your Honor.

13         THE COURT:  All right.  The objection is overruled.

14  Government's Exhibit 31 is admitted.

15  (Bench conference concluded.)

16  (Government's Exhibit No. 31 was admitted.)

17         MR. FITZGERALD:  Thank you, Your Honor.

18         MS. THELWELL:  Permission to publish.

19         THE COURT:  You may.

20  BY MS. THELWELL:

21  Q    All right.  If we could, we're going to walk through some

22  of the photos.  If you could tell us what we're looking at.

23  A    This is the entryway of the residence.

24  Q    And this is photo No. 1.  Next.

25  A    This appears to be the back side of the residence.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1  Q    And that appears to be -- what type of room does this
2  appear to be?
3  A    This appears to be like a living area.
4  Q    Next, this is page four of Government's Exhibit 31, what
5  is this?
6  A    If I were to classify the bedrooms, this would be the
7  entryway into what we believe to be the master bedroom.
8  Q    Page 5?
9  A    Inside of the master bedroom.
10 Q    Page 6?
11 A    That would be an exterior door from the master bedroom.
12 Q    Were the lights off at the time this photo was taken?
13 A    I apologize.  I was not present when these photos were
14 taken.  I reviewed them afterwards.  I was outside with some
15 of the subjects of the residence.
16 Q    All right.  So page seven.
17 A    Again, part of the master bedroom.  This is our entry
18 point, so when we entered the house, this is why they took a
19 picture of that broken window.
20 Q    Next page?
21 A    That is inside the master bathroom.
22 Q    Next page.  Next page.  What is page 10, and 11?
23 A    It's part of the bathroom, or a bathroom.  Same.  Closet.
24 Q    All right.  I am going to stop here.  Can you tell us
25 what's on Page 13?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1   A    This is also the master -- in the master bedroom, there

2   was a large bed.  On the right side of the bed are the sliding

3   glass doors.  On the other side of this way, there's a

4   computer on the table, some computer bags.

5   Q    All right.  In your book, you'll see Government's Exhibit

6   31A, 31B, 31C and 31D.

7   A    Yes.

8   Q    Beginning with 31A, do you recognize 31A?

9   A    I do.

10  Q    What is it?

11  A    This was a document that was found in the residence, and

12  a lot of times we take images of documents if we don't intend

13  to remove them from the residence so we have a record

14  information.  But it appeared to be some sort of loan document

15  application.  It has a Social Security number, a phone number

16  and then the cellphone number.  The mailing address was cut

17  off here, but it would show the 721 Powder Horn Row address.

18  Q    And what is Government's Exhibit -- I'm sorry.  Do you

19  recognize -- how do you recognize Government's Exhibit 31A as

20  belonging to the residence, as being something that was found

21  at the residence?

22  A    Because it was a document that was at the residence and

23  it was captured in part of our search warrant chain of

24  imagery.

25  Q    Does 31A fairly and accurately depict the document that

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1   was located within the residence?

2   A     Not the complete document.  This particular image was

3   isolated on ownership, so sometimes we'll look at documents

4   and searchers will look for evidence that a particular

5   individual does, in fact, reside at the residence, so the

6   purpose of this image was isolated to show that borrower's

7   name in this case on the application or whatever this document

8   is, borrower's name Jack Dove and then it showed the phone

9   numbers and then the address, so this particular document

10  isn't in its totality.  It was captured just to prove

11  residency at the time.

12         MS. THELWELL:  At this time United States seeks to

13  admit Government's Exhibit 31A.

14         THE COURT:  Is there any objection?

15         MR. FITZGERALD:  Yes, Your Honor.

16         THE COURT:  Same objection.

17         MR. FITZGERALD:  Same objection as Exhibit 31.

18         THE COURT:  All right.  The Court's ruling is the

19  same with regard to exhibit 31A.  Exhibit 31A is admitted.

20  (Government's Exhibit No. 31A was admitted.)

21         MS. THELWELL:  Permission to publish.

22         THE COURT:  You may.

23  BY MS. THELWELL:

24  Q     If we could display 31A.  What is the information on here

25  that stood out to you as relevant in context with your

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1   investigation?

2   A     The document contained Jack R. Dove, III's name on it, a

3   Social Security number that we've identified as belonging to

4   Jack Dove, and then the phone number (407)269-4463 as well as

5   the mailing address being 721 is cut off but it was Powder

6   Horn Row.

7   Q     The phone number that's listed there, had you seen it

8   anywhere else in your investigation?

9   A     Yes.

10  Q     Where?

11  A     That is the phone number I believe on the Coinbase

12  return.

13  Q     If we could do a side by side with Government's Exhibit

14  41.1A.  If you could blow up the phone number section towards

15  the bottom.

16        All right.  And so the phone number (407)269-4463 based

17  on your review of the Coinbase records, was that the current

18  phone number associated with the Coinbase account?

19  A     Yes.

20  Q     All right.  Looking at in your book Government's Exhibit

21  31 B, do you recognize 31B?

22  A     Yes, that is an identification card.

23  Q     And how do you recognize Government's Exhibit 31B?

24  A     It is again an image taken at the time of the search

25  warrant of a record that would have had Mr. Dove's name on it,

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1   so the photographer would have captured that showing, again,

2   ideally showing ownership of residence.

3   Q    And does it fairly and accurately depict the way the ID

4   was found at the time of the search warrant and entry to the

5   house?

6   A    Yes.

7          MS. THELWELL:  United States seeks to admit 31B?

8          THE COURT:  Is there any objection?

9          MR. FITZGERALD:  Yes, Your Honor.  We object.  Same

10  reason as 31.

11         THE COURT:  All right.  The Court's ruling is the

12  same with regard to 31B.  The objection is overruled.  You may

13  publish.  31B is admitted.

14  (Government's Exhibit No. 31B was admitted.)

15  BY MS. THELWELL:

16  Q    Looking at 31B, what are we looking at here?

17  A    This is an image of an identification card for Jack Dove

18  with Total Onguard Protection.

19  Q    Looking at Government's Exhibit 31C in your book, do you

20  recognize it?

21  A    Yes.

22  Q    What is it?

23  A    That is an area of what we've termed the master bedroom

24  where a computer was identified, located.

25  Q    And does that photo fairly and accurately depict the way

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1   the master bedroom appeared at the time the entry was made

2   into the residence?

3   A     This area, yes.

4         MS. THELWELL:  United States seeks to admit 31C into

5   evidence.

6         THE COURT:  Is there any objection?

7         MR. FITZGERALD:  Same objection as 31, Your Honor.

8         THE COURT:  All right.  The Court's ruling is the

9   same with regard to the objection as to 31C.  The objection is

10  overruled.  31C is admitted.  You may publish it.

11  (Government's Exhibit No. 31C was admitted.)

12  BY MS. THELWELL:

13  Q     All right.  So describe for the jury what we're seeing in

14  this particular photograph?

15  A     This appears to being a dresser, and on that dresser

16  you've got some electronic devices, computer or laptop or

17  gaming system.  There's a tripod, a camera tripod next to it.

18  Q     Based on your review of this photo, are you able to tell

19  which laptop that is?

20  A     I recognize the Apple on one of the laptops, but, no,

21  based on -- we had a lot of different computer devices.

22  Q     I believe there might be a page two, maybe not.  Okay.

23  Looking at page two of 31C, what are we looking at here?

24  A     That is a picture of the computer opened or one of the

25  computers opened.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1    Q    Is there a page three?  And now that this is a closer up
2    photo of that same computer, are you able to tell us which
3    laptop this one was?
4    A    Yes.  That is an Alienware laptop.
5    Q    And do you know whether or not this laptop was seized for
6    evidence?
7    A    It was, and it was the only Alienware laptop on the
8    premises.
9    Q    Looking at 31D in your book, do you recognize that?
10   A    I do.
11   Q    What is it?
12   A    That is inside the room that we identified as being the
13   master bedroom.  When you walked in to the master bedroom, on
14   the right-hand side there was a -- they were tall ceilings,
15   but on the right-hand side there was a partial wall and it had
16   a ledge.  I'm fairly short, so that we had to utilize a ladder
17   to get to it, but the ledge, I would say was approximately
18   8 feet up, and so there was a place to put things up on the
19   ledge, and then the ceiling continued so that was on the
20   right-hand side entering the master bedroom into the room.
21   Q    So does the photo in Government's Exhibit 31D fairly and
22   accurately depict the way that that ledge looked at the time
23   that entry was made into the residence?
24   A    Yes.
25        MS. THELWELL:  United States seeks to admit 31D into

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1    evidence.

2              THE COURT:  Is there any objection?

3              MR. FITZGERALD:  Yes, Your Honor, same objection.

4              THE COURT:  All right.  With regard to 31D, the

5    Defendant's objection is overruled as it is the same as the

6    objection to 31, so the objection is overruled.  31D is

7    admitted.  You may publish it.

8    (Government's Exhibit No. 31D was admitted.)

9    BY MS. THELWELL:

10   Q    All right.  So where are -- are you able to see the

11   ladder in this particular photo?

12   A    Yes.

13   Q    Where is it?

14   A    It is just inside the room between the entry door to the

15   bedroom and the entryway into the master bathroom.

16   Q    In general, what items were seized from the residence?

17   A    We seized several electronic devices, computer, laptop

18   computers, cellphones.

19             MR. FITZGERALD:  Excuse me.  Objection, Your Honor.

20             THE COURT:  Legal basis.

21             MR. FITZGERALD:  Same basis as 31.

22             THE COURT:  Same as 31.

23             MR. FITZGERALD:  Yes.  I need to make the record,

24   Your Honor.

25             THE COURT:  Response.

DIRECT EXAMINATION OF TAVEY GARCIA

1    MS. THELWELL:  The Court had already previously ruled

2    on the Defense's objection to the motion.

3    THE COURT:  Okay.  All right.  With regard to the

4    objection as to the question regarding the items seized, the

5    Court is going to overrule the objection.  You may respond to

6    the question.

7    THE WITNESS:  Thank you, Your Honor.  I'm sorry.

8    Would you please repeat the question?

9    BY MS. THELWELL:

10   Q    Generally speaking, which items were seized from the

11   residence?

12   A    Generally speaking, we seized laptop computers, cellular

13   telephones, CDs, DVDs, numerous thumb drives, basically

14   electronic data or storage devices for electronic data.

15   Q    Was there a computer forensic analyst assigned to review

16   all of the electronic devices for evidence?

17   A    Yes.

18   Q    Who was the main analyst assigned?

19   A    Justin Gaertner.  He's a computer forensic analyst with

20   Homeland Security Investigations.

21   Q    During -- well, was he present during the search warrant?

22   A    He was.

23   Q    During the course of the investigation, did you find any

24   records relating to Jack Dove's marriage?

25   A    We didn't find any records related to Jack Dove's

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1    marriage.  We have based on interviews, I identified the date

2    of marriage.

3    Q    What did you do after you learned the date of his

4    marriage?

5    A    Then I subpoenaed for marriage records.

6    Q    Can you look in your book at Government's Exhibit 44.  Do

7    you recognize it?

8    A    I do.

9    Q    What is it?

10   A    That's a marriage certificate or certificate of marriage

11   from the State of New Jersey.  And it is related to Jack Dove

12   and his wife Melissa, and forgive me for not saying her last

13   name because I can't, Sanhudo, S-A-N-H-U-D-O.

14   Q    And is this the marriage certificate that you obtained

15   from New Jersey in the course of your investigation?

16   A    It is.

17   Q    Does it fairly and accurately depict the information that

18   you received from them?

19   A    Yes.

20        MS. THELWELL:  At this time the United States seeks

21   to admit Government's Exhibit 44.

22        THE COURT:  Is there any objection?

23        MR. FITZGERALD:  No, Your Honor.

24        THE COURT:  Government's Exhibit 44 is admitted.  You

25   may publish.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1   (Government's Exhibit No. 44 was admitted.)

2   BY MS. THELWELL:

3   Q    What, if anything, stood out to you when reviewing the

4   marriage certificate?

5   A    It was the date of marriage being 05/29/2011, May 29th,

6   2011.

7   Q    And where was that located?

8   A    That is one of the user names.

9   Q    No.  No.  Where is it located on Government Exhibit 44?

10  A    On the top right of this document.

11  Q    Box No. 4; is that correct?

12  A    Box No. 4, yes, date of marriage.

13  Q    05/29/2011?

14  A    Correct.

15  Q    Why was that significant to you in the investigation?

16  A    That was the -- those were the prefix numbers following

17  one of the notus users from Coinbase.

18  Q    From the Welcome to Video?

19  A    From the Welcome to Video, yes.

20  Q    Based on your investigation, did the number 52911 appear

21  anywhere else?

22  A    Yes.

23  Q    Where else?

24  A    We identified a document within one of the computers, at

25  least in one -- at least in one of the computers in addition

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1   in a Gmail address with that prefix or that suffix.

2   Q    What was the Gmail address?  Is there something that

3   would refresh your recollection?

4   A    Yes.

5   Q    If you would look in your book to Government's Exhibit

6   33A-1.  Once your recollection has been refreshed, let me

7   know.

8   A    That email address was N-O-T-U-S-5-2-9-1-1 at gmail.com.

9   Q    What did you do once you observed that email address?

10  A    We requested a search warrant for this email address.

11  Q    And did you obtain any records -- well first of all you

12  said you sought a search warrant.  Who did you serve the

13  search warrant on?

14  A    Gmail.

15  Q    Google.

16  A    I'm sorry, Google, yes.

17  Q    And does Google operate Gmail?

18  A    It does.

19  Q    And did you receive a response from Google?

20  A    I did.

21  Q    Did you review that?

22  A    I did.

23  Q    Okay.  They have been admitted into the record as

24  Government's Exhibit 42 which we will get to it in one moment.

25       On the same document that you observed the notus52911

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1  Gmail account, did you observe anything else that was relevant

2  to this investigation?

3  A    Yes.

4        MR. FITZGERALD:  Objection.

5        THE COURT:  Legal basis.

6        MR. FITZGERALD:  Same objection, 31, it's all

7  derivative.

8        THE COURT:  Okay.  With regard to the objection, the

9  objection is overruled.  You may answer the question and it's

10 based upon the same ruling that I gave to your objection as to

11 31.

12 BY MS. THELWELL:

13 Q    So when you reviewed -- you talked about earlier that you

14 saw the Gmail account notus52911@gmail.com written down on a

15 document that had come from one of the computers or devices

16 that was seized from the residence; is that correct?

17 A    It was a typed.  It wasn't written.  It was typed.

18 Q    Okay.  So it was a document that was extracted from the

19 computer?

20 A    Correct.

21 Q    What else did you observe on that document besides the

22 notus52911 Gmail account that is relevant to your

23 investigation?

24 A    So it was a text document and it listed several

25 alphanumeric addresses that would be indicative of the Tor

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1   network or The Onion Router because the alphanumeric addresses

2   ended in .Onion and then had a hyperlink, so they were copied

3   URL addresses for the Dark Web.

4   Q    At some point in your investigation, did you learn the

5   alphanumeric .Onion address for the website, the Welcome to

6   Video website?

7   A    So, yes.  So when we received this document I actually

8   went through each and every one of those from documented dot

9   Onion addresses to determine if they were valid, and if they

10   were valid, what type of content would be on them and the

11   bottom one was the Welcome to Video URL.

12          MR. FITZGERALD:  Your Honor, I have to object and

13   move to strike based on Exhibit 31.  Same objection.

14          THE COURT:  Okay.  Any additional response,

15   Ms. Thelwell?

16          MS. THELWELL:  No, Your Honor.

17          THE COURT:  All right.  The Court's ruling is the

18   same with regard to the objection and the motion to strike.

19   The objection is overruled and the motion to strike is denied.

20   You may answer the question.

21   BY MS. THELWELL:

22   Q    I think you had just stated that the last Onion address

23   that was listed, it resolved back to the Welcome to Video

24   website?

25   A    It did not result back to the Welcome to Video website

DIRECT EXAMINATION OF TAVEY GARCIA

1  because the website was terminated, but it was the same URL

2  that was depicted in the undercover purchases that our agent

3  in Denver had done, so by the time I plugged in this web

4  address, that website no longer existed, but the URL was the

5  same.

6  Q    Were any of the other Onion addresses relevant to your

7  investigation?

8  A    There was only of all of the documented URL addresses,

9  there was only one that was a viable address, which means that

10 I could see the content.  All of the other ones were no longer

11 valid, so as earlier testimony, these Onion addresses change

12 or get removed or die, so there was one that was a valid.  I

13 could see the content.  Exactly as I copied it and put it in I

14 could see the content.

15 Q    And what was the content?

16 A    It was child exploitative material.

17       MR. FITZGERALD:  Objection.  Same objection to

18 Exhibit 31 and I think it would be easier if they just

19 admitted this document and then I'd make one objection, Your

20 Honor.  They've been continuing to testify from them without

21 admitting them.

22       THE COURT:  Well, I think she's still describing it

23 at this point.  What is your intent, Ms. Thelwell?  Are you

24 going to offer this into evidence?

25       MS. THELWELL:  Through the following witness who

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1   would have extracted it from the computer, and that was the

2   last question as to the note -- as to the document that she

3   eventually saw that was taken from the computer.

4            THE COURT:  Okay.  Then I'm going to overrule the

5   objection.  My ruling is the same with regard to this line of

6   questioning.  You may answer the question.

7   BY MS. THELWELL:

8   Q    So you indicated there was one viable Onion address.  You

9   plugged it in, and you were able to see what was on that

10  website.  What did you observe?

11  A    I observed it was a page of -- it had icons on it, so

12  there was like, you know, six to eight individual icons but it

13  was a page of child exploitative material, so you could

14  isolate what you were going to purchase.  It would be

15  hyperlinked into that particular database, so if I can

16  describe it, it was a specific website for hard core

17  pornographic images, and in that subtext there were options to

18  select.  So that particular page was the, if you will, the

19  advertisement page for this whatever you went into.  And on

20  this particular document he -- it was specifically Page 9, so

21  I went to page 9 and that was the exact content that I could

22  see.

23  Q    All right.  We're going to pull up Government's Exhibit

24  30 which has been admitted into evidence.  Have you seen this

25  exhibit before, Government's Exhibit 30?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1   A    Yes.

2   Q    I want to focus on the information in the bottom right

3   which is the 721 Powder Horn Row box.  If we could blow that

4   up, please.  What is depicted here?

5   A    This is a representation basically of the devices that

6   had that particular document that I just described embedded

7   in.

8   Q    All right.  So on the bottom left of this box where it

9   says document with W2V URL and notus52911@gmail.com, what does

10  that mean to you?  I mean what is this icon here depicting?

11  A    That depicts that single document had within that

12  document there was that Gmail address, that

13  notus52911@gmail.com address as well as the Welcome to Video

14  URL embedded within the document.

15       MR. FITZGERALD:  Your Honor, can we have a foundation

16  for this, please?  Did she examine the equipment?

17       THE COURT:  All right.  The objection is as to

18  foundation.  Response.

19       MS. THELWELL:  I don't understand the objection.  If

20  he could explain further.

21       THE COURT:  Okay.  Put on your headsets.

22  (Bench conference begins.)

23       MR. FITZGERALD:  Did she analyze these three devices

24  to come to the conclusion that that document was on the

25  devices or is she repeating what someone else told her?

DIRECT EXAMINATION OF TAVEY GARCIA

1        THE COURT:  It's as to the foundation for her

2   testimony.  Does she have personal knowledge or is this based

3   upon what someone else told her?

4        MS. THELWELL:  It would be a combination, Your Honor,

5   as I had mentioned a while ago.

6        THE COURT:  The objection is that you have not laid

7   the foundation yet, so.

8        MS. THELWELL:  All right.

9   (Bench conference concluded.)

10  BY MS. THELWELL:

11  Q    So Agent Garcia, you testified earlier that Justin

12  Gaertner had conducted the forensic analysis of these devices;

13  is that correct?

14  A    Yes.

15  Q    And did you have an opportunity to review -- well, let me

16  back up.  After he analyzed the devices, did he provide you

17  with any extraction report?

18  A    Yeah.  So as the case agent, it's my responsibility to

19  review whatever the CSA's computer forensic analyst determined

20  relevant, because then I can say either, yes, that is a

21  relevant piece of information, we need to continue on that

22  path or, no, it's not a relevant piece of information, you

23  know, where you can move on to something else.

24       In this case he isolated that document.  I viewed it.  It

25  was relevant.  As he goes through or as any of the CSAs goes

DIRECT EXAMINATION OF TAVEY GARCIA

1   through any of their searches as the case agent, they produce

2   to the case agent anything that they deem relevant.  And then

3   separate from that we have the option to review what they

4   reviewed, so anything that he isolates or determines I also

5   have access to and can as well look at the analysis, because

6   if they miss something, I want to make sure that as a

7   follow-up that as the case agent I am able to recover anything

8   that might have been missed.

9   Q    And so did you do that specifically in this case?

10  A    Yes.

11  Q    So in your review, did you find a document, a text -- a

12  .txt file containing the Welcome to Video web address as well

13  as the notus52911@gmail.com?

14       MR. FITZGERALD:  Objection.  Same objection as 31 and

15  foundation.

16       THE COURT:  With regard to 31, the objection is the

17  same.  What is the objection as to foundation now?  Because I

18  think she has indicated that she did review it.

19       MR. FITZGERALD:  She's indicating that it was -- that

20  certain documents were given to her but given to her but

21  they're representing it on these devices and she's not the one

22  that retrieved them from the devices.

23       THE COURT:  But she reviewed them; right?

24       MR. FITZGERALD:  She reviewed them, but it's where

25  you found them, how you found them, what circumstances.

DIRECT EXAMINATION OF TAVEY GARCIA

1      THE COURT:  Would you like to voir dire the witness?

2      MR. FITZGERALD:  Yes.

3      THE COURT:  All right.  You may voir dire her.

4                VOIR DIRE EXAMINATION

5  BY MR. FITZGERALD:

6  Q    Special Agent Garcia, as to the Alienware laptop

7  computers, did you personally conduct a forensic analyst of

8  that?

9  A    I did not do the forensic analysis, no.

10  Q    Did you personally conduct a forensic analysis of the

11  SanDisk thumb drive?

12  A    I did not do the forensic analysis, no.

13  Q    And did you personally conduct a forensic analysis of the

14  Infinity thumb drive?

15  A    The analysis, no.

16  Q    Do you know where the file you keep referencing this

17  document was located on any of those three devices?

18  A    They were located within the devices.  Specific location

19  without having the records I wouldn't be able to tell you.

20  Q    And you still wouldn't know because you're just repeating

21  what Mr. Gaertner would have concluded; correct?

22  A    So Mr. -- CSA Gaertner would have isolated that document,

23  would have indicated where it was, and then if I needed to, I

24  could see where exactly it was if I needed verification for

25  whatever reason.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1  Q    If that document was actively deleted in any of these

2  devices, you don't know?

3  A    One of the documents I believe had been deleted and one

4  of them was active, depending on the device --

5  Q    Do you know which device --

6  A    -- off the top of my head.

7  Q    -- it was deleted?

8  A    No.

9  Q    Do you know if they were held in any certain folders?

10  A    No.  As I have the information right now, I don't know.

11  I could obtain that information and provide that information.

12            MR. FITZGERALD:  Thank you.

13            THE COURT:  Ms. Thelwell.  Any additional questions

14  based upon the objection?

15            MS. THELWELL:  No, Your Honor.

16            THE COURT:  Okay.  Rephrase -- ask the question

17  again, Ms. Thelwell, of the witness so that I can determine

18  whether the foundational objection is indeed one that I should

19  sustain.

20  BY MS. THELWELL:

21  Q    I don't recall the question, Your Honor.  I apologize.

22  I'm trying to think of the best way to rephrase this.

23            Agent Garcia, you indicated earlier CSA Gaertner was the

24  assigned analyst in this case; correct?

25  A    Correct.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1   Q    Did he review the Alienware laptop, the SanDisk and the

2   Infinity thumb drive among others for evidence in this case?

3   A    I'm not sure specifically which devices he reviewed

4   specifically.  He reviewed some of the electronic devices.  I

5   believe he reviewed the Alienware and the SanDisk?

6   Q    SanDisk.

7   A    Excuse me, SanDisk.

8   Q    Is there anything that would refresh your recollection?

9   A    The extraction reports.

10  Q    Would his report of investigation as to what he examined

11  refresh your recollection?

12  A    Yes.

13       MS. THELWELL:  Permission to approach, Your Honor.

14       THE COURT:  You may.

15  BY MS. THELWELL:

16  Q    Once you've had an opportunity to review and refresh your

17  recollection, let me know.

18  A    Yes.  CSA Gaertner did review the Alienware laptop

19  computer and SanDisk.

20  Q    What about the Infinity thumb drive?

21  A    I'm sorry.  I forgot about that one when I was -- and the

22  Infinity thumb drive as well.

23  Q    In his review of those devices, did he extract

24  information and then subsequently provide it to you?

25  A    Yes.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1    Q    Did you review that information?

2    A    I did.

3    Q    In your review of that information, what, if anything did

4    you learn about a .txt file?

5    A    I learned that there was the text document that contained

6    that data that we had just referenced in that previous exhibit

7    with the Gmail account and several Onion URL addresses.

8    Q    And is that the document that's reflected in Government's

9    Exhibit 30 as a graphic there in the bottom left-hand corner

10   of the Powder Horn Row box?

11   A    Yes.  Yes.

12        MS. THELWELL:  I don't know if there's any further

13   objection.

14        THE COURT:  Any further objection, Mr. Fitzgerald?

15        MR. FITZGERALD:  If it's being admitted, I'd just

16   like to know where it was found.  If it's not being admitted,

17   no further objection.

18        MS. THELWELL:  I don't understand, Your Honor.  May

19   we just go sidebar?

20        THE COURT:  Yes.  Put on your headsets, please.

21   (Bench conference begins.)

22        MR. FITZGERALD:  Okay.  Your Honor, the Government is

23   painting with a broad brush here.

24        THE COURT:  I'm sorry, wait.  Hold your microphone

25   closer.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1    MR. FITZGERALD:  My understanding of this document it

2  was found in two of these devices and each of them was a

3  deleted file so that the user wouldn't see it.  It was deleted

4  and hidden in the hard drive somewhere, and they're producing

5  it as if it was an active document and anybody would be

6  looking at it.  By not introducing it through the gentleman

7  that found it and resurrected it and I think that it's

8  misleading and that's why I object to her introducing this

9  document rather than Mr. Gaertner who is the next witness up.

10    MS. THELWELL:  Your Honor, Mr. Fitzgerald is --

11    THE COURT:  Your microphone, Ms. Thelwell.

12    MR. FITZGERALD:  Can you hear me?

13    THE COURT:  Yes.

14    MR. FITZGERALD:  Mr. Fitzgerald has a

15  misunderstanding of the facts.  The delete -- the document was

16  deleted on one device and it was not deleted on another

17  device.  I'm not seeking at this time to admit the specific

18  document.  That will happen with the very next witness, which

19  is Justin Gaertner.  I'm simply asking this witness to testify

20  which she has, to what she observed on that document, and I

21  believe we've already gone through the entirety of the

22  document at this point.

23    THE COURT:  But it's not in evidence yet, is it?

24    MR. FITZGERALD:  No.

25    THE COURT:  The objection is as to her testifying

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1    about something that's not yet in evidence.  That's part of

2    the objection.

3            MS. THELWELL:  She's testifying to her recollection

4    of what she saw and what she did.  After she was shown the

5    document, she observed the notus account which led her to do a

6    search warrant for Gmail, and then she also double-checked all

7    of the different Onion addresses to see, number one, if they

8    were still viable and whether or not they were relevant to the

9    investigation.  Once she did that she learned that one of the

10   Onion addresses was, in fact, an address for the Welcome to

11   Video website.  And the second -- the only other second

12   working -- that one wasn't working, but the only one that did

13   work was an address for a sexual exploitation website.

14           THE COURT:  But to the extent that you're asking her

15   to describe the contents of videos or photographs that are not

16   in evidence yet, I'm not going to allow that to occur,

17   particularly when I know that the very next witness is the one

18   who's going to testify regarding that.  She clearly can talk

19   about what she did as the case agent in terms of her

20   investigation, but she cannot describe the contents of the

21   documents that aren't in evidence.

22           MS. THELWELL:  Your Honor, she hasn't.  I've only

23   asked her -- unless Mr. Fitzgerald believes otherwise, I

24   haven't asked her, you know, what specifically these addresses

25   were, what did it say.  I just asked her what else did you

DIRECT EXAMINATION OF TAVEY GARCIA

1   observe.  She said she saw these additional Onion addresses

2   and I asked her what did you do with that?  She checked them

3   all.  None of them worked except for one which came back to a

4   child exploitation website which is what she was describing at

5   the time Mr. Fitzgerald first lodged his objection.

6          THE COURT:  I thought she was starting to talk a

7   little bit in more graphic detail about what she saw.

8          MS. THELWELL:  On the website?

9          THE COURT:  What she saw, yes.

10          MS. THELWELL:  She was talking about what she saw on

11   the website because the document is literally just numbers and

12   letters.  She was talking about, you know, after she observed

13   this address, plugs it in and it took her to a child

14   exploitation website.  It was describing that particular

15   website.

16          THE COURT:  And is that something that you're

17   offering into evidence?  I guess I'm not sure if what --

18   what's the purpose?  I mean where are you going with this?

19          MS. THELWELL:  That was the end of the line of

20   questioning.  I mean the point of this document in the bigger

21   picture of the case is to show that Mr. Dove had kept this

22   information in a place that he could easily access, so that,

23   number one, he could access the Welcome to Video website,

24   because as the Court has heard through testimony, addresses on

25   the Dark Web are not simple addresses like we have on the open

DIRECT EXAMINATION OF TAVEY GARCIA

1  Surface Web where you can easily recall it.  They're in

2  alphanumeric numbers randomly strung together with a .Onion

3  address, so in order for someone to be able to recall where to

4  go on the Dark Web, theoretically they would need to write it

5  down unless they have an amazing memory.  And so that is when

6  this document will ultimately be entered, you know, through

7  what Analyst Gaertner will represent.

8       THE COURT:  All right.  So there's no issue with her

9  talking about what she did.  Again, my issue is with regard to

10 her describing the contents of evidence that's not been

11 admitted yet.  Other than that, she clearly can talk about

12 what she did in this case, and to the extent that you need to

13 get someone to describe the evidence further, then it needs to

14 come through the individual.  You know, it needs to come once

15 it's been admitted.

16      MS. THELWELL:  So, Your Honor, what I'm going to be

17 requesting then because this has gotten extremely convoluted

18 at this point...

19      THE COURT:  I agree.

20      MS. THELWELL:  I'm going to ask -- I'm going to ask

21 to recall Agent Garcia on this specific issue after Justin

22 testifies.

23      THE COURT:  She'll be here, so that's fine.

24      MS. THELWELL:  That's fine.

25      THE COURT:  Anything else?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1        MS. THELWELL:  Well, I do have a question since we
2    still are at sidebar.  The defense had objected to
3    Government's Exhibit 30.  Has that -- because Agent Garcia had
4    not yet testified, I don't know if that has been satisfied at
5    this point from the defense or if I need to question further
6    on that.
7        THE COURT:  Mr. Fitzgerald, this is the exhibit
8    that's up.  You were going to tie it up as it relates to the
9    Powder Horn portion in the lower right corner that reflects
10   721 Powder Horn Row, Lakeland, Florida.  Is there any
11   additional objection, Mr. Fitzgerald?
12       MR. FITZGERALD:  Your Honor, I imagine Agent Garcia
13   can tie it up, so there's an objection until she does to say
14   that these all three were found in the search warrant and
15   where they were found and then it's the same as Exhibit 30
16   which is just the motion to suppress, but when she ties it up,
17   other than the motion to suppress, there's no objection.
18       THE COURT:  Right.  So, in other words, ask the
19   additional questions with regard to her tieing up the
20   information contained in that right quadrant of this exhibit
21   because I admitted it but subject to the witness tying it up.
22       MS. THELWELL:  Yes, Your Honor.
23       THE COURT:  Okay.  All right.
24   BY MS. THELWELL:
25   Q    Agent Garcia, if we could look at Exhibit 30 on that

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1  bottom right-hand corner of the Powder Horn Row, those three

2  icons are at the top, the laptop computers, the two thumb

3  drives.  What, if any, significance do they have to this case?

4  Where were they found?

5  A    They were found in the residence at 721 Powder Horn Row

6  Lakeland, Florida.

7  Q    And they were found during the course of the search

8  warrant?

9  A    That's correct.

10       MS. THELWELL:  Your Honor, at this time United States

11  seeks to admit Government's Exhibit 30.

12       THE COURT:  Is there any additional objection

13  regarding Government's Exhibit 30 that we haven't already

14  discussed or covered, particularly with regard to the

15  information in the lower right-hand side?

16       MR. FITZGERALD:  Not other than what's been

17  previously spoken, Your Honor.

18       THE COURT:  With regard to my previous ruling, the

19  Court stands by the previous ruling and having now tied up the

20  lower right-hand quadrant of this exhibit, it is also

21  admitted.  Any additional questions of this witness?

22  (Government's Exhibit No. 30 was admitted.)

23       MS. THELWELL:  We do have some additional questions,

24  but I do recognize the time, Your Honor.

25       THE COURT:  All right.  Well, why don't we take our

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1   lunch break now.  Our lunch is here.  It's 1:00 o'clock.  We

2   will be in recess until 2:00 o'clock for lunch.

3   (Jury out at 1:00 p.m.)

4   (Proceedings outside the presence of the jurors.)

5          THE COURT:  All right.  You all may be seated.  So

6   how are we doing with regard to our time?  I know we have --

7   and Agent Garcia you may return to your seat.

8          THE WITNESS:  Thank you, Your Honor.

9          THE COURT:  I know that we have another witness and

10   then you were going to recall Agent Garcia.  Well, do you have

11   additional questions to ask of her now?

12          MS. THELWELL:  I do, Your Honor.  And it's just a

13   small housekeeping matter.  Exhibit 42 which would be the

14   Google records, and then after that that's it, and we'll move

15   on to Analyst Gaertner.

16          THE COURT:  Okay.  So how long do you think based

17   upon this examination of Gaertner, how long do you think that

18   will take?  I'm trying to get an idea of whether we will hear

19   any witnesses on behalf of the Defendant today to the extent

20   the Government rests its case, because my understanding is

21   Gaertner and then recalling Garcia would be the only two

22   witnesses.

23          MS. THELWELL:  Yes, Your Honor.  I don't think we're

24   going to get to Mr. Fitzgerald' witnesses today.  I think the

25   Government will finish today, but I think that we're going to

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1   finish right around five.  Because Justin Gaertner's testimony

2   is significant and lengthy, and I anticipate a lengthy

3   cross-examination, so I'm still prayerful that we can finish

4   by 5:00, maybe a little bit after.

5           THE COURT:  Okay.  All right.  And then,

6   Mr. Fitzgerald, have you had an opportunity to review the jury

7   instructions submitted by the Government?

8           MR. FITZGERALD:  Yes, Your Honor.  Ms. Thelwell and I

9   agreed on all but one.  The one is the non-Eleventh Circuit

10  pattern instruction.  She cites the Middle District of

11  Florida.

12          THE COURT:  Which one is that?

13          MR. FITZGERALD:  Regarding witnesses.  I think

14  it's --

15          MS. THELWELL:  It's the one that says that the United

16  States does not have to call every single witness.

17          THE COURT:  Oh, okay.  It's frequently given here in

18  the Middle District of Florida.  I want to find out as we get

19  closer to the end of the case, I wanted to make sure.

20          MR. FITZGERALD:  That's the only thing we have to

21  resolve on those.

22          THE COURT:  What about the verdict form?

23          MR. FITZGERALD:  We're in agreement on the verdict

24  form.

25          THE COURT:  Okay.  All right.  Then we will take our

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1  lunch break and come back and resume with the examination of

2  Agent Garcia, and after which we will then go to this Agent

3  Gaertner I believe is his name.  We're --

4          MS. THELWELL:  Your Honor, I just wanted to say I

5  noticed that when I was -- it dawned on me when we were doing

6  the last objection that my back is to the Court, and I am not

7  trying to be disrespectful.  I'm just trying to avoid

8  microphones and the jury not hearing me, but I realize that I

9  hope this doesn't appear that I'm being rude.

10         THE COURT:  No.  I understood that that's what you

11 were doing.  We were getting some feedback earlier when you

12 were closer to the microphone.  That's fine.  Then we're all

13 working through trials in a Covid world, so it's a

14 different -- it's a different world, you know, I might say.

15 We're in recess.

16 (Brief pause.)

17         THE COURT:  Let's go back on the record for a minute.

18 I understand that the next witness is in a wheelchair.

19 Ms. Thelwell, will he be able to get onto the stand?  Can he

20 get out of the wheelchair to sit in the witness stand or can

21 he testify in the wheelchair?

22         MS. THELWELL:  He can get out.  There's a step.

23         THE COURT:  Is he here?

24         MS. THELWELL:  He's here.  I believe he's here right

25 now but he is able to move himself from the chair to another

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1    chair.

2         THE COURT:  Okay.  That's what I'm trying to figure

3    out to make sure that we have access or I need to make some

4    other arrangements.

5         MR. FITZGERALD:  There's not much this guy can't do,

6    Your Honor.

7         MS. THELWELL:  He has testified in the courthouse

8    before, so I don't know how the other courtrooms are set up

9    but they all have a step.

10        THE COURT:  I think all of the witness boxes have a

11   step, so.

12        MS. THELWELL:  He was just in here with Judge Moody a

13   couple weeks ago.  I believe they were in this courtroom.

14   He'll be fine.

15        THE COURT:  He'll be fine.  Okay.  Great.  Thank you.

16   We're in recess.

17   (Lunch recess had.)

18   (Proceedings resumed outside jury's presence at 2:08 p.m.)

19        MS. THELWELL:  I said yes, Your Honor, we are ready.

20   If I may just approach the CRD with a note.

21        THE COURT:  Yes.

22        Agent Garcia, you may return to the witness stand.

23        THE COURT:  You may bring the jury in.

24   (Jury in at 2:09 p.m.)

25        THE COURT:  All right.  Ms. Thelwell, you may resume

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1    your examination.

2            MS. THELWELL:  Yes, Your Honor.

3    BY MS. THELWELL:

4    Q    Good afternoon, Agent Garcia.  Good afternoon.  If we

5    could see Government's Exhibit 42.  If we could go to page --

6            Well, first of all, what is Government's Exhibit 42.

7    A    This is the Google search warrant return report

8    forensically extracted.

9    Q    And had you had an opportunity to review it?

10   A    I have.

11   Q    If we could go to Page 5 of that.  If you locate record 5

12   on Page 5 of Exhibit 42.

13   A    I see it.

14   Q    What did you observe in record 5?

15   A    Record 5, I observed an email from Coinpayments.net to

16   the notus52911 dated November 16th, 2016, and it was an email

17   advising the individual to "thank you for coin payments.  To

18   complete your transaction, you need to follow the steps."

19           MR. FITZGERALD:  I'm going to object and move to

20   strike based on Exhibit 31, same grounds.

21           THE COURT:  Any additional response, Ms. Thelwell?

22           MS. THELWELL:  No, Your Honor.

23           THE COURT:  The Court's ruling is the same with

24   regard to the objection as to the testimony.  It maintains its

25   ruling with regard to Exhibit 31.  The objection is overruled.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1    You may answer the question.

2    BY MS. THELWELL:

3    Q    If we could move down to page 6 to see the rest of the

4    record 5.

5    A    Notus52911.com.

6    Q    What did you observe in this portion of record 5 about

7    that email?

8    A    This is the body of the email that I was just

9    referencing, and it says, "thank you for using

10   Coinpayments.net.  To complete your checkout send 0.02445000

11   BTC" to an address that starts in 3, capital M, capital D-R --

12   Q    Lower case R?

13   A    What?

14   Q    Is it a lower case R?

15   A    Yes, lower case R, and then a capital R.

16   Q    Why did this particular email stand out to you?

17   A    This stood out because I was utilizing the Coinbase

18   return.  I use the 3MDrR address and I searched it within the

19   Coinbase return and there was a match for that specific

20   transaction, so it showed ownership from that email account to

21   the Coinbase which both resulted with identifications.

22   Q    Okay.  Let's take a look at Government's Exhibit

23   41.1A. -- not A, 41.1.  Excuse me.  It's an Excel spread

24   sheet?

25            THE COURT:  Agent Garcia, please speak up and pull

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1   the microphone a little bit closer to your mouth.

2         THE WITNESS:  Is that better?

3         THE COURT:  Yes.  Thank you.

4   BY MS. THELWELL:

5   Q    Where in the Coinbase records did you observe information

6   that matched that email address that we just saw or the email

7   that we just saw?

8   A    That address, that 3MDrR.  I copied and pasted that

9   address in the search term.  It came up multiple times all

10  related to the same transaction, but it was identified in part

11  on line 286 in Column G.

12  Q    On or about what time did that transaction occur?

13  A    That transaction occurred November 16th, 2016 at 14:42

14  which would have been 2:42.

15  Q    What else about line 286 stood out to you?

16  A    The Internet protocol address when that transaction

17  occurred was the same Internet address as the residence.

18  Q    If we could go back to Government's Exhibit 42, and look

19  at Page 12 of 42, record No. 8?

20        MR. FITZGERALD:  Objection, again, same bases as 31.

21  And this is not in evidence, Your Honor.

22        MS. THELWELL:  What's not in evidence?

23        THE COURT:  Exhibit 42.

24        MS. THELWELL:  Exhibit 42 had been previously

25  admitted.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF TAVEY GARCIA

1        THE COURT:  Madam Clerk, is Exhibit 42 in evidence?

2        COURTROOM DEPUTY CLERK:  Yes.

3        MR. FITZGERALD:  I stand corrected.  Thank you.

4   BY MS. THELWELL:

5   Q    All right.  Page 12 of Exhibit 42, record No. 8?

6   A    I see that.

7   Q    What about this record stood out to you?

8   A    This record stood out to me because it was addressed

9   again to the notus52911@gmail.com from NVPN.net which is a

10  virtual VPN, basically verifying an order for that VPN.

11  Q    Are you familiar with what a VPN is?

12  A    Yes.

13  Q    What is that?

14  A    It's a virtual private network, so basically it's a

15  program that you would use to mask or attempt to mask your

16  Internet protocol address.

17  Q    And so based on your view of the Google search warrant

18  information, what did you learn from record No. 8?

19  A    That the subscriber purchased a VPN.

20  Q    On or about what day, what time according to the email?

21  A    According to the email, it was November 17th, 2016 at

22  10:58:07 p.m.

23  Q    Is there a user name associated with this VPN?

24  A    As indicated in the body of the email, the user name

25  would have been G-R-U-V-A, 83, D.

DIRECT EXAMINATION OF TAVEY GARCIA

1   Q    And the password?

2   A    The password would have been F-I-E-K-5-M-Q-J.

3   Q    And without telling us at this point where did you see

4   this information later in your investigation?

5   A    I did.

6   Q    If we could go to Page 43 of Government's Exhibit 42 in

7   record No. 22, what about this particular email stood out to

8   you?

9   A    It was again an email from the NVPN.net dated

10  December 30th, 2016 at 12:43:04 a.m. indicating that the

11  invoice was paid.

12  Q    If we could scroll over to the next page.  Page down to

13  see the body of the email.

14       And so based on your review of this particular email,

15  what did it indicate to you?

16  A    The body I believe was actually on the screen you just

17  highlighted a second ago.

18  Q    I apologize.  Thank you.  What did you -- I see it.  That

19  last line it says body.  What did you understand this email to

20  mean?

21  A    It indicated to me that the invoice No. 820670 for

22  account G-R-U-V-A-83-D, it has been paid.

23  Q    And is this the same account that we had just seen had

24  been established on or about November 17th of 2016?

25  A    That is correct.

CROSS-EXAMINATION OF TAVEY GARCIA

1   Q     In reviewing the Google records, did you see similar
2   emails indicating that the invoice had been paid to maintain
3   the VPN?
4   A     Yes.
5            MS. THELWELL:  No further questions at this time?
6            THE COURT:  All right.  Thank you.
7            Mr. Fitzgerald, cross-examination.
8            MR. FITZGERALD:  Thank you.
9                     CROSS-EXAMINATION
10  BY MR. FITZGERALD:
11  Q     Good afternoon, Special Agent Garcia.
12  A     Good afternoon.
13  Q     You indicated you're the case agent on this matter?
14  A     That's correct.
15  Q     Does that basically mean as far as law enforcement goes
16  you're in charge?
17  A     As the case agent as it relates to Jack Dove's case, I'm
18  not in charge.  My supervisor would be in charge but I handled
19  the majority of the logistics of the investigation into this
20  case.
21  Q     And you got a search warrant for 721 Powder Horn Row?
22  A     Correct.
23  Q     And you executed that search warrant on what day?
24  A     On or about November 30th of 2018.
25  Q     Now, at the time of executing the search warrant, did you

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF TAVEY GARCIA

1   make sure that Mr. Dove was present at the scene?

2   A    Yes.

3   Q    Have there been other occasions that you didn't execute

4   the search warrant because he wasn't present?

5   A    That is correct.

6   Q    Now, as the case agent, when -- is it your responsibility

7   to tell everyone what to do and what their roles are in

8   executing the search warrant?

9   A    As a case agent, I'm responsible for coordinating a team

10  of individuals and we identified roles based on the needs of

11  the particular warrant.  Once everybody has their established

12  roles, they self-demonstrate those roles, so I don't monitor

13  them as we go through because we all have individual roles

14  that we have to follow.

15  Q    Okay.  I'd like to briefly go through a few pictures with

16  you.

17  A    I'm sorry.

18  Q    I'd like to briefly go through a few photographs with

19  you.

20  A    Sure.

21  Q    Okay.  This has previously been admitted as Government

22  Exhibit 31.  This is a picture of the entranceway?

23  A    Yes.

24  Q    And is part of your duties or what you were assigned is

25  that the residence where the search warrant is executed, you

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF TAVEY GARCIA

1    take kind of before and after pictures?  You showed what it

2    looked like before and you showed after the search?

3    A    It's a continual, so that we take photographs upon entry

4    and then -- we take photographs upon entry, and then as items

5    are identified, it's the same photography, and then at closing

6    so it will be a continual flow of entry and then images,

7    depending on where something is located, so they might move

8    from point A to point B within the residence but it's a

9    continual flow on the images.

10   Q    And during the course of this, important evidence is

11   designated to be photographed?

12   A    Document -- excuse me.  Documents and electronic media.

13   Items that we're searching for would be photographed.

14   Q    So let me go back to -- let's go over that first.  When

15   you are going into this home you understand that Mr. Dove

16   lives there.  He lives there with a woman named Melissa Dove

17   and he lives there with a woman named Sandra Guimond I

18   believe.  It's a tough one.  That's your understanding,

19   correct, as far as adults in that home?

20   A    We didn't have Sandra identified.  We just knew that

21   there was a third adult in the home.  We didn't have her

22   identified until we arrived on scene.  We physically saw that

23   there was a third adult, but we didn't know who she was at the

24   time.

25   Q    When you ran the tags prior to executing the search

CROSS-EXAMINATION OF TAVEY GARCIA

1   warrant, the tags of the cars, did you find out that she was
2   staying there or there frequently?
3   A    The vehicle was not registered to that address, but we
4   had only observed Mr. Dove driving that vehicle, so we didn't
5   observe -- we observed the adult female as a passenger, which
6   is how we know that she was at the residence but we didn't
7   have her identified.
8   Q    So when you're going in there you're looking for digital
9   devices.  Is that fair to say?
10  A    Among other things, yes.
11  Q    Computers, telephones, thumb drives, hard drives, things
12  like that?
13  A    Correct.
14  Q    And you're also looking for identifying features to put
15  the subjects that live in that home in that home?
16  A    Correct.
17  Q    For instance, that document you showed me earlier with
18  Mr. Dove's name on it, someone took that picture; correct?
19  A    Correct.
20  Q    Do you know who took that picture?
21  A    I believe it was Special Agent Kristy Anderson.
22  Q    Did you take any photographs or anyone in your group find
23  any paperwork that had the names Melissa Dove or Sandra
24  Guimond in the home?
25  A    I believe they did, but we did not photograph those.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF TAVEY GARCIA

1   Q    Is that your decision?

2   A    It was not my decision.  So the search warrant was

3   specific to that residence and Jack Dove, so because those

4   names wouldn't have been on the search warrant and we had

5   already identified that they lived in the residence based on

6   my interviews of them, it wasn't necessary to establish that

7   they lived there.

8   Q    The search warrant was for the home; correct?

9   A    Correct.

10  Q    And what you represented to the judge to get the search

11  warrant was that there had been Internet activity that you

12  thought was of a criminal nature and you thought evidence of

13  that crime would be found in that home; correct?

14  A    Correct.

15  Q    And you based that in part on the IP address that was

16  tied to the home; correct?

17  A    Correct.

18  Q    So you already eliminated two suspects before you entered

19  the home?

20  A    We didn't -- I'm sorry.  Can you rephrase?

21  Q    Yes.  By deciding, by having your team decide not to

22  gather any information on Melissa Dove or Sandra Guimond

23  before you entered the home, you had already eliminated them

24  as suspects?

25  A    So my search warrant was for the residence.  The

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF TAVEY GARCIA

1  subscriber information all resolved to Jack Dove.  There was
2  no indication that another individual had Internet at that
3  address, so we needed to corroborate that Jack Dove had
4  documents, evidentiary documents in that residence.

5      We didn't eliminate any other individuals.  The evidence
6  would take us through that process as we went through.  At the
7  time, the evidence indicated Jack Dove had Internet at that
8  address which is why they captured documents showing Jack
9  Dove's name.

10 Q    But you are allowed to identify who might have access to
11 that Internet in that home; correct?

12 A    Correct.  Through the course of our investigation and
13 doing interviews, we questioned all the individuals who
14 allowed us to communicate with them and we questioned that
15 activity.

16      MR. FITZGERALD:  I'm going to object.  Can we go to
17 wires, Your Honor.

18 (Bench conference begins.)

19      THE COURT:  Okay.  Is everybody on?  Mr. Fitzgerald.

20      MR. FITZGERALD:  Your Honor, I'm going to object and
21 move for a mistrial.  She basically just announced that some
22 people interviewed at the scene and some didn't and one of the
23 people that didn't was Mr. Dove, so she's commenting on his
24 right to remain silent, and I think it's prejudicial testimony
25 and we ask the Court for a mistrial.

CROSS-EXAMINATION OF TAVEY GARCIA

1      THE COURT:  Okay.  Response.

2      MS. THELWELL:  That's not my recollection of her

3  testimony.  Mr. Fitzgerald asked her about whether or not she

4  eliminated individuals.  Agent Garcia testified that she had

5  conducted interviews.  I don't believe she specifically stated

6  that Mr. Dove refused to speak.

7      THE COURT:  No, she didn't.  She said through the

8  course of our investigation and during interviews, we

9  questioned all the individuals who allowed us to communicate

10  with them and we questioned that activity.  Mr. Dove's name

11  wasn't mentioned nor was there any further reference.  That's

12  the language that -- that's the statement that you are

13  referring to, Mr. Fitzgerald, and I believe it is.  Is that

14  the same that you're referring to?

15      MR. FITZGERALD:  Exactly, Your Honor.  What she's

16  saying is all these people were there.  The ones that were

17  interviewed we cleared basically, and the ones that we didn't

18  interview, we didn't clear.

19      THE COURT:  She didn't say that.  That's not what she

20  said.  She said we questioned all the individuals who allowed

21  to us communicate with them and we questioned that activity

22  and then you objected, so I'm going to overrule the objection

23  and deny the motion to strike.  I think that's an overly broad

24  argument with regard to an infringement of Mr. Dove's rights,

25  particularly given the fact that we already know that he was

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF TAVEY GARCIA

1   not the only person living at the address, so the objection is
2   overruled.
3          MR. FITZGERALD:  Thank you.
4   (Bench conference concluded.)
5          MR. FITZGERALD:  May I have the Elmo for one second?
6          THE COURT:  Madam Clerk, he needs the Elmo.
7   BY MR. FITZGERALD:
8   Q    This is Government's Exhibit 31.  Do you recognize that.
9   A    I do.  I do.
10  Q    And that was approximately the fifth picture taken in the
11  entry and that's going into the master bedroom you already
12  identified; correct?
13  A    I'm not sure what the sequence number is.  If you can
14  tell me on the picture, but yes.
15  Q    Okay.  Would you like to see it in Exhibit 291.  Do you
16  have that?
17       Displaying Exhibit 291.  Do you have it up there?
18  A    My exhibit numbers only go up to 44.
19  Q    I'm sorry.  It's Exhibit 31, image 291.
20  A    Thank you.
21  Q    The jpeg, I'm sorry.  Put it up on the screen if that's
22  helpful.  Do you see that?  Do you recognize that?
23  A    So it's image 291, but I cannot tell you if that was the
24  fifth image in the progression.
25  Q    Okay.  You saw the first image.  That's the front door;

CROSS-EXAMINATION OF TAVEY GARCIA

1   correct?

2   A    Correct.

3   Q    Okay.  And the second image was the living room, correct,

4   you identified that for Ms. Thelwell?

5   A    Yes.

6   Q    Exhibit 31, image 0289.

7        The third image that you identified for Ms. Thelwell was

8   Government's Exhibit 31, image 0290, another picture of the

9   living room; correct?

10  A    Correct.

11  Q    Okay.  Okay.  This is the fourth image.  It's not the

12  fifth, I apologize.  Government's Exhibit 31, IMG0291 jpeg?

13  A    Correct.

14  Q    Okay.  And so that was taken before the search was

15  conducted; correct?

16  A    Correct.

17  Q    And we see in that photograph a ladder?

18  A    Yes.

19  Q    And that's in the master bedroom; correct?

20  A    Correct.

21  Q    And that's in the right hand part of that photograph.

22  You see the door, and beyond the door is the ladder, and then

23  above the ladder you can see a shelf-like thing; correct?

24  A    Correct.

25  Q    Is that the shelf that you referenced was 8 feet high

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF TAVEY GARCIA

1  earlier in your testimony?

2  A     Approximately, yes.

3          THE COURT:  We just lost the photo.

4  (Brief pause.)

5          THE COURT:  It's back.  You may continue.

6  BY MR. FITZGERALD:

7  Q     That's the shelf you referenced earlier; correct?

8  A     Yes.

9  Q     Now, did you personally search and find anything that you

10 personally searched and seized?

11 A     I did personally search.  I came into the search at the

12 end because I was conducting interviews, so I did not find

13 any -- let me correct that.  Wrong.  I don't believe I found

14 anything that was seized.  I did find electronic evidence, but

15 I don't know if what I found was seized.

16 Q     Well, did you find the Alienware computer?

17 A     No.

18 Q     And this has been admitted, this is Government's Exhibit

19 31, IMG0326 jpeg; correct?

20 A     Correct.

21 Q     And is that your understanding of where the Alienware

22 computer was found?

23 A     That's my understanding.

24 Q     Okay.  And as we look at that, there's some kind of

25 dresser, and on top of that dresser is a laptop computer on

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF TAVEY GARCIA

1  the right, a black laptop?

2  A    The black laptop, and then there's also an Apple laptop.

3  Q    So the silver looking one on the left is an Apple right

4  there.  That's the Apple symbol?

5  A    Yes.

6  Q    And was this the Alienware?

7  A    I believe so, yes.

8  Q    And this room, what room is this in the house?

9  A    That is what we identified as the master bedroom for our

10  convenience.

11  Q    And this is a dresser with some clothing?

12  A    Correct.

13  Q    Okay.  And it appears women's clothing here, like panties

14  or something; is that correct?

15  A    I can't speculate without having gone into the drawer.

16  Based on that image, it is clothing.

17  Q    So the Apple and the Alienware were next to one another?

18  A    Yes.

19  Q    Did you notice a Hewlitt Packard computer in the home?

20  A    I can't recall without the images.

21  Q    Did you see another room in the home that appeared to be

22  used as a home office?

23  A    I did not.

24  Q    Did you see another room in the home that had a desk with

25  multiple computer screens set up?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF TAVEY GARCIA

1   A     I did not.

2   Q     Did you review the photographs?

3   A     I did.

4   Q     When you saw the Alienware and the Apple computer, did

5   you instruct anyone to seize them?

6   A     So, again, as the case agent I would coordinate, so we

7   had a search warrant.  Every other agent on scene was aware of

8   what we were searching for.  They all had a copy of the search

9   warrant.

10        During the execution of the search warrant, I did not

11  personally participate initially in the search because I was

12  outside conducting interviews with other adult members of the

13  household.  The search team was advised to take photographs,

14  conduct a search and if electronic items were identified they

15  were detained.

16        On scene we tend to do preview analysis because if we can

17  leave electronic devices behind they don't have any

18  evidentiary value.  For example, if it's a child's laptop or,

19  you know, something that just is clearly not going to contain

20  based on the preview search contraband, we're not going to

21  seize that.  So the agents on scene who were conducting the

22  search identified electronic devices.  Anything that was fully

23  in the parameters of the search warrant they detained it for

24  seizure.

25        If we seized it, then we would document it as -- document

CROSS-EXAMINATION OF TAVEY GARCIA

1  it as having been seized.  If we didn't seize it, then we left

2  it behind on premises.  But that is the decision of the search

3  team because everybody has roles to do and the forensic

4  analyst and the individuals on scene, and then when I came in,

5  if you're asking for specific items, if it had evidence then,

6  of course, they were instructed to seize it.

7  Q    So when they come upon two devices, is any procedure put

8  in place to preserve the two devices to see who had access to

9  them, not so much forensically but physically?

10  A    I'm sorry.  Can you rephrase?

11  Q    Yes.  Do you make sure this is a laptop?  They are both

12  closed.  Do you make sure that no one touches them so that you

13  can take the laptop computers back to the office or send it

14  off to a forensic analyst or for fingerprint analysis to see

15  who's typing on that keyboard?

16  A    No.  So when we identify evidence like this, we leave it

17  in place.  Our forensic analysts are the ones who then do what

18  they need to do because they'll make sure it's preserved.

19       Through the course of my investigation, though, based on

20  interviews, some of the devices we were able to based on the

21  interview responses from the other two adults in the

22  household, we were able to identify who used what based on

23  their statements, so then I can relay that back to the team

24  saying we need to take A, B and C because persons two and

25  three indicated it does not belong to them and it belongs to

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF TAVEY GARCIA

1    person one.  So in something in the situation like that then I

2    would advise that that device needs to be seized.

3             MR. FITZGERALD:  Your Honor, can I object again?

4             THE COURT:  Let's take the jury to the jury room.

5    (Jury out at 2:41 p.m.)

6             THE COURT:  You all may be seated.  Mr. Fitzgerald,

7    you may make your objection.

8             MR. FITZGERALD:  Your Honor, a couple things are

9    happening.  She's testifying that they interviewed other

10   people at the scene and excluded evidence based on those

11   interviews when it wasn't with the people that she said

12   earlier were willing to talk to us.  Mr. Dove on that day was

13   not willing to talk to them.  She's made reference to it now

14   two times.

15            THE COURT:  But she's never said Mr. Dove, and I

16   wouldn't have known it if you didn't tell me that.  We don't

17   know who talked.  That's the difference.  You're assuming that

18   the jury is inferring from her comments that Mr. Dove refused

19   to talk to her.  Nothing about her statement tells me that

20   Mr. Dove didn't talk to her.  I don't know who talked to her,

21   and just now, even now, just now she didn't identify any

22   person.  She used a hypothetical.

23            She says persons two and three and then person one,

24   so that's why I keep questioning why you are making these

25   objections, because there's been no evidence before this jury

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF TAVEY GARCIA

1   that Mr. Dove refused to talk to them.  And so you are arguing

2   that she's making a comment on his right to remain silent?

3          MR. FITZGERALD:  Yes.  It's a reasonable inference

4   that he wouldn't talk to her and number --

5          THE COURT:  Why is that a reasonable inference from

6   what's been said?

7          MR. FITZGERALD:  There were three people located --

8   three adults at the home.  Numbers two and three told us

9   things, so we excluded their digital data, that leaves number

10  one who didn't talk to us.

11         THE COURT:  I still don't see how you infer that from

12  what the witness just said.  But you can continue with your

13  argument.

14         MR. FITZGERALD:  Your Honor, when you put the two

15  statements together, those that are willing to talk to us and

16  then she interviewed numbers two and three and excluded their

17  digital devices because of their interviews, she's commenting

18  on number one not being willing to answer questions.

19         THE COURT:  Well, we don't know that they excluded

20  their digital devices.  I mean is that evidence before the

21  jury that only the digital devices that were owned by -- we

22  know there's some connection to Mr. Dove, but we don't know

23  who owned those digital devices.  That's not in evidence yet.

24         I think it's because of your familiarity with the

25  case that you're jumping to conclusions and I'm not faulting

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF TAVEY GARCIA

1  you for that.  I'm just trying to show you why someone like

2  the members of the jury know less about the case than I do

3  cannot necessarily reach that conclusion, so you may continue.

4  Anything else?

5          MR. FITZGERALD:  No.  That's my objection, Your

6  Honor.

7          THE COURT:  Response.

8          MS. THELWELL:  No, Your Honor.  I would agree with

9  the Court.

10          THE COURT:  Come to the lectern.

11          MS. THELWELL:  I agree with the Court's comments as

12  to Agent Garcia's testimony.  She has not specifically

13  identified Mr. Dove as being one of the individuals who

14  refused to speak with her, so I don't believe at this time she

15  has made an improper comment on his right to remain silent.

16          THE COURT:  Okay.

17          MS. THELWELL:  Additionally, Your Honor, if I might

18  just add, Mr. Fitzgerald has continued to ask the agent this

19  line of questioning that is causing her to continue to repeat

20  herself as to why she did what she did, which is, you know, I

21  think she's doing a very good job of avoiding bringing the

22  jury's attention to the fact that Mr. Dove did not speak to

23  her.  It's -- while also trying to answer Mr. Fitzgerald's

24  question.

25          THE COURT:  Okay.  And so the reason I took the

CROSS-EXAMINATION OF TAVEY GARCIA

1   jurors out is because I want the witness to know that the
2   subject matter of the objection, because clearly as you know
3   as a trained law enforcement officer that you're not to
4   comment upon a Defendant's right to remain silent, but I
5   wanted you to be aware that that's the basis of the objection
6   so that you can make sure that you stay away from that subject
7   matter.

8           I don't think at this point that you have.  I don't
9   think that any of your statements thus far can even be
10  construed as a comment upon Mr. Dove's right to remain silent.
11  First of all, his name was never mentioned nor do I think you
12  can infer from your statements that you were commenting upon
13  his right to remain silent.

14          I think it's Mr. Fitzgerald's knowledge of what
15  occurred at the residence during the search and who spoke to
16  you and who didn't which causes him to make these objections,
17  but I agree, Mr. Fitzgerald, you also have a duty to avoid
18  opening the door and soliciting or eliciting that type of a
19  comment from the witness who I now instructed to avoid any
20  comment upon this Defendant's right to remain silent.

21          MR. FITZGERALD:  I was asking about fingerprinting
22  devices and I got what witnesses said outside the presence of
23  the jury and that hearsay statement numbers two and three and
24  we excluded those digital devices.  I was asking about
25  fingerprints.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF TAVEY GARCIA

1       THE COURT:  Anything else before I bring the jury

2  back in?

3       MR. FITZGERALD:  No, your Honor.

4       MS. THELWELL:  No, Your Honor.

5       THE COURT:  The jury can come back in.

6  (Jury in at 2:48 p.m.)

7       THE COURT:  The objection was overruled.  You may

8  resume your examination, Mr. Fitzgerald.

9       MR. FITZGERALD:  Thank you, Your Honor.

10  BY MR. FITZGERALD:

11  Q    Agent Garcia, how many agents were involved in the search

12  of 721 Powder Horn Row?

13       THE WITNESS:  There were approximately, I don't have

14  the sign-in roster in front of me, but if memory serves me

15  correctly there were approximately 10 of us there.  Maybe a

16  little less, maybe a little more.

17  Q    How many digital devices were seized that day and left

18  the premises?

19  A    We seized approximately 11 line item devices, and some

20  line items might contain multiples.  For example, if a line

21  item was CDs, DVDs, there might have been, you know, a random

22  number.  A thumb drive could have had random numbers but there

23  were approximately 11 line items.

24  Q    And were other items examined and left at the scene?

25  A    I don't recall that information.

CROSS-EXAMINATION OF TAVEY GARCIA

1   Q    When I say other items, I mean other digital devices.

    Did you leave Melissa Dove's cellphone at the scene?

3   A    Again, I don't recall specifically if or what devices we

4   left on scene.

5   Q    Do you recall leaving an iPhone at the scene?

6   A    Again, I don't recall if or what devices we left on

7   scene.

8   Q    Now, you testified that the Gmail address notus52911 you

9   found in various places on some devices according to the

10  forensic analysis; correct?

11  A    We found a document that had that email address.

12  Q    You found that later after you left the scene; correct?

13  A    Correct.

14  Q    So every digital device that you didn't take from the

15  scene may have used that Gmail address because you didn't know

16  to look for it on the day you served the search warrant;

17  correct?

18  A    It's possible.

19  Q    So it's possible that there's evidence of other people

20  accessing this Gmail address that you have affiliated with

21  notus52911@Gmail.com and you have affiliated with the website

22  --

23            THE COURT:  Wait, wait, wait.

24            THE REPORTER:  I'm sorry, Your Honor.  I am having a

25  hard time.  The audio has cut out.

CROSS-EXAMINATION OF TAVEY GARCIA

1        THE COURT:  What's happening?

2        THE REPORTER:  My equipment has malfunctioned.

3        THE COURT:  The equipment is malfunctioning.  We need

4   to take a break.  It's critically important the court reporter

5   has to be able to transcribe what's being said.  Let's take a

6   recess.

7   (Recess had.)

8   (Proceedings had outside jury's presence.)

9        THE COURT:  I don't expect to take another break

10  before the end of the day.  So, Counsel, I know you all stayed

11  in here but I don't expect to break again this afternoon, so

12  if you need to run to the restroom or anything, you should do

13  so now because when the jury comes back in here, they'll be in

14  here until we finish today.

15        MR. FITZGERALD:  Thank you.

16  (Jury in at 3:15 p.m.)

17        THE COURT:  Mr. Fitzgerald, you may resume your

18  cross-examination.

19        MR. FITZGERALD:  Thank you.

20  BY MR. FITZGERALD:

21  Q    Agent Garcia, you would agree that you can find

22  information on one device that is seized that can lead you

23  down a trail for other important evidence in a case; correct?

24  A    I'm sorry?

25  Q    You would agree that you can find information on a seized

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF TAVEY GARCIA

1   device that might lead you down a trail for other important

2   information; correct?

3   A    Yes.

4   Q    For instance, you earlier testified about finding out

5   about Notus52911@gmail.com; correct?

6   A    Correct.

7   Q    As a result of that you issued a subpoena to Google and

8   got records returned?

9   A    A search warrant.

10  Q    And that's Government's Exhibit No. 42?

11  A    Yes.

12  Q    And you testified about that earlier with the Government;

13  correct?

14  A    Yes.

15  Q    And in those records, you found out that

16  notus52911@gmail.com was with a Dropbox; is that correct?

17  A    Yes.

18  Q    Did you subpoena the records for that Dropbox account?

19  A    I did.

20  Q    And whose name is the Dropbox account in?

21  A    I don't recall.

22  Q    Was it in the name Jack Dove?

23  A    I would have to have the records to review at this point.

24  I subpoenaed that information a couple of years ago now.  I

25  would need to it see it again to recall what name was on it.

CROSS-EXAMINATION OF TAVEY GARCIA

1   Q    You would agree if you saved the devices that were at the

2   home, when you left, you could check all of them for the use

3   of the notus52911@gmail.com account; correct?

4   A    If we had seized all of the devices?  I'm sorry.

5   Q    How many electronic devices were found at 721 Powder Horn

6   Row when you did the search warrant?

7   A    I don't have the exact number of electronic devices that

8   were found.  I just know that we seized approximately 11 line

9   items.

10  Q    You don't know how many you left there?

11  A    I don't recall.

12  Q    More or less than 10?

13  A    I can't recall.

14  Q    Would Justin Gaertner know?

15  A    He may or may not.  So the devices would have been

16  previewed.  He may have, if we had several CFAs, computer

17  forensic analysts on scene who would have previewed, so unless

18  he directly previewed every single device, he wouldn't know if

19  somebody else previewed something and determined it to not

20  have evidentiary value, so he may or may not have that

21  information.

22  Q    At that point in time, though, you're looking at

23  evidentiary value as of what, child pornography?

24  A    Child pornography, anything associated to or related with

25  the Coinbase accounts, and then identities, so if it had

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF TAVEY GARCIA

1   the -- ideally if it had the notus, somebody would have

2   speculated that prefix and we have seized or detained that

3   device for further analysis.

4   Q    Did you do that?

5   A    I did not do that, no.

6   Q    Were the devices checked to see if they had access to

7   Dropbox that was reverse linked to the notus52911@gmail.com?

8   A    So the Dropbox was identified through the search but it

9   wasn't part of our search, so that's why like the Gmail

10  account, we followed up with a supplemental search warrant for

11  that specific information, so if something had a Dropbox,

12  having a Dropbox in itself wouldn't indicate that there would

13  be contraband or criminal activity associated with it.

14  Q    All right.  But you could associate the email with the

15  Dropbox account and that might put the person closer to or the

16  device closer to the email address; correct?

17  A    If we were searching for something of -- I'm not sure

18  what you're asking me.

19  Q    What I'm asking is when you -- after leaving the

20  residence, after searching it and you take 10 or 11 devices

21  and you leave, you don't know how many, you then keep

22  investigating; correct?

23  A    It we continue the examination of the devices, yes.  And

24  as we discover more information, we follow up on that

25  information.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF TAVEY GARCIA

1   Q    Yeah.  You continued to investigate up until last week;
2   correct?
3   A    Correct.
4   Q    And you continued to issue subpoenas up until last week;
5   correct?
6   A    Correct.
7   Q    Okay.  So the investigation's been going on after you
8   left Powder Horn Row for over two years; correct?
9   A    Correct.
10  Q    And so the devices that you left there that may have
11  digital information, for instance, the notus52911, the Gmail
12  account that you learned about after the forensic search of
13  the evidence that was seized and taken, that information,
14  those devices may have valuable information; correct?
15  A    Correct.  But like I indicated, if a device had any
16  indication of anything associated with the Coinbase I would
17  like to believe that the forensic analyst would have flagged
18  that up front, so if a cellphone had anything saying notus,
19  whatever, because we already identified that as a prefix to
20  the Coinbase and then to the Welcome to Video, ideally that
21  would have been identified at the onset during a preview and
22  we seized or detained that whatever device, not specific to
23  the email address, but that notus prefix.
24  Q    But you since developed other information; correct?
25  A    Correct.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF TAVEY GARCIA

1  Q    And so you can't go back and check with the other

2  information for the devices that were left on scene; correct?

3  A    So, again, I'd like to believe that if the forensic

4  analyst identified a device that had a Gmail address of notus

5  or whatever, they would have seized or detained that device

6  for further analysis.  I cannot tell you if they did preview

7  that.  I could tell you that we only took the devices that we

8  took if it had it behind, I would like to believe that if it

9  had that notus prefix because that was part of our preview, we

10 would have seized that device.

11 Q    You also agree that when you leave these devices at the

12 scene, you eliminate Mr. Dove's opportunity to have an

13 independent person look at those devices; correct?

14 A    We wouldn't have an independent person because we have

15 our own certified forensic analysts.

16 Q    Yes, you do.  But if Mr. Dove wanted to have his own

17 certified forensic analyst to look at those devices you left

18 at the scene, it would be difficult; correct?

19 A    I would hope it wouldn't be difficult if we left them at

20 his residence, then his forensic expert could have reviewed

21 the device that we left at his residence.

22 Q    So we should be able to look at anything that was left at

23 the scene?

24 A    I mean if that's what you choose to do.  I mean it

25 wouldn't be a court order basically based on my search

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

CROSS-EXAMINATION OF TAVEY GARCIA

1   warrant, but you could do what you want, I guess.

2   Q     Did you handle those adult phones when you executed the

3   search warrant?

4   A     I handled some electronic devices.  I don't know

5   specifically which ones I handled.

6   Q     Would you be able to identify it if I gave it to you?

7   A     Not -- No.  Because I handled so many different things as

8   we go through.  As the case agent, they show me what they've

9   got.  I look at it.  I authorize it and we move forward, so it

10  wouldn't be anything that I would have spent an obscene amount

11  of time on, so if it was seized, I know it was seized.  If it

12  was put into evidence, I know it was put into evidence, but

13  aside from that, I know it's a phone.  Whose phone I don't

14  really know until I have the extraction reports.

15  Q     Is there any record of who analyzed Mr. Dove's phone?

16  A     There's record of who analyzed every device.

17  Q     And where is that record?  Do you have it or should I get

18  that from Justin Gaertner?

19  A     I would get that from CSA Gaertner or if you guys have

20  it, if you can show it to me.

21  Q     You can't tell me how many devices you found that day?

22  A     I'm sorry?

23  Q     Mr. Gaertner will be able to tell me how many devices

24  were found when you executed the search warrant?

25  A     Sure.  I could tell you too if you gave me the copy of

CROSS-EXAMINATION OF TAVEY GARCIA

1    our seizure.  I just know there were 11 line items.  Some line
2    items might have had multiple, like I said CDs.  There might
3    have been however many CDs, so that would constitute as a line
4    item, but each, each line item could have a subject.  So, if I
5    had the document in front of me, if you could show it to me, I
6    can tell you exactly how many items were seized.
7    Q    I don't believe I have that document.  Perhaps
8    Ms. Thelwell does.
9         So going back to Government's Exhibit 30.  May I have the
10   Elmo?
11            THE COURT:  We don't have it up yet, Mr. Fitzgerald.
12   Give us just a moment.
13            COURTROOM DEPUTY CLERK:  Okay.
14            THE COURT:  Okay.  It's up.
15   BY MR. FITZGERALD:
16   Q    So these three items you didn't -- we saw a picture of a
17   computer we think is the Alienware, but you didn't find either
18   of these two items in the search?
19   A    Not that I recall.
20   Q    Okay.  So you're not here saying that the agent found
21   those in the home; correct?
22   A    If it was a seized device and it was found in the home
23   and/or --
24   Q    Of your own personal knowledge.
25   A    From what I reviewed on scene at the time of the search

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

REDIRECT EXAMINATION OF TAVEY GARCIA

1   warrant, so at the conclusion of the search warrant all of the

2   items that we're taking from the residence it's my

3   responsibility to look at and observe that, yes, that item was

4   in the residence or in the vehicle.  And I validate that what

5   we're seizing is what we've taken from the residence because

6   I'm putting that on my search warrant return that I returned

7   back to the judge, so if it's the seized from the residence,

8   then I physically looked at it before we departed that

9   residence because I left a copy of the search warrant return

10  at the residence that indicated all the items that we seized.

11  Q    Okay.  But you have no -- you didn't personally find

12  those?

13  A    Not that I recall.

14         MR. FITZGERALD:  Thank you.

15         THE COURT:  All right.  Ms. Thelwell, redirect.

16                   **REDIRECT EXAMINATION**

17  BY MS. THELWELL:

18  Q    Agent Garcia, you testified that at some point that

19  everyone who participated in the search warrant had a copy of

20  the search warrant so that they knew what they were able to

21  look for and seize; is that correct?

22  A    They didn't have -- not every person had an individual

23  copy, but every person -- they -- the search team had a copy

24  of the search warrant that they could all review as they went

25  through the search warrant.

REDIRECT EXAMINATION OF TAVEY GARCIA

1  Q    Prior to executing the search warrant, is there some sort
2  of briefing that happens with all the participants?
3  A    There is.
4  Q    And what is the purpose of that briefing?
5  A    The purpose of the briefing is to bring the team
6  together, explain to them the potential hazard that we're
7  facing, the safety plan.  If there's an evac due to a medical
8  necessity, we talk about the closest hospital.  It's to bring
9  everybody together and then we talk about the search warrant
10 order, what's authorized in that search warrant based on the
11 judge's order.  We talk about what can be seized and what
12 cannot be seized.  We talk about everybody's role and
13 responsibilities, and we develop our plan as an entry and
14 execution of a search warrant.
15 Q    Why is it important to have that conversation about what
16 items can and can't be seized from the location prior to
17 executing the search warrant?
18 A    It's important that everybody understands the purpose of
19 the search warrant and what it is that we're allowed to search
20 for and ultimately seize, because we don't want to take
21 anything that is not part of the search warrant because we're
22 not allowed to.  And if there's any question about that or any
23 question about any specific item, any agent on scene would
24 know that they would contact me as the case agent and/or my
25 supervisor who was on scene at the time as well.  And then, of

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

REDIRECT EXAMINATION OF TAVEY GARCIA

1  course, they can refer to the search warrant copy that they

2  had available to them on scene.

3  Q    When Mr. Fitzgerald asked you about the relevant evidence

4  that you were looking for in the electronic devices on scene,

5  you mentioned obviously contraband which would be child

6  pornography, anything related to Coinbase.  Those are the two

7  items that you identified, but is there anything else relevant

8  to the investigation that members of the search team would

9  have been looking for based on what they had been advised?

10 A    They would have been looking for any of the items on that

11 search warrant.  We have an attachment, so they would have

12 been looking for anything that was associated to the overall

13 investigation.  In this case it was an investigation into the

14 Welcome to Video which has the Coinbase and the residential

15 address, so contraband related to child exploitative material

16 and any of the documents.  We would have been looking for

17 documents supporting any of that type of contraband.

18 Q    So when you talk about Welcome to Video, at that point,

19 members of the search team are aware of the Welcome to Video

20 website and the fact that it's housed on the Dark Web; is that

21 correct?

22 A    Correct.

23 Q    Would those be relevant items that they might be looking

24 for evidence of use of the Dark Web?

25 A    Correct.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

REDIRECT EXAMINATION OF TAVEY GARCIA

1  Q    And evidence of Welcome to Video; is that correct?

2  A    Correct.

3  Q    And was the search team also aware of that prefix that

4  you learned from the Welcome to Video website user name as

5  notus?

6  A    Correct.

7  Q    Would the search team have been aware of that term notus

8  and look for it as relevant evidence?

9  A    I would hope, yes.

10         MR. FITZGERALD:  Objection.

11         THE COURT:  Legal basis.

12         MR. FITZGERALD:  Foundation, do they know or don't

13  they know.

14         THE COURT:  Response.

15         MS. THELWELL:  Your Honor, that's the same response

16  that she had provided to defense counsel during his question,

17  and the question was was the search team advised of the notus

18  prefix as that being relevant evidence and because it's on the

19  relevant evidence list would it have been seized.

20         THE COURT:  All right.  The objection is overruled.

21  BY MS. THELWELL:

22  Q    Regarding Dropbox, you indicated that at some point you

23  served legal process on Dropbox.  Do you recall whether or not

24  it was a subpoena for subscriber information or was it a

25  search warrant for content?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

REDIRECT EXAMINATION OF TAVEY GARCIA

1  A    I believe it was a subpoena for subscriber information.

2  Q    At any point, Agent Garcia, do you recall whether or not

3  there was anything found in the Dropbox?

4  A    I don't believe the Dropbox had any evidentiary value as

5  it related to this investigation.

6         MS. THELWELL:  One moment, Your Honor.

7  (Brief pause.)

8         MS. THELWELL:  No further questions, Your Honor.

9         THE COURT:  Agent Garcia, you may return to your

10  seat.  The Government may call its next witness.

11         THE WITNESS:  Thank you.

12         MS. THELWELL:  United States calls Justin Gaertner.

13         COURTROOM DEPUTY CLERK:  Please raise your right

14  hand.

15                  (Witness sworn.)

16         COURTROOM DEPUTY CLERK:  Please state your name for

17  the record and spell your last name for the record.

18         THE WITNESS:  Justin Gaertner, G-A-E-R-T-N-E-R.

19         DEPUTY COURTROOM CLERK:  Thank you.

20         THE COURT:  All right.  Agent Gaertner, you may

21  remove your mask if you choose to do so while you're

22  testifying.  I also have a bottle of water there for you.

23  What is most important, of course, is that you talk into the

24  microphone so that we all can hear you and that you talk

25  slowly so that the court reporter can transcribe what is being

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   said.

2           THE WITNESS:  Yes, ma'am.

3           THE COURT:  Ms. Thelwell, you may inquire.

4           MS. THELWELL:  Yes, Your Honor.

5                   JUSTIN GAERTNER,

6   having been first duly sworn, was examined and testified as

7   follows:

8                   DIRECT EXAMINATION

9   BY MS. THELWELL:

10  Q    Can you tell us what you do for a living?

11  A    I am currently a computer forensic analyst with Homeland

12  Security Investigations.

13  Q    Can you adjust that microphone a little bit?

14  A    I'll scoot closer.

15  Q    How long have you been a computer forensic analyst?

16  A    Approximately eight years.

17  Q    And what is the role of an analyst, a forensic analyst?

18  A    Provide computer forensic support dealing in the

19  forensics of electronic media such as computer, cellphones,

20  thumb drives, CDs, anything that stores electronic data.

21  Q    What type of in investigations have you participated in

22  as a forensic analyst?

23  A    Child exploitation, document fraud, human smuggling,

24  human trafficking, national security, intellectual property

25  rights.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   Q    And how long have you been investigating child

2   exploitation offenses?

3   A    Eight years.

4   Q    Have you been trained to identify child pornography?

5   A    Yes.

6   Q    What type of training have you received?

7   A    I did a year long Wounded Warrior internship with the

8   National Association to Protect Children and Homeland Security

9   investigations.

10  Q    And during the first three months of that program, what

11  specifically did they focus on?

12  A    Child exploitation case work dealing with Internet Crimes

13  Against Children Task Force and childhood development.

14  Q    And so based on your training and experience, what is

15  identified as child pornography when you view them when you

16  viewed the evidence?

17  A    Performing sexual acts on a child under the age of 18.

18  Q    Does it also include the lewd and lascivious exhibition

19  of minor's genitalia?

20  A    Yes.

21  Q    Can we discuss the training that you have received to

22  become a forensic analyst.  Can you tell us a little bit about

23  your educational background first?

24  A    I'm currently in school for a Bachelor of Science in

25  computers forensic and digital investigations.  Through the

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1    year-long internship with the Hero Corps I got my training in

2    FTK, EnCase, CompTIA A+ which is an IT standard in the

3    computer forensic world.  After the year-long internship I

4    received multiple certifications in advance and mobile

5    forensic, advance and mobile electronic crimes, as well as

6    BitTorrent peer-to-peer online investigations.

7    Q    Okay.  That's a lot, so we're going to break it down a

8    little bit.  You mentioned that you received the CompTIA A+

9    certification.  Can you just generally describe what that is?

10   A    CompTIA A+ is just a general overview of computers and

11   IT.

12   Q    And you also mentioned EnCase.  What is EnCase?

13   A    EnCase is a forensic platform that mainly deals in the

14   forensics of computers or thumb drives.

15   Q    And so have you been trained specifically in that?

16   A    Yes.

17   Q    And are you certified with EnCase?

18   A    Yes.

19   Q    What is FTK that you mentioned?

20   A    FTK, similar to EnCase, it's a forensic suite.  It comes

21   with three different tools.  The forensic application FTK and

22   then the manager, which images an electronic device and then a

23   registry viewer.

24   Q    Okay.  And so in simplest terms, what is the purpose of

25   FTK and EnCase?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1  A    To either conduct previews of electronic media or for
2  overall analyzation of electronic media.
3  Q    When you say previews, what do you mean by that?
4  A    Preliminary examination such as on scene at a search
5  warrant.
6  Q    Okay.  Have you received any specific training as it
7  relates to advanced computer evidence recovery?
8  A    Yes.
9  Q    And tell us about that training.
10 A    The Acer course was ran by the United States Secret
11 Service in partnership with HSI, and it goes over
12 approximately three weeks of dealing with multiple computer
13 forensic applications such as Axiom, EnCase, FTK, Griffeye,
14 Networking, Cyber crime.
15 Q    And you said that was about three weeks long?
16 A    Yes.
17 Q    Do you remember approximately how many hours a course
18 covered?
19 A    Well over a hundred.
20 Q    And do you also -- is that -- was that training course
21 separate and apart from the training with the United States
22 Secret Service advanced mobile device forensics?
23 A    Yes, one deals specifically with computers and the other
24 ones deals specifically with mobile devices such as
25 cellphones.

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   Q    Have you ever been an instructor relating to computer

2   forensics?

3   A    Yes.

4   Q    Can you tell us about your experience with that?

5   A    I've taught multiple courses to Wounded Warriors dealing

6   with computer forensics through the internship that I did.  I

7   also did an introduction to computers, networks and cyber

8   criming sector for HSI Tampa.  I carry the responsibility

9   including Jacksonville, Orlando, Pensacola, Panama City, Fort

10  Myers offices, Tampa.

11  Q    And so bringing it to this case, were you involved in the

12  investigation related to Jack Dove?

13  A    Yes.

14  Q    What was your involvement?

15  A    I conducted preliminary exams on scene during the search

16  warrant and I performed the full forensics back in the

17  forensics unit.

18  Q    Were you the primary forensic analyst assigned to this

19  case?

20  A    Yes.

21  Q    Were you present on scene at the search warrant at

22  Mr. Dove's residence?

23  A    Yes.

24  Q    What information, if any, did you have prior to executing

25  the search warrant?

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   A    The case agent informed us during the -- on scene that

2   this was a child exploitation investigation.

3   Q    You said that the case agent had provided you with

4   information prior to the search warrant?

5   A    Yes.

6   Q    Specifically what had you been provided with?

7   A    That this was a child exploitation investigation and she

8   also gave us some file names and hash values of child

9   exploitation material.

10  Q    Prior to executing the search warrant, did you become

11  familiar with what the search warrant specifically authorized

12  you to search for and seize?

13  A    Yes.

14  Q    What were you authorized to search for and seize?

15  A    Electronic devices such as computers, thumb drives,

16  cellphones.

17  Q    Were all of the devices seized from the residence?

18  A    No.

19  Q    How did you make the determination about which devices to

20  take and which devices to leave?

21  A    If I discovered information that was indicative of child

22  exploitation material, I let the case agent know and then the

23  seized property specialist and they properly seized it.

24  Q    All right.  So apart from obvious apparent contraband,

25  were you looking for anything else relating to the Jack Dove

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   investigation?

2   A    Child exploitation material, whether it was on cellphone,

3   external hard drive, computer thumb drive, as well as user

4   account information and anything that pertained to the

5   investigation.

6   Q    At that time were you aware that the Dark Web had been

7   used in this case?

8   A    Yes.

9   Q    And so was that also information that you were looking

10  for?

11  A    Yes.

12  Q    What devices did you have an opportunity to preview while

13  you were on scene at the residence?

14  A    What devices did I preview?

15  Q    Yes.

16  A    An Alienware laptop computer, HP desktop computer, a

17  SanDisk thumb drive, a Toshiba laptop computer, a Data

18  Traveler thumb drive, some SD cards and an Infinity thumb

19  drive.

20  Q    Of those, which ones did you actually seize from the

21  residence?

22  A    The Alienware laptop computer, the SanDisk thumb drive,

23  and the Infinity thumb drive.

24  Q    Do you recall where in the residence the -- excuse me --

25  the Alienware laptop was found?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1    A    Yes.

2    Q    Where was it found?

3    A    When I came into the master bedroom, it was sitting on a

4    dresser across from the bed.

5    Q    If we could see Government's Exhibit 31C.  Do you

6    recognize this photo?

7    A    Yes.

8    Q    Where is the Alienware laptop in this photo?

9    A    It's on the top of the dresser in the upper right-hand

10   corner.  It's black and has a power cord on it.

11   Q    Can we page down?  Where is it in this photo?

12   A    It's the laptop that's open on the top of the dresser.

13   Q    If we could page down.  Is this the laptop that you said

14   was seized?

15   A    Yes.

16   Q    If we could page down.  What's in this photo?

17   A    The same laptop computer.

18   Q    It's just closed?

19   A    Yes.

20   Q    If we could page down, what are we looking at here?

21   A    The same computer flipped upside down.

22   Q    And in front of you, do you see the laptop in front of

23   you?

24   A    Yes.

25   Q    All right.  And is that the Alienware laptop that was

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1  seized from the home on Powder Horn Row?

2  A    Yes.

3  Q    How do you know that that laptop in front of you is the

4  same laptop that had been seized from the residence?

5  A    Because I sealed this bag.  I also imaged the hard drive

6  within it.  I took apart this computer and I took multiple

7  pictures of this computer and this is my handwriting on the

8  bag.

9  Q    If you could set that aside for a moment and take a look

10  at the evidence book for Government's Exhibit 32.  Once you

11  locate it, you can take the exhibit out of the sleeve so that

12  you can look at all of the pages.

13      Do you recognize Government's Exhibit 32?

14  A    Yeah.

15  Q    What is it?

16  A    These are pictures I took of the Alienware laptop

17  computer.

18  Q    And are those the same -- is it the picture of the same

19  laptop that you just picked up in court?

20  A    Yes.

21  Q    And do those photos fairly and accurately depict the

22  laptop that was seized from the residence?

23  A    Yes.

24      MS. THELWELL:  Your Honor, at this time the United

25  States seeks to admit the Alienware laptop which is

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   Government's Exhibit No. 32 into evidence.  The photos are for

2   substitution purposes.

3           THE COURT:  Is there any objection?

4           MR. FITZGERALD:  Just the same objection raised

5   previously, Your Honor.

6           THE COURT:  Okay.  The Court's ruling is the same,

7   and this is with regard to I think it was Doc. 31 or Doc. 30.

8   The court's ruling is the same.  The objection is overruled

9   and Exhibit 32 is admitted.

10  (Government's Exhibit No. 32 was admitted.)

11  BY MS. THELWELL:

12  Q    If we could publish No. 32.  You indicated that you had

13  taken apart the Alienware laptop.  And for what purpose did

14  you do that?

15  A    To view the hard drives within inside of the computer.

16  Q    How many hard drives did you locate inside the computer?

17  A    There was two.

18  Q    If we could page down on the exhibit, and this is showing

19  the open laptop; is that correct?

20  A    Yes.

21  Q    Page down for page three.  What are we looking at here?

22  A    The hard drives contained within the computer.

23  Q    And what is the hard drive there with the white label?

24  A    That's the HGST hard disk drive.

25  Q    From this angle or of this photo, are you able to see the

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1    second hard drive?

2    A    Yeah.

3    Q    Where is it?

4    A    The upper right-hand corner.  It's green with the white

5    sticker.

6    Q    Okay.  Page four, what are we looking at here?

7    A    This is the serial number of the Alienware.

8    Q    Page 5, what are we looking at here.

9    A    The HGST hard disk drive which was inside of the laptop.

10   Q    After reviewing this hard drive, where does it appear to

11   be manufactured?

12   A    In China.

13   Q    And where do you see that information?

14   A    It says, "Made in China" above the serial number.

15   Q    Above the bar code?

16   A    Yes.

17   Q    And Page 6., which hard drive is this?

18   A    This is the solid state drive of a Samsung.

19   Q    And in reviewing this, where does it appear to have been

20   manufactured?

21   A    China.

22   Q    Where do you see that information?

23   A    It says, "Product of China" in the upper right-hand

24   corner and it says, "Made in China" right next to the QR code.

25   Q    Page 7?  Okay.  All right.  What, if anything -- well,

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   let me back up.

2        You indicated that you previewed this particular laptop

3   while you were at the residence; is that correct?

4   A    Yes.

5   Q    What did you observe, if anything?

6   A    While on scene previewing the solid state drive pictured

7   here, I discovered files which were indicative of child

8   exploitative material.

9   Q    And what do you mean by indicative of child exploitative

10  material?

11  A    They had file names which are consistent with child

12  pornography.

13  Q    What type of files did you observe?

14  A    They are link files which are shortcut files created by

15  the computer.

16  Q    What type of information do link files or .LNK files do

17  they provide?

18  A    Link files can store file packs from where that file is

19  coming from, the file extension, file name, last access dates

20  and times.

21  Q    Approximately how many link files with file names

22  indicative of child exploitation material did you observe on

23  the Samsung solid state drive?

24  A    Four.

25  Q    What information were you able to learn by looking at the

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   names in the .link files, or the file path, I should say?

2   A    The file path of the four files that I discovered appear

3   to be coming from an external device with a volume name of

4   M-I-S-C, and also contained within a folder named "already

5   watched."

6   Q    When you say that it had a volume name of MISC, what does

7   that mean to you?

8   A    That means that it was an external device that had a

9   device name such as in a thumb drive or an external hard

10  drive.

11  Q    At that point in the search warrant, had anyone recovered

12  to your knowledge an external drive such as a thumb drive

13  titled MISC?

14  A    No.

15  Q    So what does that indicate to you?

16  A    That there was still a thumb drive we needed to find.

17  Q    At some point, was a thumb drive that had the volume name

18  of MISC found within the residence?

19  A    Yes.

20  Q    Where was it found?

21  A    As you walked into the master bedroom, the bed was on the

22  left, the dresser with the laptop computer was on the back

23  wall.  Running adjacent along the right side of the wall, as

24  you open the door, it goes to the master bathroom.  Above the

25  master bathroom and above that door coming into the master

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1    bedroom was what I referred to as a planter box, like a cut in

2    the ceiling where you can put shrubbery or decor or whatever.

3    There was weapons found up there as well as the SanDisk thumb

4    drive tucked in the back corner.

5    Q    Were you there when it was found?

6    A    Yes.

7    Q    If I can show you what's already been admitted as

8    Government 31D.  What are you seeing in Government's 31D?

9    A    That is the wall in the planter box I was referring to

10   above the master bathroom.

11   Q    And you should be able to touch your screen to indicate

12   and draw a mark as to where you saw or where the thumb drive

13   with the MISC was found?

14   A    (Witness complies.)

15   Q    And so for the record, you've drawn a circle that appears

16   to be tucked in the corner of the bedroom wall to the right

17   side of that photo next to a black bag; is that correct?

18   A    Yes.

19   Q    Do you know approximately how tall that wall is?

20   A    I would say seven feet.

21   Q    And do you know how it was -- how the thumb drive was

22   recovered from that specific location?

23   A    We used the ladder in the picture.

24   Q    What did you do after the thumb drive was found?

25   A    I previewed the thumb drive.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   Q    And what, if anything, did you see during the preview?

2   A    Discovered child pornography.

3   Q    And did you open the video on scene or the video from the

4   scene?

5   A    Yes.

6   Q    What did you do after you opened the video and observed

7   child pornography?

8   A    I informed the case agent.

9   Q    What happened after that?

10  A    She seized the device and I generated a report and

11  confirmed that this was the thumb drive which had been

12  connected to the Alienware laptop computer.

13  Q    And before we move on from this point, we have been

14  referring to the device as labeled MISC, but what was the

15  brand of the thumb drive?

16  A    A SanDisk.

17  Q    At some point, did you create or do a full analysis of

18  the Alienware laptop?

19  A    Yes.

20  Q    If you could locate Exhibit Nos. 33 and 34.  Do you

21  recognize Government's Exhibit 33?

22  A    Yes.  It's the HGST hard drive which was in the Alienware

23  laptop computer.

24  Q    Does Government's Exhibit 33 fairly and accurately depict

25  the HGST hard drive that was contained in the Alienware

DIRECT EXAMINATION OF JUSTIN GAERTNER

1  laptop?

2  A    Yes.

3  Q    And how do you know that this is the one that was seized

4  from the Alienware laptop from the house?

5  A    Because I am the one that previewed it and removed it

6  from the computer.

7        MS. THELWELL:  At this time, the United States seeks

8  to admit No. 33.

9        THE COURT:  Is there any objection?

10       MR. FITZGERALD:  Same objection as 31, Your Honor.

11       THE COURT:  Okay.  Then the Court's going to overrule

12 the objection and admit Government's Exhibit No. 33.

13 (Government's Exhibit No. 33 was admitted.)

14 BY MS. THELWELL:

15 Q    In looking at Government's Exhibit 34, do you recognize

16 that?

17 A    Yes.

18 Q    What is it?

19 A    It's the solid state drive that was also within the

20 Alienware laptop computer.

21 Q    How do you recognize that as Samsung that was -- solid

22 state hard drive that was taken from the Alienware?

23 A    I previewed on the scene and I did the full examination

24 back in the lab.

25 Q    And did you take that picture?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1    A    Yes.

2         MS. THELWELL:  At this time, United States seeks to

3    admit Exhibit 34.

4         THE COURT:  Is there any objection?

5         MR. FITZGERALD:  Same objection as to Exhibit 31,

6    Your Honor.

7         THE COURT:  Okay.  The objection then is overruled as

8    to Exhibit No. 34.  Exhibit 34 is admitted.

9    (Government's Exhibit No. 34 was admitted.)

10        MS. THELWELL:  Permission to publish 33 and 34.

11        THE COURT:  You may.

12   BY MS. THELWELL:

13   Q    On the screen in front you is Government's Exhibit 33.

14   What is this a picture of?

15   A    The HGST hard drive.

16   Q    Government's Exhibit 34, what is that the picture of?

17   A    Samsung solid state drive.

18   Q    You mentioned that you were able to conduct a full

19   analysis.  Can you tell us about that process?  What is the

20   first step or one of the first steps that you do when you're

21   conducting the analysis of the Alienware laptop?

22   A    The first step is to take pictures as I take it apart to

23   ensure the integrity of the computer from on scene to back at

24   the lab.  At that point I connect them to a write blocker.  A

25   write blocker ensures that nothing from a forensic computer

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   accidentally ends up on a suspect device.

2       After that I imaged the hard drives separately using FTK

3   and then --

4   Q   What do you mean by image?  If you could just clarify

5   what do you mean by that.

6   A   Forensic image is just a copy, the most forensically

7   sound way of a suspect's hard drive which is also hashed to

8   ensure that there was no disruption during the image.

9   Q   What do you mean when you say it's hashed?

10  A   Hash value.  We use two different hash values, MD5 and

11  SHA-1.  Hash values are like DNA.  They can't be copied or

12  manufactured, so it ensures that the data that's contained

13  within the suspect drives is the exact data that I'm viewing

14  when I'm putting it in a forensic machine.

15  Q   And so what program or software did you use to create the

16  forensic image of the hard drive?

17  A   FTK.

18  Q   And did you have an opportunity to confirm whether or not

19  the hash values matched?

20  A   I did.

21  Q   Did they match?

22  A   Yes.

23  Q   What does that indicate to you?

24  A   That I received the most forensically sound image or copy

25  of the device.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1  Q    What did you do after the forensic image was created?

2  A    I used multiple forensic tools to analyze the drives.

3  Q    And during your analysis generally, and then we'll go a

4  little bit more detail, but generally what did you find?

5  A    Information including user accounts with specific user

6  names, Internet history, link files, recently opened files,

7  all indicative of child exploitation material.

8  Q    If you can locate Government's Exhibit 34A in the binder.

9  Do you recognize 34A?

10  A    Yes.

11  Q    What is it?

12  A    It's a report I generated using Axiom.

13  Q    And how do you recognize it as belonging to this

14  particular case?

15  A    It is from my forensic image of "Marked as Source

16  Alienware underscore SST.EO1."

17  Q    And does this extraction report fairly and accurately

18  depict the information that you observed as it relates to the

19  .IMK files that were found on the Samsung SSD drives of the

20  Alienware laptop?

21  A    Yes.

22       MS. THELWELL:  At this time the United States seeks

23  to admit Exhibit 34A.

24       MR. FITZGERALD:  Same objection as to Exhibit 31,

25  Your Honor.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1    THE COURT:  Okay.  The Defendant's objection is

2    overruled, and Government's Exhibit 34A is admitted.

3    (Government's Exhibit No. 34A was admitted.)

4    MS. THELWELL:  Permission to publish.

5    THE COURT:  You may.

6    BY MS. THELWELL:

7    Q    If we could go to page two and page down to the screen.

8    And so what are we observing here on page three in this box

9    where it says Alienware SSD EO1?

10   A    That's what I named the image or copy that I took of the

11   Samsung solid state drive from the computer.

12   Q    Page four.  All right.  Based on your -- well, let's look

13   at record number four, if we could, which is on page five of

14   Exhibit 34A.

15        First of all, let's walk through some of the fields where

16   it says "tagged," what information is contained there?

17   A    That would be a bookmark that I created.

18   Q    So that's just a tag or a name that you wrote in for your

19   own benefit when sorting through the information; is that

20   correct?

21   A    Correct.

22   Q    What is the information contained in the linked path

23   line?

24   A    The linked path is a file path of a specific time

25   including folders and file names.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   Q    So the information in the link path, is that information

2   that you would have specifically typed in or is that

3   information that is generated in from the computer?

4   A    It's generated from the link file in the computer.

5   Q    In viewing the linked path, based on your training and

6   experience regarding computer forensics, what information are

7   you learning about this file when you look at the link path?

8   A    The link path starts with E or echo, which is E semicolon

9   is going to be a drive wire.  Typically in computers, C is the

10  operating system, and then anything that follows is going to

11  be external devices.  After that is the name "already

12  watched," which is a folder within that device, and then after

13  the folder "already watched" is a specific time.

14  Q    And what is the "from .MP4"?

15  A    Is a video.

16  Q    If we look further down in record number four to the line

17  that says drive type, what does that mean there?

18  A    It says drive underscore removable which would indicate

19  that it's an external device such as a thumb drive.

20  Q    What is the information under volume name?

21  A    Volume name is MISC.

22  Q    And is that consistent with the information that you were

23  seeing in the linked files that you had talked about during

24  when you were on scene doing the preview?

25  A    Yes.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1  Q    What is the last access date for this particular linked

2  file?

3  A    November 18th of 2018.

4  Q    And is this one of the linked files that you observed

5  during the preview on scene?

6  A    Yes.

7  Q    And based on this file path, or if you could, what is the

8  linked path here that indicated to you it was likely a child

9  pornographic video?

10  A    Due to the file name.

11  Q    If we could look at record number seven.  Before we talk

12  about record number seven, based on your training and

13  experience as it relates to child exploitation cases, have you

14  become familiar with certain terms that are commonly used in

15  child exploitation material?

16  A    Yes.

17  Q    What does the term, or if you were to see this in a file

18  name 10-Y-O as we just saw in record number four, what does

19  that indicate to you?

20  A    That it's a 10-year old.

21  Q    Is Y-O commonly used to express year of age or years old?

22  A    Yes.

23  Q    In record number seven that's on the screen which is page

24  six of 34 --

25         THE COURT:  Excuse me.  There's nothing on the screen

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1    right now.

2     (Brief pause.)

3            THE COURT:  Okay.  It's returned.

4    BY MS. THELWELL:

5    Q    So for here for record number seven, what -- in the

6    linked path, are you familiar with the term PTHC?

7    A    Yes.

8    Q    What does that mean based on your training and experience

9    in the realm of child exploitation material?

10   A    PTHC is an abbreviation for preteen hard core.

11   Q    And so based on your training and experience, how often

12   are you coming across the term PTHC in child exploitation

13   cases?

14   A    Every time.

15   Q    In looking at record number seven, is there anything else

16   in this link path that stands out to you as being indicative

17   of child exploitation, child pornography?

18   A    The phrases Raygold and Hussyfan.

19   Q    Why does that stand out to you?

20   A    Because those are known child exploitation, known to the

21   National Center for Missing and Exploited Children.

22   Q    What is the last access date here?

23   A    November 18th of 2018.

24   Q    What is the created data associated with this file?

25   A    March 7th, 2017.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1  Q    What is the drive type?

2  A    Removable.

3  Q    And the volume name?

4  A    MISC.

5  Q    And so based on the linked path file here for record

6  seven, would this same file also be on the same thumb drive as

7  record number four that we were just looking at?

8  A    Yes.

9  Q    And what number drive was that?

10 A    SanDisk thumb drive.

11 Q    If you could look for Government's Exhibit 34B.  Do you

12 recognize 34B?

13 A    Yes.

14 Q    What is it?

15 A    It's a report I generated for user accounts on the laptop

16 computer.

17 Q    And how do you know that or how are you able to tell that

18 34B is information that was derived from the Alienware laptop?

19 A    One, because I created it and, two, because of the

20 location was the Alienware underscore SSD .EO1 which is the

21 copy I made of that hard drive.

22 Q    Is Government's 34B, does it fairly and accurately depict

23 the information related to the user account and user

24 information that you extracted from the Alienware laptop?

25 A    Yes.

DIRECT EXAMINATION OF JUSTIN GAERTNER

1      MS. THELWELL:  At this time United States seeks to

2  admit 34B into evidence.

3      THE COURT:  Is there any objection?

4      MR. FITZGERALD:  Same objection as to Exhibit 31,

5  Your Honor.

6      THE COURT:  Okay.  The objection of 34B is overruled.

7  Government's Exhibit 34B is admitted.

8  (Government's Exhibit No. 34B was admitted.)

9      MS. THELWELL:  Permission to publish.

10     THE COURT:  You may.

11  BY MS. THELWELL:

12  Q    If we could go to Page 3 of that Exhibit -- I apologize,

13  page four.  If we could look at record number one through

14  four.  What information did you learn when you reviewed from

15  these particular records?

16  A    These records show artifacts for Microsoft Word such as

17  Excel documents, Word documents as well as multiple user

18  accounts for the device through the registry as well as from

19  artifact for .pdf documents, all of which have an author with

20  a name of Jack Dove.

21  Q    And so based on your review of this forensic information,

22  what does that reveal to you?

23  A    It would appear that the user of this computer was Jack

24  Dove.

25  Q    And to be clear, where it says "tags," that's information

DIRECT EXAMINATION OF JUSTIN GAERTNER

1    that you typed in; correct?

2    A    Yes.

3    Q    But all of this other information in these records apart

4    from the evidence number, because that, again, that's

5    something that you would have typed in, all that information,

6    other information is information extracted from the hard

7    drive; is that correct?

8    A    Yes.

9    Q    If we could see record number five, what did you observe

10   in record number five?

11   A    In the tags is the bookmark that I created.  The

12   identifier for the Outlook emails which is the email being

13   used on the Alienware laptop computer had a name of Jack Dove

14   as well as an email of jackdove@totalonguardprotection.com.

15   Q    So the Outlook, the Outlook email account, was that --

16   does that appear to be the email associated with this

17   particular computer?

18   A    The Jdove@totalonguardprotection.com is the registered

19   owner of the computer.

20   Q    Record nine which is on page five of 34B, what did you

21   observe here?

22   A    This would be a Skype account with a Skype name of Live,

23   semicolon, J Dove underscore 6.

24   Q    Earlier you testified -- or I'm not sure if you did so

25   I'm going to ask you.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1    Did you determine based upon your review of the extract
2  report who the registered owner of the laptop was?
3  A    Yes.
4  Q    Who was it?
5  A    It was Jdove@totalonguardprotection.com.
6  Q    Is there a difference between a registered owner and a
7  user account?
8  A    Yes.
9  Q    What is that difference?
10 A    Registered owner is the one who initially registers the
11 computer such as setting up the user accounts, and the user
12 accounts are also made by that user.
13 Q    What user accounts did you observe on this computer?
14 A    There was system created and computer created accounts.
15 The default account WDAGUtilityAccount home group users are
16 accounts that are generated by the system and then there's a
17 computer -- the user accounts which come with the computer
18 such as administrator and guest, and then there was one user
19 created, user account named   J. Dove.
20 Q    So was J. Dove the only user created account?
21 A    Yes, ma'am.
22 Q    Does a computer keep track of recently opened documents?
23 A    Yes.
24 Q    And did you observe any of those recently opened
25 documents on the Alienware laptop?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1    A    Yes.

2    Q    If you can look at Exhibit 34C in your exhibit book.  Do

3    you recognize it?

4    A    Yes.

5    Q    What is it?

6    A    This is a report I created of Alienware Samsung solid

7    state drive of eventually opened files and folders.

8    Q    How do you recognize Government's Exhibit 34C as

9    information that was extracted from the Alienware laptop found

10   in Mr. Dove's residence?

11   A    I created this report, and it also has an evidence number

12   and location of the Alienware SSD.01 which is the image or

13   copy that I created from the laptop computer.

14   Q    And does it fairly and accurately reflect the information

15   that was extracted from the report?

16   A    Yes.

17   Q    Extracted from the device?

18   A    Yes.

19        MS. THELWELL:  At this time the United States seeks

20   to admit 34C.

21        THE COURT:  Is there any objection?

22        MR. FITZGERALD:  Same objection as to Exhibit 31,

23   Your Honor.

24        THE COURT:  All right.  Defendant's objection

25   regarding Exhibit 34C is overruled.  34C is admitted.

DIRECT EXAMINATION OF JUSTIN GAERTNER

1    (Government's Exhibit No. 34C was admitted.)

2            MS. THELWELL:  Permission to publish?

3            THE COURT:  You may.

4    BY MS. THELWELL:

5    Q    If we could go to page four of 34C.  All right.  So when

6    you reviewed the registry or the recent files report, what, if

7    anything, did you observe?

8    A    I observed multiple child pornography files being opened

9    on the Alienware computer.

10   Q    If we could see record number two.  What information here

11   led you to believe that it was indicative of child

12   pornography?

13   A    The file name is PTHC which means preteen hard core.

14   Then it says, "4 years old, 8 years old, 11 years old girls

15   compilation .3GP," which is a video file.

16   Q    Okay.  If we could close out of this.  If we could go to

17   the next page.  If we could see record number ten.  And what

18   here indicated to you that it was indicative of child

19   pornography?

20   A    The file name which has the terms "girl man oral preteen

21   hard core sound," which would indicate a sound in, tara

22   vaginal .avi," which is a video file.

23   Q    If we could see page six.  If we could see record No. 13.

24   What here indicated to you that it was indicative of child

25   pornography?

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   A     The file name which has PTHC, preteen hard core, as well

2   as ages 5-Y-O, 6-Y-O, 8 years old, as well as the term

3   kindergarten in it and it has a file expense of A-V-I which

4   would indicate it's a video file.

5   Q     According to the file name, how long does this video

6   appear to be?

7   A     An hour and three minutes.

8   Q     Are you familiar with part files?

9   A     Yes.

10  Q     What are they?

11  A     Part files are partially downloaded files.

12  Q     And did you observe any on the Alienware laptop?

13  A     Yes.

14  Q     Do you recall any of those file names?

15  A     Yes.

16  Q     And what was one of the file names?

17  A     "5 to 7YO," or years old girl, "fuck, compilation, lots

18  of cum .MP4," which is a video file and "dot par" which is

19  partially downloaded video file.

20  Q     Were all of those located under the user account J. Dove?

21  A     Yes.

22  Q     If we can go back and just pick one of these files,

23  record numbers.  Where in record No. 13, if you can show us,

24  where do you see that it's associated with the user account J.

25  Dove?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   A    It's under source, and then the user is J.

2   Dove\NTUSER.DAT.  This whole report is only of the user J.

3   Dove.  The NTUSWER.DAT is a registry file that I examined.

4   Q    And so below the source where it indicates location, what

5   information are you learning from this line?

6   A    It's showing me that in a folder named recent docs, under

7   the computer, current version which is the Microsoft Windows

8   10 computer, that there's video files with the file name of

9   dot A-V-I, and this is consistent throughout all of the video

10  files.

11  Q    So approximately how many video files are located in

12  Government 34C with the record numbers that you have in front

13  of you?  If we go to the last page.

14  A    All together there's 100 files in the recently opened

15  files and folders.

16  Q    Okay.  At any point, we're still talking about the

17  Alienware laptop, did you find any documents or .txt files

18  relevant to this investigation?

19  A    Yes.

20  Q    What did you find?

21  A    I discovered a document named new text document.

22  Q    And where did you find that?

23  A    On the Alienware laptop computer.

24  Q    Was that on the HGST hard drive disk or the Samsung FSD

25  drive?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1    A    This was on the HGST hard disk drive.

2    Q    All right.  Can you locate Exhibit 33A and 33A-1.  Do you

3    recognize 33A?

4    A    Yes.

5    Q    What is it?

6    A    This is a report I generated from the Alienware HGST hard

7    disk drive with information pertaining to the new text

8    document.

9    Q    And does Government's 33A fairly and accurately depict

10   the information you extracted from the Alienware laptop

11   related to that text document?

12   A    Yes.

13   Q    And what about Government's Exhibit 33A-1.  Do you

14   recognize that?

15   A    Yes.

16   Q    What is it?

17   A    That is the text document that I recovered.

18   Q    From where?

19   A    Alienware HGST disk drive.

20   Q    How do you recognize 33A-1 as being that document

21   recovered from the HGST hard drive?

22   A    This is the document that I put in my report as well as

23   the document that's contained within this report.

24   Q    Does 33A-1 fairly and accurately depict the same

25   information contained in the .txt file?

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   A     Yes.

2          MS. THELWELL:  At this time, United States seeks to

3   admit 33A and 33A-1.

4          MR. FITZGERALD:  Same objection as to Exhibit 31,

5   Your Honor.

6          THE COURT:  Okay.  The Defendant's objection as to

7   exhibits 33A and 33A-1 is overruled.  The Exhibits 33A and

8   33A-1 are admitted.

9   (Government's Exhibit No. 33A and 33A-1 were admitted.)

10         MS. THELWELL:  Permission to publish.

11         THE COURT:  Yes, but our monitor is out again.  Okay.

12  It's back.

13  BY MS. THELWELL:

14  Q     If we could go to Page 4 of 33A.  If you can make that

15  record one a little bit bigger.  What are we looking at here?

16  A     This is the information pulled from the new text

17  document.

18  Q     And what was the file name?

19  A     New text document .txt.

20  Q     What was the last modified date?

21  A     September 3rd, 2017.

22  Q     And the last access date?

23  A     October 1st, 2017.

24  Q     All right.  If we could look at Exhibit 33A-1.  What is

25  this?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1  A    That is the information contained within the new text
2  document.
3  Q    Are you familiar with web addresses that end in .Onion?
4  A    Yes.
5  Q    What does that mean?
6  A    The .Onion would indicate that these are either Dark Web
7  or The Onion Router links.
8  Q    At some point during the investigation, did you learn
9  what the Onion address for the Welcome to Video website was?
10 A    Yes.
11 Q    And is that address located here on Government's Exhibit
12 33A-1?
13 A    Yes.
14 Q    Where is it?
15 A    At the bottom.
16 Q    Is it the last link?
17 A    Yes.
18 Q    What other information, if anything, stood out to you
19 when you observed this particular text file?
20 A    It's the Onion, the top Onion link says, "hard core,"
21 which is similar to preteen hard core.  There's also an email.
22 It notus52911@gmail.com, and there's a user name and password
23 on there as well.
24 Q    And did you provide Agent Garcia with this text document?
25 A    Yes.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   Q     Did you find a similar text document like this anywhere

2   else during the course of the investigation?

3   A     Yes.

4   Q     Where?

5   A     On a separate device, specifically an Infinity thumb

6   drive.

7   Q     If you can locate in your binder Government's Exhibit 37,

8   and you'll also see the physical version of the Infinity thumb

9   drive up there with you with the evidence.  Do you need a pair

10  of scissors or --

11  A     No, I can see it.

12  Q     All right.  Looking first at the physical evidence in

13  your hand that you have retrieved, what is it?

14  A     This is a bag of two thumb drives.

15  Q     And can you be a little bit more specific as to which

16  thumb drives are in there?

17  A     Yeah.  There's an Infinity thumb drive which is black and

18  white in color and then another black thumb drive.

19  Q     All right.  And how do you recognize the Infinity thumb

20  drive?

21  A     This is the thumb drive which I imaged and did analysis

22  on.

23  Q     Is this the thumb drive that was seized from Mr. Dove's

24  residence?

25  A     Yes.

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   Q   And looking at the photograph 37, do you recognize that?

2   A   Yes.

3   Q   What is it?

4   A   That's a picture of the Infinity thumb drive.

5   Q   And is it a picture of the same Infinity thumb drive

6   that's inside that plastic bag in front of you?

7   A   Yes.

8   Q   And how do you recognize it as such?

9   A   I took the picture, but I also imaged this hard drive and

10  I also wrote on this bag and sealed this bag.

11  Q   And is there information on that bag related to this

12  case?

13  A   Yes.

14  Q   Such as the case number?

15  A   Yes.

16       MS. THELWELL:  At this time, the United States seeks

17  to admit Government's Exhibit 37 which is the Infinity thumb

18  drive and the photo for substitution purposes.

19       THE COURT:  Same objection, Mr. Fitzgerald?

20       MR. FITZGERALD:  Same objection as Exhibit 31.  Also,

21  Your Honor, could we have a foundation of where this thumb

22  drive was found in the home?

23       THE COURT:  Okay.

24  BY MS. THELWELL:

25  Q   Do you recall where this thumb drive was located at the

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   time of the seizure?

2   A    No.

3   Q    Is there anything that would refresh your recollection?

4   A    I don't know if there's a picture of it in place and/or a

5   room tag.

6   Q    Okay.  So you would need to review the search warrant

7   photos to tell us where it was found?

8   A    Yes.

9   Q    If we could pull up Government's Exhibit 31.  And if you

10  could scroll through them and just let us know when you'd like

11  us to stop.  Let's stop right there.  31, Exhibit 31, Page 33,

12  what is this a picture of?

13  A    It's a picture of a desktop computer for what looks like

14  a router and a printer scanner.

15  Q    Whose hand is that?

16  A    That's mine.

17  Q    And what is it doing in this photo?

18  A    Previewing the desktop computer.

19  Q    You can continue to scroll through the photos.  Stop

20  right there.

21       What is on Page 38 of 31?

22  A    That's the Alienware laptop computer.

23  Q    And that's the computer that you have next to you over

24  there?

25  A    Yes.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1    Q    Continue.  Do you know what this is?  I'm sorry, can we

2    go back to page 41 of Government's Exhibit 31.  Do you know

3    what this is a picture of?

4    A    Yes.

5    Q    What is it?

6    A    It's a Toshiba external hard drive.

7    Q    All right.  Well, before you move on, do you know where

8    this hard drive was located or where it was seized from?

9    A    I don't recall.

10   Q    If we could go back to page 40.  Are you able to comment

11   on this photo?

12   A    No, I didn't search the residence.

13   Q    Okay.

14   A    If you could go back.  Is there any way you can zoom in?

15   I don't know if I can draw.  Right there (indicating).

16   Q    You could clear that if you'd like.

17   A    Yeah.  I can't tell.

18   Q    I'm sorry?

19   A    I just can't tell what that is right there.

20   Q    Okay.  Would the custody receipt for seized property and

21   evidence refresh your recollection as to where the item was

22   found inside the home?

23   A    Yes, possibly.

24        MS. THELWELL:  Permission to approach?

25        THE COURT:  You may.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   BY MS. THELWELL:

2   Q    Have you had an opportunity to review it?

3   A    Yes.

4   Q    Is your memory refreshed?

5   A    Yes.

6   Q    Where was it found.

7   A    Room B, which would be the master bedroom.

8          MS. THELWELL:  All right.  At this time United States

9   seeks to admit Government's Exhibit 37.

10         THE COURT:  Same objection, Mr. Fitzgerald?

11         MR. FITZGERALD:  Yes, Your Honor.

12         THE COURT:  The Court overrules the Defendant's

13  objection as to Exhibit 37.  Government's Exhibit 37 is

14  admitted.

15  (Government's Exhibit No. 37 was admitted.)

16         MS. THELWELL:  Permission to publish.

17         THE COURT:  You may.

18  BY MS. THELWELL:

19  Q    What are we looking at in Government's Exhibit 37?

20  A    That's the Infinity thumb drive.

21  Q    Is there a page two of 37?  What are we looking at here?

22  A    It's the back side of the thumb drive.

23  Q    Where was this thumb drive manufactured?

24  A    It was made in China.

25  Q    I believe before we started looking at Government's

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1    Exhibit 31, I had asked you to look at Government's Exhibit

2    37A and 37A-1 , is that correct?

3    A    Yes.

4    Q    And do you recognize 37A and 37A-1?

5    A    Yes.

6    Q    What are they?

7    A    37A is a text document that I received -- that I found on

8    the Infinity thumb drive.

9    Q    I just handed you Government's Exhibit 37A and 37A-1.

10   What are they or what is 37A?

11   A    37A is the report that I made.

12   Q    I can't hear you.

13   A    37A is the report I made from the Infinity thumb drive.

14   Q    The report of what?

15   A    It -- specifically it's of a text document.

16   Q    And how do you recognize 37A?

17   A    Because I created it and it's from the forensic image or

18   copy that I created of the Infinity thumb drive.

19   Q    And does it fairly and accurately reflect the information

20   that was extracted from the Infinity thumb drive?

21   A    Yes.

22   Q    As to 37A-1, do you recognize that?

23   A    Yes.

24   Q    What is it?

25   A    It's a text document that I recovered from the Infinity

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   thumb drive.

2   Q    How do you recognize 37A-1 as being the document from the

3   thumb drive?

4   A    It's also in my report.  I printed the text and I printed

5   the text document out.

6        MS. THELWELL:  United States seeks to admit 37A and

7   37A-1.

8        THE COURT:  Mr. Fitzgerald, same objection?

9        MR. FITZGERALD:  Same objection, Your Honor.

10       THE COURT:  Okay.  Defendant's objection with regard

11  to Exhibits 37A and 37A-1 is overruled.  The Court will admit

12  Government's Exhibit 37A and 37A-1.

13  (Government's Exhibit No. 37A and 37A-1 were admitted.)

14       MS. THELWELL:  Permission to publish.

15       THE COURT:  You may.

16  BY MS. THELWELL:

17  Q    If we could go to page four of 37A.  What is the

18  information contained in record one?

19  A    In record one is a file name as well as a file path

20  including access dates and times.

21  Q    When was the last access date?

22  A    March 7th of 2017.

23  Q    Now, where exactly was this particular document found on

24  the Infinity thumb drive?

25  A    It was deleted.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   Q   Even though it was deleted, you were able to recover it?

2   A   Yes.

3   Q   How is that?

4   A   Using the forensic tool EnCase.

5   Q   If we could see 37A-1.  What is 37A-1?

6   A   It's the text document.

7   Q   And what information -- had you seen anything similar to

8   this before?

9   A   Yes.  The Tor links were The Onion Router Dark Web links

10  are the same as the other text document that was discovered on

11  the computer, Alienware computer, it also has a user name,

12  password, email of notus52911@gmail.com and the Welcome to

13  Video Tor link.

14  Q   Can we do a side by side of 33A-1 and 37A-1?  All right.

15  If we could blow them both up just a little bit.

16      All right.  In looking at 33A-1 which is on the left and

17  comparing it with 37A-1 on the right, are they the exact same

18  document?

19  A   No.

20  Q   What is different about them?

21  A   There's an added password.

22  Q   There's an added password where?

23  A   Under the user name password.

24  Q   For Exhibit 33A-1?

25  A   Yes.

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   Q    Is that the password beginning with the letter 2?

2   A    Yes.

3   Q    And what is also different about 37A-1?

4   A    There's also an extra Tor link for the Welcome to Video.

5   Q    Website?

6   A    Yes.

7   Q    So 37A-1 contained two links to this website?

8   A    Yes.

9   Q    And 33A-1 which had been found on the Alienware laptop,

10  was that also a deleted document?

11  A    No, it was not.

12  Q    But 37A-1 had been previously deleted from the thumb

13  drive; is that correct?

14  A    Yes.

15  Q    All right.  If you can look in your exhibit book and

16  locate 34H.  Do you recognize 34H?

17  A    34H, correct.

18  Q    Yes.  Do you recognize it?

19  A    Yes.

20  Q    What is it?

21  A    This is a history report that I created of the Alienware

22  solid state drive.

23  Q    And how do you recognize 34H as being from -- as

24  information extracted from the Alienware?

25  A    I generated this report.  It has my name on it, and the

DIRECT EXAMINATION OF JUSTIN GAERTNER

1    location of this information came from the image or copy that

2    I created of the Alienware SSD.

3    Q    Okay.  If you could just keep your voice a little bit

4    elevated.  And does the information contained in that report

5    fairly and accurately depict the information that you

6    extracted from the laptop?

7    A    Yes.

8         MS. THELWELL:  The United States seeks to admit 34H

9    into evidence.

10        THE COURT:  Same objection, Mr. Fitzgerald?

11        MR. FITZGERALD:  Yes, Your Honor.

12        THE COURT:  The defendant's objection as to Exhibit

13   34H is overruled.  Government's Exhibit 34H is admitted.

14   (Government's Exhibit No. 34H was admitted.)

15        MS. THELWELL:  Permission to publish?

16        THE COURT:  You may except for -- Okay.  It's up.

17   You may continue to publish.

18   BY MS. THELWELL:

19   Q    Page four of 34H, please.

20        All right.  If we could zoom into record one.  What

21   information is contained within 34H?

22   A    Within the entire report itself?

23   Q    Yes, in general, and then we'll focus on record one.

24   A    Internet history including bookmarks.

25   Q    So looking at record one, for example, what information

DIRECT EXAMINATION OF JUSTIN GAERTNER

1    did you gather from here?

2    A    The tags bookmark and notus were created by me.  The site

3    name is Dropbox URL is the Dropbox which has a

4    notus52911@gmail.com associated with it, and it also has a

5    source or file path from the user J. Dove.

6    Q    And what was the date and time associated with this

7    record?

8    A    November 18th of 2016.

9    Q    If we could go to page five, record two.  Looking here

10   first, I want to ask you about the tag on this.  For this

11   entire report, it says bookmark notus.  Again, you've already

12   testified that the tag is something that you would have typed

13   in.  Why did you name it that particular bookmark?

14   A    The notus because that's the email I received from the

15   case agent pertaining to the case.

16   Q    So as it relates to 34H, does it contain all of the

17   references to notus from the Internet history?

18   A    Yes.

19   Q    So looking at record two, what are you able to tell about

20   this particular record?

21   A    The title in box 26 would suggest that the Gmail account

22   notus52911@gmail.com has 26 current emails.  The URL is coming

23   from Google mail as well as the source or file path which is

24   the user of J. Dove.

25   Q    If we could look at record number ten which begins on

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   page seven and runs over to page eight.  Do you recognize --

2   well, I don't know if you recognize it, but in looking at

3   record ten, what do you observe in that URL line?

4   A    That this would be an inbox for a Google mail account.

5   Q    Okay.  So let's look at page eight, and look at the rest

6   of record ten.  What information did you learn here?

7   A    This would appear to be an email with a title of coin

8   payments transaction with the email of notus52911@gmail.com.

9   Q    And what is the date and time for this email?

10  A    August 6th of 2017.

11  Q    So based on your training and experience as it relates to

12  computer forensics, when you come across a record like record

13  number ten that has Internet history but it's also tied to a

14  specific email account, what does that indicate to you?

15  A    That the email account is associated with the user of the

16  computer.

17  Q    And how are you able to determine that?

18  A    Because of the file path and the user account that's

19  accessing it on the computer.

20  Q    Specifically, what did you see?

21  A    The user J. Dove.

22  Q    Access to the Gmail account notus52911@gmail.com?

23  A    Yes.

24  Q    If we could also take a look at record number six on page

25  ten, what information do you see here?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   A    This would appear to be another email from Google mail,

2   the email notus, notus52911@gmail.com with an order completed

3   from NVPN.  VPN is a virtual private network and this is all

4   contained within the user J. Dove.

5   Q    All right.  Just make sure to keep your voice elevated a

6   little bit.

7   A    Yes.

8   Q    The VPN, what did you indicate that that means to you?

9   A    Virtual private network.

10  Q    And what is a virtual private network?

11  A    VPN is used for various reasons, mainly for security

12  purposes while browsing the Internet.  It's also use to mask

13  IP or Internet protocol addresses when you are accessing the

14  Internet.

15  Q    What is the point of masking an IP address?

16  A    I guess to hide yourself.

17  Q    I mean that's essentially what it does; right?  When you

18  say mask your IP address?

19  A    It's hiding you on the Internet.

20  Q    Could you look inside the exhibit book and locate

21  Government's Exhibit 34D?  Do you recognize it?

22  A    Yes.

23  Q    What is it?

24  A    This is a report I created from the Alienware SSD

25  pertaining to the Dark Web.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   Q    And so when you say -- well, when you say it's a report
2   pertaining to the Dark Web, what exactly do you mean?
3   A    The Onion Router.
4   Q    How do you recognize this particular exhibit?
5   A    I created it.  It has my name on it.  It's also coming
6   from Alienware SSD.EO1 image or a copy of the hard drive.
7   Q    Is it a fair and accurate depiction of the information
8   extracted from the laptop relating to the Dark Web?
9   A    Yes.
10            MS. THELWELL:  At this time the United States seeks
11   to admit Government's Exhibit 34D.
12            MR. FITZGERALD:  Same objection as Exhibit 31, Your
13   Honor.
14            THE COURT:  Okay.  The Defendant's objection as to
15   Exhibit 34D is overruled.  The Court admits Government's
16   Exhibit 34D.  You may publish it.
17            MS. THELWELL:  Thank you.
18   BY MS. THELWELL:
19   Q    Looking at record number one, Google search for Onion
20   addresses, what information do you observe here?  Or actually
21   let me back up.  When it's a search term, what information is
22   contained in that cell?
23   A    A search term is a phrase or word that one uses to search
24   for specific information on the Internet.
25   Q    And so in the row search term where is says list of

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   .Onion sites 2016, is that something that the user would have

2   specifically typed in word for word as depicted in this

3   exhibit?

4   A    Yes.

5   Q    What user account was logged in at the time that that

6   search term was searched?

7   A    J. Dove.

8   Q    And where do you see that information?

9   A    In the source of the file path user is J. Dove.

10  Q    What was the date of this particular search?

11  A    November 15th, 2016.

12  Q    If we could look at the next record, record number two,

13  what is the search term that was searched for in this record?

14  A    List of .Onion porn sites 2016.

15  Q    What was the date on that search?

16  A    November 15th of 2016.

17  Q    What user from the laptop computers made that search?

18  A    J. Dove.

19  Q    And when we compare that to record number one, if we look

20  at the time stamp on record number two, what does the time

21  stamp indicate here?

22  A    That it was done at three in the morning.

23  Q    3:05; is that correct?

24  A    Yes.

25  Q    Looking at record number one, approximately what time was

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1    that first record?

2    A    02:56 in the morning.

3    Q    About nine minutes prior to the second search; is that

4    correct?

5    A    Yes.  Yes.

6    Q    Looking at the social media URL searches for the Onion

7    addresses, record number four which is on page five of 34D,

8    what did you observe here?

9    A    This would be a reddit coming from reddit.com and this

10   would appear to be a link to FPI operator 23 Tor hidden child

11   porn sites.

12   Q    And what was the date and time of the visit to this

13   particular web page?

14   A    November 15th, 2016 and 03:51 in the morning.

15   Q    If we could look at record number five just below this.

16   What did you observe here?

17   A    This would be another visit to reddit.com with a URL link

18   to "NOOB here looking for Onion addresses."

19   Q    Are you familiar with the term NOOB, n-o-o-b?

20   A    Yes.

21   Q    What does it mean?

22   A    New person.

23   Q    So like a newbie; right?

24   A    Yes.

25   Q    What was the date and time for that record?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   A    November 15th, 2016 at 03:53 in the morning.

2   Q    Is record number five -- I'm sorry.  Let me clarify.

3   Looking at the Firefox history record, record number three of

4   the Firefox web history, which is on page seven of 34D.  What

5   did you observe here?

6   A    This would be a URL link to a virtual private network,

7   VPN.

8   Q    And the date there?

9   A    September 26th, 2016 at 23:32 which would be 11:32 at

10  night.

11  Q    What about record number five down at the bottom of page

12  seven, what information is displayed here?

13  A    This is a URL to the Hidden Wiki.  Hidden Wiki is a

14  website known to law enforcement which has Onion URLs or links

15  to specific nefarious websites.

16  Q    What does it say in the title right here (indicating)?

17  A    Hidden wiki toward the Onion URL's directories.

18  Q    Is that the title of that particular web page that would

19  have been visited?

20  A    Yes.

21  Q    What user account visited that website?

22  A    J. Dove.

23  Q    Do you find anything else in J. Dove Internet history

24  related to the investigation such as cryptocurrency?

25  A    Yes.

DIRECT EXAMINATION OF JUSTIN GAERTNER

1  Q     What specifically did you find?

2  A     I discovered visits to Coinbase as well as coin payments.

3  Q     All right.  And so in front of you in the exhibit book,

4  could you locate 34F.  Do you recognize 34F?

5  A     Yes.

6  Q     What is it?

7  A     This is a report I generated from my Alienware SSD

8  pertaining to Coinbase or cryptocurrency.

9  Q     How do you recognize it as such?

10  A     Sorry?

11  Q     How do you recognize 34F as being information that was

12  extracted from that device?

13  A     I created this and it's coming from the image of a copy

14  of the Alienware SSD.

15  Q     Does this report fairly and accurately depict the

16  information relating to Coinbase and other cryptocurrency that

17  was found on the Alienware SSD hard drive?

18  A     Yes.

19        MS. THELWELL:  At this time, the United States seeks

20  to admit 34F.

21        THE COURT:  Same objection, Mr. Fitzgerald?

22        MR. FITZGERALD:  Same Exhibit 31, Your Honor.  Thank

23  you.

24        THE COURT:  Defendant's objection to 34F is

25  overruled.  Government's Exhibit 34F is admitted.  You may

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   publish it.

2   (Government's Exhibit No. 34F was admitted.)

3   BY MS. THELWELL:

4   Q    All right.  Looking under the Google searches record

5   number one, what information did you observe here?

6   A    There was a search term for Coinbase "forgot password" as

7   well as the URL going to Google which was done by the user J.

8   Dove on the Alienware computer.

9   Q    On what day and time was that done?

10  A    August 6th, 2017 at 22:51 would be 10:51.

11  Q    And so the J. Dove user based on this record would have

12  specifically typed in Coinbase "forgot password" into the

13  Google search engine; is that correct?

14  A    Yes.

15  Q    Record No. 3 which is on page four of 34F, what did the

16  J. Dove user type into the Google search box here?

17  A    "Changed phone number Coinbase."

18  Q    And what was the day and time of that search?

19  A    August 6th, 2017 at 22:51 or 10:55.

20  Q    Looking at the Firefox searches beginning with record

21  number two, what information did you observe regarding the J.

22  Dove user account here?

23  A    The URL Coinbase.com password resets.  The title for this

24  web page was "forgotten password, password reset Coinbase."

25  Q    Okay.  And so this appears to be that the user of the J.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1  Dove account would have accessed Coinbase directly?

2  A    Yes.

3  Q    It appears for instructions; is that correct?

4  A    Yes.

5  Q    Record No. 3., what are we observing here?

6  A    This would be a sign in for Coinbase.com through the

7  users or user J. Dove on August 6th, 2017.

8  Q    Record number five, what do you observe here in the URL?

9  A    This would be the user J. Dove seeking support from

10  Coinbase, support relating to troubleshooting the two-factor

11  authentication which is the log-in authorization.

12  Q    And what is the title of that web page?

13  A    "Coinbase trouble shooting, two-factor authentication."

14  Q    What is the day and time that that page was accessed?

15  A    August 6th, 2017 at 22:55.

16  Q    Are you familiar with virtual machines?

17  A    Yes.

18  Q    Can you explain to us what that is?

19  A    A virtual machine is an operating system that runs with

20  an operating system, so if I have, let's say, an HP computer

21  with Windows 10 or Windows 7 or whatever, I can load a

22  separate operating system into that computer.

23  Q    What's the purpose of a virtual machine?

24  A    The main purpose is to keep information you don't want on

25  your actual computer away from it.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   Q    Okay.  Would you say that it's similar -- well, strike
2   that.
3        How does someone obtain a virtual machine?
4   A    You can download them on the Internet.
5   Q    Okay.  So it's a software?
6   A    Yes.
7   Q    Am I understanding that correctly?
8   A    Yes.
9   Q    Is it available for free?
10  A    Yes.
11  Q    Have you accessed a virtual machine before?
12  A    Yes.
13  Q    And so are you familiar with how they operate?
14  A    Yes.
15  Q    Did you observe the presence of a virtual machine on the
16  Alienware laptop?
17  A    Yes.
18  Q    What was the name of the virtual machine?
19  A    Sandboxie.
20  Q    Prior to this investigation and reviewing the Alienware
21  laptop, had you ever heard of Sandboxie before?
22  A    No.
23  Q    Have you since learned more information about what
24  Sandboxie is and how it operates?
25  A    Yes.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   Q     What is Sandboxie?

2   A     Sandboxie is a form of virtual machines.  Specifically,

3   aside from most virtual machines such as virtual box, a

4   sandbox virtual machine is made for the user to be able to

5   delete information once they log out of the virtual machine.

6   Q     And how is that different from most virtual machines?

7   A     Most virtual machines don't know how to delete

8   information when you log out.

9   Q     Okay.  So with Sandboxie, how often are the -- how often

10  is the data within the virtual machine deleted?

11  A     Every time the user would log out.

12  Q     And that's automatic?

13  A     Yes.

14  Q     Did you in the course of your analysis of Alienware

15  laptop find any indications that Sandboxie had been installed

16  and used on this laptop?

17  A     Yes.

18  Q     How were you able to find evidence of that even though

19  Sandboxie automatically deletes session information upon, you

20  know, the user signing out of it?

21  A     With any investigation pertaining to computers, I look

22  for virtual machines.  Typically, I sort on file size or look

23  for any file extensions that have to do with virtual machines

24  and I came across Sandboxie.

25  Q     So what specifically were you still able to obtain from

DIRECT EXAMINATION OF JUSTIN GAERTNER

1    Sandboxie even though it deletes its session information?

2    A    There appear to be files indicative of child porn.

3    Q    Did you observe anything related to a user name?

4    A    Yes.

5    Q    What information did you observe?

6    A    The user name J. Dove.

7    Q    Now, are you saying that that is the user name associated

8    with the Sandboxie account or is that just as we've been

9    seeing throughout your testimony that the sandbox is located

10   or associated with the J. Dove user account on the Alienware

11   laptop?

12   A    The user specifically for the Sandboxie was J. Dove.

13   Q    Okay.  And in front of you you have Exhibit 34G.  Do you

14   recognize it?

15   A    You said G?

16   Q    Yes.

17   A    Yes.

18   Q    Do you recognize it?

19   A    Yes.

20   Q    What is it?

21   A    This is a report that I created from the Alienware solid

22   state drive specifically pertaining to the sandbox virtual

23   machine.

24   Q    How do you know that Government's Exhibit 34G contains

25   the information extracted from the Alienware laptop?

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1  A    One, I created this report.  It has my name on it, and
2  it's also coming from the imaged copy from the Alienware SSD.
3  Q    Does it fairly and accurately depict the information that
4  was extracted from the Alienware laptop relating specifically
5  to the Sandboxie account?
6  A    Yes.
7            MS. THELWELL:  At this time the United States seeks
8  to admit 34G.
9            THE COURT:  Same objection, Mr. Fitzgerald?
10           MR. FITZGERALD:  Yes, Your Honor.  And another one if
11  we can go sidebar.
12  (Bench conference begins.)
13           THE COURT:  Okay.
14           MR. FITZGERALD:  Your Honor, first, through the
15  standard same as Exhibit 31, but secondly, this report
16  doesn't -- he's representing that it is child pornography but
17  we don't have any proof that it's child pornography and
18  entering it as if it's child pornography just based on the
19  titles, there hasn't been any hash values lined up to show
20  that they matched any seized files, any names or anything to
21  indicate that it is, in fact, child pornography but it's
22  incredibly prejudicial just because of the titles.
23           THE COURT:  And so the legal basis of your second
24  objection with regard to 34G is what?
25           MR. FITZGERALD:  Relevance under 403 and 401.  They

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1    haven't proven at this time child pornography, but the

2    probative value is far outweighed with the prejudicial affect

3    of the titles and him saying that, and I can't cross-examine

4    those titles that don't exist to see if they are, in fact,

5    child pornography.  So we have the Sixth Amendment problem as

6    well, Your Honor.

7         THE COURT:  Okay.  Response.

8         MS. THELWELL:  Your Honor, the witness has not

9    testified that they are child pornography.  He testified that

10   the filings were indicative of child pornography similar to

11   the prior Government Exhibit with the partial link files that

12   he described.

13        Additionally, Your Honor, Mr. Fitzgerald has the

14   ability to cross-examine Mr. Gaertner on the fact that those

15   videos or those files, I should say, were unviewable and he

16   cannot confirm whether or not they are, in fact, child

17   pornography.  But his testimony was that the files were

18   indicative of child pornography, which we will be going

19   through once we -- once the evidence is admitted as to based

20   on his training and experience as it relates to child

21   exploitative material, what about the files specifically

22   indicate to him that they appear to -- that they're indicative

23   of child pornography.

24        THE COURT:  The defendant's objections with regard to

25   34G, the first part being based upon the denial of the motion

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1    to suppress, the second part based upon the relevance and the

2    fact that the testimony the Defendant believes is unduly

3    prejudicial is overruled.

4         I agree that in this instance he has not said that

5    it's child pornography.  He talked about the fact that it's

6    indicative, and you will have an opportunity to cross-examine

7    him with regard to the titles.  It's just the titles that

8    makes him believe that.  It is this -- once this is admitted,

9    is that a good stopping point?  It's getting late.  I think

10   the jurors are tired, and you still have a bit more with this

11   witness, Ms. Thelwell?

12        MS. THELWELL:  I do with this particular exhibit.

13   There are only two records that I wanted to point out.

14        THE COURT:  Okay.  We'll go through those two and

15   then we'll stop.

16        MS. THELWELL:  Yes.  Thank you.

17        THE COURT:  Okay.  Thank you.

18        MR. FITZGERALD:  Thank you.

19   (Bench conference concluded.)

20        THE COURT:  Government's Exhibit 34G is admitted.

21   The objection is overruled.  Defendant's objection is

22   overruled.

23   (Government's Exhibit No. 34G was admitted.)

24        MS. THELWELL:  I apologize, Your Honor.  All right.

25

DIRECT EXAMINATION OF JUSTIN GAERTNER

1  BY MS. THELWELL:

2  Q    Looking at Government's Exhibit 34G, page four.  If we

3  could look at record number three.  What did you observe here?

4  A    It has a file path of users J. Dove as well as the user

5  J. Dove and within the desktop on the virtual machine would

6  have been a folder name PVT with a video file of "two little

7  girls suck man's dick so hot."

8  Q    All right.  So looking at the URL, that is the file path

9  for the virtual machine?  Is that what you just said?

10 A    Yes.

11 Q    Okay.  So within the virtual machine, this particular

12 file was saved where?

13 A    Within the virtual machine?

14 Q    Yes.

15 A    It was saved on a desktop in the folder PVT.

16 Q    Based on your training and experience as it relates child

17 exploitation investigations, what about this file name is

18 indicative of child pornography to you?

19 A    The fact that it says "two little girls suck man's dick."

20 Q    Okay.  What was the -- What was the access date of this

21 file?

22 A    November 15th, 2016.

23 Q    All right.  Looking at record number four, where was this

24 found under?

25 A    Folder name PVT, under the same user name J. Dove.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   Q    Looking at the file name here, what stood out to you as

2   potentially being a file name of child pornography?

3   A    The PTHC.

4   Q    When was the access date for this file?

5   A    November 15th, 2016.

6   Q    And was this file also saved in the same location on the

7   desktop of the virtual machine?

8   A    Yes.

9   Q    One last question.  You mentioned that sandbox

10  automatically deletes after each session.  Does the user have

11  the ability to alter those settings?

12  A    Yes.

13          MS. THELWELL:  No further questions at this time,

14  Your Honor.

15          THE COURT:  Members of the Jury, that concludes the

16  testimony for today.  I apologize for the delays we had that

17  were caused by equipment failures.  I'm not sure what's going

18  on, but certainly we'll have our IT department look into this

19  first thing tomorrow morning.

20          The good news is that we are up and running, and

21  although we still have some occasional blackouts with the

22  monitors, they are coming back up.  So thank you for bearing

23  with us.  This is not my usual courtroom.  This is our

24  ceremonial courtroom which is the largest one in the

25  courthouse, which most of us are using for our criminal trials

DIRECT EXAMINATION OF JUSTIN GAERTNER

1   during Covid, because it is larger, and it allows for social
2   distancing much better.

3          So that concludes the case for today.  If you'll
4   return tomorrow morning at 9:15, we will resume testimony.
5   The good news is based upon my conversations with the
6   attorneys, it is all of our expectations that you will get
7   this case by Friday.

8          I mentioned in jury selection that there may be some
9   chance of going into next week.  We don't think that at this
10  point and, again, that's -- hopefully there are no more
11  technical difficulties or difficulties with the equipment.
12  But at any rate, you are excused.

13         Have a good evening.  Get a good night's sleep.
14  Drive safely and we'll see you tomorrow.
15  (Jury out at 5:26 p.m.)

16         THE COURT:  All right.  CFA Gaertner, excuse me,
17  unfortunately you will have to come back and visit us
18  tomorrow.

19         THE WITNESS:  Yes, ma'am.

20         THE COURT:  So you can be here.  I've asked the jury
21  to be here by 9:15, so we'll be able to start promptly at
22  9:15.  The attorneys will be responding at 9:00, so if you'll
23  come right around 9:00 o'clock, we should be able to get
24  started at 9:15 so that we can conclude your examination.

25         THE WITNESS:  Yes, ma'am.

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1        THE COURT:  Okay.  Counsel, are there any matters?  I
2    know we need to talk about this because I didn't do it on the
3    record.  Let me do this quickly.  My understanding is that
4    from the Government, CFA Gaertner is the last witness other
5    than Agent Garcia who you'd like to recall to tie up some
6    loose ends; is that correct?
7        MS. THELWELL:  Yes, Your Honor.
8        THE COURT:  Okay.  And for the Defendant, that means
9    we will get to the Defendant's case tomorrow.  Mr. Fitzgerald,
10   please identify your witnesses for tomorrow and, again, this
11   is for the record.  Before when we talked it was off the
12   record.
13       MR. FITZGERALD:  Yes, Your Honor.  We anticipate
14   Melissa Dove, Gus Dimitrelos and possibly the Defendant.
15       THE COURT:  Okay.  And will you find out what your
16   expert's parameters are for timing if we need take him out of
17   order?
18       MR. FITZGERALD:  Yeah.  He's going to be -- he
19   canceled something today because he wanted to come Friday
20   because they said they would easily finish today by three and
21   so he's going to be hot, so...
22       THE COURT:  Well, if he's an expert, he's used to
23   that occurring in trial testimony.  None of us can predict how
24   things will go and, you know, it's just the luck of the draw,
25   so, you know, it is what it is.  I hope his tickets were not

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1    nonrefundable.  So anything else?  And we will certainly try

2    to accommodate him as best I can.  As I said, that's why I

3    told you to find out from me when he absolutely has to be

4    through with his testimony.

5           MR. FITZGERALD:  I'll find out.  He's in the air.  He

6    doesn't land until 10:30 or 1:00 tonight.

7           THE COURT:  Anything else, Counsel?  Any other issues

8    that we need to take up?

9           MR. FITZGERALD:  Two things, Your Honor.

10   Ms. Thelwell handed me a copy of the custody receipt of

11   property seized in evidence.  Apparently there's only one.

12   She's going to make me a copy, but also can I get a copy of

13   the Dropbox, response to the Dropbox subpoena?  I don't think

14   we've ever been provided that that was issued for

15   notus52911@gmail.com.

16          MS. THELWELL:  I will look at the discovery and

17   provide it.  I'll look at discovery and see what I have.

18          THE COURT:  Okay.  If you look and see that it was

19   not provided, can you get it to him tonight?

20          MS. THELWELL:  Yes.

21          THE COURT:  Okay.  All right.  Thank you.  Your

22   recollection, Ms. Thelwell, is that it has been provided?

23          MS. THELWELL:  It should have been, yes.  He's

24   telling us that we -- this is the plan.  We served process on

25   a variety of electronic service providers so that should have

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

1  been provided, but I would doublecheck.

2          THE COURT:  Okay.  Anything else?

3          MR. FITZGERALD:  No, Your Honor.  Thank you.

4          THE COURT:  I'll see you all tomorrow morning at 9:00

5  a.m.

6  (Court adjourned at 5:29 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   UNITED STATES DISTRICT COURT  )

2                                 )

3   MIDDLE DISTRICT OF FLORIDA    )

4

5           I, SHARON A. MILLER, Official Court Reporter for the

6   United States District Court, Middle District of Florida, do

7   hereby certify that pursuant to Section 753, Title 28, United

8   States Code that the foregoing is a true and correct

9   transcript of the stenographic notes taken by computer-aided

10  transcription taken in the above-entitled cause by the

11  undersigned and that the transcript format is in conformance

12  with the regulations of the Judicial conference of the United

13  States.

14  /S/Sharon A. Miller, CSR, RPR, CRR, FCRR

15  Official Court Reporter

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION