```
                    UNITED STATES OF AMERICA
                 UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA

                            - - -

             HONORABLE CHARLENE EDWARDS HONEYWELL
              UNITED STATES DISTRICT JUDGE PRESIDING


UNITED STATES OF AMERICA,      )
                               )
              PLAINTIFF,       )
                               )
           VS.                 )8:19-cr-33-T-36CPT
                               )
JACK R. DOVE, III,             )
                               )
                               )
              DEFENDANT.       )
```

**JURY TRIAL - DAY FIVE**
REPORTER'S TRANSCRIPT OF PROCEEDINGS
MARCH 26, 2021
TAMPA, FLORIDA

SHARON A. MILLER, CSR, RPR, CRR, FCRR
IL CSR 084-2617
FEDERAL OFFICIAL COURT REPORTER
801 N. FLORIDA AVENUE, SUITE 13A
TAMPA, FLORIDA 33602

Proceeding recorded by stenography,
transcript produced by computer-aided transcription

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

```
 1  APPEARANCES OF COUNSEL:

 2  ON BEHALF OF PLAINTIFF:

 3          UNITED STATES ATTORNEY'S OFFICE
            MS. LISA THELWELL
 4          MS. ILYSSA SPERGEL
            400 N. Tampa Street
 5          Tampa, FL  33602
            (813)274-6000
 6          Lisa.Thelwell@usdoj.gov
            Ilyssa.Spergel@usdoj.gov
 7

 8  ON BEHALF OF DEFENDANT:

 9          FAMRER & FITZGERALD, P.A.
            MR. TIMOTHY JAMES FITZGERALD
10          800 West DeLeon Street
            Tampa, Florida 33606
11          (813) 224-0269
            fflawpafedtjf @aolcom
12

13

14

15

16

17

18

19

20

21

22

23

24

25

            UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION
```

```
 1   (Court in session at 8:59 a.m.)
 2   (Proceedings had outside the presence of the jury.)
 3              THE COURT:  All right.  Good morning.
 4              MS. THELWELL:  Good morning.
 5              THE WITNESS:  We are here for a continuation of
 6    the trial in United States of America versus Jack R. Dove,
 7    III, case 8:19-cr-33.  All Counsel are present as is the
 8    case agent and the Defendant.
 9              And, Counsel, I recalled that we have a few
10    preliminary matters to take up this morning, and so who
11    would like to start?
12              MR. FITZGERALD:  Your Honor, I would like to
13    start.  If we could have a five-minute recess for Mr. Dove
14    to go outside and speak with his wife.
15              THE COURT:  I'm sorry.  If you could have the
16    microphone, please?
17              MR. FITZGERALD:  A five-minute recess for Mr. Dove
18    to go outside and speak with his wife.  It may result in
19    the other matters being unnecessary.
20              THE COURT:  Okay. Now?  He would like to do that
21    now?
22              MR. FITZGERALD:  He would like to do that now.
23              THE COURT:  Okay.  That's fine.  We'll be in
24    recess for five minutes.
25              MR. FITZGERALD:  Thank you.
```

```
 1   (Recess had at 9:04 a.m.)
 2   (Proceedings resumed outside jury's presence at 9:10 a.m.)
 3              THE COURT:  All right.  We are back in session.
 4              MR. FITZGERALD:  Your Honor, I know there's some
 5   issues that the Court was going to rule on this morning
 6   but Mr. Dove has advised me that he wishes to change his
 7   plea this morning from not guilty to guilty to the two
 8   counts charged in the indictment.
 9              THE COURT:  Okay.  Does the Government wish to be
10   heard?
11              MS. THELWELL:  No, Your Honor.
12              THE COURT:  All right.  Why don't you all remain
13   here.  We will be in recess for about 15 minutes.  Let me
14   just ask, Ms. Thelwell, how much time will you need to put
15   together -- I mean, there's some things that are
16   associated with a plea that have not been filed in this
17   case, the penalties, for example.  How much time will you
18   need to put that together?
19              MS. THELWELL:  I mean I could do it on my computer
20   and ask my assistant to file it.  It might take some time,
21   though, because the wifi in the courtroom is not
22   consistent.
23              THE COURT:  Okay.  Give me a few minutes and I'll
24   let you know at what time we will take the change of plea.
25   Okay?
```

```
 1            MR. FITZGERALD:  Yes, Your Honor.
 2            THE COURT:  I will either take it or the
 3   magistrate judge will take it.  Give me a few minutes.
 4   We're in recess for about 15 minutes.
 5            MR. FITZGERALD:  Thank you.
 6   (Recess had at 9:12 a.m.)
 7   (Court resumed at 9:36 a.m.)
 8            THE COURT:  Ms. Thelwell, how much time will you
 9   need to prepare the notice?
10            MS. THELWELL:  Your Honor, probably at least
11   another -- potentially another 30 to 45 minutes, Your
12   Honor.
13            THE COURT:  Okay.  Because I don't want to release
14   the jury until the plea has been accepted by the
15   magistrate judge, and I do have a magistrate judge that's
16   available and waiting.  We just need to have you file the
17   notice.
18            MS. THELWELL:  Yes, Your Honor. So I'm drafting
19   it right now.  I'm drafting the facts and my assistant at
20   the office is drafting the actual -- the notice itself
21   that contains the maximum penalties.  And my supervisor is
22   here, so he can review it, and so we can get that filed as
23   soon as we can.
24            THE COURT:  Okay.  Then Judge Tuite is the
25   magistrate judge assigned to this case.  He's currently in
```

1    a hearing, but he may be out at 10:00, 10:15, but
2    regardless, Judge Sneed is also available, so as soon as
3    you can get the notice prepared, a copy to Mr. Fitzgerald
4    and filed, then you will go before the magistrate judge
5    for the plea.
6            I am not going to release the jury until the plea
7    has been accepted, so the jury will remain in the
8    deliberation room until such time.  We will be in recess.
9            And would you let the Courtroom Deputy Clerk know
10   when it has been filed?
11           MS. THELWELL:  Yes, Your Honor.
12           THE COURT:  Anything else, Counsel?
13           MR. FITZGERALD:  Your Honor, when you do that, I
14   want to make sure I get permission from Mr. Dove to waive
15   the 14 days in the report and recommendation, because if
16   the plea is accepted by the magistrate and the jury is
17   released, the 14 days, so I want to make sure we waive
18   that.
19           THE COURT:  All right.  So you want an opportunity
20   to speak with him about that issue?
21           MR. FITZGERALD:  Yes.
22           THE COURT:  Sure.  Okay.  We're in recess.
23   (Recess had at 9:38 a.m.)
24   (Proceedings resumed outside presence of jury
25   at 10:55 a.m)

UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION

```
 1              THE COURT:  All right.  Ms. Thelwell, I see that
 2   you have had an opportunity to file the notice in this
 3   case with regard to the elements, penalties, factual
 4   basis, et cetera?
 5              MS. THELWELL:  Yes, Your Honor.
 6              THE COURT:  Okay.  And, Mr. Fitzgerald, have you
 7   had an opportunity to review it?
 8              MR. FITZGERALD:  I haven't seen it yet, Your
 9   Honor.
10              THE COURT:  Okay.  Madam Clerk, can you print out
11   a copy of it and give it to Counsel?
12              COURTROOM DEPUTY CLERK:  Yes, ma'am.
13              THE COURT:  Mr. Fitzgerald, Ms. Thelwell, if you
14   would come forward, the Clerk will give you all a copy.
15              All right.  Magistrate Judge Tuite who's a
16   magistrate judge assigned to this case is available at
17   11:00 o'clock for the hearing.  He knows that you all will
18   be coming down.  I've advised him that Ms. Thelwell just
19   filed the appropriate documents.  If you need more time,
20   he certainly will given you additional time.
21              Let me inquire, Mr. Fitzgerald, is Mr. Dove going
22   to waive the 14-day period for objections?
23              MR. FITZGERALD:  Waive the what?
24              THE COURT:  Is Mr. Dove going to waive the 14-day
25   objection period after the entry of the report and
```

1    recommendation?
2         MR. FITZGERALD:  Yes, he will waive, Your Honor,
3    the 14-day period to object to the report and
4    recommendation, and we'll have him do it in front of Judge
5    Tuite as well after the plea is taken.
6         THE COURT:  Okay.  And Judge Tuite is going to
7    inquire about that issue as well, so.
8         Is there anything else that I need to discuss with
9    you all before I send you to Judge Tuite's chambers?
10        As I said, the jury is here and they will remain
11   here until the magistrate judge has accepted the plea.
12        MS. THELWELL:  No, Your Honor.  Thank you.
13        MR. FITZGERALD:  Nothing further, Your Honor.
14        THE COURT:  Okay.  Thank you.  Then we are in --
15   well, you won't have to come back here unless you all want
16   to be here when I discharge the jury.  I don't think
17   that's necessary, but if you want to be here, that's fine.
18        COURTROOM DEPUTY CLERK:  Do you want them to take
19   their exhibits?
20        THE COURT:  The Government will need to come back
21   and gets the exhibits.  And Mr. Fitzgerald is going to
22   come back and get the exhibits.  We're going to leave all
23   the exhibits in the courtroom.  So we'll have Judge
24   Tuite's CRD let my CRD know when the proceeding there has
25   concluded.  She will then be available here for you to

```
 1       pick up your exhibits.
 2              If there's nothing else, then we are in recess.
 3       (Recess had at 10:55 a.m.)
 4       (Proceedings resumed at 12:45 p.m. outside jury's presence.)
 5              THE COURT:  All right.  Counsel, I understand that
 6       the plea has been accepted.  Did you all hear me?  Was
 7       everybody able to hear me?
 8              MR. FITZGERALD:  I can't hear you, Your Honor.
 9       I'm having trouble --
10              THE COURT:  All right.  I understand that the plea
11       was accepted by the magistrate judge, and so I am going to
12       go in just a moment and discharge the jury.  You all can
13       get your exhibits that are here that were received into
14       evidence.
15              Are there any other matters that the Court needs
16       to take up at this time?
17              MS. THELWELL:  Yes, Your Honor.  Once the Court
18       adjudicates the Defendant guilty, the United States would
19       be seeking remand under 18 U.S.C. 3143.
20              THE COURT:  Okay.  Ms. Thelwell, you can file your
21       written motion.  I've not adjudicated him guilty yet.
22       Once that happens, you're -- you know the procedure.  You
23       certainly can file a motion for remand.
24              MS. THELWELL:  Yes, Your Honor.
25              THE COURT:  Anything else?
```

```
 1              MS. THELWELL:  No, Your Honor.
 2              MR. FITZGERALD:  No, Your Honor.
 3              THE COURT:  Okay.  Then if you all come up front
 4     and get your exhibits and your evidence, I'm going to go
 5     ahead now and discharge the jury.  We are adjourned.
 6   (Court adjourned at 12:47 p.m.)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
           UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION
```

```
 1  UNITED STATES DISTRICT COURT   )
 2                                  )
 3  MIDDLE DISTRICT OF FLORIDA     )
 4
 5          I, SHARON A. MILLER, Official Court Reporter for
 6     the United States District Court, Middle District of
 7     Florida, do hereby certify that pursuant to Section 753,
 8     Title 28, United States Code that the foregoing is a true
 9     and correct transcript of the stenographic notes taken by
10     computer-aided transcription taken in the above-entitled
11     cause by the undersigned and that the transcript format is
12     in conformance with the regulations of the Judicial
13     conference of the United States.
14  /S/Sharon A. Miller, CSR, RPR, CRR, FCRR
15  Official Court Reporter
16
17  In accordance with 28 U.S.C. Section 753(b), I certify that
18     these original notes are a true and correct record of
19     proceedings in the United States District Court for the
20     Middle District of Florida before Hon._____
21     on_____,
22  by S/ Sharon A. Miller
23  Court Reporter signature
24
25

          UNITED STATES DISTRICT COURT ~ MDFL ~ TAMPA DIVISION
```