Dear Judge Honeywell,   8:19CR33-CEH-CPT

    I am writing to you today to speak on behalf of Jack Dove, a former defendant in one of your cases. I write today in hopes that you may consider allowing his two and a half years of house arrest time to be applied to his sentencing as time served. I in no way wish to question or undermind your judgement. Please forgive me if it appears as such.

    I have personally known Jack for more than 20 years. In that time I have known him to be a good man. Since he has been imprisioned he has been employed the whole time, making restitution payments, obtained his G.E.D., completed multiple drug education classes or programs, as well as teaches the other inmates. By teaching the other inmates this gives them a positive trade to go home with to provide for themselves as well

as their families.

In closing, I would like to thank you greatly for taking the time out of your schedule, to read this letter. I do not wish to negate the fact of his guilty plea in any way, I only beg the consideration of possibly allowing some or all of his house arrest time to be applied as time served. Thanks again for your time.

Humbly,
Michelle Clifford
*Michelle Clifford*