Michelle Clifford
891 Saddlewood Blvd.
Lakeland, FL 33809

TAMPA FL 335
SAINT PETERSBURG FL
4 MAR 2024 PM 3 L

Charlene Honeywell
801 N. Florida Ave., Room 1330
Tampa, FL 33602-3849

33602-384631

